# EXHIBIT 3



Select Language ▼
Powered by Google Translate

# Civil Court Case Information – Case History

## Case Information
Case Number: CV2021-011143
File Date: 7/14/2021
Case Type: Civil
Judge: Warner, Randall
Location: Downtown

## Party Information

| Party Name | Relationship | Sex | Attorney |
|---|---|---|---|
| Christine Scianna | Plaintiff | Female | Thomas Connelly |
| Brooke Scianna | In The Matter Of (IMO) | Unknown | Pro Per |
| State Of Arizona | Defendant |  | Pro Per |
| Arizona Department Of Child Safety | Defendant |  | Pro Per |
| Tina Canale | Defendant | Female | Pro Per |
| Christie Johnson | Defendant | Female | Pro Per |
| Melissa Courtright | Defendant | Female | Pro Per |
| Nicholas Long | Defendant | Male | Pro Per |
| Gregory McKay | Defendant | Male | Pro Per |
| Michael Faust | Defendant | Male | Pro Per |
| Aurora Behavioral Healthcare-Tempe L L C | Defendant |  | Pro Per |
| Krzystztof Mlak | Defendant | Unknown | Pro Per |
| Kattia Lnu | Defendant | Unknown | Pro Per |
| Herman Lnu | Defendant | Unknown | Pro Per |
| Care And Dignity Services L L C | Defendant |  | Pro Per |
| Shon Kirkpatrick | Defendant | Male | Pro Per |
| Arizona Department Of Child Services | Defendant |  | Pro Per |

## Case Documents

| Filing Date | Description | Docket Date | Filing Party |
|---|---|---|---|
| 8/18/2021 | 019 - ME: Ruling | 8/18/2021 | |
| 8/6/2021 | MOT - Motion | 8/10/2021 | |
| **NOTE:** Motion for Alternative Service | | | |
| 8/2/2021 | AAS - Affidavit Of Attempted Service | 8/5/2021 | |
| 7/26/2021 | AFS - Affidavit Of Service | 7/29/2021 | |
| **NOTE:** SHON KIRKPATRICK | | | |
| 7/26/2021 | AFS - Affidavit Of Service | 7/29/2021 | |
| **NOTE:** GREGORY MCKAY | | | |
| 7/26/2021 | AFS - Affidavit Of Service | 7/29/2021 | |
| **NOTE:** ARIZONA DEPARTMENT OF CHILD SERVICES | | | |
| 7/26/2021 | AFS - Affidavit Of Service | 7/29/2021 | |
| **NOTE:** AURORA BEHAVIORAL HEALTHCARE TEMPE LLC | | | |
| 7/23/2021 | AFS - Affidavit Of Service | 7/28/2021 | |
| **NOTE:** MELISSA COURTRIGHT | | | |
| 7/23/2021 | AFS - Affidavit Of Service | 7/28/2021 | |
| **NOTE:** JOHN DOE COURTRIGHT | | | |
| 7/23/2021 | AFS - Affidavit Of Service | 7/28/2021 | |
| **NOTE:** MICHAEL FAUST | | | |
| 7/23/2021 | AFS - Affidavit Of Service | 7/28/2021 | |
| **NOTE:** CARE AND DIGNITY SERVICES LLC | | | |
| 7/14/2021 | COM - Complaint | 7/15/2021 | |
| **NOTE:** Complaint | | | |
| 7/14/2021 | CSH - Coversheet | 7/15/2021 | |

**NOTE:** Civil Cover Sheet

| | | |
|---|---|---|
| 7/14/2021 | CCN - Cert Arbitration - Not Subject | 7/15/2021 |

**NOTE:** Certificate Of Compulsory Arbitration - Is Not Subject To

| | | |
|---|---|---|
| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

| 7/14/2021 | SUM - Summons | 7/15/2021 |

**NOTE:** Summons

## Case Calendar
**There are no calendar events on file**

## Judgments
**There are no judgments on file**