Vincent J. Montell (Bar No. 014236)
Dustin A. Christner (Bar No. 019707)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
8800 E. Raintree Dr., Suite 100
Scottsdale, Arizona 85260
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
vmontell@qpwblaw.com
dustin.christner@qpwblaw.com
*Attorneys for Defendant Krzystztof Mlak, MD*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTINE SCIANNA, an individual; BROOKE SCIANNA, an individual, by and through her legal guardian, Christine Scianna,<br><br>**Plaintiffs,**<br><br>v.<br><br>STATE OF ARIZONA, a government entity; ARIZONA DEPARTMENT OF CHILD SAFETY, a governmental entity; TINA CANALE, individually and as an employee with the State of Arizona Department of Child Safety; MELISSA COURTRIGHT, individually and as an employee with the State of Arizona Department of Child Safety, and BARRY COURTRIGHT, her spouse; NICHOLAS LONG, individually and as an employee with the State of Arizona Department of Child Safety; GREGORY MCKAY, as former Director, Arizona Department of Child Safety; MICHAEL FAUST, as Director, Arizona Department of Child Safety; AURORA BEHAVIORAL HEALTHCARE-TEMPE, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; KRZYSZTOF MLAK, individually and as an employee with Aurora Behavioral | **CASE NO. 2:21-cv-01444-DJH**<br><br>**AMENDED NOTICE OF VIDEO-TAPED DEPOSITION OF ANDREW B. CLARK, M.D.**<br><br>**(As to Date and Time Only)**<br><br>**(Honorable Diane J. Humetewa)** |

Healthcare-Tempe, LLC, and **JANE DOE MLAK,** his spouse**; KATTIA LUEVANO**, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and **JOHN DOE LEUVANO**, her spouse; **HELEN NAGLE,** individually as an emploiyee with Aurora Behavioral Healthcare-Tempe, LLC, and **JOHN DOE NAGLE**, her spouse; **CARE AND DIGNITY SERVICES, LLC**, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; **JOHN AND JANE DOES 2-6**; and **BLACK ENTITIES 1-5.**

**Defendants.**

You are hereby notified that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, the deposition will be taken upon oral examination of the person whose name is stated below, at the time and place indicated, before an officer authorized by law to administer oaths.  This deposition will be recorded by court reporter and video tape. The video camera will be focused on the witness. This deposition will be recorded by a court reporter.  If the names are not known, a general description sufficient to identify those persons or the particular classes or groups to which they belong is given below.

**PERSON TO BE EXAMINED:**          Andrew B. Clark, M.D.

**DATE AND TIME OF DEPOSITION:**          December 18, 2023 at 11:00 a.m. (EST)

**PLACE OF DEPOSITION**:          O'Brien & Levine Court Reporting Solutions
68 Commercial Wharf
Boston, MA 02110

**Documents to Be Produced 15 Days in Advance of and at the Time of the Deposition**

1.     All documents reviewed in preparation for Dr. Clark's deposition.

2.     A list of all documents received that forms the basis of Dr. Clark's opinions.

3.     A copy of Dr. Clark's current Curriculum Vitae and bibliography of all scientific, medical, or technical literature authored, edited and/or published by Dr. Clark.

4.     A copy of all billing agreements, statements, and invoices that relate to Dr. Clark's compensation for this case.

5.     A copy of all forms of communication, whether by letter, fax or e-mail, between Plaintiffs' attorney and Dr. Clark identifying facts or data that the Plaintiffs' attorney provided to Dr. Clark and that Dr. Clark considered in forming his opinions in this case.

6.     A copy of all forms of communication and documents that identify assumptions that the Plaintiffs' attorney provided and what Dr. Clark relied upon in forming the opinions to be expressed in deposition and trial.

7.     A copy of all scientific, medical, or technical literature upon which Dr. Clark is relying upon in support of his opinions.

8.     A list of cases in which Dr. Clark has either given a deposition or testified in court, including the date of the testimony, the names of the attorneys involved, whether the testimony was on behalf of the plaintiff or defendant, and a description of the issues involved.

9.     All notes written and made by Dr. Clark.

10.     A copy of all highlights underlines, and notes made in any record, deposition or document.

11.     A copy of all pages tabbed, dog eared, or flagged in any record, deposition or document.

**DATED** this 3rd day of August, 2023.

1

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

2

3
By: /s/ _____

4
Vincent J. Montell, Esq.
Dustin A. Christner, Esq.

5
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
8800 E. Raintree Dr., Suite 100

6
Scottsdale, Arizona 85260

7
*Attorneys for Defendant Krzysztof Mlak, MD*

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that on this 3rd day of August, 2023, I electronically transmitted the

3

foregoing copies via email to all counsel of record at the following addresses:

4

Thomas A. Connelly
Robert T. Mills

5

Sean A. Woods

6

**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101

7

Phoenix, AZ 85014

8

docket@millsandwoods.com
tconnelly@millsandwoods.com

9

*Attorneys for Plaintiffs*

10

DeeAn Gillespie Strub

11

Kristina Reeves

**GILLESPIE, SHIELDS, GOLDFARB & TAYLOR**

12

7319 North 16th Street

13

Phoenix, AZ 85020
mailroom@gillaw.com

14

*Attorneys for Plaintiffs*

15

Jeffrey S. Hunter

16

**RENAUD COOK DRURY MESAROS, PA**
One N. Central, Suite 900

17

Phoenix, Arizona 85004

18

jhunter@rcdmlaw.com
mbango@rcdmlaw.com

19

*Attorneys for Defendant Aurora*

20

*Behavioral Healthcare-Tempe, LLC*

21

Cody M. Hall

**BROENING OBERG WOODS & WILSON, P.C.**

22

2800 North Central Avenue, 16th Fl.

23

Phoenix, Arizona 85004
cmh@bowwlaw.com

24

cjg@bowwlaw.com
*Attorneys for Care & Dignity Services, LLC*

25

26

27

28

Georgia A, Staton
Ravi V. Patel
**JONES, SKELTON & HOCHULI P.L.C.**
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
gstaton@jshfirm.com
rpatel@jshfirm.com
*Attorneys for Defendants State of Arizona,*
*Arizona Department of Child Safety,*
*Tina Canale, Christie Johnson (Christi Mehl),*
*Melissa Courtright, Barry Courtright*
*Nicholas Long, Gregory McKay*
*and Michael Faust*

Alliance Reporting Solutions
2700 North Central Avenue, Suite 350
Phoenix, AZ  85004
mark@allreportingsolutions.com
scheduling@allreportingsolutions.com

By: /s/Julie Irby