Thomas A. Connelly (AZ #019430)
Robert T. Mills (AZ #018853)
Sean A. Woods (AZ #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>          Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL FAUST**<br><br>(Hon. Diana J. Humetewa) |

Plaintiffs Christine Scianna and Brooke Scianna, by and through their counsel, and pursuant to Rule 41(a), Fed. R. Civ. P., hereby give notice of the voluntary dismissal without prejudice of all claims against Defendant MICHAEL FAUST.

////

////

**RESPECTFULLY SUBMITTED** this 14th day of August 2023.

          MILLS + WOODS LAW PLLC

          By   */s/ Thomas A. Connelly*
               Thomas A. Connelly
               Robert T. Mills
               Sean A. Woods
               5055 North 12th Street, Suite 101
               Phoenix, AZ 85014

          GILLESPIE, SHIELDS & TAYLOR
               DeeAn Gillespie Strub
               7319 North 16th Street
               Phoenix, AZ 85020

          *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on August 15, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system:

    */s/ Heather Stamps*