# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, et al., | No. CV-21-01444-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' Notice of Voluntary Dismissal of Defendant Michael Faust (Doc. 113). Plaintiffs seek to dismiss Defendant Faust without prejudice under Federal Rule of Civil Procedure 41(a). Because Defendant Faust has already filed an Answer in this matter, Plaintiffs cannot unilaterally dismiss him from this matter. *See* Fed. R. Civ. P. 41(a)(1)(A). And the Court will not dismiss him if he will suffer legal prejudice as a result. Fed. R. Civ. P. 41(a)(2). Accordingly,

**IT IS ORDERED** that Plaintiffs' Notice of Voluntary Dismissal of Defendant Michael Faust (Doc. 113) be converted to a Motion to Dismiss Defendant Michael Faust. Defendants shall have until **August 24, 2023**, to file a response to the Motion or otherwise indicate their consent to the dismissal.

Dated this 16th day of August, 2023.

Honorable Diane J. Humetewa
United States District Judge