Thomas A. Connelly (AZ #019430)
Robert T. Mills (AZ #018853)
Sean A. Woods (AZ #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>        Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**STIPULATION OF VOLUNTARY DISMISSAL OF DEFENDANT MICHAEL FAUST**<br><br>(Hon. Diana J. Humetewa) |

The Parties, by and through their counsel undersigned, and pursuant to Rule 41(a)(ii), Fed. R. Civ. P., and this Court's Order dated 16 August 2023 [Doc. 114], hereby stipulate to the voluntary dismissal with prejudice of all claims against Defendant MICHAEL FAUST, Plaintiffs and Defendant Faust to incur their own attorneys' fees and costs.

///

**RESPECTFULLY SUBMITTED** this 21st day of August 2023.

**MILLS + WOODS LAW PLLC**

By  */s/ Thomas A. Connelly*
   Thomas A. Connelly
   Robert T. Mills
   Sean A. Woods
   5055 North 12th Street, Suite 101
   Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
   DeeAn Gillespie Strub
   7319 North 16th Street
   Phoenix, AZ 85020

   *Attorneys for Plaintiffs*


**JONES, SKELTON & HOCHULI, P.L.C.**

By  */s/ Georgia A. Staton*
   Georgia A. Staton
   Ravi V. Patel
   40 N. Central Ave., Ste. 2700
   Phoenix, AZ 85004

   *Attorneys for Defendants State of Arizona, Tina Canale, Christie Johnson, Melissa and Barry Courtright, Nicholas Long, Gregory McKay and Michael Faust*


**RENAUD COOK DRURY MESAROS, P.A.**

By  */s/ Jeffrey S. Hunter*
   Jeffrey S. Hunter
   One North Central, Ste. 900
   Phoenix, AZ 85004

   *Attorneys for Defendant Aurora Behavioral Healthcare-Tempe, LLC*

2

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By  */s/ Dustin Christner*
    Vincent J. Montell
    Dustin A. Christner
    8800 E. Raintree Dr., Ste. 100
    Scottsdale, AZ 85260
    *Attorneys for Defendant Mlak*

**BROENING OBERG WOODS & WILSON, P.C.**

By  */s/ Cody M. Hall*
    Cody M. Hall
    2800 N. Central Ave., 16th Fl.
    Phoenix, AZ 85004
    *Attorneys for Defendant Care & Dignity Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system:

   */s/ Heather Stamps*