# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, et al., | No. CV-21-01444-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

The Court having reviewed the parties' Stipulation of Dismissal (Doc. 115), filed on August 21, 2023,

**IT IS ORDERED** approving the Stipulation (Doc. 115) and dismissing this action as to **Defendant Michael Faust only**, with prejudice, each party to bear its own attorneys' fees and costs. The Clerk of Court is kindly directed to terminate Defendant Michael Faust from this matter.

**IT IS FURTHER ORDERED** the Motion to Dismiss Michael Faust (Doc. 113) is **terminated as moot**.

Dated this 21st day of August, 2023.

Honorable Diane J. Humetewa
United States District Judge