Jeffrey S. Hunter, Esq.
Arizona Bar No. 024426
jhunter@wwhgd.com
WEINBERG, WHEELER, HUDGINS,
  GUNN & DIAL, LLC
1 North Central Avenue, Suite 900
Phoenix, Arizona 85004
Telephone: (602) 256-3015
Facsimile:  (602) 307-5853

*Counsel for Defendants Aurora Behavioral Healthcare-Tempe, LLC*

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>　　　　　　　　Plaintiffs,<br><br> v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Christie Johnson aka Christi Mehl, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Krzystztof Mlak, individually as an employee with | Case No.: 2:21-cv-01444-DJH<br><br>**NOTICE OF CHANGE OF FIRM ASSOCIATION** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9<br>10 | Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Luevano, her spouse; Helen Nagle, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Nagle, her spouse; Care and Dignity Services, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety John and Jane Does 2-6; and Black Entities 1-5,<br><br>                              Defendants. |

Please take notice that effective August 1, 2023, the following firm association has changed for Jeffrey S. Hunter, Esq. to the following:

> WEINBERG, WHEELER, HUDGINS,
> GUNN & DIAL, LLC
> 1 North Central Avenue, Suite 900
> Phoenix, Arizona 85004
> Telephone: (602) 256-3015
> Email: jhunter@wwhgd.com

Dated this *22nd* day of August, 2023.

>                         WEINBERG, WHEELER, HUDGINS,
>                             GUNN & DIAL, LLC
>
>                         By */s/ Jeffrey S. Hunter*
>                             Jeffrey S. Hunter, Esq.
>                         1 North Central Avenue, Suite 900
>                         Phoenix, Arizona 85004
>                         *Counsel for Defendants Aurora Behavioral Healthcare-Tempe, LLC*

# CERTIFICATE OF SERVICE

I hereby certify that on this *22nd* day of August, 2023, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com

-and-

DeeAn Gillespie Strub
Mark Shields
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Georgia A, Staton, Esq.
Ravi V. Patel, Esq.
JONES, SKELTON & HOCHULI P.L.C,
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
*Attorneys for Defendants State of Arizona, Arizona Department of Child Safety, Tina Canale, Christie Johnson (Christi Mehl), Melissa Courtright, Barry Courtright Nicholas Long, and Gregory McKay*

Cody M. Hall
BROENING OBERG WOODS & WILSON, P.C.
2800 N. Central Ave., 16th Fl.
Phoenix, Arizona 85004
cmh@bowwlaw.com
cjg@bowwlaw.com
*Attorneys for Defendant Care & Dignity Services, LLC*

Case 2:21-cv-01444-DJH   Document 117   Filed 08/22/23   Page 4 of 4

Dustin A. Christner
Vincent J. Montell
Quintairos, Prieto, Wood & Boyer, P.A.
8800 East Raintree Drive, Suite 100, Scottsdale, Arizona 85260
*Attorneys for Defendant Krzystztof Mlak*

I have also served the attached document by _____ on the following persons who are not registered participants of the CM/ECF System:

By *s/ meb*