Vincent J. Montell (Bar No. 014236)
Dustin A. Christner (Bar No. 019707)
**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**
8800 E. Raintree Dr., Suite 100
Scottsdale, Arizona 85260
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
vmontell@qpwblaw.com
dustin.christner@qpwblaw.com
*Attorneys for Defendant Krzysztof Mlak, MD*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna, <br><br> **Plaintiffs,** <br><br> v. <br><br> State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former director, Arizona Department of Child Safety; Michael Faust, as director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, llc, an Arizona corporation, individually and as a services provider for the State of Arizona department of child safety; Krzysztof Mlak, individually and as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, individually as an employee with Aurora | **CASE NO. 2:21-cv-01444-DJH** <br><br><br> **STIPULATED MOTION TO EXTEND DEADLINES** <br><br><br><br> **(Honorable Diane J. Humetewa)** |

|   |   |
|---|---|
| 1 | Behavioral Healthcare-Tempe, LLC, and John Doe Leuvano, her spouse; Helen Nagle, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Nagle, her spouse; Care and Dignity Services, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; John and Jane does 2-6; and black entities 1-5. |

**Defendants.**

Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby make this stipulated request for an enlargement of deadline for the parties to complete fact discovery. The parties make this request in good faith and not for purposes of delay.

The current scheduling order was issued on 26 May 2023 (Doc. 108). Currently, the deadline to complete fact discovery is September 22, 2023, and the deadline to complete expert witness depositions is January 19, 2024. In late June 2023, the mother of Plaintiffs' lead counsel's significant other became seriously ill and then passed away on 19 July 2023. Counsel traveled to Pennsylvania for a week in late June to help with caring for his *de facto* mother-in-law, and then returned to Pennsylvania for approximately ten (10) days following her passing on 19 July 2023 to provide comfort and help with arrangements and estate/probate matters. Shortly upon his return to Arizona in late July, counsel's own mother passed away unexpectedly on 5 August 2023. Counsel then spent most of the next three weeks in Illinois attending to all related family, funeral, estate, and probate matters following his mother's death. As a result, counsel was not able to attend to discovery matters in the case, including the scheduling and taking of several pertinent witness and party depositions that need to be taken. Additionally, numerous depositions that Plaintiffs attempted to schedule in June and July were not able to be scheduled due to conflicting

trial schedules of defense counsel. Furthermore, there are several written discovery issues that the parties are working cooperatively to resolve but which are not yet resolved.

The parties have conferred and agree that for those reasons, good cause exists to extend the deadlines in this matter as follows.

1. The deadline for completing fact discovery: September 22, 2023 to January 19, 2024.
2. The deadline for Plaintiff's expert disclosures: October 20, 2023 to February 16, 2024.
3. The deadline for Defendants' expert disclosures: November 17, 2023 to March 22, 2024.
4. The deadline for rebuttal expert disclosures, if any: December 15, 2023 to April 19, 2024.
5. The deadline to complete expert depositions: January 19, 2024 to May 24, 2024.
6. The deadline for filing dispositive motions: February 23, 2024 to August 2, 2024.
7. The deadline for good faith settlement talks: December 15, 2023 to April 19, 2024.

A proposed Order is also submitted for the Court's review.

**RESPECTFULLY SUBMITTED** this 21st day of September 2023.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By: /s/Dustin A. Christner
Vincent J. Montell
Dustin A. Christner
*Attorneys for Defendant Krzystztof Mlak, MD*

MILLS + WOODS LAW, PLLC

By: /s/Dustin A. Christner w/permission
    Thomas A. Connolly
    *Attorneys for Plaintiffs*

GILLESPIE, SHIELDS, GOLDFARB & TAYLOR

By: /s/Dustin A. Christner w/permission
    DeeAn Gillespie Strub J. Montell
    *Attorneys for Plaintiffs*

RENAUD COOK DRURY MESAROS, PA

By: /s/Dustin A. Christner w/permission
    Jeffrey S. Hunter
    *Attorneys for Defendant Aurora Behavioral Healthcare-Tempe, LLC*

JONES, SKELTON & HOCHULI P.L.C.

By: /s/Dustin A. Christner w/permission
    Georgia A. Stanton
    Ravi V. Patel
    *Attorneys for Defendants State of Arizona, Arizona Department of Child Safety, Tina Canale, Christie Johnson (Christi Mehl), Melissa Courtright, Barry Courtright, Nicholas Long, Gregory McKay and Michael Faust*

BROENING OBERG WOODS & WILSON, P.C.

By: /s/Dustin A. Christner w/permission
    Cody M. Hall
    *Attorneys for Care & Dignity Serviced, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of September, 2023, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were e-mailed to all counsel of record at the following addresses:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
docket@millsandwoods.com
tconnelly@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Mark Shields
**GILLESPIE, SHIELDS, & TAYLOR**
7319 North 16th Street
Phoenix, AZ 85020
mshield@gillaw.com
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Jeffrey S. Hunter
**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**
1 North Central Avenue, Suite 900
Phoenix, AZ 85004
jhunter@wwhgd.com
*Attorneys for Defendant Aurora
Behavioral Healthcare-Tempe, LLC*

Georgia A. Staton
Ravi V. Patel
**JONES, SKELTON & HOCHULI P.L.C.**
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
gstaton@jshfirm.com
rpatel@jshfirm.com
*Attorneys for Defendants State of Arizona,*
*Arizona Department of Child Safety,*
*Tina Canale, Christie Johnson (Christi Mehl),*
*Melissa Courtright, Barry Courtright*
*Nicholas Long, Gregory McKay*
*and Michael Faust*

Cody M. Hall
**BROENING OBERG WOODS & WILSON, P.C.**
2800 North Central Avenue, 16th Fl.
Phoenix, Arizona 85004
cmh@bowwlaw.com
cjg@bowwlaw.com
*Attorneys for Care & Dignity Services, LLC*

By: /s/Julie Irby