# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, et al., | No. CV-21-01444-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

This matter is before the Court on parties' Stipulated Motion to Extend Deadlines (Doc. 118). Although the parties do not indicate in their Stipulated Motion, from the Court's review, this appears to be the third request from the parties to extend their case management deadlines. (*See* Docs. 83 and 107). In this most recent request, filed on the eve of the fact discovery deadline, the parties seek nearly four-month-long extensions of all remaining deadlines. The Court finds that more modest extensions are appropriate.

Accordingly,

**IT IS ORDERED** the Stipulated Motion (Doc. 118) is **GRANTED** and that deadlines are extended as follows:

1. The deadline for completing fact discovery: December 1, 2023.
2. The deadline for Plaintiff's expert disclosures: January 5, 2024.
3. The deadline for Defendant's expert disclosures: February 2, 2024.
4. The deadline for rebuttal expert disclosures, if any: March 1, 2024.
5. The deadline to complete expert depositions: April 12, 2024.

6. The deadline for filing dispositive motions: June 28, 2024.

7. The deadline for engaging in good faith settlement talks: March 1, 2024. No later than five working days after the deadline set forth in the preceding sentence, the parties shall file a joint report on settlement talks executed by or on behalf of all counsel.

**IT IS FURTHER ORDERED** absent extraordinary circumstances no further extensions of these deadlines will be allowed.

Dated this 21st day of September, 2023.

Honorable Diane J. Humetewa
United States District Judge