Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014-2555
480.999.4556

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, *et al.*,<br><br>                 Plaintiffs,<br><br>        v.<br><br>Arizona Dept. of Child Safety, *et al.*,<br><br>                 Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**FIRST AMENDED NOTICE OF DEPOSITION OF SHERYL MINOR**<br><br>(Hon. Diane J. Humetewa) |

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 30, testimony upon oral examination of the person whose name, or general description sufficient to identify the person, are stated below, at the time and place stated below, before an officer authorized by law to administer oaths.

**PERSON TO BE EXAMINED:**     SHERYL MINOR

**DATE OF EXAMINATION**:     16 November 2023

**TIME OF EXAMINATION**:     10:00 a.m.

**PLACE OF EXAMINATION**:  Gillespie, Shields & Taylor
7319 North 16th Street
Phoenix, Arizona 85020

**COURT REPORTER**:  Carrie Reporting LLC

**METHOD OF RECORDING**:  Transcription

If the person to be examined requires an interpreter, please advise the undersigned as soon as possible, and no later than 5 days prior to the date of the deposition.


**DATED** this 10th day of October 2023.


MILLS + WOODS LAW PLLC


By    /s/ Thomas A. Connelly
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

GILLESPIE, SHIELDS & TAYLOR
DeeAn Gillespie Strub
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

2

1

2

**CERTIFICATE OF SERVICE**

3        I hereby certify that on October 10, 2023, I electronically transmitted the foregoing

4  document to the Clerk's Office using the ECF System for filing and transmittal of a Notice

5  of Electronic Filing to all counsel of record:

6        With an email copy to:

7

8        Carrie Reporting LLC
         2415 E. Camelback Rd., Ste. 700
         Phoenix, Arizona 85016

9        carrie@carriereporting.com

10

11        _/s/  Heather Stamps_____

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556