Thomas A. Connelly (AZ #019430)
Robert T. Mills (AZ #018853)
Sean A. Woods (AZ #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ #009987)
Jenny D. Jansch (AZ 024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>   Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**NOTICE OF CHANGE OF COUNSEL WITHIN THE SAME LAW FIRM**<br><br>(Hon. Diana J. Humetewa) |

Plaintiffs' counsel, Gillespie, Shields & Taylor, hereby gives notice of change of counsel within the same firm with Jenny D. Jansch of the Firm, email jjansch@gillaw.com, now represents Plaintiffs in place of Mark Shields. There are no other changes. Plaintiffs continue to be represented by DeeAn Gillespie Strub of the Firm, and Thomas Connelly of Mills + Woods Law PLLC.

**RESPECTFULLY SUBMITTED** this 24th day of October 2023.

**MILLS + WOODS LAW PLLC**

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**

By   */s/ Jenny D. Jansch*
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2023, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system:

   */s/ Jenny D. Jansch*