| | |
|---|---|
| Vincent J. Montell (Bar No. 014236) <br> Dustin A. Christner (Bar No. 019707) <br> **QUINTAIROS, PRIETO, WOOD & BOYER, P.A.** <br> 8800 E. Raintree Dr., Suite 100 <br> Scottsdale, Arizona 85260 <br> Telephone: (602) 954-5605 <br> Facsimile: (602) 954-5606 <br> vmontell@qpwblaw.com <br> dustin.christner@qpwblaw.com <br> *Attorneys for Defendant Krzysztof Mlak, MD* | |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna, <br><br> **Plaintiffs,** <br><br> v. <br><br> State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former director, Arizona Department of Child Safety; Michael Faust, as director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, llc, an Arizona corporation, individually and as a services provider for the State of Arizona department of child safety; Krzysztof Mlak, individually and as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, individually as an employee with Aurora | **CASE NO. 2:21-cv-01444-DJH** <br><br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br><br><br> **(Honorable Diane J. Humetewa)** |

| | |
|---|---|
| 1 | Behavioral Healthcare-Tempe, LLC, and John Doe Leuvano, her spouse; Helen Nagle, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Nagle, her spouse; Care and Dignity Services, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; John and Jane does 2-6; and black entities 1-5. |

**Defendants.**

Vincent J. Montell, of the law firm Quintairos, Prieto, Wood & Boyer, P.A., hereby gives notice that Rita Bustos has withdrawn and will no longer be appearing as co-counsel for Defendant Krzystof Mlak, M.D.  Mr. Montell and Mr. Christner will remain as counsel.

**RESPECTFULLY SUBMITTED** this 20th day of November, 2023.

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By: /s/ *Vincent J. Montell*
 Vincent J. Montell, Esq.
 Dustin A. Christner, Esq.
 QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
 8800 E. Raintree Dr., Suite 100
 Scottsdale, Arizona 85260
 *Attorneys for Defendant Krzysztof Mlak, MD*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 20th day of November 2023, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were e-mailed to all counsel of record at the following addresses:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
**MILLS + WOODS LAW, PLLC**
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
docket@millsandwoods.com
tconnelly@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
Kristina Reeves
**GILLESPIE, SHIELDS, GOLDFARB & TAYLOR**
7319 North 16th Street
Phoenix, AZ 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Jeffrey S. Hunter
**RENAUD COOK DRURY MESAROS, PA**
One N. Central, Suite 900
Phoenix, Arizona 85004
jhunter@rcdmlaw.com
mbango@rcdmlaw.com
*Attorneys for Defendant Aurora Behavioral Healthcare-Tempe, LLC*

Georgia A. Staton
Ravi V. Patel
**JONES, SKELTON & HOCHULI P.L.C.**
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
gstaton@jshfirm.com
rpatel@jshfirm.com
*Attorneys for Defendants State of Arizona,*
*Arizona Department of Child Safety,*
*Tina Canale, Christie Johnson (Christi Mehl),*
*Melissa Courtright, Barry Courtright*
*Nicholas Long, Gregory McKay*
*and Michael Faust*

Cody M. Hall
**BROENING OBERG WOODS & WILSON, P.C.**
2800 North Central Avenue, 16th Fl.
Phoenix, Arizona 85004
cmh@bowwlaw.com
cjg@bowwlaw.com
*Attorneys for Care & Dignity Services, LLC*


By: /s/ Nicole Brown