Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1752
Fax: (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants State of Arizona, Tina Canale, Christie Johnson, Melissa Courtright, Barry Courtright, Nicholas Long, Gregory McKay and Michael Faust

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Krzystztof Mlak, individually and as an employee with Aurora | NO. 2:21-cv-01444-DJH<br><br>**Notice of Service of Discovery**<br><br>(Assigned to the Honorable Diana J. Humetewa) |

116651630.1

Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Luevano, her spouse; Helen Nagle, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Nagle, her spouse; Care and Dignity Services, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; John and Jane Does 2-6; and Black Entities 1-5,

         Defendants.

Notice is hereby given by counsel undersigned that Defendants State of Arizona, Tina Canale, Christie Johnson, Melissa Courtright, Barry Courtright, Nicholas Long, Gregory McKay and Michael Faust's Eighth Supplemental 26(a) Disclosure Statement was served upon all counsel of record via e-mail on February 2, 2024

DATED this 2nd day of February, 2024.

        JONES, SKELTON & HOCHULI P.L.C.

        By */s/ Georgia A. Staton*
          Georgia A. Staton
          Ravi V. Patel
          40 N. Central Avenue, Suite 2700
          Phoenix, Arizona 85004
          Attorneys for Defendants State of Arizona, Tina Canale, Christie Johnson, Melissa Courtright, Barry Courtright, Nicholas Long, Gregory McKay and Michael Faust

116651630.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

*/s/ Cecily N. Benson*