1  Jeffrey S. Hunter, Esq.
   Arizona Bar No. 024426
2  jhunter@wwhgd.com
   docketing-PHX@wwhgd.com
3  WEINBERG, WHEELER, HUDGINS,
      GUNN & DIAL, LLC
4  1 North Central Avenue, Suite 900
   Phoenix, Arizona 85004
5  Telephone: (602) 256-3015
   Facsimile:  (602) 307-5853
6
   *Counsel for Defendants Aurora Behavioral*
7  *Healthcare-Tempe, LLC*

8  **IN THE UNITED STATES DISTRICT COURT**

9  **FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| 10  Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna, | Case No.: 2:21-cv-01444-DJH |
| Plaintiffs, | **DEFENDANT AURORA BEHAVIORAL HEALTH – TEMPE, LLC'S NOTICE OF SERVICE OF DISCOVERY** |
| v. | |
| State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Christie Johnson aka Christi Mehl, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Krzystztof | |

| | |
|---|---|
| | Mlak, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Luevano, her spouse; Helen Nagle, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Nagle, her spouse; Care and Dignity Services, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety John and Jane Does 2-6; and Black Entities 1-5, |
| | Defendants. |

Notice is hereby given by counsel undersigned that Defendant Aurora Behavioral Health – Tempe, LLC served its Fourth Supplemental 26(a) Disclosure Statement on counsel for Plaintiff, Defendant State of Arizona, Defendant Mlak and Defendant Care and Dignity Services, LLC by email on February 2, 2024.

Respectfully submitted this 2nd day of February, 2024.

                                WEINBERG, WHEELER, HUDGINS,
                                  GUNN & DIAL, LLC

                              By */s/ Jeffrey S. Hunter*
                                  Jeffrey S. Hunter, Esq.
                              1 North Central Avenue, Suite 900
                              Phoenix, Arizona 85004
                              *Counsel for Defendants Aurora Behavioral Healthcare-Tempe, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 2nd day of February, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com

-and-

DeeAn Gillespie Strub
Jenny DeAnn Jansch
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Georgia A, Staton, Esq.
Ravi V. Patel, Esq.
JONES, SKELTON & HOCHULI P.L.C,
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
*Attorneys for Defendants State of Arizona,
Arizona Department of Child Safety,
Tina Canale, Christie Johnson (Christi Mehl),
Melissa Courtright, Barry Courtright
Nicholas Long, and Gregory McKay*

Cody M. Hall
BROENING OBERG WOODS & WILSON, P.C.
2800 N. Central Ave., 16th Fl.
Phoenix, Arizona 85004
cmh@bowwlaw.com
cjg@bowwlaw.com
*Attorneys for Defendant Care & Dignity Services, LLC*

Dustin A. Christner
Vincent J. Montell
Quintairos, Prieto, Wood & Boyer, P.A.
8800 East Raintree Drive, Suite 100, Scottsdale, Arizona 85260
*Attorneys for Defendant Krzystztof Mlak*

By *s/ Connie Traslavina*