| | |
|---|---|
| 1 | Vincent J. Montell (Bar No. 014236) |
| 2 | Dustin A. Christner (Bar No. 019707)<br>QUINTAIROS, PRIETO, WOOD & BOYER, P.A. |
| 3 | 8800 E. Raintree Dr., Suite 100<br>Scottsdale, Arizona 85260 |
| 4 | Telephone: (602) 954-5605<br>Facsimile: (602) 954-5606 |
| 5 | vmontell@qpwblaw.com<br>dustin.christner@qpwblaw.com |
| 6 | *Attorneys for Defendant Krzystztof Mlak, MD* |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Krzystztof Mlak, individually and as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, individually as an employee with Aurora | **CASE NO. 2:21-cv-01444-DJH**<br><br>**DEFENDANT KRZYSTZTOF MLAK, M.D.'S NOTICE OF SERIVCE OF DISCOVERY**<br><br>**(Honorable Diane J. Humetewa)** |

|   |   |
|---|---|
| 1 | Behavioral Healthcare-Tempe, LLC, and John Doe Leuvano, her spouse; Helen Nagle, individually as an emploiyee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Nagle, her spouse; Care and Dignity Services, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; John and Jane Does 2-6; and Black Entities 1-5. |

Defendants.

Defendant Krzystztof Mlak, M.D., by and through counsel undersigned, hereby provides notice that on February 2, 2024, Defendant served upon all parties, the First Supplemental Rule 26.1 Disclosure Statement .

**RESPECTFULLY SUBMITTED** this 6th day of February 2024.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By: /s/Dustin A. Christner
Vincent J. Montell
Dustin A. Christner
*Attorneys for Defendant Krzystztof Mlak, MD*

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of February, 2024, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were e-mailed to all counsel of record at the following addresses:

Thomas A. Connolly
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
7319 North 16th Street
Phoenix, AZ 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Jeffrey S. Hunter
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
One N. Central, Suite 900
Phoenix, Arizona 85004
jhunter@wwhgd.com
*Attorneys for Defendant Aurora Behavioral Healthcare-Tempe, LLC*

Georgia A. Staton
Ravi V. Patel
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
gstaton@jshfirm.com
rpatel@jshfirm.com
*Attorneys for Defendants State of Arizona,
Arizona Department of Child Safety,
Tina Canale, Christie Johnson (Christi Mehl),
Melissa Courtright, Barry Courtright
Nicholas Long, Gregory McKay
and Michael Faust*

Cody M. Hall
**BROENING OBERG WOODS & WILSON, P.C.**
2800 North Central Avenue, 16th Fl.
Phoenix, Arizona 85004
cmh@bowwlaw.com
cjg@bowwlaw.com
*Attorneys for Care & Dignity Services, LLC*

By: /s/Tina Cummings