Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
tconnelly@millsandwoods.com
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>    Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**JOINT REPORT RE: SETTLEMENT TALKS**<br><br>(Hon. Diana J. Humetewa) |

Pursuant to the Court's Order (Doc. 119), the parties hereby jointly report to this Court that they are all participated in private mediation with neutral Robert E. Schmitt in Phoenix, Arizona, on 29 February 2024. All necessary decision-makers were present in-person or via Zoom. The parties report the following status.

➢ Plaintiffs and State Defendants State of Arizona, Arizona Department of Child Safety, Tina Canale, Christie Johnson, Melissa Courtright, Nicholas Long, and each of their respective spouses, Michael Faust, and Gregory

McKay were not able to conclude a settlement at mediation but are currently engaged in ongoing discussions.

- Plaintiffs and Defendant Care & Dignity, LLC were not able to conclude a settlement but are currently engaged in ongoing discussions.
- Plaintiffs were not able to settle their claims against Defendant Aurora Behavioral Healthcare-Tempe or Defendant Krzystztof Mlak. There are no ongoing settlement discussions between or among those parties.

**RESPECTFULLY SUBMITTED** this 8th day of March 2024.

MILLS & WOODS LAW PLLC

By  */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014

GILLESPIE, SHIELDS & TAYLOR
DeeAn Gillespie
Jenny D. Jansch
7319 North 16th Street
Phoenix, Arizona 85020
*Attorneys for Plaintiffs Christine Scianna and Brooke Scianna*

JONES, SKELTON & HOCHULI, P.L.C.

By  */s/ Georgia A. Staton*
Georgia A. Staton
Ravi V. Patel
40 North Central Avenue, Suite 2700
Phoenix, Arizona 85004
*Attorneys for Defendants State of Arizona, Arizona Department of Child Safety, Tina Canale, Christie Johnson, Melissa Courtright, Barry Courtright, Nicholas Long, Gregory McKay, and Michael Faust*

BROENING OBERG WOODS & WILSON

By  */s/ Cody M. Hall*
Cody M. Hall
2800 North Central Avenue, 16th Floor
Phoenix, Arizona 85004
*Attorneys for Defendant Care & Dignity Services, LLC*


WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By  */s/ Jeffrey S. Hunter*
Jeffrey S. Hunter
One North Central Avenue, Suite 900
Phoenix, Arizona 85004
*Attorneys for Defendant Aurora Behavioral Healthcare-Tempe, LLC*


QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By  */s/ Dustin A. Christner*
Vincent J. Montell
Dustin A. Christner
8800 East Raintree Drive, Suite 100
Phoenix, Arizona 85004
*Attorneys for Defendant Krzysztof Mlak*

## CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.


 */s/ Thomas A. Connelly*

3