Vincent J. Montell (Bar No. 014236)
Dustin A. Christner (Bar No. 019707)
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
8800 E. Raintree Dr., Suite 100
Scottsdale, Arizona 85260
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
vmontell@qpwblaw.com
dustin.christner@qpwblaw.com
*Attorneys for Defendant Krzysztof Mlak, MD*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna, | **CASE NO. 2:21-cv-01444-DJH** |
| Plaintiffs, | **DEFENDANT KRZYSZTOF MLAK, M.D.'S NOTICE OF SERIVCE OF DISCOVERY** |
| v. | |
| State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Krzysztof Mlak, individually and as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, individually as an employee with Aurora | **(Honorable Diane J. Humetewa)** |

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

Behavioral Healthcare-Tempe, LLC, and
John Doe Leuvano, her spouse; Helen
Nagle, individually as an employiee with
Aurora Behavioral Healthcare-Tempe,
LLC, and John Doe Nagle, her spouse;
Care and Dignity Services, LLC, an
Arizona corporation, individually and as a
services provider for the State of Arizona
Department of Child Safety; John and
Jane Does 2-6; and Black Entities 1-5.

Defendants.

Defendant Krzysztof Mlak, M.D., by and through counsel undersigned, hereby provides notice that on May 17, 2024, Defendant served upon all parties, the Second Supplemental Rule 26.1 Disclosure Statement.

**RESPECTFULLY SUBMITTED** this 17th day of May 2024.

QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

By:  /s/Dustin A. Christner
Vincent J. Montell
Dustin A. Christner
*Attorneys for Defendant Krzysztof Mlak, MD*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 17th day of May, 2024, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were e-mailed to all counsel of record at the following addresses:

Thomas A. Connolly
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
docket@millsandwoods.com
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
7319 North 16th Street
Phoenix, AZ 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Jeffrey S. Hunter
WEINBERG WHEELER HUDGINS GUNN & DIAL, LLC
One N. Central, Suite 900
Phoenix, Arizona 85004
jhunter@wwhgd.com
*Attorneys for Defendant Aurora*
*Behavioral Healthcare-Tempe, LLC*

By:   /s/Tina Cummings