Vincent J. Montell (Bar No. 014236)
Dustin A. Christner (Bar No. 019707)
QUINTAIROS, PRIETO, WOOD & BOYER, P.A.
8800 E. Raintree Dr., Suite 100
Scottsdale, Arizona 85260
Telephone: (602) 954-5605
Facsimile: (602) 954-5606
vmontell@qpwblaw.com
dustin.christner@qpwblaw.com

*Attorneys for Defendant Krzystztof Mlak, MD*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Krzystztof Mlak, individually and as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, | CASE NO. 2:21-cv-01444-DJH<br><br>**DEFENDANT KRZYSTZTOF MLAK, MD'S MOTION TO EXCEED PAGE LIMIT FOR HIS MOTION FOR SUMMARY JUDGMENT**<br><br>**The Hon. Judge Diane J. Humetewa** |

individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Luevano, her spouse; Helen Nagle, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Nagle, her spouse; Care and Dignity Services, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; John and Jane Does 2-6; and Black Entities 1-5.

Defendants.

Pursuant to LRCiv 7.2(e)(1), Defendant Krzystztof Mlak, M.D. ("Defendant") respectfully requests the Court waive the 17-page limit for the filing of a motion. Rule 7.2(e)(1) authorizes this waiver of the formal requirement if "otherwise permitted by the Court." Defendant requests permission to file a 25-page Motion for Summary Judgment.

Defendant's request is warranted given the number of claims, the complexity of the legal issues involved in this action, and the significance of the issues that are addressed. One of the legal issues involved is the meaning of statutory definitions found in section 12–561 of the Arizona Revised Statutes. In the Court's order of decision dated May 20, 2022, the Court observed that the "fact-intensive nature" and "lingering legal questions" in resolving the Parties' competing statutory interpretations "is better suited for a motion for summary judgment." [Doc. 74 at 7:4–5] ("The Court recognizes this issue involves careful study of the statutory language and its underlying policy considerations, which the Court hopes the parties will spend a greater time discussing should the issue be briefed in the future.").

For Defendant to adequately present the facts and analyze the issues, it is necessary to exceed the page limit. Pursuant to LRCiv 7.2(e)(1), Defendant requests the Court waive the 17-page limit and grant him leave to file a 25-page motion.

**DATED** this 21ˢᵗ day of June 2024.

                                QUINTAIROS, PRIETO, WOOD & BOYER, P.A.

                                By: /s/ Vincent J. Montell
                                      Vincent J. Montell
                                      Dustin A. Christner
                                      *Attorneys for Defendant Krzysztof Mlak, MD*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June 2024, I electronically transmitted the foregoing with the Clerk of the Court using the CM/ECF system for filing, and copies were mailed to all counsel of record at the following addresses:

Thomas A. Connolly
MILLS + WOODS LAW, PLLC
5055 North 12th Street, Ste 101
Phoenix, AZ 85014
*Attorneys for Plaintiffs*

DeeAn Gillespie Strub
GILLESPIE, SHIELDS, GOLDFARB & TAYLOR
7319 North 16th Street
Phoenix, AZ 85020
*Attorneys for Plaintiffs*

Jeffrey S. Hunter
ERNAUD COOK DRURY MESAROS, PA
One N. Central, Suite 900
Phoenix, Arizona 85004
*Attorneys for Defendant Aurora Behavioral Healthcare-Tempe, LLC*

By: /s/ Julie Irby