# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, et al., | No. CV-21-01444-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

Before the Court is Defendant Krzystztof Milak, MD's Motion to Exceed Page Limit for his Motion for Summary Judgment (Doc. 147). LRCiv 7.2(e)(1).[1] In light of the complexity of the claims and issues in this matter, the Court will grant the request and allow Defendant Milak to file a 25-page motion for summary judgment.

**IT IS ORDERED granting** the Motion to Exceed Page Limit (Doc. 147). Defendant Milak may file a motion for summary judgment that does not exceed 25 pages.[2]

Dated this 24th day of June, 2024.

Honorable Diane J. Humetewa
United States District Judge

---

[1] Defendant Milak does not state the position of Plaintiffs in making his request. Hereafter, the parties shall strive to meet and confer regarding their respective positions on any request before seeking relief from the Court and state that position in their moving papers.

[2] The parties are reminded of this Court's summary judgment requirements. (Doc. 28 at 5). Any motion filed with a separate statement of fact will be summarily stricken.