Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>　　　　　　　Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**STIPULATION TO EXTEND DISPOSTIVE MOTION DEADLINE**<br><br>(Hon. Diana J. Humetewa) |

　　　The parties, by and through their respective undersigned counsel, hereby submit this Stipulation to Extend Dispositive Motion Deadline for ten business days, at the most. The parties affirm that this request is made in good faith and not for purposes of delay.

　　　The current dispositive motions deadline is June 28, 2024. The parties seek a brief extension until July 12, 2024. One of the legal issues involved in this matter is the meaning of statutory definitions found in section 12-561 of the Arizona Revised Statutes. In the Court's order of decision dated May 20, 2022, the Court observed that the "fact-intensive nature" and "lingering

legal questions" in resolving the Parties' competing statutory interpretations "is better suited for a motion for summary judgment." [Doc. 74 at 7:4-5] ("The Court recognizes this issue involves careful study of the statutory language and its underlying policy considerations, which the Court hopes the parties will spend a greater time discussing should the issue be briefed in the future."). The parties each expect to file their own summary judgment motion on at least that issue, and potentially others. As for Plaintiffs, the attorney responsible for writing their summary judgment motion was recently married and out of the office on his honeymoon. While he has returned to the office, in addition to getting caught up on his other assignments, he is responsible for writing the opening brief in an older, very significant case on appeal which is due on June 27, 2024. As for Defendant Mlak, the attorney primarily responsible for litigating this matter is currently out of the country until June 29, 2024.

For those reasons, the parties respectfully request the Court to extend the dispositive motion deadline from June 28, 2024, until July 12, 2024.

RESPECTFULLY SUBMITTED this 25th day of June 2024.

**MILLS + WOODS LAW PLLC**

By  */s/ Thomas A. Connelly*
    Thomas A. Connelly
    Robert T. Mills
    Sean A. Woods
    5055 North 12th Street, Suite 101
    Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
    DeeAn Gillespie Strub
    Jenny D. Jansch
    7319 North 16th Street
    Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By  */s/ Vincent J. Montell*
    Vincent J. Montell
    Dustin Christner

8800 E. Raintree Dr., Ste. 100
Scottsdale, AZ 85028
*Attorneys for Defendant Krzystztof Mlak*

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

By  */s/ Jeffrey S. Hunter*
    Jeffrey S. Hunter
    One North Central Ave., Ste. 900
    Phoenix, AZ  85004
    *Attorneys for Defendant Aurora Behavioral Healthcare – Tempe, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

   */s/*