**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>Plaintiffs,<br>v.<br><br>State of Arizona, et al.,<br>Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**ORDER**<br><br>(Hon. Diana J. Humetewa) |

Pursuant to the parties' stipulation and for good cause shown, the current dispositive motions deadline of June 28, 2024, is extended to July 12, 2024.