Exhibit 12

OneContent: Generated By tonethealth.net\HOLIHAN, AMALIA



## PATIENT CARE REPORT

Incident Number: 10311030
Date of Service: 08/22/2018 10:36:23
Incident address: 8888 W PONTIAC
DR HOUSE
City: Glendale
Patient #:
Unit: E160
Ticket Shift:
CAD Floater: GR6000 MJ6000 GP6000
NM2080
Crew: R. Adam Ellis
Paul Gill
Mark Nelon
John McGee

Chief Complaint 1: ALOC
Secondary Complaint :
Type of Service Requested: EMS
Level of Service: ALS

| Call Received | Dispatched | En Route | At Scene | Patient | Depart Scene | Arrive Hospital | Back In Service |
|---|---|---|---|---|---|---|---|
| 08/22/2018 10:34:21 | 08/22/2018 10:36:20 | 08/22/2018 10:36:26 | 08/22/2018 10:02:42 | 08/22/2018 10:02:42 | 08/22/2018 10:24:00 | 08/22/2018 10:29:14 | 08/22/2018 10:40:11 |

### CAD TIMES BY UNIT

User # 1 : E160

| Call Received: | Dispatched: | En Route: | At Scene: | At Patient: | Depart Scene: | Arrive Hospital: | Transfer Care: |
|---|---|---|---|---|---|---|---|
| 08/22/2018 10:34:21 | 08/22/2018 10:36:20 | 08/22/2018 10:36:20 | 08/22/2018 10:02:42 | 08/22/2018 10:02:42 | 08/22/2018 10:24:00 | 08/22/2018 10:29:14 | 08/22/2018 10:40:11 |

Back In Service: 08/22/2018 10:40:11

## PATIENT INFORMATION

Last Name: SCIANNA
First Name: BROOKE

Date of Birth: 07/14/2001
Age: 17
Age Units: Years
Sex: Female
Weight: 114.0 pounds

CLOSEST RELATIVE/GUARDIAN
Phone Number:
Relationship:

## HISTORY

Hist. Obtained: Health Care Personnel
Barriers to Patient Care: None Noted
Medical Hx: Autistic
Advance Directives:
Presence of Emergency Information Form:
Alcohol/Drug Use Indicators: None

MR:000806775   Acct:303356030
SCIANNA, BROOKE
17Y   DOB:07/14/2001   Female   65   3
Dr:LAWRENCE BRANDON
Adm:08-22-2018   Abrazo Arrowhead Campus

SCANNED

## MEDICATION

Medication: Clomipramine Hcl ; Clonidine ; See List
Pt Meds: Yes

Pt Meds

OneContent: Generated By tonethealth.net\HOLIHAN, AMALIA



**Allergies: Resperidol**

PATIENT PHYSICIAN/PRACTITIONER

**Last Name: DNO**

**First Name:**

WOMEN'S HEALTH / PREGNANCY

**Pregnant?: No**

**Due Date:**

**Last Menstrual Period:**

**Gravidity :**

**Parity :**

**Last Fetal Movement:**

**Prenatal Care:**

**Complications:**

COMPLAINTS

**Injury/Illness: Illness (Medical)**

**Chief Complaint 1: ALOC**

**Secondary Complaint :**

**Home Conditions:**

**Patients Activity at Onset:**

**Provocation:**

**Quality:**

**Radiation:**

**Severity:**

**Time:**

**Work Related?:**

**Patients Occupational Industry:**

MRN:000806776   Acct:303355630
SCIANNA, BROOKE
17Y   DOB:07/14/2001   Female   65   3
Dr.LAWRENCE BRANDON
Adm:09-22-2018   Abrazo Arrowhead Campus

MOI

AAC-SDT-000241

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

## NARRATIVE

Status Enroute: Pt calm

Response to Treatment: Improved. Pt more calm after versed and being placed in restraints

HPI/MOI: Pt is severely autistic pt in group home. Per staff pt will have unknown triggers that cause her to become combative and viloent with other patients and staff. Today pt started hitting, biting and kicking herself and staff. Staff is trying to get her relocated to another facility

## PATIENT ASSESSMENT

### Bar # 1

**Time Taken: 10:12:59**
Mental Status: Alert &
Oriented X 4: Yes

GCS: Eye Ver Mot
Total:15
Motor: Obeys
commands/Normal,
Spontaneous (6)
Verbal:
Oriented/Cncs,
Babbles (5)
Eye: Spontaneous-
open with blinking at
baseline (4)

Neurological: Normal
Baseline for Patient:
Yes
Head: No
Complaints/No
Observed Injury: Yes;
No Observed
Abnormalities: Yes;
Normal: Yes
Facial Abrasion: Yes
(Face-General)
Neck: No
Complaints/No
Observed Injury: Yes;
No Observed
Abnormalities: Yes;
Normal: Yes; Trachea
Midline: Yes

Chest/Lungs:
Adequate Tidal
Volume: Yes; Clear &
Equal Bilat: Yes; Equal
Rise & Fall: Yes; No
Complaints/No
Observed Injury: Yes;
No Observed
Abnormalities: Yes;
Normal: Yes
Abdomen: No
Complaints/No
Observed Injury: Yes;
No Observed
Abnormalities: Yes;
Normal: Yes; Soft: Yes
Pelvis/GU: No
Complaints/No
Observed Injury: Yes;
No Observed
Abnormalities: Yes;
Normal: Yes

Extremities:
Function: Yes (All 4
extremities)
Back and Spine: No
Complaints/No
Observed Injury: Yes;
No Observed
Abnormalities: Yes;
Normal: Yes

PART Score:
Facial Droop: None
Arm Drift: None
Speech: Normal
Time: 08/22/2018
10:16:00

## VITAL SIGNS

### Bar # 1
Time Taken: 08/22/2018
10:08:34
Pulse Oximetry: 98 (RA)
Skin: Warm/Dry/Pink: Yes
Eye: PERRL: Yes
Cap Refill: Cap Refill less
than 2 secs

BP: 120 (Laying)/0
ECG: Sinus Tachycardia
Resp Rate (BPM): 24 (NON-Labored)

ECG Type: 4 Lead

Heart Rate (BPM): 120
(Strong/Regular/Radial)
Method of ECG
Interpretation: Manual
Interpretation

### Bar # 2
Time Taken: 08/22/2018
10:38:11
Pulse Oximetry: 98 (RA)
Skin: Warm/Dry/Pink: Yes
Eye: PERRL: Yes
Cap Refill: Cap Refill less
than 2 secs

BP: 01/40
ECG: Sinus Tachycardia
Resp Rate (BPM): 24 (NON-Labored)

ECG Type: 4 Lead
Blood Glucose Level: 74.0

Heart Rate (BPM): 122
Method of ECG
Interpretation: Manual
Interpretation

## MONITOR IMAGES

data_summary1_page1

MR:000806775   Acct:303355630
SCIANNA, BROOKE
12Y  DOB:07/14/2001   Female  65  3
Dr.LAWRENCE BRANDON
Adm:08-22-2018   Abrazo Arrowhead Campus

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA







MRN:000806776  Acct:303355030
SCIANNA, BROOKE
17Y  DOB:07/14/2001   Female  65  3
Dr.LAWRENCE BRANDON
Adm:08-22-2018   Abrazo Arrowhead Campus

OnoContent: Generated By tonethealth.net\HOLIHAN, AMALIA





MRN:000806775   Acct:303355630
SCIANNA, BROOKE
17Y  DOB:07/14/2001   Female  65  3
Dr.LAWRENCE BRANDON
Adm:08-22-2018   Abrazo Arrowhead Campus

Tx/Procedure

| Time | Performed By | Treatment | Details |
|---|---|---|---|
| 10:08:51 | R. Adam Hille | Drug | Prior to BMB Carol Islan |

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

Drug Name: Versed
(Midazolam)
Dose: 0
Unit: MG
Route: IM R Deltoid
Response: Improved
Reason: Patient Combative
Complications: None
Authorization: Protocol
(Standing Order)

═══ OUTCOME ═══

Transfer Care: 08/22/2018 16:40:11

Incident/Patient Disposition: ALS Ride In
EMS Transport Method: Ground-Ambulance
Transport Unit: W-131
Transport Mode from Scene: Code 2
Position of Patient During Transport:
Pt Condition Upon Transfer: Alert

CN/Patch Given: Yes Cn/Spoke with RN
Time of Pre-Arrival Alert or Activation: 08/22/2018 16:29:50
DR/RN Name: JULIE
Destination Team Pre-Arrival Alert or Activation: No
Patch Orders Received:
Reason for Choosing Destination: Closest Most Appropriate Facility
Destination Name: Abrazo Arrowhead Campus (AH) 6235613B0
Disposition Instructions Provided:

═══ SIGNATURES ═══

RN Accepting

*CORRIN*

CORRIN
RN Accepting
08/22/2018 16:51:58

CEP/EMT Author

*JM*

John McGee
As a crew member for the Glendale Fire Department, I attest that the foregoing is true and correct.
08/22/2018 16:41:57

MR:000806775   Acct:303395030
SCIANNA, BROOKE
17Y  DOB:07/14/2001   Female  65  3
Dr.LAWRENCE BRANXON
Adm:08-22-2018   Abrazo Arrowhead Campus

═══ NARCOTICS USAGE/WASTAGE ═══

| Drug | Amt Used | Amt Wasted | Administered By | Wastage Witness | Drug Box Number |
|------|----------|------------|-----------------|-----------------|-----------------|
| Versed | 5 mg | 0 mg | John McGee; undefined | R. Adam Ellis; 04109 | 1700476 |

AAC-SDT-000245

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

(Midazolam)

Generated by Zol • All rights reserved 2000-2010  Date/Time Created: 8/22/2010 16:56 

MR:000806776   Acct:303355030
SCIANNA, BROOKE
1YY   DOB:07/14/2001   Female   65   3
Dr.LAWRENCE BRANDON
Adm:08-22-2010   Abrazo Arrowhead Campus

AAC-SDT-000246

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

08/22/2018 0:19 PM          AMR          Abrazo Arrowhead Hospital          p 2



# AMERICAN MEDICAL RESPONSE MARICOPA
## PRE-HOSPITAL CARE REPORT

SCANNED

| Case #: 10719311 | Unit ID: A131 | Date: 8/22/2018 |
|---|---|---|

## SERVICE / DISPATCH INFORMATION / TIMES

**SERVICE**

FROM:
6888 W PONTIAC DR
GLENDALE, AZ 85308
(HOME/RESIDENCE)

TO: ABRAZO ARROWHEAD HOSPITAL
18701 N 67TH AVE
GLENDALE, AZ 85308
(HOSPITAL - ED)
ROOM/DEPT: HOSPITAL-EMERGENCY DEPARTMENT
DESTINATION DECISION: CLOSEST/MOST APPROPRIATE

**DISPATCH INFORMATION**

CALLER:   FIRE DEPARTMENT
RESPONSE MODE:   LIGHTS AND SIREN
TRANSPORT MODE:   NO LIGHTS AND SIREN
ALS ASSESSMENT: FIRE PARAMEDIC
DISPOSITION: TRANSPORTED - TO HOSPITAL
EMS

**TIMES**

| | |
|---|---|
| CALL RECEIVED: | 16:02:52 |
| DISPATCHED: | 16:03:20 |
| ENROUTE: | 16:04:32 |
| AT SCENE: | 16:14:11 |
| AT PT SIDE: | 16:16:00 |
| TRANSPORT: | 16:22:57 |
| ARRIVAL: | 16:20:37 |
| CARE TRANS'D: | 8/22/2018 4:50:00 PM |
| AVAILABLE: | 17:10:00 |
| DEST MILES: | 2 |
| TOTAL MILES: | 2 |

## PATIENT DEMOGRAPHICS

NAME: SCIANNA, BROOKE
ADDRESS: 6888 W PONTIAC DR

CITY, STATE ZIP:  GLENDALE, AZ 85308
PHONE:
CELL PHONE:
SSN:
INSURANCE          POLICY          GROUP
DEPT OF ECONOMIC          A50440629
SECURITY CMPD
RESPONSIBLE PARTY:  COURT, WARD OF THE
PHONE:
HOSPITAL MRN:
HOSPITAL FIN:

DOB: 7/14/2001
AGE: 17
GENDER: FEMALE
ETHNICITY: CAUCASIAN

NAME OF EMPLOYER:
EMPLOYER PHONE:

## MEDICAL HISTORY

HISTORY OBTAINED          HEALTH CARE PERSONNEL
FROM:
MEDICAL HISTORY:   OTHER, AUTISM
ALLERGIES: DAIRY, MEDICATION, RISPERDAL
ALLERGY DESCRIPTION:
MEDICATIONS:   NONE STATED

MR:000806775   Acct:30335563D
SCIANNA, BROOKE
17Y DOB:07/14/2001   Female   65   3
Dr.LAWRENCE BRANDON
Adm:08-22-2018   Abrazo Arrowhead Campus

## HISTORY OF PRESENT ILLNESS:

CHIEF COMPLAINT:
CHIEF COMPLAINT CATEGORY: ALTERED LEVEL OF CONSCIOUSNESS, RECURRENCE: YES

Case #: 10719311
PCR: 2018082210115421005
Device: 8CAZMED9170

Date of Service: 08/22/2018
Patient: Brooke Scianna

Page: 1 of 3
Printed : 8/22/2018

Patient: SCIANNA, BROOKE    MRN: 000806775    Page 8 of 11

AAC-SDT-000247

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

08/22/2018 6:19 PM          AMR                    Abrazo  Arrowhead Hospital                          133

## PHYSICAL FINDINGS

WEIGHT: 114 LBS; 51 KG
PHYSICAL ASSESSMENT
HEAD: SYMMETRICAL
   NEGATIVE: ABRASION
   REMARKS: ABRASION TO LEFT CHEEK AND CHIN
NECK: NO JVD
   POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED
CHEST: SYMMETRIC WITH BILATERAL CHEST RISE
   POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED
ABDOMEN: SOFT, NON-TENDER
   POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED
PELVIS: STABLE
   POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED
BACK: SYMMETRIC
   POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED
EXTREMITIES: FULLY INTACT, PURPOSEFUL MOVEMENT
   POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED

MR:000806776   Acct:303355030
SCIANNA, BROOKE
17Y   DOB:07/14/2001
Dr.LAWRENCE BRANDON            Female  65  3
Adm:08-22-2018   Abrazo Arrowhead Campus

## IMPRESSION

PRIMARY IMPRESSION: BEHAVIORAL / PSYCHIATRIC - THREATENING/HOMICIDAL
SECONDARY IMPRESSION: OTHER - NO SECONDARY IMPRESSION
Other Impression

## VITAL SIGNS

| TIME | BLOOD PRESSURE | PULSE | RESP | GLASGOW COMA SCALE | | | | EKG | SPO2 | BLOOD GLUCOSE | PAIN SCALE |
|------|----------------|-------|------|------|---|---|-------|-----|------|---------------|------------|
|      |                |       |      | E | V | M | TOTAL |     |      |               |            |
| 16:20 |               |       |      |   |   |   |       |     |      | 74            |            |

## TREATMENTS

| PTA | TIME | CAREGIVER | PROCEDURE |
|-----|------|-----------|-----------|
| X |      | GLENDALE FIRE DEPT. | PULSE OXIMETRY 98%; ON ROOM AIR |
| X |      | GLENDALE FIRE DEPT. | PULSE OXIMETRY 98%; ON ROOM AIR |
| X |      | GLENDALE FIRE DEPT. | MEDICATION ADMINISTRATION  MIDAZOLAM HCL 5MG/ML, VIAL (2ML); 5; MG; INTRAMUSCULAR; RESULT AFTER: IMPROVED |
| X |      | GLENDALE FIRE DEPT. | VITAL SIGNS - |
|   |      |           | GLASGOW COMA SCALE  GCS NOT TAKEN |
| X |      |           | VITALS BP: 120BLOOD PRESSURE PALPED?; PULSE: 120; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 24; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL |
| X |      | GLENDALE FIRE DEPT. | VITAL SIGNS - |
|   |      |           | GLASGOW COMA SCALE  GCS NOT TAKEN |
| X |      |           | VITALS BP: 91/49; PULSE: 122; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 24; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL |
|   | 16:16 | GLENDALE FIRE DEPT. | RESTRAINTS  INDICATION: COMBATIVE PATIENT; TYPE: 4 POINT SOFT; PATIENT POSITION: SITTING; CSM INTACT: RIGHT ARM, LEFT ARM, LEFT LEG, RIGHT LEG |
|   | 16:20 | BURT, TIMOTHY,AMR | BLOOD GLUCOSE  BLOOD GLUCOSE READING:LEVEL: 74 |

Case #: 10719311                    Date of Service: 08/22/2018          Page: 2 of 3
PCR#: 2018002216116421805          Patient: Brooke Scianna              Printed : 8/22/2018
Device: SCAZMEDS3176

AAC-SDT-000248

OneContent: Generated By tonethealth.net\HOLIHAN, AMALIA

⏱ 08/22/2018 6:19 PM          AMR                     ⤴ Abrazo  Arrowhead Hospital                              D 4

## NARRATIVE

W-131 RESPONDED CODE 3 AND WAS DELAYED FOR DISTANCE, PER E156 PT IS SEVERLY AUTISTIC AND LIVES IN THE GROUP HOME. PER THE STAFF, THE PT HAS UNKNOWN TRIGGERS THAT CAUSES THEM TO BECOME COMBATIVE AND VIOLENT TOWARDS STAFF AND OTHERS. TODAY, THE PT STARTED HITTING, BITING AND KICKING HERSELF AND STAFF. PT WAS PICKED UP AND CARRIED TO GURNEY BY E156. PT WAS THEN HAD ALL 4 LIMBS RESTRAINED TO GURNEY FOR THEIR SAFTEY AND OTHERS. PT WAS THEN SECURRED WITH SEAT BELTS AND PUT INTO AMBO. PT WAS TRANSPORTED ALS TO ABRAZO ARROWHEAD VIA W-131. IN ROUTE PT WAS CALM AND STABLE WITH NO CHANGES ENROUTE. PT CARE WAS THEN TRANSFERRED TO ER RN.

## RUN COMPLETION

### OTHER CAREGIVERS

CAREGIVER NAME:

CERTIFICATION:

AGENCY:  Glendale Fire Dept.

ROLE:

PRIVACY PRACTICED:  THE NOTICE OF PRIVACY PRACTICES WAS UNABLE TO BE PROVIDED

MR:000806776   Acct:303355630
SCIANNA, BROOKE            Female   65   3
17Y  DOB:07/14/2001
Dr.LAWRENCE BRANDON
Adm:08-22-2018,   Abrazo Arrowhead Campus

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

(9 08/22/2018 6:19 PM          AMR                    -9 Abrazo  Arrowhead Hospital                          W 5

## AMERICAN MEDICAL RESPONSE MARICOPA
## PRE-HOSPITAL CARE REPORT SIGNATURES
## MARICOPA SWA

Case #: 18710311              Unit ID: A131                          Date: 0/22/2018

### CREW MEMBERS

CREW 1
NAME: BURT, TIMOTHY, AMR
NUMBER: E00090708
CERTIFICATION: EMT

CREW 2
NAME: JOJOLA, RAYMOND, AMR
NUMBER: 70064
CERTIFICATION: EMT

### OTHER CAREGIVERS

NAME: 11
AGENCY: Glendale Fire Dept.
CERTIFICATION: 11
REASON FOR OTHER CAREGIVER:

### DESTINATION

TURNED OVER TO: LISA R.

MR:000806775    Acct:303356630
SCIANNA, BROOKE
17Y   DOB:07/14/2001   Female   65  3
Dr.LAWRENCE BRANDON      Abrazo Arrowhead Campus
Adm:08-22-2018

Case #: 18710311                    Date of Service: 08/22/2018          Page: 1 of 1
PCR: 2018002210115421005           Patient: Brooke Scianna              Printed : 0/22/2018

AAC-SDT-000250

Exhibit 13

**Abrazo Arrowhead Campus**
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | | |
| Account #: | 303355630 | Admission Date: | 8/22/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Discharge Date: | 8/25/2018 |
| | | Lab Medical Director(s): | Cynthia L. Koehler, M.D. |

---

## *Emergency/Urgent Care*

Document Type:
Document Subject:
Document Date/Time:
Document Status:
Performed By:
Authenticated By:

ED Note-Physician
Psychiatric Problem *ED
8/22/2018 16:54 MST
Auth (Verified)
LAWRENCE MD,BRANDON (8/22/2018 16:59 MST)
LAWRENCE MD,BRANDON (8/22/2018 21:25 MST);
LAWRENCE MD,BRANDON (8/22/2018 21:25 MST)

### Psychiatric Problem *ED

Patient: SCIANNA, BROOKE     MRN: 806775     FIN: 303355630
Age: 17 years   Sex: Female   DOB: 07/14/2001
Associated Diagnoses: Agitation
Author: LAWRENCE MD, BRANDON

History of Present Illness
    Brooke is a 17-year-old female with severe autism presenting the emergency department with aggressive behavior. She apparently at her care facility is now unable to be cared for there she has been very aggressive with staff and has been performing a lot of self abuse. She has a history of this behavior in the past. She apparently is also the ward of the state after she was removed from her mother's home several months ago..

Review of Systems
    Additional review of systems information: Unable to obtain due to: Mentally Impaired.

Health Status
    Allergies:
        Allergic Reactions (Selected)
            Severity Not Documented
            RisperDAL- No reactions were documented..

Past Medical/ Family/ Social History
    Surgical history:
        No active procedure history items have been selected or recorded..
    Family history:
        No family history items have been selected or recorded..
    Social history: Alcohol use: Denies, Tobacco use: Denies, Drug use: Denies.
    Problem list: Per nurse's notes,

Physical Examination

    Vital Signs
    Oxygen saturation.
        General: Alert, no acute distress.
        Skin: Warm, Intact, Bruising of various stages of healing throughout body.
        Head: Abrasions bilateral forehead.
        Neck: Supple, no JVD.
        Eye: Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
        Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion.
        Respiratory: Lungs are clear to auscultation, respirations are non-labored.
        Gastrointestinal: Soft, Nontender, Non distended.
        Musculoskeletal: Normal ROM, normal strength, no tenderness.
        Neurological: No focal neurological deficit observed.
        Lymphatics: No lymphadenopathy.

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| Patient: | SCIANNA, BROOKE | | Attending Provider: | MCKINNON MD,KRISTEN |
|---|---|---|---|---|
| MRN #: | 806775 | | | |
| Account #: | 303355630 | | Admission Date: | 8/22/2018 |
| | | | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001  / 20 years | / Female | Lab Medical Director(s): | Cyonthia L. Koehler, M.D. |

---

## *Emergency/Urgent Care*

Psychiatric: Cooperative.

Medical Decision Making
   Notes: Brooke required sedation as well as physical restraints. She began running around the ER trying to escape and becoming combative. She
      was given 5 mg of Haldol 2 of Ativan and 50 of Benadryl was placed in restraints. This however was not enough and required further
      sedation approximately half an hour later Ketamine was administered..

Impression and Plan
   Diagnosis
      Agitation : ICD10-CM R45.1, Discharge, Emergency medicine, Medical
   Plan
      Disposition: Medically cleared, Patient care transitioned to: HALL DO, SHANTALL V.

*Electronically Signed On 08/22/18 21:25 MST*

---

*LAWRENCE MD, BRANDON*

---

Document Type:                          Ambulance Record
Document Subject:                       EMS DOCUMENTATION
Document Date/Time:                     8/23/2018 11:17 MST
Document Status:                        Modified
Performed By:
Authenticated By:

**EMS DOCUMENTATION**
hpfredirect.etenet.com?facility=AHD&duid=1.2.840.113782.1.3.123.69521.1462.20180823.58411844_HNAM_URL

Document Type:                          Ambulance Record
Document Subject:                       EMS DOCUMENTATION
Document Date/Time:                     8/23/2018 01:02 MST
Document Status:                        Auth (Verified)
Performed By:
Authenticated By:

**EMS DOCUMENTATION**
hpfredirect.etenet.com?facility=AHD&duid=1.2.840.113782.1.3.123.69494.5361.20180823.21773778_HNAM_URL

Document Type:                          Ambulance Record
Document Subject:                       EMS DOCUMENTATION
Document Date/Time:                     8/23/2018 01:02 MST
Document Status:                        Auth (Verified)
Performed By:
Authenticated By:

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| Patient: | SCIANNA, BROOKE | | Attending Provider: | MCKINNON MD,KRISTEN |
|---|---|---|---|---|
| MRN #: | 808775 | | | |
| Account #: | 303365630 | | Admission Date: | 8/22/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years | / Female | Discharge Date: | 8/25/2018 |
| | | | Lab Medical Director(s): | Cyonthia L. Koehler, M.D. |

## Orders

Order: haloperidol (Haldol)
Order Start Date/Time: 8/22/2018 19:40 MST
Order Date/Time: 8/22/2018 19:40 MST

| Order Status: Completed | Department Status: Completed | Activity Type: Pharmacy |
|---|---|---|
| End Date/Time: 8/22/2018 19:46 MST | End Reason: | |

Ordering Physician: LAWRENCE MD,BRANDON
Entered and Electronically Signed By: LAWRENCE MD,BRANDON on 8/22/2018 19:40 MST
Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 8/22/18 9:40:00 PM CDT, stop date 8/22/18 9:46:11 PM CDT
Order Comment:

| Action Type: Complete | Action Date/Time: 8/22/2018 19:46 MST | Action Personnel: Shonlo RN,Terri |
|---|---|---|
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: |

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:40:00 MST, stop date 08/22/18 19:40:00 MST
Authentication/Order Review:
Doctor Cosign: Not Required
Order Comment:

| Action Type: Order | Action Date/Time: 8/22/2018 19:40 MST | Action Personnel: LAWRENCE MD, BRANDON |
|---|---|---|
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: Written |

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:40:00 MST, stop date 08/22/18 19:40:00 MST
Authentication/Order Review:
Nurse Review: No Longer Needing Review, SYSTEM,SYSTEM on 10/6/2018 22:05 CDT
Pharmacist Verify: Electronically Signed, Waggoner RX,Donald on 8/22/2018 19:44 MST
Doctor Cosign: Not Required
Order Comment:

**Abrazo Arrowhead Campus**
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| --- | --- | --- | --- |
| MRN #: | 806775 | | |
| Account #: | 303355630 | Admission Date: | 8/22/2018 |
| DOB/Age/Sex: | 7/14/2001  / 20 years   / Female | Discharge Date: | 8/25/2018 |
| | | Lab Medical Director(s): | Cynthia L. Koehler, M.D. |

## Orders

**Order: haloperidol (Haldol)**

Order Start Date/Time: 8/22/2018 19:40 MST

Order Date/Time: 8/22/2018 19:40 MST

| Order Status: Completed | Department Status: Completed | Activity Type: Pharmacy |
| --- | --- | --- |
| End Date/Time: 8/22/2018 19:46 MST | End Reason: | |

Ordering Physician: LAWRENCE MD,BRANDON

Entered and Electronically Signed By: LAWRENCE MD,BRANDON on 8/22/2018 19:40 MST

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 8/22/18 9:40:00 PM CDT, stop date 8/22/18 9:46:11 PM CDT

Order Comment:

| Action Type: Complete | Action Date/Time: 8/22/2018 19:46 MST | Action Personnel: Shonia RN,Terri |
| --- | --- | --- |
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: |

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:40:00 MST, stop date 08/22/18 19:40:00 MST

Authentication/Order Review:

Doctor Cosign: Not Required

Order Comment:

| Action Type: Order | Action Date/Time: 8/22/2018 19:40 MST | Action Personnel: LAWRENCE MD, BRANDON |
| --- | --- | --- |
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: Written |

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:40:00 MST, stop date 08/22/18 19:40:00 MST

Authentication/Order Review:

Nurse Review: No Longer Needing Review, SYSTEM,SYSTEM on 10/6/2018 22:05 CDT

Pharmacist Verify: Electronically Signed, Waggoner RX,Donald on 8/22/2018 19:44 MST

Doctor Cosign: Not Required

Order Comment:

AAC-SDT-000077

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | | |
| Account #: | 303355630 | Admission Date: | 8/22/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Discharge Date: | 8/25/2018 |
| | | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

## Orders

**Order: haloperidol (Haldol)**

Order Start Date/Time: 8/22/2018 19:37 MST

Order Date/Time: 8/22/2018 19:37 MST

| Order Status: Completed | Department Status: Completed | Activity Type: Pharmacy |
|---|---|---|
| End Date/Time: 8/22/2018 19:39 MST | End Reason: | |

Ordering Physician: LAWRENCE MD,BRANDON

Entered and Electronically Signed By: Shonio RN,Terri on 8/22/2018 19:37 MST

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 8/22/18 9:37:00 PM CDT, stop date 8/22/18 9:39:46 PM CDT

Order Comment:

| Action Type: Complete. | Action Date/Time: 8/22/2018 19:39 MST | Action Personnel: Shonio RN,Terri |
|---|---|---|
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: |

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:37:00 MST, stop date 08/22/18 19:37:00 MST

Authentication/Order Review:

Pharmacist Verify: Electronically Signed, Waggoner RX,Donald on 8/22/2018 19:43 MST

Doctor Cosign: Not Required

Order Comment:

| Action Type: Order | Action Date/Time: 8/22/2018 19:38 MST | Action Personnel: Shonio RN,Terri |
|---|---|---|
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: Verbal Read Back-Authentication Required |

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:37:00 MST, stop date 08/22/18 19:37:00 MST

Authentication/Order Review:

Doctor Cosign: Electronically Signed, LAWRENCE MD,BRANDON on 8/27/2018 22:52 MST

Pharmacist Verify: Reviewed, Waggoner RX,Donald on 8/22/2018 19:43 MST

Order Comment:

Exhibit 14

**Abrazo Arrowhead Campus**
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | | |
| Account #: | 303355630 | Admission Date: | 8/22/2018 |
| DOB/Age/Sex: | 7/14/2001  / 20 years      / Female | Discharge Date: | 8/25/2018 |
| | | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

---

### *Emergency/Urgent Care*

**Vital Signs**
Height :  167.5 cm(Converted to: 5 ft 6 in, 65.94 in)
Weight :   50 kg(Converted to: 110 lb 4 ounce)

SCHIEFELBEIN RN, MICHELLE - 08/25/2018 19:10 MST

**AHD Disposition**
ED Disposition :  Transfer
ED Mode of Discharge :  Stretcher
Mode of Transportation :  Ambulance
Transfer to :  Psychiatric Facility
ED Condition :  Good, Stable, Improved
Accompanied By, Discharge :  EMT/paramedics

SCHIEFELBEIN RN, MICHELLE - 08/25/2018 19:10 MST

---

Document Type:
Document Subject:
Document Date/Time:
Document Status:
Performed By:
Authenticated By:

Depart Summary
Depart Summary
8/25/2018 19:14 MST
Modified
SCHIEFELBEIN RN,MICHELLE (8/25/2018 19:14 MST)
SCHIEFELBEIN RN,MICHELLE (8/25/2018 19:14 MST)

Depart Summary

**Abrazo Arrowhead Campus**
18701 N. 67th Ave.
Glendale, AZ 85308-7100
Phone: 6235611000

### DEPART SUMMARY
### PERSON INFORMATION

**Name:** SCIANNA, BROOKE

**Address:** 6868 W PONTIAC DR GLENDALE AZ 85308-9481 **Phone:** (060)050-0966

**DOB:** 07/14/2001 **MRN:** 806775 **Acct#:** 303355630

**Visit Reason:** Agitation or violent behavior*; ALOC AMBO

**Arrival Time:** 08/22/2018 16:32:00 **Discharge Time:** 08/25/2018 19:14:08

### VISIT INFORMATION

**Chief Complaint:** VIOLENT BEHAVIOR AT GROUP HOME/ KICKING/ BITING/ HITING ROOM SIGNS
AND RUBBING FACE ON CARPET/ PT HAS AUTIEM AND DEVELOPMENTAL DELAY/ NON VERBAL

**Abrazo Arrowhead Campus**
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD, KRISTEN |
|---|---|---|---|
| MRN #: | 806775 | | |
| Account #: | 303355630 | Admission Date: | 8/22/2018 |
| | | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001  / 20 years  / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

## *Emergency/Urgent Care*

**Patient Diagnosis:** Agitation; Agitation

**Primary Care Provider:** PHYSICIAN, UNKNOWN

**Primary Physician:** and MCKINNON MD, KRISTEN

**Discharge Location:**

**Allergy Info:** RisperDAL; Milk Products; Glutens

**Medications Given:**

| Medication | Dose | Route | Ordering Physician | Performed By |
|---|---|---|---|---|
| clomiPRAMINE 25 mg cap | 50 mg | Oral | KIEBORZ DO, TIMOTHY J | SCHIEFELBEIN RN, MICHELLE |
| diphenhydrAMINE 25 mg cap | 50 mg | Oral | HICKMAN DO, MICHAEL W | Siggins ED RN, Stephanie |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 50 mg | IntraMuscular | LAWRENCE MD, BRANDON | Shonto RN, Terri |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 50 mg | IntraMuscular | FAGERLIE MD, SETH A | Ortiz RN, Jamie |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 25 mg | IntraMuscular | HICKMAN DO, MICHAEL W | Ortiz RN, Jamie |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 50 mg | IV Push | FAGERLIE MD, SETH A | Jones ED RN, Elizabeth |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 25 mg | IntraMuscular | KIEBORZ DO, TIMOTHY J | SCHIEFELBEIN RN, MICHELLE |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 25 mg | IntraMuscular | MCKINNON MD, KRISTEN | SCHIEFELBEIN RN, MICHELLE |
| ethinyl estradiol-norgestrel 30 mcg-0.3 mg tab | 1 tab | Oral | KIEBORZ DO, TIMOTHY J | SCHIEFELBEIN RN, MICHELLE |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | LAWRENCE MD, BRANDON | Shonto RN, Terri |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | LAWRENCE MD, BRANDON | Shonto RN, Terri |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | FAGERLIE MD, SETH A | Ortiz RN, Jamie |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | HICKMAN DO, MICHAEL W | Ortiz RN, Jamie |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IV | FAGERLIE MD, SETH A | Jones ED RN, Elizabeth |

**Abrazo Arrowhead Campus**
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | | |
| Account #: | 303355630 | Admission Date: | 8/22/2018 |
| | | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001  / 20 years      / Female | Lab Medical Director(s): | Cynthia L. Koehler, M.D. |

## *Emergency/Urgent Care*

| | | | | |
|---|---|---|---|---|
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | FAGERLIE MD, SETH A | Jones ED RN, Elizabeth |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | BRONNENKANT MD, TYLER N | Jones ED RN, Elizabeth |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | KIEBORZ DO, TIMOTHY J | SCHIEFELBEIN RN, MICHELLE |
| ibuprofen 600 mg tab | 600 mg | Oral | HICKMAN DO, MICHAEL W | Siggins ED RN, Stephanie |
| ketamine 50 mg/mL injection; 10 mL | 100 mg | IntraMuscular | LAWRENCE MD, BRANDON | Shonlo RN, Terri |
| LORazepam 2 mg/mL injection; 1 mL | 2 mg | IntraMuscular | LAWRENCE MD, BRANDON | Shonlo RN, Terri |
| LORazepam 2 mg/mL injection; 1 mL | 2 mg | IntraMuscular | HICKMAN DO, MICHAEL W | Ortiz RN, Jamie |
| LORazepam 2 mg/mL injection; 1 mL | 2 mg | IntraMuscular | FAGERLIE MD, SETH A | Jones ED RN, Elizabeth |
| LORazepam 2 mg/mL injection; 1 mL | 2 mg | IntraMuscular | BRONNENKANT MD, TYLER N | Jones ED RN, Elizabeth |

## PRESCRIPTIONS:

| Home Meds | Display |
|---|---|
| cholecalciferol (Vitamin D3 (cholecalciferol) 5000 intl units oral capsule) | 5,000 int_units = 1 cap, Oral, Daily, # 30 cap, 0 Refill(s) |
| clomiPRAMINE (Anafranil 50 mg oral capsule) | Q Bedtime, 0 Refill(s) |
| clomiPRAMINE (clomiPRAMINE 50 mg oral capsule) | 50 mg = 1 cap, Oral, Q Bedtime, 0 Refill(s) |
| cloNIDine (cloNIDine 0.2 mg oral tablet) | 0.1, Oral, BID, # 180 tab, 0 Refill(s) |
| diphenhydrAMINE (Benadryl 25 mg oral capsule) | 25 mg, Oral, BID, 0 Refill(s) |
| docusate (Phillips Stool Softener 100 mg oral capsule) | 200 mg = 2 cap, Oral, BID, 0 Refill(s) |

AAC-SDT-000113

Exhibit 15

**Abrazo Arrowhead Campus**
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | | |
| Account #: | 303355630 | Admission Date: | 8/22/2018 |
| | | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years  / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

## Medication Administration

### Medications

| Admin Date/Time: 8/25/2018 08:43 MST | Charted Date/Time: 8/25/2018 10:43 CDT |
|---|---|

Medication Name: haloperidol (Haldol)
Ingredients: halo5l 5 mg 1 mL
Admin Details: (Auth) IntraMuscular, Dorsogluteal Left
Action Details: Order: KIEBORZ DO,TIMOTHY J 8/25/2018 08:04 MST; Perform: SCHIEFELBEIN RN,MICHELLE 8/25/2018 08:43 MST; VERIFY: SCHIEFELBEIN RN,MICHELLE 8/25/2018 08:43 MST

| Admin Date/Time: 8/24/2018 16:09 MST | Charted Date/Time: 8/24/2018 18:09 CDT |
|---|---|

Medication Name: haloperidol (Haldol)
Ingredients: halo5l 5 mg 1 mL
Admin Details: (Auth) IntraMuscular, Vastus Lateral Left
Action Details: Order: BRONNENKANT MD,TYLER N 8/24/2018 16:01 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 16:09 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 16:09 MST

| Admin Date/Time: 8/24/2018 16:09 MST | Charted Date/Time: 8/24/2018 18:09 CDT |
|---|---|

Medication Name: LORazepam (Ativan)
Ingredients: lora2l 2 mg 1 mL
Admin Details: (Auth) IntraMuscular, Deltoid Left
Action Details: Order: BRONNENKANT MD,TYLER N 8/24/2018 16:01 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 16:09 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 16:09 MST

| Admin Date/Time: 8/24/2018 11:51 MST | Charted Date/Time: 8/24/2018 13:51 CDT |
|---|---|

Medication Name: haloperidol (Haldol)
Admin Details: (Not Given) Duplicate
Action Details: Order: FAGERLIE MD,SETH A 8/24/2018 11:48 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 11:51 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 11:51 MST

| Admin Date/Time: 8/24/2018 11:50 MST | Charted Date/Time: 8/24/2018 13:50 CDT |
|---|---|

Medication Name: LORazepam (Ativan)
Ingredients: lora2l 2 mg 1 mL
Admin Details: (Auth) IntraMuscular, Deltoid Left
Action Details: Order: FAGERLIE MD,SETH A 8/24/2018 11:48 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 11:50 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 11:50 MST

| Admin Date/Time: 8/24/2018 11:50 MST | Charted Date/Time: 8/24/2018 13:50 CDT |
|---|---|

Medication Name: LORazepam (Ativan)
Admin Details: (Not Given) Discontinued
Action Details: Order: FAGERLIE MD,SETH A 8/24/2018 11:37 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 11:50 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 11:50 MST

**Abrazo Arrowhead Campus**
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | | |
| Account #: | 303355630 | Admission Date: | 8/22/2018 |
| | | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Lab Medical Director(s): | Cynthia L. Koehler, M.D. |

### Medication Administration

#### Medications

| Admin Date/Time: 8/24/2018 11:48 MST | Charted Date/Time: 8/24/2018 13:48 CDT |
|---|---|
| Medication Name: haloperidol (Haldol) | |
| Ingredients: halo5i 5 mg 1 mL | |
| Admin Details: (Auth) IntraMuscular, Vastus Lateral Right | |
| Action Details: Order: FAGERLIE MD,SETH A 8/24/2018 11:39 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 11:45 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 11:45 MST | |

| Admin Date/Time: 8/24/2018 08:13 MST | Charted Date/Time: 8/24/2018 10:13 CDT |
|---|---|
| Medication Name: diphenhydrAMINE (Benadryl) | |
| Ingredients: diph50i 50 mg 1 mL | |
| Admin Details: (Auth) IV Push, Vastus Lateral Left | |
| Action Details: Order: FAGERLIE MD,SETH A 8/24/2018 08:04 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 08:12 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 08:12 MST | |

| Admin Date/Time: 8/24/2018 08:13 MST | Charted Date/Time: 8/24/2018 10:13 CDT |
|---|---|
| Medication Name: haloperidol (Haldol) | |
| Ingredients: halo5i 5 mg 1 mL | |
| Admin Details: (Auth) IV, Deltoid Left | |
| Action Details: Order: FAGERLIE MD,SETH A 8/24/2018 08:04 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 08:13 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 08:13 MST | |

| Admin Date/Time: 8/23/2018 20:15 MST | Charted Date/Time: 8/23/2018 22:15 CDT |
|---|---|
| Medication Name: diphenhydrAMINE (Benadryl) | |
| Ingredients: diph25 50 mg 2 cap | |
| Admin Details: (Auth) Oral | |
| Action Details: Order: HICKMAN DO,MICHAEL W 8/23/2018 20:10 MST; Perform: Siggins ED RN,Stephanie 8/23/2018 20:15 MST; VERIFY: Siggins ED RN,Stephanie 8/23/2018 20:15 MST | |

| Admin Date/Time: 8/23/2018 20:15 MST | Charted Date/Time: 8/23/2018 22:15 CDT |
|---|---|
| Medication Name: ibuprofen | |
| Ingredients: ibup600 600 mg 1 tab | |
| Admin Details: (Auth) Oral | |
| Action Details: Order: HICKMAN DO,MICHAEL W 8/23/2018 20:10 MST; Perform: Siggins ED RN,Stephanie 8/23/2018 20:15 MST; VERIFY: Siggins ED RN,Stephanie 8/23/2018 20:15 MST | |

| Admin Date/Time: 8/23/2018 15:45 MST | Charted Date/Time: 8/23/2018 17:45 CDT |
|---|---|
| Medication Name: diphenhydrAMINE (Benadryl) | |
| Ingredients: diph50i 25 mg 0.5 mL | |
| Admin Details: (Auth) IntraMuscular, Vastus Lateral Right | |
| Action Details: Order: HICKMAN DO,MICHAEL W 8/23/2018 15:34 MST; Perform: Ortiz RN,Jamie 8/23/2018 15:45 MST; VERIFY: Ortiz RN,Jamie 8/23/2018 15:45 MST | |

**Abrazo Arrowhead Campus**
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | | |
| Account #: | 303355630 | Admission Date: | 8/22/2018 |
| DOB/Age/Sex: | 7/14/2001  / 20 years      / Female | Discharge Date: | 8/25/2018 |
| | | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

## *Medication Administration*

### *Medications*

Admin Date/Time: 8/23/2018 15:45 MST          Charted Date/Time: 8/23/2018 17:45 CDT
Medication Name: haloperidol (Haldol)
Ingredients: halo5i 5 mg 1 mL
Admin Details: (Auth) IntraMuscular, Vastus Lateral Right
Action Details: Order: HICKMAN DO,MICHAEL W 8/23/2018 15:34 MST; Perform: Ortiz RN,Jamie 8/23/2018 15:45 MST;
VERIFY: Ortiz RN,Jamie 8/23/2018 15:45 MST

Admin Date/Time: 8/23/2018 14:47 MST          Charted Date/Time: 8/23/2018 16:47 CDT
Medication Name: LORazepam (Ativan)
Ingredients: lora2i 2 mg 1 mL
Admin Details: (Auth) IntraMuscular, Arm Right
Action Details: Order: HICKMAN DO,MICHAEL W 8/23/2018 14:31 MST; Perform: Ortiz RN,Jamie 8/23/2018 14:46 MST;
VERIFY: Ortiz RN,Jamie 8/23/2018 14:46 MST

Admin Date/Time: 8/23/2018 10:05 MST          Charted Date/Time: 8/23/2018 12:05 CDT
Medication Name: diphenhydrAMINE (Benadryl)
Ingredients: diph50i 50 mg 1 mL
Admin Details: (Auth) IntraMuscular, Arm Left
Action Details: Order: FAGERLIE MD,SETH A 8/23/2018 09:44 MST; Perform: Ortiz RN,Jamie 8/23/2018 10:05 MST;
VERIFY: Ortiz RN,Jamie 8/23/2018 10:05 MST

Admin Date/Time: 8/23/2018 10:05 MST          Charted Date/Time: 8/23/2018 12:05 CDT
Medication Name: haloperidol (Haldol)
Ingredients: halo5i 5 mg 1 mL
Admin Details: (Auth) IntraMuscular, Arm Left
Action Details: Order: FAGERLIE MD,SETH A 8/23/2018 09:44 MST; Perform: Ortiz RN,Jamie 8/23/2018 10:05 MST;
VERIFY: Ortiz RN,Jamie 8/23/2018 10:05 MST

Admin Date/Time: 8/22/2018 20:24 MST          Charted Date/Time: 8/23/2018 06:15 CDT
Medication Name: ketamine
Ingredients: keta500i 100 mg 2 mL
Admin Details: (Modified) IntraMuscular, Ventragluteal Right
Action Details: Order: LAWRENCE MD,BRANDON 8/22/2018 20:03 MST; Perform: Shonlo RN,Terri 8/22/2018 20:24 MST;
Modify: Shonlo RN,Terri 8/23/2018 04:15 MST; Witness: NUNN RN,AMBER 8/23/2018 04:15 MST; VERIFY: Shonlo RN,Terri
8/23/2018 04:15 MST

Exhibit 16

08/22/2018  21:11 FAX
8/22/2018                                    NextStep

Name:  Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/1
Unit: Coyote / #106 / A
Doctor:   Mlak, K.

# CRISIS- Crisis Evaluation/Intervention

## Crisis Preparation and Recovery Inc.
### 1400 E Southern Ave
### Suite 735
### Phone 480.804.0326

### Name: SCIANNA, BROOKE A
### Date of Birth: 7/14/2001

**\* Date of Service**
8/22/2018

## *FACILITY INFORMATION*

**\* Hospital**
Abrazo Arrowhead Hospital

**: MD / PA / NP**

**\* : Location:**
ER (23)

*Reviewed*
*K. Mlak MS*
*8/25/2018*

**: Electronic Chart Reviewed:**
Yes

**: Telehealth service**
No

## HISTORY OF PRESENTING ILLNESS

**\***
Patient is non-verbal and unable to report a chief complaint.

Patient is a 17yo, Caucasian non-verbal autistic female presenting to ER via EMS for c/o violent outburst in her group home. Patient was soft restrained pre-arrival and received Versed in the ER.
CPR intervention requested for assistance with safe discharge plan and resources. Writer met with group home staff, Cheryl Minor, provided purpose of intervention and rights/limitations to confidentiality. They agree to proceed. Staff reports patient is having daily outbursts since being in the group home the past month. Today patient attempted to leave and then attacked staff when they redirected her back into the home. Patient suffered rug burn on her face from being restrained and fighting staff. She is now picking it and has large red abrasions on her face.
Group home calls PD when patient becomes especially violent and patient has been transferred to Banner Thunderbird 3 times this month, most recently 2 days ago- patient was kept over night, in their behavioral holding area, required physical restraints overnight and was d/c in the morning with no medication changes. Patient is on a 2:1 at the group home and becomes 3 or 4:1 when needing to be restrained. Cheryl reports patient will punch staff in the head, punch the two other residents, bangs her head, bites herself and everyone else. Staff is quitting because of patient's behavior. Last week patient ripped a towel hanger off the wall and attempted to attack staff with it. She additionally punched another resident with seizure disorder in the head and induced a seizure.
Group home staff deny patient as seeming depressed, displaying psychotic or manic sx. Patient does not appear suicidal/homicidal, but is a danger to others/self based on her level of violence and impulsivity. Group home deny patient as having any issues with appetite. Sleep is sporadic, sometimes not sleeping at all at night.

CONFIDENTIAL DOCUMENTS- SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021



08/22/2018 21:12 FAX                                              ☎ 0004/0013

8/22/2018                                    NextStep

Per CPR records, patient was off psychiatric medications for a few years and did well on medical marijuana gummies. Patient was removed from mother's custody 6/22/18 and is no longer on medical marijuana. Group home staff does not know when patient last had a medication change, but do not think it was recently. DDD CM put in for a new placement, but that could take up to one year.

Patient attempted to elope from the ER and has received chemical and physical sedation. She hit a RN and pulled her hair prior to restraints. She is also attempting to bite herself and others while in 4-point restraints.

Writer spoke with Care and Dignity group home mgr- Shawnee Huff 602-561-6635, staff on scene Cheryl Minor
Writer left a message for DCS guardian Melissa Courtright 602-771-0206
Writer left a message for DDD CM Elicia Hart- 480-253-1228
Writer left a message for AzCA- Danielle Santoro or psychiatrist Dr. Garber in general voice mailbox- 623-583-2523.

## SOCIAL HISTORY
*
Patient was removed from her mother's custody 6/22/18 due to mother not being able to appropriately restrain patient and using choke holds. Patient is in the custody of DCS, guardian Melissa Courtright and residing in Care and Dignity Group home 6868 W Pontiac Dr., Glendale 85308. Patient's parents divorced in 2011. Patient has a DDD CM. She had her first day of the school year today at ACES, a special education school. Group home staff reports patient did "fine," but left early because she started her period.

*Is this patient a veteran?*
No
*: Is the patient service eligible OR enrolled in Arizona?*
N/A
*: If yes, did the patient provide verbal consent to coordinate care with the VA?*
N/A

## PSYCHIATRIC HISTORY
*
Patient is dx with autism around age 2 or 3 following immunizations (per record), PTSD from the autism (per records), and OCD. Patient has no known suicide attempts, but has violent outbursts making her a danger to self/others. She has hx of breaking grandfather's hip and foot during outbursts. She was off psych medications for a couple years and solely on medical marijuana gummies, which reportedly improved her mood. Patient is no longer on THC, per group home. Patient receives psychiatric services through Arizona's Children Association in Surprise, Dr. Garber, with no next appt yet, per group home. She does not have a high needs CM at this time, but is waiting for one. Patient went inpatient to SLBH 12/2017 and was transferred to ABH 1/2018. She was also at ABH in 3/2018 and 4/2018 for violent behaviors.
*Has the patient been inpatient in a behavioral health facility in the last 30 days?*
No
Patient has not been to a behavioral health facility, but has been to Banner Thunderbird 3x this month and was kept overnight on 8/20/18.
*Family History of Mental Illness?*
No
*: If yes, explain*
None known.

## MEDICAL HISTORY
*
Chronic migraines, autism

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:      Miak, K.

http://www6.nextstepemr.com/crisis/5.cfm?c=58           CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000064

*: (include both medical and psychiatric medications currently prescribed)
Clonidine .2mg
Omega 3
Clomipramine
Blisovi Fe
Stool Softener
Vitamin D3

## SUBSTANCE ABUSE HISTORY

* Substance Use and Functional Impairment in the past 12 months
Patient does not have prior hx of substance use or tx other than taking medical marijuana gummies for a few years, presumably until about 6 weeks ago.

* Remote History of Problematic Use and Functional Impairment?
No

: If yes, explain:
N/A

Current Withdrawal Symptoms
none

: Indicate any past withdrawal symptoms from the list above. What substances were being used?
N/A

## LAB RESULTS
*
Not drawn

## INDIRECT COLLATERAL INFORMATION OBTAINED:
Medical Records:  Writer reviewed available medical records., Hospital Staff:  RN Terri, Dr. Lawrence, CPR Records/Outcomes:  Patient has 8 past CPR evaluations for similar circumstances. Dispositions vary between inpatient and d/c., AHCCCS Verification/Outcome:  LTC, GMH Children's services, MMIC Verification/Outcome:  GMH, Children's services., Cenpatico Verification/Outcome:  Not enrolled, RBHA Coordination of Care Completed with:  Writer left message for AzCA Surprise location., Other:  Writer left messages for DCS guardian, DDD CM, spoke with group home staff (see end of HPI) and staffed with CPR Valerie.

## MENTAL STATUS EXAM

: Hygiene/Appearance
Adequate

: Eye Contact
Other- See below

: Behavior
Combative

: Motor
Other- See below

: Attitude
Other- See below

: Mood
Other- See below

: Affect
Blunted

Name:  Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote  / #106 / A
Doctor:      Mlak, K.

SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000065

**: Thought Processes**
Other- See below

**: Thought Content**
Other- See below

**: Perceptual Distortions**
Other- See below

**: Orientation**
Other- See below

**: Attention- Able to perform the following:**
Other- See below

**: Memory Impairment**
Other- See below

**: Judgment**
Poor

**: Insight**
Poor

**: Speech**
Other- See below

**Mental Status Comments**
Patient is non-verbal, autistic and not responsive to writer. She attempts to run out of ER and requires physical and chemical restraints. She is observed attempting to bite herself and staff.

## RISK ASSESSMENT

**: Was there a suicide attempt involved in the presenting issue(s)?**
None Selected

**: If there was a suicide attempt, was there a self-rescue?**
N/A

**: Current Suicidal Ideation**
Other  Patient unable to respond.

**: History of Suicidal Ideation**
Denies any in lifetime

**: History of Suicide Attempts and Date of Last Occurrence**
Denies any in lifetime   No hx of suicide attempts.

**: History of Self Harming Behaviors and Date of Last Occurrence**
Other  Patient has significant hx of biting herself and head banging

**: Homicidal Ideation and Date of Last Occurance**
Other  Patient unable to respond.

**\* Duty to Warn:**
No

**: If duty to warn completed, describe steps taken and persons notified (e.g. victim, police, etc)**
N/A

**: History of Violence and Date of Last Occurrence**
Explain:  Patient has a long hx of behavioral issues, including violence towards others and self.

**: Protective Factors**
Easy access to treatment

Name:  Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01   Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:      Mlak, K.

## INTEGRATED SUMMARY/ RATIONALE FOR DISPOSITION

http://www.nextstepsrc.com/crisis/Frame2.asp   CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000066

Intervention completed for evaluation of aggressive outbursts and violent behavior. Patient was dx with autism as a toddler. She is non-verbal, has frequent behavioral disturbances, leading to danger to self and others, typically hitting, kicking, biting self and others. Patient's mother was her primary care giver and administering medical marijuana throughout her life until 6/22/18 when patient was removed from the home and placed in a group home. This was likely a huge adjustment for patient and she is now having daily violent outbursts. Today she punched staff in the face and refused to stay in the group home. She has been assaulting the other two residents as well. Group home staff do not feel they can keep patient, staff and other residents safe at this point. Patient is currently in 4-point restraints and chemically restrained. It is unknown when patient's next psychiatric appt is. Group home says guardian has to tell them. It is unknown when patient last had a medication change. It is also unknown when patient will be moved to a more appropriate group home. Writer recommends inpatient psychiatric hospitalization for mood/medication stabilization and safety. RN Terri, Dr. Lawrence, CPR Valerie in agreement with plan. Writer left messages for guardian and DDD CM. Follow up resources provided.

Developed Care Linkages, Discussed Risk and Protective Factors

*Crisis Therapy Interventions*
Writer completed coordination of care with all involved in patient's op care. Writer will notify CPR RBHA liaison to assist with placement and coordination with AzCA during business hours.

## Diagnosis (DSM-V)

| Diagnosis: | F84.0 - Autism spectrum disorder |
|---|---|
| Specifier: | With accompanying language impairment |
| Effective Date: | 8/22/2018 |
| Type: | Primary |
| Added By: | Marissa Mascorro, LPC |

| Diagnosis: | F43.24 - Adjustment disorder, With disturbance of conduct |
|---|---|
| Specifier: | |
| Effective Date: | 8/22/2018 |
| Type: | Secondary |
| Added By: | Marissa Mascorro, LPC |

| Diagnosis: | F42.2 - Obsessive-compulsive disorder |
|---|---|
| Specifier: | Per hx |
| Effective Date: | 8/22/2018 |
| Type: | Secondary |
| Added By: | Marissa Mascorro, LPC |

## LEVEL OF CARE RECOMMENDATION

Voluntary Inpatient Psychiatric, Other:   Guardian will consent to voluntary treatment. DCS CM Melissa Courtright. Group home has authority to consent also- 602-561-6635

## SUPPORTING REASONS FOR IP PSYCHIATRIC OR IP DUAL LOC (IF APPLICABLE)

**: Acute Dangerousness**
High self-harm risk, Mania, irritability, poor impulse control, Aggressive, assaultive, or homicidal behavior

**: Functional Impairment**
None Selected

**: Mental status changes or co-occurring conditions**

Name:  Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01   Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote  / #106 / A
Doctor:     Mlak, K.

SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021
AURORA(SCIANNA) 000067

Exhibit 17

08/25/2018 9:29 PM          AMR          4 Aurora Behavioral Health System - Tempe          2

 

  **AMERICAN MEDICAL RESPONSE MARICOPA**       119188
**PRE-HOSPITAL CARE REPORT**

**Case #:** 18722285             **Unit ID:** AP17             **Date:** 8/25/2018

| SERVICE | DISPATCH INFORMATION | TIMES | |
|---|---|---|---|
| **FROM:** | **CALLER:** HOSPITAL | **CALL RECEIVED:** | 17:44:22 |
| 18701 NORTH 67TH AVENUE | **RESPONSE MODE:** NO LIGHTS AND SIREN | **DISPATCHED:** | 16:47:02 |
| GLENDALE, AZ 85308 | **TRANSPORT MODE:** NO LIGHTS AND SIREN | **ENROUTE:** | 18:47:20 |
| (MEDICAL - HOSPITAL) | | **AT SCENE:** | 18:58:52 |
| | **DISPOSITION:** TRANSPORTED - PSYCHIATRIC TRANSPORT - TO OR FROM | **AT PT SIDE:** | 19:08:00 |
| **TO:** AURORA BEHAVIORAL HEALTH SYSTEM - TEMPE | | **TRANSPORT:** | 19:16:12 |
| 6350 S MAPLE AVE | | **ARRIVAL:** | 19:55:57 |
| TEMPE, AZ 85283 | | **CARE TRANS'D:** | 8/25/2018 8:07:00 PM |
| (MEDICAL - PSYCH FACILITY) | | **AVAILABLE:** | 20:22:52 |
| **ROOM/DEPT:** | | | |
| **DESTINATION DECISION:** PSYCHIATRIC SERVICES ARE NOT AVAILABLE | | **DEST MILES:** | 42 |
| | | **TOTAL MILES:** | 42 |

### PATIENT DEMOGRAPHICS

**NAME:** SCIANNA, BROOKE                              **DOB:** 7/14/2001
**ADDRESS:** 6868 WEST PONTIAC DRIVE                   **AGE:** 17
                                                       **GENDER:** FEMALE
**CITY, STATE ZIP:** Glendale, AZ 85308                **ETHNICITY:** CAUCASIAN
**PHONE:**
**CELL PHONE:**
**SSN:**
**INSURANCE**              **POLICY**              **GROUP**
DEPARTMENT OF ECONOMIC
SECURITY
**RESPONSIBLE PARTY:** HUFF, SHAWNINE      **NAME OF EMPLOYER:**
**PHONE:**                                 **EMPLOYER PHONE:**
**HOSPITAL MRN:**
**HOSPITAL FIN:**

### MEDICAL HISTORY

**HISTORY OBTAINED FROM:**       HEALTH CARE PERSONNEL
**MEDICAL HISTORY:** OTHER, NON-VERBAL AUTISM
**ALLERGIES:** NONE,
**ALLERGY DESCRIPTION:**
**MEDICATIONS:** NONE STATED

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 001428

Exhibit 18

**(EMTALA TRANSFER FORM)**

| | | |
|---|---|---|
| **1**<br><br>**PATIENT CONDITION** | **OR** | ☐ **Unstable** (material deterioration of patient's medical condition, including death, may result from or occur during transfer, but the benefits of transfer outweigh these risks)<br><br>☒ **Stable for transfer to another facility or another level of care** (no material deterioration of patient's medical condition, within reasonable medical probability, is likely to result from or occur during transfer.) |

| | |
|---|---|
| **2** Select as indicated, use back or additional page if needed.<br><br>**BENEFITS OF TRANSFER/ DISCHARGE** | ☐ Availability of higher specialized level of _____ care<br>☐ Capacity (e.g., beds, equipment, staff) available at the receiving facility not available at this facility.<br>☐ Continuity of care/Managed Care Plan/Patient Request/Patient preference<br>☒ Other, specify (none if not checked) _Psychiatric care_ |

| | |
|---|---|
| **3** Select as indicated, use back or additional page if needed.<br><br>**RISKS OF TRANSFER/ DISCHARGE** | _↑ agitation_<br>☒ Medical condition could worsen or progress during transport: _____<br>☒ Patient will not obtain recommended follow-up care or may not comply with discharge instructions.<br>☒ Transportation risks.<br>☐ Other, specify (none if not checked): _____ |

| | |
|---|---|
| **4** ALL PREFERRED, **BUT MUST COMPLETE A and B OR C.**<br><br>**RECEIVING FACILITY DATA** | **A. FACILITY NAME:** _Aurora Behavioral Ctr._ has accepted the transfer of this patient.<br><br>**B. Facility Representative:** _Ashley Euthey_ Time: _1711_ **C. Accepting Physician:** Dr _Tariq Ghafoor_ Time: _1711_<br>(Receiving facility staff person confirming available space & qualified personnel for treatment, accepting personnel if authorized) / (Physician at the receiving facility accepting the patient in transfer, if available)<br><br>**D. Nursing Report call to:** _Ashley Euthey_ Time: _1711_ |

| | |
|---|---|
| **5 PHYSICIAN CERTIFICATION OF TRANSFER** | Must be completed by Physician or Qualified Medical Practitioner if the patient has an unresolved Emergency Medical Condition at the time of Transfer/Discharge. |
| I confirm the patient's condition and the benefit/risk of transfer/discharge as stated above. Based on the information available at this time, I have determined that the medical benefit of the transfer outweigh any potential risk to the patient, and, in the case of labor, to the unborn child. The medical risks and benefits upon which my decision was based are summarized in sections 3 and 4 of this form and may be reflected in the medical record. | If the certifying physician is not physically present at the time of transfer, I have discussed the transfer with the physician who certified the transfer and I concur with the certification. *The certifying physician must later countersign this transfer form.* |
| Certifying Physician Signature _(signature)_ Date _8/28/18_ Time _1725_ | DO/MD or QMP Signature _____ Date ___ Time ___ |

| | |
|---|---|
| **6**<br><br>**TRANSPORT** Select one (1). | ☒ BLS Ambulance ☐ ALS Ambulance ☐ Air Ambulance ☐ Other (Laidback, taxi) specify: _____<br>☐ POV accompanied by: _____<br>☐ Ambulance offered and refused.<br>☐ I have been informed and understand the risks of refusing ambulance transport.<br>Patient or Patient's Surrogate Signature _____ Date ___ Time ___ |

| | | |
|---|---|---|
| **7** Must make a selection from A and/or B.<br><br>**DOCUMENTATION** | **A** DOCUMENTATION SENT AT TIME OF TRANSFER: (none if not checked)<br>☒ Medical Record ☐ Lab ☐ X-rays<br>☐ Other, specify (none if not checked) _____ | **B** DOCUMENTATION FORWARDED TO RECEIVING FACILITY: (none if not checked)<br>☐ Medical Record ☐ Lab ☐ X-rays<br>☐ Other, specify (none if not checked) |

| | |
|---|---|
| **8 PATIENT REQUEST/CONSENT** | I request/consent to be transferred to the receiving facility indicated for the above stated reason(s). I have reviewed the information provided and request/consent to be transferred/discharged to the receiving facility. I have been informed of the risks, benefits and reasons for transfer/discharge. I have been informed that if I have an emergency medical condition, the transferring hospital is required to stabilize my emergency medical condition unless I request to be transferred/discharged to another facility or unless the physician certifies that the medical benefits reasonably expected at the receiving facility outweigh the risks of transfer. |
| | Signature of Patient or Patient's Surrogate (representative) _Phone Consent Katy Bresee_ _Director/Case Aid DCDS_ Date ___ Time _1722_ |
| | Relationship if not patient _____<br>Witness Signature _(signature)_ _RN_ Date _8/25/18_ Time _1711_ |

EDEMF2704 Rev. 07/2013

**Abrazo** Community Health Network

**EMTALA TRANSFER FORM**

1TR

| | |
|---|---|
| MR #: 000806775   Act: 303355630<br>SCIANNA, BROOKE<br>17Y   DOB: 07/14/2001   Female   65  3<br>Dr.LAWRENCE BRANDON<br>Adm: 08/22/2018   Abrazo Arrowhead Campus |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 001463**

Exhibit 19



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name:  Scianna, Brooke
Adnum. 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:    Miak, K.

## INFORMED CONSENT FOR ADOLESCENT MEDICATION

The following information has been reviewed with me by a qualified medical professional for each medication listed below:
- The diagnosis and target symptoms for the medication recommended;
- The possible benefits/intended outcome of treatment, and as applicable, all available procedures involved in the proposed treatment;
- The possible risks and side effects, including risks of medication to pregnant women and women who are breast feeding;
- The possible results of not taking the recommended medication;
- The possibility that the medication dose may need to be adjusted over time, in consultation with the behavioral health medical practitioner;
- The right to actively participate in the treatment by discussing medication concerns or questions with the behavioral health medical practitioner;
- The right to withdraw voluntary consent for medication at any time (unless the use of medications in my treatment is required in a Court Order or in a Special Treatment Plan); and
- For persons under 18 years of age, the FDA status of the medication and the level of evidence supporting the recommended medication.

*I understand the medication information that has been provided to me.*
*By signing or providing verbal consent below I agree to the use of each medication.*

| Medication: Clonidine   Dose: .1 mg | How Discussed: | Parent/ Guardian Initials** K. B. | Behavioral Health Professional/s |
|---|---|---|---|
| Route: PO   Frequency: 2x DAY | ☐ In-person | | |
| New medication? ☐ Yes ☒ No | ☒ Telephone (2 RN verification) | Date / Time | Date / Time |
| Change in dose and/or frequency? ☐ Yes ☒ No | With Who (name & relationship) Linda F. RN | AUG 2 5 2018 | AUG 2 5 2018 |
| Target Symptoms to be addressed* Anxiety | | | |

| Medication: Omega3 Fish oil   Dose: 1000 mg | How Discussed: | Parent/ Guardian Initials** K. B. | Behavioral Health Professional/s |
|---|---|---|---|
| Route: PO   Frequency: QHS | ☐ In-person | | |
| New medication? ☐ Yes ☒ No | ☒ Telephone (2 RN verification) | Date / Time | Date / Time |
| Change in dose and/or frequency? ☐ Yes ☒ No | With Who (name & relationship) Linda F. RN | AUG 2 5 2018 | AUG 2 5 2018 |
| Target Symptoms to be addressed* Supplement | | | |

| Medication: Clomipramine   Dose: 50 mg | How Discussed: | Parent/ Guardian Initials** K. B. | Behavioral Health Professional/s |
|---|---|---|---|
| Route: PO   Frequency: QHS | ☐ In-person | | |
| New medication? ☐ Yes ☒ No | ☒ Telephone (2 RN verification) | Date / Time | Date / Time |
| Change in dose and/or frequency? ☐ Yes ☒ No | With Who (name & relationship) Linda F. RN | AUG 2 5 2018 | AUG 2 5 2018 |
| Target Symptoms to be addressed* Anxiety OCD | | | |

| Medication: Birth Control Pill   Dose: 20 mg | How Discussed: | Parent/ Guardian Initials** K. B. | Behavioral Health Professional/s |
|---|---|---|---|
| Route: PO   Frequency: Daily | ☐ In-person | | |
| New medication? ☐ Yes ☒ No | ☒ Telephone (2 RN verification) | Date / Time | Date / Time |
| Change in dose and/or frequency? ☐ Yes ☒ No | With Who (name & relationship) Linda F. RN | AUG 2 5 2018 | AUG 2 5 2018 |
| Target Symptoms to be addressed* Birth control | | | |

**Ensure informed consent form with original parent/guardian signature is located in the patient's medical record.**
*If consent obtained by telephone individual may initial and date at next face-to-face visit.*

| Parent/Guardian Printed Name  Katy B. (for manager) | Signature | Initials |
|---|---|---|
| Clinician Obtaining Consent – Printed Name  Eileen Dominguez, N | Signature  N Dominguez, RN | Initials  RD |
| Clinician Obtaining Consent – Printed Name  LFickens, RN | Signature  LFickens, RN | Initials  LFF |
| Clinician Obtaining Consent – Printed Name | Signature | Initials |
| Clinician Obtaining Consent – Printed Name | Signature | Initials |

RN- Adolescent Medication Informed Consent – Original: 3/2/2018; Revised: 3/21/18

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000142

Exhibit 20

Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:      Mlak, K.



# AURORA
BEHAVIORAL HEALTH SYSTEM

# PSYCHIATRIC EVALUATION

**Patient Name:** Scianna, Brooke
**Author:** Krzystof Mlak, M.D.

**Medical Record Number#: 119188**
**Attending: Krzystof Mlak, M.D.**

**Date of Evaluation:** 08/26/2018 at 01:01 PM

**Chief Complaint:** The patient is a 17-year-old female (the patient is functionally nonverbal).

**History of Present Illness:** The patient presents with established autistic disorder, disruptive mood dysregulation disorder, and past history of OCD and PTSD.

She presents for this hospitalization after a recent removal from biological mother and placement into a group home called Care and Dignity Group Home, which has resulted in multiple explosive aggressive outbursts and multiple referrals to the emergency department as well as police intervention. She was referred here by Arrowhead Abrazo Hospital System.

The patient presents as functionally nonverbal. Staff reports that she is able to occasionally say single word and mostly uses gesture and PECS as a mode of communication.

For the purpose of this evaluation, the patient was observed. Collateral information was obtained from staff, chart review, and attempts to contact her mother, Ms. Christine Scianna, and left messages.

The patient presents with severe developmental disability complicated by poor impulse control and emotional dysregulation with frequent self-injury and explosive aggressive outburst. She engages in stereotype behaviors such as hitting her head and biting her hand. She becomes destructive and aggressive at times when interrupted from cleaning rituals. In the group home, she has been having multiple explosive outbursts and there are concerns over inappropriate management which at least on one occasion resulted in the patient experiencing abrasions on her face from being restrained.

Furthermore, she has tried to run away from that group home repeatedly.

The patient has established mood disorder with low frustration tolerance and emotional reactivity. She previously engaged in repetitive behaviors such as showering up to 20 times a day as well as sexually inappropriate behaviors such as touching her breasts and genital.

She has an extensive history of aggressive behavior resulting in a significant injury towards her grandparents. Her sleep has been dysregulated and she has variable energy levels and has been described as restless as well as sleeping throughout the day.

She is described to have OCD and PTSD although these diagnoses were achieved as unclear past review of documentation. She does engage in repetitive behaviors in the past and engage in cleaning cycles.

**Past Psychiatric History:** *Prior Admission to Aurora SNU, 4/2018, 6/2018 And inpt @ Community hospitals. Prior Medication multiple Antipsych*

**Drug and Alcohol History:** No known history of substance abuse although the patient was being administered medical marijuana in the form of gummies throughout her life by her mother who has a medical marijuana license.



Page 1

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:     Mlak, K.

**PSYCHIATRIC EVALUATION**
**Patient Name: Scianna, Brooke**

**Medical Record Number:  119188**



**Trauma and Abuse History:** Unspecified.  The patient has a diagnosis of PTSD.  Notably, she had been inappropriately physically managed at home and was observed to be in chokehold by family members which led in part to her removal in June 2018.

**Medical History:** She currently has no active medical problem.  Her physical examination was completed yesterday in the afternoon and was otherwise unremarkable.  Tachycardia was noted as well as dietary restrictions.

Notably, surrounding most recent hospitalization to SNU at Aurora Behavioral, the patient experienced rhabdomyolysis attributed to excessive physical restraint and required medical management for approximately seven days prior to transfer to Aurora Behavioral Health.  There were no significant sequelae that had persisted.

Upon workup at Abrazo Arrowhead Campus, the patient received CT neuroimaging which was unremarkable.  Her laboratory workup was remarkable for moderate level of blood in her urinalysis, glucose level of 123, AST of 54 units per liter, and pulse rate elevation of 105 beats per minute.  Notably, she received multiple medications for agitation including Haldol and Ativan throughout her stay in the ER.

**Developmental History:** The patient had social and language delays consistent with severe autism.  She had previously received special education services in school, which were unspecified.

**Social History:** She was raised by her mother.  Her parents live in a separate household and both were involved in her care.  She is currently a temporary ward in a foster care system and her DCS worker is Ms. Melissa Courtright.

**Family Relationships:** She is currently living in a group home.  She was previously living with her mother and periodically with her father.

**Significant Family Medical and Psychiatric History:** There are chronic health problems in paternal family history and no known significant family history psychiatrically.

**Allergies and Reactions:** DESCRIBED TO RISPERIDONE BUT ARE UNSPECIFIED.

**Current Medications:** Benadryl 25 mg twice a day, clomipramine 50 mg at bedtime, and clonidine 0.1 mg twice a day.

**Review of Systems:** As conducted by the medical consultant was essentially negative across all systems.

Gait and Station: No deficits are noted.

Abnormal Movements: None present.

Physical Complaints: None observed or reported.

**Examination:**
Vital Signs:  Pulse:  136.  Respirations:  16.  Blood Pressure:  134/87.  Height: 5 feet 7 inches.
Weight:  113 pounds.

**Mental Status Examination:**
- General Appearance:  Disheveled.  She has abrasions on the right aspect of her face.  Attitude is calm and pacing repeatedly throughout the hallway.  She is observed to take her staff's hand and lead her down the hallway to indicate that she wants to go for a walk around the unit.  During this

Page 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #108 / A
Doctor:  Mlak, K.

**PSYCHIATRIC EVALUATION**                             **Medical R**
**Patient Name:  Scianna, Brooke**

period of observation, the patient began to suddenly lash out at staff by striking with an open hand and fist.  After a brief scuffle lasting 5 seconds, the patient was redirected to walk down the hallway and had appeared calm again.

- Mood and Affect: Affect is shallow in depth and constricted.  Her mood is labile.
- Speech: Nonverbal.
- Thought Process:  Not able to assess due to nonverbal state.
- Associations:
- Thought Content:  Not able to assess due to nonverbal state.
  - Suicidal:
  - Homicidal:
  - Abnormal Perceptions:  Not able to clearly assess during nonverbal state; however, she is not observed to be responding to internal stimuli.
- Delusion:
  - Hallucinations.
- Orientation:  She is alert.
- Attention Span and Concentration:  Unable to be assessed due to the patient's nonverbal state.
- Recent and Remote Memory:  Unable to be assessed due to the patient's nonverbal state.
- Abstract Reasoning:  Unable to be assessed due to the patient's nonverbal state.
- Language:
- Fund of Knowledge/Estimate of Intelligence:  Intelligence is not able to be formally assessed.  She appears to understand directions and understand choices.
- Judgment and Insight:  Judgment is poor as evident in her behavior.  Insight is unable to be assessed due to her nonverbal state.
- Gait and Station or Muscle Strength and Tone:

Suicidal Ideation:  Not able to be assessed due to nonverbal state although exhibits unpredictable behavior.
Homicidal Ideation:  Not able to be assessed due to nonverbal state although exhibits unpredictable behavior.

**Risk Assessment:**  *At imminent risk of danger to self and others*

**Patient's Strengths:**  Assets: Good health and functional but nonverbal communication skills.

**Patient's Limitations:**  Liabilities and Special Needs: She is nonverbal, incapable of independent living, unstable family and limited support system, and current foster care placement and temporary ward of DCS.

PLAN OF CARE:
Problems to be Addressed:  Aggressive and violent behavior and dangerousness to self and others.
Medical Problems:  Not applicable.
Short-Term Goals:  To decrease and minimize aggression and violent behavior as well as agitation, stabilize on medication, and coordinate with DCS.
Level of Observation:  One-to-one level of observation due to aggression and mood instability as well as sexualized behavior.
Precautions:  Aggression and assault precautions, elopement precautions, self-harm precautions, and sexually acting out precautions.

Prognosis:  Guarded due to severity and chronicity of developmental condition.

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                             AURORA(SCIANNA) 000028

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote  / #106 / A
Doctor:      Mlak, K.

**PSYCHIATRIC EVALUATION**
Patient Name:  Scianna, Brooke                      **Medic**

## DIAGNOSIS:

**PRIMARY DIAGNOSES:**            DISRUPTIVE MOOD DYSREGULATION DISORDER.
AUTISTIC DISORDER.
HISTORY OF POSTTRAUMATIC STRESS DISORDER.
HISTORY OF OBSESSIVE-COMPULSIVE DISORDER.
**MEDICAL DIAGNOSIS:**            HISTORY OF RHABDOMYOLYSIS BUT NONE
CURRENTLY.
**PSYCHOSOCIAL STRESSORS:**       LEGAL ISSUES, TEMPORARY COURT ORDER, DCS.

**Initial Treatment Plan:**  Initial pharmacological approach includes taper and discontinuation of clonidine, clomipramine, and Benadryl due to unclear benefit given the patient's difficulties.  We will pursue a trial of Thorazine 25 mg three times a day targeting mood instability and explosive aggressive behavior which may coincidentally benefit from previous repetitive/stereotype behaviors attributed to OCD.  Otherwise, involve all aspects of unit programming including group, OT, speech, and school activities.  Psychiatric rounds to manage medication and coordination with DCS regarding placement.

**Estimated Length of Stay:**  30 to 45 days.

**Coordination of Care:**  With outpatient providers and DCS, Ms. Courtright.

**Initial Discharge Plan:**  Return to group home per DCS instruction.

PHYSICIAN Signature: _____  Date and Time Signed: 9/3/18 11²
                     Krzystof Mlak, M.D.

DR:        KM:jac
DD:        08/27/2018
DT:        08/28/2018
Job #:     49970000005

Page 4

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                      AURORA(SCIANNA) 000029

Exhibit 21

Date and Time: 8/272018 @ 12:36

Reason for Hospitalization: Aggression , mood sx

cc: Follow up

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0110188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:    Miak, K.

**Interim History:**

Brooke was observed, chart reviewed, staff provided input and case discussed during treatment team meeting.

Brooke is observed throughout the afternoon in various settings. She tends to ignore author but interacts non-verbally with select staff. She became aggressive towards staff yesterday and nearly bit a peers face. She required a PRN (thorazine). She prefer to walk frequently and to use the swing and other sensory behaviors. She disrobed suddenly yesterday tends to take multiple showers during the day. Se has regressed significant since last admission ans is again defecating in the shower and engaged in rectal digging and smelling the fecal matter repeatedly. Staff described multiple past successful sensory interventions.

Author left 2 messages for mother to obtain collateral information. Treatment team is planning for CFT with outpt team and DCS worker.

Any medication side effects: ☐ Yes  ☐ No    Comments: per staff increasing irritability

Vital signs stable: ☑ Yes  ☐ No    Comments: refused

**ADL's:**
☐ Good
☐ Fair
☑ Poor

**Sleep:**
☐ Good
☑ Fair
☐ Poor

**Appetite:**
☐ Good
☑ Fair
☐ Poor

**LABS:**
Pending review

Physical SXS/Pain:    ☐ Yes  ☑ No    Comments: none observed or reproted

**Mental Status Exam: (Check all that apply)**

**Appearance:**
☐ clean/well groomed
☐ unkempt/disheveled
☑ fair grooming

hair slightly unkept

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

ignores author

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non verbal

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but
nonverbal
towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☐ elevated/euphoric
☐ dysphoric/irritable
☑ labile

**Affect:**
☐ appropriate
☐ inappropriate
☑ restricted/blunted
☐ flat
☐ labile
☐ anxious

shallow depth

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -does not talk
with author

auditory hallucinations: ☐ Yes ☑ No
no signs observed

visual hallucinations: ☐ Yes ☑ No
no signs observed

delusions: ☐ Yes ☑ No
no signs observed

☐ other:

**Gait/Station:** ☑ Normal  ☐ Injured  ☐ Other  _____ How Tested: grossly intact per staff report

**Memory:** ☑ Intact  ☐ Partial  ☐ Impaired

**Insight:** ☐ Intact  ☐ Partial  ☑ Impaired

**Judgment:** ☐ Intact  ☐ Partial  ☑ Impaired

**Suicidal Ideation:** ☑ Denies  ☐ Passive  ☐ Active

**Homicidal Ideation:** ☑ Denies  ☐ Passive  ☐ Active

**Impulse Control:** ☐ Intact  ☑ Fair  ☐ Poor
Comment: per her behavior

Comment: none evident in her behavior

Comment: none evident in her behavior

Name: Brooke Scianna
MR#:
UNIT: coyote

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000194

Contact with collateral sources (doctor-to doctor, family, case management, etc.):

staff/treatment team

**Assessment:**
Brooke demonstrates worsening of emotional regulation ie irritability/aggression after her discharge at end of 5/2018 and has subsequently been removed from others care. She remains and danger to self and others

**Diagnosis:**

| Psychiatric Diagnosis |
|---|
| DMDD, ASD, h/o OCD h/o PTSD |

| Medical Diagnosis |
|---|
| none currently but h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems    ☐ Lack of Healthy Supports    ☐ Financial Problems    ☐ Housing Issues

☑ Other ___temporary ward of DCS___

Estimated Length of Stay: ___31–45 days___

Circumstances that support continued inpatient hospitalization: (Check all that apply)

☐ Change in diagnosis/ Treatment Plan: _____

☑ Medication adjustment in inpatient setting needed: _____

☐ Continued use of "PRN" medications to regulate mood, thought or behavior

☑ No less restrictive setting appropriate and/or available at this time

☑ Condition can be more efficiently or more rapidly treated as an inpatient

☑ Significant regression anticipated without continuity of care

☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care

☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation

☑ Danger to Self/ other.

☐ Other: _____

**Plan:**
1. Continue Thorazine 25mg TID for mood instability
2. continue clonidine 0.1m BID for hyperactivity
3. discontinued benadryl and clomipramine due to unclear benefit
4. maintain 1:1 observation for safety
5. continue behavioral modification
6. Clarify current maternal rights and DCS disposition regarding placement

Name/Signature: Krzysztof Mlak, M.D.    Date: 8/27/2018    Time: 17:00

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119186  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:  Mlak, K.

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000195

Exhibit 22

CHRIS DEROSE, CLERK
BY *(signature)* DEP
G. OVIEDO, FILED

18 AUG 30  PM 12: 13

1   MARK BRNOVICH
    Attorney General
2

3   MONICA MALHOTRA
    Assistant Attorney General
4   State Bar No. 032784
    CFP/PSS
5   2005 North Central Avenue-C051AG
    Phoenix, Arizona 85004
6
    Telephone: (602) 774-9000
7   PSSDurango@azag.gov
8   Attorneys for the Department of Child Safety

9          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

10             IN AND FOR THE COUNTY OF MARICOPA

11
    In the Matter of:                    No. JD36034
12
    BROOKE ANGELINA SCIANNA              **DCS'S EMERGENCY MOTION**
13        d.o.b. 07/14/2001              **FOR APPROVAL OF SEVENTY-**
                                         **TWO HOUR ADMISSION FOR**
14                                       **INPATIENT ASSESSMENT AND**
                                         **MOTION FOR APPOINTMENT OF**
15                                       **COUNSEL FOR CHILD**
16
17  Person under 18 years of age.       (Honorable Nicolas B. Hoskins)

18         The Department of Child Safety (DCS or the Department), by and through

19  undersigned counsel, hereby moves the Court, pursuant to A.R.S. § 8-272(A), for an order
20
21  approving the admission of BROOKE ANGELINA SCIANNA for an inpatient

22  assessment.

23         The child is a ward of the juvenile court as a dependent child in the care, custody
24
25  and control of DCS.

26         The Department asserts there is reasonable cause to believe BROOKE ANGELINA

27  SCIANNA meets the standard for inpatient assessment as set forth in A.R.S. § 8-272(A),

28

AZDCS004296

which requires that a child exhibit behavior indicating the child may suffer from a mental disorder or is a danger to self or others.

Pursuant to A.R.S. § 8-272(D), the following information is provided:

1.    BROOKE ANGELINA SCIANNA was admitted to Aurora Behavioral Health located at 6350 South Maple, Tempe, Arizona 85283, on August 22, 2018.

2.    BROOKE ANGELINA SCIANNA will most likely be assessed by Dr. Mlak.

3.    BROOKE ANGELINA SCIANNA needs an inpatient assessment because Brooke was admitted to Aurora following a diagnosis of disruptive mood dysregulation disorder, Autism Spectrum Disorder, history of PTSD and OCD.

The Department requests that the Court approve the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral Health for inpatient assessment.

Under Arizona Rules of Procedure for the Juvenile Court, 46(A), all counsel have been notified of this Motion.

The Department further requests that the Court, as required pursuant to A.R.S. § 8-272(G), appoint an attorney for the child.

The Department further requests that the Court immediately transmit this Order via facsimile to Admissions at Aurora Behavioral Health, at Fax Number (480) – 345-5473. The Department further requests that the Court immediately transmit this Order via facsimile to the Attorney General's Office, at 602-774-9099.

RESPECTFULLY SUBMITTED this 30 day of August, 2018.

MARK BRNOVICH
Attorney General

MONICA MALHOTRA
Assistant Attorney General

2

AZDCS004297

1   Original of the foregoing filed
2   this ____30____ day of August, 2018 with:

3   Clerk of the Court
    Maricopa County Superior Court
4   Juvenile Division/Durango Facility
5   3131 West Durango
    Phoenix, AZ 85009-6292
6
7   Copy of the foregoing hand-delivered this
    ____30____ day of August, 2018, to:
8
    Honorable Nicolas B. Hoskins
9   Maricopa County Superior Court
    Juvenile Division/Durango Facility
10  3131 West Durango
11  Phoenix, AZ 85009-6292

12  Copies of the foregoing electronically delivered this
13  ____30____ day of August, 2018, to:

14  Thomas Stubbs, Esq.
15  Stubbst@mail.maricopa.gov
    Guardian ad Litem for the Child
16
    DeeAn Gillespie, Esq.
17  dgillespie@gillaw.com
18  Attorney for the Mother

19  Sara J. Smith, Esq.
20  sara@smithlaw.mygbiz.com
    Attorney for the Father
21
    Melissa Courtright
22  MELISSA.COURTRIGHT@AZDCS.GOV
23  Case Manager

24
25  _____
    MC/JD36034/HDM#7278040
26

27

28

                                3

AZDCS004298

Exhibit 23

CHRIS DEROSE, CLERK
BY
G. OVIEDO, FILED

18 AUG 30  PM 12: 13

1   MARK BRNOVICH
    Attorney General
2

3   MONICA MALHOTRA
    Assistant Attorney General
4   State Bar No. 032784
    CFP/PSS
5   2005 North Central Avenue-C051AG
6   Phoenix, Arizona 85004
    Telephone: (602) 774-9000
7   PSSDurango@azag.gov

8
    Attorneys for the Department of Child Safety
9

10              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11                  IN AND FOR THE COUNTY OF MARICOPA

12  In the Matter of:               | No. JD36034

13  BROOKE ANGELINA SCIANNA          DCS'S MOTION FOR APPROVAL
                                     OF INPATIENT PSYCHIATRIC
14  d.o.b. 07/14/2001                ACUTE CARE SERVICES
                                     AND MOTION FOR
15                                   APPOINTMENT OF COUNSEL
                                     FOR CHILD
16
                                     (Honorable Nicolas B. Hoskins)
17  Person under 18 years of age.

18

19          The Department of Child Safety (DCS or the Department), by and through

20  undersigned counsel, hereby moves the Court, pursuant to A.R.S. § 8-272(F), for an order

21  approving the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral

22  Health for inpatient psychiatric acute care services.

23          Dr. Mlak assessed BROOKE ANGELINA SCIANNA on August 22, 2018 and

24  determined that she is suffering from a mental disorder or is a danger to self or others and

25  is in need of inpatient psychiatric acute care services, of which is attached hereto and

26

27

28

AZDCS004317

incorporated by reference as Exhibit 1.   Pursuant to A.R.S. § 8-272(F)(1), Exhibit 1 includes:

1.   The reason why inpatient psychiatric acute care services are in the child's best interests;

2.   The reason why inpatient psychiatric acute care services are the least restrictive available treatment;

3.   A diagnosis of the child's condition that requires inpatient psychiatric acute care services; and

4.   The estimated length of time that the child will require inpatient psychiatric acute care services.

This motion is also supported by the written statement of the medical director or the medical director's designee of Aurora Behavioral Health stating that the facility's services are appropriate to meet the child's mental health needs, of which is attached hereto as Exhibit 2 and incorporated by reference.

The Department requests this Court find, upon clear and convincing evidence that:

1.   The child is suffering from a mental disorder or is a danger to self or others and requires inpatient psychiatric acute care services; and

2.   Available alternatives to inpatient psychiatric acute care services were considered, but inpatient psychiatric acute care services are the least restrictive available alternative.

The Department requests a hearing on this motion pursuant to A.R.S. § 8-272(H).

The Department further requests that the Court, assigned pursuant to A.R.S. § 8-272(G), appoint an attorney for the child.

AZDCS004318

1    The Department further requests that the Court immediately transmit this Order via

2    facsimile to Admissions at Aurora Behavioral Health at Fax Number: (480) – 345-5473.

3    The Department further requests that the Court immediately transmit this Order via

4    facsimile to the Attorney General's Office, at 602-774-9099.

5

6        Under Arizona Rules of Procedure for the Juvenile Court, 46(A), all counsel have

7    been notified of this Motion.

8        RESPECTFULLY SUBMITTED this 20 day of August, 2018.

9

10                                           MARK BRNOVICH
                                             Attorney General
11

12                                           MONICA MALHOTRA
                                             Assistant Attorney General
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AZDCS004319

1   Original of the foregoing filed
2   this 30 day of August, 2018 with:

3   Clerk of the Superior Court
    Maricopa County Superior Court
4   Juvenile Division/Durango Facility
5   3131 West Durango
    Phoenix, AZ 85009-6292
6
    Copies of the foregoing hand-delivered this
7   30 day of August, 2018 to:
8
    Honorable Nicolas B. Hoskins
9   Maricopa County Superior Court
    Juvenile Division/Durango Facility
10  3131 West Durango
11  Phoenix, AZ 85009-6292
12  Copies of the foregoing electronically delivered this
13  30 day of August, 2018, to:
14  Thomas Stubbs, Esq.
15  Stubbst@mail.maricopa.gov
    Guardian ad Litem for the Child
16
    DeeAn Gillespie, Esq.
17  dgillespie@gillaw.com
18  Attorney for the Mother
19  Sara J. Smith, Esq.
20  sara@smithlaw.mygbiz.com
    Attorney for the Father
21
    Melissa Courtright
22  MELISSA.COURTRIGHT@AZDCS.GOV
23  Case Manager
24
25
26  MC/JD36034/HDM#7278040
27
28

4

AZDCS004320

Exhibit 24



**AURORA**
BEHAVIORAL HEALTH SYSTEM

6350 S. Maple Avenue
Tempe, Arizona 85283
480-345-5400

## RATIONALE FOR HOSPITALIZATION NOTE

To whom it may concern,

This letter is to report that Brooke Scianna was admitted to Aurora Behavioral Health, an inpatient behavioral health hospital, on 8/24/18. Brooke was admitted with the following diagnosis: Disruptive Mood Dysregulation Disorder, Autism Spectrum Disorder, history of PTSD and OCD. There is not an available lower intensity of services suitable to the behavioral health needs of this patient at this time. Significant regression of his condition is anticipated without continued inpatient care. The discharge plan is being formulated and adjusted to delineate discharge criteria.

If more information is needed please request records from our medical records department.

_____
Provider Signature-Medical Director Designee

8/29/18
Date

Aurora Behavioral Health
Original: 5/1/10; Rev 08/17/11, 12/9/2014

AZDCS004326

Exhibit 25

CHRIS DEROSE, CLERK
BY
DEP
R. VENEGAS, FILED
18 AUG 31 PM 1: 58

1   MARK BRNOVICH
    Attorney General
2

3   MONICA MALHOTRA
    Assistant Attorney General
4   State Bar No. 032784
    CFP/PSS
5   2005 North Central Avenue-C051AG
    Phoenix, Arizona 85004
6   Telephone: (602) 774-9000
7   PSSDurango@azag.gov

8   Attorneys for the Department of Child Safety

9
                IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
10
                    IN AND FOR THE COUNTY OF MARICOPA
11

12  In the Matter of:                    No. JD36034

13  BROOKE ANGELINA SCIANNA              **ORDER APPROVING SEVENTY-**
                                         **TWO HOUR ADMISSION FOR**
14      d.o.b. 07/14/2001                **INPATIENT ASSESSMENT**
                                         **AND ORDER APPOINTING**
15                                       **COUNSEL FOR CHILD**

16  Person under 18 years of age.        (Honorable Nicolas B. Hoskins)

17          Having read and considered the Motion for Approval of Admission for Inpatient
18
    Assessment and any attachments thereto, incorporated by reference, the Court finds,
19
    pursuant to A.R.S. § 8-272(A) that:
20

21          1.    BROOKE ANGELINA SCIANNA is a dependent child in the care

22  custody and control of the Department of Child Safety; and

23          2.    There is a reasonable cause to believe the child meets the standard for
24
    inpatient assessment.
25

26

27

28

AZDCS004339

IT IS ORDERED approving the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral Health for an inpatient assessment. The inpatient assessment shall be completed within seventy-two hours from the time of admission, excluding weekends and holidays.

IT IS FURTHER ORDERED that, if, after completion of the inpatient assessment, the psychologist, psychiatrist or physician recommends that the child receive inpatient psychiatric acute care services, a Motion for Inpatient Psychiatric Acute Care Services shall be filed within twenty-four hours after the completion of the assessment, excluding weekends and holidays. The child may then remain in the facility up to seventy-two hours from the filing of the Motion for Inpatient Psychiatric Acute Care Services pending court approval of the Motion.

IT IS FURTHER ORDERED, pursuant to A.R.S. § 8-272(G), that _____Angela Ramos_____, Attorney at Law, is appointed to represent BROOKE ANGELINA SCIANNA as attorney for the child in all future proceedings in this matter.

IT IS FURTHER ORDERED that a copy of this Order shall be transmitted via facsimile by this Court to Admissions at Aurora Behavioral Health, at Fax Number (480) – 345-5473. The Department further requests that the Court immediately transmit this Order via facsimile to the Attorney General's Office, at 602-774-9099.

DATED: _____8/31_____, 2018.

JUDGE OF THE SUPERIOR COURT

Commissioner Nicolas B. Hoskins

2

AZDCS004340

Exhibit 26

CHRIS DEROSE, CLERK
BY
R. VENEGAS, FILED
DEP

18 AUG 31 PM 1: 58

1   MARK BRNOVICH
    Attorney General
2

3   MONICA MALHOTRA
    Assistant Attorney General
4   State Bar No. 032784
    CFP/PSS
5   2005 North Central Avenue-C051AG
    Phoenix, Arizona 85004
6   Telephone: (602) 774-9000
7   PSSDurango@azag.gov

8
    Attorneys for the Department of Child Safety
9

10        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11          IN AND FOR THE COUNTY OF MARICOPA

12   In the Matter of:                      No. JD36034

13
     BROOKE ANGELINA SCIANNA         **ORDER SETTING SEVENTY-TWO**
14        d.o.b. 07/14/2001          **HOUR HEARING FOR APPROVAL**
                                      **OF INPATIENT PSYCHIATRIC**
15                                    **ACUTE CARE SERVICES**
                                      **AND ORDER APPOINTING**
16                                    **COUNSEL FOR CHILD**

17

18   Person under 18 years of age.        (Honorable Nicolas B. Hoskins)

19        IT IS ORDERED setting a hearing in this matter, within seventy-two hours of the
20
     filing of the Motion for Inpatient Psychiatric Acute Care Services pursuant to A.R.S. § 8-
21
22   272(H), for the 4th day of September , 2018 at the hour of 10:30 a.m.

23        IT IS FURTHER ORDERED, pursuant to A.R.S. § 8-272(G), that

24   Angela Ramos , Attorney at Law, is appointed to represent BROOKE
25
     ANGELINA SCIANNA as attorney for the child in all future proceedings in this matter.
26
          IT IS FURTHER ORDERED, that a copy of this Order shall be transmitted via
27
28   facsimile by this Court to Admissions at Aurora Behavioral Health at (480) – 345-5473.

AZDCS004341

The Department further requests that the Court immediately transmit this Order via facsimile to the Attorney General's Office, at 602-774-9099.

DATED: _____ 8/31 , 2018.

JUDGE OF THE SUPERIOR COURT

Commissioner Nicolas B. Hoskins

AZDCS004342

Exhibit 27

FILED
9/4/2018 10:47 an
CHRIS DEROSE, Clerk
By_____
Deputy

1  MARK BRNOVICH
   Attorney General
2

3  MONICA MALHOTRA
   Assistant Attorney General
4  State Bar No. 032784
5  CFP/PSS
   2005 North Central Avenue-C051AG
6  Phoenix, Arizona 85004
   Telephone: (602) 774-9000
7  PSSDurango@azag.gov

8
   Attorneys for the Department of Child Safety
9
                IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
10
                    IN AND FOR THE COUNTY OF MARICOPA
11

12 | In the Matter of:                    | No. JD36034
13 |                                       | **ORDER APPROVING**
   | BROOKE ANGELINA SCIANNA               | **INPATIENT PSYCHIATRIC**
14 |    d.o.b. 07/14/2001                  | **ACUTE CARE SERVICES**
15 |                                       |
16 | Person under 18 years of age.         | (Honorable Nicolas B. Hoskins)

17
18       Having read and considered the Motion for Approval of Inpatient Psychiatric
19  Acute Care Services, and having received evidence in support thereof, including the
20  written assessment recommending inpatient psychiatric acute care services and the
21  written statement of the medical director or medical director's designee of the receiving
22
23  facility, this Court finds, based upon clear and convincing evidence, that:
24       1.    BROOKE ANGELINA SCIANNA is suffering from a mental disorder or is
25  a danger to self or others, and requires inpatient psychiatric acute care services; and
26
27
28

AZDCS004343

2.    Available alternatives to inpatient psychiatric acute care services were considered, but inpatient psychiatric acute care services are the least restrictive available alternative.

IT IS ORDERED approving the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral Health for inpatient psychiatric acute care services.

IT IS FURTHER ORDERED setting this matter for review of the continuing need for inpatient psychiatric acute care services on the _30th_ day of _October_, 2018 at _9:00_ a.m., before the Honorable Nicolas B. Hoskins.

IT IS FURTHER ORDERED that the inpatient psychiatric acute care facility shall submit to the Court a written progress report in accordance with A.R.S. § 8-272(K) and provide copies to all parties, including the child's attorney and Guardian ad litem, by _____ 2018, [at least five days prior to the review hearing.]

IT IS FURTHER ORDERED that DCS shall file a Notice of Discharge within twenty days after the child's discharge from this inpatient psychiatric acute care services facility in accordance with A.R.S. § 8-272(N).

///
///
///
///
///

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

IT IS FURTHER ORDERED, that this Order shall be transmitted via facsimile by this Court to Admissions at Aurora Behavioral Health at (480) – 345-5473.   The Department further requests that the Court immediately transmit this Order via facsimile to the Attorney General's Office, at 602-774-9099.

DATED: _____ 9/4 _____, 2018.

_____
JUDGE OF THE SUPERIOR COURT

Commissioner Nicolas B. Hoskins

3

Exhibit 28



| | Patient Name: | Scianna, Brooke |
|---|---|---|
| | MR No.: | 119188 |

# DISCHARGE SUMMARY

**PATIENT NAME:**     Brooke Scianna

Date: 11/21/2018 at 10:37 AM

## I. Admitting Diagnosis (Primary)

## II. Discharge Diagnosis

Primary:

UNSPECIFIED MOOD AFFECTIVE DISORDER.
AUTISTIC DISORDER, SEVERE, WITH LANGUAGE IMPAIRMENT.
HISTORY OF OBSESSIVE-COMPULSIVE BEHAVIOR.
HISTORY OF POSTTRAUMATIC STRESS DISORDER.

Medical:

HYPERLIPIDEMIA.
NORMALIZED AST/ALT.
HISTORY OF RHABDOMYOLYSIS IN APRIL 2018.

Psychosocial Stressors:     TEMPORARY WARD OF DCS.

## III. Reason for Admission and Chief Complaint: Mood instability, aggression, and self-injury.

## IV. Course of Treatment: The patient is a 17-year-old female with established autism with language impairment, who presented for hospitalization after she had been severely aggressive in the DDD group home. She presented to the ER with abrasions on her face after having been restrained. DCS was involved due to allegations of abuse and neglect at the DDD group home.

Upon admission, her previously prescribed medications were continued, including Thorazine 25 mg three times a day which was started in the ER and clonidine 0.1 mg twice a day but discontinued Benadryl and clomipramine due to unclear benefit. The patient exhibited emotional dysregulation. She was frequently aggressive towards staff and peers. She required as-needed medication and exhibited stereotyped and repetitive behaviors, including pacing, opening and closing doors repeatedly, and bathing. She had also been defecating in the shower. Throughout the course of hospitalization, the patient continued to exhibit emotional dysregulation and was exhibiting mood lability as her demeanor changed from irritable, crying, and angry to periods of mood elevation, laughing suddenly, and at times appearing fearful and was exhibiting self-injury as a way of self-regulating. She frequently placed her teeth next to her wrist to stimulate sensation. She would engage in self-injury by hitting her head repeatedly or biting herself in addition to hitting staff. She was continued on her birth control which was periodically not given due to not having the home supply. She was also provided Colace, omega-3 fatty acids, and vitamin D. The patient continued on her home medication while behavioral data was collected. She remained on a one-to-one level of observation due to severity of aggression and self-injury. She often times exhibited poor frustration tolerance and could not tolerate delay in response such as when she would hit staff if not immediately comply with her request to open the door or when interrupted from stereotyped behavior. After approximately two weeks of hospitalization, Thorazine was discontinued and Haldol was recommended targeting mood instability, irritability, and explosive aggressive and self-injurious behavior which were not effectively addressed with Thorazine or other atypical antipsychotics or mood stabilizer or combinations of both. DCS who had legal custody provided consent for the medication. The patient began to experience signs of EPS, including stiffness and rigidity and a tremor which resolved with administration of Cogentin. Additionally, Benadryl was started to help regulate sleep. The patient began to gradually exhibit reduced irritability and fewer aggressive and self-injurious behaviors. Her sleep was more consistently regulated but had periodic disruption. The patient's mother who did not have legal rights opposed to use of Haldol and any antipsychotics despite several discussions with author about the risks and cons of use of an antipsychotics. Mother expressed concerns about previous rhabdomyolysis, which occurred in April 2018 but did not exhibit any clinical signs during this hospitalization. Haldol continued to be utilized to complete a therapeutic trial as the patient had demonstrated moderate improvement. A consultation with the medical director occurred due to mother's strong opposition to the use of that medication. Trileptal was added with a plan to taper Haldol due to lack of consistent benefit and strong parental objection which was recommended following consultation with the medical director. Trileptal was titrated and Haldol was discontinued. Cogentin was discontinued, but Benadryl was maintained for sleep. The patient tolerated

**Page 1 of 4**

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Patient Name:   Scianna, Brooke
MR No.:   119188

# DISCHARGE SUMMARY

medication changes without any apparent side effects.  She continued to exhibit periodic episodes of agitation, self-injury, and aggressive behavior; but the frequency remained relatively low compared to the level seen upon admission.  By mid-October, the patient had showed consistent and sustained improvement in emotional dysregulation with reduced aggressive behaviors.  Her discharge, however, was delayed due to lack of disposition as mother opposed DCS recommendations and author's recommendations for group home placement, and emergency court hearing was held which then proceeded to the trial in which the patient's disposition was ruled to remain under the legal custody of DCS but to return home to mother's home.  At the time of discharge, the patient continued to exhibit emotional dysregulation, irritability, low frustration tolerance, and periodic self-injury.  She will continue to need continuous monitoring in home support and respite services for the family.

The following is a discharge summary by Kattia Luevano, SNU therapist:  The patient was admitted on 08/25/2018 and was hospitalized at Aurora Behavioral East Specialized Needs Unit for 88 days.  Throughout her stay, the patient had many emotional and behavioral cycles.  The patient came in dysregulated on her first and took 26 showers to self-regulate.  The patient did not engage in any activities and appeared labile, restless, and agitated.  Within one week, the patient reduced her showers and baths to less than five a day and replaced her showers with going to the swing.  The patient was observed going to the swing for less than five minutes, requested to return to the unit, and then requested to return to the swing again.  The patient targeted preferred staff to meet her needs.  The patient became very agitated that staff did not fulfill her request immediately as she attempted to hit others, bite herself, and bang her head against the wall.  Throughout her stay, the BCBA worked with the patient on tolerance training, increased ability to request, and ignore low-intensity hits and bites, use visual schedules, and use PECS strip to increase communication.

The patient responded well to the interventions implemented by the BCBA but then regressed at the end of October and started demonstrating repetitive behaviors.  The patient started to close the patient's rooms, turn off bathroom lights, and remove everything that was on the nurse station's counter.  In the beginning of November, the patient began to take all the trash bags on the unit and put them in her room.  When the repetitive behaviors started, her number of request for baths increased and her tolerance for waiting for a preferred item decreased.

During her stay, she was in one hold, 09/09/2018 for danger to others and self.  There were 13 CFT meetings and four training sessions.  CFTs held in September and October were tense as the mother did not agree with medication regimen that Dr. Mlak was providing even though DCS was supporting him.  Several times, mother yelled at the DCS case manager and writer to demonstrate that she was upset that Anafranil was discontinued and Haldol was started.  Mother claimed that the patient had negative reactions to antipsychotics.  DCS case manager and writer welcomed any documentation she had to support her concern.  Mother and support team from Arizona Childen's scanned several hospital record and doctor's notes but none indicated that the patient had any negative reactions to antipsychotics.  On 09/21/2018, mother filed a complaint against Aurora, stating, "I'm very disappointed in her medical treatment at Aurora at this time."  This is when visits from family members and outpatient teams increased which would dysregulate the patient.  Aurora suspended visits for three days with the support of DCS and then requested a 24-hour notice for anyone who wanted to visit the patient.  This helped staff collect effective data for the FBA.  Throughout the CFTs, DCS reminded mother that she could not make any medication changes as DCS continued to be the legal guardian.  During this period, writer had to redirect mother and reminder her that everyone is working together for the best of the patient.

Trainings were offered in September and October, but 11/05/2018 was the first training that mother attended.  Mother and her boyfriend and two staff members of CFSS attended the two-hour training on FBA with the BCBA on 11/05/2018.  Mother and one staff from CFSS attended another two-hour training on the unit with the BCBA on 11/12/2018.  Also, six staff members of CFSS attended a two-hour training on FBA with the BCBA on 11/20/2018 and 11/21/2018.  All of the trainings with mother and CFSS went well according to Aurora's BCBA.

The patient's discharge had to be postponed three different times due to no placement.  Finally, a trial was scheduled on 11/15/2018.  The patient's original discharge date was on 10/23/2018 and was rescheduled to 10/31/2018 and since court was scheduled for 10/30/2018 to discuss placement.  On 10/30/2018, the judge requested more clarification from the physician's involved regarding the recommendation on where the patient should be discharged.  A trial was

Page 2 of 4

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021



BEHAVIORAL HEALTH SYSTEM

**Patient Name:** Scianna, Brooke
**MR No.:** 119188

## DISCHARGE SUMMARY

scheduled for 11/15/2018 to determine placement. Dr. Mlak and Aurora's BCBA were *testified* ↑ . As a result, the judge ordered the patient to return home with wraparound services. However, DCS will continue to be the legal guardian.

A dependency hearing is scheduled in February 2019. DCS approved mother to switch behavioral health agency from Aurora Children's Association to Child and Family Support Services.

Mother had an intake with CFSS on 11/21/2018 at 09:00 a.m. and a medication management appointment with CFSS on 11/21/2018 at 03:00 p.m. CFSS is providing the patient wraparound services.

**V. Laboratory and Imaging:** Throughout the hospitalization, the patient's AST was elevated in addition to total cholesterol. AST peaked at 78 but trended and returned to normal limits. Total cholesterol was 187. A medical consultant was involved in the patient's medical decision-making.

### VI. Mental Status Examination

**Appearance:** Limited self-care. Attitude was calm.
**Behavior:** Calm.
**Eye Contact:**
**Speech:** Characterized by vocalization.
**Orientation:** She was alert.
**Attention:** Attention span was sustained as observed by the patient's ability to sustain attention during tasks.
**Motor:** No disturbance
**Thought Process:** Unable to be assessed due to lack of language.
**Thought Content:** Unable to be assessed due to lack of language.
**Perception:** No hallucinations.
**Mood:** Euthymic but easily frustrated.
**Affect:** Shallow in depth.
**Insight:** Poor per her behavior.
**Judgment:** Poor per her behavior.
**Recent Memory:** Not able to be formally assed due to lack of language.
**Remote Memory:** Not able to be formally assed due to lack of language.
**Abstract Reasoning:** Not able to be formally assed due to lack of language.
**Intelligence:** Below average.

Check one of the following:
_____ Two or more antipsychotic medications prescribed at discharge.
       *If selected, please indicate justification for the patient being discharged on two or more antipsychotic medications.*
_____ History of at least three failed multiple trials of monotherapy.
_____ Plan to taper to monotherapy due to previous use of multiple antipsychotic medication or cross-taper in progress at time of discharge.
_____ Augmentation of Clozapine.

Others:

Discharge Risk Factors: Severity of developmental disability, aggression, and impulsivity.

**VII. Functional Status** Clinically Stable for Discharge

**Physical Functioning:** The patient will need continuous observation and support to maintain safety and ADLs.
**Social Functioning:** Requires continuous monitoring ↑

### VIII. Condition at Time of Discharge

Page 3 of 4

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000006



**Patient Name:** Scianna, Brooke
**MR No.:** 119188

# DISCHARGE SUMMARY

**Status on day of discharge:** Psychiatrically, the patient continued to exhibit symptoms of irritability and impulsivity but had significantly improved throughout hospitalization. Physical: She had significant restrictions and was medically stable. She had sustained an injury to her fingers after grabbing the door resulting in cuts to her fingers but no significant injury occurred. **Anticipated Problems after discharge and suggested means for intervention:** The patient will continue to need intensive in-home behavioral services and family support but no anticipated problems with the appropriate services in place.

**IX. Aftercare Plans**

Please refer to social work assessment and discharge appointments.

**Discharge Medications:** Trileptal 600 mg twice a day, Benadryl 50 mg at bedtime, Loestrin, Colace, omega-3 fatty acids, and vitamin D.

**Completed by**

**Printed Name/Stamp & Signature:** _____ Krzysztof Mlak, M.D. _____ **Date** 12/14/2018 _____ **Time** 1400

Dictated by: Krzysztof Mlak, M.D.

| | |
|---|---|
| DR: | KM:avt/mai |
| DD: | 11/29/2018 05:26 |
| DT: | 11/29/2018 21:53 |
| Job #: | 49970000047 |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000007

Exhibit 29

## Psychiatric Progress Note

Date and Time: 9/6/2018 @ 11:11

Reason for Hospitalization: Aggression , mood sx

CC: Follow up

**Interim History:**

Brooke was observed, chart reviewed, staff provided input and case was discussed during treatment team meeting.

Brooke remains increasingly agitation over last couple of days She struck staff when she could not immediately open the door. She ran own the hallway toward the cafeteria. She was apparently hungry. Staff observe increased appetite. Pt exhibits poor frustration tolerance. and ha been aggressive behaviors. She engages in mild self injury mains sensory driven biting of her hand. She continues to make her needs known nonverbally and verbal when asked for verbal response.

Staff report recurring sexualized behaviors and aggression. Her sleep onset has been delayed but fell asleep around 11pm. .Court hearing will be held again on emergent basis prior to d/c to determine placement.

Any medication side effects: ☐ Yes  ☑ No   Comments: none reported by staff or observed

Vital signs stable:   ☑ Yes  ☐ No   Comments: T97.8 P105 R1 BP122/76

| ADL's: | Sleep: | Appetite: | LABS: |
|---|---|---|---|
| ☐ Good | ☐ Good | ☐ Good | elevated AST 55 otherwise WNL |
| ☑ Fair | ☐ Fair | ☑ Fair | |
| ☐ Poor | ☑ Poor | ☐ Poor | |

Physical SXS/Pain:   ☐ Yes  ☑ No   Comments: none observed or reported but sleep onset is delayed

**Mental Status Exam:** (Check all that apply)

**Appearance:**
- ☐ clean/well groomed
- ☐ unkempt/d sheveled
- ☑ fair grooming

**Behavior:**
- ☐ appropriate
- ☑ semi/uncooperative
- ☐ demanding/argumentative
- ☐ suspicious/bizarre

ignores author

**Speech:**
- ☐ normal rate/tone/volume
- ☐ slow/soft
- ☐ loud/verbose
- ☐ rapid/pressured

non-verbal with author

**Orientation:**
- ☐ person/place/time
- ☐ disoriented/confusion
- ☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
- ☐ euthymic
- ☐ depressed
- ☐ anxious
- ☐ elevated/euphoric
- ☐ dysphoric/irritable
- ☑ labile

**Affect:**
- ☐ appropriate
- ☐ inappropriate
- ☑ restricted/blunted
- ☐ flat
- ☐ labile
- ☐ anxious

demeanor/ expression changes suddely

**Thought Process:**
- ☐ linear/goal-directed
- ☐ tangential/circumstantial
- ☐ blocking
- ☐ concrete
- ☐ flight of ideas
- ☐ perseveration

n/a -does not talk with author

auditory hallucinations: ☐ Yes ☑ No

no signs observed

visual hallucinations ☐ Yes ☑ No

no signs observed

delusions: ☐ Yes ☑ No

no signs observed

☐ other

| | | | | How Tested | grossly intact per staff report |
|---|---|---|---|---|---|
| **Gait/Station:** | ☑ Normal | ☐ Injured | ☐ Other | | |
| **Memory:** | ☑ Intact | ☐ Partial | ☐ Impaired | | |
| **Insight:** | ☐ Intact | ☐ Partial | ☑ Impaired | **Impulse Control:** ☐ Intact ☐ Fair ☑ Poor | |
| **Judgment:** | ☐ Intact | ☐ Partial | ☑ Impaired | Comment per her behavior | |
| **Suicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | Comment none evident in her behavior | |
| **Homicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | Comment none evident in her behavior | |

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000214

**Psychiatric Progress Note**

Contact with collateral sources (doctor-to doctor, family, case management, etc.):

staff/treatment team

Misc:
-discontinued benadryl and clomipramine due to unclear benefit
-mother has not responded to author attempts to establish contact

Assessment:
Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression. This represent  significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

Diagnosis:

| Psychiatric Diagnosis |
| --- |
| DMDD, ASD severe h/o OCD h/o PTSD |

| Medical Diagnosis |
| --- |
| none currently but h.o of rhabdomyolysis in 4/2018. |

Psychosocial and Environmental Stressors

☐ Health Problems      ☐ Lack of Healthy Supports      ☐ Financial Problems      ☐ Housing Issues

☑ Other:  temporary ward of DCS

Estimated Length of Stay:  25-30 days

Circumstances that support continued inpatient hospitalization: (Check all that apply)

☐ Change in diagnosis/ Treatment Plan

☑ Medication adjustment in inpatient setting needed: _____

☐ Continued use of "PRN" medications to regulate mood, thought or behavior

☑ No less restrictive setting appropriate and/or available at this time

☑ Condition can be more efficiently or more rapidly treated as an inpatient

☑ Significant regression anticipated without continuity of care

☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care

☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation

☑ Danger to Self/ other.

☐ Other _____

Plan:

1. Continue thorazine 25mg TID for mood instability
2. Continue clonidine 0.1m BID for hyperactivity
3. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
4. maintain 1:1 observation for safety but limit to daytime 6am-10pm
5. continue behavioral modification
6. coordinate care with DCS

Name/Signature:  Krzysztof Mlak, M.D.      Date:  9/6/2018      Time: 1433      Name: Brooke Scianna
MR#: 119188
UNIT: coyote
Patient Label

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000215

Exhibit 30

# Psychiatric Progress Note

Date and Time: 9/7/2018 @ 12:54

Reason for Hospitalization: Aggression , mood sx

cc: Follow up

**Interim History:**

Brooke was observed, chart reviewed, staff provided input and case was discussed during treatment team meeting.

Brooke remains labile and often times agitated. This morning she has repeatedly attacked her staff. He is restless and pacing from the unit to the swing over 20 times so far today. She engages repetitive behavior (closing door and placing cups upside down and stacking them) . She becomes highly distressed if interrupted. Pt exhibits poor frustration tolerance. She engages in self injury by head banging and hand biting. Her preferred sensory interventions are not helping her calm herself. She received a PRN mediation (Thorazine ) this morning due to aggression.

Staff continue to monito for sexualized behaviors. Her sleep onset has been more consistent but wakes up in mid-cycle .

Any medication side effects: ☐ Yes  ☑ No    Comments: increased appetite reported by staff

Vital signs stable: ☑ Yes  ☐ No    Comments: T98.2 P88 R16 BP101/74

**ADL's:**
- ☐ Good
- ☑ Fair
- ☐ Poor

**Sleep:**
- ☐ Good
- ☐ Fair
- ☑ Poor

**Appetite:**
- ☐ Good
- ☑ Fair
- ☐ Poor

**LABS:**

elevated AST 55 otherwise WNL

Comments: none observed or reported

Physical SXS/Pain: ☐ Yes  ☑ No

**Mental Status Exam: (Check all that apply)**

**Appearance:**
- ☐ clean/well groomed
- ☐ unkempt/disheveled
- ☑ fair grooming

**Behavior:**
- ☐ appropriate
- ☑ semi/uncooperative
- ☐ demanding/argumentative
- ☐ suspicious/bizarre

pacing in hallways

**Speech:**
- ☐ normal rate/tone/volume
- ☐ slow/soft
- ☐ loud/verbose
- ☐ rapid/pressured

non-verbal with author

**Orientation:**
- ☐ person/place/time
- ☐ disoriented/confusion
- ☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
- ☐ euthymic
- ☐ depressed
- ☐ anxious
- ☑ elevated/euphoric
- ☑ dysphoric/irritable
- ☑ labile

**Affect:**
- ☐ appropriate
- ☐ inappropriate
- ☐ restricted/blunted
- ☐ flat
- ☑ labile
- ☐ anxious

demeanor/ expression changes rapidly

**Thought Process:**
- ☐ linear/goal-directed
- ☐ tangential/circumstantial
- ☐ blocking
- ☐ concrete
- ☐ flight of ideas
- ☐ perseveration

n/a -does not talk with author

auditory hallucinations ☐ Yes ☑ No

no signs observed

visual hallucinations: ☐ Yes ☑ No

no signs observed

delusions: ☐ Yes ☑ No

no signs observed

☐ other:

**Gait/Station:** ☑ Normal ☐ Injured ☐ Other

**Memory:** ☑ Intact ☐ Partial ☐ Impaired

**Insight:** ☐ Intact ☐ Partial ☑ Impaired

**Judgment:** ☐ Intact ☐ Partial ☑ Impaired

**Suicidal Ideation:** ☑ Denies ☐ Passive ☐ Active

**Homicidal Ideation:** ☑ Denies ☐ Passive ☐ Active

How Tested: grossly intact per staff report

**Impulse Control:** ☐ Intact ☐ Fair ☑ Poor

Comment per her behavior

Comment none evident in her behavior

Comment but unpredictable behavior

Name: Brooke Scianna
MR#: 119168
UNIT: coyote

Patient Label

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000216

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

staff/treatment team

Misc:
-discontinued benadryl and clomipramine due to unclear benefit
-mother has not responded to author attempts to establish contact
-Court hearing will be held again on emergent basis prior to d/c to determine placement.

**Assessment:**
Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression. This represent significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
|---|
| DMDD, |
| ASD severe |
| h/o OCD |
| h/o PTSD |

| Medical Diagnosis |
|---|
| none currently but h/o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

- [ ] Health Problems
- [ ] Lack of Healthy Supports
- [ ] Financial Problems
- [ ] Housing Issues
- [x] Other: temporary ward of DCS

**Estimated Length of Stay:** 25-30 days

**Circumstances that support continued inpatient hospitalization:** (Check all that apply)

- [ ] Change in diagnosis/ Treatment Plan: _____
- [x] Medication adjustment in inpatient setting needed: _____
- [x] Continued use of "PRN" medications to regulate mood, thought or behavior
- [x] No less restrictive setting appropriate and/or available at this time
- [x] Condition can be more efficiently or more rapidly treated as an inpatient
- [x] Significant regression anticipated without continuity of care
- [x] Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care
- [x] Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation
- [x] Danger to Self/ other.
- [ ] Other _____

**Plan:**
1. Discontinue thorazine due to lack of benefit
2. Recommend haldol 1mg TID for mood instability not responding to 1st and 2nd line tx
3. Recommend trial of lithium for mood instability not responding to 1st and 2nd line tx
4. Continue clonidine 0.1m BID for hyperactivity
5. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
6. maintain 1:1 observation for safety but limit to daytime 6am-10pm
7. continue behavioral modification
8. coordinate care with DCS

Name/Signature: _____

Date: 9/7/2018

Time: 1453

Krzysztof Mlak, M.D.

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000217

Exhibit 31



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Pa   Adnum: 1812439  DOB: 07/14/01  Age: 17
     MedRec#: 0119188  Sex: F  DOA: 08/25/18
D,   Unit: Coyote / #108 / A
     Doctor:   Miak, K.

## INFORMED CONSENT FOR ADOLESCENT MEDICATION

The following information has been reviewed with me by a qualified medical professional for each medication listed below:
- The diagnosis and target symptoms for the medication recommended;
- The possible benefits/intended outcome of treatment, and as applicable, all available procedures involved in the proposed treatment;
- The possible risks and side effects, including risks of medication to pregnant women and women who are breast feeding;
- The possible results of not taking the recommended medication;
- The possibility that the medication dose may need to be adjusted over time, in consultation with the behavioral health medical practitioner;
- The right to actively participate in the treatment by discussing medication concerns or questions with the behavioral health medical practitioner;
- The right to withdraw voluntary consent for medication at any time (unless the use of medications in my treatment is required in a Court Order or in a Special Treatment Plan); and
- For persons under 18 years of age, the FDA status of the medication and the level of evidence supporting the recommended medication.

*I understand the medication information that has been provided to me.*
*By signing or providing verbal consent below I agree to the use of each medication.*

| Medication: Haldol   Dose: 1 mg 500 | How Discussed: ☐ In-person ☒ Telephone (2 RN verification) | Parent/Guardian Initials** Kaloni DCS | Behavioral Health Professional/s JFM |
|---|---|---|---|
| Route: PO   Frequency: TID | | | |
| New medication? ☒ Yes ☐ No | | Date / Time 9/7/18 | Date / Time 9/7/18 |
| Change in dose and/or frequency? ☐ Yes ☐ No | | | |
| Target Symptoms to be addressed*  Mood | | | |

| Medication: Ativan   Dose: 1 mg | How Discussed: ☐ In-person ☒ Telephone (2 RN verification) | Parent/Guardian Initials** | Behavioral Health Professional/s |
|---|---|---|---|
| Route: PO   Frequency: | | | |
| New medication? ☐ Yes ☐ No | | Date / Time | Date / Time 9/8/18 |
| Change in dose and/or frequency? ☐ Yes ☐ No | | | |
| Target Symptoms to be addressed*  Mood | | | |

| Medication: Cogentin   Dose: 1-4 mg | How Discussed: ☐ In-person ☒ Telephone (2 RN verification) | Parent/Guardian Initials** DC MC | Behavioral Health Professional/s |
|---|---|---|---|
| Route: PO   Frequency: | | | |
| New medication? ☐ Yes ☐ No | | Date / Time 9/14/18 1300 | Date / Time 9/14/18 1300 |
| Change in dose and/or frequency? ☐ Yes ☐ No | | | |
| Target Symptoms to be addressed*  GPS | | | |

| Medication: Benadryl   Dose: 25-50 | How Discussed: ☐ In-person ☒ Telephone (2 RN verification) | Parent/Guardian Initials** MC Melissa | Behavioral Health Professional/s |
|---|---|---|---|
| Route: PO   Frequency: | | | |
| New medication? ☐ Yes ☐ No | | Date / Time 9/14/18 1300 | Date / Time 9/14/18 1300 |
| Change in dose and/or frequency? ☐ Yes ☐ No | | | |
| Target Symptoms to be addressed*  Mood | | | |

Ensure informed consent form with original parent/guardian signature is located in the patient's medical record.
If consent obtained by telephone individual may initial and date at next face-to-face visit.

| Parent/Guardian Printed Name | Kaloni   DCS | Signature | | Initials |
|---|---|---|---|---|
| Clinician Obtaining Consent – Printed Name | Tracy Franken | Signature | TFranken | Initials |
| Clinician Obtaining Consent – Printed Name | J. Hall RN | Signature | J Hall | Initials HH |
| Clinician Obtaining Consent – Printed Name | Josh Agresti | Signature | | Initials JA |
| Clinician Obtaining Consent – Printed Name | Hilary Pagano Graussen | Signature | | Initials HPG |

RN- Adolescent Medication Informed Consent – Original 3/2/2018

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

Exhibit 32

## Psychiatric Progress Note

**Date and Time:** 9/10/2018 @ 13:39

**Reason for Hospitalization:** Aggression , mood sx

**CC:** Follow up

**Interim History:**
Brooke was observed, with staff present who provided input, chart reviewed in addition to covering attending's progress note and case was discussed during treatment team meeting

Brooke has been severely agitated through out the weekend and escalated to a physical hold yesterday night. She has been aggressive and reacts quickly to minor trigger such as someone using the sensory swing and being asked to wait her turn. She struck author in the head when she could not leave the unit. She has been hitting peers and well as 1:1 staff. Pt exhibits poor frustration tolerance and has limitation in making her needs known. She became highly agitated when offered a PECs to facilitate communication. Se continues to engages in mild self injury mains sensory driven biting of her hand. She has received PRN over the weekend on several instances. Compulsive behavior has been increased and is forcibly taking items away from staff and peers , and is stacking cups and lning up chairs while in gym  and closing doors through out the unit. This lead to agitation if she is interrupted
Staff are monitoring for sexualized behaviors. Sleep has been improving

**Any medication side effects:** ☐ Yes  ☑ No      Comments: none reported by staff or observed

**Vital signs stable:** ☑ Yes  ☐ No      Comments: T99.4 P94 R18 BP 97/68 O2sat 98%

| ADL's: | Sleep: | Appetite: |
|---|---|---|
| ☐ Good | ☐ Good | ☐ Good |
| ☑ Fair | ☑ Fair | ☑ Fair |
| ☐ Poor | ☑ Poor | ☐ Poor |

**LABS:**
-repeat labs 8/26 reveal AST 78 and Tchol 187 and recent h/o elevated AST 55

**Physical SXS/Pain:** ☐ Yes  ☑ No      Comments: none observed or reported b

**Mental Status Exam:** (Check all that apply)

**Appearance:**
☐ clean/well groomed
☐ unkempt/disheveled
☑ fair grooming

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

hits author

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non-verbal with author

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☐ elevated/euphoric
☑ dysphoric/irritable
☑ labile

**Affect:**
☐ appropriate
☐ inappropriate
☑ restricted/blunted
☐ flat
☑ labile
☐ anxious

demeanor/ expression changes suddenly

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -does not talk with author

**auditory hallucinations:** ☐ Yes ☑ No
no signs observed

**visual hallucinations:** ☐ Yes ☑ No
no signs observed

**delusions:** ☐ Yes ☑ No
no signs observed

☐ other

**Gait/Station:** ☑ Normal  ☐ Injured  ☐ Other

**Memory:** ☑ Intact  ☐ Partial  ☐ Impaired

**Insight:** ☐ Intact  ☐ Partial  ☑ Impaired

**Judgment:** ☐ Intact  ☐ Partial  ☑ Impaired

**Suicidal Ideation:** ☑ Denies  ☐ Passive  ☐ Active

**Homicidal Ideation:** ☑ Denies  ☐ Passive  ☐ Active

**How Tested** grossly intact per staff report

**Impulse Control:** ☐ Intact  ☐ Fair  ☑ Poor

Comment: per her behavior

Comment: none evident in her behavior

Comment: exhibits unpredictable behavior

Name: Brooke Scianna
MRA: 119188
UNIT: coyote

Patient Label

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000222

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

staff/treatment team

Misc:
-Court hearing will be held again on emergent basis prior to d/c to determine placement.
-discontinued benedryl and clomipramine due to unclear benefit
-mother has not responded to author attempts to establish contact

**Assessment:**

Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression and compulsive behavior. This represent significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
|---|
| DMDD,<br>ASD severe<br>h/o OCD<br>h/o PTSD |

| Medical Diagnosis |
|---|
| Repeat labs 8/26 reveal AST 78 and Tchol 187 and recent h/o elevated AST 55<br>none currently but h.o of rhabdomyolysis in 4/2018. |

| Psychosocial and Environmental Stressors |
|---|
| ☐ Health Problems  ☐ Lack of Healthy Supports  ☐ Financial Problems  ☐ Housing Issues<br>☑ Other: temporary ward of DCS |

**Estimated Length of Stay:** 25-30 days

**Circumstances that support continued inpatient hospitalization:** (Check all that apply)

- ☐ Change in diagnosis/ Treatment Plan
- ☑ Medication adjustment in inpatient setting needed
- ☑ Continued use of "PRN" medications to regulate mood, thought or behavior
- ☑ No less restrictive setting appropriate and/or available at this time
- ☑ Condition can be more efficiently or more rapidly treated as an inpatient
- ☑ Significant regression anticipated without continuity of care
- ☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care
- ☑ Continued disturbance in mood, thought, behavior rendering patient incapable of self care self regulation
- ☑ Danger to Self/ other.
- ☑ Other: remain on 1:1 for sfaety

**Plan:**

1. Increase haldol 2mg TID for mood instability
2. Discontinue thorazine due to lack of benefit
3. Continue clonidine 0.1m BID for hyperactivity but consider taper
4. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
5. maintain 1:1 observation for safety
6. continue behavioral modification
7. coordinate care with DCS
8. consult Internal Medicine for increasing AST and elevated cholesterol

Name/Signature: _Krzysztof Mlak, M.D._  Date: _9/10/2018_  Time: _10 ___

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000223

Exhibit 33

## Psychiatric Progress Note

**Date and Time:** 9/11/2018 @ 14:23

**Reason for Hospitalization:** Aggression , mood sx

**CC:** Follow up

**Interim History:**

Brooke was observed, with staff present, chart reviewed, staff provided input and case was discussed during treatment team meeting

Brooke has not had aggressive throughout the day today but had severe agitation yesterday and could not sleep last night. She was awake and paced much of this night. She continues to engage in mild self injury. Compulsive behavior remains prominent and often lead to aggression if she is interrupted

Staff are monitoring for sexualized behaviors.

**Any medication side effects:** ☑ Yes  ☐ No   **Comments:** tremor/muscle rigidity

**Vital signs stable:** ☑ Yes  ☐ No   **Comments:** T97.8

| ADL's: | Sleep: | Appetite: |
|---|---|---|
| ☐ Good | ☐ Good | ☐ Good |
| ☑ Fair | ☑ Fair | ☑ Fair |
| ☐ Poor | ☑ Poor | ☐ Poor |

**LABS:**
-repeat labs 8/26 reveal AST 78 and Tchol 187 and recent h/o elevated AST 55

**Physical SXS/Pain:** ☐ Yes  ☑ No   **Comments:** none observed or reported

**Mental Status Exam:** (Check all that apply)

**Appearance:**
- ☐ clean/well groomed
- ☑ unkempt/disheveled
- ☐ fair grooming

**Behavior:**
- ☐ appropriate
- ☑ semi/uncooperative
- ☐ demanding/argumentative
- ☐ suspicious/bizarre

tremulous

**Speech:**
- ☐ normal rate/tone/volume
- ☐ slow/soft
- ☐ loud/verbose
- ☐ rapid/pressured

non-verbal with author

**Orientation:**
- ☐ person/place/time
- ☐ disoriented/confusion
- ☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
- ☐ euthymic
- ☐ depressed
- ☐ anxious
- ☐ elevated/euphoric
- ☑ dysphoric/irritable
- ☑ labile

**Affect:**
- ☐ appropriate
- ☐ inappropriate
- ☑ restricted/blunted
- ☐ flat
- ☑ labile
- ☐ anxious

demeanor/ expression changes suddely

**Thought Process:**
- ☐ linear/goal-directed
- ☐ tangential/circumstantial
- ☐ blocking
- ☐ concrete
- ☐ flight of ideas
- ☐ perseveration

n/a -does not talk with author

**auditory hallucinations:** ☐ Yes ☑ No
no signs observed

**visual hallucinations:** ☐ Yes ☑ No
no signs observed

**delusions** ☐ Yes ☑ No
no signs observed

☐ other
cogwheel rigidity

**Gait/Station:** ☑ Normal  ☐ Injured  ☐ Other   **How Tested:** grossly intact per staff report

**Memory:** ☑ Intact  ☐ Partial  ☐ Impaired

**Insight:** ☐ Intact  ☐ Partial  ☑ Impaired   **Impulse Control:** ☐ Intact  ☐ Fair  ☑ Poor

**Judgment:** ☐ Intact  ☐ Partial  ☑ Impaired   **Comment:** per her behavior

**Suicidal Ideation:** ☑ Denies  ☐ Passive  ☐ Active   **Comment:** none evident in her behavior

**Homicidal Ideation:** ☑ Denies  ☐ Passive  ☐ Active   **Comment:** exhibits unpredictable behavior

Name: Brooke Scianna
MR#: 119188
UNIT: coyote
Patient Label

Page 1 of 2

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

staff/treatment team

Misc:
-Court hearing will be held again on emergent basis prior to d/c to determine placement
-discontinued thorazine , benedryl and clomipramine due to unclear benefit
-mother has not responded to author attempts to establish contact

**Assessment:**

Brooke demonstrates poor progress toward her treatment goals duo to mood lability, with prominent irritability and subsequent aggression and compulsive behavior. This represent significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
| --- |
| DMDD,<br>ASD severe<br>h/o OCD<br>h/o PTSD |

| Medical Diagnosis |
| --- |
| Repeat labs 8/26 reveal AST 78 and Tchol 187  and recent h/o elevated AST 55 none currently but h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems        ☐ Lack of Healthy Supports        ☐ Financial Problems        ☐ Housing Issues

☑ Other.  temporary ward of DCS

**Estimated Length of Stay:** 25-30 days

**Circumstances that support continued inpatient hospitalization:** (Check all that apply)

☐ Change in diagnosis/ Treatment Plan _____

☑ Medication adjustment in inpatient setting needed _____

☑ Continued use of "PRN" medications to regulate mood, thought or behavior

☑ No less restrictive setting appropriate and/or available at this time

☑ Condition can be more efficiently or more rapidly treated as an inpatient

☑ Significant regression anticipated without continuity of care

☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care

☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation

☑ Danger to Self/ other.

☑ Other:  remains on 1:1 for sfaety

**Plan:**

1. Continue haldol 2mg TID for mood instability
2. Recommedn cogentin 2mg ow for EPS and 0.5mg TID for prophylaxis
3. Continue clonidine 0.1m BID for hyperactivity but consider taper
4. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
5. maintain 1:1 observation for safety
6. continue behavioral modification
7. coordinate care with DCS
8. consult Internal Medicine for increasing AST and elevated cholesterol

**Name/Signature:** _Krzysztof Mlak, M.D._        **Date:** 9/11/2018        **Time:** 1531        **Name:** Brooke Scianna
**MR#:** 119188
**UNIT:** coyote

Patient Label

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000225

Exhibit 34

## Psychiatric Progress Note

**Date and Time:** 9/12/2018 @ 14:08

**Reason for Hospitalization:** Aggression , mood sx

**cc:** Follow up

**Interim History:**
Brooke was observed, with staff present, chart reviewed, staff provided input and case was discussed during treatment team meeting

Brooke remain sdysregulated emotionally (labile)  and is not sleeping well at night. However she has not exhibited aggressive throughout the day today but had severe agitation yesterday and could not sleep last night. She continues to pace much of the night. She continues to engage in mild self injury. Compulsive behavior remains prominent and often lead to aggression if she is interrupted

She ignores author but is able to attend activities off unit and 2  were switched to prevent her from running into the cafeteria after gym.

**Any medication side effects:** ☑ Yes   ☐ No   **Comments:** resolvin tremor/muscle rigidity

**Vital signs stable:** ☑ Yes   ☐ No   **Comments:** WNL per RN

| ADL's: | Sleep: | Appetite: | |
|---|---|---|---|
| ☐ Good | ☐ Good | ☐ Good | **LABS:** |
| ☑ Fair | ☐ Fair | ☑ Fair | -repeat labs 8/26 reveal AST 78 and Tchol 187 |
| ☐ Poor | ☑ Poor | ☐ Poor | and recent h/o elevated AST 55 |

**Physical SX6/Pain:**   ☐ Yes   ☑ No   **Comments:** none observed or reported

**Mental Status Exam: (Check all that apply)**

**Appearance:**
☐ clean/well groomed
☑ unkempt/disheveled
☐ fair grooming

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

tremulous but less apparent

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non-verbal with author

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☐ elevated/euphoric
☑ dysphoric/irritable
☑ labile

**Affect:**
☐ appropriate
☐ inappropriate
☑ restricted/blunted
☐ flat
☑ labile
☐ anxious

demeanor/ expression changes suddenly

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -does not talk with author

**auditory hallucinations:** ☐ Yes ☑ No
no signs observed

**visual hallucinations:** ☐ Yes ☑ No
no signs observed

**delusions:** ☐ Yes ☑ No
no signs observed

☐ other:
cogwheel rigidity

| | | | | |
|---|---|---|---|---|
| **Gait/Station:** | ☑ Normal | ☐ Injured | ☐ Other | |
| **Memory:** | ☑ Intact | ☐ Partial | ☐ Impaired | **How Tested:** grossly intact per staff report |
| **Insight:** | ☐ Intact | ☐ Partial | ☑ Impaired | **Impulse Control:** ☐ Intact  ☐ Fair  ☑ Poor |
| **Judgment:** | ☐ Intact | ☐ Partial | ☑ Impaired | **Comment:** per her behavior |
| **Suicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | **Comment:** none evident in her behavior |
| **Homicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | **Comment:** exhibits unpredictable behavior |

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000226

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

staff/treatment team - report poor sleep and are monitoring for sexualized behaviors.
mother -author spoke with mother to discuss her questions and concerns: she is concern about lack of benefit from haldol and past rial which also caused tremor and "masked
facial expression" as well as regression to point to eating her fecal matter- mother felt TCA helped with OCD sx -tx plan reviewed and mother expressed understanding
Misc:
-Court hearing will be held again on emergent basis prior to d/c to determine placement.
-discontinued thorazine , benadryl and clomipramine due to unclear benefit

**Assessment:**

Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression and compulsive behavior. This represent significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
| --- |
| DMOD,<br>ASD severe<br>h/o OCD<br>h/o PTSD |

| Medical Diagnosis |
| --- |
| Repeat labs 8/26 reveal AST 78 and Tchol 187 and recent h/o elevated AST 55<br>none currently but h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems  ☐ Lack of Healthy Supports  ☐ Financial Problems  ☐ Housing Issues

☑ Other: temporary ward of DCS

**Estimated Length of Stay:** 25-30 days

**Circumstances that support continued inpatient hospitalization: (Check all that apply)**

☐ Change in diagnosis/ Treatment Plan: _____
☑ Medication adjustment in inpatient setting needed:
☑ Continued use of "PRN" medications to regulate mood, thought or behavior
☑ No less restrictive setting appropriate and/or available at this time
☑ Condition can be more efficiently or more rapidly treated as an inpatient
☑ Significant regression anticipated without continuity of care
☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care
☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation
☑ Danger to Self/ other.
☑ Other: remains on 1:1 for sfaety

**Plan:**

1. Continue haldol 2mg TID for mood instability
2. Coninue cogentin 0.5mg TID for EPS prophylaxis
3. Continue clonidine 0.1m BID for hyperactivity but consider taper
4. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
5. maintain 1:1 observation for safety
6. continue behavioral modification
7. coordinate care with DCS
8. consult Internal Medicine for increasing AST and elevated cholesterol
9. consider restart TCA in 5-10 days once EPS resolves
10. Recommend secure RTC as primary consideration however DDD group have may be an option if consultation/ training occurs with group home staff

| Name/Signature:<br><br>Krzysztof Mlak, M.D. | Date:<br><br>9/12/2018 | Time: /6 ᵒ¹ | Name: Brooke Scianna<br>MR#: 119188<br>UNIT: coyote<br><br>Patient Label |

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000227