# EXHIBIT 2

Addendum Report To Juvenile Court

County

Dated:

Court Case Number:

## I. PRESENT SITUATION:

On 08/22/2018 Brooke Scianna was displaying uncontrollable behaviors within the group home. The group home staff reached out to CFSS who informed that they should contact the local police and emergency department in regards to Brooke's behaviors. Brooke was combative with the officers and EMT's and sustained some facial abrasions while being restrained. Brook was transported to Arrowhead Hospital for observation on 08/22/2018. Arrowhead Hospital admitted Brooke on 08/22/2018 and submitted a referral for Brooke to be placed at Aurora Behavioral Health, as the child's needs are too great for the group home and hospital staff to meet. While at Arrowhead Hospital Brooke continued to have uncontrollable behaviors as she was hitting, biting, and pulling the hair of the staff members. In addition to the these behaviors Brooke was throwing and eating her feces. Brooke was transported and admitted to Aurora Behavioral Health on 08/25/2018

## II. RECOMMENDATIONS:

### A. AGENCY:

It is respectfully recommended that Brooke Scianna remain a ward(s) of the court, committed to the care, custody and control of the Arizona Department of Child Safety.

### B. FINANCIAL:

It is respectfully recommended that beginning (date) Brooke Scianna , the parents listed below be assessed the following amounts on a monthly basis per child as the contribution towards the cost of foster care:

(parent name) Christine Scianna be assessed $ 50.0 monthly for each of the following children: Brooke Scianna

(parent name) ▇▇▇▇▇▇▇▇ be assessed $ 50.00 monthly for each of the following children: Brooke Scianna

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

### C. REASONABLE EFFORTS FINDINGS:

It is respectfully recommended that the Court find that the Agency has made reasonable efforts in this case.

Respectfully Submitted:

Name/Title: Melissa Courtright DCSS  *(signature)*
ARIZONA DEPARTMENT OF CHILD SAFETY
Telephone Number: 602-771-0206
Date: 8/29/18

Approved by: *(signature)*

Name/Title: Nicholas Long DCSPS
ARIZONA DEPARTMENT OF CHILD SAFETY
Date: 8/29/18

Case Name: SCIANNA, CHRISTINE ID: 511175

AZDCS004299