# EXHIBIT 3

08/22/2018 21:11 FAX
8/22/2018

NextStep

Name: Scianna, Brooke
Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/1
Unit: Coyote / #106 / A
Doctor: Mlak, K.

# CRISIS- Crisis Evaluation/Intervention
## Crisis Preparation and Recovery Inc.
1400 E Southern Ave
Suite 735
Phone 480.804.0326

**Name:** SCIANNA, BROOKE A
**Date of Birth:** 7/14/2001

**\* Date of Service**
8/22/2018

## FACILITY INFORMATION

**\* Hospital**
Abrazo Arrowhead Hospital

**: MD / PA / NP**

**\* : Location:**
ER (23)

Reviewed
K. Mlak MD
8/25/2018

**: Electronic Chart Reviewed:**
Yes

**: Telehealth service**
No

## HISTORY OF PRESENTING ILLNESS

\*

Patient is non-verbal and unable to report a chief complaint.

Patient is a 17yo, Caucasian non-verbal autistic female presenting to ER via EMS for c/o violent outburst in her group home. Patient was soft restrained pre-arrival and received Versed in the ER.
CPR intervention requested for assistance with safe discharge plan and resources. Writer met with group home staff, Cheryl Minor, provided purpose of intervention and rights/limitations to confidentiality. They agree to proceed. Staff reports patient is having daily outbursts since being in the group home the past month. Today patient attempted to leave and then attacked staff when they redirected her back into the home. Patient suffered rug burn on her face from being restrained and fighting staff. She is now picking it and has large red abrasions on her face.
Group home calls PD when patient becomes especially violent and patient has been transferred to Banner Thunderbird 3 times this month, most recently 2 days ago- patient was kept over night, in their behavioral holding area, required physical restraints overnight and was d/c in the morning with no medication changes- Patient is on a 2:1 at the group home and becomes 3 or 4:1 when needing to be restrained. Cheryl reports patient will punch staff in the head, punch the two other residents, bangs her head, bites herself and everyone else. Staff is quitting because of patient's behavior. Last week patient ripped a towel hanger off the wall and attempted to attack staff with it. She additionally punched another resident with seizure disorder in the head and induced a seizure.
Group home staff deny patient as seeming depressed, displaying psychotic or manic sx. Patient does not appear suicidal/homicidal, but is a danger to others/self based on her level of violence and impulsivity. Group home deny patient as having any issues with appetite. Sleep is sporadic, sometimes not sleeping at all at night.

08/22/2018 21:12 FAX                                                                                    @0004/0013
8/22/2018                                         NextStep

Per CPR records, patient was off psychiatric medications for a few years and did well on medical marijuana gummies. Patient was removed from mother's custody 6/22/18 and is no longer on medical marijuana. Group home staff does not know when patient last had a medication change, but do not think it was recently. DDD CM put in for a new placement, but that could take up to one year.

Patient attempted to elope from the ER and has received chemical and physical sedation. She hit a RN and pulled her hair prior to restraints. She is also attempting to bite herself and others while in 4-point restraints.

Writer spoke with Care and Dignity group home mgr- Shawnee Huff 602-561-6635, staff on scene Cheryl Minor
Writer left a message for DCS guardian Melissa Courtright 602-771-0206
Writer left a message for DDD CM Elicia Hart- 480-253-1228
Writer left a message for AzCA- Danielle Santoro or psychiatrist Dr. Garber in general voice mailbox- 623-583-2523.

## SOCIAL HISTORY

Patient was removed from her mother's custody 6/22/18 due to mother not being able to appropriately restrain patient and using choke holds. Patient is in the custody of DCS, guardian Melissa Courtright and residing in Care and Dignity Group home 6868 W Pontiac Dr., Glendale 85308. Patient's parents divorced in 2011. Patient has a DDD CM. She had her first day of the school year today at ACES, a special education school. Group home staff reports patient did "fine," but left early because she started her period.

* *Is this patient a veteran?*
No

: *Is the patient service eligible OR enrolled in Arizona?*
N/A

: *If yes, did the patient provide verbal consent to coordinate care with the VA?*
N/A

## PSYCHIATRIC HISTORY

Patient is dx with autism around age 2 or 3 following immunizations (per record), PTSD from the autism (per records), and OCD. Patient has no known suicide attempts, but has violent outbursts making her a danger to self/others. She has hx of breaking grandfather's hip and foot during outbursts. She was off psych medications for a couple years and solely on medical marijuana gummies, which reportedly improved her mood. Patient is no longer on THC, per group home. Patient receives psychiatric services through Arizona's Children Association in Surprise, Dr. Garber, with no next appt yet, per group home. She does not have a high needs CM at this time, but is waiting for one. Patient went inpatient to SLBH 12/2017 and was transferred to ABH 1/2018. She was also at ABH in 3/2018 and 4/2018 for violent behaviors.

* *Has the patient been inpatient in a behavioral health facility in the last 30 days?*
No

Patient has not been to a behavioral health facility, but has been to Banner Thunderbird 3x this month and was kept overnight on 8/20/18.

* *Family History of Mental Illness?*
No

: *If yes, explain*
None known.

## MEDICAL HISTORY

Chronic migraines, autism

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:       Mlak, K.

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000064

http://www5.nextstepme.com/crisis/frameset.asp

**\* : (include both medical and psychiatric medications currently prescribed)**
Clonidine .2mg
Omega 3
Clomipramine
Blisovi Fe
Stool Softener
Vitamin D3

## SUBSTANCE ABUSE HISTORY

**\* Substance Use and Functional Impairment in the past 12 months**
Patient does not have prior hx of substance use or tx other than taking medical marijuana gummies for a few years, presumably until about 6 weeks ago.

**\* Remote History of Problematic Use and Functional Impairment?**
No

**: If yes, explain:**
N/A

**Current Withdrawal Symptoms**
none

**: Indicate any past withdrawal symptoms from the list above. What substances were being used?**
N/A

## LAB RESULTS

\*
Not drawn

## INDIRECT COLLATERAL INFORMATION OBTAINED:

Medical Records:  Writer reviewed available medical records., Hospital Staff:  RN Terri, Dr. Lawrence, CPR Records/Outcomes:  Patient has 8 past CPR evaluations for similar circumstances. Dispositions vary between inpatient and d/c., AHCCCS Verification/Outcome:  LTC, GMH Children's services, MMIC Verification/Outcome:  GMH, Children's services., Cenpatico Verification/Outcome:  Not enrolled, RBHA Coordination of Care Completed with:  Writer left message for AzCA Surprise location., Other:  Writer left messages for DCS guardian, DDD CM, spoke with group home staff (see end of HPI), and staffed with CPR Valerie.

## MENTAL STATUS EXAM

**: Hygiene/Appearance**
Adequate

**: Eye Contact**
Other- See below

**: Behavior**
Combative

**: Motor**
Other- See below

**: Attitude**
Other- See below

**: Mood**
Other- See below

**: Affect**
Blunted



Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:       Mlak, K.

CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                    AURORA(SCIANNA) 000065

: *Thought Processes*
Other- See below

: *Thought Content*
Other- See below

: *Perceptual Distortions*
Other- See below

: *Orientation*
Other- See below

: *Attention- Able to perform the following:*
Other- See below

: *Memory Impairment*
Other- See below

: *Judgment*
Poor

: *Insight*
Poor

: *Speech*
Other- See below

**Mental Status Comments**
Patient is non-verbal, autistic and not responsive to writer. She attempts to run out of ER and requires physical and chemical restraints. She is observed attempting to bite herself and staff.

## RISK ASSESSMENT

: *Was there a suicide attempt involved in the presenting issue(s)?*
None Selected

: *If there was a suicide attempt, was there a self-rescue?*
N/A

: *Current Suicidal Ideation*
Other   Patient unable to respond.

: *History of Suicidal Ideation*
Denies any in lifetime

: *History of Suicide Attempts and Date of Last Occurrence*
Denies any in lifetime   No hx of suicide attempts.

: *History of Self Harming Behaviors and Date of Last Occurrence*
Other   Patient has significant hx of biting herself and head banging

: *Homicidal Ideation and Date of Last Occurance*
Other   Patient unable to respond.

* *Duty to Warn:*
No

: *If duty to warn completed, describe steps taken and persons notified (e.g. victim, police, etc)*
N/A

: *History of Violence and Date of Last Occurrence*
Explain:   Patient has a long hx of behavioral issues, including violence towards others and self.

: *Protective Factors*
Easy access to treatment

Name: Scianna, Brooke
Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:        Mlak, K.

## *INTEGRATED SUMMARY/ RATIONALE FOR DISPOSITION*

COPY PROVIDED SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000066

08/22/2018 21:13 FAX @0007/0013
8/22/2018                                    NextStep

Intervention completed for evaluation of aggressive outbursts and violent behavior. Patient was dx with autism as a toddler. She is non-verbal, has frequent behavioral disturbances, leading to danger to self and others, typically hitting, kicking, biting self and others. Patient's mother was her primary care giver and administering medical marijuana throughout her life until 6/22/18 when patient was removed from the home and placed in a group home. This was likely a huge adjustment for patient and she is now having daily violent outbursts. Today she punched staff in the face and refused to stay in the group home. She has been assaulting the other two residents as well. Group home staff do not feel they can keep patient, staff and other residents safe at this point. Patient is currently in 4-point restraints and chemically restrained. It is unknown when patient's next psychiatric appt is. Group home says guardian has to tell them. It is unknown when patient last had a medication change. It is also unknown when patient will be moved to a more appropriate group home. Writer recommends inpatient psychiatric hospitalization for mood/medication stabilization and safety. RN Terri, Dr. Lawrence, CPR Valerie in agreement with plan. Writer left messages for guardian and DDD CM. Follow up resources provided.
Developed Care Linkages, Discussed Risk and Protective Factors

*Crisis Therapy Interventions*
Writer completed coordination of care with all involved in patient's op care. Writer will notify CPR RBHA liaison to assist with placement and coordination with AzCA during business hours.

## Diagnosis (DSM-V)

| | |
|---|---|
| Diagnosis: | F84.0 - Autism spectrum disorder |
| Specifier: | With accompanying language impairment |
| Effective Date: | 8/22/2018 |
| Type: | Primary |
| Added By: | Marissa Mascorro, LPC |
| Diagnosis: | F43.24 - Adjustment disorder, With disturbance of conduct |
| Specifier: | |
| Effective Date: | 8/22/2018 |
| Type: | Secondary |
| Added By: | Marissa Mascorro, LPC |
| Diagnosis: | F42.2 - Obsessive-compulsive disorder |
| Specifier: | Per hx |
| Effective Date: | 8/22/2018 |
| Type: | Secondary |
| Added By: | Marissa Mascorro, LPC |

## LEVEL OF CARE RECOMMENDATION

Voluntary Inpatient Psychiatric, Other: Guardian will consent to voluntary treatment. DCS CM Melissa Courtright. Group home has authority to consent also- 602-561-6635

## SUPPORTING REASONS FOR IP PSYCHIATRIC OR IP DUAL LOC (IF APPLICABLE)

: *Acute Dangerousness*
High self-harm risk, Mania, irritability, poor impulse control, Aggressive, assaultive, or homicidal behavior

: *Functional Impairment*
None Selected

: *Mental status changes or co-occurring conditions*

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Mlak, K.

SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000067

08/22/2018 21:14 FAX @0009/0013

ED Note-Physician
* Preliminary Report *

SCIANNA, BROOKE - 806775

## * Preliminary Report *

### Psychiatric Problem *ED

Patient: SCIANNA, BROOKE   MRN: 806776   FIN: 303355630
Age: 17 years  Sex: Female   DOB: 07/14/2001
Associated Diagnoses: None
Author: LAWRENCE MD, BRANDON

**History of Present Illness**
  Brooke is a 17-year-old female with severe autism presenting the emergency department with aggressive behavior. She apparently at her care facility is now unable to be cared for there she has been very aggressive with staff and has been performing a lot of self abuse. She has a history of this behavior in the past. She apparently is also the ward of the state after she was removed from her mother's home several months ago..

**Review of Systems**
  Additional review of systems information: Unable to obtain due to: Mentally impaired.

**Health Status**
  Allergies:
    Allergic Reactions (Selected)
      Severity Not Documented
        RisperDAL- No reactions were documented..

**Past Medical/ Family/ Social History**
  Surgical history:
    No active procedure history items have been selected or recorded..
  Family history:
    No family history items have been selected or recorded..
  Social history: Alcohol use: Denies, Tobacco use: Denies, Drug use: Denies.
  Problem list: Per nurse's notes.

**Physical Examination**

  Vital Signs
  Oxygen saturation.
    General: Alert, no acute distress.
    Skin: Warm, intact, Bruising of various stages of healing throughout body.
    Head: Abrasions bilateral forehead.
    Neck: Supple, no JVD.
    Eye: Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
    Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion.
    Respiratory: Lungs are clear to auscultation, respirations are non-labored.
    Gastrointestinal: Soft, Nontender, Non distended.
    Musculoskeletal: Normal ROM, normal strength, no tenderness.
    Neurological: No focal neurological deficit observed.
    Lymphatics: No lymphadenopathy.
    Psychiatric: Cooperative.

**Signature Line**

LAWRENCE MD, BRANDON

Printed by:  Mascorro, Marissa
Printed on:  08/22/2018 21:04 MST

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:  Mlak, K.

ge 1 of 2
ntinued)

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000068