# EXHIBIT 9

# Andrew Clark, M.D.

Telephone: 801-960-2138
Fax: 617-830-7281
Email: Andrewclark@andrewclarkmd.com

Board Certified, Adult, Child and Forensic Psychiatry
*American Board of Psychiatry and Neurology*

10 Concord Ave
Cambridge, MA 02138

## Curriculum Vitae
## October 25, 2023

*Experienced forensic psychiatrist, currently in full time private practice in Cambridge, MA. Board certified in Psychiatry, Child and Adolescent Psychiatry, and Forensic Psychiatry.*

## Academic Training:

| | | |
|---|---|---|
| 6/1981 B.S. | | Carleton College, Northfield, MN; Magna Cum Laude, Biology |
| 6/1982 C.T.S. | | Pacific School of Religion (Graduate Theological Union), Berkeley, CA; Certificate of Theological Studies |
| 6/1986 M. D. | | University of Michigan Medical School, Ann Arbor, MI |

## Post-Graduate Training:

| | |
|---|---|
| 7/1986 - 5/1987 | Resident in Family Practice, San Francisco General Hospital, San Francisco, CA |
| 7/1987 - 6/1990 | Resident in Pediatrics, Boston City Hospital, Boston, MA |
| 7/1991 - 6/ 1994 | Resident in Psychiatry, Massachusetts General Hospital, Boston, MA |
| 7/1994 - 6/1996 | Resident in Child and Adolescent Psychiatry, Massachusetts General Hospital, Boston, MA |
| 9/2012 - 6/2013 | Fellow, Infant Parent Mental Health Post-Graduate Certificate, University of Massachusetts, Boston, MA |

## Board Certifications:

| | |
|---|---|
| 10/1995 | Board Certified in Psychiatry, American Board of Psychiatry and Neurology, #41372 |
| 10/1996 | Board Certified in Child and Adolescent Psychiatry, American Board of Psychiatry and Neurology, #4170 |

| | |
|---|---|
| 4/2016 | Subspecialty certification in Forensic Psychiatry, American Board of Psychiatry and Neurology, #732 |
| 1/1990 - 11/1997 | Board Certified in Pediatrics, American Board of Medical Specialties, #44179 (now lapsed) |

**Academic Appointments:**

| | |
|---|---|
| 7/1996 - 6/2016 | Instructor in Psychiatry, Part-time, Harvard Medical School, Cambridge, MA |
| 7/1996 - 6/2016 | Clinical Associate in Psychiatry, Massachusetts General Hospital, Boston, MA |
| 9/11/2017 – present | Assistant Professor of Psychiatry, Boston University School of Medicine |

**Forensic Experience:**

| | |
|---|---|
| 10/1995-4/2001 | Member, Department of Mental Health Child and Adolescent Forensic Consultation Team. |
| 7/1996-6/1998 | Staff Psychiatrist, Boston Juvenile Court Clinic, Boston, MA |
| 9/1998-4/2003 | Consulting Psychiatrist, Norfolk County Juvenile Court Clinic, Dedham, MA |
| 7/1996-5/2005 | Staff Psychiatrist, Children and the Law Program, Massachusetts General Hospital, |
| 5/2005-9/2012 | Medical Director, Children and the Law Program, Massachusetts General Hospital, Boston, MA Boston, MA |

Have been retained as an expert in psychiatry or child psychiatry in over 75 civil cases, for both plaintiffs and defense.

Have been retained as an expert in psychiatry or child psychiatry in over 75 criminal cases.

Have served as court appointed Guardian ad litem in over 100 cases of contested custody.

Have been retained multiple times by defense counsel in the mitigation phase of capital trials.

2

**Hospital Appointments or Other Employment:**

| | |
|---|---|
| 7/1994-11/2010 | Director of Psychiatric Services, South Bay House of Correction, Boston, MA |
| 7/1996-12/2015 | Private Practice of Child, Adult and Forensic Psychiatry, Cambridge, MA |
| 5/2007-5/2009 | Trainer (for incoming social workers), Department of Children and Families (DCF), Family Mental Health, Boston, MA |
| 9/2008-8/2014 | Case reviewer, Massachusetts Board of Registration in Medicine, Wakefield, MA |
| 5/2012-4/2016 | Medical Director, Children's Charter Trauma Clinic, Waltham, MA |
| 9/11/2017- 5/2022 | Director of Medical Student Education, Department of Psychiatry, Boston University School of Medicine. |
| 9/11/17 -3/1/2020 | Attending psychiatrist, Boston Medical Center |
| 6/01/2018- 3/1/2020 | Chief of Outpatient Psychiatry, Boston Medical Center |

**Honors:**

| | |
|---|---|
| 6/1981 | Magna Cum Laude, Carleton College, Northfield, MN |
| 61981 | Phi Beta Kappa, Carleton College, Northfield, MN |
| 6/1989 | Outstanding Teacher Award, Department of Pediatrics, Boston City Hospital, Boston, MA |
| 6/1990 | Neighborhood Health Center Outstanding Clinician Award, Department of Pediatrics, Boston City Hospital, Boston, MA |
| 9/1992 | Charter Leadership Fellow, American Academy of Child and Adolescent Psychiatry |
| 9/1995 | Resident Fellow, American Psychoanalytic Association |
| 5/1996 | Works in Progress Award, New England Council of Child and Adolescent Psychiatry, "Fathers in Jail" (unpublished paper) |

**Licensure and Certification:**

| | |
|---|---|
| 2/1990 | Massachusetts Medical License #72153 |
| 5/2016 - 2019 | California Medical License #G142926 |
| 10/1995- 5/2002 | Designated Forensic Psychiatrist, Massachusetts Department of Mental Health, Boston, MA |

**Teaching Experience and Responsibilities:**

| | |
|---|---|
| 2005-2015 | Taught an 8-week seminar series, Introduction to Forensic Child Psychiatry, to incoming child psychiatry fellows at the Massachusetts General Hospital, Boston, MA |
| 1996-2014 | Taught in the Forensic Psychology Seminar series offered through the |

3

| | |
|---|---|
| | Law and Psychiatry Service at Massachusetts General Hospital, Boston, MA |
| 2018-2022 | Director, Human Behavior in Medicine course for first year students, Boston University School of Medicine |
| 2019-2022 | Co-director, Drx Psychiatry course for second year students, Boston University School of Medicine |
| 2017-2022 | Director of the Psychiatry Clerkship, Boston University School of Medicine. |
| 2017 – present | Co-teach a seminar on Forensic Psychology and Psychiatry to psychology interns in the Center for Multicultural Training in Psychology, Boston University. |

## Major Mentoring Activities:

| | |
|---|---|
| 7/1996- 6/2012 | Supervision of two post-doctoral psychology fellows each year through the Children and the Law Program's fellowship in child forensic psychology at Massachusetts General Hospital, Boston, MA |
| 7/1996- 12/2015 | Supervision of two child psychiatry fellows in long-term psychotherapy through the Massachusetts General Hospital/Harvard Medical School training program in Child Psychiatry, Boston, MA |
| 9/2017 – 5/2022 | Long term supervision of a psychiatry resident at Boston Medical Center. |

## Other Professional Activities:

### Professional Societies: Memberships, Offices, and Committee Assignments:

| | |
|---|---|
| 1996 | Member, American Academy of Child and Adolescent Psychiatry |
| 2000 | Member, American Academy of Psychiatry and the Law |
| 2000 | Member, Massachusetts Medical Society |
| 2004 | Member, Association of Family and Conciliation Courts |
| 2009 | Member, Massachusetts Association of Guardian ad litems |

## Conference Presentations

### Regional/Local:

| | |
|---|---|
| 1998 | "Special Problems in Rogers and Commitment Cases", Flaschner Judicial Institute, Mental Health Legal Advisors Committee, Boston, MA |
| 1999 | "Girls and Violence: Trauma and Delinquency", Department of Social Services Training, Northampton, MA |
| 2000 | "Forensic Issues in Child and Adolescent Psychopharmacology", |

| | |
|---|---|
| | Massachusetts General Hospital Continuing Education Course, Boston, MA |
| 2000 | "Overview of Psychopharmacology", Massachusetts Trial Court, Probation Training Seminar, Westborough, MA |
| 2001 | "The Role of the Psychiatrist in Dangerousness Evaluations of Juveniles", Suffolk University Juvenile Justice Conference, Boston, MA |
| 2002 | "Forensic Issues in Pediatric and Adolescent Psychopharmacology", Massachusetts General Hospital Psychopharmacology Seminar Series, Boston, MA |
| 2002 | "Child Abuse and Neglect: Dealing with the System", Bunker Hill Health Center, Massachusetts General Hospital, Charleston, MA |
| 2002 | "Child Diagnoses and the Labels We Use", Flaschner Judicial Institute, Children's Justice Act Workshop, Boston, MA |
| 2002 | "Understanding Needs and Accessing Services for Children with Mental Health Needs", Suffolk University Law School/Boston University School of Law, Boston, MA |
| 2003 | "Recent Developments in Psychopharmacology", Mental Health Legal Advisers Committee Training Conference for Probate Court Judges, Worcester, MA |
| 2005 | "Custodial Issues with Impaired Parents", MCLE Annual Family Law Conference, Wellesley, MA |
| 2006 | "Effective Therapies for Behaviorally Disturbed Children", Mental Health Legal Advisors Committee Conference, Boston, MA |
| March 20, 2009 | "Implications of Domestic Violence and other Traumatic Stressful Events on Young Children", Massachusetts General Hospital Academy Child and Adolescent Psychiatry CME Course, Boston, MA |
| May 10, 2010 | Faculty Member, Guardian ad Litem Training Program, Probate and Family Court Department, Boston, MA |
| June 10, 2011 | "Bullying and Harassment: From the Schoolyard to the Internet", Mental Health Legal Advisors Committee Seminar, Boston, MA |
| September 21, 2011 | "Removal: Are We There Yet?", Massachusetts Bar Association Continuing Legal Education Seminar, Boston, MA |
| October 1, 2010 | "The Myth of Neutrality: Recognizing Bias in GAL Evaluations", Panel Discussant, Massachusetts Association of Guardians ad litem, Wellesley, MA |
| January 27, 2012 | "Managing Ethical and Legal Dilemmas in School Mental Health", School Mental Health Conference, Harvard Medical School Department of Continuing Education, Cambridge, MA |
| November 7, 2014 | "High Conflict Behavior in Family Law Cases", Panel Discussant, Massachusetts Association of Guardians ad litem, Wellesley, MA |
| March 12, 2020 | "The Psychiatrist's Role in Capital Punishment Cases". Grand Rounds, Department of Psychiatry, Boston Medical Center, Boston, MA |

**National:**
November 29, 2012    "Psychopharmacology of Preschoolers and Toddlers", National Training Institute, Zero to Three, Los Angeles, CA

## Bibliography:

ORIGINAL PEER REVIEWED ARTICLES:

**Clark, A**: Is Juvenile Solitary Confinement a Form of Child Abuse? J Am Acad Psych Law. 45 (350-57) 2017.

**Clark, A**: Psychiatric Diagnoses and Informed Consent. The Journal of Clinical Ethics 29 (No 2) Summer 2018. 93-99.

EDITORIAL AND CRITICAL REVIEWS:

**Clark, A**, Herman J, Schlozman, S, Beresin, E:  False Accusations Against Residents: A Training Program's Perspective. Academic Psychiatry 2011; 35: 215-216

**Clark, A**: In Her Wake: A Child Psychiatrist Explores the Mystery of Her Mother's Suicide. Family Court Review, 49: 4: 860-861, Oct 2011.

TEXTBOOK CHAPTERS:

**Clark, A.**, Jellinek, M. Posttraumatic stress disorder in adolescents. In Comprehensive Adolescent Health Care, 2nd Edition, St. Louis: Mosby, 1998.

**Clark, A**, Jellinek, M: Posttraumatic Stress Disorder. In Saunders Manual Of Pediatric Practice, Philadelphia, Saunders, 1998.

**Clark, A**. (2014). Parenting through the digital revolution. In F. Saleh, A. Grudzinkas & A. Judge (Eds.) Adolescent sexual behavior in the digital age. (pp 247-261). Oxford University Press

6