Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**Mills + Woods Law pllc**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**Gillespie, Shields & Taylor**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>                     Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>                     Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(Hon. Diana J. Humetewa) |

Pursuant to LRCiv 7.2(e)(1), Plaintiffs submit this unopposed motion requesting the Court to waive the 17-page limit for the filing of a motion. Rule 7.2(e)(1) authorizes this waiver of the formal requirement if "otherwise permitted by the Court." Plaintiffs request permission to file a 21-page Motion for Partial Summary Judgment.

This request is warranted given the claims involved, the complexity of the legal issues involved, and the significance of the issues addressed. One of the legal issues involved is the

meaning of statutory definitions found in A.R.S. § 8-531. In this Court's Order dated 20 May 2022 [Doc. 74], the Court observed that the "fact-intensive nature" and "lingering legal questions" in resolving the parties' competing statutory interpretations "is better suited for a motion for summary judgment." [Doc. 75 at 7:4-5.] To adequately present the facts and analyze the legal issues, it is necessary for Plaintiffs to exceed the presumptive page limit. Pursuant to LRCiv 7.2(e)(1), Plaintiffs request the Court waive the 17-page limit and grant them leave to file a 21-page motion in the form filed contemporaneously hereto.

Plaintiffs conferred with Defendants on this request and none of them have an objection; thus, this motion is unopposed.

RESPECTFULLY SUBMITTED this 12th day of July 2024.

**MILLS + WOODS LAW PLLC**

By    */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 12, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

    */s/ Thomas A. Connelly*