**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christine Scianna, *et al.*, <br>　　　　　Plaintiffs, <br>　　v. <br><br>State of Arizona, *et al.*, <br>　　　　　Defendants. | Case No.: 2:21-cv-01444-DJH <br><br>**[PROPOSED] ORDER** <br><br>(Hon. Diana J. Humetewa) |

　　　The Court, having received Plaintiffs' Unopposed Motion to Exceed Page Limit for Plaintiffs' Motion for Partial Summary Judgment, and good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the motion and directing the Clerk to accept and file Plaintiffs' Motion for Partial Summary Judgment in the form filed on 12 July 2024 at [Doc. 154].

　　　DATED this _____ day of July 2024.