# EXHIBIT 2

CT01200 (5/18)

# REPORT TO THE JUVENILE COURT
## FOR
## PRELIMINARY PROTECTIVE HEARING
## AND/OR
## INITIAL DEPENDENCY HEARING

Court Case Number    JD36034              Date of Report    6/28/18

Case Name        SCIANNA, CHRISTINE          ID

A. Name and Date of Birth for Each Child Subject to This Court Case Number:

   3218497 SCIANNA, BROOKE        DOB

B. Child or Children Subject to This Report If Different From Above:

   Not applicable

C. Family Composition:

   Christine Scianna and John Scianna are the parents to Brooke Scianna.

I. **REASON FOR DCS INVOLVEMENT**

   A. Description of the dangerous condition(s) currently occurring within the family that require Department involvement (include evidence of abuse or neglect); including how the parent, guardian or custodian's behaviors cause the child to be unsafe and, if applicable, why the child(ren) was removed from the parent, guardian or custodian's custody

   On or around 4/20/18 the Department of Child Safety Hotline received a report that stated a Terros crisis team was called out to ACCEL school because Brooke was exhibiting severe self-harming behaviors. She was biting herself, slamming herself into things, and scratching herself, causing multiple bruises and lacerations to herself. Mother stated that she had "almost" called crisis the night prior due to behaviors in her presence. A higher level of care was recommended to Mother. Mother agreed that she would take the child to a hospital after school. Brooke had calmed down and she was transported home on the school bus. Terros Crisis was called to the school again the next day due to the same behaviors. Grandmother was contacted and told the principal that Mother had decided not to take Brooke in the night before because she did not feel well and did not want to sit in the lobby and wait.

   Because of Brooke's excessive amount of self-inflicted injuries the Fire Department was called to the school on 4/20/18 and they transported Brooke to Banner Thunderbird. Father showed up to the hospital. Mother stated that

AZDCS004243

Page 2    Preliminary Protective/ Initial Dependency Hearing

she could not come and Father could handle it. After Brooke gets medical clearance, the plan is to transfer her to Aurora.

Brooke also has history of being aggressive toward others and was aggressive toward school staff when they tried to intervene today. Brooke was last hospitalized at the beginning of March and there was "no change" when she returned to school. Her behaviors have been increasing since the last week of March 2018. The principal also indicated that Mother did not follow through with medications as prescribed for Brooke as perceived from communication from Mother to the school nurse. Mother told the nurse that she gave Brooke Magnesium which seemed to help and indicated to not give her valium. There is also concern that Mother and Father are following different medication regimens in Mother's versus Father's home.

On or around 6/11/18 the Department of Child Safety Hotline received another report that stated Brooke was very aggravated. Brooke was going towards mother and the boyfriend when they put their hands on her. Mother and the boyfriend each put a hand on the front of Brookes neck and pushed her against the wall. Mother and the boyfriend held Brooke against the wall by her neck for a few minutes. It is unknown if Brooke had any difficulty breathing. Later the boyfriend was seen stopping himself from hitting Brooke several times. The boyfriend would start to swing and stop instantly. At one point Brooke stepped on mothers toe and mother went inside bawling. Brooke was left outside wandering out in the street for about 10 minutes before she went back into the yard. Brooke had become upset over a safety vest she is supposed to wear on the ride to school.

Throughout the course of the investigation Mother was not cooperative with the Department. In the beginning of the investigation the Department had to rely mainly on collateral contacts for information. Mother would not answer questions and gave the CM false information to contact Father. When the investigator spoke with the collateral sources on this case there was an increasing amount of concern in regards to the child. There were concerns about the child's medications, cleanliness of her home environment, stable routine and medications. Concerns were shared of Mother not understanding her child's condition or possibly being in denial as well as Mother being hard to reach, exhausted and injured. Most collateral contacts described Father as having health issues, non-communitive, not involved in the child's life.

Communications through the school indicated that Mother changed the child's medications 6 times within a 45 day span which alarmed the school nursing staff. Father and Mother were sending the child to school drowsy and unsure of which medication she had taken and at what times. Mother reported that she noticed the same behaviors at home that were occurring at school.

Page 3  Preliminary Protective/ Initial Dependency Hearing

On 6/18/18 the Department held a family meeting in the Peoria office to discuss the future action of the case. Mother, her SO- Daniel Quigley, Father, his SO- Shannon Jones, the child's DDD and behavioral health providers were in attendance. It was determined at this meeting that a higher level of care was needed to ensure the child's safety and the safety of the others around her. Mother was not in agreement. It was discussed with Mother that there were not enough services and providers were too unreliable to depend upon. Mother was not happy with the outcome but agreed that she would find a DDD group home within 2 weeks or the Department would take further action.

On 6/21/18 a family meeting was held with providers, parents and DCS at Embrace Life group home. The team met to discuss the transition and transportation of the child Brooke Scianna into a group home. Mother's demeanor and attitude was unpleasant, resistant and aggressive towards the idea. Mother states that she was only even looking at the home and present today because she was forced to. DDD informed Mother that this was the only home available to take the child. This CM spoke with Mother about how the Department's level of concerns about Brooke in her home have risen due to new information about other children in the home and Mother's continued uncooperative behaviors. CM explained how the Department will be taking custody but would like to facilitate an easy transition to the group home for the child's sake. CM expressed concerns that Mother's behaviors are escalating and could be impacting the child. Daniel then became verbally aggressive towards Father and CM. Daniel told this CM to call police if she did not like it. Mother was supportive of Daniel's aggressive behaviors. CM was able to get Daniel to remove himself from the meeting due to his aggressive nature and disruptive behavior that was taking away from the progression of the meeting. It was agreed upon that Mother would bring the child to the group home to have dinner and introduce her to staff and show her room so the child would feel more comfortable to stay at the facility the next day.

On 6/22/18 Mother did not show up for the transition dinner with the child the night before and told her Family Support Partner that she would not release the child to DCS. CM went the family home with the group home staff and Surprise police to pick up the child. Mother refused to allow the child to leave and argued with officers through the door for around 2 hours. Officers contacted Mother's attorney and she agreed to release the child if a crisis team was called. Police called a crisis team and they arrived and went in the home. The crisis team came out and stated that Mother was getting the child's belongings together. Crisis also noted that Mother did not seem sure as to what medication the child took or which medication was the correct one to send and she had to ask for help which they found concerning. Crisis came out of the home with one small plastic bag and said Mother refused to give the child anything but one change of clothes as she said she "not trying to cooperate with DCS." The child walked out of the home without issue, entered the group home van and left.

AZDCS004245

Page 4   Preliminary Protective/ Initial Dependency Hearing

B. **Parent/guardian/custodian's verbal or written response to the allegations**

Mother, Christine Scianna

Mother was very uncooperative with the investigation process. Mother attended the Family Meeting at the Peoria Office on 6/18/18 where she stated that she had tried many different medications with Brooke. Brooke has episodes that go on for hours at a time. Christine stated that Brooke caused injuries to her; she dislocated her jaw, broke her toe, scratched her and has bitten her. Mother stated that sometimes she just hides in the bathroom from Brooke when she is having episodes. She stated that when Brooke becomes upset, she gets violent. She stated that crisis is there all the time. She stated that crisis there a lot due to Brook's violent behavior. She stated that she has had 3 hospitalizations recently.

Christine said that she has tried everything. She said that communication with the father, the school and the rest of the team is an issue. She stated that she and the father try to work together. She stated that they seem to work better together when Brooke is in the hospital. She stated she got a medical marijuana card and gave her medical marijuana, which worked for a while. She stated that she ran into problems as the father was in disagreement. She stated that the police also became involved and the police officer told her that if she sent the medical marijuana to the father to give to Brooke when she was at his house, she could be arrested for distribution. The father couldn't get a card as he had a disqualification that prevented him from getting a card. She stated that it also came to the fact that she could no longer afford the marijuana as it is not covered under insurance and could not afford a medical marijuana card. She stated that there were issues with getting child support which also made it difficult to afford the marijuana. She stated that is why they went back to psychiatric medication for Brooke. She stated that Brooke also became tolerant of the marijuana and it was not working as well anymore. Christine stated that there was an incident where one of the caregivers couldn't get into house. The police were called because Brooke had a meltdown. She stated that she was called and had to come home and let them in the house. The next day Brooke had an escalation about the dog. Christine stated that she was worried that Brooke was hurting or would hurt the dog, so she put the dog in the bathroom which triggered Brooke and Brooke attacked her. She called one of the agencies that works with Brooke, the Stars group and they told her to call 911. Brooke locked her out of the house. Brooke was then taken to the hospital.

Christine stated that Brooke has had problems at school. They did not know what was escalating her at school. She stated that she responds to the calls

AZDCS004246

Page 5    Preliminary Protective/ Initial Dependency Hearing

from the school about Brooke as best as she can, but it is difficult when she is a teacher herself. She stated that it is not easy for her to get away from her classroom. She stated that she often has to leave work to go get Brooke. She stated that sometimes they are in the middle of science experiments and she cannot abruptly leave or receive phone calls. She stated that one time the principal had to come and get her about an emergency with Brooke. She stated that she has used up all of her paid time off from handling things with Brooke. She stated that if she takes off of work, it is unpaid. She stated that there was an issue one when she was downtown for the teacher walk out. She stated that sometimes she has to attend CFT's by phone during her lunch and she only has 30-40 minutes. She also uses her prep time to take care of things with Brooke. Christine stated that she answers all of the calls and emails and she works with the school on ideas with handling Brooke.

Father, John Scianna

Father states that "whatever medications" are given to him is what he gives the child when she visits him. He gives exactly what it says to do on the bottle. He says that often Mother drops the child off and has "forgotten" to pack her medications. He states that whatever Mother sends for her is what he gives her. He states that Mother had kept the child from him for about 4 months by switching weekends and changing things around. Father says he received a message from Mother saying that she was taking the child off her medical marijuana and that was when the child began having behaviors. He states that for a while Mother was not even giving her any medications. He was not sure what she was taking. Father states that he knows that detaining Brook can be difficult. He states that he does not think that holding Brooke by the neck is appropriate. He states that he has never seen any kind of behavior like this but he avoids Mother at all costs and they do not communicate at all. He states that leaving Brooke out in the front yard for ten minutes is "not ok". He says that Mother told him that Brooke damaged the neighbors car which means that is was done when Brooke was left outside alone. He says that Mother only gave him half the story. He says that he has only met Mother's SO twice and they do not really like each other. Father states that he and SO had issues over his adult daughter who was residing with him did not like SO.

Father attended the family meeting at the Peoria office on 6/18/18 and stated that Brooke needs to be on a medication that will work. He stated that nothing is going to fix it. He stated that they have to take her to the doctor every time they even have to up her medication by one milligram. It is hard to get her to the doctor all the time. He stated that it is hard to get Brooke to go to and sit in the doctor's office because she doesn't like to wait. Father stated that Brooke is not on the medical marijuana anymore. Brooke became tolerant to it and it no longer worked. He does not know what goes on at her mother's house. He

AZDCS004247

Page 6   Preliminary Protective/ Initial Dependency Hearing

does not know what the triggers are over there. He knows that Brooke flips out over anything. The father is concerned about her self-harming injuries.

C. **Family history of involvement with the Department or other child welfare agencies**

Prior History
9/29/15 Unsubstantiated
The mother leaves ▮▮▮ at home to watch Brooke who is autistic and combative. The mother leaves ▮▮▮ alone with Brooke during the week average of two days per week and for about 2-3 hours at a time. The mother leaves ▮▮▮ with Brooke on weekends from 4-6 hours. ▮▮▮ has gotten bruises in the past from Brooke being combative. ▮▮▮ is hit by Brooke on average of once a week due to her condition. The last bruise ▮▮▮ got was on her right leg but no details given as to color or size.

▮▮▮ appears clean, healthy and appropriately dressed; it is unknown what Brooke's current condition. ▮▮▮ does not have any mental health or medical conditions. Brooke is autistic and only takes birth control pills to control her periods because she can't deal with them in her condition. Brooke has anger issues and is non-verbal. The mother does not have any diagnosis however she is believed to be bi-polar. The mother drinks and when she drinks she is very angry.

On Saturday night ▮▮▮ arrived home from hanging out with friends at about 10:07 PM and mother came to the door with see through lingerie and you could see that she was totally naked. The mother was there with her boyfriend and told ▮▮▮ to go to her room and not come out because they were going to be having sex down stairs. As ▮▮▮ was going up the stairs she could see all of mother's sex toy's (Dill doo's and Vibrator's) laying around. ▮▮▮ got very upset and called her dad and told him she was going to pack her bags and go stay at her friend's house as ▮▮▮ friends mother was going to come pick her up. The father told ▮▮▮ "No" that he would come pick her up instead. ▮▮▮ told dad she did not want father to come over because she thought father would get into fight with mother's boyfriend. The father talked ▮▮▮ into just going to bed.

On Sunday ▮▮▮ still wanted to be picked up so father came and picked her up. The mother sent text to father and ▮▮▮ stating "good that ▮▮▮ had left and mother stated she was going to change the locks and will be moving out of state".

Today, 09/29/2015 father got a call that police were called due to father having ▮▮▮ outside of the court order visitation dates. The father is concerned that ▮▮▮ will be forced to go back to mother's house and mother

AZDCS004248

Page 7   Preliminary Protective/ Initial Dependency Hearing

will retaliate against ▮▮▮. The father was accused of kidnapping ▮▮▮ from mother's house.

7/19/2016  Unsubstantiated

Mother sent an email that she continues to be attacked for a thirty minute period by Brooke. Mother stated that Brooke has ripped Mother's hair out. This seems to be an on-going issue. Mother will report being attacked by Brooke about two times a week. Mother wrote that she had locked herself in the bathroom, details unknown. It is unknown if SO other was in the home with the children. It has been stated that SO has had to "restrain" Brooke before. Mother appears to be a target for Brooke. Mother is working with direct service workers in the home for about twenty-five hours a week, but it does not seem to be enough. There is a concern that the other children in the home could be affected by Brooke's behavior.

About a week or two ago, Brooke was hospitalized at Phoenix Children's Hospital. Mother was visiting Brooke, and Mother was attacked to the point where her jaw may have been dislocated.

In February 2016 and March 2016, Brooke was seen expressing self-harming behavior. Brooke would smash her head and bang her head against the wall.

==Brooke is highly aggressive, has low functioning autism/spectrum disorder, and unspecified communication disorder. Brooke's level of verbal communication is very low.== Brooke takes Metformin, Clonopin, Seroquel, and Valium. Brooke has been in and out of St. Luke's behavioral health hospital. It has been difficult stabilizing Brooke's medication. Brooke receives DDD services, and her worker is Richard Finpery. Mother appears to be participating in services, but she is still unable to manage Brooke's behaviors with the services she has in place.

6/1/2017  Unsubstantiated

Visitation was recently restored and Brooke spent her first weekend with father in several months on 07/28/17 through 7/30/17. Brooke is autistic, non-verbal and has extreme behaviors including being very aggressive. After Brooke's first visit with father in many months, her behaviors were exacerbated. When Brooke came home on Monday evening, she was being very aggressive. She would not settle down and would not go to sleep, she was up until after 2 a.m. Brooke would not leave mother's room and spent the night pacing in mother's room and screaming.

Mother went to work on 08/01/17, and Brooke was left with her two caregivers from the STARS program, both of them were concerned by the level of aggression Brooke was exhibiting. There are concerns that Brooke is

Page 15 — Preliminary Protective/ Initial Dependency Hearing

designed to prevent the breakup of the Indian family and that these efforts have proved unsuccessful.

If the child is an Indian child, it is further respectfully recommended that the court find that the continued custody of the child by the parent or Indian custodian is likely to result in serious emotional or physical damage to the child.

It is further respectfully recommended that the court approve the proposed case plan.

Respectfully submitted:

Name/Title   Tina Canale/ Investigations
ARIZONA DEPARTMENT OF CHILD SAFETY
Telephone Number:   602-397-7592
Date:   6/28/18

Approved by:

Name/Title   Christi Johnson
ARIZONA DEPARTMENT OF CHILD SAFETY
Telephone Number:   602-771-0213
Date:   6/28/18

Case Name:   SCIANNA, CHRISTINE           ID:   511175

AZDCS004257