# EXHIBIT 6

**Banner Health**  
BANNER THUNDERBIRD MEDICAL CENTER  
5555 W. Thunderbird Road  
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE ANGELINA  
**DOB:** 7/14/2001  **Sex:** Female  **Age:** 20 years  
**MR#:** 655128  
**Patient Location:** 22 LLC; C064; 01  
**Attending Physician:** STEVENS MD,JENNIFER MARIE

## DISCHARGE SUMMARY

behavior, she was brought to the emergency department on 04/20.  At that point, imaging was obtained, which showed no fractures.  Labs were obtained also, which revealed a slightly elevated white blood cell count of 13.4 and a mildly elevated CK at 305.  An abdominal CT showed moderate constipation and normal appendix.  At this point, she was medically cleared from the ER and transferred to behavioral health unit awaiting placement at an inpatient psychiatric facility.  During this time, she has required 4 to 5-point restraints and developed significant rhabdomyolysis with a CK level at 6,666 with a normal creatinine on labs.  At this point, she was admitted to the pediatric floor for further care.

Of note, the patient initially was presenting with behaviors concerning for seizures.  At this point, Dr. Zach with pediatric neurology was consulted who recommended an MRI of the brain, which showed mild sinus disease, but was otherwise negative.  An EEG was also obtained, which was normal and seizures were ruled out and she was cleared by neurology.

HOSPITAL COURSE:  
On the pediatric floor, she was continued on 1-1/2 maintenance IV fluids and serum creatinine kinase was monitored.  She was continued on her home medications of clonidine, _____ and Zyprexa.  She did require 4-point hard restraints for the first half of her hospitalization due to aggression and biting staff members.  As of the day of discharge, the patient's CK had trended down to normal levels and her behavior had significantly improved and she has been out of restraints for over 2/2 days.  P.o. intake had improved and vital signs had all remained stable.

She was evaluated by behavioral health and recommended for inpatient psychiatric care.

DISCHARGE CONDITION:  
Stable.

COMPLICATIONS:  
None.

CONSULTS:  
Behavioral health.

DISCHARGE INSTRUCTIONS:  
MEDICATIONS:  
1.  Clonidine 0.1 mg p.o. at bedtime.  
2.  _____ 25 mg p.o. at bedtime.  
3.  Zyprexa 10 mg daily.

FOLLOWUP APPOINTMENTS:  
PCP is Robert Secaur, MD.  She is to follow up on an as-needed basis.



EXHIBIT 22  
MLAK  
6-8-23

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote  
**Printed:**  3/23/2022 06:37 MST                Page 3 of 746              Report Request ID:  699401343

BS-BANNER 000850