# EXHIBIT 7

**Abrazo Arrowhead Campus**
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | Admission Date: | 8/22/2018 |
| Account #: | 303355630 | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | / 20 years / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

*Emergency/Urgent Care*

Document Type: ED Note-Physician
Document Subject: Psychiatric Problem *ED
Document Date/Time: 8/22/2018 16:54 MST
Document Status: Auth (Verified)
Performed By: LAWRENCE MD,BRANDON (8/22/2018 16:59 MST)
Authenticated By: LAWRENCE MD,BRANDON (8/22/2018 21:25 MST);
LAWRENCE MD,BRANDON (8/22/2018 21:25 MST)

**Psychiatric Problem *ED**

Patient: SCIANNA, BROOKE    MRN: 806775    FIN: 303355630
Age: 17 years    Sex: Female    DOB:
Associated Diagnoses: Agitation
Author: LAWRENCE MD, BRANDON

**History of Present Illness**
Brooke is a 17-year-old female with severe autism presenting the emergency department with aggressive behavior. She apparently at her care facility is now unable to be cared for there she has been very aggressive with staff and has been performing a lot of self abuse. She has a history of this behavior in the past. She apparently is also the ward of the state after she was removed from her mother's home several months ago.,

**Review of Systems**
Additional review of systems information: Unable to obtain due to: Mentally Impaired.

**Health Status**
Allergies:
  Allergic Reactions (Selected)
    Severity Not Documented
      RisperDAL- No reactions were documented..

**Past Medical/ Family/ Social History**
Surgical history:
  No active procedure history items have been selected or recorded..
Family history:
  No family history items have been selected or recorded..
Social history: Alcohol use: Denies, Tobacco use: Denies, Drug use: Denies,
Problem list: Per nurse's notes,

**Physical Examination**

Vital Signs
Oxygen saturation,
  General: Alert, no acute distress.
  Skin: Warm, intact, Bruising of various stages of healing throughout body.
  Head: Abrasions bilateral forehead.
  Neck: Supple, no JVD,
  Eye: Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
  Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion.
  Respiratory: Lungs are clear to auscultation, respirations are non-labored,
  Gastrointestinal: Soft, Nontender, Non distended.
  Musculoskeletal: Normal ROM, normal strength, no tenderness.
  Neurological: No focal neurological deficit observed.
  Lymphatics: No lymphadenopathy.

Report Request ID: 417009127          Page 90 of 198          Printed: 5/12/2022 18:45 CDT

AAC-SDT-000105