# EXHIBIT 8

| Complaint - Kattia Luevano | Page 1 of 1 |
|---|---|

Name: Scianna, Brooke
Adnum: 1812448  DOB: ▓▓▓▓  Age: 17
MedRec#: 0119188  Sex: F  DOA:
Unit:
Doctor:      N/A

## Complaint

**Christine Webster** <▓▓▓▓▓▓▓▓▓▓.com>

Fri 9/21/2018 11:29 AM

To: Kattia Luevano <▓▓▓▓▓▓▓▓▓▓.com>;

Cc: Anne Ronan <▓▓▓▓▓▓.org>; DeeAn Gillespie <▓▓▓▓▓▓.com>; Stacy Hayes <▓▓▓▓▓▓.com>; susan@arizonasunrays.com <▓▓▓▓▓▓▓▓>;

I'm going to file a complaint. I'd like the name of the director of Aurora. ==The doctor is completely ignoring me and refuses to take her off the Haldol. Her one on one told me she's not the same Brooke and that she's voiced her opinion and has been ignored, as well. When I have patients at that hospital telling me Brooke's attacking staff and hitting her head twice in one day, that doesn't show the medication side effects being resolved as the doctor put it.== Staff told me as well and Brooke doesn't show any signs of cough or runny nose or illness and yet, even though it's associated with her condition, he still is ignoring me as a parent with proof.

==My daughter has been in almost a month and will end up with a longer tone in patient than any other stay, because the doctor chose to change all her meds after being abused and neglected in a home and wasn't even getting taken to appointments== and neglected to bring her to a emergency medical appointment at Arizona Children's Association, as well. ==ACA has it notated she has bad reactions to antipsychotics, but this doctor still refuses to listen to anything I say. The doctor she had last April was so much better and she didn't show these behaviors at Aurora on that doctor's regimen.==

I'm very disappointed in her medical treatment at Aurora this time.

Respectfully,

Christine

--
null

CONFIDENTIAL DOCUMENT - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021