# EXHIBIT 9

08/22/2018 21:11 FAX
8/22/2018                                                     NextStep

Name: Scianna, Brooke
Adnum: 1812439 DOB: 07/14/01  Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/1
Unit: Coyote / #108 / A
Doctor:     Mlak, K.

## CRISIS- Crisis Evaluation/Intervention
Crisis Preparation and Recovery Inc.
1400 E Southern Ave
Suite 735
Phone 480.804.0326

**Name:** SCIANNA, BROOKE A
Date of Birth: ▮▮▮▮▮▮

* Date of Service
8/22/2018

*FACILITY INFORMATION*

* Hospital
Abrazo Arrowhead Hospital

: MD / PA / NP

*: Location:*
ER (23)

: Electronic Chart Reviewed:
Yes

: Telehealth service
No

*Reviewed*
*K. Mlak MD*
*8/25/2018*

*HISTORY OF PRESENTING ILLNESS*
*
Patient is non-verbal and unable to report a chief complaint.

Patient is a 17yo, Caucasian non-verbal autistic female presenting to ER via EMS for c/o violent outburst in her group home. Patient was soft restrained pre-arrival and received Versed in the ER.
CPR intervention requested for assistance with safe discharge plan and resources. Writer met with group home staff, Cheryl Minor, provided purpose of intervention and rights/limitations to confidentiality. They agree to proceed. Staff reports patient is having daily outbursts since being in the group home the past month. Today patient attempted to leave and then attacked staff when they redirected her back into the home. Patient suffered rug burn on her face from being restrained and fighting staff. She is now picking it and has large red abrasions on her face.
Group home calls PD when patient becomes especially violent and patient has been transferred to Banner Thunderbird 3 times this month, most recently 2 days ago- patient was kept over night, in their behavioral holding area, required physical restraints overnight and was d/c in the morning with no medication changes-Patient is on a 2:1 at the group home and becomes 3 or 4:1 when needing to be restrained. Cheryl reports patient will punch staff in the head, punch the two other residents, bangs her head, bites herself and everyone else. Staff is quitting because of patient's behavior. Last week patient ripped a towel hanger off the wall and attempted to attack staff with it. She additionally punched another resident with seizure disorder in the head and induced a seizure.
Group home staff deny patient as seeming depressed, displaying psychotic or manic sx. Patient does not appear suicidal/homicidal, but is a danger to others/self based on her level of violence and impulsivity. Group home deny patient as having any issues with appetite. Sleep is sporadic, sometimes not sleeping at all at night.

CONFIDENTIAL PER HIPAA AND PURSUANT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                    AURORA(SCIANNA) 000063                    1/6

08/22/2018 21:13 FAX                    @0007/0013

8/22/2018                              NextStep

\*
Intervention completed for evaluation of aggressive outbursts and violent behavior. Patient was dx with autism as a toddler. She is non-verbal, has frequent behavioral disturbances, leading to danger to self and others, typically hitting, kicking, biting self and others. Patient's mother was her primary care giver and administering medical marijuana throughout her life until 6/22/18 when patient was removed from the home and placed in a group home. This was likely a huge adjustment for patient and she is now having daily violent outbursts. Today she punched staff in the face and refused to stay in the group home. She has been assaulting the other two residents as well. Group home staff do not feel they can keep patient, staff and other residents safe at this point. Patient is currently in 4-point restraints and chemically restrained. It is unknown when patient's next psychiatric appt is. Group home says guardian has to tell them. It is unknown when patient last had a medication change. It is also unknown when patient will be moved to a more appropriate group home. Writer recommends inpatient psychiatric hospitalization for mood/medication stabilization and safety. RN Terri, Dr. Lawrence, CPR Valerie in agreement with plan. Writer left messages for guardian and DDD CM. Follow up resources provided.
Developed Care Linkages, Discussed Risk and Protective Factors

*Crisis Therapy Interventions*
Writer completed coordination of care with all involved in patient's op care. Writer will notify CPR RBHA liaison to assist with placement and coordination with AzCA during business hours.

*Diagnosis (DSM-V)*

| Diagnosis: | F84.0 - Autism spectrum disorder |
| --- | --- |
| Specifier: | With accompanying language impairment |
| Effective Date: | 8/22/2018 |
| Type: | Primary |
| Added By: | Marissa Mascorro, LPC |

| Diagnosis: | F43.24 - Adjustment disorder, With disturbance of conduct |
| --- | --- |
| Specifier: | |
| Effective Date: | 8/22/2018 |
| Type: | Secondary |
| Added By: | Marissa Mascorro, LPC |

| Diagnosis: | F42.2 - Obsessive-compulsive disorder |
| --- | --- |
| Specifier: | Per hx |
| Effective Date: | 8/22/2018 |
| Type: | Secondary |
| Added By: | Marissa Mascorro, LPC |

### LEVEL OF CARE RECOMMENDATION

Voluntary Inpatient Psychiatric, Other:  Guardian will consent to voluntary treatment. DCS CM Melissa Courtright. Group home has authority to consent also- 602-561-6635

### SUPPORTING REASONS FOR IP PSYCHIATRIC OR IP DUAL LOC (IF APPLICABLE)

: *Acute Dangerousness*
High self-harm risk, Mania, Irritability, poor impulse control, Aggressive, assaultive, or homicidal behavior

: *Functional Impairment*
None Selected

: *Mental status changes or co-occurring conditions*

Name: Scianna, Brooke
Adnum: 1812439 DOB:       Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:    Miak, K.

https://www.thenextsteppna.com/crisisjaffemecase9/O CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000067