EXHIBIT 10

Chris DeRose, Clerk of Court
*** Electronically Filed ***
7/13/2018 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                          7/2/2018

                                      CLERK OF THE COURT
JUDGE PRO TEM NICOLAS B. HOSKINS           A. Villasenor
                                              Deputy

IN THE MATTER OF:

BROOKE ANGELINA SCIANNA          THOMAS F STUBBS
  F1138995
  DOB: ████████

                                 MONICA  MALHOTRA

                                 DEEAN  GILLESPIE STRUB

                                 CHRISTINE MARIE WEBSTER

                                 

                                 SARA J. SMITH

                                 JOHN RALPH SCIANNA



                                 FOSTER CARE REVIEW BOARD
                                 JUVENILE OFFICE OF PUBLIC
                                 DEFENSE SERVICES
                                 DCS SPECIALIST - SOUTHWEST
                                 REGION
                                 LEGAL ADVOCATE-JUVENILE


              PRELIMINARY PROTECTIVE HEARING
              DEPENDENCY CONTESTED


    10:26 a.m.  This matter is digitally recorded in Courtroom 11.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                          7/2/2018


    IT IS ORDERED continuing the child as a temporary ward of the Court, committed to the care, custody and control of the Department of Child Safety.

    THE COURT FINDS that the Department of Child Safety has made reasonable efforts to prevent the removal of the child from the home and that continuation in the home would be contrary to the welfare of the child, or that it was reasonable to make no efforts to maintain the child in the home.

    IT IS ORDERED vacating the Initial Dependency Hearing

        on    7/2/2018
        at    10:15 AM
        before  Honorable Nicolas Hoskins

    IT IS ORDERED setting this matter for Dependency - Temp Custody 5 Day Hrg as to mother only

        on    7/12/2018
        at    2:00 PM
        before  Honorable Nicolas Hoskins
        at the Maricopa County Juvenile Court Center
        Durango Facility, 3131 W. Durango St., Phoenix, AZ 85009

    IT IS ORDERED setting this matter for Conference - Pretrial - Contested Dependency

        on    8/16/2018
        at    10:00 AM
        before  Honorable Nicolas Hoskins
        at the Maricopa County Juvenile Court Center
        Durango Facility, 3131 W. Durango St., Phoenix, AZ 85009

IT IS ORDERED setting this matter for Dependency - Adjudication

        on    9/14/2018
        at    1:30 PM – 5:00 PM
        before  Honorable Nicolas Hoskins
        at the Maricopa County Juvenile Court Center
        Durango Facility, 3131 W. Durango St., Phoenix, AZ 85009