EXHIBIT 11

Chris DeRose, Clerk of Court
\*\*\* Filed \*\*\*
8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

DEC 0 3 2018

JD36034                                                                11/15/2018

|  |  |
|---|---|
| JUDGE PRO TEM NICOLAS B. HOSKINS | CLERK OF THE COURT<br>A. Villasenor<br>Deputy |

IN THE MATTER OF:

BROOKE ANGELINA SCIANNA                    DIANA THEOS
F1138995
DOB: ▉

MONICA MALHOTRA

THOMAS F STUBBS

DEEAN GILLESPIE STRUB

SARA J. SMITH

DCS SPECIALIST - SOUTHWEST
REGION
FOSTER CARE REVIEW BOARD -
RELIEVED

CONTESTED DEPENDENCY HEARING
HEARING CONTINUED
MOTHER'S RULE 59 MOTION GRANTED

\*Prior to the hearing commencing, Department's Exhibits 1-5 and Mother's Exhibits 6-28 are marked for identification.

1:37 p.m.  This matter is digitally recorded in Courtroom 11.

This is the time set for Contested Dependency Hearing regarding the petition filed 6/27/2018.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                11/15/2018

Present: Assistant Attorney General Monica Malhotra, counsel for the Department; DCS Child Safety Specialist Melissa Courtright; Diana Theos, counsel for the child; Deputy Legal Advocate Thomas Stubbs, guardian ad litem for the child; Sara Smith, counsel for the father; John Scianna, the father; Deean Gillespie Strub, counsel for the mother; and Christine Webster, the mother.

Discussion is held.

The parties agree to proceed on the mother's Rule 59 motion and set a continued dependency trial date.

Department moves to admit Exhibits 1, and 3-5.

There being no objection,

Department's Exhibits 3-5 are admitted into evidence.

The Department may move to admit Exhibit 1 when the author of that report is present.

Mother's counsel moves to admit Exhibits 6-28.

The Department objects to all new evidence.

Discussion is held.

Both sides announce ready.

PETITIONER'S CASE:

Dr. Krzysztof Mlak is sworn.

The Department invokes the Rule of Exclusion of Witnesses. The following persons instructed by the Court and leave the courtroom: Tina Canale and Brian Kociszewski.

Opening statements are made by counsel.

Dr. Mlak testifies.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                                      11/15/2018

    2:08 p.m.  The father exits the courtroom.

    2:11 p.m.  The father returns to the courtroom.

    2:27 p.m.  The witness is excused and exits the courtroom.

    2:27 p.m.  Court stands in brief recess.

    2:33 p.m.  Court reconvenes.  This matter is digitally recorded.  All parties previously present remain present.

Melissa Courtright is sworn and testifies.

The witness is excused and returns to the seat in the courtroom.

    3:10 p.m.  Tina Canale enters the courtroom, is sworn and testifies.

The Department moves to admit Exhibits 1 and 2.

There being no objection,

Department's Exhibits 1 and 2 are admitted into evidence.

    3:23 p.m.  The witness is excused and exits the courtroom.

Discussion is held.

    3:25 p.m.  Ms. Theos exits the courtroom.

    3:26 p.m.  Ms. Strub exits the courtroom.

    3:26 p.m.  Ms. Theos returns to the courtroom.

    3:26 p.m.  Ms. Strub enters the courtroom with witness Nicole Olsen.

    3:26 p.m.  Ms. Theos and Ms. Strub exit the courtroom.

    3:26 p.m.  Ms. Theos and Ms. Strub return to the courtoom.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                               11/15/2018

3:33 p.m. The witness is excused and is seated in the courtroom gallery.

Petitioner rests.

RESPONDENT'S CASE:

Nicole Olsen is sworn and testifies.

3:33 p.m. Brian Kociszewski enters the courtroom.

Discussion is held.

Respondent rests.

Based on the matters presented,

IT IS ORDERED granting mother's Rule 59 motion effective upon the author of the FBA certifying in email to the parties that training is taking place.

IT IS ORDERED directing the Department to ensure that the training is facilitated.

Discussion is held.

THE COURT FINDS that the Department did not meet their burden on the allegation of neglect as to the father.

The Court will defer findings on the issue of the child's needs/behaviors.

IT IS ORDERED directing the parties to file an updated disclosure statement thirty (30) days prior to the next trial date.

IT IS ORDERED setting this matter for Dependency - Adjudication

  on 2/14/2019
  at 1:30 PM – 5:00 PM
  before Honorable Nicolas Hoskins
  at the Maricopa County Juvenile Court Center
  Durango Facility, 3131 W. Durango St., Phoenix, AZ 85009

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                 11/15/2018

Discussion is held.

IT IS ORDERED continuing the child as a temporary ward of the Court, committed to the care, custody and control of the Department of Child Safety.

This Courtroom utilizes an electronic recording system for the Court's record. If a court reporter is needed, a written request must be filed with the Clerk of the Court and a copy provided to the assigned judicial officer at least 72 hours before the commencement of the proceeding.

To order a copy of the audio record on compact disc (CD), please call Juvenile Court Administration (Durango facility - 602-506-4533/Southeast facility - 602-506-2544). There will be a fee of $30 for each copy of the Superior Court proceedings. All copies will be provided using Court-supplied media.

3:59 p.m. Court adjourns.

## WARNING

As a parent, it is your responsibility to cooperate with all services offered, and work toward return of your child. A failure to do so, within a reasonable period of time, may mean losing your child forever through termination of your rights and adoption.

_11/29/18_
DATE                              JUDGE PRO TEM NICOLAS B. HOSKINS