# EXHIBIT 12

MARK BRNOVICH
Attorney General

MONICA MALHOTRA
Assistant Attorney General
State Bar No. 032784
CFP/PSS
2005 N. Central Ave. C051AG
Phoenix, Arizona 85004
Telephone: (602) 774-9000
PSSDurango@azag.gov

Attorneys for the Department of Child Safety

CHRIS DEROSE, CLERK
BY _____ DEP
J. CHAIDEZ, FILED

19 FEB 11 PM 4:54

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| In the Matter of:<br><br>BROOKE ANGELINA SCIANNA<br>d.o.b. ▮▮▮▮<br><br>Person under 18 years of age. | No. JD36034<br><br>**DCS'S MOTION TO DISMISS**<br><br>**(UNCONTESTED)**<br><br>(Honorable Nicolas B. Hoskins) |
|---|---|

The Department of Child Safety (DCS or the Department), by and through undersigned counsel, hereby requests an order dismissing the dependency petition filed in this matter, releasing the child, BROOKE ANGELINA SCIANNA, from court wardship and relieving DCS, Foster Care Review Board, and all court appointed attorneys and guardians ad litem from further responsibility in this case.

The reasons for this motion are REUNIFICATION and as set forth in the attached report to the Court, dated February 5, 2019.    The Department further requests the Court to vacate all future hearings scheduled in this matter, now set for February 14, 2019 at 1:30

p.m., March 12, 2019 at 1:30 p.m., March 13, 2019 at 1:30 p.m., and May 22, 2019 at 9:30 a.m.

Under Arizona Rules of Procedure for the Juvenile Court, 46(A), all counsel have been notified of this Motion. Thomas Stubbs, Esq., Guardian ad Litem for the Child, Diana Theos, Esq., Attorney for the Child, DeeAn Gillespie Strub, Esq., Attorney for Mother, and Sara J. Smith, Esq., Attorney for Father, have no objection to this Motion.

RESPECTFULLY SUBMITTED this \_\_\_ day of February, 2019.

MARK BRNOVICH
Attorney General

MONICA MALHOTRA
Assistant Attorney General

2

Original of the foregoing filed this 11th day of February, 2019, with:

Clerk of the Superior Court
Maricopa County Superior Court
Juvenile Division/Durango Facility
3131 West Durango
Phoenix, AZ 85009-6292

Copy of the foregoing hand-delivered this 11th day of February, 2019, to:

Honorable Nicolas B. Hoskins
Maricopa County Superior Court
Juvenile Division/Durango Facility
3131 West Durango
Phoenix, AZ 85009-6292

Copies of the foregoing electronically delivered this 11th day of February, 2019, to:

Thomas Stubbs, Esq.
Stubbst@mail.maricopa.gov
Guardian ad Litem for the Child

Diana Theos, Esq.
Diana@dianatheos.com
Attorney for the Child

DeeAn Gillespie Strub, Esq.
Gillespie Shields & Associates PC
DGillespie@gillaw.com
SHayes@gillaw.com
Attorney for Mother

Sara J. Smith, Esq.
sara@smithlaw.mygbiz.com
Attorney for Father

Melissa Courtright
MELISSA.COURTRIGHT@AZDCS.GOV
Case Manager

*/s/ signature*
JH/JD36034/HDM#7660769

3

CT00200 (9/14)

# ADDENDUM REPORT TO JUVENILE COURT

**Court Case Number**  JD36034                              **Date of Report**  02/05/2019

**Case Name**             SCIANNA, CHRISTINE ID: ▮▮▮

**A. Name and Date of Birth for Each Child Subject to This Court Case Number:**

▮▮▮ SCIANNA, BROOKE                          ▮▮▮

**B. Child or Children Subject to This Report If Different From Above.**

Not Applicable

**I. PRESENT SITUATION:**

Brooke has been placed back in the physical care of Ms. Scianna since mid-November, 2018. Since being back in mother's care Brooke has overall been doing increasingly well. Brooke first struggled with routine, separation, OCD, hitting, biting, and hair pulling upon her return to the home. All of these behaviors however, were expressed as manageable. Brooke has continuous supports through DDD and CFSS. The team works to ensure a tight schedule and routine for Brooke as Brooke tends to become anxious and agitated when her daily schedule is disrupted, DDD and CFSS work to eliminate this anxiety as much as possible. The transition period for Brooke took approximately a few weeks to a month but she is reported to be increasingly more stable in her mother's home.

This CM has met with Ms. Scianna and Brooke in the home and has noted that Brooke appears to be well adjusted and happy. There have been 3 CFT's held since Brooke as returned to the care of Ms. Scianna and all of these meeting have been positive in nature. Ms. Scianna has reported that she is becoming more pro-active and learning what Brooke's triggers are and when she is becoming agitated Ms. Scianna has reported that she knows when Brooke is being triggered as Brooke starts biting at her hand. Ms. Scianna as well as her support teams are all aware that they are to direct Brooke to her yoga ball, her bedroom, or a bench that she likes to sit at when she starts to display a triggering behavior. It is reported that by redirecting Brooke to these activities and areas that she is allowed the time and space she needs to calm herself.

Ms. Scianna and CFSS are working to create a pamphlet about Brooke's likes, dislikes, what works well, and what doesn't work well for Brooke in an attempt to have a quick reference guide for the caregivers who assist Brooke. It has been reported that the biggest struggle Ms. Scianna has encountered since Brooke has returned to the home is the turnover in caregivers. However, Ms. Scianna has reported the team does a great job of ensuing that someone is always there as support

Ms. Scianna reports that she has a good working relationship with CFSS and she is effectively able to work with this provider to ensure the best possible care for Brooke. Ms. Scianna has additionally been compliant with ensuring that Brooke is routinely taken in for her medication management appointments. Ms. Scianna also has stated that she is ensuring all of Brooke's other medical needs are up to date and addressed. Ms. Scianna has been compliant with all of

Brooke's medical needs since she has returned to the home.

Brooke attends the ▇▇▇ school and although attending a new school was challenging for Brooke at first it is reported through the school that she is improving and showing signs of being comfortable in this new environment. The ▇▇▇ staff has reported that Brooke has been getting off the bus and will take the hand of staff members and go inside the building. Brooke does continue to have behaviors while at school such as hitting and biting and has to be redirected several times a day. Since Brooke is still new to the ▇▇▇ the team and Brooke are continuing to learn what works well and what needs to be improved. Ms. Scianna has been active in communicating with the school and providing as mush feedback and information on Brooke that she can. The ▇▇▇ does send out daily reports as to what occurred in school for the day as a way to keep Ms. Scianna informed and up to date. There is an IEP meeting scheduled for Brooke on 02/05/2019 to discuss her plans and how the team can work to ensure Brooke is receiving all of the supports available to her.

The biggest struggle that the family has had since Brooke returned to Ms. Scianna's care is over Brooke's visitations with Mr. Scianna. Ms. Scianna has reported she will comply with custody orders and provide Mr. Scianna with his every other weekend visitation with Brooke. Visits are to be from ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ CFSS as well as DDD have additionally indicated that they are available to offer support during these visits. There continues to be a struggle with visits being arranged between Mr. Scianna and Ms. Scianna. Ms. Scianna reports Mr. Scianna wants to have the weekends switched and she is not able to accommodate and wishes to stick with the original custody orders. Mr. Scianna has reported that he wants to be able to see his child. It is however noted that when CFSS attempted to make arrangements with Mr. Scianna on several occasions Mr. Scianna did not follow up and visits were missed.

At this time the Department is respectfully requesting that this case be dismissed. Ms. Scianna has been appropriately parenting her child in her home since November, 2018. Ms. Scianna has a good working relationship with Brooke's behavioral health team as well as DDD and she continues to work with them to ensure that Brooke's needs are being met. Ms. Scianna's psychological evaluation did not yield any recommendations of services and the Department at this time is not supplying any services to the family. Brooke's needs are being met and managed by Ms. Scianna with the assistance of CFSS and DDD.

## II. RECOMMENDATIONS:

### A. DCS:
It is respectfully recommended that _____ remain a ward(s) of the court, committed to the care, custody and control of the Arizona Department of Child Safety.

### B. FINANCIAL:
It is respectfully recommended that beginning (date) _____ , the parents listed below be assessed the following amounts on a monthly basis per child as the contribution towards the cost of foster care:

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

## C. REASONABLE EFFORTS FINDINGS:
It is respectfully recommended that the Court find that the Arizona Department of Child Safety has made reasonable efforts in this case.

**Respectfully Submitted:**

**Name/Title:** Melissa Courtright DCSS
**DEPARTMENT OF CHILD SAFETY**
**Telephone Number:** 602-771-0206
**Date:** 02/05/2019

**Approved by:** _PM For:_

**Name/Title:** Nicholas Long DCSPS
**DEPARTMENT OF CHILD SAFETY**
**Telephone Number:** 602-771-0223
**Date:** 02/05/2019

Page 4     Addendum Report To Juvenile Court

Case Name: SCIANNA, CHRISTINE  ID: ███