# EXHIBIT 13

CHRIS DEPOSE, CLERK
BY                                    DEP
A. PROVANCIO, FILED

19 FEB 12 PM 12: 11

1  MARK BRNOVICH
   Attorney General
2

3  MONICA MALHOTRA
   Assistant Attorney General
4  State Bar No. 032784
   CFP/PSS
5  2005 N. Central Ave. C051AG
6  Phoenix, Arizona 85004
   Telephone: (602) 774-9000
7  PSSDurango@azag.gov

8
   Attorneys for the Department of Child Safety
9

10        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11            IN AND FOR THE COUNTY OF MARICOPA

12 | In the Matter of:                     | No.  JD36034

13 |                                        | **ORDER TO DISMISS**
   | BROOKE ANGELINA SCIANNA                |
14 |     d.o.b.  ▮▮▮▮▮                      |
15 |                                        | **(UNCONTESTED)**
16 | Person under 18 years of age.          | (Honorable Nicolas B. Hoskins)

17        Upon motion of the Department of Child Safety (DCS or the Department), and good

18 cause appearing,

19

20     IT IS ORDERED dismissing the dependency petition filed in this matter, releasing

21 the child, BROOKE ANGELINA SCIANNA, from the wardship of the Court, and

22 relieving DCS of further responsibility of the child for the reason of REUNIFICATION.

23        IT IS FURTHER ORDERED relieving the Foster Care Review Board and all court

24
   appointed attorneys and guardians ad litem of further responsibility in this case.
25

26        THIS COURT HEREBY NOTIFIES the child that, pursuant to A.R.S. § 8-543, you

27 are authorized to participate in the sibling information exchange program to facilitate

28
   contact between former dependent children and any siblings.  You can obtain more

1   information on this program by contacting the Arizona Supreme Court at

2   www.supreme.state.az.us/CIP/.

3       IT IS FURTHER ORDERED relieving all parents from the obligation to pay a

4

5   parental assessment from the date of the order forward.

6       IT IS FURTHER ORDERED vacating the Dependency Adjudication set for

7   February 14, 2019, March 12, 2019, and March 13, 2019 before Commissioner Hoskins.

8       IT IS FURTHER ORDERED vacating the Permanency Planning Hearing set for

9

10  May 22, 2019 at 9:30 a.m.

11      DATED: _____ 2/11_____, 2019.

12

13

14                          _____

                            JUDGE OF THE SUPERIOR COURT

15

16                          Commissioner Nicolas B. Hoskins

17

18

19

20

21

22

23

24

25

26

27

28