# EXHIBIT 14

CHRIS DEROSE, CLERK
BY                    DEP
*[signature]*
G. OVIEDO, FILED

**18 AUG 30 PM 12: 13**

1   MARK BRNOVICH
    Attorney General
2

3   MONICA MALHOTRA
    Assistant Attorney General
4   State Bar No. 032784
    CFP/PSS
5   2005 North Central Avenue-C051AG
    Phoenix, Arizona 85004
6   Telephone: (602) 774-9000
    PSSDurango@azag.gov
7

8   <mark>Attorneys for the Department of Child Safety</mark>
9

10           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11              IN AND FOR THE COUNTY OF MARICOPA

12   <mark>In the Matter of:</mark>                    No. JD36034

13   <mark>BROOKE ANGELINA SCIANNA</mark>           <mark>DCS'S MOTION FOR APPROVAL</mark>
                                          <mark>OF INPATIENT PSYCHIATRIC</mark>
14       d.o.b. ▓▓▓▓▓                     <mark>ACUTE CARE SERVICES</mark>
                                          <mark>AND MOTION FOR</mark>
15                                        <mark>APPOINTMENT OF COUNSEL</mark>
                                          <mark>FOR CHILD</mark>
16

17   Person under 18 years of age.        (Honorable Nicolas B. Hoskins)

18

19           The Department of Child Safety (DCS or the Department), by and through

20   undersigned counsel, hereby moves the Court, pursuant to A.R.S. § 8-272(F), for an order

21   approving the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral

22   Health for inpatient psychiatric acute care services.

23           Dr. Mlak assessed BROOKE ANGELINA SCIANNA on August 22, 2018 and

24   determined that she is suffering from a mental disorder or is a danger to self or others and

25

26   is in need of inpatient psychiatric acute care services, of which is attached hereto and

27

28

incorporated by reference as Exhibit 1.   Pursuant to A.R.S. § 8-272(F)(1), Exhibit 1 includes:

1.     The reason why inpatient psychiatric acute care services are in the child's best interests;

2.     The reason why inpatient psychiatric acute care services are the least restrictive available treatment;

3.     A diagnosis of the child's condition that requires inpatient psychiatric acute care services; and

4.     The estimated length of time that the child will require inpatient psychiatric acute care services.

This motion is also supported by the written statement of the medical director or the medical director's designee of Aurora Behavioral Health stating that the facility's services are appropriate to meet the child's mental health needs, of which is attached hereto as Exhibit 2 and incorporated by reference.

The Department requests this Court find, upon clear and convincing evidence that:

1.     The child is suffering from a mental disorder or is a danger to self or others and requires inpatient psychiatric acute care services; and

2.     Available alternatives to inpatient psychiatric acute care services were considered, but inpatient psychiatric acute care services are the least restrictive available alternative.

The Department requests a hearing on this motion pursuant to A.R.S. § 8-272(H).

The Department further requests that the Court, assigned pursuant to A.R.S. § 8-272(G), appoint an attorney for the child.

1    The Department further requests that the Court immediately transmit this Order via

2    facsimile to Admissions at Aurora Behavioral Health at Fax Number: (480) – 345-5473.

3    The Department further requests that the Court immediately transmit this Order via

4    facsimile to the Attorney General's Office, at 602-774-9099.

5

6    Under Arizona Rules of Procedure for the Juvenile Court, 46(A), all counsel have

7    been notified of this Motion.

8    RESPECTFULLY SUBMITTED this 20 day of August, 2018.

9

10   MARK BRNOVICH
     Attorney General

11

12   MONICA MALHOTRA
     Assistant Attorney General

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Original of the foregoing filed
this _____ day of August, 2018 with:

Clerk of the Superior Court
Maricopa County Superior Court
Juvenile Division/Durango Facility
3131 West Durango
Phoenix, AZ 85009-6292

Copies of the foregoing hand-delivered this
_____ day of August, 2018 to:

Honorable Nicolas B. Hoskins
Maricopa County Superior Court
Juvenile Division/Durango Facility
3131 West Durango
Phoenix, AZ 85009-6292

Copies of the foregoing electronically delivered this
_____ day of August, 2018, to:

Thomas Stubbs, Esq.
Stubbst@mail.maricopa.gov
Guardian ad Litem for the Child

DeeAn Gillespie, Esq.
dgillespie@gillaw.com
Attorney for the Mother

Sara J. Smith, Esq.
sara@smithlaw.mygbiz.com
Attorney for the Father

Melissa Courtright
MELISSA.COURTRIGHT@AZDCS.GOV
Case Manager


MC/JD36034/HDM#7278040

4

Addendum Report To Juvenile Court

County

Dated:

Court Case Number:

I.  **PRESENT SITUATION:**

On 08/22/2018 Brooke Scianna was displaying uncontrollable behaviors within the group home. The group home staff reached out to CFSS who informed that they should contact the local police and emergency department in regards to Brooke's behaviors. Brooke was combative with the officers and EMT's and sustained some facial abrasions while being restrained. Brook was transported to Arrowhead Hospital for observation on 08/22/2018. Arrowhead Hospital admitted Brooke on 08/22/2018 and submitted a referral for Brooke to be placed at Aurora Behavioral Health, as the child's needs are too great for the group home and hospital staff to meet. While at Arrowhead Hospital Brooke continued to have uncontrollable behaviors as she was hitting, biting, and pulling the hair of the staff members. In addition to the these behaviors Brooke was throwing and eating her feces. Brooke was transported and admitted to Aurora Behavioral Health on 08/25/2018

II.  **RECOMMENDATIONS:**

A.  **AGENCY:**

It is respectfully recommended that Brooke Scianna remain a ward(s) of the court, committed to the care, custody and control of the Arizona Department of Child Safety.

B.  **FINANCIAL:**

It is respectfully recommended that beginning (date) <u>Brooke Scianna</u> , the parents listed below be assessed the following amounts on a monthly basis per child as the contribution towards the cost of foster care:

(parent name) <u>Christine Scianna</u> be assessed $ <u>50.0</u> monthly for each of the following children:  <u>Brooke Scianna</u>

(parent name) <u>John Scianna</u> be assessed $ <u>50.00</u> monthly for each of the following children:  <u>Brooke Scianna</u>

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

(parent name) _____ be assessed $ _____ monthly for each of the following children: _____

C.  **REASONABLE EFFORTS FINDINGS:**

It is respectfully recommended that the Court find that the Agency has made reasonable efforts in this case.

**Respectfully Submitted:**

**Name/Title:**   Melissa Courtright DCSS
**ARIZONA DEPARTMENT OF CHILD SAFETY**
**Telephone Number:**   602-771-0206
**Date:**   8/29/18

**Approved by:**

**Name/Title:**   Nicholas Long DCSPS
**ARIZONA DEPARTMENT OF CHILD SAFETY**
**Date:**   8/29/18

Case Name: SCIANNA, CHRISTINEID: 511175



**AURORA**
BEHAVIORAL HEALTH SYSTEM

**PSYCHIATRIC EVALUATION**

Patient Name: Scianna, Brooke
Author: Krzystof Mlak, M.D.

Medical Record Number#: ████
Attending: Krzystof Mlak, M.D.

<u>Date of Evaluation:</u> 08/26/2018 at 01:01 PM

<u>Chief Complaint:</u>  The patient is a 17-year-old female (the patient is functionally nonverbal).

<u>History of Present Illness:</u>  The patient presents with established autistic disorder, disruptive mood dysregulation disorder, and past history of OCD and PTSD.

She presents for this hospitalization after a recent removal from biological mother and placement into a group home called Care and Dignity Group Home, which has resulted in multiple explosive aggressive outbursts and multiple referrals to the emergency department as well as police intervention.  She was referred here by Arrowhead Abrazo Hospital System.

The patient presents as functionally nonverbal.  Staff reports that she is able to occasionally say single word and mostly uses gesture and PECS as a mode of communication.

For the purpose of this evaluation, the patient was observed.  Collateral information was obtained from staff, chart review, and attempts to contact her mother, Ms. Christine Scianna, and left messages.

The patient presents with severe developmental disability complicated by poor impulse control and emotional dysregulation with frequent self-injury and explosive aggressive outburst.  She engages in stereotype behaviors such as hitting her head and biting her hand.  She becomes destructive and aggressive at times when interrupted from cleaning rituals.  In the group home, she has been having multiple explosive outbursts and there are concerns over inappropriate management which at least on one occasion resulted in the patient experiencing abrasions on her face from being restrained.

Furthermore, she has tried to run away from that group home repeatedly.

The patient has established mood disorder with low frustration tolerance and emotional reactivity.  She previously engaged in repetitive behaviors such as showering up to 20 times a day as well as sexually inappropriate behaviors such as touching her breasts and genital.

She has an extensive history of aggressive behavior resulting in a significant injury towards her grandparents.  Her sleep has been dysregulated and she has variable energy levels and has been described as restless as well as sleeping throughout the day.

She is described to have OCD and PTSD although these diagnoses were achieved as unclear past review of documentation.  She does engage in repetitive behaviors in the past and engage in cleaning cycles.

<u>Past Psychiatric History:</u>

<u>Drug and Alcohol History:</u>  No known history of substance abuse although the patient was being administered medical marijuana in the form of gummies throughout her life by her mother who has a medical marijuana license.

Page 1

PSYCHIATRIC EVALUATION
Patient Name:  Scianna, Brooke                              Medical Record Number: ▮▮▮▮

Trauma and Abuse History:  Unspecified.  The patient has a diagnosis of PTSD.  Notably, she had been inappropriately physically managed at home and was observed to be in chokehold by family members which led in part to her removal in June 2018.

Medical History:   She currently has no active medical problem.   Her physical examination was completed yesterday in the afternoon and was otherwise unremarkable.  Tachycardia was noted as well as dietary restrictions.

Notably, surrounding most recent hospitalization to SNU at Aurora Behavioral, the patient experienced rhabdomyolysis attributed to excessive physical restraint and required medical management for approximately seven days prior to transfer to Aurora Behavioral Health.   There were no significant sequelae that had persisted.

Upon workup at Abrazo Arrowhead Campus, the patient received CT neuroimaging which was unremarkable.  Her laboratory workup was remarkable for moderate level of blood in her urinalysis, glucose level of 123, AST of 54 units per liter, and pulse rate elevation of 105 beats per minute.  Notably, she received multiple medications for agitation including Haldol and Ativan throughout her stay in the ER.

Developmental History:  The patient had social and language delays consistent with severe autism.  She had previously received special education services in school, which were unspecified.

Social History:  She was raised by her mother.  Her parents live in a separate household and both were involved in her care.  She is currently a temporary ward in a foster care system and her DCS worker is Ms. Melissa Courtright.

Family Relationships:  She is currently living in a group home.  She was previously living with her mother and periodically with her father.

Significant Family Medical and Psychiatric History:  There are chronic health problems in paternal family history and no known significant family history psychiatrically.

Allergies and Reactions:  DESCRIBED TO RISPERIDONE BUT ARE UNSPECIFIED.

Current Medications:  Benadryl 25 mg twice a day, clomipramine 50 mg at bedtime, and clonidine 0.1 mg twice a day.

Review of Systems:   As conducted by the medical consultant was essentially negative across all systems.

Gait and Station:  No deficits are noted.

Abnormal Movements:  None present.

Physical Complaints:  None observed or reported.

Examination:
Vital Signs:  Pulse:  136.  Respirations:  16.  Blood Pressure:  134/87.  Height:  5 feet 7 inches.  Weight:  113 pounds.

Mental Status Examination:
- General Appearance:  Disheveled.  She has abrasions on the right aspect of her face.  Attitude is calm and pacing repeatedly throughout the hallway.  She is observed to take her staff's hand and lead her down the hallway to indicate that she wants to go for a walk around the unit.  During this

PSYCHIATRIC EVALUATION
Patient Name: Scianna, Brooke                              Medical Record Number: ▉▉▉▉

period of observation, the patient began to suddenly lash out at staff by striking with an open hand and fist. After a brief scuffle lasting 5 seconds, the patient was redirected to walk down the hallway and had appeared calm again.

- Mood and Affect: Affect is shallow in depth and constricted. Her mood is labile.
- Speech: Nonverbal.
- Thought Process: Not able to assess due to nonverbal state.
- Associations:
- Thought Content: Not able to assess due to nonverbal state.
  - Suicidal:
  - Homicidal:
  - Abnormal Perceptions: Not able to clearly assess during nonverbal state; however, she is not observed to be responding to internal stimuli.
- Delusion:
  - Hallucinations.
- Orientation: She is alert.
- Attention Span and Concentration: Unable to be assessed due to the patient's nonverbal state.
- Recent and Remote Memory: Unable to be assessed due to the patient's nonverbal state.
- Abstract Reasoning: Unable to be assessed due to the patient's nonverbal state.
- Language:
- Fund of Knowledge/Estimate of Intelligence: Intelligence is not able to be formally assessed. She appears to understand directions and understand choices.
- Judgment and Insight: Judgment is poor as evident in her behavior. Insight is unable to be assessed due to her nonverbal state.
- Gait and Station or Muscle Strength and Tone:

Suicidal Ideation: Not able to be assessed due to nonverbal state although exhibits unpredictable behavior.
Homicidal Ideation: Not able to be assessed due to nonverbal state although exhibits unpredictable behavior.

**Risk Assessment:**

**Patient's Strengths:** Assets: Good health and functional but nonverbal communication skills.

**Patient's Limitations:** Liabilities and Special Needs: She is nonverbal, incapable of independent living, unstable family and limited support system, and current foster care placement and temporary ward of DCS.

PLAN OF CARE:
Problems to be Addressed: Aggressive and violent behavior and dangerousness to self and others.
Medical Problems: Not applicable.
Short-Term Goals: To decrease and minimize aggression and violent behavior as well as agitation, stabilize on medication, and coordinate with DCS.
Level of Observation: One-to-one level of observation due to aggression and mood instability as well as sexualized behavior.
Precautions: Aggression and assault precautions, elopement precautions, self-harm precautions, and sexually acting out precautions.

Prognosis: Guarded due to severity and chronicity of developmental condition.

PSYCHIATRIC EVALUATION
Patient Name: Scianna, Brooke

Medical Record Number: ▮▮▮▮

DIAGNOSIS:

PRIMARY DIAGNOSES:

MEDICAL DIAGNOSIS:

PSYCHOSOCIAL STRESSORS:

DISRUPTIVE MOOD DYSREGULATION DISORDER.
AUTISTIC DISORDER.
HISTORY OF POSTTRAUMATIC STRESS DISORDER.
HISTORY OF OBSESSIVE-COMPULSIVE DISORDER.
HISTORY OF RHABDOMYOLYSIS BUT NONE
CURRENTLY.
LEGAL ISSUES, TEMPORARY COURT ORDER, DCS.

Initial Treatment Plan:  Initial pharmacological approach includes taper and discontinuation of clonidine, clomipramine, and Benadryl due to unclear benefit given the patient's difficulties.  We will pursue a trial of Thorazine 25 mg three times a day targeting mood instability and explosive aggressive behavior which may coincidentally benefit from previous repetitive/stereotype behaviors attributed to OCD.  Otherwise, involve all aspects of unit programming including group, OT, speech, and school activities.  Psychiatric rounds to manage medication and coordination with DCS regarding placement.

Estimated Length of Stay: 30 to 45 days.

Coordination of Care: With outpatient providers and DCS, Ms. Courtright.

Initial Discharge Plan: Return to group home per DCS instruction.


PHYSICIAN Signature: _____   Date and Time Signed: _____
                              Krzystof Mlak, M.D.


DR:           KM:jac
DD:           08/27/2018
DT:           08/28/2018
Job #:        49970000005


Page 4



**AURORA**
BEHAVIORAL HEALTH SYSTEM

6350 S. Maple Avenue
Tempe, Arizona 85283
480-345-5400

## RATIONALE FOR HOSPITALIZATION NOTE

To whom it may concern,

This letter is to report that Brooke Scianna was admitted to Aurora Behavioral Health, an inpatient behavioral health hospital, on 8/24/18. Brooke was admitted with the following diagnosis: Disruptive Mood Dysregulation Disorder, Autism Spectrum Disorder, history of PTSD and OCD. There is not an available lower intensity of services suitable to the behavioral health needs of this patient at this time. Significant regression of his condition is anticipated without continued inpatient care. The discharge plan is being formulated and adjusted to delineate discharge criteria.

If more information is needed please request records from our medical records department.

_____
Provider Signature-Medical Director Designee

8/29/18
_____
Date



Name: Scianna, Brooke
Adnum: 1812436 DOB: ████ Age: 17
MedRec#: ████ Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:   Mlak, K.

## MEDICAL SCREENING EVALUATION – BEHAVIORAL HEALTH

PATIENT NAME: *Brooke Scianna*   AGE: *17*   ASSESSMENT DATE: *8/25/18*   START TIME: *2008*   END TIME: *2015*

### PSYCHOLOGICAL/PSYCHIATRIC SYMPTOMS

| 1. INITIAL EVALUATION OF RISK | YES | NO | AS EVIDENCED BY (INCLUDE DURATION) |
|---|---|---|---|
| CURRENT THOUGHTS OR ACTS TO HARM SELF | | | |
| SUICIDAL PLAN | | X | non reported |
| SUICIDAL IDEATION | | X | non reported |
| SUICIDAL INTENT | | X | not reported |
| ACCESS TO MEANS | | X | non reported |
| DID THE PATIENT HAVE A RECENT SUICIDE ATTEMPT? | | X | non reported |
| HISTORY OF SUICIDAL IDEATION | | | |
| HISTORY OF THREATS | | X | non reported |
| HISTORY OF ATTEMPTS | | X | non reported |
| CURRENT THOUGHTS OR ACTS TO HARM OTHERS | | | |
| HOMICIDAL PLAN | | X | non reported |
| HOMICIDAL IDEATION | X | | Violent/aggressive behaviors towards other |
| HOMICIDAL INTENT | | X | unknown |
| ACCESS TO MEANS | X | | utilized nearby objects to attack |
| DUTY TO WARN COMPLETED | | X | NA |
| HISTORY OF HOMICIDAL IDEATION | | | |
| HISTORY OF THREATS | | X | unknown |
| HISTORY OF ATTEMPTS | | X | unknown |
| ACCESS TO WEAPONS | | X | IF YES, ARE THEY SAFEGUARDED? |
| SELF-MUTILATING BEHAVIORS | | | |
| PAST | X | | Past year Hx |
| CURRENT | X | | biting self, pulling scabs, head banging |
| FAMILY HISTORY OF SUICIDE / MENTAL HEALTH / SUBSTANCE ABUSE | | X | unknown |

| 2. PSYCHOSIS | YES | NO | |
|---|---|---|---|
| HALLUCINATIONS (check type) | | X | non reported |
| ☐ AUDITORY ☐ VISUAL ☐ TACTILE ☐ OLFACTORY | | | |
| COMMAND TYPE | | X | non reported |
| DELUSIONS (Fixed, Persecutory, Etc.) | | X | non reported |
| PARANOID IDEATION | | X | non reported |

### 3. SUBSTANCE ABUSE  (CHECK IF EVER USED)

☐ ALCOHOL   ☐ MARIJUANA   ☐ STIMULANTS   ☐ OPIATES   ☐ COCAINE   ☐ OTCs   ☐ TOBACCO
☐ HALLUCINOGENS   ☐ METHADONE   ☐ RX PAIN MEDS   ☐ HEROIN   ☐ TRANQUILIZERS   ☐ METHAMPHETAMINE
☐ INHALANTS   ☐ SEDATIVES   ☐ BENZODIAZEPINES   ☐ OTHER:

| SUBSTANCE (LAST 30 DAYS ONLY) | AGE OF 1ST USE | CURRENT AMOUNT | CURRENT FREQUENCY | CURRENT DURATION | DATE OF LAST USE/AMOUNT | ROUTE OF USAGE (I.V., SMOKING, ETC.) |
|---|---|---|---|---|---|---|
| Hx of medical marijuana gummies | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | |
|---|---|
| PATIENT'S LONGEST PERIOD OF SOBRIETY: | 10 + weeks  DATE OF LAST PERIOD OF SOBRIETY: 10+ weeks |

| PATIENT'S TRIGGERS FOR RELAPSE: | | | | | |
|---|---|---|---|---|---|
| CURRENT WITHDRAWAL SYMPTOMS: | ☐ NONE   ☐ RUNNY NOSE   ☐ EYES TEARING   ☐ BONE OR JOINT ACHES   ☐ PUPIL SIZE   ☐ RESTLESSNESS | | | | |
| | ☐ NAUSEA   ☐ TREMOR   ☐ SWEATING   ☐ AGITATION   ☐ VITAL SIGNS | | | | |
| HISTORY OF: ☐ WITHDRAWAL   ☐ DTs   ☐ BLACKOUTS   ☐ SEIZURES | | | | | |


Aurora Behavioral Health System
Original: 7/10, Rev: 11/15/13, 10/01/2014, 11/25/14, 1/7/2015, 2/25/2015, 03/02/2015, 04/14/2015, 6/18/2015, 12/3/2015, 6/01/2016

Page 1 of 4



AURORA
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1812439 DOB:_____ Age: 17
MedRec#:_____ Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:    Mlak, K.

## MEDICAL SCREENING EVALUATION – BEHAVIORAL HEALTH

| 4. MAJOR LIFE AREAS | YES | NO | AS EVIDENCED BY FREQUENCY, INTENSITY, DURATION, SOURCE |
|---|---|---|---|
| PROBLEMS AT WORK OR SCHOOL | | X | non reported |
| DEVELOPMENTAL DISABILITY | X | | Autism, non verbal |
| RELATIONSHIP ISSUES | | X | non reported |
| LEGAL ISSUES (Probation, Parole, DUI, etc) P.O./PROBATION OFFICER:_____ ROI SIGNED:_____ | | X | non reported |
| FINANCIAL ISSUES PATIENT RECEIVES DISABILITY: | | N | pt is minor |

| 5. ABUSE/NEGLECT/TRAUMA | YES | NO | NOTE PERPETRATOR, VICTIM, DATES, PHYSICAL EVIDENCE, IF LEGAL ACTION TAKEN, FREQUENCY & DURATION |
|---|---|---|---|
| PHYSICAL: | | | |
| EMOTIONAL: | | | |
| SEXUAL: | | | Unknown Hx – pt non-verbal |
| OTHER TYPES OF TRAUMA/HISTORY: | | | |
| POLICE REPORT REQUIRED AT THIS TIME: CPS REPORT REQUIRED AT THIS TIME: NAME OF PERSON FILING REPORT: | | X | N/A |
| HARM TO SELF OR OTHERS IN A TREATMENT SETTING | X | | self harm and aggressive B/s |

CURRENT COURT ORDERED TREATMENT: ☐ YES ☐ NO  TYPE: DTS DTO PAD   DATES:

| WHO DOES PATIENT LIVE WITH: group home | SUPPORT SYSTEM: guardian | ROI SIGNED: ☐ YES ☐ NO If yes, for whom: |
|---|---|---|

ANY SITUATIONS AT HOME THAT REQUIRE IMMEDIATE ATTENTION? (e.g., child or pet): IF YES, WHAT ACTION IS TO BE TAKEN?  ⊃-A

| 6. SLEEP AND APPETITE | |
|---|---|
| SLEEP DISTURBANCE | ☐ NONE   ☐ FREQUENT AWAKENING   ☐ EARLY MORNING AWAKENING   ☐ NIGHTMARES ☐ HYPERSOMNIA   ☐ DIFFICULTY FALLING ASLEEP   ☐ OTHER:_Unknown_ |
| HOURS OF SLEEP IN 24 HOUR PERIOD | Current # Hours Sleep _____   Current Consecutive # Hours Sleep _____ Comments: Unknown |
| APPETITE | ☐ No Change in Appetite   ☐ Decrease in Appetite   ☐ Increase in Appetite |
| | ↑ / ↓ Weight #_____ lb Over What Time Period _____  Unknown |
| | Patient Evidence of Disordered Eating? ☐ NO ☐ YES  If Yes, describe: |

| 7. MENTAL STATUS | | | | | |
|---|---|---|---|---|---|
| APPEARANCE | ☐ NEAT/WELL GROOMED | ☐ DISHEVELED | ☐ UNCLEAN | ☐ BIZARRE | ☐ DETERIORATION OF HYGIENE |
| ORIENTATION | ☐ PERSON | ☐ PLACE | ☐ DATE | ☐ TIME | ☐ SITUATION |
| SPEECH | ☐ NORMAL | ☐ PRESSURED | ☐ SOFT | ☐ SLOW | ☐ POVERTY OF SPEECH |
| ATTITUDE / BEHAVIOR | ☐ COOPERATIVE ☐ NON-RESPONSIVE | ☐ GUARDED | ☐ PSYCHOMOTOR RETARDATION | ☐ PSYCHOMOTOR AGITATION | ☐ BIZARRE /UNUSUAL |
| EYE CONTACT | ☐ GOOD | ☐ FAIR | ☐ POOR | | |
| MOOD AS EVIDENCED BY: | ☐ EUTHYMIC | ☐ DEPRESSED | ☐ IRRITABLE | ☐ ELEVATED | ☐ EXPANSIVE |
| AFFECT AS EVIDENCED BY: | ☐ APPROPRIATE | ☐ RESTRICTED | ☐ FLAT | ☐ LABILE | ☐ INAPPROPRIATE |
| THOUGHT PROCESS AS EVIDENCED BY | ☐ LOGICAL/GOAL ORIENTED | ☐ CONFUSED ☐ CIRCUMSTANTIAL | ☐ DISORGANIZED ☐ PERSERVERATIVE | ☐ LOOSE ASSOCIATIONS ☐ FLIGHT OF IDEAS | ☐ TANGENTIAL ☐ RACING THOUGHTS ☐ DISORIENTED |
| JUDGMENT | ☐ GOOD | ☐ FAIR | ☐ POOR   AS EVIDENCED BY: | | |
| INSIGHT | ☐ GOOD | ☐ FAIR | ☐ POOR   AS EVIDENCED BY ' | | |
| MEMORY - RECENT: ☐ GOOD AS EVIDENCE BY: | ☐ FAIR | ☐ POOR | REMOTE: ☐ GOOD | ☐ FAIR | ☐ POOR |
| MOOD INDICATORS | ☐ Depressed Mood ☐ Elevated Mood ☐ Increased Energy ☐ Decreased Energy | ☐ Social Withdrawal ☐ Termination of Previous Activities ☐ Engaging in Multiple Activities ☐ Difficulty Concentrating | ☐ Rage Episodes ☐ Indecisiveness ☐ Poor Impulse Control ☐ Hopelessness | ☐ Labile ☐ Anhedonia ☐ Irritability ☐ Overly Social | |





**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1812439  DOB: ▮▮▮  Age: 17
MedRec#: ▮▮▮  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:  Mlak, K.

## MEDICAL SCREENING EVALUATION – BEHAVIORAL HEALTH

| 8. TREATMENT HISTORY |
|---|

Previous inpatient within the last 30 days?: ☐ Yes  ☐ No  if Yes, location/facility: _____
Was Aftercare Plan followed: ☐ Yes  ☐ No  If no, what was the barrier/reason:

| MODALITY (INPATIENT/OUTPATIENT/ PHP/IOP, ETC.) | PROVIDER (CLINIC/PSYCHIATRIST/COUNSELOR) | DATES | PREVIOUS DIAGNOSIS | WAS TREATMENT EPISODE COMPLETED? |
|---|---|---|---|---|
| IP | ABHE | 3/18, 4/16 | Dysrhythmic mood Autism | yes |
| IP | Banner Thunderbird 3x | Aug | Aggression | yes |
| DP | IPR | | | |

**9. CHIEF COMPLAINT/PRESENTING ISSUES:** (In the patient's own words) What brings you in today?  What are the precipitating factors? How long have you been experiencing these symptoms?  How are you functioning on a daily basis?

Per crisis collateral – Pt is nonverbal and has DCS guardian - ↑ in violent aggressive BX's this month resulting is 3 ER visits, PD outreach, physical and chemical restraints, and pt being on 3:1 LOC in group home. Pt attempted to 'leave group home and attacked staff resulting in pt fighting staff and getting rug burn while being restrained

**NARRATIVE CONCLUSION: Summarize Pertinent Information**
ACCURACY OF REPORTS: ANY CONCERNS THAT THE PATIENT/OTHERS MAY BE CONCEALING/DENYING CURRENT/PAST SUICIDAL/HOMICIDAL/ASSAULTIVE IDEATION/BEHAVIOR? ☐ YES ☐ NO  DESCRIBE:

Pt was transported via ambio from Abrazo Arrowhead hospital. Pt is a 17 year old female who is nonverbal with Autism Dx. Pt resides in group home and is ward of DCS. Pt was referred for inpt hospitalization as former pt due to ↑ in violent bx's toward staff and peers. Most recently staff has punched staff and residents, bites self and others, hit peer in head with towel bar inducing a seizure, assaulted RN at hospital and eloped from ER. Pt has increasingly need restraints to manage violent pt bursts. Pt needs a 2:1 1:3:1 level of care due to bx's. Per collateral Pt has been taking off medicinal marijuana gummies for levels once removed from mothers care. It was reported pt was doing "well" Dec then prior to medication input. Pt did not appear to endorse SI/psychosis prior to admit to ED.

Risk factors – Hx of smearing feces, violent impulses, biting, AWOL

Recommendation – Inpt LOC for DTO/DTS risk



Name: Scianna, Brooke
Adnum: 1812439 DOB:
MedRec#: [redacted]  Age: 17
Unit: Coyote  / #106 / A  Sex: F DOA: 08/25/18
Doctor:  Mlak, K.

## MEDICAL SCREENING EVALUATION – BEHAVIORAL HEALTH

**PRELIMINARY TREATMENT GOALS AND DISCHARGE PLAN:** (Brief description of the discharge plan discussed with patient in A&R)

*QI5, med mgmt, CFT, group bond placement / OP providers*

### PROVISIONAL DSM DIAGNOSIS

| | |
|---|---|
| Primary Diagnosis: F34-81 Disruptive mood d/o | Primary Diagnosis: |
| Secondary Diagnosis: F84.0 Autism Spectrum | Medical Diagnosis: |
| Medical Diagnosis: | |
| Psychosocial Stressors: Unknown | Functional Impairment: Denied |

### EMERGENCY MEDICAL CONDITION (EMC)

Does the patient currently have an emergency medical condition? ☐ NO ☒ YES If yes, must admit, transfer, or petition.

### LEVEL OF CARE RECOMMENDATION

| AURORA EAST | AURORA WEST | OTHER |
|---|---|---|
| ☒ Inpatient | ☐ Inpatient ☐ GMH/SA ☐ Geriatric ☐ Military | ☐ Outpatient Psychiatrist/Therapist |
| ☐ Partial Hospitalization (Adult) | ☐ Partial Hospitalization (Adult) | ☐ RTC |
| ☐ Mental Health IOP (Adult) | ☐ Mental Health IOP (Adult) | ☐ Transfer for Medical Clearance |
| ☐ Mental Health IOP (Adolescent) | ☐ Chemical Dependency IOP (Adult) | ☐ Other: _____ |
| ☐ Chemical Dependency IOP (Adult) | ☐ Mental Health IOP (Adolescent) | |

### DISPOSITION

☒ Admit: Inpatient: ☐ Mental Health (Adult) ☐ Detox (Adult)
    ☒ Mental Health (Adolescent) ☐ Detox (Adolescent)
    Attending Provider: _Mlak_ Unit: _Coyote_ Bed #: _106_
    Co-Attending Provider: _____
    For Inpatient Stay: Language/hearing services needed? ☒ NO ☐ YES If yes:
    Community Service notified: _____ Date: _____ Time: _____
    Special Instructions: _____
    Is patient affiliated with military: ☒ NO ☐ YES If yes:
    Contact Aurora Military Liaison notified by calling (623) 640-5740 Date: _____ Time: _____

☐ Admit: Outpatient: ☐ Partial Hospitalization (Adult) ☐ Mental Health IOP (Adult)
    ☐ Mental Health IOP (Adolescent) ☐ Chemical Dependency IOP (Adult)
    ☐ Start Date: (Outpatient Services will contact patient) ☐ Group Time: _____
    ☐ Disposition Patient in AIS as "Pending"

☐ Refused Admission or Refused Transfer (Circle One): Staffed with Provider: _____
    ☐ Petition Completed OR Informed Consent to Refuse Treatment Form Completed
    ☐ Patient stable* ☐ Patient unstable** ☐ Disposition Patient in AIS
    Referred to:    a. _____ b. _____

☐ Not Recommended for Admission: Staffed with Provider: _____
    ☐ Patient stable* ☐ Patient unstable** ☐ Disposition Patient in AIS
    Referred to:    a. _____ b. _____

☐ Transferred: Staffed with Provider: _____
    ☐ Transfer Form Completed by RN
    ☐ Patient stable* ☐ Patient unstable** ☐ Disposition Patient in AIS
    *Patient stable – The patient has been examined and any medical condition has been stabilized such that within reasonable clinical
    confidence, no material deterioration of the patients' condition is likely to result from or occur during transfer.
    **Patient unstable - The patient has been examined, an EMC has been identified and patient is not stable, but the transfer is
    medically indicated and in the best interest of the patient.

### OUTREACH

1. Referral from MD/MH Professional ☒ YES ☐ NO If yes:
    Provider Name: _Arrowhead Hospital_ Phone: _____
    Notified: Date: _8/25/18_ Time: _____
2. Initiate Coordination of Care: (Check all that apply):
    ☒ PCP ☐ T/RBHA ☐ Juvenile Probation ☐ Other community agencies/providers (specify): _____

_Diane J. Garcia, NCC, LAC_

**Staff Signature, Stamp and Credentials**





AURORA
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1812439  DOB: ▮▮▮▮
MedRec#: ▮▮▮▮▮  Sex: F  DOA: 08/25/18  Age: 17
Unit: Coyote / #106 / A
Doctor:   Miak, K.

## NURSING ADMISSION ASSES

| ASSESSMENT DATE: 8/25/18 | | TIME: 2130 |
|---|---|---|

| | |
|---|---|
| **CHIEF COMPLAINT** (patient's words) | Pt non verbal |
| **REASON FOR ADMISSION** | DTS<br>DTO<br>increase in aggressive behavior at grp home |

**LEARNING ASSESSMENT**

Patient prefers: ☐ Audio ☐ Visual ☐ Printed Material ☐ Demonstration ☒ Other: unknown

Cultural or Religious Preferences:

Motivation to learn (rate): 1  2  3  4  5  6  7  8  9  10

| Emotional Barriers to Learning : ☐ None | Physical/Cognitive Limitations: ☐ None | Communication Barriers: ☐ None |
|---|---|---|
| ☐ Labile mood | ☒ Learning disability ☐ Active Detox | ☐ Limited English language proficiency |
| ☐ Recent trauma | ☐ Active psychosis | ☐ Cultural/Religious preferences |
| ☐ Abuse | ☐ Deafness  ☒ Autistic | ☐ Deafness  ☒ Mute |
| | ☐ Blindness | ☐ Blindness |

**SUBSTANCE ABUSE HISTORY**

☐ Denies substance abuse history   ☐ Reports past substance abuse history, if reported completed table below

| Substance | Age of First Use | Current Amount/Freq. | Duration | Last Use | Route |
|---|---|---|---|---|---|
| Marijuana gummies | unk | unk | unk | 6+ wks | PO |

Have you used tobacco within previous 30 days (cigarettes, smokeless tobacco, pipe, cigars):  ☐ Yes  ☒ No

If Yes, Please choose one:   ☐ greater than ¼ pack / day or daily use of smokeless tobacco, pipe, cigars
                            ☐ less than ¼ pack / day or less than daily use of smokeless tobacco, pipe, cigars

Tobacco Cessation Counseling Provided:        Patient: ☐ Accepted  ☐ Refused
FDA Approved Cessation Medication offered:    Patient: ☐ Accepted  ☐ Refused  ☐ Contraindicated
Referral to the ASH line faxed:               Patient: ☐ Accepted  ☐ Refused

| **FAMILY HISTORY OF MENTAL ILLNESS/ SUBSTANCE ABUSE** | unk |
|---|---|

**SOCIAL HISTORY**

Current living situation, marital status, children, employment, transportation

grp home
✓ single

**ALLERGIES**

☐ Patient denies any known allergies

| Allergy To: Risperdone | Type of Reaction: unknown |
|---|---|
| Allergy To: | Type of Reaction: |
| Allergy To: | Type of Reaction: |
| Allergy To: | Type of Reaction: |

| **GENERAL APPEARANCE** | disheveled<br>flat affect |
|---|---|



## AURORA
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1012439 DOB: ▮▮▮ Age: 17
MedRec#: ▮▮▮ Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:   Mlak, K.

## NURSING ADMISSION ASSES

| BRIEF PSYCHIATRIC RATING SCALE Write in the appropriate number for each item, using the following key: 0=Not Present; 1=Very Mild; 2=Mild; 3=Moderate; 4=Moderately Severe; 5=Severe; 6=Extremely Severe | | | | | |
|---|---|---|---|---|---|
| **SOMATIC CONCERN**–Degree of concern over present bodily health. | 0 | **ANXIETY**-Worry, fear, or over-concern for present or future. | 0 | **EMOTIONAL WITHDRAWAL**-Deficiency in relating to the interviewer and to the interview situation. | 6 |
| **CONCEPTUAL DISORGANIZATION**-Degree to which the thought processes are confused, disconnected or disorganized. | 5 | **GUILT FEELINGS**-Over-concern or remorse for past behavior. | 0 | **MANNERISMS AND POSTURING**-Unusual and unnatural motor behavior, the type of motor behavior which causes certain patients to stand out in a crowd of normal people. | 4 |
| | | **TENSION**- Physical and motor manifestations of tension "nervousness" and heightened activation level. | 4 | | |
| **GRANDIOSITY**- Exaggerated self-opinion, conviction of unusual ability of powers. | 0 | **DEPRESSIVE MOOD**-Despondency in mood, sadness. Rate only degree of despondency. | 3 | **HOSTILITY**-Animosity, contempt, belligerence, disdain for other people outside the interview situation. | 0 |
| **SUSPICIOUSNESS**-Belief (delusion or otherwise) that others have now, or have had in the past, malicious or discriminatory intent toward the patient. | N/A UNK | **HALLUCINATORY BEHAVIOR**-Perceptions without normal external stimulus correspondence. | N/A UNK | **MOTOR RETARDATION**-Reduction in energy level evidenced in slowed movements. | N/A UNK |
| **BLUNTED AFFECT**-Reduced emotional tone, apparent lack of normal feeling or involvement. | 5 | **UNCOOPERATIVENESS**-Evidence of resistance, unfriendliness, resentment, and lack of readiness to cooperate with the interviewer. | 3 | **UNUSUAL THOUGHT CONTENT**- Unusual, odd, strange, or bizarre thought content. | N/A UNK |
| **ELEVATED MOOD**-Happy, laughing, joking, optimistic, with exaggerated sense of well being | 0 | **EXCITEMENT**-Heightened emotional tone, agitation, increased reactivity. | 0 | **DISORIENTATION**-Confusion or lack of proper association for person, place or time. | 5 |

| PHYSICAL STATUS | T: ⎯ | P: 136 | R: 16 | BP: 138/87 |
|---|---|---|---|---|
| | Gender: F | Age: 17 | Height: 5'7" | Weight: 113 lbs |

### MEDICAL SYSTEM REVIEW

Surgical History: ☐ Denies Past Surgeries   ☐ List Procedures and Dates   ☒ UNKnown SW

| Date/Procedure: | Date/Procedure: | Date/Procedure: | Date/Procedure: |
|---|---|---|---|
| | | | |

*ANY ACTIVE MEDICAL PROBLEMS IDENTIFIED REQUIRE A TREATMENT PLAN*

**Cardiovascular:** ☐ Denies *unable to assess*
| Problem: | ☐ Active ☐ Stable |
|---|---|
| Problem: | ☐ Active ☐ Stable |
| Problem: | ☐ Active ☐ Stable |

**Respiratory:** ☐ Denies *unable to assess*
| Problem: | ☐ Active ☐ Stable |
|---|---|
| Problem: | ☐ Active ☐ Stable |
| Problem: | ☐ Active ☐ Stable |

**Neurological:** ☐ Denies *unable to assess*
| Problem: | ☐ Active ☐ Stable |
|---|---|
| Problem: | ☐ Active ☐ Stable |
| Problem: | ☐ Active ☐ Stable |

**Gastro-Intestinal:** ☐ Denies *unable to assess*
| Problem: | ☐ Active ☐ Stable |
|---|---|
| Problem: | ☐ Active ☐ Stable |
| Problem: | ☐ Active ☐ Stable |

**Genitourinary:** ☐ Denies *unable to assess*
| Problem: | ☐ Active ☐ Stable |
|---|---|
| Problem: | ☐ Active ☐ Stable |
| Problem: | ☐ Active ☐ Stable |

**Endocrine:** ☐ Denies *unable to assess*
| Problem: | ☐ Active ☐ Stable |
|---|---|
| Problem: | ☐ Active ☐ Stable |
| Problem: | ☐ Active ☐ Stable |

**Musculo-Skeletal:** ☐ Denies *unable to assess*
| Problem: | ☐ Active ☐ Stable |
|---|---|
| Problem: | ☐ Active ☐ Stable |
| Problem: | ☐ Active ☐ Stable |

**Dental:** ☐ Denies (Include appliances/dentures-lower/upper) *unable to assess*
| Problem: | ☐ Active ☐ Stable |
|---|---|
| Problem: | ☐ Active ☐ Stable |
| Problem: | ☐ Active ☐ Stable |

**Ear, Nose & Throat:** ☐ Denies *unable to assess*
| Problem: | ☐ Active ☐ Stable |
|---|---|
| Problem: | ☐ Active ☐ Stable |
| Problem: | ☐ Active ☐ Stable |

**Reproductive: (Female)** Pregnant: ☐ Yes: _____ *test not yet*
☐ No: LMP: *unk*   Lactating: ☐ Yes ☐ No *not yet*
| Problem: Rt Kling - Birth Control | ☐ Active ☐ Stable |
|---|---|
| Problem: | ☐ Active ☐ Stable |



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1812439  DOB: [redacted]  Age: 17
MedRec#: [redacted]  Sex: F  DOA: 08/25/18
Unit: Coyote / 6106 / A
Doctor:   Miak, K.

## NURSING ADMISSION ASSESS[

| SLEEP, VISION, HEARING, SPEECH | Sleep | Vision | Hearing |
|---|---|---|---|
| | ☐ Avg. #hrs/day ___ | ☐ Problems Denied  ☐ Visually Impaired | ☐ Problems Denied  ☐ Deaf |
| | ☒ Night Time Awakening | ☐ Blurring  ☐ Legally Blind | ☐ Ear Pain  ☐ Sign Language |
| | ☐ Problems Denied | ☐ Glasses | ☐ Hearing Aid  ☒ Other: N/A |
| | ☐ Insomnia  ☐ Requires Medication | ☒ Other: N/A | ☐ Hearing Impair. |
| | ☐ Early Awakening  ☐ Nightmares | ☐ Contacts | |

| IMMUNIZATION HISTORY | ☐ Patient attends a school for which enrollment is dependent upon current immunizations |
|---|---|
| | ☐ Immunizations believed to be current – indicated by: Name: _____ |
| | ☒ Status unknown by patient/informant |

| SKIN/BODY CHECK | B = Bruises  D = Decubitus |
|---|---|
| | R = Rashes  T = Tattoos |
| | L = Lacerations  V = Vermin |
| | BU = Burns  S = Scars |

COMMENTS:
Broke has brush/arm/scrap like lacerating (sporticul) to her bilateral cheeks (L) Shoulder and bilateral elbows. Pt. also has multiple bruises on (L) Shoulder, (R) thigh + bilateral arms. Pt has porta at most of her neck (from)

RN Signature: Imani Thompson RN, BSN

Date: 8/25/18  Time: 2130

Back   Front

| NUTRITIONAL ASSESSMENT | | | NUTRITIONAL SCREEN SCORE |
|---|---|---|---|
| 0  points | ☐ Patient Denies Problems or Special Dietary Requirements | | |
| 0  points | ☐ Active Vomiting – Contact Internal Medicine Physician | | 5 |
| 0  points | ☐ Active Diarrhea – Contact Internal Medicine Physician | | |
| 10  points | ☐ BMI is < 19 or > 30 | | If Nutritional Screen score is ≥20 OR Dehydration Assessment indicates CALL PHYSICIAN TO ORDER NUTRITION CONSULT |
| 10  points | ☐ Uncontrolled Diabetes | | |
| 10  points | ☐ Active Eating Disorder | | |
| 5  points | ☐ History of Bariatric Surgery, When: _____ | | |
| 5  points | ☐ Loss or ☐ Gain of 10% of body weight in past 90 days | | |
| 5  points | ☐ Special Cultural Dietary Issues, Specify: _____ | | |
| 5  points | ☐ Wears Dentures: ☐ Upper  ☐ Lower  ☐ Partial | | |
| 5  points | ☐ Chewing/Swallowing Difficulty | | |
| 5  points | ☒ Food Allergies, Specify: Gluten + dairy | | |

*Total points (indicate in box to the right). Indicate 0 if score is zero*
Indicate Allergies, Cultural Considerations and Preferences on Dietary Sheet

| DEHYDRATION ASSESSMENT | *Approximate Daily Fluid Intake: (Other than ETOH)* | |
|---|---|---|
| | ☐ 0 – 2 glasses/day  ☒ 3 – 6 glasses/day  ☐ 7 – 10 glasses/day | Date: 8/25/18 |
| | If  0 – 2, patient may be dehydrated CALL PHYSICIAN to assess hydration status | Time: 2130 |
| | | Initial: [signature] |





BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke   Age: 17
Admn#: 1812439 DOB:           Sex: F DOA: 08/25/18
MedRec#:  #106 / A
Unit: Coyote
Doctor:   Miak, K.

## NURSING ADMISSION ASSESS___

| PAIN ASSESSMENT | Does patient have acute or chronic pain? ☐ NO ☐ YES ↓ (If yes, ___ the following. If NO, enter 0 for pain rating) | PATIENT'S CURRENT PAIN RATING |
|---|---|---|
| | 0 – 10 NUMERIC PAIN INTENSITY SCALE – CIRCLE PATIENT'S STATED PAIN LEVEL | |

0   1   2   3   4   5   6   7   8   9   10
NO PAIN                MODERATE PAIN                WORST POSSIBLE PAIN

Wong-Baker Faces Scale
(Utilize for patient who may be unable to think abstractly or have a language barrier)
CHOOSE THE FACE THAT BEST DESCRIBES HOW YOU FEEL

| 0 NO HURT | 2 HURTS LITTLE BIT | 4 HURTS LITTLE MORE | 6 HURTS EVEN MORE | 8 HURTS WHOLE LOT | 10 HURTS WORST |
|---|---|---|---|---|---|

**PATIENT'S CURRENT PAIN RATING:** Ø

If Current Pain rating is 6 or greater – notify MD and discuss pain management options.

| Type of Pain: | ☐ Ache | ☐ Burning | ☐ Stabbing | ☐ Throbbing | ☐ Shooting | ☐ Other: |
|---|---|---|---|---|---|---|
| Frequency: | ☐ Continuous | ☐ Intermittent | | | | |
| Duration: | | | | | | |
| Location: | | | | | | |
| Aggravating Factors: | ☐ Physical Activity | ☐ Sitting | ☐ Standing | ☐ Walking | ☐ Other: | |

Current Pain Relief Regimens: ☐ Effective ☐ Somewhat Effective ☐ Ineffective ☐ Describe:

Effects of Pain on Daily Activities: ☐ None ☐ Somewhat Limiting ☐ Very Limiting ☐ Describe:

---

## EDMONSON PSYCHIATRIC FALL RISK ASSESSMENT:

| History of Falls: | | Sleep Disturbance: | |
|---|---|---|---|
| 8    No History of Falls<br>14   History of Falls in the last 3 months | Unknown | 8    No Sleep Disturbance<br>12   Report of Sleep Disturbance by patient, family or staff | 8 |
| **Mental Status:**<br>-4   Fully Alert/Oriented at all times<br>12   Agitation/Anxiety<br>13   Intermittently confused<br>14   Confusion/Disorientation | unable to assess | **Diagnosis:**<br>10   Bipolar/Schizoaffective Disorder<br>8    Substance abuse/Alcohol abuse<br>10   Major Depressive Disorder<br>12   Dementia/Delirium | DMDD Autistic |
| **Elimination:**<br>8    Independent with control of bowel/bladder<br>12   Catheter/Ostomy<br>10   Elimination with Assist<br>12   Altered elimination (incontinence, nocturia, frequency)<br>12   Incontinent | 8 | **Medications:**<br>10   No Medications<br>10   Cardiac Medications<br>8    Psychotropic Medications (including benzodiazepines and antidepressants)<br>OR<br>12   Increase in these medications and/or PRN (psych, pain) medication received in the last 24 hours | 8 |
| **Ambulation/Balance:**<br>7    Independent/Steady gait/Immobile<br>8    Proper Use of Assistive Devices (cane, walker, w/c)<br>10   Vertigo/Orthostatic Hypotension/Weakness<br>8    Unsteady/Requires Assist and Aware of Abilities<br>15   Unsteady but Forgets Limitations | 7 | **Nutrition:**<br>12   Has had very little food or fluids in the past 24 hours<br>0    No apparent abnormalities with appetite | 0 |
| Age:  8    Less than 50<br>10   50-79<br>26   80-over | 8 | **TOTAL:** *Add all nine columns*<br>**FALL RISK = SCORE OF 90 OR GREATER**<br>**REQUIRES A TREATMENT PLAN** | 39 |


**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1812439  DOB:         Age: 17
MedRec#:         Sex: F  DOA: 08/25/18
Unit: Coyote  / #106 / A
Doctor:    Mlak, K.

## NURSING ADMISSION ASSESSMENT

| SELF HARM/SUICIDE RISK ASSESSMENT | 3 | 2 | 1 | 0 | |
|---|---|---|---|---|---|
| Are you being admitted for (danger to self) DTS? | | Yes | | No | Suicide Risk Assessment Score: |
| Have you ever attempted to harm yourself while in a facility or hospital? | 2 or More | 1 Time | Thoughts | None | |
| Has anyone close to you ever committed or attempted suicide? | Immediate, Family or Close Friend | Relative | Acquaintance | None | |
| Do you ever feel hopeless or helpless about your life? | Hopeless | Apathetic | Somewhat Hopeful | Hopeful | |
| Have you ever been a victim of sexual or physical abuse? | | Yes | | No | **13** |
| Patient's Age: | 45 to 65 years old | 65+ | 14 to 44 years old | 14 and Under | |
| Patient's Gender: | | Male | | Female | |
| What is your current employment status? | Unemployed/Dropped out of school | | | Employed/Student | If score is > 45 patient is HIGH RISK for suicide. Complete interventions as detailed |
| What is your personal or family financial situation? | No income | Government Assistance | Retirement/Disability | Stable | |
| Marital Status: | Divorced/Separated/Widowed Recent (Within a year) | Divorced/Separated/Widowed (Over 1 year) | Marital Discord | Married/Single | |
| Race/Ethnicity: | | Caucasian/Native American/Alaskan Native | | Other | < 26 → LOW No additional precautions. Routine monitoring. |
| Are you currently taking Psychotropic medication? | | Yes | | No | |
| Do you suffer from chronic pain or long term illness? | Debilitating pain/illness | Moderate debilitation | Mild debilitation | None | |
| Psychiatric Diagnosis: | Affective Disorder (MDD, Mood D/O NOS, Anxiety D/O, PTSD or Dysthymia) | Bipolar or Cyclothymic Disorder | Psychotic Disorder (Schizophrenia, Schizoaffective, Psychotic D/O NOS.) | Other | 26 - 45 → MEDIUM Communication to all staff of risk level. Monitor for abrupt changes in behavior, mood, and/or affect. Monitor environment carefully for contraband or potentially dangerous items. |
| Alcohol/Substance Abuse/Dependence: | | Yes | | No | |
| How strong is your desire to live? | None | Weak | Moderate | Strong | |
| How strong is your desire to die? | Strong | Moderate | Weak | None | |
| Do you have more reasons to live or to die? | | Die | Equal | Live | |
| Are you currently thinking about killing yourself? | | Yes | | No | |
| Are you thinking about harming yourself right now? | | Yes | | No | |
| How often do you think about harming yourself? | Always | Sometimes | Rarely | Never | |
| Are these thoughts intrusive or disruptive to your normal thinking? | Always | Sometimes | Rarely | Never | |
| How long do these thoughts last? | Constant | Most of the Day | Brief | None | |
| How likely are you to act upon these thoughts? | Very Likely | Likely | Slightly | I wont | > 45 → HIGH RN to notify provider of high risk status and ask provider to consider observation status change to 1:1 as appropriate. Communication to all staff of risk level, vigilant monitoring of environment and behavior. |
| Do you have a plan as to how you would harm yourself? | | *Yes | | No | |
| *If yes, describe plan: | | | | | |
| Have you ever attempted suicide in the past? | *2 or more | *1 time | Thoughts | None | |
| If patient has attempted, describe attempts: | | | | | |
| **Protective Factors** | | | | | |
| Identifies reasons for living | | No | | Yes | |
| Family or other responsibility | | | Has no family | Has family he/she supports | |
| Social Network/family | | Has no family/friends | Has friends/family but not supportive s | Has supportive friends/family | |
| Are you actively engaged in religious or community activities? | No affiliation | Attends occasionally | Frequent attendance | Active participation | |
| Do you have cultural or religious beliefs that discourage suicide? | | | No | Yes | |
| **Scoring:** Add up the number of responses in each column. Multiply them by the column value then total all. | | | | | |

All unanswered were unable to be assessed due to pt being mute

Aurora Behavioral Health System
Original: 7/26/11, Rev: 10/11/12, 11/25/2014, 01/01/2015, 2/13/2015, 04/22/2015, 09/21/2015, 12/31/15, 06/01/2016, 07/06/17, 02/15/18, 5/2/18

Page 5 of 8


AURORA
BEHAVIORAL HEALTH SYSTEM
## NURSING ADMISSION ASSESSMENT

Name: Scianna, Brooke
Adnum: 1812439  DOB: ▓▓▓▓▓   Age: 17
MedRec#: ▓▓▓▓▓  Sex: F  DOA: 08/25/18
Unit: Coyote  / #106 / A
Doctor:     Mlak, K.

Information presented in this assessment is based on recommendations from the following sources: Providence Health System's "Specialty Risk Assessment and Management" by Jeff Young Disease Control and Prevention; U.S. Department of Health and Human Services Substance Abuse and Mental Health Services Administration (SAMHSA); World Health Organization and Institute for Clinical Systems Improvement; SAFE-T for Mental Health Professionals; National Institute; Prevention Lifeline; www.suicidology.org; American Foundation for Suicide Prevention.

| AWOL RISK ASSESSMENT *(Check all that apply)* | 10 points<br>5 points<br> | ☒ Stating AWOL intent<br>☒ History of AWOL<br>☐ Door Testing | 3 points<br>3 points | ☒ Substance Abuse<br>☒ Unpredictable Behavior<br>☐ Psychotic Behavior | AWOL RISK SCORE: |
|---|---|---|---|---|---|
| | *0 – 5 Low Risk,* no special AWOL precautions.<br>*6 – 9 Moderate Risk,* monitor patient for high risk behaviors such as layering of clothing, straggling when walking to groups, pacing, or making comments about leaving the facility.<br>*10+ High Risk,* place AWOL risk signs on all entrances to unit, Charge RN to obtain order from MD to restrict access to coats/shoes, and staff to redirect patient from all unit doors/exits. | | | | | *8*<br>10+ = High Risk |

| DANGER TO OTHERS RISK ASSESSMENT *(Check all that apply)* | 10 points<br>5 points<br>5 points<br>5 points | ☐ Patient striking out<br>☐ Patient verbalizing threats<br>☒ History of assault<br>☒ Patient admitted as DTO | 5 points<br>3 points<br>3 points<br>3 points | ☐ Patient paranoid/delusional<br>☐ Patient is in manic state<br>☒ Unpredictable behavior<br>☐ Psychotic behavior | ASSAULT RISK SCORE: |
|---|---|---|---|---|---|
| | *0 – 5 Low Risk,* no special DTO precautions.<br>*6 – 9 Moderate Risk,* Avoid loud or harsh tones, set supportive limits and offer choices<br>*10+ High Risk,* Vigilant monitoring of aggressive/dangerous behavior, intervene quickly at first signs of escalation. DO NOT ROOM WITH VULNERABLE PATIENT | | | | | *13*<br>10+ = High Risk |

| SEXUAL ACTING OUT RISK ASSESSMENT *(Check all that apply)* | 15 points<br>5 points<br>5 points<br>5 points | ☐ History of sexual predator<br>☐ Patient is hypersexual<br>☐ Displays poor boundaries<br>☐ History of sexual abuse | 5 points<br>5 points<br>5 points<br>5 points | ☐ Poor impulse control<br>☐ Manic state<br>☐ Admits promiscuity<br>☐ Sexually explicit | SEXUAL RISK SCORE: |
|---|---|---|---|---|---|
| | *0 – 5 Low Risk,* no special sexually acting out precautions.<br>*6 – 14 Moderate Risk,* Monitor for sexually inappropriate behavior and/or comments.<br>*15+ High Risk,* Charge RN to obtain order from MD for "no roommate" status, "12 foot rule" from peers, and discuss potential observation level change to 1:1 with MD. | | | | | *0*<br>15+ = High Risk |

| VULNERABILITY RISK ASSESSMENT *(Check all that apply)* | 10 points<br>5 points<br>5 points | ☐ Visually/Hearing Impaired<br>☐ Developmentally delayed<br>☐ History: victimization<br>☐ History of sexual abuse | 5 points<br>5 points<br>5 points | ☐ Appears physically frail<br>☐ Wandering<br>☐ Verbally provoking<br>☐ Impaired mobility | VULNERABILITY RISK SCORE: |
|---|---|---|---|---|---|
| | *0 – 5 Low Risk,* no special vulnerability precautions.<br>*6 – 9 Moderate Risk,* Monitor around patients on DTO or SAO precautions.<br>*10+ High Risk,* patient should be roomed close to the nurses' station in a private room or with a roommate who is not on DTO/SAO precautions.<br>Do not room with a patient on DTO or Sexual Acting Out precautions. | | | | | *0*<br>10+ = High Risk |

| INITIAL INVENTORY OF STRENGTHS AND LIABILITIES | | |
|---|---|---|
| IDENTIFIED STRENGTHS *(Must be related to treatment and discharge)* | ☐ Motivated For Treatment | ☐ Stable Housing |
| | ☒ Supportive Family/Friends | ☐ Hx of Psychiatric Stability or Sobriety |
| | ☐ Current Employment | ☐ Other: |
| | ☐ Reliable transportation | |





AURORA
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooks
Adnum: 1812439  DOB:
MedRec#:          Sex: F  DOA: 08/25/18
Unit: Coyote  /#106 / A  Age: 17
Doctor:          Mlak, K.

## NURSING ADMISSION ASSESSMENT

| IDENTIFIED LIABILITIES (Must be related to treatment and discharge) | ☐ Lack of Motivation | ☐ Homeless |
|---|---|---|
| | ☐ Lack of Primary Supports | ☑ Frequent inpatient admissions |
| | ☐ Unemployed | ☐ Other: |
| | ☐ No reliable transportation | |

| PATIENT & FAMILY EDUCATIONAL NEEDS | ☐ Medication: | ☐ Community Resources |
|---|---|---|
| | ☐ Self-Care Deficit: | ☐ Family Connections |
| | ☐ Parenting Skills | ☑ Other: _untnw_ |
| | ☐ Grief Counseling | |
| | ☐ Substance Abuse: | |
| | ☐ Outpatient Programs | |

| FUNCTIONAL ASSESSMENT (Check all that apply) | **Physical** | **Occupational** (Check areas requiring assistance) | **Swallowing** |
|---|---|---|---|
| | ☐ Problems denied | ☐ Problems denied | ☐ Problems denied |
| | ☐ Impaired gait | ☐ Dressing | ☐ Difficulty swallowing |
| | ☐ Transfer difficulty | ☐ Bathing | ☐ Coughing after eating |
| | ☐ Bed immobility | ☐ Feeding | ☐ Coughing while eating |
| | ☐ Standing/Balance | ☐ Grooming | ☐ History of aspiration |
| | ☐ Easily fatigued | ☐ Toileting | ☐ Drooling |
| | ☐ Generalized weakness | ☑ Other: _No problems_ | ☑ Other: _No problems_ |
| | ☑ Other: _No problems observed_ | _observed_ | _observed_ |

| PROSTHETICS/ ASSISTIVE DEVICES | ☑ N/A | ☐ Cane | ☐ Prosthetic Limb |
|---|---|---|---|
| | ☐ Walker | ☐ Brace:_____(Location) | ☐ Crutches |
| | ☐ Wheelchair | ☐ Cast:_____(Location) | ☐ Other: _____ |

| DEVELOPMENTAL HISTORY (Check all that apply) | **Physical Development Appears** | **Cognitive Development** | | | **Social Development** | | |
|---|---|---|---|---|---|---|---|
| | ☐ Average for age | Able to problem solve | ☐ Yes | ☐ No | Interacts with peers | ☐ Yes | ☐ No |
| | ☑ Below avg. for age | Has developed coping skills | ☐ Yes | ☐ No | Has close relationships | ☐ Yes | ☐ No |
| | ☐ Above avg. for age | Understand current condition | ☐ Yes | ☐ No | Conscience of appearance | ☐ Yes | ☐ No |
| | | Performing at academic level | ☐ Yes | ☐ No | Conflicts with authority | ☐ Yes | ☐ No |

| ASSESSMENT AND SCREENING FINDINGS | Pain Scale 6+ | 0 | Nutritional Screen ≥20 | 5 | Assault 10+ | 13 | Sexual 15+ | 0 |
|---|---|---|---|---|---|---|---|---|
| ENTER SCORES FROM ASSESSMENTS | Suicide 46+ | 13 | AWOL 10+ | 3 | Fall Risk 90+ | 39 | | |
| | Vulnerability 10+ | 0 | | | | | | |

Aurora Behavioral Health System
Original: 7/26/11, Rev: 10/11/12, 11/25/2014, 01/01/2015, 2/13/2015, 04/22/2015, 09/21/2015, 12/31/15, 06/01/2016, 07/06/17, 02/15/18, 5/2/18

Page 7 of 8



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1812439  DOB: ████  Age: 17
MedRec#: ████  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Mlak, K.

## NURSING ADMISSION ASSESSMENT

| PRECAUTIONS OR SPECIAL OBSERVATIONS | ☒ Suicide ☒ Sexual ☐ COW/MSAS Protocol | ☐ Fall ☐ Seizure ☐ Vulnerability | ☒ Assault ☒ 1:1 Observation ☐ Other: _____ | ☐ AWOL |
|---|---|---|---|---|

### RN NARRATIVE AND CONCLUSIONS

Brooke was admitted to Coyote unit due to increase in aggressive, assaultive behavior towards group home staff. Pt has a history of self harm behavior such as cutting, head banging. Pt assessment was completed based on mostly objective assessment and pt history. Brooke is mute but may at times nod her head to give an answer. Pt was aware of where she was when she got on the unit. Staff advised that the room she was asking to go into was her previous room. Pt admits with multiple bruises, burns/scars like lacerations. Currently calm and redirectable. _____ Imani Thompson, RN, BSN

| PROBLEM | GOAL | INTERVENTION |
|---|---|---|
| ☐ Depressed Mood WITHOUT Psychosis as evidenced by | ☐ Patient will _____ | ☐ Query patient regarding thoughts of self-harm each waking shift ☐ Encourage patient to seek staff out when beginning to feel _____ |
| ☐ Depressed Mood WITH Psychosis as evidenced by | ☐ Patient will _____ | ☐ Query patient regarding thoughts of self-harm each waking shift ☐ Encourage patient to seek staff out when beginning to feel _____ |
| ☒ Disturbed Thought as evidenced by _____ | ☐ Patient will _____ | ☐ Monitor for obvious symptoms of _____ and engage patient in reality based conversations. |
| ☒ Anger/Aggression as evidenced by increased assaultive behavior towards group home staff | ☒ Patient will have a decrease in assaultive behavior by displaying self regulation skills when redirected | ☒ Monitor for overt symptoms of aggression and provide support & redirection ☒ Set limits with patient, offering choices of appropriate options |
| ☐ Manic Mood WITHOUT Psychosis as evidenced by | ☐ Patient will have a decrease in _____ | ☐ Monitor for overt symptoms of _____ and provide support & redirection ☐ Set limits with patient, offering choices of appropriate options |
| ☐ Manic Mood WITH Psychosis As evidenced by _____ | ☐ Patient will have a decrease in _____ | ☐ Monitor for obvious symptoms of _____ and engage patient in reality based conversations. ☐ Set limits with patient, offering choices of appropriate options |
| ☐ Substance Use as evidenced by _____ | ☐ Medically safe withdrawal | ☐ Assess for withdrawal symptoms that require additional intervention |
| ☐ Medical Problem: | | |
| ☐ Medical Problem: | | |
| ☐ Medical Problem: | | |

_____ Imani Thompson RN, BSN          08/26/18  0153
Nursing Staff Signature/Stamp/Credentials          Date and Time

Aurora Behavioral Health System                                    Page 8 of 8
Original: 7/26/11, Rev: 10/11/12, 11/25/2014, 01/01/2015, 2/13/2015, 04/22/2015, 09/21/2015, 12/31/15, 06/01/2016, 07/06/17, 02/15/18, 5/2/18