# EXHIBIT 15

BY CHRIS DEROSE, CLERK
DEP
R. VENEGAS, FILED
18 AUG 31 PM 1:58

1  MARK BRNOVICH
   Attorney General
2

3  MONICA MALHOTRA
   Assistant Attorney General
4  State Bar No. 032784
   CFP/PSS
5  2005 North Central Avenue-C051AG
6  Phoenix, Arizona 85004
   Telephone: (602) 774-9000
7  PSSDurango@azag.gov

8
   Attorneys for the Department of Child Safety
9

10        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11            IN AND FOR THE COUNTY OF MARICOPA

12  In the Matter of:                    No. JD36034

13  BROOKE ANGELINA SCIANNA              ORDER APPROVING SEVENTY-
14     d.o.b. ███████                    TWO HOUR ADMISSION FOR
                                         INPATIENT ASSESSMENT
15                                       AND ORDER APPOINTING
                                         COUNSEL FOR CHILD
16  Person under 18 years of age.        (Honorable Nicolas B. Hoskins)
17
18        Having read and considered the Motion for Approval of Admission for Inpatient

19  Assessment and any attachments thereto, incorporated by reference, the Court finds,

20  pursuant to A.R.S. § 8-272(A) that:

21        1.     BROOKE ANGELINA SCIANNA is a dependent child in the care

22  custody and control of the Department of Child Safety; and
23

24        2.     There is a reasonable cause to believe the child meets the standard for

25  inpatient assessment.

26

27

28

IT IS ORDERED approving the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral Health for an inpatient assessment. The inpatient assessment shall be completed within seventy-two hours from the time of admission, excluding weekends and holidays.

IT IS FURTHER ORDERED that, if, after completion of the inpatient assessment, the psychologist, psychiatrist or physician recommends that the child receive inpatient psychiatric acute care services, a Motion for Inpatient Psychiatric Acute Care Services shall be filed within twenty-four hours after the completion of the assessment, excluding weekends and holidays. The child may then remain in the facility up to seventy-two hours from the filing of the Motion for Inpatient Psychiatric Acute Care Services pending court approval of the Motion.

IT IS FURTHER ORDERED, pursuant to A.R.S. § 8-272(G), that _____ Angela Ramos _____, Attorney at Law, is appointed to represent BROOKE ANGELINA SCIANNA as attorney for the child in all future proceedings in this matter.

IT IS FURTHER ORDERED that a copy of this Order shall be transmitted via facsimile by this Court to Admissions at Aurora Behavioral Health, at Fax Number (480) – 345-5473. The Department further requests that the Court immediately transmit this Order via facsimile to the Attorney General's Office, at 602-774-9099.

DATED: _____ 8/31 _____, 2018.

_____
JUDGE OF THE SUPERIOR COURT
Commissioner Nicolas B. Hoskins