# EXHIBIT 16

FILED
9/4/2018 10:47 AM
CHRIS DEROSE, Clerk
By_____ Deputy

1  MARK BRNOVICH
   Attorney General
2

3  MONICA MALHOTRA
   Assistant Attorney General
4  State Bar No. 032784
5  CFP/PSS
   2005 North Central Avenue-C051AG
6  Phoenix, Arizona 85004
7  Telephone: (602) 774-9000
   PSSDurango@azag.gov
8
9  Attorneys for the Department of Child Safety

10      IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11         IN AND FOR THE COUNTY OF MARICOPA

| In the Matter of: | No. JD36034 |
|---|---|
| BROOKE ANGELINA SCIANNA<br>d.o.b. ▮▮▮▮▮ | **ORDER APPROVING INPATIENT PSYCHIATRIC ACUTE CARE SERVICES** |
| Person under 18 years of age. | (Honorable Nicolas B. Hoskins) |

Having read and considered the Motion for Approval of Inpatient Psychiatric Acute Care Services, and having received evidence in support thereof, including the written assessment recommending inpatient psychiatric acute care services and the written statement of the medical director or medical director's designee of the receiving facility, this Court finds, based upon clear and convincing evidence, that:

1.  BROOKE ANGELINA SCIANNA is suffering from a mental disorder or is a danger to self or others, and requires inpatient psychiatric acute care services; and

2. Available alternatives to inpatient psychiatric acute care services were considered, but inpatient psychiatric acute care services are the least restrictive available alternative.

IT IS ORDERED approving the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral Health for inpatient psychiatric acute care services.

IT IS FURTHER ORDERED setting this matter for review of the continuing need for inpatient psychiatric acute care services on the 30ᵗʰ day of October, 2018 at 9:00 a.m., before the Honorable Nicolas B. Hoskins.

IT IS FURTHER ORDERED that the inpatient psychiatric acute care facility shall submit to the Court a written progress report in accordance with A.R.S. § 8-272(K) and provide copies to all parties, including the child's attorney and Guardian ad litem, by _____ 2018, [at least five days prior to the review hearing.]

IT IS FURTHER ORDERED that DCS shall file a Notice of Discharge within twenty days after the child's discharge from this inpatient psychiatric acute care services facility in accordance with A.R.S. § 8-272(N).

///

///

///

///

///

2

IT IS FURTHER ORDERED, that this Order shall be transmitted via facsimile by this Court to Admissions at Aurora Behavioral Health at (480) – 345-5473. The Department further requests that the Court immediately transmit this Order via facsimile to the Attorney General's Office, at 602-774-9099.

DATED: 9/4, 2018.

JUDGE OF THE SUPERIOR COURT

Commissioner Nicolas B. Hoskins