# EXHIBIT 17

EXHIBIT 2
WIT: C. Scianna
DATE: 5-10-23
L. Badar, CSR

Jun. 29. 2016 9:39AM          No. 3306   P. 2

Richard Sintery 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
Rsintery@azdes.gov Fax 623-523-0691
11526 W. Bell Rd. Surprise AZ 85378

OD-524-FF (2-12)
P/P Ch. 500

**ARIZONA DEPARTMENT OF ECONOMIC SECURITY**
Division of Developmental Disabilities

**AUTHORIZATION FOR RELEASE OF INFORMATION**

≫ Name of Person to Receive Documents ≪
Use the DES-166 envelope

==St. Lukes Behavioral Health Unit==

MRO
JUN 29 2016
Initials: (illegible)

APPLICANT/RECIPIENT'S NAME (Last, First, M.I.)
Scianna, Brooke

BIRTHDATE: [redacted]

ADDRESS (No., Street/PO Box No.)
15928 Cluster Ln

CITY/STATE/ZIP CODE
Surprise AZ 85379

**INFORMATION REQUESTED**

- [✓] Developmental Evaluation
- [✓] Latest IPP/IEP
- [✓] Medical Documentation of Developmental Disability
- [✓] Medical Records
- [✓] Physical/Occupational/Speech Therapy Evaluation
- [✓] Behavioral Health Records
- [✓] Psycho Educational Evaluation
- [✓] Social History
- [✓] Vocational Evaluation
- [✓] Other (Specify)

MRO0842422
C1612W014
C1607800/0
2016

Copying fees will not be reimbursed by the Division ♦ The information sought is the minimum amount of information the Division needs for the purpose stated below.

Comments: _____

**AUTHORIZATION**

I authorize the above named company, school, agency, health care provider or individual to disclose to the Arizona Department of Economic Security, Division of Developmental Disabilities (DES/DDD) the above indicated health, medical information, and/or other records requested. The purpose of this release is to assist in determining eligibility for services with the DES/DDD, or if eligible, to assist in providing treatment services. This authorization shall expire one year from the date below.

I understand that I can revoke this authorization at any time by written notice to the provider of records, except to the extent that the disclosure authorized has been acted upon prior to receipt of any written revocation.

I understand that I do not have to sign this authorization. If I do not sign it, I understand that the Division may not be able to determine eligibility for services. I understand that a health plan may not condition treatment, payment, or enrollment in a health plan on my signing this authorization.

I understand that once the records and information authorized herein are disclosed to entities or persons outside of DDD, they could be redisclosed by the recipient(s) and may no longer be protected by the Health Insurance Portability and Accountability Act of 1996. However, DES/DDD service providers generally are bound by contract and law to maintain the confidentiality of the health and other information received, especially that relating to HIV infection, AIDS or AIDS-related conditions, and psychological or psychiatric conditions.

I understand that I have a right to have a copy of this form.

Christine Scianna                    /s/ Christine Scianna                6-28-16
Applicant/Personal Representative's Name (Print Name)    Applicant/Personal Representative's Signature    Date

My authority as a personal representative to make health care decisions for this person is:
- [✓] Parent of a minor
- [ ] Guardian
- [ ] Court appointed Conservator
- [ ] Health Care POA

This authorization was revoked/withdrawn on: _____  _____
                                              Date         Signature of Staff

A FACSIMILE OR PHOTOCOPY OF THIS AUTHORIZATION IS CONSIDERED TO BE AS AUTHENTIC AS THE ORIGINAL
Routing: ORIGINAL – Keeper of records; COPY – Case file; COPY – Applicant/Personal Representative

PLTFS-000001



**LUKES BEHAVIORAL HEALTH**
Psych Discharge Summary

PATIENT NAME: SCIANNA, BROOKE
ACCOUNT #:
MR NUMBER:
BIRTH DATE:

PHYSICIAN: Karen M. Kando, MD
ADMITTED: 03/18/2016 00:00:00
DISCHARGED: 03/29/2016 00:00:00

DIAGNOSES ON ADMISSION:
AXIS I: Disruptive mood dysregulation disorder F34.8, autism spectrum disorder F84.0.
AXIS II: Severe developmental delays, severe mental retardation.
AXIS III: Cellulitis to left wrist self-inflicted.

DIAGNOSES ON DISCHARGE:
AXIS I: Disruptive mood dysregulation disorder F34.8, autism spectrum disorder F84.0, posttraumatic stress disorder, F43.10.
AXIS II: Severe mental retardation.
AXIS III: Cellulitis to left wrist healing.

REASON FOR ADMISSION: The patient is a 14-year-old Caucasian female with history of severe developmental delays, who was medically cleared at Banner Thunderbird Medical Center prior to being transferred to St. Luke's inpatient unit with a chief complaint of severe aggression at home. The patient is nonverbal and mother reported that the patient was severely aggressive at home, biting herself, biting others, attacked her mother physically, broke furniture, screaming at night and pulling on mother's hair. It was reported that the patient's violent behaviors have been increasing in severity and frequency to the point where mother no longer felt safe and brought the patient for stabilization. At the emergency room, the patient was given Zyprexa, which helped to calm the patient down and she was prescribed clindamycin for cellulitis due to self-inflicted biting. On admission to St. Luke's Hospital, the patient became severely agitated to the point where she needed restrain and seclusion and was medicated with p.r.n. Haldol, Cogentin and Benadryl.

PAST PSYCHIATRIC HISTORY: The patient does not have any outpatient services. Previously, she was seen at Arizona Children's Association.

MEDICAL HISTORY: The patient has self-inflicted bite that led to cellulitis on her left wrist and clindamycin was prescribed t.i.d. and treatment was completed while she was hospitalized at St. Luke's Hospital.

ALLERGIES: NO KNOWN DRUG ALLERGIES.

FAMILY HISTORY: None reported.

HOSPITAL COURSE: On admission, the patient was started on Zyprexa Zydis 5 mg in the morning and 10 mg at night. After a few days of being on antipsychotic medication the patient was still observed as hyperactive, pacing constantly around the unit. At times, we were unable to redirect her and if we did she became agitated and would attempt to bite the staff or herself. She would frequently go into her room and change her clothing or take a few showers. We added clonidine 0.05 mg b.i.d. and that seemed to help the hyperactive and impulsive behaviors and eventually due to observing significant OCD



**SCIANNA, BROOKE** — Opt Out: No
St Luke Behavioral - CAC
**Discharge Medication Reconciliation**
From: 03/29/2016 00:00   To: 03/29/2016 09:27
Rm-Bed: 261 - A   Admit Dt: 03/18/2016 10:45
Age: 14 yr   Gender: F   MD: Kando, Karen M., MD
DOB:    Acct:
MRN:
Requested: 03/29/2016 09:27 (KMK9)   Page 1 of 2

**Patient Height and Weight**

| Weight: 50.8Kg Dalywt | | 03/27/2016 08:51 |
|---|---|---|

# Discharge Medication Reconciliation Report

## Allergy History
APPLE, DAIRY AID, GLUTEN, PEAR

## Home Medications

| Home Drug Name | Home Instructions (Sig) | Start Date | Last Taken | Confirmed | Action Taken -- Order |
|---|---|---|---|---|---|
| clindamycin | 300 mg Miscellaneous 3 times per day | | | Kando, Karen M., MD 03/29/2016 09:27 | Don't Resume |
| norethindrone acetate-ethinyl estradiol oral (Gildess oral) | 1 mg Oral Every day | | | Kando, Karen M., MD 03/29/2016 09:27 | Don't Resume |

## Hospital Medications

| Drug Name | Instructions (Sig) | Status | Start Date to End Date | Last Taken | Action Taken |
|---|---|---|---|---|---|
| ALUMINUM-MAGNESIUM HYDR-SIMETHICONE 0 SUSP (MAG-AL PLUS) | 30 ML ORAL Q4HP PRN | Active | 03/18/2016 19:00 | | Don't Continue |
| Internal Comments: PRN DYSPEPSIA | | | | | |
| BACITRACIN ZINC 500 UNIT/G 0 PACK (BACITRACIN ZINC) | 1 PACKET TOPI DAILY | Active | 03/19/2016 09:00 | 03/29/2016 08:50 | Don't Continue |
| Internal Comments: LEFT WRIST | | | | | |
| BENZTROPINE 2 MG SOLN (BENZTROPINE) | 1 MG IM BIDP PRN | Active | 03/21/2016 13:00 | 03/21/2016 14:59 | Don't Continue |
| Internal Comments: Give BID PRN with haldol for eps prevention. WARNING-FALL RISK. TAKE PRECAUTION. | | | | | |
| DIPHENHYDRAMINE HCL 50 MG CAP (DIPHENHYDRAMINE HCL) | 50 MG ORAL QPM | Active | 03/19/2016 19:00 | 03/28/2016 20:52 | Don't Continue |
| Internal Comments: INDICATION: epsWARNING-FALL RISK. TAKE PRECAUTION. | | | | | |
| DIPHENHYDRAMINE HCL 50 MG SOLN (DIPHENHYDRAMINE HCL) | 50 MG IM BIDP PRN | Active | 03/21/2016 13:00 | | Don't Continue |
| Internal Comments: INDICATION: For agitation.WARNING-FALL RISK. TAKE PRECAUTION.PRN AGITATION | | | | | |
| HALOPERIDOL LACTATE 5 MG SOLN (HALOPERIDOL LACTATE) | 5 MG IM BIDP PRN | Active | 03/21/2016 13:00 | 03/21/2016 14:59 | Don't Continue |
| Internal Comments: INDICATION: Severe psychotic agitationWARNING-FALL RISK. TAKE PRECAUTION.PRN SEERE PSYCHOTIC AGITATION | | | | | |
| HOME MED EACH(BEHAVIORAL) 1 EA MISC (GLDESS 1MG-20MCG TABLET) | 1 EA ORAL DAILY | Active | 03/19/2016 12:00 | 03/29/2016 08:50 | Don't Continue |
| Internal Comments: **ATTN: GLDESS 1MG-20MCG ONCE DAILY IS A PT'S HOME MED** PERPOLICY, THIS MED NEEDS TO BEBROUGHT TO PHARMACY FORVEHIFICATION AND BARCODING. ONCEMED IS VERIFIED AND BARCODED, THENOK TO ADMINISTER. CONTROLLEDSUBSTANCES SHOULD BE KEPT LOCKED UPIN LOCKED CABINET (NOT PYXIS),OTHER MEDS SHOULD BE KEPT IN PT BININ PYXIS TOWER. | | | | | |
| HYDROXYZINE PAMOATE 50 MG CAP (HYDROXYZINE PAMOATE) | 50 MG ORAL Q4HP PRN | Active | 03/18/2016 19:00 | 03/26/2016 08:02 | Don't Continue |
| Internal Comments: PRN ANXIETY (1ST CHOICE) | | | | | |
| IBUPROFEN 600 MG TAB (IBUPROFEN) | 600 MG ORAL Q6HP PRN | Active | 03/20/2016 12:00 | 03/20/2016 11:23 | Don't Continue |
| Internal Comments: INDICATION: for Pain***** DRUG-FOOD INTERACTIONS ****** NURSING: THIS MEDICATION HAS KNOWN FOODINTERACTIONS. PROVIDE TEACHING AND DRUG-FOOD INTERACTION INFORMATION. | | | | | |

SCIANNA, BROOKE   Acct:   DOB:   Page 1 of 2
Rm-Bed: 261 - A   MRN:   Discharge Medication Reconciliation   Permanent