# EXHIBIT 18



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1812439  DOB: ▓▓▓▓  Age: 17
MedRec#: ▓▓▓▓  Sex: F  DOA: 08/25/18
Unit: Coyote  / #106 / A
Doctor:  Mlak, K.

## INFORMED CONSENT FOR ADOLESCENT MEDICATION

The following information has been reviewed with me by a qualified medical professional for each medication listed below:
- The <u>diagnosis</u> and <u>target symptoms</u> for the medication recommended;
- The possible <u>benefits/intended outcome</u> of treatment, and as applicable, all available procedures involved in the proposed treatment;
- The possible <u>risks and side effects,</u> including risks of medication to pregnant women and women who are breast feeding;
- The possible <u>results of not taking the recommended medication;</u>
- The possibility that the medication <u>dose may need to be adjusted</u> over time, in consultation with the behavioral health medical practitioner;
- The right to <u>actively participate in the treatment</u> by discussing medication concerns or questions with the behavioral health medical practitioner;
- The right to <u>withdraw voluntary consent</u> for medication at any time (unless the use of medications in my treatment is required in a Court Order or in a Special Treatment Plan); and
- For persons under 18 years of age, the FDA status of the medication and the level of evidence supporting the recommended medication.

*I understand the medication information that has been provided to me.
By signing or providing verbal consent below I agree to the use of each medication.*

| Medication: Haldol | Dose: 1 mg / 5 mg | How Discussed: ☐ In-person ☑ Telephone (2 RN verification) | Parent/Guardian Initials** Kaloni DCS | Behavioral Health Professional/s JFM |
|---|---|---|---|---|
| Route: PO  Frequency: TID | | | Date/Time 9/7/18 | Date/Time 9/7/18 |
| New medication? ☑ Yes ☐ No | | | | |
| Change in dose and/or frequency? ☐ Yes ☐ No | | | | |
| Target Symptoms to be addressed*  Mood | | | | |

| Medication: Ativan | Dose: 1 mg | How Discussed: ☐ In-person ☑ Telephone (2 RN verification) | Parent/Guardian Initials** | Behavioral Health Professional/s TH |
|---|---|---|---|---|
| Route: PO  Frequency: | | | Date/Time | Date/Time 9/8/18 |
| New medication? ☑ Yes ☐ No | | | | |
| Change in dose and/or frequency? ☐ Yes ☐ No | | | | |
| Target Symptoms to be addressed*  Mood | | | | |

| Medication: Cogentin | Dose: 1-4 mg | How Discussed: ☐ In-person ☑ Telephone (2 RN verification) | Parent/Guardian Initials** DC  MC | Behavioral Health Professional/s JA  LG |
|---|---|---|---|---|
| Route: PO  Frequency: Daily | | | Date/Time 9/14/18 1300 | Date/Time 9/14/18 1300 |
| New medication? ☑ Yes ☐ No | | | | |
| Change in dose and/or frequency? ☐ Yes ☑ No | | | | |
| Target Symptoms to be addressed*  EPS | | | | |

| Medication: Benadryl | Dose: 25-50 mg | How Discussed: ☐ In-person ☑ Telephone (2 RN verification) | Parent/Guardian Initials** Melissa  MC | Behavioral Health Professional/s JA  LG |
|---|---|---|---|---|
| Route: PO  Frequency: Daily | | | Date/Time 9/14/18 1300 | Date/Time 9/14/18 1300 |
| New medication? ☑ Yes ☐ No | | | | |
| Change in dose and/or frequency? ☐ Yes ☑ No | | | | |
| Target Symptoms to be addressed*  Mood | | | | |

Ensure informed consent form with original parent/guardian signature is located in the patient's medical record.
If consent obtained by telephone individual may initial and date at next face-to-face visit.

| | Signature | Initials |
|---|---|---|
| Parent/Guardian Printed Name: Kaloni DCS | | |
| Clinician Obtaining Consent – Printed Name: Tracy Frank RN | Tracy Frank RN | JF |
| Clinician Obtaining Consent – Printed Name: Ty Hall RN | Ty Hall | TH |
| Clinician Obtaining Consent – Printed Name: Josh Agnesi | Josh Agnesi | JA |
| Clinician Obtaining Consent – Printed Name: Hilary Pagano-Graussen | Hilary Pagano-Graussen | HPG |

RN- Adolescent Medication Informed Consent – Original 3/2/2018

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000150