EXHIBIT 19

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CHRISTINE SCIANNA, an individual; BROOKE SCIANNA, an individual, by and through her legal guardian, Christine Scianna,

       Plaintiffs,

vs.

STATE OF ARIZONA, a government entity; et al.,

       Defendants.

No. 2:21-cv-01444-DJH

**CERTIFIED TRANSCRIPT**

DEPOSITION OF CHRISTINE MARIE SCIANNA

Scottsdale, Arizona

Tuesday, May 16, 2023; 10:09 a.m.

Reported by Laureen Badar, CSR, RMR

Arizona Certified Reporter No. 50771



1                   Scottsdale, Arizona

2            Tuesday, May 16, 2023; 10:09 a.m.

3

4              CHRISTINE MARIE SCIANNA,

5   called as a witness herein, and having been first duly

6   sworn by the certified reporter, was examined and

7   testified as follows:

8              THE WITNESS:  I do.

9

10                      EXAMINATION

11  BY MR. CHRISTNER:

12       Q.   Could you please state your full name for the

13  record?

14       A.   Yeah.  It's Christine Marie Scianna.

15  Technically it's Webster, dash, Scianna.  But legally

16  it's still Christine Scianna.

17       Q.   Webster is your maiden name?

18       A.   Yes.

19       Q.   Are you still married?

20       A.   No.  I'm divorced.

21       Q.   Have you ever been deposed before?

22       A.   No.

23       Q.   Have you ever been involved in any formal

24  litigation?

25       A.   Like suing?

1  was -- looked like she was getting her language back, and
2  so they were going to put her in a regular kindergarten.
3          And they ended up putting her in a regular
4  kindergarten, but I had to make sure she was potty
5  trained.  So that's around the time she was finally potty
6  trained.
7          And we got her next set of shots.  And I
8  thought, if I could avoid the MMR -- because, originally,
9  I believed that had something to do with that, her
10 condition -- that it would be fine.
11         But right after we had shots, she stopped
12 talking again.
13 BY MR. CHRISTNER:
14     Q.   And this was when she was in kindergarten?
15     A.   Yes.
16     Q.   Okay.
17          MR. CONNELLY:  And when you say "shots," you
18 mean vaccinations?
19          THE WITNESS:  Yes.
20 BY MR. CHRISTNER:
21     Q.   Okay.  And what did you do after Brooke stopped
22 talking after she got her vaccinations?
23     A.   I attended an autism convention right around the
24 time she was five or six and went and listened to doctors
25 speak.  I met an actress who had an autistic child and



1  talked to her on a panel.  And I met an allergy doctor
2  there, but I do not recall his name.
3          But I ended up taking her to that allergy
4  doctor; and she was tested for several things, including
5  genetic testing.
6     Q.   Okay.  When she got her immunizations when she
7  was in kindergarten --
8     A.   Yes.
9     Q.   -- do you remember who her physician was?
10    A.   Dr. Secaur -- I believe it was Dr. Secaur.
11         MR. CONNELLY:  Can you spell the last name.  Do
12  you know?
13         THE WITNESS:  I think it's S-e-c-u-r-e [sic],
14  but I'm not 100 percent.
15         MR. CONNELLY:  Okay.
16  BY MR. CHRISTNER:
17    Q.   Okay.  Do you know how long Brooke went to see
18  Dr. Secaur?
19    A.   Yes.  All the way up until the clinic closed,
20  which was, I believe, 2018.
21    Q.   Other than Dr. Secaur and this allergy doctor
22  that you met at the autism convention, was she seeing any
23  other medical providers?
24    A.   I don't recall.
25    Q.   Did Dr. Secaur have Brooke on any sort of



1   medications for her autism?
2       A.   Yes.
3       Q.   Okay.
4       A.   But I don't recall which ones at the time.  And
5   that was only, I believe, when she got to the age of 11.
6   But I think he just monitored her on the medication,
7   because I think we were at Arizona Children's Association
8   at that point.  I'm pretty sure that they were the only
9   ones prescribing it.
10           But I do recall when she attacked me, bit me, in
11  front of him, he sent us to the hospital.  And he may
12  have prescribed something at that time, but I don't
13  recall.
14      Q.   Okay.  Do you remember an approximate date of
15  when this incident happened?
16      A.   No.  She might have been around 11, because I do
17  remember her being on Risperdal.  And she had -- it had
18  been working.  But I don't remember if it was exactly 11
19  or not, that that was her age.  Because I think it was
20  around 2014, so -- I don't remember precisely her age,
21  but everything was through Arizona Children's Association
22  for most of the medication.
23      Q.   Okay.  Dr. Secaur at some point had prescribed
24  Risperdal for Brooke?
25      A.   No.  I believe that was Arizona Children's



1  Association.
2      Q.   Okay.  Do you remember when Arizona Children's
3  Association first prescribed Risperdal for Brooke?
4      A.   I believe it was 11, but I don't recall exactly.
5      Q.   2011 or when she was 11?
6      A.   No, when she was 11.
7      Q.   Okay.  And how long did she take Risperdal?
8      A.   I think she -- I believe it was six months
9  before she started having adverse reactions.
10     Q.   After taking Risperdal for six months, she began
11 having adverse reactions?
12     A.   Yeah.
13     Q.   Okay.  And what were the adverse reactions?
14     A.   Violently lashing out.
15     Q.   Okay.  Can you explain that more?
16     A.   Well, I believe they prescribed it for her based
17 on the fact she had a lot of anxiety.  She had a hard
18 time, during therapies, of being seated for any length of
19 time.
20          So they felt that it would help calm her.  And
21 that Risperdal was recommended for autism.  And I
22 didn't -- at the time when it was first given to her, I
23 did not realize it was an antipsychotic.
24     Q.   Okay.  Why does that matter?
25     A.   Because it would be -- later, in the future,



1  would become relevant because the doctor put it down as
2  an allergy.
3       Q.   So prior to Brooke being prescribed Risperdal,
4  she was not having any violent outbreaks or lashing out
5  at people?
6       A.   No.
7       Q.   Okay.  And for six months, while on Risperdal,
8  she was not lashing out at people?
9       A.   No.
10      Q.   And after -- no?
11      A.   Well, not that I can recall.
12      Q.   Okay.  But after about six months of taking
13 Risperdal when she was 11 years old, she started
14 violently lashing out?
15      A.   Yes.
16      Q.   When she started violently lashing out, what did
17 you do?
18      A.   Cried.
19      Q.   Did you take Brooke back to see any medical
20 provider regarding her violently lashing out?
21      A.   Yes.  Dr. Secaur.
22      Q.   Okay.  Is Dr. Secaur part of the ACA?
23      A.   No.  He was her primary.  He was through -- oh,
24 what is the name of the -- the one that closed down?
25 Arizona -- Arrowhead Pediatrics, I believe it was called.

1   Q.   Okay.
2   A.   It's been about five years, so ...
3   Q.   Okay.  So when Brooke was 11 years old, ACA
4   prescribed her Risperdal that she took for six months.
5   After six months Brooke started violently lashing out,
6   and you took her to Dr. Secaur?
7   A.   Yes.  And I want to say approximately six months
8   because I don't know specifically.
9   Q.   Okay.  Why did you take her back to the ACA?
10  A.   Because at the time she was attacking me -- this
11  was -- he had to see her behavior firsthand.  We were
12  seeing other doctors in the office, too.  It wasn't
13  always him.
14       We couldn't get in to him.  Right around 11 --
15  we didn't see him full-time until around 2015.  He was
16  the one we always went to from that point on, was in
17  2015.  I always tried to get in to see him because he
18  specifically knew her better, and I didn't like to go to
19  nurse practitioners.
20  Q.   Okay.  Why didn't you go back to ACA?
21  A.   We were always going to ACA.  We would have --
22  she didn't become high needs, labeled as high needs,
23  until -- it was 2016, when she was hospitalized.  And
24  Del Webb Hospital -- they had strapped her down, put a
25  hood over her head because she was trying to bite people.



1   So that's when her behavior became to the point where it
2   was pretty violent.
3           Prior to that, you know, when she was on the
4   Risperdal, she, like -- she bit.  Like, there was a time
5   she bit my finger.  But it wasn't to the extent that it
6   was in 2016.  Because her first hospitalization due to
7   behavior was 2016.
8           And we went back to see Dr. Secaur because the
9   handcuffs that the police had put her in prior to her
10  being taken to the hospital had caused an abscess in her
11  wrist.  And when we went to see Dr. Secaur, I was worried
12  about an infection.  And that's when she violently
13  attacked me in front of him.  And we went to
14  Thunderbird -- he called ahead to the hospital and sent
15  us to Thunderbird.
16      Q.   Okay.  Did Dr. Secaur, after Brooke started
17  violently lashing out, tell you that it was because of
18  the Risperdal?
19      A.   She wasn't on it at that point.
20      Q.   Okay.  When Brooke was 11 years old --
21      A.   Okay.
22      Q.   -- ACA prescribed Brooke Risperdal.  She was not
23  lashing out at that time, but she took Risperdal for six
24  months?
25      A.   Approximately.

1    Q.   Okay.  After six months, Brooke started
2  violently lashing out?
3    A.   Yeah.  Not to the extent, though, that she ever
4  had to be hospitalized.
5    Q.   Okay.  After Brooke started violently lashing
6  out, you took her back to Dr. Secaur?
7    A.   This is a long time ago.  I'm going to be
8  honest.  I don't remember that far back.
9    Q.   Okay.  Did Dr. Secaur ever tell you that Brooke
10 was allergic to Risperdal?
11   A.   We put it down as an allergy because -- he said,
12 based on her symptoms.  And Arizona Children's
13 Association felt that her reaction to it was adverse at
14 that point and wasn't working.
15        So both of them -- I had discussed with both of
16 them her symptoms.  And from that point on, we put it
17 down as an allergy --
18   Q.   Okay.
19   A.   -- based on discussion with both of them.
20   Q.   Okay.  After the Risperdal was discontinued, was
21 there any other medication prescribed to Brooke?
22   A.   I don't recall.
23   Q.   Okay.  Let's say in the beginning of 2016, was
24 Brooke on any medications?
25   A.   I don't think so, but I don't recall.

1  Q.  Christine, I know Brooke has been in and out of
2  some hospitals and other facilities since 2016.  So it's
3  quite a bit of records.
4  A.  Something like that.
5  Q.  So I might jump around.
6  A.  That's fine.
7  Q.  Fair?
8  A.  Yes.
9  Q.  You realize that we're here because of a lawsuit
10 that was filed?
11 A.  Yes.
12 Q.  Okay.  And Dr. Mlak was one of the defendants,
13 one of the people being sued?
14 A.  Yes.
15 Q.  Okay.  And the reason Dr. Mlak is being sued is
16 because of his care of Brooke while she was at Aurora in
17 August of 2018?
18 A.  Yes.
19 Q.  Okay.  And in August of 2018, Dr. Mlak was
20 taking care of Brooke?
21         MR. CONNELLY:  Form.
22         THE WITNESS:  Yes.
23 BY MR. CHRISTNER:
24 Q.  Okay.  And Dr. Mlak prescribed the medications
25 for Brooke while she stayed at Aurora in August of 2018?

```
 1            MR. CONNELLY:  Form and foundation.
 2            THE WITNESS:  Without my consent.
 3   BY MR. CHRISTNER:
 4       Q.   We'll get to that.
 5            In August of 2018, did you believe that you had
 6   the right to consent to any medications prescribed to
 7   Sienna [sic]?
 8       A.   The judge said it in court.  Yes.
 9            MR. HALL:  You said "Sienna."
10            MS. STATON:  You said "Sienna."  You mean
11   Brooke?
12            MR. CHRISTNER:  I'm sorry.
13            MS. STATON:  You might want to try that again.
14            MR. CHRISTNER:  All right.  I'll try that again.
15   BY MR. CHRISTNER:
16       Q.   In August of 2018, was it your understanding
17   that your consent was needed for any medications
18   prescribed to Brooke?
19       A.   Yes.
20       Q.   And where did you get that understanding?
21       A.   A judge.
22       Q.   Okay.  The judge told you, you needed to be --
23   you needed to give consent for any medications?
24       A.   He said medical and educational.
25       Q.   Okay.  Was that in an order from any court?
```



1                    CERTIFICATE OF REPORTER

2            I HEREBY CERTIFY that the foregoing deposition

3    of CHRISTINE MARIE SCIANNA was taken before me on

4    Tuesday, May 16, 2023, and that I was at that time a

5    certified reporter in the state of Arizona and thereby

6    authorized to administer the oath to the witness;

7            That the testimony and proceedings were reported

8    stenographically by me and later transcribed under my

9    direction; and that the foregoing pages contain a full,

10   true, and accurate transcript of all testimony and

11   proceedings taken at that time, all done to the best of

12   my skill and ability;

13            That transcript review and signature of the

14   witness was reserved;

15            That Alliance Reporting Solutions, Registered

16   Firm R1015, is designated to produce, distribute, and

17   invoice the transcript.

18            I FURTHER CERTIFY that I am in no way related to

19   nor employed by any of the parties hereto, nor am I in

20   any way interested in the outcome hereof.

21            DATED:  June 2, 2023.

22

23                       
                         _____
                         Laureen Badar, CSR, RMR
24                       Arizona CR Number 50771

25