# EXHIBIT 21

Christine Scianna # 511175

This meeting is in regards to Brooke Scianna, DOB ▮▮▮▮. It was stated that the meeting today is a "family meeting" and not a formal DCS meeting like a Team Decision Making meeting, as DCS has not taken custody of Brooke and DCS did not put a Present Danger Plan in place.

Brooke lives with her mother as she is the primary custodian of the child.  The father has Brooke on the weekends.   DCS has received 5 total reports.  Four of the reports have been unsubstantiated.  The meeting is being held to discuss Brooke's behavioral and developmental issues and how to help the family.

DCS Concerns:

There are concerns about Brooke's self-harming behaviors.   Brooke has open wounds, she is biting herself and hitting her head against the wall and other behaviors.  She is also harming her mother and others.

There are concerns about Brooke's medications.  The medication is being changed without doctor's approval.  The mother and father are not consistent with what they are giving her.

There is a concern that the mother and father are not on the same page with Brooke.   They are not communicating her routine, care, behaviors and triggers.

There is a concern about the parent's response time to school with behaviors.  The mother cannot always get away from work, the father is not able to be reached at times.

There is a concern about the response to Brooke's behaviors in the home and the level of care Brooke may need to keep her safe.

Parents concerns:

Christine, the mother, stated that she had tried many different medications with Brooke.  Brooke has episodes that go on for hours at a time.  Christine stated that Brooke caused injuries to her; she dislocated her jaw, broke her toe, scratched her and has bitten her.  She stated that when Brooke becomes upset, she gets violent.  She stated that crisis is there all the time.  She stated that crisis there a lot due to Brook's violent behavior.  She stated that she has had 3 hospitalizations recently.  She stated that the hospital messed up in her diet as she is on a gluten free, non-dairy diet.  Also, the hospital wasn't feeding her.  She stated that it was 8:00 at night and she had to go to the store to get her something to eat on a few occasions. She said that the hospital told her something about having to order her food.  John, the father of Brooke, saw her at St. Luke's and she was drooling, not feeding herself and shaking.  The mother said that she would leave crying every time she went to see her.

Christine said that she has tried everything.  She said that communication with the father, the school and the rest of the team is an issue.  She stated that she and the father try to work together.  She stated that they seem to work better together when Brooke is in the hospital.  She stated she got a medical

marijuana card and gave her medical marijuana, which worked for a while. She stated that she ran into problems as the father was in disagreement. She stated that the police also became involved and the police officer told her that if she sent the medical marijuana to the father to give to Brooke when she was at his house, she could be arrested for distribution. The father couldn't get a card as he had a disqualification that prevented him from getting a card. She stated that it also came to the fact that she could no longer afford the marijuana as it is not covered under insurance and could not afford a medical marijuana card. She stated that there were issues with getting child support which also made it difficult to afford the marijuana. She stated that is why they went back to psychiatric medication for Brooke. She stated that Brooke also became tolerant of the marijuana and it was not working as well anymore.

Christine stated that there was an incident where one of the caregivers couldn't get into house. The police were called because Brooke had a meltdown. She stated that she was called and had to come home and let them in the hosue. The next day Brooke had an escalation about the dog. Christine stated that she was worried that Brooke was hurting or would hurt the dog, so she put the dog in the bathroom which triggered Brooke and Brooke attacked her. She called one of the agencies that works with Brooke, the Stars group and they told her to call 911. Brooke locked her out of the house. Brooke was then taken to the hospital.

Christine stated that Brooke has had problems at school. They did not know what was escalating her at school. She stated that she responds to the calls from the school about Brooke as best as she can, but it is difficult when she is a teacher herself. She stated that it is not easy for her to get away from her classroom. She stated that she often has to leave work to go get Brooke. She stated that sometimes they are in the middle of science experiments and she cannot abruptly leave or receive phone calls. She stated that one time the principal had to come and get her about an emergency with Brooke. She stated that she has used up all of her paid time off from handling things with Brooke. She stated that if she takes off of work not, it is unpaid. She stated that there was an issue one when she was downtown for the teacher walk out. She stated that sometimes she has to attend CFT's by phone during her lunch and she only has 30-40 minutes. She also uses her prep time to take care of things with Brooke. Christine stated that she answers all of the calls and emails and she works with the school on ideas with handling Brooke.

The father, John, stated that Brooke needs to be on a medication that will work. He stated that nothing is going to fix it. He stated that they have to take her to the doctor every time they even have to up her medication by one milligram. I t is hard to get her to the doctor all the time. He stated that it is hard to get Brooke to go to and sit in the doctor's office. She doesn't like to wait.

The mother stated that Brooke is uncomfortable when people around her talk about her. She stated that this on one of her triggers. She stated that she also doesn't do well with any change in her environment. Brooke has a strict schedule that is used at both homes, it is in writing.

The father stated that Brooke is not on the medical marijuana anymore. Brooke became tolerant to it and it didn't work anymore. He does not know what goes on at her mother's house, he does not know

what triggers are over there.  He knows that Brooke flips out over anything.  The father is concerned about her self-harming injuries.

Provider concerns:

Cassandra Tisdale, supervisor from Arizona Children's Association stated that she has been working with Brooke and the family for 2 years.  She stated that she saw Brooke during one of her episodes and she had a four to one provider ratio at that time.  She stated that the parents have all the right intentions, but Brooke is very challenging.  No matter how many services there are in place, there are still incidents.  Brooke has had a Functional Behavioral Assessment and other services.  She stated that she gets multiple emails about Brooke daily, especially from Christine.

Cassandra stated that she is concerned that Brooke is not self-regulating at school, not sleeping, cannot communicate and her body has been through a lot. She stated that her self-harming behaviors are severely damaging and she has multiple bruises and open wounds, which is hard to see.   She stated that Brooke cannot keep going back to the hospital as the health insurance will not continue paying for it.  She stated that they have to come up with a better solution.  She stated that Brooke has been to Aurora several times and Brooke does well in the hospital due to the structure and routine.  When the school does this, she does better as well.  She stated that it seems that there is a cycle with Brooke.  She will stabilize and then have another major incident every 30-60 days.  She stated that the higher ups are even involved in Brooke's case.

Cassandra stated that there are no DDD providers in the home at this time and it has been an issues getting consistent providers.

Christine stated that she is also concerned about inconsistent providers.  She stated that providers say that they will be coming to the home and then not show up.  She stated that many of the providers are young and not trained.  She stated that one that came to the house was only 18 years old and she actually triggered Brooke.  She stated that many providers don't answer phone calls and don't call when they can't make it.   She stated that she was sleeping upstairs one morning and a provider was banging on the door and woke Brooke up.  Brooke sleeps downstairs and Brooke let the provider into the house.  She stated that there was a miscommunication and that the provider did not tell her that she was coming to the house that morning.  She stated that she found out that she was coming from a text when the provider was already at the house.

Christine stated that it was suggested to her that she get Brooke into see an ENT specialist to see about allergy testing or other issues that may be causing medical issues.  She stated that Brooke's CK levels go up when she is upset or restrained which may be causing her to harm herself.  She stated that Brooke will bite her joints and she feels that there could be an underlying medical cause for her behaviors.

Carrie Boal, from DDD, stated that there have been issues with different agencies not being consistent and not having appropriate providers.  She stated that they have been addressing it and may have better providers now.   She stated that there is an issue with the father not wanting providers in his home. She stated that he has said that he can handle Brooke on his own and doesn't need the providers.

She stated that this may be an issue for Brooke due to the lack of consistency between the two homes as well, especially if there are providers in one home and not the other.

Cassandra stated that there needs to be consistency with providers and also routine and structure for Brooke. She stated that they have had multiple conversations about an out of home placement for Brooke, but the parents are not ready for that. She stated that there are concerns with a decision being made about this issues. She stated they get messages and phone call from Brooke all day. They cannot get on the same page, especially about placement and consistency. She stated that there was a Plan A and Plan B a couple of months ago and Plan A has not been working. She stated that Plan B was for Brooke to go to an out of home placement.

Christine stated that she is afraid of putting Brooke in a group home. She stated that Brooke is triggered by people not knowing wants because she cannot communicate. She is afraid that the people in the group home will not be able to know what she needs and provide a consistent environment for her. She stated that she has heard about bad things happening in group homes.

DCSS, Tina Canale stated that through her investigation, she found out that the school has emails from Christine regarding giving Brooke different medications each day and changing medications often.

John stated that the mother is not communicating to him what medication he is supposed to give Brooke or what the medications are. He stated that he doesn't know what the medications are. He stated that he is not able to go to all of Brooke's doctor's appointments due to his own medical issues, recent kidney surgery.

Tina stated that the school told her that they have orders from Christine not to contact the father. She stated that Christine gave them direct orders. She stated that the school even had a difficult time getting contact information for the father for her so she could find him. Tina stated that there continue to be reports of Brooke harming herself, the same reports all the time. She is concerned that Christine is not communicating with DCS and would not cooperate with the investigation or even let her into the home. She stated that the mother slammed the door in her face. Tina stated that she is also concerned about the bus incident.

Christine disagreed. Christine stated that she spoke to another DCS worker in the past. Christine stated that the school was the trigger for the bus incident with Brooke. She stated that she let the school know that the vest was too tight for Brooke and that it may have been triggering her because it was causing discomfort. She stated that they got a new vest for her. She stated that the school decided to show up 15 minutes early to see how the new vest would work. She stated that this earlier time triggered Brooke. She stated that she could not get the vest on Brooke and Brooke ran outside. She stated that Brooke stepped on her foot and broke her toe. Christine stated that she then went inside. She stated that Daniel, her boyfriend, was outside with Brooke as well. She stated that the school staff was not helping.

Daniel Quigley, Christine's boyfriend stated that he was outside with Brooke and that the school staff was not helping with Brooke. He stated that Brooke hit her head against a cement wall and her head

began to bleed.  He stated that he went inside to get a napkin for the blood.  It was reported that this is when Brooke ran into the street.  The school staff did not get her.  Daniel became upset and his voice escalated. Daniel stated that Christine has done everything for Brooke and it is DCS that does not care about Brooke and just wants to blame Christine and accuse her of neglect.  He stated that this is wrong.  The mother stated that Brooke had the vest and when she calmed down, she put the vest on and went into the bus without incident.  She stated that the school is not currently having issues with the vest.

Tina stated that this is a concern because there was no parent outside with Brooke when she ran into the street and she was left unsupervised and harming herself.  Tina stated that it was reported that the mother locks herself in the bathroom to protect herself from Brooke.  This is a concern if Brooke is in the house unsupervised as she may harm herself or others.

The mother stated that the school staff let her run into the street while Daniel went to get something to stop the bleeding.  She stated that this would not have happened if the bus had not come early to trigger Brooke.

The team stated that life will happen and everything cannot be exactly predicted in Brooke's life and this is an issues to keep her from having episodes where she harms herself and others.

Elisa Vincondorin, from the hospital aftercare program (CFSS/FACT), is not concerned with Christine's parenting ability.  She stated that she has a strong support team and communicates well.  She stated that she is always able to find Brooke's triggers and prevent them. She stated that it was not the mother's actions that brought about the issues with Brooke's vest, it was the school.  She stated that they are on board now and have been for 3 weeks.  She stated that the behavior coaches are coming now as well and no behavior coach was there the day that she had the vest issues before school.  She stated that CSFF has been in the home in the morning ever since.  She stated that she feels that the mother should get another chance and Brooke a chance to see if the new providers in the home will work.

Cassandra stated that she is concerned that there was no behavior coach there.  She stated that there should have been a provider there.   She stated that she feels that Plan B is what Brooke needs at this time, which is an out of home placement.  She stated that they are maxing out their service hours. She stated that there is no way to ensure that all providers will show up and life happens. She stated that DDD is struggling with agencies and services cannot be guaranteed.

The mother stated that Brooke did well on medical marijuana for a year.  She was trying to keep her from going back to the hospital.

Tina stated that DCS wants to know if the father is on board with all of Brooke's needs.  She stated that he needs to know all of her medications, know about her schedule and routine and be able to work with the providers.  She stated that the mother and father need to communicate.  She stated that she feels that Plan B (out of home placement) needs to be implemented.

The parents were both reluctant about putting Brooke into a group home.  Christine has a hard time thinking about Brooke not being in her home every day. Christine stated that there will be a new provider soon to work with Brooke and that they are looking into getting her into another school.  She stated that they have Brooke at Accel because it is a special needs school with a pool.  She stated that water is calming to Brooke.  Brooke qualified for Extended School Year, which is a school summer program.

Christine feels that these will help Brooke.  John was also not sure about the group home, but stated that it may be the best for Brooke.

The team feels that it is in Brooke's best interest to be placed in a DDD group home.  Patricia Monlay, the Family Support Partner from Arizona Children's Association stated that they have discussed the parents taking guardianship of Brooke when she is 18 and if it did not work out at home, the parents would consider transitioning her to a group home at 18 or 19.  Cassandra also stated that discussions about placing Brooke in a group home have been taking place on and off for 2 years.

The benefits of a group home placement for Brooke were discussed amongst the team members.  The benefits include having training staff 24 hours a day to supervise Brooke, providers going into the group home for consistency and support and DDD seeing the child more often.  Brooke would continue to have all of her services, including AZCA high needs case management, medication monitoring, behavior coaching, CFSS hospital aftercare and DDD support.  There would be a 10 day review and a 90 day review after Brooke is placed.  The team discussed the fact that Brooke did well in the hospital setting with the structure and routine, even when things changed a bit each day, including different staff. The team feels that Brooke would do well in a group home setting as it is somewhat the same with structure and routine.

Tina stated that the parents could place Brooke in the group home on a voluntary foster care agreement for 90 days and see how Brooke is doing.

Christine became upset while discussing placing Brooke into a group home.  Christine and Cassandra took a break from the meeting to discuss the issue outside of the room.  Christine and Cassandra returned after a few minutes and the meeting resumed.

Ideas:

The team decided that it would be best for Brooke to be placed out of the home.  Carrie from DDD stated that they will put a vendor call out, interview agencies and the parents would be able to visit the homes and make a decision on which home they felt would be best for Brooke.

Amy Jankowski from DDD/Foster care stated that she knows of 2 agencies that have openings.  One of the group homes is in El Mirage, the other is also in the West Valley.   This would help so that the parents could visit Brooke whenever they wanted.  They would also be able to take her on outings, have her stay over on weekends and take her on vacation.  Christine stated that they have a vacation planned

for July 3rd. The team reported that she would be able to take Brooke on vacation with her and that the group home transition would not have to take place before July 3rd.

Carrie from DDD stated that it is not known exactly how long it would take to get Brooke into a group home, that it could take 30 days to a year to identify an appropriate group home for her.

Cassandra stated that AZCA can also put in an out of home packet for Brooke for a therapeutic group home (TGH) or HCTC home in case the DDD group home placement does not work out or the team feels that a TGH or HCTC placement would be better for Brooke. Cassandra stated that she is almost certain that a TGH or HCTC out of home placement would not be approved by behavioral health because of Brooke's diagnosis and that fact that she is non-verbal, but she will try it.

Tina, DCS stated that the parents could place Brooke in the group home on a voluntary foster care agreement for 90 days and see how Brooke is doing. Tina stated that Brooke being in the home is a safety concern as she is harming herself and others, especially Christine. She stated that due to the concern for the safety of Brooke and other around her, the Department may have to become legally involved in the parents would not agree to placing her in a group home on a voluntary foster care agreement. Tina stated that the Department does not feel that the parents are at fault, but that DCS need to ensure Brooke's safety. Tina stated that the least restrictive option is placing Brooke in a DDD group home on a voluntary foster care agreement and that DCS does not want to get legally involved.

Decision/Tasks:

The parents stated that they are in agreement with a group home placement for Brooke. The parents stated that Brooke has a psychiatric evaluation scheduled and she has a medication check today.

Carrie from DDD stated that she would send out a vendor call for a DDD group home placement for Brooke. DDD will reach out to the parents with the names and locations of the group homes and arrange times to visit the homes while Brooke is at school during the day. The parents will visit the homes within the next couple of weeks and come to a decision about which group home.

The team will convene in 2 weeks for a Team Decision Making (TDM) meeting. The TDM is scheduled at the Peoria DCS office, 8990 W. Peoria Ave, on July 2nd at 9:00 am.

The family meeting concluded. There was no documentation provided to the team as this was not a formal meeting, but a family meeting.