# EXHIBIT 24

DEPOSITION OF MELISSA COURTRIGHT, 01/22/2024

1

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTINE SCIANNA, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) No. 2:21-cv-01444-DJH |
| vs. | ) |
| | ) |
| ARIZONA DEPARTMENT OF CHILD SAFETY, et al., | ) |
| | ) |
| Defendants. | ) |

DEPOSITION OF MELISSA COURTRIGHT

Phoenix, Arizona
January 22, 2024
1:15 p.m.

Prepared by:                          CARRIE REPORTING, LLC
MICHAELA H. DAVIS                     Certified Reporters
Registered Professional Reporter      17505 N. 79th Avenue
Certified Realtime Reporter           Suite 301-C
Certified Realtime Captioner          Glendale, AZ 85308
Certified LiveNote Reporter           (480) 429-7573
AZ CR No. #50574

(COPY)

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com

```
                                        Phoenix, Arizona
                                        January 22, 2024
                                        1:15 p.m.


             MELISSA COURTRIGHT, called as a witness
herein, having been first duly sworn, was examined and
testified as follows:
                          * * *
                   E X A M I N A T I O N
BY MR. CONNELLY:
      Q.    Good afternoon.
      A.    Hello.
      Q.    I'm Tom Connelly.  I didn't introduce myself
earlier.  I represent Brooke and her mother.
      A.    Okay.
      Q.    Will you please state your name for the record.
      A.    Melissa Courtright.
      Q.    And you understand why you're here today; right?
      A.    Yes, I do.
      Q.    And what's your understanding of this lawsuit?
      A.    That Brooke's mother has some disputes about the
care and treatment of Brooke while in DES custody.
      Q.    And have you seen the complaint in the case?
      A.    In the very beginning I did, yes.
      Q.    So you read it back then?
      A.    Back then, yes.
```

1               MR. PATEL:  Form and foundation.
2               THE WITNESS:  Correct.
3    BY MR. CONNELLY:
4        Q.    Do you think you have any obligation to
5    understand what the side effects or the risks of any
6    psychotropic medication are before you consent to the
7    administration?
8               MR. PATEL:  Form, foundation.
9               THE WITNESS:  No.  I didn't go to med
10   school.  If it's being recommended by a medical provider
11   for a child to receive a particular medication, I'm not
12   going to withhold that medication from the child if it's
13   the recommendation.
14   BY MR. CONNELLY:
15       Q.    So if a medical provider that the department has
16   somehow put in place or engaged in its provision of care
17   to a child it's taken into its custody says the child
18   needs this psychotropic medication -- Haldol, for
19   instance -- is it your position, then, that that
20   constitutes adequate medical care because a doctor is
21   saying this is what's needed and you don't need to make a
22   distinction between adequate versus major?
23              MR. HALL:  Form and foundation.
24              MR. PATEL:  Join.
25              THE WITNESS:  There's going to be a reason

1  as to why this was a recommendation of the provider to
2  implement this particular drug to the child. So I'm going
3  to ensure that the child is receiving the appropriate
4  medication that is being prescribed to them. So, yes, I
5  believe that's adequate.
6  BY MR. CONNELLY:
7      Q.   So I'm just trying to understand, because we see
8  that the law makes a distinction between adequate versus
9  major; right?
10             MR. HUNTER:  Form, foundation.
11             MR. PATEL:  Join.
12             MR. HALL:  Join.
13             THE WITNESS:  There is two different
14 languages in here, yes.
15 BY MR. CONNELLY:
16      Q.   So I'm just trying to understand how, if at all,
17 that's implemented at the department, and it sounds to me
18 like what you're saying is the department doesn't take the
19 time to determine whether something is -- whether a
20 medication is adequate medical or major medical; if a
21 doctor is saying this is what I think should be prescribed
22 for the child, the department is just going to go ahead
23 and consent to that without seeking parental consent.
24             MR. PATEL:  Form and foundation.
25             MR. HALL:  Join.

```
 1  STATE OF ARIZONA    )
                        ) ss.
 2  COUNTY OF MARICOPA  )

 3

 4          BE IT KNOWN that the foregoing proceedings were
    taken by me, MICHAELA HERMAN DAVIS, a Certified Reporter,
 5  in and for the County of Maricopa, State of Arizona; that
    the witness before testifying was duly sworn to testify to
 6  the whole truth; that the questions propounded to the
    witness and the answers of the witness thereto were taken
 7  down by me in shorthand and thereafter reduced to
    typewriting under my direction; that the foregoing pages
 8  are a true and correct transcript of all proceedings had,
    all done to the best of my skill and ability.
 9
            I CERTIFY that I am in no way related to any of
10  the parties hereto, nor am I in any way interested in the
    outcome hereof.
11
            [X] Review and signature was requested.
12          [ ] Review and signature was not requested.
            [ ] Review and signature was waived.
13

14          I FURTHER CERTIFY that I have complied with the
    ethical obligations set forth in ACJA 7-206(F)(3) and
15  ACJA 7-206(J)(1)(g)(1) and (2). Dated at Phoenix, Arizona,
    this 6th day of February, 2024.
16

17

18                      _____
19                      Michaela H. Davis, RPR, CRR, CRC, CLR
                                Arizona CR No. 50574
20

21
            I CERTIFY that Carrie Reporting, LLC, has
22  complied with the ethical obligations set forth in
    ACJA 7-206.  Dated at Phoenix, Arizona, this 8th day of
23  February, 2024.

24                      _____
                                Carrie Reporting, LLC
25                              Arizona RRF No. R1064
```

CARRIE REPORTING, LLC - Certified Reporters
(480) 429-7573   carrie@carriereporting.com