Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT KRZYSTZTOF MLAK, MD'S MOTION FOR SUMMARY JUDGMENT**<br><br>(Hon. Diana J. Humetewa) |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LRCiv 7.3(a), Plaintiffs and Defendant Krzystztof Mlak hereby makes this unopposed request for an enlargement of time for Plaintiffs to file and serve their response to *Defendant Krzystztof Mlak, MD's Motion for Summary Judgment* [Doc. 151], filed on 3 July 2024. Plaintiffs make this request in good faith and not for purposes of delay.

Due to scheduling conflicts and deadlines in other matters, and given the scope, breadth, and complexity of the issues and arguments raised in Defendant's motion, a small amount of additional time is necessary for Plaintiffs to adequately and fairly respond to Defendant's arguments. The parties have conferred and agree that good cause exists to extend the time for Plaintiffs to respond to Defendant's motion up to and including 9 August 2024. Defendant has given his consent for this request, has no objection to it, and will not oppose it.

A proposed Order is also submitted for the Court's consideration.

**RESPECTFULLY SUBMITTED** this 2nd day of August 2024.

**MILLS + WOODS LAW PLLC**

By _____/s/ Thomas A. Connelly_____
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 2, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

_____/s/ Thomas A. Connelly_____