UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>State of Arizona, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**[PROPOSED] ORDER**<br><br>(Hon. Diana J. Humetewa) |

　　　The Court, having received the Unopposed Motion for Extension of Time for Plaintiffs to Respond to Defendant Krzystztof Mlak, MD's Motion for Summary Judgment, and good cause appearing,

　　　**IT IS HEREBY ORDERED** granting the motion and extending the deadline for Plaintiffs to file their Response up to and including 9 August 2024.

　　　DATED this _____ day of August 2024.