Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>State of Arizona, *et al.*,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**UNOPPOSED MOTION TO EXCEED PAGE LIMIT FOR PLAINTIFFS' RESPONSE TO DEFENDANT MLAK'S MOTION FOR SUMMARY JUDGMENT (DOC. 151)**<br><br>(Hon. Diana J. Humetewa) |

Pursuant to LRCiv 7.2(e)(1), Plaintiffs submit this unopposed motion requesting the Court to waive the 17-page limit for the filing of a response. Rule 7.2(e)(1) authorizes this waiver of the formal requirement if "otherwise permitted by the Court." Plaintiffs request permission to file a 33-page Response to Defendant Mlak's Motion for Summary Judgment (Doc. 151).

This request is warranted given the claims involved, the complexity of the legal issues involved, and the significance of the issues addressed in Defendant Mlak's motion. One of the

legal issues addressed there is the meaning of statutory definitions found in A.R.S. § 8-531. In this Court's Order dated 20 May 2022 (Doc. 74), the Court observed that the "fact-intensive nature" and "lingering legal questions" in resolving the parties' competing statutory interpretations "is better suited for a motion for summary judgment." (Doc. 75 at 7:4-5.) The Motion itself is 27-pages, as permitted by the Court (Doc. 148), and is supported by 48 exhibits (Docs. 151-1 – 151-3). To adequately respond to the Motion, present the pertinent facts, and analyze the legal issues, it is necessary for Plaintiffs to exceed the presumptive page limit. Pursuant to LRCiv 7.2(e)(1), Plaintiffs request the Court waive the 17-page limit and grant them leave to file a 33-page response in the form filed contemporaneously hereto.

Plaintiffs conferred with Defendant Mlak on this request, and he has no objection; thus, this motion is unopposed.

RESPECTFULLY SUBMITTED this 9th day of August 2024.

**MILLS + WOODS LAW PLLC**

By   /s/ Thomas A. Connelly
   Thomas A. Connelly
   Robert T. Mills
   Sean A. Woods
   5055 North 12th Street, Suite 101
   Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
   DeeAn Gillespie Strub
   Jenny D. Jansch
   7319 North 16th Street
   Phoenix, AZ 85020

   *Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on August 9, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

*/s/ Thomas A. Connelly*