# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, *et al.*,<br>　　　　　Plaintiffs,<br>　　v.<br>State of Arizona, *et al.*,<br>　　　　　Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**[PROPOSED] ORDER**<br><br>(Hon. Diana J. Humetewa) |

　　The Court, having received Plaintiffs' Unopposed Motion to Exceed Page Limit for Plaintiffs' Response to Defendant Krzystztof Mlak's Motion for Summary Judgment, and good cause appearing in light of the complexity of the claims and issues in this matter as raised in Defendant Mlak's motion (Doc. 151), the Court will grant the request and allow Plaintiffs' 33-page response.

　　**IT IS HEREBY ORDERED** granting the Unopposed Motion to Exceed Page Limit and allowing Plaintiffs' response in the form and length filed contemporaneously with the unopposed motion on 9 August 2024.

　　DATED this _____ day of August 2024.