# ALPHABETICAL TABLE OF EXHIBITS

**Plaintiffs' Response to Defendant Mlak's Motion for Summary Judgment (Doc. 151)**

*Scianna v. State of Arizona, et al.*, No. 21-cv-01444-DJH

| Exhibit No. | Description | Date |
|---|---|---|
| A | Declaration of Christine Scianna | 08/08/2024 |
| B | Banner Health Medical Records (excerpt) | 04/23/2018 |
| C | Aurora Behavioral Healthcare Medical Records (excerpt) | 04/30/2018 |
| D | Declaration of Thomas A. Connelly | 08/09/2024 |
| E | Preliminary Protective Order, Juvenile Court | 07/27/2018 |