# CROSS-REFERENCE TO

# NUMERICAL TABLE OF EXHIBITS

## Supporting

## Plaintiffs' Motion for Partial Summary Judgment (Doc. 154)

*Scianna v. State of Arizona, et al.*, No. 21-cv-01444-DJH

| Exhibit No. | Doc. 154-n | Description | Date |
|---|---|---|---|
| 1 | 154-2 | Deposition Transcript of Dr. Krzysztof Mlak (excerpt) | 06/08/2023 |
| 2 | 154-3 | DCS Report to the Juvenile Court (excerpt) | 06/28/2018 |
| 3 | 154-4 | Dependency Petition | 06/27/2018 |
| 4 | 154-5 | Mother's Rule 59 Motion for Change of Physical Custody | 10/31/2018 |
| 5 | 154-6 | Aurora Behavioral Healthcare Discharge Summary | 11/21/2018 |
| 6 | 154-7 | Banner Thunderbird Medical Records | 04/22/2018 |
| 7 | 154-8 | Abrazo Arrowhead Medical Records (excerpt) | 08/22/2018 |
| 8 | 154-9 | Christine Scianna Email to Aurora re: Haldol | 09/21/2018 |
| 9 | 154-10 | Abrazo Arrowhead Hospital Crisis Intervention Report (excerpt) | 08/22/2018 |
| 10 | 154-11 | Juvenile Court Minute Entry | 07/13/2018 |
| 11 | 154-12 | Juvenile Court Minute Entry | 11/15/2018 |
| 12 | 154-13 | DCS Motion to Dismiss Dependency | 02/11/2019 |
| 13 | 154-14 | Juvenile Court Order Dismissing Dependency | 02/12/2019 |
| 14 | 154-15 | DCS Motion for Approval of Inpatient Treatment | 08/30/2018 |
| 15 | 154-16 | Juvenile Court Order Approving 72-Hour Inpatient Assessment | 08/31/2018 |
| 16 | 154-17 | Juvenile Court Order Approving Inpatient Treatment | 09/04/2018 |
| 17 | 154-18 | St. Luke's Behavioral Health records (excerpt) | 06/28/2016 |
| 18 | 154-19 | Aurora Consent Form (excerpt) | 09/07/2018 |
| 19 | 154-20 | Deposition Transcript of Christine Scianna (excerpt) | 05/16/2023 |
| 20 | 154-21 | Cleveland Clinic Description of Rhabdomyolysis | 07/12/2024 |
| 21 | 154-22 | DCS Family Meeting Notes | 06/18/2018 |
| 22 | 154-23 | Expert Report of Dr. Andrew Clark | 12/09/2023 |
| 23 | 154-24 | Deposition Transcript of Dr. Andrew Clark (excerpt) | 02/19/2024 |
| 24 | 154-25 | Deposition Transcript of Melissa Courtright (excerpt) | 01/22/2024 |
| 25 | 154-26 | A.S. § 47.10.084 (Alaska Statute) | |