EXHIBIT C

# Aurora Behavioral Healthcare LLC. Tempe AZ

## Facesheet

| Case No | Soc Sec No | Attending Doctor | Ad/CoAttn/Clinician | Unit/Room/Bed | | MRN | P. Language |
|---|---|---|---|---|---|---|---|
| **1806024** | | **Ghafoor, Tariq** | **Fisher, Michael** | **Coyota/104/A** | | **0119188** | **eng** |

| Patient (first name, middle name, last name) | | Birth Date | Age | Sex | Race & Ethnicity | | Marital | Religion | Service |
|---|---|---|---|---|---|---|---|---|---|
| **Brooke Scianna** | | **07/14/2001** | **16** | **F** | **WHITE** | **Non-Hispanic** | **Single** | | **Inpatient Special Unit** |

| Street | City | ST | Zip | Admit Date | Time | Disc Date | Time |
|---|---|---|---|---|---|---|---|
| **15928 W Custer Ln** | **Surprise** | **AZ** | **85379-** | **04/30/2018 19:04** | | **05/30/2018 17:30** | |

| Father's Name | Mother's Maiden Name | Spouse | Referral Source | Patient Phone | Adm Type |
|---|---|---|---|---|---|
| **John Scianna** | **Christine Scianna** | | **Banner** | **(623)521-7457** | **Voluntary** |

| Guardian / Conservator | Medical Doctor | Authorization # |
|---|---|---|
| | | **0007-0300: 181210000000041-36** |

| Previous Admission Name | Date | Facility | Occupation | County |
|---|---|---|---|---|
| | | | | **Maricopa** |

| Admitting Diagnoses | Discharge Diagnoses |
|---|---|
| **F34.89 - Other specified persistent mood disorders** | **F84.0 - Autistic disorder** |
| | **F34.81 - Disruptive mood dysregulation disorder** |
| | **F43.10 - Post-traumatic stress disorder, unspecified** |

| Patient Employer | Street | City | State | Zip | Phone |
|---|---|---|---|---|---|
| | | | | | |

| Notify in Emergency | Street | City | State | Zip | Phone |
|---|---|---|---|---|---|
| **Christine Scianna** | **15928 W Custer Ln** | **Surprise** | **AZ** | **85379-** | **(623)521-7457** |

| Guarantor Name | Soc Sec No | Relation | Phone |
|---|---|---|---|
| **Christine Scianna** | | **Mother** | **(623)521-7457** |

| Guarantor Street | City | State | Zip |
|---|---|---|---|
| **15928 W Custer Ln** | **Surprise** | **AZ** | **85379-5018** |

| Guarantor Employer | Street | City | State | Zip | Phone |
|---|---|---|---|---|---|
| | | | | | |

| Prim. Insurance | Street | City | State | Zip | Phone |
|---|---|---|---|---|---|
| **0007-0300 MERCY MARICOPA** | **PO BOX 64835** | **PHOENIX** | **AZ** | **85082** | **(866)796-5598** |

| Group No. | Policy No. | Subscriber Name | Subscriber DOB | Verified | Relation | Eligibility Date |
|---|---|---|---|---|---|---|
| | **A50440829** | **Brooke Scianna** | **07/14/2001** | **Yes** | **Self** | **Oct 01, 2016 - Unknown** |

| 2nd Primary Insurance | Street | City | State | Zip | Phone |
|---|---|---|---|---|---|
| | | | | | |

| Group No. | Policy No. | Subscriber Name | Subscriber DOB | Verified | Relation | Eligibility Date |
|---|---|---|---|---|---|---|
| | | | | | | |

| Secondary Insurance | Street | City | State | Zip | Phone |
|---|---|---|---|---|---|
| | | | | | |

| Group No. | Policy No. | Subscriber Name | Subscriber DOB | Verified | Relation | Eligibility Date |
|---|---|---|---|---|---|---|
| | | | | | | |

Comments:                                    Clerk:



Name: Scianna, Brooke
AcctNum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:   Ghafoor, T.

## DISCHARGE PATIENT CHART ORDER & CHECKLIST FOR BUSINESS OFFICE & UTILIZATION REVIEW

**Forms shaded GREY should NOT be copied/scanned to Insurance Companies.**

| *LEFT SIDE ~ DO NOT COPY*<br>**COORDINATION OF CARE & LEGAL –** | YES | NO | COMMENTS: |
|---|---|---|---|
| ➤ Authorization to Release Medical/Psychiatric Information | | | |
| ➤ Adolescent Approved Contact list *(adolescent only)* | | | |
| ➤ Certification of Need *(CON)* / Recertification of Need *(RON)* *(if applicable)* | ☐ | ☑ | |
| ➤ *copies of patient* Identification cards or Driver's License and/or Insurance cards | | | |
| ➤ Condition of Admission Inpatient | | | |
| ➤ Patient Acknowledgements and Consents | | | |
| ➤ Notice to All Patients and Guardians | | | |
| ➤ Patient Advance Directives Acknowledgement | | | |
| ➤ Philosophy and Practice for Physical Hold Use | | | |
| ➤ Patient Registration | | | |
| ➤ Medicare Certification *(if applicable)* | | | |
| ➤ Important Message from Medicare *(if applicable)* | | | |
| ➤ Consent to Bill Medicare Lifetime Days *(if applicable)* | | | |
| ➤ Medicare MSP – Beneficiary Questionnaire *(if applicable)* | | | |

*HIM staff will write next to a form listed below if it is missing and cannot be corrected or when it was corrected & received.*

| *RIGHT SIDE ~ COPY ONLY THE FOLLOWING that is NOT Shaded Grey:*<br>**DISCHARGE PLANNING –** divider | YES | NO | COMMENTS: |
|---|---|---|---|
| ➤ Psychiatric Discharge Summary | ☑ | ☐ | |
| ➤ Discharge Aftercare Plan – Outpatient Provider Information | ☑ | ☐ | |
| ➤ Discharge Aftercare Plan – Disposition and Medications | ☑ | ☐ | |
| ➤ Medication Reconciliation | ☑ | ☐ | |
| ➤ Transfer Summary *(if applicable)* | | | |
| ➤ Request for AMA *(if applicable)* | | | |
| ➤ Parent / Guardian Authorization to Release a Minor *(adolescent)* | | | |
| ➤ Discharge Aftercare Plan – Individual Wellness and Recovery Plan | | | |
| ➤ Self-Harm/Suicide Risk Assessment | | | |
| ➤ Patient Stored Medications *(if applicable)* | | | |
| ➤ Patient Valuables/Contraband list & Patient Personal Property/Belongings Inventory list *(if applicable)* | | | |

| **ASSESSMENTS –** | YES | NO | COMMENTS: |
|---|---|---|---|
| ➤ History and Physical Consultation *(dictated)* | ☑ | ☐ | |
| ➤ Psychiatric Admission Note / Initial Progress Note | ☑ | ☐ | |
| ➤ AIMS Examination *(if applicable)* | | | |
| ➤ Chemical Dependency Evaluation *(if applicable)* | ☐ | ☑ | |
| ➤ Medical Screening Evaluation | | | |
| ➤ Nursing Admission Assessment | ☑ | ☐ | |
| ➤ Psychosocial Assessment | ☑ | ☐ | |
| ➤ Adjunctive Therapy Assessment | | | |
| ➤ Alcohol Use Disorder Identification Test (AUDIT) *(adults only)* | | | |
| ➤ Nutrition Assessment *(if applicable)* | | | |

**PHYSICIAN ORDERS –**
- ➤ Admission Orders
- ➤ Physician Orders
- ➤ Arizona Board of Pharmacy – Patient Report
- ➤ Informed Consent for Psychotropic Medication *(if applicable)*
- ➤ Over the Counter Medication Consent *(adolescent only)*

*[SEE BACK SIDE]*

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002506**

# DISCHARGE PATIENT CHART ORDER & CHECKLIST FOR UTILIZATION REVIEW [Continued]

## LABS –
- ➢ Influenza Immunization *(applicable October 1ˢᵗ – March 31ˢᵗ only)*
- ➢ Urine Drug Screen
- ➢ Pregnancy Screening
- ➢ Tuberculosis Screening Form and Skin Test Consent *(if applicable)*
- ➢ Laboratory reports *(if applicable)*
- ➢ EKG or X-Ray reports *(if applicable)*
- ➢ HIV Antibody Blood Test Consent *(if applicable)*

## TREATMENT PLANS –
- ➢ Master Treatment Plan (initial)
- ➢ Individual Treatment Care Plan -- *(Multidisciplinary Treatment Plan – Mental Health)*
- ➢ Individual Treatment Care Plan -- *(Multidisciplinary Treatment Plan – Medical Health)*
- ➢ Master Treatment Plan Review *(if applicable)*

## PROGRESS NOTES –                                   YES    NO    COMMENTS:
- ➢ Psychiatric Progress Notes                        ☑      ☐     missing 5/25 note
- ➢ Psychiatric Discharge Note                        ☑      ☐
- ➢ Chemical Dependency Progress Notes                ☐      ☑
- ➢ Medical Physician Progress Notes
- ➢ Social Services Progress Notes

## DAILY DOCUMENTATION –
- ➢ Daily Nursing Flow sheet
- ➢ Patient Return Assessment *(if applicable)*
- ➢ Patient Unit Orientation
- ➢ Patient Observation record

## PHYSICAL HOLD –
- ➢ Physical Hold packet *(if applicable)*

## GROUP THERAPY –
- ➢ Daily Group Notes – Social Services
- ➢ Daily Group Notes -- Adjunctive Therapy

## MEDICATION –
- ➢ MARs

SCANNED/COPIED BY: _____          DATE: _____

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                    AURORA(SCIANNA) 002507

| Transmission Report |
| --- |

te/Time       05-31-2018      12:49:00        Transmit Header Text
cal ID 1      4803455451                      Local Name 1

### This document : Confirmed
### (reduced sample and details below)
### Document size : 8.5"x11"



AURORA
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooks
Adnum: 1808024  DOB: 07/14/01  Age: 16
MedRec#: 6116198  Sex: F  DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:     Ghafoor, T.

## Fax

Date: ____5/31/18____

To: ____MMIC____

Attn: _____

Fax: _____

From: Aurora Behavioral Health System – Tempe
6350 S. Maple Avenue
Tempe, Arizona 85283
(480) 345-5400 / Main
(480) 345-5451 / Fax

**Documents Faxed:**
- ☑ Discharge Aftercare Plan, Outpatient Providers
- ☑ Discharge Aftercare Plan, Disposition and Medications
- ☑ TB results
- ☑ Lab Results
- ☐ Discharge Note
- ☑ Discharge Summary
- ☑ Patient Advance Directive Acknowledgement

(Items not checked indicate that information was not available at the time this fax was sent)

**Additional Notes:**

Confidentiality Statement: The attached information is CONFIDENTIAL and is protected under
the Privacy Act of 1974. It is intended for the use of the addresses(s) identified above. This
faxed material must be destroyed appropriately when it is no longer required.

If the reader of this message is not the intended recipient(s) or the employee or agent
responsible for delivering the attached information to the intended recipient(s), please note
that any dissemination, distribution or copying of this communication is strictly prohibited.
Anyone who receives this communication in error should notify ABHS immediately and return
the original message to the address at the top of the cover sheet via U.S. Mail.

Aurora Behavioral Health System
Original: 11/28/12, Rev 10/01/2015

Total Pages Scanned : 36            Total Pages Confirmed : 36

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 01 | 124 | MVMAP07 | 11:41:11 05-31-2018 | 00:20:06 | 36/36 | 1 | EC | HS | CP14400 |

**Abbreviations:**

| | | | | |
| --- | --- | --- | --- | --- |
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fail | G3: Group 3 |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002508



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:      Ghafoor, T.

## REQUEST FOR INFORMATION FROM
☑ PCP    ☐ MENTAL HEALTH PROVIDER    ☐ MEDICARE PLAN/PROVIDER

**RE: Patient Name:** Brooke Scianna    **Patient Date of Birth:** 7-14-2001

TO: Arrowhead Pediatric
**Provider Name** — Closed —
No longer in business

Address: _____

Address: _____

Phone #: _____

Fax #: _____
**Please feel free to contact the attending provider to coordinate care.**

FROM:  Aurora Behavioral Healthcare Tempe
Address: 6350 South Maple Avenue
Tempe, Arizona 85283
Phone #: 480-345-5400
**Fax #: SEE BELOW**
Contact Phone #: 480-345-5400
AURORA ATTENDING PROVIDER: _____

Provider contact phone: _____

Dear PCP/Mental Health/ or Medicare Plan/Provider:
The above behavioral health provider is writing to request information that concerns one of your patients for the purpose of coordinating care. The quality of care that this person receives is dependent on your timely response to this request. **Confidentiality laws do not require a separate authorization to release this information. (Protected health information pertaining to alcohol, drug and HIV/communicable disease information requires separate authorization according to A.R.S. § 36-664 and 42 CFR Part 2. For more information see PM Section 4.1 Disclosure of Behavioral Health Information).**  If you have questions regarding this request, please contact the above referenced person.

Private Insurance Name: _____   Policy #: _____

AHCCCS Health Plan Name: LTC  DD  DES   AHCCCS ID#: A 50440829

Medicare Advantage Plan Name: _____   Medicare Claim #: _____

**If this is your current patient, who has been seen in your office within the last 90 days, please send the following information regarding this patient:**
☒ Date of last visit: _____
☒ Current medication list
☒ H & P, Labs within last 3 months
☐ Other: _____

**Fax to:**
☐ Guadalupe: (480) 345-5472
☐ Sedona: (480) 345-5471
☐ Gila: (480) 621-3103
☐ Other (Specify): _____

☐ Coyote: (480) 345-5473
☐ Cottonwood: (480) 345-5470
☐ Palo Verde: (480)-621-3101
☐ Ocotillo: (480)-621-3102

Signature: _____   Date: 4-30-18   Time: 18:20

Aurora Behavioral Health System
Original: 01/16/13, Rev. 11/25/2014, 02/18/2015, 05/28/2015, 06/18/2015, 02/12/2016, 8/25/2016,12/20/2016

Provider Manual 4.3.2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002509**





BEHAVIORAL HEALTH SYSTEM

Name:  Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:        Ghafoor, T.

## REQUEST FOR INFORMATION FROM
☐ PCP   ☒ MENTAL HEALTH PROVIDER   ☐ MEDICARE PLAN/PROVIDER

**RE: Patient Name:** _Brooke Scianna_   **Patient Date of Birth:** _7-14-2001_

**TO:** _Az Childrens Assoc._          **FROM:**  Aurora Behavioral Healthcare Tempe
**Provider Name** Psych _Michelle Heerdenbrat_    Address:  6350 South Maple Avenue
                                                    Tempe, Arizona 85283
**Address:** _11321 W. Bell Rd Ste. 40_          Phone #: 480-345-5400
                                                    **Fax #: SEE BELOW**
**Address:** _Surprise   AZ 85374_               Contact Phone #: 480-345-5400
                                                    AURORA ATTENDING PROVIDER: _____
**Phone #:** _(623) 583-2523 x 242_ Provider contact phone: _____
**Fax #:** _602-889-5560_
**Please feel free to contact the attending provider to coordinate care.**

Dear PCP/Mental Health/ or Medicare Plan/Provider:
The above behavioral health provider is writing to request information that concerns one of your patients for the purpose of coordinating care.  The quality of care that this person receives is dependent on your timely response to this request.  **Confidentiality laws do not require a separate authorization to release this information. (Protected health information pertaining to alcohol, drug and HIV/communicable disease information requires separate authorization according to A.R.S. § 36-664 and 42 CFR Part 2.  For more information see PM Section 4.1 Disclosure of Behavioral Health Information).**  If you have questions regarding this request, please contact the above referenced person.

Private Insurance Name: _____   Policy #: _____
AHCCCS Health Plan Name: _LTC DD DES_        AHCCCS ID#: A _50440829_
Medicare Advantage Plan Name: _____   Medicare Claim #: _____

**If this is your current patient, who has been seen in your office within the last 90 days, please send the following information regarding this patient:**
☒ Date of last visit: _____
☒ Current medication list
☒ H & P, Labs within last 3 months
☐ Other: _____

**Fax to:**
☐ Guadalupe: (480) 345-5472          ☐ Coyote: (480) 345-5473
☐ Sedona: (480) 345-5471             ☐ Cottonwood: (480) 345-5470
☐ Gila: (480) 621-3103               ☐ Palo Verde: (480)-621-3101
☐ Other (Specify): _____   ☐ Ocotillo: (480)-621-3102

**Signature** _Kristine Scianna_        **Date:** _4-30-18_   **Time:** _18:20_

Aurora Behavioral Health System
Original: 01/16/13, Rev. 11/25/2014, 02/18/2015, 05/28/2015, 06/18/2015, 02/12/2016, 8/25/2016,12/20/2016        Provider Manual 4.3.2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021        AURORA(SCIANNA) 002510



## Transmission Report



| | | | |
|---|---|---|---|
| Date/Time | 04-30-2018 | 07:54:15 p.m. | Transmit Header Text |
| Local ID 1 | 4803455455 | | Local Name 1 |

### This document : Failed
### (reduced sample and details below)
### Document size : 8.5"x11"



## AURORA
ADVANCED HEALTH CARE

Name: Scianna, Brooke
Admn#: 1806024  DOB: 07/14/01  Age: 16
MedRec#: D119168  Sec: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:      Ghulber, T.

### REQUEST FOR INFORMATION FROM

☐ PCP   ☑ MENTAL HEALTH PROVIDER   ☐ MEDICARE PLAN/PROVIDER

RE: Patient Name: __Brooke Scianna__   Patient Date of Birth: __7-14-2001__

TO: __Az Childers Assoc__
Provider Name Psych- Michelle Hendrickson

Address: __11321 W. Bell Rd St 49__

Address: __Surprise  Az 85374__

Phone #: __(623) 583-2523 x 24(?)__

Fax #: __(602) 889-5560__

Please feel free to contact the attending provider to coordinate care.

FROM: Aurora Behavioral Healthcare Tempe
Address: 6350 South Maple Avenue
Tempe, Arizona 85283
Phone #: 480-345-5400
Fax #: SEE BELOW
Contact Phone #: 480-345-5400
AURORA ATTENDING PROVIDER:

Provider contact phone: _____

Dear PCP/Mental Health/ or Medicare Plan/Provider:
The above behavioral health provider is writing to request information that concerns one of your patients for the purpose of coordinating care. The quality of care that this person receives is dependent on your timely response to this request. Confidentiality laws do not require a separate authorization to release this information. (Protected health information pertaining to alcohol, drug and HIV/communicable disease information requires separate authorization according to A.R.S. § 36-664 and 42 CFR Part 2. For more information see PM Section 4.1 Disclosure of Behavioral Health Information). If you have questions regarding this request, please contact the above referenced person.

Private Insurance Name: _____   Policy #: _____

AHCCCS Health Plan Name: __LTC DD DES__   AHCCCS ID#: A __5D440829__

Medicare Advantage Plan Name: _____   Medicare Claim #: _____

If this is your current patient, who has been seen in your office within the last 90 days, please send the following information regarding this patient:
☒ Date of last visit: _____
☒ Current medication list
☒ H & P, Labs within last 3 months
☐ Other: _____

Fax to:
☐ Guadalupe: (480) 345-5472        ☐ Coyote: (480) 345-5473
☐ Sedona: (480) 345-5471            ☐ Cottonwood: (480) 345-5470
☐ Gila: (480) 621-3103              ☐ Palo Verde: (480)-621-3101
☐ Other (Specify): _____          ☐ Ocotillo: (480)-621-3102

Signature __Kristine Scianna__   Date: __4-30-18__   Time: __18:20__

Aurora Behavioral Health System
Original: 07/16/13, Rev. 11/23/2014, 03/18/2015, 05/28/2015, 05/18/2015, 02/12/2016, 8/25/2016,12/20/2016

Provider Manual 4.1.2

Total Pages Scanned : 2          Total Pages Confirmed : 0

| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
|---|---|---|---|---|---|---|---|---|---|
| 01 | 571 | 916028895560 | 07:53:27 p.m. 04-30-2018 | 00:00:00 | 0/2 | 1 | -- | HS | FA |

Abbreviations:
HS: Host send          PL: Polled local        MP: Mailbox print     CP: Completed          TS: Terminated by system
HR: Host receive       PR: Polled remote       RP: Report            FA: Fail               TU: Terminated by user
WS: Waiting send       MS: Mailbox save        FF: Fax Forward       TU: Terminated by user EC: Error Correct

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002511




## Transmission Report

| | | | |
|---|---|---|---|
| Date/Time | 04-30-2018 | 07:51:44 p.m. | Transmit Header Text |
| Local ID 1 | 4803455455 | | Local Name 1 |

### This document : Failed
### (reduced sample and details below)
### Document size : 8.5"x11"



AURORA
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1809026  DOB: 07/14/01  Age: 16
MedRec#: 0119166  Sex: F  DOA: 04/30/16
Unit: Coyote / 8104 / A
Doctor:    Chaker, T.

**REQUEST FOR INFORMATION FROM**

☐ PCP        ☒ MENTAL HEALTH PROVIDER        ☐ MEDICARE PLAN/PROVIDER

RE: Patient Name: ___Brooke Scianna___ Patient Date of Birth: __7-14-2001__

TO: _A z Clutters Assoc_          FROM: Aurora Behavioral Healthcare Tempe
Provider Name Physc. Mrclelle Huersterband   Address: 6350 South Maple Avenue
                                              Tempe, Arizona 85283
Address: _11321 w. Ball Rd  St. 44_    Phone #: 480-345-5400
                                        Fax #: SEE BELOW
Address: _Surprise, Az 85374_          Contact Phone #: 480-345-5400
                                        AURORA ATTENDING PROVIDER: _____
Phone #: _(623) 583-2523 x 245_ Provider contact phone: _____
Fax #: _605-889-5560_
Please feel free to contact the attending provider to coordinate care.

Dear PCP/Mental Health/ or Medicare Plan/Provider:
The above behavioral health provider is writing to request information that concerns one of your patients for the purpose of coordinating care. The quality of care that this person receives is dependent on your timely response to this request. Confidentiality laws do not require a separate authorization to release this information. (Protected health information pertaining to alcohol, drug and HIV/communicable disease information requires separate authorization according to A.R.S. § 36-664 and 42 CFR Part 2. For more information see PM Section 4.1 Disclosure of Behavioral Health Information). If you have questions regarding this request, please contact the above referenced person.

Private Insurance Name: _____    Policy #: _____
AHCCCS Health Plan Name: _LTC  DD DES_   AHCCCS ID#: A _50440829_
Medicare Advantage Plan Name: _____   Medicare Claim #: _____

If this is your current patient, who has been seen in your office within the last 90 days, please send the following information regarding this patient:
☒ Date of last visit: _____
☒ Current medication list
☒ H & P, Labs within last 3 months
☐ Other: _____

Fax to:
☐ Guadalupe: (480) 345-5472      ☐ Coyote: (480) 345-5473
☐ Sedona: (480) 345-5471         ☐ Cottonwood: (480) 345-5470
☐ Gila: (480) 621-3103           ☐ Palo Verde: (480) 621-3101
☐ Other (Specify): _____        ☐ Ocotillo: (480) 621-3101

Signature _Katie Scianna_   Date: _4-30-18_  Time: _18:20_

Aurora Behavioral Health System                      Provider Manual 4.3.2
Original: 01/16/13, Rev. 11/25/2013, 02/16/2015, 05/29/2015, 06/18/2015, 02/12/2016, 8/15/2016, 12/20/2016

---

| Total Pages Scanned : 2 | | Total Pages Confirmed : 0 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| 1 | 568 | 96028895560 | 07:49:43 p.m. 04-30-2018 | 00:00:00 | 0/2 | 1 | -- | HS | FA |

Abbreviations:
HS: Host send          PL: Polled local       MP: Mailbox print      CP: Completed          TS: Terminated by system
HR: Host receive       PR: Polled remote      RP: Report             FA: Fail               TU: Terminated by user    EC: Error Correct
WS: Waiting send       MS: Mailbox save       FF: Fax Forward

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002512

## Transmission Report

| | | | |
|---|---|---|---|
| Date/Time | 04-30-2018 | 07:56:14 p.m. | Transmit Header Text |
| Local ID 1 | 4803455455 | | Local Name 1 |

### This document : Failed
### (reduced sample and details below)
### Document size : 8.5"x11"



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Acnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sec: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor    Ghafoor, T.

#### REQUEST FOR INFORMATION FROM

☐ PCP  ☒ MENTAL HEALTH PROVIDER  ☐ MEDICARE PLAN/PROVIDER

RE: Patient Name: _Brooke Scianna_  Patient Date of Birth: _7-14-2001_

TO: _Az Childrens Assoc_   FROM: Aurora Behavioral Healthcare Tempe
Provider Name Physcn Michelle Hendrickson  Address: 6350 South Maple Avenue
—Tempe, Arizona 85283
Address: _11321 W. Bell Rd St 40_   Phone #: 480-345-5400
Fax #: SEE BELOW
Address: _Surprise, AZ 85374_   Contact Phone #: 480-345-5400
AURORA ATTENDING PROVIDER: _____

Phone #: _(623) 583-2523 x 24_ Provider contact phone: _____
Fax #: _602-889-5560_
Please feel free to contact the attending provider to coordinate care.

Dear PCP/Mental Health/ or Medicare Plan/Provider:
The above behavioral health provider is writing to request information that concerns one of your patients for the purpose of coordinating care. The quality of care that this person receives is dependent on your timely response to this request. Confidentiality laws do not require a separate authorization to release this information. (Protected health information pertaining to alcohol, drug and HIV/communicable disease information requires separate authorization according to A.R.S. § 36-664 and 42 CFR Part 2. For more information see PM Section 4.1 Disclosure of Behavioral Health Information). If you have questions regarding this request, please contact the above referenced person.

Private Insurance Name: _____   Policy #: _____
AHCCCS Health Plan Name: _LTC  DD DES_   AHCCCS ID#: A _50440829_
Medicare Advantage Plan Name: _____   Medicare Claim #: _____

If this is your current patient, who has been seen in your office within the last 90 days, please send the following information regarding this patient:
☒ Date of last visit: _____
☒ Current medication list
☒ H & P, Labs within last 3 months
☐ Other: _____

Fax to:
☐ Guadalupe: (480) 345-5472   ☐ Coyote: (480) 345-5473
☐ Sedona: (480) 345-5471   ☐ Cottonwood: (480) 345-5470
☐ Gila: (480) 621-3103   ☐ Palo Verde: (480)-621-3101
☐ Other (Specify): _____   ☐ Ocotillo: (480)-621-3102

Signature _Kirstin Scianna_   Date: _4-30-18_  Time: _18:18_

Aurora Behavioral Health System
Original: 01/14/13, Rev. 11/21/2014, 02/18/2015, 05/18/2015, 06/18/2015, 09/11/2015, 8/25/2016, 12/26/2016   Provider Manual 4.3.2

---

| Total Pages Scanned : 2 | | Total Pages Confirmed : 0 | | | | | | |
|---|---|---|---|---|---|---|---|---|
| No. | Job | Remote Station | Start Time | Duration | Pages | Line | Mode | Job Type | Results |
| 01 | S73 | 96028895560 | 07:55:04 p.m. 04-30-2018 | 00:00:00 | 0/2 | 1 | -- | HS | FA |

**Abbreviations:**

| | | | | |
|---|---|---|---|---|
| HS: Host send | PL: Polled local | MP: Mailbox print | CP: Completed | TS: Terminated by system |
| HR: Host receive | PR: Polled remote | RP: Report | FA: Fall | TU: Terminated by user |
| WS: Waiting send | MS: Mailbox save | FF: Fax Forward | TU: Terminated by user | EC: Error Correct |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002513



**EI US, LLC.**

e: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:  Ghafoor, T.

EI US, LLC. Temporary Home or Hospital Instruction Form

## Parental Consent

I Christine Scianna                    am the  mother                        of
LEGAL GUARDIAN NAME                    RELATIONSHIP TO CHILD

Brooke Scianna            , 07 / 14 / 2001,   15928 W. Cluster Lane
CHILDS NAME                      CHILDS DATE OF BIRTH      ADDRESS, NUMBER, STREET AND APT. OR SUITE NUMBER

Surprise, AZ 85379           , (623)-521-7457. The child is in            grade
CITY, STATE, ZIP CODE                      PHONE                                      GRADE

and attends Accel         in Dysart Unified    School District
SCHOOL              SCHOOL DISTRICT          . Please Contact

                                    Send to   mary.garcia@dysart.org
Nick (principal)           at ( )-  .     or by email at
SCHOOL CONTACT NAME          PHONE                      EMAIL

CHILD HAS IEP ☑ YES ☐ NO  •IEP on file is expired. Please email
                             current IEP to clore@educationinc.us.
I am the legal guardian of the child noted above and authorize EI US, LLC. to obtain and exchange information with the parties indicated
above                                                        Thank you.
Verbal Consent Received From:                    Written Consent Given From:

_____        _Christine Scianna_____
Name/Relationship to Child                  Name/Relationship to Child

Received By:                        Date:
_Dorothea Sor_____        04,30,18
Staff Member Receiving Signature

## Physician's Statement

Admitted on 04 / 30 / 18 for the following Diagnosis: autism                    . The

anticipated discharge date is currently 06 / 30 / 2018              Readmit.

This is the student's first hospitalization/ admission this school year    YES ☐ NO ☑

Student was placed by: mother - private placement

**PHYSICIANS INFORMATION**

Physicians Name:     DR. Tariq Ghafor             Type of Physician: Psychiatry

Hospital/Treatment Facility:   Aurora BHS East        Unit:   SNU

Address:  6350 S. Maple St. Tempe AZ 85253              Phone: (480) - 345 - 5400

PHYSICIAN'S SIGNATURE:                      Date: 04 / 30 / 2018

J Main Street, Suite 2A, Plymouth, Massachusetts 02360 - ph 508.732.9301 • fx 508.732.9717

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002514**



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:    Ghafoor, T.

## LEGAL GUARDIANSHIP INFORMATION
### *ADOLESCENT PATIENTS ONLY*

**Adolescent Patient Name:** Brooke Scianna    DOB: 7-14-01

**Patient Legal Guardian – Mother\*** Christine Scianna – Mother

**Patient Legal Guardian – Father\*** John Scianna – Dad.

**Patient Legal Guardian – Other\*\*** Gave approval for treatment by email

**Patient resides with:** Christine Scianna – Mother
4:50 AM 4/30/18

**Custody of patient:**  ☐ parents/guardians together   ☑ joint custody   ☐ sole custody   ☐ shared custody

\* *If sole custody or mental health custody appointed to one parent, a copy of court records stating custody is required __prior__ to patient beginning treatment.*

\*\**If legal guardian, a copy of court records indicating legal guardianship is required __prior__ to patient starting treatment.*

I attest the above legal guardianship is accurate regarding adolescent patient _____

_____    4-30-18    18.20
**Patient Signature**                     **Date**            **Time**

_____    _____    _____    _____
**Guardian Signature**                    **Relationship to Patient**    **Date**    **Time**

_____    _____    _____    _____
**Guardian Signature**                    **Relationship to Patient**    **Date**    **Time**

_____    LPC         4-30-18    18.20
**Therapist Signature**                   **Credentials**    **Date**    **Time**

J. Adair, LPC

Aurora Behavioral Health System
Original: 7/26/13; Revised: 05/05/14, 11/14/14, 11/24/2014

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002515**



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:     Ghafoor, T.

## ADOLESCENT APPROVED CONTACT LIST

| | | | | Photo identification is required for all adolescent visitors. |
|---|---|---|---|---|

| NAME | RELATIONSHIP TO PATIENT | CUSTODY / GUARDIANSHIP | TELEPHONE NUMBER | APPROVED TO CALL (YES or NO) | APPROVED TO VISIT (YES or NO) |
|---|---|---|---|---|---|
| Christine Scianna | Parent / Legal Guardian | Primary | 623 521-7457 | yes | yes |
| John Scianna | Parent / Legal Guardian | Secondary joint | 623-521-7187 | yes | yes |
| Daniel Quigley | Step-Parent Mothers Boyfriend | None | — | No | yes |
| Barb & Chuck Webster | Grandparents | No | 602-938-4391 or 602-402-3343 | yes | yes |
| Angelina Saanna | Grandparent | No | — | yes | yes |
| | Clergy (Priest, Pastor, Rabbi, Imam) | | | | |

***Please limit this list to parents, guardians, and/or step-parents.  No boyfriends/girlfriends***
**** For contact information only — need ROI signed if not legal parent or guardian****

To whom may patient be released upon discharge? Please list.

_Christine Scianna - mother_ _____
**Name and Relationship to Patient**          **Name and Relationship to Patient**

_Christine Scianna_        _Christine Scianna_    _4-30-18_   _18:30_
**Parent/Guardian Name**          **Signature**        **Date**      **Time**

_____
**Parent/Guardian email Address**
**J. Adair, LPC**

_____       _Adair LPC_        _4-30-18_    _18:30_
**Intake Counselor Name**          **Signature**        **Date**      **Time**

Aurora Behavioral Health System
Original: 3/25/10, Rev: 12/3/12, 05/05/14, 11/24/14, 04/03/2015

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002516



Name: Scia~~nna~~ Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:        Ghafoor, T.

## CONDITIONS OF ADMISSION INPATIENT

### CONSENT FOR TREATMENT

The undersigned authorizes Aurora Behavioral Health (Aurora), its staff, and attending physician to render to the patient all customary care, therapy, treatment, test and procedures considered advisable, including emergency treatment and transportation to another facility if necessary. Further consent is also given for any diagnostic procedures, medical treatment, x-ray treatment, recreational activities and therapy, and other treatment ordered by Aurora and/or attending physicians including but not limited to services provided by other Healthcare Professionals to the patient.

The undersigned affirms he/she has retained no other prescription medications on his/her person and agrees that all medications must be dispensed by Aurora pharmacy or by a registered nurse while he/she is a patient of Aurora.

The undersigned agrees that Aurora will not be responsible for the safety or care of the patient if the patient leaves the premises and will indemnify Aurora from any loss or injury which may occur as a result of leaving against medical advice.

The undersigned understand(s) that the use of a physical hold may be necessary, if severity of symptoms or behaviors warrant, in order to protect the patient from harming himself or others, or destroying property of Aurora. Should such physical hold become necessary during the patients' admission, I/We understand and agree to indemnity Aurora, its staff, physician or other mental health professional, from any loss due to injury that may occur as a result of such physical hold.

The undersigned acknowledges that the patient is under the control of an attending physician(s) and Aurora is not liable for any act or omission in following the instructing of said physicians. The undersigned recognizes that certain healthcare professionals furnishing services to the patient, including, but not limited to, radiologists, pathologists, psychiatrists, psychologists, physical therapist and/or licensed social workers may be independent contractors and may not be employees or agents of Aurora. The undersigned further recognizes that the patient may be billed separately by their attending physicians and/or other healthcare professionals for their services provided.

### CONSENT FOR ADMISSION

The undersigned acknowledges that no guarantee or assurance has been made to them, or the patient, as to the results of any services provided to the patient, including but not limited to therapy, treatment, tests or procedures, while admitted to Aurora Behavioral Health (Aurora). The undersigned further understands that, unless otherwise disclosed, Aurora does not employ physicians and that the patients admitting physician(s), and any other physician who may consult or provide services to the patient during this admission are not employed by and are not agents of Aurora, but are independent physicians who exercise their judgment in the services they render to patients.

The undersigned authorizes the Hospital to search the personal belongings of the patient when it is reasonably believed that the patient may be or is in possession of an item or items which may be dangerous to his/her health or to the health of others. If any are found, it is understood that they will be maintained in a secure place and returned to the patient at discharge unless otherwise therapeutically indicated by the attending physician.

The undersigned consents to the taking of photograph(s) for the purpose of identification. This photograph(s) may be permanently retained in patient's medical record.

The undersigned releases Aurora from any liability for the loss or damage of personal property and money kept in patient's room during his/her hospitalization. Furthermore, it is understood and agreed that Aurora shall not be liable for loss or damage to any money, personal valuables or other articles unless deposited with the cashier for safe keeping.

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002517





*(Affix Patient ID label or complete information below)*

Patient Name:

D.O.B:

## CONDITIONS OF ADMISSION INPATIENT

**GUARANTEE OF PAYMENT**

The undersigned, hereby agree(s) to guarantee the payment of the bill for services rendered by Aurora Behavioral Health System (Aurora). The undersigned agree(s) whether signing as guarantor or as patient, that in consideration of the services to be rendered to the patient, to be hereby jointly and individually obligated to pay the account of Aurora in accordance with the regular rates and terms of Aurora. Should the account be referred for collection by an attorney or collection agency, The undersigned agree(s) to pay all attorney's fees and other reasonable collection costs and charges that are necessary for the collection of any amount(s) not paid when due.

**ASSIGNMENT OF INSURANCE BENEFITS**

In consideration of hospital and medical services rendered or to be by Aurora Behavioral Health Care (Aurora), to the extent permitted by law, I hereby (I) irrevocably assign, transfer and set over to Aurora (II) all of my rights, title and interest to medical reimbursement, including, but not limited to, (III) the right to designate a beneficiary, add dependent eligibility and (IV) to have an individual policy continued or issued in accordance with the terms and benefits under any insurance policy, subscription certificate or other health benefit indemnification agreement otherwise payable to me for those services rendered by Aurora during pendency of the claim for this admission. Such irrevocable assignment and transfer shall be for the recovery on said policy(ies) or insurance, but shall not be construed to be an obligation of Aurora to pursue any such right of recovery. I hereby authorize the insurance company(ies) or third party payer(s) to pay directly to Aurora all benefits due for services rendered.

**APPLICABILITY TO OTHER PROVIDERS**

The undersigned agree(s) that in the event other healthcare professional providers, including but not limited to other hospital(s), furnish services to the patient while in Aurora Behavioral Health System (Aurora), the consent(s),assignment(s) guarantee(s) and release(s) herein above set out shall apply to such other providers and services.

(Initial) I have received the brochure of Health Insurance Portability and Accountability Act Notice of Privacy Practices

| | | | |
|---|---|---|---|
| Brooke Scianna | Unable to sign | 4-30-18 | |
| PATIENT NAME | PATIENT SIGNATURE | Date | Admission Time |

| | | | | |
|---|---|---|---|---|
| Scianna | 4-30-18 | 18:20 | Scianna | 4-30-18  18:20 |
| Signature of Insured / Guarantor | Date | Time | Signature of Legal Guardian - Next of Kin (For Minor or Incompetent Patients) | Date   Time |

| | | | | |
|---|---|---|---|---|
| | | | Adair | 4-30-18  18:20 |
| Signature of Insured / Co - Guarantor | Date | Time | Aurora Staff Signature | Date   Time |

**J. Adair, LPC**

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002518



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  **Age: 16**
MedRec#: 0119188 Sex: F  DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:         Ghafoor, T.

## CONDITIONS OF ADMISSION INPATIENT

**CONSENTS FOR RELEASE OF INFORMATION**

The undersigned authorizes Aurora to release all patient information, including specific information regarding diagnosis, treatment, and prognosis with respect to any physical, psychiatric, or drug/alcohol related condition for which the patient is being treated, including treatment for Acquired Immune Deficiency Syndrome(AIDS) or treatment for drug/alcohol abuse, while at Aurora Behavioral Health Care (Aurora), to any insurance company, and/or third party payers, or representative providing coverage for this admission, or to any Aurora representative including, but not limited to Aurora employees, attending physicians, other healthcare professionals or organizations. This information may not be released to any other person or entity unless the undersigned so authorizes.

The undersigned acknowledges that disclosures shall be limited to information that is reasonably necessary for the discharge of the legal or contractual obligations of the person(s) or entities to which the information is released.

The undersigned further authorizes Aurora to release information for the purpose of obtaining pre-authorization for treatment and concurrent review and to release that information to medical review agencies, and/or third party payers providing coverage or having responsibility for this admission.

The confidentiality of alcohol and drug abuse patient records is protected by federal law and regulations (42 CFR, Part 2). Aurora may not disclose information to anyone outside of Aurora which would identify any patient as an alcohol or drug abuser unless the patient has consented in writing; the disclosure is allowed by a court order, or the disclosure is made to medical or other qualified personnel in accordance with federal regulations.

Federal law and regulations do not protect information regarding a crime or a threat to commit a crime or any information regarding suspected child abuse or neglect from being reported to appropriate State or local authorities.

**DUAL CONSENTS FOR RELEASE OF 42 CFR, PART 2 INFORMATION**

I understand that the information to be disclosed may include information about medical, psychiatric, drug and/or alcohol, mental health, social, and/or communicable diseases, including HIV/AIDS.

**NOTE: If patient is a minor, both patient and guardian must consent to release 42 CFR, Part 2 information.**

_Brooke Scianna_
PATIENT PRINTED NAME

_unable to sign_
PATIENT SIGNATURE

_4-30-18_
DATE

_18:20_
TIME

_Christine Scianna_
GUARDIAN PRINTED NAME

_Christine Scianna_
GUARDIAN SIGNATURE

_4-30-18_
DATE

_18:20_
TIME

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002519**



Name:  Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:       Ghafoor, T.

## PATIENT ACKNOWLEDGEMENTS AND CONSENTS

\*

### ACKNOWLEDGEMENT OF YOUR PRESENCE

All patients have a right to receive approved visitors and phone calls while you are a patient with Aurora Behavioral Health System. For example, the staff may receive phone calls inquiring about the patient from those who know and are concerned about the patient. Without patient acknowledgement, we will neither confirm nor deny patient presence in our facility.

In order to protect patient privacy and confidentiality, the facility will assign a confidentiality code number for each admission. Upon admission, the patient will be informed of his or her confidential code number and his or her responsibility to give it to individuals he or she deems appropriate.

No acknowledgement of the Patient's current or former presence at the facility will be given to anyone without the correct code number. *(This includes speaking to patients or visiting by phone or in person, accepting personal items at the reception desk, telephone inquiries, etc.).* Even when the correct code number is given, specific information with regard to the patient's care and treatment cannot be communicated to anyone without written consent of the patient or individual authorized to give consent, as noted above.

- ☒ I consent to allow Aurora to inform the patient's attending physician and/or referral sources of patient's admission and any progress at Aurora. I also desire to receive visitors and phone calls while at Aurora Behavioral Health System.

- ☐ I voluntarily request that Aurora Behavioral Health System keep knowledge of the patient indicated below strictly confidential and not to give out information about the patient to anyone. Therefore, I waive the right for the patient to receive phone calls and visitors as acceptance of these would acknowledge patient's presence.

Aurora Behavioral Health System
Original: 05/2012, Rev 10/2014, 11/20/2014, 11/24/2014, 05/01/2015, 06/18/2015, 09/21/2015, 2/5/16

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002520



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: _____anna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:         Ghafoor, T.

## PATIENT ACKNOWLEDGEMENTS AND CONSENTS

### DISCHARGE POLICY INFORMATION

The undersigned understand(s) that it is the policy of Aurora to attempt to provide a structured therapy regimen with effective quality treatment. If the treatment regimen is not completed prior to the exhaustion of patient's health insurance benefits, the undersigned agree(s) to be liable for any charges incurred which are not paid by insurance in addition to the deductible and/or copayment liability. It is <u>NOT</u> Aurora policy to discharge or transfer patients or end treatment regimens simply because insurance benefits have been exhausted.

### CONSENT FOR FOLLOW-UP CONTACT

Aurora Behavioral Health System (Aurora) makes periodic contact with those who have used its services. The information gathered may be used to improve its services to patients and to ensure Aurora is addressing patients' needs. Specific responses are not disclosed; only summary information is assembled.

### RESPONSIBILITY FOR DESTRUCTION OF PROPERTY

The undersigned understand(s) that patients are responsible for any damage to or destruction of Aurora property, or property belonging to others which may be located at Aurora. The undersigned agree(s) to accept liability for, and reimburse Aurora or other owners of, property which the patient may damage or destroy.

### ACKNOWLEDGEMENT OF RECEIPT OF THE PATIENT HANDBOOK TO INCLUDE: PATIENT RIGHTS, GRIEVANCE POLICY, FEES AND REFUND POLICY, AND IMPORTANT PHONE NUMBERS.

The undersigned acknowledge(s) receipt of a copy of the patient handbook which includes: HIPAA Notice of Privacy Practices, patient rights (R9-10-212, R9-10-225, ADHS Form MH-209 and ADHS Form MH-211), the grievance policy, fees and refund policy, and important phone numbers. I/We have been given the opportunity to ask any questions for further explanation.

| Brooke Scianna | Unable to sign | 4-30-18 | |
|---|---|---|---|
| PATIENT'S NAME | PATIENT'S SIGNATURE | Date | Admission Time |
| _Scianna_ | 4-30-18  18:20 | _Scianna_ 4-30-18  18:20 | |
| Signature of Insured / Guarantor | Date   Time | Signature of Legal Guardian - Next of Kin   Date   Time | |
| | | | (For Minor or Incompetent Patients) |
| | | _Adair_  4-30-18  18:20 | |
| Signature of Insured / Co - Guarantor | Date   Time | Aurora Staff Signature   Date   Time | |

**J. Adair, LPC**

Aurora Behavioral Health System
Original: 05/2012, Rev 10/2014, 11/20/2014, 11/24/2014, 05/01/2015, 06/18/2015, 09/21/2015, 2/5/16

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002521



Name: ___nna, Brooke
Adnum: 1808024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor: ___ Ghafoor, T.

## REVOCATION OF CONSENT TO RELEASE SUBSTANCE ABUSE INFORMATION

Pursuant to federal law (42 C.F.R. Part 2), a patient may orally or in writing revoke (take back) his or her consent to share substance abuse treatment information at any time, except to the extent that action has been taken in reliance on the consent. If a patient has revoked consent, complete this form and fax it to Health Current.

Patient Name: Brooke Christine Scianna          Date of Birth: 7-14-01

☐ The patient listed above has revoked consent for **the following organization** to receive the patient's substance abuse information:

_____          _____
Name of Organization                                      Phone Number

_____          _____  ____  ____  ____
Address                                                          City            State          Zip

☑ The patient listed above has revoked consent for **any organization** to receive the patient's substance abuse information.                    Christine Scianna          4/30/18
                                                                                                                18:20

---

**Provider Office:** This section must be completed before sending via secure fax to Health Current.

Organization/Provider: Aurora Behavioral Health - Tempe

Print Name: J. Adair, LPC          Date: 4-30-18

Signature: _____          Phone: 480-345-548

Aurora Behavioral Health System
Original: 3/8/18

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021



Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01   Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:   Ghafoor, T.

## CONSENT TO RELEASE BEHAVIORAL HEALTH & SUBSTANCE ABUSE INFORMATION
### (FOR TREATING PROVIDERS)

Patient Name: _____     Date of Birth: _____

By signing this form, I permit all of my past, present and future healthcare providers where I have received behavioral health treatment, including any treatment for substance use disorders, to release my information to Health Current, the statewide health information exchange (HIE), and to the organization listed here:

_____
Name of Healthcare Organization with a Treatment Relationship          Phone Number

_____
Address                                        City             State        Zip

I am receiving (or will receive) treatment from this organization. The purpose of this disclosure is for:

- My treatment;
- Payment for my treatment (for example, billing insurance companies); and
- Healthcare operations activities (for example, improving the quality of care for patients, managing the care of patients, patient safety activities, and other activities necessary to run a health care organization).

I authorize the disclosure of all my medical information for these purposes, including behavioral health information and substance use disorder information (e.g, drugs and alcohol treatment), my medical history, diagnosis, hospital records, clinic and doctor visit information, medications, allergies, lab test results, radiology reports, sexual and reproductive health, communicable disease-related information, and HIV/AIDS-related information.

I understand that the organization listed above will obtain this information about me through Health Current, the statewide HIE.  I understand that if I previously opted out of having my health information shared through the HIE, this form will change that decision.  I understand that if I sign this form, I agree to have my health information shared through the HIE.  I understand that I can change this decision at any time.

I understand that I may take back or cancel this consent to share my information at any time, except where someone already relied on my consent to release the information.  If I want to cancel my consent or if I have questions, I will contact the organization at the contact information listed above.  **Unless I cancel this consent earlier, it will automatically terminate one year from the date of my signature.**  I understand that my substance use disorder treatment information will continue to be protected by federal law after it is released.

_____Refused_____     _____
Signature of Patient*                                                      Date

_____     _____
Signature of Parent/Guardian (If Patient is a child under the age of 18)*       Date
*Both the child and parent/guardian must consent to disclosure of the child's substance use disorder information, unless the child is married, homeless, or emancipated.

_____     _____
Signature of Patient's Health Care Decision Maker                           Date
(If Patient has been declared incompetent by a court or is deceased)

*Notice to Recipient of Substance Use Disorder Information: 42 CFR part 2 prohibits unauthorized disclosure of these records.*
Aurora Behavioral Health System
Original: 3/8/18

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                    **AURORA(SCIANNA) 002523**



Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:      Ghafoor, T.

## NOTICE TO ALL PATIENTS AND GUARDIANS

Please be advised that all CO-PAYS, CO-INSURANCE, ADMIT FEES and DEDUCTIBLES
are due prior to discharge.

The hospital will check your benefits as a courtesy-but it is your responsibility to
know your insurance policy.

An authorization for treatment does not mean you have the benefit coverage and
does not guarantee ongoing authorization for treatment.  It simply means that
you are clinically appropriate for treatment.

If your insurance benefits cannot be checked until the next business day, please
contact the Business Office the next day with this information.

The Business Office can be reached by calling (480) 345-5444.

_____     4-30-18    18:20
**Patient or Parent/Guardian Signature**     Date     Time

_Christine Scianna_
**Print Name**

_____  LPC     4-30-18    18:20
**Staff Name/Signature**     Date     Time

J. Adair, LPC

Aurora Behavioral Health System
Original: 03/10, Rev: 3/12, 11/25/2014

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002524



Name:  Scianna, Brooke
m: 1806024  DOB. 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:        Ghafoor, T.

## PATIENT ADVANCE DIRECTIVE ACKNOWLEDGEMENT

☐ I have an executed Health Care and/or Mental Health Advance Directive.
  ☐ I **DO NOT** want my Health Care and/or Mental Health Advance Directive filed in the Aurora Behavioral Health System medical record.
  ☐ I have provided the facility with a copy of my Health Care and/or Mental Health Advance Directive.

☐ I have chosen **NOT** to have a Health Care and/or Mental Health Advance Directive at this time.

☐ I want to develop have a Health Care and/or Mental Health Advance Directive.
  ☐ I have requested and been provided written information about a Health Care and/or Mental Health Advance Directive.
  ☐ I have requested and been provided a verbal explanation about a Health Care and/or Mental Health Advance Directive.

## HEALTH CARE AND/OR MENTAL HEALTH ADVANCE DIRECTIVE ACKNOWLEDGEMENT

I, the undersigned, acknowledge the following:

* I have been given written materials about my right to accept or refuse Medical Treatments.

* I have been informed of my rights to formulate a Health Care and/or Mental Health Advance Directive.

* I have been informed assistance in developing a Health Care and/or Mental Health Advance Directive is available.

* I understand that I am not required to have a Health Care and/or Mental Health Advance Directive in order to receive medical treatment at this health care facility.

* I understand that the terms of any Health Care and/or Mental Health Advance Directive that I have executed will be followed by the health care facility and my care givers to the extent permitted by law.

* Under No circumstances will a Do Not Resuscitate order be honored at Aurora Behavioral Health System. All patients who are or become non-responsive will be resuscitated within the facilities capabilities and transferred to the closest medical facility.

Brooke Scianna                   Unable to sign          4-30-18
PATIENT'S NAME              PATIENT'S SIGNATURE                      Date                Admission Time

_Scianna_  4-30-18  18:20   _Scianna_  4-30-18  18:20
Signature of Insured / Guarantor   Date    Time   Signature of Legal Guardian - Next of Kin   Date   Time
                                                  (For Minor or Incompetent Patients)

Signature of Insured / Co - Guarantor   Date   Time   Aurora Staff Signature   1-30-18  18:20
                                                                                          Date    Time

**J. Adair, LPC**

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002525



Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor: Ghafoor, T.

## Aurora Behavioral Health System
## Philosophy and Practice for Physical Hold (Restraint) Use

**WHAT IS THE PHILOSOPHY OF THE FACILITY REGARDING PHYSICAL HOLD (RESTRAINT) USE?**

Aurora Behavioral Health promotes the use of non-physical interventions and physical hold (restraint) is used as the last resort to support the safety of the patient and/or others.  We are committed to the prevention, reduction and elimination of the use of physical hold (restraint) through early identifications of high-risk behaviors or events.  Your dignity and privacy will be preserved to the greatest extent during the implementation and monitoring of these interventions.

**WHAT IS PHYSICAL HOLD (RESTRAINT) AND WHEN ARE THEY USED?**

Physical hold (restraint) is a hold that involuntarily restricts someone's freedom of movement, activity, or normal access to one's body.

Physical holds (restraint) are used when it has been determined that it will be the least restrictive intervention that will be effective to provide immediate physical safety of a patient, staff member, or others and it is discontinued at the earliest possible time.  They require a physician's order and are **never** used as a form of discipline, punishment or convenience for the staff.

**WHAT ALTERNATIVES ARE TRIED BEFORE USING PHYSICAL HOLD (RESTRAINT)?**

Our staff will use a variety of alternatives to try and avoid the use of physical hold (restraint).  These options may include:
- Giving clear instructions and directions about an individual's behavior.
- Encouraging a patient to talk about what's making him/her angry and/or frustrated.
- Reducing negative stimuli in the patient's environment e.g. loud noises, turning out lights, allowing the patient alone time.
- Offering diversionary and physical activities e.g. TV, music, exercise, reading.
- Providing medications that the physician has ordered to help with relaxing/gaining control of his/her emotions.
- Using information provided by the patient and/or family regarding what calms him/her.

**WHAT BEHAVIORS WILL RESULT IN RELEASE FROM PHYSICAL HOLD (RESTRAINT)?**

Patients are released from physical holds (restraint) when they demonstrate behavioral control, show improved ability to understand and follow directions and are no longer dangerous to themselves, other patients and/or staff.

**HOW CAN YOU HELP?**

If you are aware of events in the past that you think may trigger these behaviors, or if you are aware of methods that have been used in the past that were helpful, please inform the staff.  To the extent that it is possible, we will incorporate this information into the treatment plan.

☑ If a physical hold (restraint) intervention is used during your hospital stay, who would you want to be notified?

Name: _Christine Scianna_     Phone #: _623-521-745_

☐ I do not want anyone to be notified.

Aurora Behavioral Health System
Original: 03/10/10, Rev: 8/30/12, 9/24/14, 11/20/14, 07/17/2015

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002526


**AURORA**
BEHAVIORAL HEALTH SYSTEM

Thank you for choosing Aurora Behavioral Health System.  One of our staff will meet with you to complete an assessment, and discuss your needs and available services.  In order to assist you and your family in identifying available resources, please complete this form.

## PATIENT REGISTRATION

| Name: Brooke Scianna | Sex: (Check one) ☐ Male ☒ Female | Age: 16 | Social Security Number: ~~XXX-XX-XXXX~~ |
|---|---|---|---|

| Address: 15928 W. Custer LN  Surprise | AZ | 85379 |
|---|---|---|
| Street | City | State | Zip-Code |

| Date of Birth: 7-14-01 | Marital Status: Check one ☐ Married ☒ Single ☐ Divorced ☐ Widowed | Race: (Check one) ☒ White ☐ Black/African American ☐ Asian ☐ Amer. Indian/Alaska Native ☐ Native Hawaiian/Pac. Islander ☐ Refused | Ethnicity: (Check one) ☐ Hispanic/Latino ☒ Non-Hispanic/Latino ☐ Refused |
|---|---|---|---|

| Home Phone: same | Cell Phone: 623-521-7457 | Employer or School) Currently Employed: ☒ Yes   ☐ No |
|---|---|---|

Who referred you to Aurora? Theo been here before

| Emergency Contact/Relationship: Christine or John Dad  Mom - Scianna  Scianna | Phone Number: 623-521-7187 |
|---|---|

| Primary Insurance Company Name: Mercy Care | Policy Number: |
|---|---|
| Policy Holder's Name/Relationship: | Policy Holder's Social Security Number: |
| Policy Holder's Employer: | Policy Holder's Date of Birth: |
| Secondary Insurance Company Name: | Policy Number: |
| Policy Holder's Name/Relationship: | Policy Holder's Social Security Number: |
| Policy Holder's Employer: | Policy Holder's Date of Birth: |

| Account Guarantor (For adolescent patients – adult consenting to patient's treatment) | | |
|---|---|---|
| Guarantor's Name/Relationship: Christine Scianna Mom | Guarantor's Date of Birth: 5-3-72 | Guarantor's Social Security Number: 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 |

| Address: 15928 W. Custer LN  Surprise, AZ | 85379 |
|---|---|
| Street | City | State | Zip-Code |

Briefly describe the symptoms you are experiencing at this time: Brooke started attacking herself at school- 2 x's Chrsus called.

| Primary Care Physician: Was Dr. Secure  Anthem Pediatrics Closed | Phone Number: |
|---|---|
| Psychiatrist: Michelle  Little People AZ Childrens Assoc. | Phone Number: |
| Therapist/Counselor: Hardenbrook | Phone Number: |

By signing below I authorize staff at Aurora Behavioral Health System to verify my insurance benefits and to assist with referrals.  I am also authorizing staff at Aurora Behavioral Health System to conduct an assessment to determine my current needs.

| Signature: Christine Scianna | Date: 4-30-18 | Time: 4:45 |
|---|---|---|

**For Aurora Assessment and Referral Staff Use:**

Program Type: ☐ Inpt Adult Psych ☐ Inpt Adult Detox ☐ Inpt Adult SA ☐ Inpt Adult CD   ☐ Inpt Adol Psych ☐ Inpt Adol Detox ☐ Inpt Adol SA
☐ Inpt Adol CD   ☐ IOP Adult Psych ☐ IOP Adult CD ☐ IOP Adol Psych ☐ IOP Adol CD   ☐ PHP

Inpatient Only: Unit Coyote   Bed#: 104 A   Time of Admission: 19:04

Attending Provider: Ghafoor   Co-Attending Provider (When Applicable): Fisher

Admitting Dx: #1: F3489   #2: F84.0   #3:

| OUTPATIENT ONLY - Tentative Program Start Date: _____   Actual Prog | Name: Scianna, Brooke |
|---|---|
| Admitting Dx: #1: _____   #2: _____ | Adnum: 1806024 DOB: 07/14/01 Age: 16 |

Aurora Behavioral Health System
Original: 11/29/12, Rev: 9/19/13, 10/24/13, 11/12/2014, 11/25/2014, 09/29/2015

MedRec#: 0119188 Sex: F DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:   Ghafoor, T.

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002527**



# Aurora Behavioral Healthcare LLC. Tempe AZ

## Call Sheet

**Case ID# 1806024**

### Patient

| MR# | Patient (first name, middle name, last name) | | H. Phone | DOB | SSN | Sex |
|---|---|---|---|---|---|---|
| 0119188 | Brooke Scianna | | (623)521-7457 | 07/14/2001 | | Female |
| Address | | City | State | | Zip | Age |
| 15928 W Custer Ln | | Surprise | AZ | | 85379-5018 | 16 |

### Call Info

| Intak By | Intak Type | Call Date/Time | Disposition |
|---|---|---|---|
| itk7309 | Transfer | 04/30/2018 13:32 | Open |

### Caller

| Caller Name (first name, middle, last name) | | H. Phone | Relationship | |
|---|---|---|---|---|
| | | | | |
| Address | City | State | | Zip |
| | | | | |

### Referrals

| Referral Category | Organization | |
|---|---|---|
| Hospitals | Banner Thunderbird/RPPO | |
| Referral Name (first name, middle name, last name) | | Phone |
| | | |

### Assessment

| Scheduled Time | Scheduled By | Completed Time | Completed By |
|---|---|---|---|
| | | | |

Assessment Notes

### Problem

Problems

Problem Notes

Tempe 4/30/18 at 1600 Specialized Needs Unit Admission
Patient dx with Autism, non-verbal, increased aggression and self-harm. Brooke to return for treatment to Specialized Needs Unit. Mom Christine to follow ambulance from Banner Thunderbird to Aurora Tempe to participate in intake assessment and complete paperwork. JennC M.Ed

### Insurance

| Insurance Company | | Insurance Phone | Subscriber ID |
|---|---|---|---|
| | | | |
| Group # | Insured Relationship | Policy Holder Name (first name, middle name, last name) | Insured Phone |
| | | | |

### Notes

* Tempe 4/30/18 at 1600 Specialized Needs Unit Admission
Patient dx with Autism. non-verbal, increased aggression and self-harm. Brooke to return for treatment to Specialized Needs Unit. Mom Christine to follow ambulance from Banner Thunderbird to Aurora Tempe to participate in intake assessment and complete paperwork. JennC M.Ed – Jennifer (itk7309), 04/30/2018

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:     Ghafoor, T.

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002528

4/21/2018  AZ AHCCCS ONLINE: Member Eligibility Verification 

**Member Eligibility Information**                                                          4/21/2018 9:00:41 AM

### No Photo Available

| AHCCCS IDz: A50440829 | Last Name: |
| DOB: 07/14/2001 | First Name: |
| Begin Date of 04/21/2018 Service: | SSN: |
| End Date of 05/20/2018 Service: | Medicare Claim Number OR Medicare Beneficiary ID: |

| AHCCCS ID: A50440829 | Last Name: SCIANNA |
| DOB: 07/14/2001 | First Name: BROOKE |
| DOD: | SSN: |
| Gender: F | Medicare Claim Number: |
|  | Medicare Beneficiary ID: |

| Mailing Address 1 | Mailing Address 2 | City | State | Zip |
|---|---|---|---|---|
| 15928 W CUSTER LANE |  | SURPRISE | AZ | 85379 |

**Eligibility Renewal Date:**        05/31/2018

| Eligibility Group Description | Insurance Type | Begin Date | End Date | Added On |
|---|---|---|---|---|
| LTC | LC LONG TERM CARE | 09/01/2014 |  | 07/27/2014 |

| Health Plan ID/Description | Period Start | Period End | Rate Code | Contract Type | Insurance Type |
|---|---|---|---|---|---|
| 110007 LTC DD DES | 07/21/2004 |  | 2210 - SSI DISABLED NON-MEDICARE | J LTC/CAP | HM HEALTH MAINTENANCE ORGANIZATION (HMO) |

‾ Service Type Codes
30-HEALTH BENEFIT PLAN COVERAGE

NO TPL FOUND

| CoPay Level | Period Start | Period End |
|---|---|---|
| 00 Click here for CoPay Level Reference Document | 09/01/2014 |  |

NO MEDICARE HMO

NO MEDICARE PART A
NO MEDICARE PART B
NO MEDICARE PART D

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002529

1/21/2018  AZ AHCCCS ONLINE: Member Eligibility Verification

NO DRUG PLAN

| BHS Category | Begin Date | End Date | BHS Site | BHS Service Type |
|---|---|---|---|---|
| C CHILDREN SERVICES | 10/01/2016 | | 37 MERCY MARICOPA | CH MENTAL HEALTH FACILITY - OUTPATIENT |

NO SBH FOUND

Please direct any questions regarding share of cost data to the member's program contractor

| Share of Cost | Share of Cost Month |
|---|---|
| .00 | 04/2018 |

NO TSC FOUND

| CRS Plan | CRS Indicator | Begin Date | End Date | CRS Service Type |
|---|---|---|---|---|
| | N | | | |

NO AzEIP FOUND

| DDD Plan | | Begin Date | End Date |
|---|---|---|---|
| 010306 - MERCY CARE PLAN | | 08/01/2007 | |
| - | | | |
| - | | | |

* * * This verification does not constitute a guarantee of payment * * *

© Copyright 2013 AZ AHCCCS



04/30/2018 5:43 PM          AMR          → Aurora Behavioral Health Tempe



119188

4/30



**AMERICAN MEDICAL RESPONSE MARICOPA**
**PRE-HOSPITAL CARE REPORT**

**Case #:** 18617144          **Unit ID:** MC1-144          **Date:** 4/30/2018

| SERVICE | DISPATCH INFORMATION | TIMES |
|---|---|---|
| **FROM:** | **CALLER:** TRANSFER CENTER | **CALL RECEIVED:** 13:36:04 |
| 5555 WEST THUNDERBIRD ROAD | **RESPONSE MODE:** NO LIGHTS AND SIREN | **DISPATCHED:** 14:05:59 |
| GLENDALE. AZ 85306 | **TRANSPORT MODE:** NO LIGHTS AND SIREN | **ENROUTE:** 14:07:03 |
| (MEDICAL - HOSPITAL) | | **AT SCENE:** 14:56:43 |
| | **DISPOSITION:** TRANSPORTED - PSYCHIATRIC TRANSPORT - TO OR FROM | **AT PT SIDE:** 15:00:00 |
| **TO:** AURORA BEHAVIORAL HEALTH TEMPE | | **TRANSPORT:** 15:39:52 |
| 6350 S MAPLE AVE | | **ARRIVAL:** 16:28:03 |
| TEMPE, AZ 85283 | | |
| (MEDICAL - PSYCH FACILITY) | | **AVAILABLE:** 17:00:00 |
| **ROOM/DEPT:** | | |
| **DESTINATION DECISION:** PSYCHIATRIC SERVICES ARE NOT AVAILABLE | | **DEST MILES:** 30.9 |
| **DOOR TIME:** 16:34:44x | | **TOTAL MILES:** 30.9 |

**PATIENT DEMOGRAPHICS**

**NAME:** SCIANNA, BROOKE
**ADDRESS:** 15928 W CUSTER LN

**CITY, STATE ZIP:** SUN CITY, AZ 85379
**PHONE:** (623)521-7457
**CELL PHONE:**
**SSN:**

**DOB:** 7/14/2001
**AGE:** 16
**GENDER:** FEMALE
**ETHNICITY:** CAUCASIAN

| INSURANCE | POLICY | GROUP |
|---|---|---|
| AHCCCS  MERCY CARE PLAN | A50440829 | 2210 |

**RESPONSIBLE PARTY:** SCIANNA, CHRISTINE          **NAME OF EMPLOYER:**
**PHONE:**          **EMPLOYER PHONE:**
**HOSPITAL MRN:**
**HOSPITAL FIN:**

**MEDICAL HISTORY**

**HISTORY OBTAINED FROM:** HEALTH CARE PERSONNEL
**MEDICAL HISTORY:** PSYCHIATRIC
**ALLERGIES:** RISPERDAL, GLUTEN,
**ALLERGY DESCRIPTION:**
**MEDICATIONS:** CLONIDINE HYDROCHLORIDE, CLOMIPRAMINE HYDROCHLORIDE, ZYPREXA

04/30/2018 5:43 PM        AMR                    → Aurora Behavioral Health Tempe                                    D 3

## PHYSICAL FINDINGS

**WEIGHT:** 130 LBS;  58 KG

**PHYSICAL ASSESSMENT**

**HEAD:** SYMMETRICAL

**NECK:** NO JVD

**CHEST:** SYMMETRIC WITH BILATERAL CHEST RISE

**ABDOMEN:** SOFT, NON-TENDER

**PELVIS:** NOT ASSESSED

**BACK:** NOT ASSESSED

**EXTREMITIES:** FULLY INTACT, PURPOSEFUL MOVEMENT

## VITAL SIGNS

| TIME | BLOOD PRESSURE | PULSE | RESP | GLASGOW COMA SCALE | | | | EKG | SPO2 | BLOOD GLUCOSE | PAIN SCALE |
|------|----------------|-------|------|---|---|---|-------|-----|------|---------------|------------|
| | | | | E | V | M | TOTAL | | | | |
| 15:35 | 115/73 (87) | 80 | 20 | 4 | 3 | 6 | 13 | | 99 % | | |
| 15:51 | 130/67 (88) | 81 | 20 | 4 | 5 | 6 | 15 | | 98 % | | |
| 16:03 | 119/74 (89) | 86 | 20 | 4 | 5 | 6 | 15 | | 100 % | | |
| 16:18 | 115/72 (86) | 78 | 20 | 4 | 5 | 6 | 15 | | 100 % | | |

## TREATMENTS

| PTA | TIME | CAREGIVER | PROCEDURE |
|-----|------|-----------|-----------|
| | | | **FACILITY ACTIVATION** ACTIVATION TYPE: NO ALERT |
| | 15:00 | GARCIA, LUCAS,AMR | **LEVEL OF CONSCIOUSNESS** RESPONDS TO (AVPU): ALERT |
| | 15:35 | GARCIA, LUCAS,AMR | **PULSE OXIMETRY** 99%; ON ROOM AIR  COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | 15:35 | GARCIA, LUCAS,AMR | **VITAL SIGNS** - COMMENTS: NIBP (from LifePak 'wired' monitor) |
| | | | **GLASGOW COMA SCALE** GCS EYES: 4; GCS VERBAL: 3; GCS MOTOR: 6; GCS SCORE: 13; GCS SCORE QUALIFIER: PATIENT'S BASELINE COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | | | **VITALS** BP: 115/73; PULSE: 80; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 20; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL  COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | 15:51 | GARCIA, LUCAS,AMR | **PULSE OXIMETRY** 98%; ON ROOM AIR  COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | 15:51 | GARCIA, LUCAS,AMR | **VITAL SIGNS** - COMMENTS: NIBP (from LifePak 'wired' monitor) |
| | | | **GLASGOW COMA SCALE** GCS EYES: 4; GCS VERBAL: 5; GCS MOTOR: 6; GCS SCORE: 15  COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | | | **VITALS** BP: 130/67; PULSE: 81; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 20; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL  COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | 16:03 | GARCIA, LUCAS,AMR | **PULSE OXIMETRY** 100%; ON ROOM AIR  COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | 16:03 | GARCIA, LUCAS,AMR | **VITAL SIGNS** - COMMENTS: NIBP (from LifePak 'wired' monitor) |
| | | | **GLASGOW COMA SCALE** GCS EYES: 4; GCS VERBAL: 5; GCS MOTOR: 6; GCS SCORE: 15  COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | | | **VITALS** BP: 119/74; PULSE: 86; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 20; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL  COMMENTS: NIBP (FROM LIFEPAK 'WIRED' MONITOR) |
| | 16:18 | GARCIA, LUCAS,AMR | **PULSE OXIMETRY** 100%; ON ROOM AIR |

**Case #:** 18617144
**PCR:** 20180430141145195638
**Device:** SCA27FG1029

**Date of Service:** 04/30/2018
**Patient:** BROOKE SCIANNA

**Page:** 2 of 3
**Printed:** 4/30/2018

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002532

04/30/2018 5:43 PM          AMR                    → Aurora Behavioral Health Tempe                         D 4

| 16:18 | GARCIA, LUCAS.AMR | **VITAL SIGNS -** |
|---|---|---|
| | | **GLASGOW COMA SCALE** GCS EYES: 4; GCS VERBAL: 5; GCS MOTOR: 6; GCS SCORE: 15 |
| | | **VITALS** BP: 115/72; PULSE: 78; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 20; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL |

## NARRATIVE

C - AMR 144 DISPATCHED CODE TWO TO BANNER THUNDERBIRD FOR A 16 YR OLD FEMALE WITH AUTISM AND AGGRESSIVE BEHAVIOR. UPON ARRIVAL PT IS SITTING ON BED. PT TO BE TRANSPORTED TO AURORA TEMPE FOR FURTHER PSYCH EVAL.

H - RN STATES THAT PT PRESENTED TO ED FOR RHABDOMYOLYSIS. PT WAS ALSO REPORTED TO HAVE AGGRESSIVE BEHAVIORAL BUT HAD SUBSIDED FOR THE LAST TWO DAYS, AFTER RECEIVING MEDICATION. PT NOW BEING SENT TO AURORA BEHAVIORAL HEALTH TO ADDRESS AGGRESSIVENESS.

A - PT IS ALERT. PT HAS A GCS OF 13, WHICH IS BASELINE ACCORDING TO MOTHER. PT'S AIRWAY IS PATENT. PT'S RESPIRATIONS ARE AT 20 AND UNLABORED. PT HAS GOOD CHEST RISE AND FALL. PT SPEAKS COMPLETE SENTENCES. PT'S SKIN IS WARM, PINK, AND DRY. PT HAS GOOD PMS IN ALL EXTREMITIES. PT SHOWS NO OBVIOUS SIGNS OF CHEST PAIN OR ABDOMINAL PAIN. PT IS NEGATIVE FOR NAUSEA OR VOMITING.

R - PT'S VITALS WERE OBTAINED AND MONITORED DURING TRANSPORT.

T - UPON ARRIVAL PT IS FOUND SITTING ON BED. GURNEY PLACED IN HALLWAY. PT WALKED TO GURNEY AND SAT DOWN WITH NO ASSISTANCE. PT WAS SECURED USING 5 POINT HARNESS AND TRANSFERRED TO AMBULANCE. PT WAS TRANSPORTED TO AURORA BEHAVIORAL HEALTH WITH NO INCIDENT AND NO CHANGE IN PT CONDITION. GURNEY PLACED IN INTAKE. PT GOT OFF GURNEY AND WALKED WITH NURSE. REPORT GIVEN TO RN.

## RUN COMPLETION

**MEDICAL NECESSITY**

**REASON FOR TRANSPORT:** PSYCHIATRIC MONITORING

**UNDERLYING MEDICAL CONDITION:** BEHAVIORAL / PSYCHIATRIC - UNSPECIFIED

**PRIVACY PRACTICES:** I, THE PATIENT OR PATIENT'S REPRESENTATIVE, RECEIVED AMR'S NOTICE OF PRIVACY PRACTICES

**Case #:** 18617144
PCR: 201804301414519563B
Device: SCAZFG1029

**Date of Service:** 04/30/2018
**Patient:** BROOKE SCIANNA

**Page:** 3 of 3
**Printed :** 4/30/2018
**AURORA(SCIANNA) 002533**

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

04/30/2018 5:43 PM          AMR                    → Aurora Behavioral Health Tempe                    ₾ 5



# AMERICAN MEDICAL RESPONSE MARICOPA
## PRE-HOSPITAL CARE REPORT SIGNATURES
### MARICOPA

**Case #:** 18617144                    **Unit ID:** MC1-144                    **Date:** 4/30/2018

---

**CREW MEMBERS**

**CREW 1**
**NAME:** GARCIA, LUCAS,AMR
**NUMBER:** 83396
**CERTIFICATION:** Paramedic +

**CREW 2**
**NAME:** KINION, CHRIS,AMR
**NUMBER:** E17727384
**CERTIFICATION:** EMT

**DESTINATION**

**TURNED OVER TO:** TERESA W - RN

---

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA (SCIANNA) 002534



# FAX

**To:** **Aurora Behavioral Health Tempe**
**Company:** Hospital
**Fax:** 14803455451

**From:** **AMR**
**Phone:** 1-800-913-9106
**E-Mail:** billing_inquiries@amr.net

**NOTES:** The information in this facsimile may contain confidential health information that is legally protected by state and federal law and related regulations. This information is intended only for the use of the individual or entity to whom this facsimile is addressed. If you are not the intended recipient of this information, you are hereby notified that any use or disclosure of these documents is strictly prohibited. If you received this information in error, please contact 800-913-9106.

**Date and time of transmission:** 04/30/2018 at 05:43:24 P
**Number of pages including this cover sheet:** 5

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                    **AURORA(SCIANNA) 002535**




**BANNER THUNDERBIRD MEDICAL CENTER**
**5555 W THUNDERBIRD RD**
**GLENDALE, AZ 85306**
**(602) 865-5555**

## Patient Informed Transfer/Consent to Transfer/Request to Transfer Receipt
### (Scan into Patient Record)

I, DOUGLAS, ETHAN, or Parent/Guardian/Legally Authorized Representative of patient, Consent/Request to be transferred because:

_____I require specialty services that are not currently at this facility.

___X___Continuity of Care.

_____The physician/provider determined that my condition is stable for transfer. I want the cost of further treatment to be covered by my health plan. My health plan agreed to cover the cost of treatment at the receiving facility, but denied payment of services at this facility.

___X___The patient requires a behavioral health assessment and/or placement not available at this facility. I am aware I am being transferred to a behavioral health facility for further behavioral health evaluation.

_____Other (None, if not checked):_____

· I have been informed of and understand the risks and benefits as set forth above, I understand that the hospital is required to stabilize my emergency condition unless I request to be transferred to another facility OR the physician/provider certifies that the medical benefits reasonably expected to be received at the other hospital outweigh the risks of the transfer.
· I understand that the treatment given was on an emergency basis, and that follow-up care is important in treating my medical condition. I also understand that follow-up care, medications and other instructions for continued care will be transitioned to the receiving physician(s). I have been given a copy of the specific transfer instructions and information regarding my transfer.

_Rec'd verbal auth for transfer_                        _Patti Miller RN_
Patient/Parent/Guardian/Legally Authorized Representative        Nurse/Provider Signature (Witness)

_from Yesenia Rivera @ DCS_                          _4·26·18  1500_
Print Name of Parent/Guardian/Legally Authorized Representative    Date and Time
(Circle Correct Relationship)

To be completed only when the qualified medical person certifies the transfer: I have discussed the risks and benefits of the transfer of this patient with a Qualified Medical Person. I agree with the certification:

Physician signature:

_____Date/Time:_____
(Required when the patient is unstable)

**Scan into Patient Record**



DOUGLAS, ETHAN
MRN 1419063

Apr/26/2018 14:52:49
6 of 7

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002536**

 **Banner Health**

SCIANN  BROOKE A
MRN:655128
DOB:7/14/2001     AGE:16 years
DOS:4/23/2018     SEX:Female
FIN:79815536



## REQUEST FOR TRANSFER/CONSENT TO TRANSFER/ CERTIFICATION FOR TRANSFER

### TO BE COMPLETED BY THE PHYSICIAN/QUALIFIED MEDICAL PERSONNEL

**PATIENT CONDITION ON TRANSFER**

✓ Stable for Transfer    ____ Unstable

| **RISK OF TRANSFER** | **BENEFITS OF TRANSFER** |
|---|---|
| ☒ Medical condition could worsen during transport | ☒ Availability of higher specialized level of _psych_ care (e.g. trauma, neonatal, ICU) |
| ☒ Transportation risk | ☐ Available capacity (e.g. qualified staff, beds, equipment) not currently available at this facility |
| ☒ Delay in treatment due to transfer | ☐ Continuity of care |
| ☐ Other (NONE, if not checked): _____ | ☐ Other (NONE, if not checked): _____ |

**Transported By:** ☐ Medical Air Transport   ☐ ALS   ☒ BLS   ☐ POV   ☐ Other _____

**CERTIFICATION OF TRANSFER**

I confirm the patient's condition and the benefits and risks of transfer as stated above and order the transfer of this patient. For unstable patients: Based on the information available at the time, I have determined that the medical benefits reasonably expected from the provision of appropriate medical care at the receiving facility outweigh the increased risks to the patient, and in the case of labor, to the unborn child.

Certifying Physician or Qualified Medical Person Signature _____    Date _____    Time _____

I have discussed the risks and benefits of the transfer of this patient with the Qualified Medical Person. I agree with the certification.

Signature of Physician _Garrido_    Date _4/30/18_    Time _1236_
*(To be signed only when the patient is unstable and the physician is not physically present at the time of transfer.)*

### TO BE COMPLETED BY NURSE

| **ACCEPTING FACILITY** | **TRANSFERRING FACILITY** |
|---|---|
| Accepting Facility: _Tempe Aurora_ | Transferring Facility Name: _Banner Thunderbird_ |
| Accepting Physician: _____ | Transferring phone number: _602 8655570_ |
| Accepting Facility Staff Name: _Jen RN_ | Transferring Nurse Name: _Jilly Allen_ |
| Accepting Nurse Name: _Jen RN_ | Transferring Physician Name: _____ |
| RN: RN Report Given  Date: _4/30/18_  Time: _1300_ | Time Transferred: _____ |

| **Documentation Sent:** | ☐ Banner Facility; documentation is electronic  ☐ EKG  ☒ Lab Results  ☐ Radiographs  ☐ Other results<br>☒ Facesheet  ☐ Home Medication list/Medication given/Allergies  ☒ Nursing Documentation<br>☐ ED Record/HPI/Procedures  ☐ H & P  ☐ Progress Notes<br>Vital Signs: B/P _117/60_  Pulse _75_  Resp _18_  Temp _96.4_  O2 Sat _100_  Glasgow Scale _____<br>Please remember to document vitals in EMR |
|---|---|

### TO BE COMPLETED BY PATIENT

**PATIENT CONSENT TO TRANSFER/REQUEST TO TRANSFER:**

I consent / request to be transferred because:

☐ I require specialty services that are not currently at this facility.

☐ Continuity of care.

☐ The physician determined that my condition is stable for transfer. I want the cost of further treatment to be covered by my health plan. My health plan agreed to cover the cost of treatment at the receiving facility, but denied payment of services at this facility.

☒ The patient requires a behavioral health assessment and/or placement not available at this facility. I am aware I am being transferred to a behavioral health facility for further behavioral health evaluation.

☐ Other (NONE, if not checked): _____

I have been informed of and understand the risks and benefits of transfer as set forth above. I understand that the hospital is required to stabilize my emergency condition unless I request to be transferred to another facility OR the physician certifies that the medical benefits reasonably expected to be received at the other hospital outweigh the risks of the transfer.

Patient / Parent / Agent or Surrogate Signature _____    Witness Signature _____    Date _____    Time _____



**\*1413\* Consent**

1413
(11/2012)

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002537**

.History and Physical
* Final Report *

SCIANNA, BROOKE A - 655128

Result type:              .History and Physical
Date/Time of Service:     April 23, 2018 10:29 MST
Result status:            Auth (Verified)
Result title:             History and Physical/Initial Consult*
Performed By:             STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST
Verified by:              STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST
Encounter info:           79815536, BTMC, Inpatient, 04/23/2018 -

# * Final Report *

## History and Physical/Initial Consult*

Patient: **SCIANNA, BROOKE A**      **MRN: 655128**      **FIN: 79815536**
Age: **16 years**  Sex: **Female**   DOB: **07/14/2001**
Associated Diagnoses:  **None**
Author:  **STEVENS MD, JENNIFER MARIE**

**Admission Information**

DATE OF ADMISSION:
04/23/2018

PRIMARY CARE PHYSICIAN:
Robert Secaur, MD

ADMISSION DIAGNOSES:
Rhabdomyolysis
Aggression and combative behavior.

HISTORY OF PRESENT ILLNESS:
The patient is a 16-year-old female with a history of autism
and combative behavior. I spoke with mother via phone. Mother states that
the patient had a normal delivery and had normal development up until the age
of 2, at which point the patient started to regress, became nonverbal and
combative. Mother states that at that time she did have genetic testing and
was negative for Fragile X. She has never had an MRI. Mother states she has
never seen a neurologist, but did have an EEG done at the age of 6 at Phoenix
Children's Hospital, which was negative. Mother states that she was
recommended to obtain a 24-hour video EEG, but that did not happen. Mother
states that over the past several months, the patient has been having more
combative and aggressive behavior. She feels that the patient is having
headaches because she punches her head regularly. Initially was once a week,
but now is occurring daily. The patient is also biting her skin and causing
lacerations. She was brought to the emergency department on 04/20/2018 due to
episodes of erratic behavior and the patient had bit her mother. In the
emergency department, she was afebrile and noted to be in moderate
distress. She was also noted to have bruising over her lower
extremities with swelling and tenderness. Imaging was obtained, which showed

Printed by:      Austin, Emily R
Printed on:      04/30/2018 13:31 MST

Page 1 of 4
(Continued)

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002538

.History and Physical
* Final Report *

SCIANNA, BROOKE A - 655128

| | |
|---|---|
| Result type: | .History and Physical |
| Date/Time of Service: | April 23, 2018 10:29 MST |
| Result status: | Auth (Verified) |
| Result title: | History and Physical/Initial Consult* |
| Performed By: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Verified by: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

no evidence of acute fracture or malalignment and no significant knee
effusion. Baseline labs were also obtained due to significant bruising.
Platelets were within normal limits at 226, white blood cell count was mildly
elevated at 13.4. She was found to be anemic with a hemoglobin of 10.9. CMP
was essentially normal. CK was mildly elevated at 305. TSH was normal. An
abdominal CT was also obtained due to complaints of abdominal pain which was
notable for moderate constipation and normal appendix. She was medically
cleared from the ER and transferred to the behavioral health unit. Since
arriving on the behavioral health unit, the patient has required restraints
intermittently for aggressive and combative behavior and self-inflicted
wounds. Appetite has remained normal. Mother is concerned that the patient
is having seizure activity because of these outbursts. Mother states that
immediately prior to the outbursts, the patient's eyes will dilate and turn "black"
followed by combative behavior.

Patient was initially placed in the behaviorial health on 4/20 unit after being medically cleared in the ED. She has since required 4- 5
point restraints since that time. CK level obtained yesterday was elevated at 2000 and is now 6666. CMP now shows elevated LFTs, Cr
is normal. It was then determined that patient required inpatient admission for rhabdomyolysis. She has been eating well and taking
fluids per the staff. Vital signs stable.

PAST MEDICAL HISTORY:
See above.

MEDICATIONS:
Clonidine 0.1 mg p.o. at bedtime.
Clomipramine 25 mg p.o. at bedtime.
Zyprexa 10 mg daily.

ALLERGIES TO MEDICATIONS:
RISPERDAL.
GLUTEN.

FAMILY MEDICAL HISTORY:
Negative.

SOCIAL HISTORY:
The patient lives at home with mother, stepfather and 2 siblings. She does
visit with her father intermittently.

REVIEW OF SYSTEMS:

| | | |
|---|---|---|
| Printed by: | Austin, Emily R | Page 2 of 4 |
| Printed on: | 04/30/2018 13:31 MST | (Continued) |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002539

.History and Physical
\* Final Report \*

SCIANNA, BROOKE A - 655128

| | |
|---|---|
| Result type: | .History and Physical |
| Date/Time of Service: | April 23, 2018 10:29 MST |
| Result status: | Auth (Verified) |
| Result title: | History and Physical/Initial Consult\* |
| Performed By: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Verified by: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

A 14-point review of systems was reviewed and negative, pertinent positives as
per HPI.

PHYSICAL EXAMINATION:
VITAL SIGNS:  Temperature 36.6, heart rate is 109, respirations 18,
blood pressure 124/77, SpO2 97% on room air.
GENERAL:  She was in no acute distress.  She is in 4-point restraints.
CARDIOVASCULAR:  Regular rate and rhythm. No murmurs, rubs or gallops.
RESPIRATORY:  Clear to auscultation.
ABDOMEN: Soft, nondistended.  Bowel sounds are active.
MUSCULOSKELETAL:  Lower extremities, specifically knees bilaterally, are bruised with several healing
scabbed lesions.  No appreciable swelling noted.  The patient also has
lacerations on bilateral upper extremities.
NEUROLOGIC:  Nonfocal exam.

LABORATORY DATA:
CBC:  WBC 13.4, hemoglobin 10.9, hematocrit 31.6, MCV 91, platelets 226,
neutrophils 70, lymphocytes 19, monocytes 7, eosinophils 2.  Glucose 73, BUN
9, creatinine 0.65, sodium 142, potassium 3.6, chloride 108, CO2 of 24.  AST
16, ALT 14, alkaline phos 72.  CK 305.  TSH 0.71.  HCG is negative.
Rheumatoid factor less than 10.  UA: Hazy, otherwise negative.  Mucous is
present.
CK 2000 on 4/22, 6666 on 4/23

IMAGING:
CT abdomen and pelvis:  Moderate constipation.  Appendix is normal.  Knee:
Bilateral 1 or 2 views, no evidence of acute fracture or malalignment, no
significant knee effusion.

ASSESSMENT AND PLAN:
This is a 16-year-old female with autism and history of aggressive and
combative behavior, presenting with worsening episodes.  In discussion with
mother, she is concerned that the patient may be having seizure activity,
which is leading to these aggressive behaviors. Neurology has been consulted awaiting recommendations. Patient now has diagnosis of
rhabdomyolysis and requires fluid resuscitation. It is very unlikely that patient will tolerate an IV without restraints, but given the level
of aggression and self mutilation patient requires them. May need to consider sedation in ICU setting for IVF. Could also consider
aggressive PO fluids and serial monitoring of Cr and electrolytes and holding off on IV placement. Will try to consult psyciatry as well
for reccomendations on medication optimization to keep patient calm. Discussed plan with maternal grandmother at bedside

| | | |
|---|---|---|
| Printed by: | Austin, Emily R | |
| Printed on: | 04/30/2018 13:31 MST | |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002540

.History and Physical
* Final Report *

SCIANNA, BROOKE A - 655128

| | |
|---|---|
| Result type: | .History and Physical |
| Date/Time of Service: | April 23, 2018 10:29 MST |
| Result status: | Auth (Verified) |
| Result title: | History and Physical/Initial Consult* |
| Performed By: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Verified by: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

**Completed Action List:**
* Perform by STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST
* Sign by STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST
* VERIFY by STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002541

.Physician Progress Notes                                    SCIANNA, BROOKE A - 655128
* Final Report *

| | |
|---|---|
| Result type: | .Physician Progress Notes |
| Date/Time of Service: | April 30, 2018 10:28 MST |
| Result status: | Auth (Verified) |
| Result title: | Progress Note* |
| Performed By: | GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST |
| Verified by: | GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

## * Final Report *

**Progress Note***

Patient: **SCIANNA, BROOKE A**      **MRN: 655128**      **FIN: 79815536**
Age: **16 years**   Sex: **Female**   DOB: **07/14/2001**
Associated Diagnoses: **None**
Author: **GUIDO MD, KELLY MICHELLE**

**Subjective**
cc: rhabdomyolysis

no acute issues overnight
afebrile, vitals stable, RA
behavior has been controlled, out of restraints
tolerating PO well with good output.

**Histories**
  **Past Medical History**

        Active
            Autism (440F4091-C263-460A-8F78-6DF2032D0558).
  **Procedure history**

        None of the time (664031000124115)..
  **Family History:**
      History is unknown.
  **Social History**

        **Social History**
        Tobacco Status - Cognitively impaired  04/25/18 10:50
        Other Substance Use/Abuse Status - Cognitively impaired  04/25/18 10:50
        Type of Advance Directive - N/A  04/25/18 10:50
        Usual Diet - Regular for age  04/24/18 06:42
        Activities of Daily Living/Prior to Adm - Totally dependent  04/25/18 10:50
        Is the Patient Alone? - No  04/25/18 10:50
        Pt Felt Afraid or Concerned About Safety - Cognitively unable to answer  04/25/18 10:50
        Suspected Abuse/Neglect Observation - No signs or symptoms observed  04/25/18 10:50 .

**Objective**

**Allergies:**
RisperDAL
Glutens

**Medications:**  Medications

| | |
|---|---|
| Printed by: | Austin, Emily R |
| Printed on: | 04/30/2018 13:31 MST |

Page 1 of 4
(Continued)

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                  **AURORA(SCIANNA) 002542**

.Physician Progress Notes
* Final Report *

SCIANNA, BROOKE A - 655128

Result type:          .Physician Progress Notes
Date/Time of Service:  April 30, 2018 10:28 MST
Result status:        Auth (Verified)
Result title:         Progress Note*
Performed By:         GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST
Verified by:          GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST
Encounter info:       79815536, BTMC, Inpatient, 04/23/2018 -

**ACTIVE MEDS**
Dextrose 5% with 0.9% NaCl 1,000 mL 120 mL/hr IV
Patient's Own Medication (Norethindrone/Ethinyl Estradiol) 1 tab PO QAM
clomiPRAMINE 25 mg PO QHS
clonidine 0.1 mg PO QHS
diphenhydrAMINE 50 mg PO QHS
acetaminophen (Tylenol (Peds)) 650 mg PO Q4H PRN: Other (see comment)
allantoin/camphor/phenol topical (Blistex) 1 app TOP PRN: Other (see comment)
hydrocortisone topical (hydroCORTisone topical ointment (Peds)) 1 app TOP Q8H PRN: Rash
olanzapine (ZyPREXA Zydis) 10 mg PO DAILY PRN: Agitation ,
**Home Medications (2) Active**
Banophen 50 mg, PO, QHS
clonidine 0.1 mg oral tablet 0.1 mg = 1 tab, PO, QHS

**Vital Signs:** Last vitals
**VITALS**
Temp C - 36.4 DegC 04/30/2018 08:24
Temp F - 97.5  Deg F 04/30/2018 08:24
Heart Rate - 77 bpm 04/30/2018 08:24
Respiratory Rate - 16 br/mi 04/30/2018 08:24
Systolic Blood Pressure - 106 mmHg 04/29/2018 21:27
Diastolic Blood Pressure - 73 mmHg 04/29/2018 21:27
Mean Arterial Pressure - 82 mmHg 04/24/2018 18:10
SpO2 - 100 % 04/30/2018 08:24
Oxygen Therapy - Room air  04/30/2018 09:00
Oxygen Flow Rate - 8 L/min 04/24/2018 17:39
Weight - 53.1 kg 04/29/2018 12:51

**MAX TEMP 24HRS**
Temp C - 37 DegC 04/30/2018 04:27

**Intake and Output:** Total Intake and Output

**I / O TOTAL LAST 24HRS**
INPUT: 3610 mL
OUTPUT: 2260 mL
TOTAL I/O: 1350 mL

**I / O TOTAL LAST 48HRS**
INPUT: 8695 mL
OUTPUT: 6710 mL
TOTAL I/O: 1985 mL

**I / O TOTAL - ADMISSION**
INPUT: 33370 mL
OUTPUT: 23650 mL
TOTAL I/O: 9720 mL .

Printed by:    Austin, Emily R
Printed on:    04/30/2018 13:31 MST

Page 2 of 4
(Continued)

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002543



.Physician Progress Notes
\* Final Report \*

SCIANNA, BROOKE A - 655128

| | |
|---|---|
| Result type: | .Physician Progress Notes |
| Date/Time of Service: | April 30, 2018 10:28 MST |
| Result status: | Auth (Verified) |
| Result title: | Progress Note* |
| Performed By: | GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST |
| Verified by: | GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

**Physical Examination**
  **General:** No acute distress, +autistic, non verbal, does not follow commands or interact with examiner.
  **Eye:** Normal conjunctiva.
  **HENT:** Normocephalic, Oral mucosa is moist, No pharyngeal erythema.
  **Respiratory:** Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, Symmetrical chest wall expansion.
  **Cardiovascular:** Normal rate, Regular rhythm, No murmur, Good pulses equal in all extremities, Normal peripheral perfusion.
  **Gastrointestinal:** Soft, Non-tender, Non-distended, Normal bowel sounds, No organomegaly.
  **Musculoskeletal:** Normal range of motion, Normal strength, No tenderness, No swelling, No deformity.
  **Integumentary:** Warm, Dry, Pink, No rash.
  **Neurologic:** Alert, No focal deficits.

**Results Review**
  **Lab Results**
    Labs

| **CBC** | | |
|---|---|---|
| WBC | 13.4 | 04/20/18 14:42 |
| RBC | 3.48 | 04/20/18 14:42 |
| HGB | 10.9 | 04/20/18 14:42 |
| HCT | 31.6 | 04/20/18 14:42 |
| MCHC | 34.5 | 04/20/18 14:42 |
| MCV | 91 | 04/20/18 14:42 |
| Platelet | 226 | 04/20/18 14:42 |
| Differential Method | Automated | 04/20/18 14:42 |
| | | |
| **BMP** | | |
| Sodium | 142 | 04/25/18 03:50 |
| Potassium | 3.9 | 04/25/18 03:50 |
| Chloride | 112 | 04/25/18 03:50 |
| CO2 | 24 | 04/25/18 03:50 |
| Glucose Level | 96 | 04/25/18 03:50 |
| BUN | 8 | 04/25/18 03:50 |
| Creatinine | 0.52 | 04/25/18 03:50 |
| | | |
| **Other** | | |
| Calcium | 8.0 | 04/25/18 03:50 |
| Albumin | 3.1 | 04/25/18 03:50 |
| Alkaline Phos | 73 | 04/25/18 03:50 |
| AST | 101 | 04/25/18 03:50 |
| ALT | 49 | 04/25/18 03:50 |
| Bilirubin Total | 0.3 | 04/25/18 03:50 |
| | | |
| **Cardiac Enzymes** | | |
| CK, Total | 127 | 04/30/18 05:14 |

**Assessment**
  **Diagnosis**



| | |
|---|---|
| Printed by: | Austin, Emily R |
| Printed on: | 04/30/2018 13:31 MST |

Page 3 of 4
(Continued)

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002544

.Physician Progress Notes
* Final Report *

SCIANNA, BROOKE A - 655128

| | |
|---|---|
| Result type: | .Physician Progress Notes |
| Date/Time of Service: | April 30, 2018 10:28 MST |
| Result status: | Auth (Verified) |
| Result title: | Progress Note* |
| Performed By: | GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST |
| Verified by: | GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

Nonverbal  (Aphasia, R47.01)
Autism  (Autistic disorder, F84.0)
Self mutilating behavior  (Other problems related to lifestyle, Z72.89)
Aggressive behavior of adolescent  (Other specific personality disorders, F60.89)
Rhabdomyolysis (Rhabdomyolysis, M62.82)
Abnormal movements  (Unspecified abnormal involuntary movements, R25.9).
Problem #   16yo female - Severe Autism, Agggression, Self-Mutilating Behaviour, Rhabdomyolysis.

CK within normal range now- patient is MEDICALLY CLEARED
discontinue IVF
continue 2:1 sitters due to aggressive and self mutilation behaviours
PO ad lib, monitor intake/output closely
WIll need re-evaluation by behavioral health today
D/w nurse.

**Problem list**

All Problems
Autism / 440F4091-C263-460A-8F78-6DF2032D0558 / Confirmed.

Autism

**Completed Action List:**
* Perform by GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST
* Sign by GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST
* VERIFY by GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST

| | | | |
|---|---|---|---|
| Printed by: | Austin, Emily R | | Page 4 of 4 |
| Printed on: | 04/30/2018 13:31 MST | | (End of Report) |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002545

.BeH Consultation
* Final Report *



SCIANNA, BROOKE A - 655128

Result type:            .BeH Consultation
Date/Time of Service:   April 24, 2018 20:49 MST
Result status:          Auth (Verified)
Result title:           Psychiatric Consult Note
Performed By:           DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST
Verified by:            DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST
Encounter info:         79815536, BTMC, Inpatient, 04/23/2018 -

# * Final Report *

## Chief Complaint
danger to self and others, patient has been harming herself for 2 weeks

### Patient Information
Name: SCIANNA, BROOKE A        Age: 16 Years        DOB:
07/14/2001      Sex: Female

## Consulted by
Pediatrics team at Banner Thunderbird Hospital

## Reason for consultation
agitation aggression

## Sources of Information
medical records and staff

## History of Present Illness
this is a 16-year-old Caucasian female with history of autistic spectrum disorder and obsessive-compulsive disorder. Patient was brought to the emergency room after multiple episodes of aggression resulting in severe self-harm incidents and incidents of harming other people due to uncontrollable aggression. Patient was now predictable and was educated to an extent where she was restrained consistently since her arrival in the emergency room. Due to ongoing restraints and agitation resulting in physical exertion patient has developed increase in levels of creatinine phosphokinase. Patient has been medically treated at present and was transferred to the pediatrics unit and is currently separated and is having IV fluids. Due to this patient was not able to give me any history and most of the assessment was based on collateral information.

As per the reviewed information patient fulfills criteria for disruptive mood dysregulation disorder and severe agitation and aggression probably secondary to autistic spectrum disorder. Patient needs inpatient psychiatric evaluation to consider changes to the medications. Patient will be recommended to be transferred to inpatient psychiatric unit when she is medically stable.

## Past Psychiatric History
History of autistic spectrum disorder, obsessive-compulsive disorder and severe aggression. Patient was recently discharged from autistic center in Aurora hospital she did well for a while following which she started to develop disruptive behaviors.

## Family Psychiatric History
Not known

## Psychosocial History
as per history patient was living in a group home.

## Developmental History

## Problem List/Past Medical History
Ongoing
  Autism
Historical
  No qualifying data

## Procedure/Surgical History
None of the time..

## Medications
Ativan, 1 mg, PO, ONCALL, PRN
Banophen, 50 mg, PO, QHS
clonidine, 0.1 mg, PO, QHS
clonidine 0.1 mg oral tablet, 0.1 mg, 1
  tab, PO, QHS
dexmedetomidine (Precedex) infusion
  (Peds) 50 mL, 50 mL, IV
Dextrose 5% NaCl 0.45% + KCL 20
  mEq/L 1,000 mL, 1000 mL, IV
diphenhydrAMINE, 50 mg, PO, QHS
norethindrone acetate/Eth, 1 mg, PO,
  DAILY
nursing and pharmacy to see if patient
  has own med, own med, N/A, BID
Tylenol (Peds), 650 mg, 15 mg/kg, PO,
  Q4H, PRN
ZyPREXA Zydis, 10 mg, PO, DAILY, PRN

## Allergies
RisperDAL (Agression)
Glutens

## Family History
Family history is unknown

## POC Lab Results
No qualifying data available.

Printed by: Austin, Emily R
Printed on: 04/30/2018 13:32 MST

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002546

.BeH Consultation
* Final Report *

Result type:                .BeH Consultation
Date/Time of Service:       April 24, 2018 20:49 MST
Result status:              Auth (Verified)
Result title:               Psychiatric Consult Note
Performed By:               DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST
Verified by:                DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST
Encounter info:             79815536, BTMC, Inpatient, 04/23/2018 -

Patient has autistic spectrum  disorder diagnosed at around age of two.

**Substance Use**
No substance abuse problems

**Review of Systems**
hi creatinine phosphokinase levels
**REVIEW OF SYSTEMS :**
Constitutional: Negative for fever and chills.
HENT: Negative for drooling, nosebleeds, sinus pressure and trouble swallowing.
Eyes: Negative for pain and discharge.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for vomiting, abdominal pain and diarrhea.
Genitourinary: Negative for dysuria, frequency and decreased urine volume.
Musculoskeletal: Negative for back pain and myalgias.
Skin: Negative for color change and rash.
Neurological: Negative for seizures and syncope.
Psychiatric/Behavioral: Positive for aggression

**Physical Exam**
Vitals   Measurements
**T:** 36.3  °C   **HR:** 88 **RR:** 16   **P:** 114/73 **SpO2:** 99%
**HT:** 170 cm **WT:** 49.7 kg   **MI:** 17.20
Other Vitals
-BMI Percentile (for children 2 years old and above)-
BMI Percentile: 5.56
-SpO2 details-
Oxygen Flow Rate: 8 L/min

**Mental Status Examination**
unable to perform full mental state examination due to patient's lack of
communication.

**Scales And Assessments**
Other Screenings:
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002547

.BeH Consultation
* Final Report *

| | |
|---|---|
| Result type: | .BeH Consultation |
| Date/Time of Service: | April 24, 2018 20:49 MST |
| Result status: | Auth (Verified) |
| Result title: | Psychiatric Consult Note |
| Performed By: | DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST |
| Verified by: | DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST |
| Encounter Info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain

**Assessment/Plan**
Abnormal movements
Aggressive behavior of adolescent
   Patient needs inpatient psychiatric admission in a specialized unit for further
   evaluation and treatment. Until then patient should be continued on one-on-one
   observation due to high risks. Psychiatry will follow.
Autism
Nonverbal
Rhabdomyolysis
Self mutilating behavior

**Coded Diagnoses**
Nonverbal  (Aphasia, R47.01)
Autism  (Autistic disorder, F84.0)
Self mutilating behavior  (Other problems related to lifestyle, Z72.89)
Aggressive behavior of adolescent  (Other specific personality disorders, F60.89)
Rhabdomyolysis  (Rhabdomyolysis, M62.82)
Abnormal movements  (Unspecified abnormal involuntary movements, R25.9)

**Completed Action List:**
* Perform by DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST
* Sign by DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST
* VERIFY by DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST

Printed by: Austin, Emily R
Printed on: 04/30/2018 13:32 MST

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002548



**Banner Health**

## REQUEST FOR TRANSFER/CONSENT TO TRANSFER/ CERTIFICATION FOR TRANSFER

SCIANNA, BROOKE A
MRN: 655128
DOB: 7/14/2001          AGE: 16 years
DOS: 4/23/2018          SEX: Female
FIN: 79815536



### TO BE COMPLETED BY THE PHYSICIAN/QUALIFIED MEDICAL PERSONNEL

**PATIENT CONDITION ON TRANSFER**

✓ Stable for Transfer ___ Unstable

| **RISK OF TRANSFER** | **BENEFITS OF TRANSFER** |
|---|---|
| ☒ Medical condition could worsen during transport | ☒ Availability of higher specialized level of _psych_ care (e.g. trauma, neonatal, ICU) |
| ☒ Transportation risk | ☐ Available capacity (e.g. qualified staff, beds, equipment) not currently available at this facility |
| ☒ Delay in treatment due to transfer | ☐ Continuity of care |
| ☐ Other (NONE, if not checked): _____ | ☐ Other (NONE, if not checked): _____ |

| Transported By: | ☐ Medical Air Transport | ☐ ALS | ☒ BLS | ☐ POV | ☐ Other _____ |
|---|---|---|---|---|---|

**CERTIFICATION OF TRANSFER**

I confirm the patient's condition and the benefits and risks of transfer as stated above and order the transfer of this patient. For unstable patients: Based on the information available at the time, I have determined that the medical benefits reasonably expected from the provision of appropriate medical care at the receiving facility outweigh the increased risks to the patient, and in the case of labor, to the unborn child.

_____        _____        _____
Certifying Physician or Qualified Medical Person Signature     Date     Time

I have discussed the risks and benefits of the transfer of this patient with the Qualified Medical Person. I agree with the certification.

_Garrido_                                4/30/18      1236
Signature of Physician                   Date         Time
*(To be signed only when the patient is unstable and the physician is not physically present at the time of transfer.)*

### TO BE COMPLETED BY NURSE

| **ACCEPTING FACILITY** | **TRANSFERRING FACILITY** |
|---|---|
| Accepting Facility: _Tempe Aurora_ | Transferring Facility Name: _Banner Thunderbird_ |
| Accepting Physician: _____ | Transferring phone number: _602 865 5570_ |
| Accepting Facility Staff Name: _Jen RN_ | Transferring Nurse Name: _Julie Allen_ |
| Accepting Nurse Name: _Jen RN_ | Transferring Physician Name: _____ |
| RN: RN Report Given   Date: _4/30/18_   Time: _1300_ | Time Transferred: _____ |

| **Documentation Sent:** | ☐ Banner Facility; documentation is electronic  ☐ EKG  ☒ Lab Results  ☐ Radiographs  ☐ Other results  ☒ Facesheet  ☐ Home Medication list/Medication given/Allergies  ☒ Nursing Documentation  ☐ ED Record/HPI/Procedures  ☐ H & P  ☐ Progress Notes  Vital Signs: B/P _117/60_ Pulse _75_ Resp _18_ Temp _96.4_ O2 Sat _100_ Glasgow Scale _____  Please remember to document vitals in EMR |
|---|---|

### TO BE COMPLETED BY PATIENT

**PATIENT CONSENT TO TRANSFER/REQUEST TO TRANSFER:**

I consent / request to be transferred because:

☐ I require specialty services that are not currently at this facility.

☐ Continuity of care.

☐ The physician determined that my condition is stable for transfer. I want the cost of further treatment to be covered by my health plan. My health plan agreed to cover the cost of treatment at the receiving facility, but denied payment of services at this facility.

☒ The patient requires a behavioral health assessment and/or placement not available at this facility. I am aware I am being transferred to a behavioral health facility for further behavioral health evaluation.

☐ Other (NONE, if not checked): _____

I have been informed of and understand the risks and benefits of transfer as set forth above. I understand that the hospital is required to stabilize my emergency condition unless I request to be transferred to another facility OR the physician certifies that the medical benefits reasonably expected to be received at the other hospital outweigh the risks of the transfer.

_____   _____   _____   _____
Patient / Parent / Agent or Surrogate Signature     Witness Signature     Date     Time



**\*1413\* Consent**

1413
(11/2012)

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002549

.History and Physical
* Final Report *

SCIANNA, BROOKE A - 655128

| | |
|---|---|
| Result type: | .History and Physical |
| Date/Time of Service: | April 23, 2018 10:29 MST |
| Result status: | Auth (Verified) |
| Result title: | History and Physical/Initial Consult* |
| Performed By: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Verified by: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

# * Final Report *

## History and Physical/Initial Consult*

Patient: **SCIANNA, BROOKE A**       **MRN: 655128**       **FIN: 79815536**
Age: **16 years**    Sex: **Female**    DOB: **07/14/2001**
Associated Diagnoses: **None**
Author: **STEVENS MD, JENNIFER MARIE**

**Admission Information**

DATE OF ADMISSION:
04/23/2018

PRIMARY CARE PHYSICIAN:
Robert Secaur, MD

ADMISSION DIAGNOSES:
Rhabdomyolysis
Aggression and combative behavior.

HISTORY OF PRESENT ILLNESS:
The patient is a 16-year-old female with a history of autism
and combative behavior. I spoke with mother via phone. Mother states that
the patient had a normal delivery and had normal development up until the age
of 2, at which point the patient started to regress, became nonverbal and
combative. Mother states that at that time she did have genetic testing and
was negative for Fragile X. She has never had an MRI. Mother states she has
never seen a neurologist, but did have an EEG done at the age of 6 at Phoenix
Children's Hospital, which was negative. Mother states that she was
recommended to obtain a 24-hour video EEG, but that did not happen. Mother
states that over the past several months, the patient has been having more
combative and aggressive behavior. She feels that the patient is having
headaches because she punches her head regularly. Initially was once a week,
but now is occurring daily. The patient is also biting her skin and causing
lacerations. She was brought to the emergency department on 04/20/2018 due to
episodes of erratic behavior and the patient had bit her mother. In the
emergency department, she was afebrile and noted to be in moderate
distress. She was also noted to have bruising over her lower
extremities with swelling and tenderness. Imaging was obtained, which showed

| | |
|---|---|
| Printed by: | Austin, Emily R |
| Printed on: | 04/30/2018 13:31 MST |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021       **AURORA(SCIANNA) 002550**

.History and Physical
\* Final Report \*

SCIANNA, BROOKE A - 655128

Result type:         .History and Physical
Date/Time of Service: April 23, 2018 10:29 MST
Result status:       Auth (Verified)
Result title:        History and Physical/Initial Consult\*
Performed By:        STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST
Verified by:         STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST
Encounter info:      79815536, BTMC, Inpatient, 04/23/2018 -

no evidence of acute fracture or malalignment and no significant knee
effusion. Baseline labs were also obtained due to significant bruising.
Platelets were within normal limits at 226, white blood cell count was mildly
elevated at 13.4. She was found to be anemic with a hemoglobin of 10.9. CMP
was essentially normal. CK was mildly elevated at 305. TSH was normal. An
abdominal CT was also obtained due to complaints of abdominal pain which was
notable for moderate constipation and normal appendix. She was medically
cleared from the ER and transferred to the behavioral health unit. Since
arriving on the behavioral health unit, the patient has required restraints
intermittently for aggressive and combative behavior and self-inflicted
wounds. Appetite has remained normal. Mother is concerned that the patient
is having seizure activity because of these outbursts. Mother states that
immediately prior to the outbursts, the patient's eyes will dilate and turn "black"
followed by combative behavior.

Patient was initially placed in the behaviorial health on 4/20 unit after being medically cleared in the ED. She has since required 4- 5
point restraints since that time. CK level obtained yesterday was elevated at 2000 and is now 6666. CMP now shows elevated LFTs, Cr
is normal. It was then determined that patient required inpatient admission for rhabdomyolysis. She has been eating well and taking
fluids per the staff. Vital signs stable.

PAST MEDICAL HISTORY:
See above.

MEDICATIONS:
Clonidine 0.1 mg p.o. at bedtime.
Clomipramine 25 mg p.o. at bedtime.
Zyprexa 10 mg daily.

ALLERGIES TO MEDICATIONS:
RISPERDAL.
GLUTEN.

FAMILY MEDICAL HISTORY:
Negative.

SOCIAL HISTORY:
The patient lives at home with mother, stepfather and 2 siblings. She does
visit with her father intermittently.

REVIEW OF SYSTEMS:

Printed by:    Austin, Emily R
Printed on:    04/30/2018 13:31 MST

Page 2 of 4
(Continued)

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002551

.History and Physical
* Final Report *

SCIANNA, BROOKE A - 655128

| | |
|---|---|
| Result type: | .History and Physical |
| Date/Time of Service: | April 23, 2018 10:29 MST |
| Result status: | Auth (Verified) |
| Result title: | History and Physical/Initial Consult* |
| Performed By: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Verified by: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

A 14-point review of systems was reviewed and negative, pertinent positives as
per HPI.

PHYSICAL EXAMINATION:
VITAL SIGNS: Temperature 36.6, heart rate is 109, respirations 18,
blood pressure 124/77, SpO2 97% on room air.
GENERAL: She was in no acute distress. She is in 4-point restraints.
CARDIOVASCULAR: Regular rate and rhythm. No murmurs, rubs or gallops.
RESPIRATORY: Clear to auscultation.
ABDOMEN: Soft, nondistended. Bowel sounds are active.
MUSCULOSKELETAL: Lower extremities, specifically knees bilaterally, are bruised with several healing
scabbed lesions. No appreciable swelling noted. The patient also has
lacerations on bilateral upper extremities.
NEUROLOGIC: Nonfocal exam.

LABORATORY DATA:
CBC: WBC 13.4, hemoglobin 10.9, hematocrit 31.6, MCV 91, platelets 226,
neutrophils 70, lymphocytes 19, monocytes 7, eosinophils 2. Glucose 73, BUN
9, creatinine 0.65, sodium 142, potassium 3.6, chloride 108, CO2 of 24. AST
16, ALT 14, alkaline phos 72. CK 305. TSH 0.71. HCG is negative.
Rheumatoid factor less than 10. UA: Hazy, otherwise negative. Mucous is
present.
CK 2000 on 4/22, 6666 on 4/23

IMAGING:
CT abdomen and pelvis: Moderate constipation. Appendix is normal. Knee:
Bilateral 1 or 2 views, no evidence of acute fracture or malalignment, no
significant knee effusion.

ASSESSMENT AND PLAN:
This is a 16-year-old female with autism and history of aggressive and
combative behavior, presenting with worsening episodes. In discussion with
mother, she is concerned that the patient may be having seizure activity,
which is leading to these aggressive behaviors. Neurology has been consulted awaiting recommendations. Patient now has diagnosis of
rhabdomyolysis and requires fluid resuscitation. It is very unlikely that patient will tolerate an IV without restraints, but given the level
of aggression and self mutilation patient requires them. May need to consider sedation in ICU setting for IVF. Could also consider
aggressive PO fluids and serial monitoring of Cr and electrolytes and holding off on IV placement. Will try to consult psyciatry as well
for reccomendations on medication optimization to keep patient calm. Discussed plan with maternal grandmother at bedside



CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002552

.History and Physical
* Final Report *

SCIANNA, BROOKE A - 655128

| | |
|---|---|
| Result type: | .History and Physical |
| Date/Time of Service: | April 23, 2018 10:29 MST |
| Result status: | Auth (Verified) |
| Result title: | History and Physical/Initial Consult* |
| Performed By: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Verified by: | STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

**Completed Action List:**
* Perform by STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST
* Sign by STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST
* VERIFY by STEVENS MD, JENNIFER MARIE on April 23, 2018 10:39 MST

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002553

.Physician Progress Notes
* Final Report *

SCIANNA, BROOKE A - 655128

| | |
|---|---|
| Result type: | .Physician Progress Notes |
| Date/Time of Service: | April 30, 2018 10:28 MST |
| Result status: | Auth (Verified) |
| Result title: | Progress Note* |
| Performed By: | GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST |
| Verified by: | GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

## * Final Report *

### Progress Note*

Patient: **SCIANNA, BROOKE A**     **MRN: 655128**     **FIN: 79815536**
Age: **16 years**   Sex: **Female**   DOB: **07/14/2001**
Associated Diagnoses: **None**
Author: **GUIDO MD, KELLY MICHELLE**

**Subjective**
cc: rhabdomyolysis

no acute issues overnight
afebrile, vitals stable, RA
behavior has been controlled, out of restraints
tolerating PO well with good output.

**Histories**
**Past Medical History**

<u>Active</u>
        Autism (440F4091-C263-460A-8F78-6DF2032D0558).
**Procedure history**

        None of the time (664031000124115)..
**Family History:**
        History is unknown.
**Social History**

        **Social History**
        Tobacco Status - Cognitively impaired  04/25/18 10:50
        Other Substance Use/Abuse Status - Cognitively impaired  04/25/18 10:50
        Type of Advance Directive - N/A  04/25/18 10:50
        Usual Diet - Regular for age 04/24/18 06:42
        Activities of Daily Living/Prior to Adm - Totally dependent  04/25/18 10:50
        Is the Patient Alone? - No  04/25/18 10:50
        Pt Felt Afraid or Concerned About Safety - Cognitively unable to answer  04/25/18 10:50
        Suspected Abuse/Neglect Observation - No signs or symptoms observed  04/25/18 10:50 .

**Objective**

    **Allergies:**
    RisperDAL
    Glutens

**Medications:** Medications

| | |
|---|---|
| Printed by: | Austin, Emily R |
| Printed on: | 04/30/2018 13:31 MST |

Page 1 of 4
(Continued)

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002554

.Physician Progress Notes
* Final Report *

SCIANNA, BROOKE A - 655128

Result type:          .Physician Progress Notes
Date/Time of Service:  April 30, 2018 10:28 MST
Result status:         Auth (Verified)
Result title:          Progress Note*
Performed By:          GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST
Verified by:           GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST
Encounter info:        79815536, BTMC, Inpatient, 04/23/2018 -

**ACTIVE MEDS**
Dextrose 5% with 0.9% NaCl 1,000 mL 120 mL/hr IV
Patient's Own Medication (Norethindrone/Ethinyl Estradiol) 1 tab PO QAM
clomiPRAMINE 25 mg PO QHS
clonidine 0.1 mg PO QHS
diphenhydrAMINE 50 mg PO QHS
acetaminophen (Tylenol (Peds)) 650 mg PO Q4H PRN: Other (see comment)
allantoin/camphor/phenol topical (Blistex) 1 app TOP PRN: Other (see comment)
hydrocortisone topical (hydroCORTisone topical ointment (Peds)) 1 app TOP Q8H PRN: Rash
olanzapine (ZyPREXA Zydis) 10 mg PO DAILY PRN: Agitation ,
<u>Home Medications (2) Active</u>
Banophen 50 mg, PO, QHS
clonidine 0.1 mg oral tablet 0.1 mg = 1 tab, PO, QHS

**Vital Signs**:  Last vitals
**VITALS**
Temp C - 36.4 DegC 04/30/2018 08:24
Temp F - 97.5  Deg F 04/30/2018 08:24
Heart Rate - 77 bpm 04/30/2018 08:24
Respiratory Rate - 16 br/ml 04/30/2018 08:24
Systolic Blood Pressure - 106 mmHg 04/29/2018 21:27
Diastolic Blood Pressure - 73 mmHg 04/29/2018 21:27
Mean Arterial Pressure - 82 mmHg 04/24/2018 18:10
SpO2 - 100 % 04/30/2018 08:24
Oxygen Therapy - Room air 04/30/2018 09:00
Oxygen Flow Rate - 8 L/min 04/24/2018 17:39
Weight - 53.1 kg 04/29/2018 12:51

**MAX TEMP 24HRS**
Temp C - 37 DegC 04/30/2018 04:27

**Intake and Output**:  Total Intake and Output

**I / O TOTAL LAST 24HRS**
INPUT: 3610 mL
OUTPUT: 2260 mL
TOTAL I/O: 1350 mL

**I / O TOTAL LAST 48HRS**
INPUT: 8695 mL
OUTPUT: 6710 mL
TOTAL I/O: 1985 mL

**I / O TOTAL - ADMISSION**
INPUT: 33370 mL
OUTPUT: 23650 mL
TOTAL I/O: 9720 mL .

Printed by:     Austin, Emily R
Printed on:     04/30/2018 13:31 MST

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002555

.Physician Progress Notes                                    SCIANNA, BROOKE A - 655128
* Final Report *

| Result type: | .Physician Progress Notes |
|---|---|
| Date/Time of Service: | April 30, 2018 10:28 MST |
| Result status: | Auth (Verified) |
| Result title: | Progress Note* |
| Performed By: | GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST |
| Verified by: | GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

**Physical Examination**
   **General:** No acute distress, +autistic, non verbal, does not follow commands or interact with examiner.
   **Eye:** Normal conjunctiva.
   **HENT:** Normocephalic, Oral mucosa is moist, No pharyngeal erythema.
   **Respiratory:** Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal, Symmetrical chest wall expansion.
   **Cardiovascular:** Normal rate, Regular rhythm, No murmur, Good pulses equal in all extremities, Normal peripheral perfusion.
   **Gastrointestinal:** Soft, Non-tender, Non-distended, Normal bowel sounds, No organomegaly.
   **Musculoskeletal:** Normal range of motion, Normal strength, No tenderness, No swelling, No deformity.
   **Integumentary:** Warm, Dry, Pink, No rash.
   **Neurologic:** Alert, No focal deficits.

**Results Review**
   **Lab Results**
      Labs

| | | | |
|---|---|---|---|
| **CBC** | | | |
| WBC | 13.4 | 04/20/18 14:42 | |
| RBC | 3.48 | 04/20/18 14:42 | |
| HGB | 10.9 | 04/20/18 14:42 | |
| HCT | 31.6 | 04/20/18 14:42 | |
| MCHC | 34.5 | 04/20/18 14:42 | |
| MCV | 91 | 04/20/18 14:42 | |
| Platelet | 226 | 04/20/18 14:42 | |
| Differential Method | Automated | 04/20/18 14:42 | |
| | | | |
| **BMP** | | | |
| Sodium | 142 | 04/25/18 03:50 | |
| Potassium | 3.9 | 04/25/18 03:50 | |
| Chloride | 112 | 04/25/18 03:50 | |
| CO2 | 24 | 04/25/18 03:50 | |
| Glucose Level | 96 | 04/25/18 03:50 | |
| BUN | 8 | 04/25/18 03:50 | |
| Creatinine | 0.52 | 04/25/18 03:50 | |
| | | | |
| **Other** | | | |
| Calcium | 8.0 | 04/25/18 03:50 | |
| Albumin | 3.1 | 04/25/18 03:50 | |
| Alkaline Phos | 73 | 04/25/18 03:50 | |
| AST | 101 | 04/25/18 03:50 | |
| ALT | 49 | 04/25/18 03:50 | |
| Bilirubin Total | 0.3 | 04/25/18 03:50 | |
| | | | |
| **Cardiac Enzymes** | | | |
| CK, Total | 127 | 04/30/18 05:14 | |

**Assessment**
   Diagnosis

| Printed by: | Austin, Emily R |
|---|---|
| Printed on: | 04/30/2018 13:31 MST |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                    AURORA(SCIANNA) 002556

.Physician Progress Notes                              SCIANNA, BROOKE A - 655128

* Final Report *


Result type:              .Physician Progress Notes
Date/Time of Service:     April 30, 2018 10:28 MST
Result status:            Auth (Verified)
Result title:             Progress Note*
Performed By:             GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST
Verified by:              GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST
Encounter info:           79815536, BTMC, Inpatient, 04/23/2018 -


Nonverbal  (Aphasia, R47.01)
Autism  (Autistic disorder, F84.0)
Self mutilating behavior  (Other problems related to lifestyle, Z72.89)
Aggressive behavior of adolescent  (Other specific personality disorders, F60.89)
Rhabdomyolysis  (Rhabdomyolysis, M62.82)
Abnormal movements  (Unspecified abnormal involuntary movements, R25.9).
Problem #  16yo female - Severe Autism, Agggression, Self-Mutilating Behaviour, Rhabdomyolysis.

CK within normal range now- patient is MEDICALLY CLEARED
discontinue IVF
continue 2:1 sitters due to aggressive and self mutilation behaviours
PO ad lib, monitor intake/output closely
Will need re-evaluation by behavioral health today
D/w nurse.

**Problem list**

All Problems
Autism / 440F4091-C263-460A-8F78-6DF2032D0558 / Confirmed.

Autism


**Completed Action List:**
* Perform by GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST
* Sign by GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST
* VERIFY by GUIDO MD, KELLY MICHELLE on April 30, 2018 10:30 MST


Printed by:       Austin, Emily R                      Page 4 of 4
Printed on:       04/30/2018 13:31 MST                 (End of Report)

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

.BeH Consultation
* Final Report *

SCIANNA, BROOKE A - 655128

Result type:            .BeH Consultation
Date/Time of Service:   April 24, 2018 20:49 MST
Result status:          Auth (Verified)
Result title:           Psychiatric Consult Note
Performed By:           DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST
Verified by:            DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST
Encounter info:         79815536, BTMC, Inpatient, 04/23/2018 -

## * Final Report *

**Chief Complaint**
danger to self and others, patient has been harming herself for 2 weeks

**Patient Information**
Name: SCIANNA, BROOKE A         Age: 16 Years         DOB:
07/14/2001     Sex: Female

**Consulted by**
Pediatrics team at Banner Thunderbird Hospital

**Reason for consultation**
 agitation aggression

**Sources of Information**
 medical records and staff

**History of Present Illness**
 this is a 16-year-old Caucasian female with history of autistic spectrum disorder
and obsessive-compulsive disorder. Patient was brought to the emergency room
after multiple episodes of aggression resulting in severe self-harm incidents and
incidents of harming other people due to uncontrollable aggression. Patient was
now predictable and was educated to an extent where she was restrained
consistently since her arrival in the emergency room. Due to ongoing restraints and
agitation resulting in physical exertion patient has developed increase in levels of
creatinine phosphokinase. Patient has been medically treated at present and was
transferred to the pediatrics unit and is currently separated and is having IV fluids.
Due to this patient was not able to give me any history and most of the assessment
was based on collateral information.

As per the reviewed information patient fulfills criteria for disruptive mood
dysregulation disorder and severe agitation and aggression probably secondary to
autistic spectrum disorder. Patient needs inpatient psychiatric evaluation to consider
changes to the medications. Patient will be recommended to be transferred to
inpatient psychiatric unit when she is medically stable.

**Past Psychiatric History**
 History of autistic spectrum disorder, obsessive-compulsive disorder and severe
aggression. Patient was recently discharged from autistic center in Aurora hospital
she did well for a while following which she started to develop disruptive behaviors.

**Family Psychiatric History**
 Not known

**Psychosocial History**
 as per history patient was living in a group home.

**Developmental History**

**Problem List/Past Medical History**
 Ongoing
   Autism
 Historical
   No qualifying data

**Procedure/Surgical History**
None of the time..

**Medications**
 Ativan, 1 mg, PO, ONCALL, PRN
 Banophen, 50 mg, PO, QHS
 clonidine, 0.1 mg, PO, QHS
 clonidine 0.1 mg oral tablet, 0.1 mg, 1
   tab, PO, QHS
 dexmedetomidine (Precedex) infusion
   (Peds) 50 mL, 50 mL, IV
 Dextrose 5% NaCl 0.45% + KCL 20
   mEq/L 1,000 mL, 1000 mL, IV
 diphenhydrAMINE, 50 mg, PO, QHS
 norethindrone acetate/Eth, 1 mg, PO,
   DAILY
 nursing and pharmacy to see if patient
   has own med, own med, N/A, BID
 Tylenol (Peds), 650 mg, 15 mg/kg, PO,
   Q4H, PRN
 ZyPREXA Zydis, 10 mg, PO, DAILY, PRN

**Allergies**
RisperDAL (Agression)
Glutens

**Family History**
Family history is unknown

**POC Lab Results**
No qualifying data available.

Printed by: Austin, Emily R
Printed on: 04/30/2018 13:32 MST

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002558**

.BeH Consultation
* Final Report *

SCIANNA, BROOKE A - 655128

| | |
|---|---|
| Result type: | .BeH Consultation |
| Date/Time of Service: | April 24, 2018 20:49 MST |
| Result status: | Auth (Verified) |
| Result title: | Psychiatric Consult Note |
| Performed By: | DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST |
| Verified by: | DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST |
| Encounter info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

Patient has autistic spectrum disorder diagnosed at around age of two.

## Substance Use
No substance abuse problems

## Review of Systems
hi creatinine phosphokinase levels
REVIEW OF SYSTEMS :
Constitutional: Negative for fever and chills.
HENT: Negative for drooling, nosebleeds, sinus pressure and trouble swallowing.
Eyes: Negative for pain and discharge.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative for chest pain and palpitations.
Gastrointestinal: Negative for vomiting, abdominal pain and diarrhea.
Genitourinary: Negative for dysuria, frequency and decreased urine volume.
Musculoskeletal: Negative for back pain and myalgias.
Skin: Negative for color change and rash.
Neurological: Negative for seizures and syncope.
Psychiatric/Behavioral: Positive for aggression

## Physical Exam

Vitals   Measurements
T: 36.3 °C  HR: 88 RR: 16   P: 114/73 SpO2: 99%
HT: 170 cm  WT: 49.7 kg   MI: 17.20
Other Vitals
-BMI Percentile (for children 2 years old and above)-
BMI Percentile: 5.56
-SpO2 details-
Oxygen Flow Rate: 8 L/min

## Mental Status Examination
unable to perform full mental state examination due to patient's lack of communication.

## Scales And Assessments
Other Screenings:
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain

Printed by: Austin, Emily R
Printed on: 04/30/2018 13:32 MST

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002559

SCIANNA, BROOKE A - 655128

.BeH Consultation
* Final Report *

| | |
|---|---|
| Result type: | .BeH Consultation |
| Date/Time of Service: | April 24, 2018 20:49 MST |
| Result status: | Auth (Verified) |
| Result title: | Psychiatric Consult Note |
| Performed By: | DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST |
| Verified by: | DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST |
| Encounter Info: | 79815536, BTMC, Inpatient, 04/23/2018 - |

Pain Present: No actual or suspected pain
Pain Present: No actual or suspected pain

**Assessment/Plan**
Abnormal movements
Aggressive behavior of adolescent
    Patient needs inpatient psychiatric admission in a specialized unit for further
    evaluation and treatment. Until then patient should be continued on one-on-one
    observation due to high risks. Psychiatry will follow.
Autism
Nonverbal
Rhabdomyolysis
Self mutilating behavior

**Coded Diagnoses**
Nonverbal  (Aphasia, R47.01)
Autism  (Autistic disorder, F84.0)
Self mutilating behavior  (Other problems related to lifestyle, Z72.89)
Aggressive behavior of adolescent  (Other specific personality disorders, F60.89)
Rhabdomyolysis  (Rhabdomyolysis, M62.82)
Abnormal movements  (Unspecified abnormal involuntary movements, R25.9)

**Completed Action List:**
* Perform by DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST
* Sign by DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST
* VERIFY by DANNARAM MD, SRINIVAS on April 24, 2018 20:57 MST

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002560





**AURORA**
BEHAVIORAL HEALTH

(Affix Patient ID label or complete information below)

**Patient Name:** Brooke Sciann...

**D.O.B:**

## REFERRAL REPORT

**PATIENT SERVICES STAFF NAME:** Jennifer C  **DATE:** 4/30/18  **TIME:** 1:20pm

### BASIC INFORMATION

| | |
|---|---|
| Patient Name: | Brooke Scianna |
| Sending Facility: | Banner Thunderbird |
| RN Name: | Jolly RN |
| Phone number to contact RN: | (602-865-5570 |

| | | | |
|---|---|---|---|
| Medically Cleared: | ☒ YES | ☐ NO | If no, cannot accept patient |
| Voluntary  Mother chrstine | ☒ YES | ☐ NO | If no, cannot accept patient unless they are COT going to Glendale |

**REASON FOR REFERRAL (Why does patient need acute psychiatric inpatient services?)**
Dx Autism, non-verbal ↑ Aggression, Self-harm

### SPECIAL NEEDS

| | | | |
|---|---|---|---|
| Allergies: | ☐ YES | ☒ NO | If yes, list allergies: |
| Needs Interpreter: | ☐ YES | ☒ NO | If yes, what language: (Must set up interpreter for intake if ASL) |
| Hearing/Speech Issues: non-verbal | ☒ YES | ☐ NO | If yes, give specifics: |
| Guardian: Christine | ☒ YES | ☐ NO | If yes, guardianship papers must be received and case staffed with Director of Patient Services or A&R prior to accepting patient  Ph: 623-521-74 |
| Request current day's MARS | ☒ YES | ☐ NA | |
| Last 48 hours of nursing notes | ☒ YES | ☐ NA | |

### STAFF WITH NURSE

| | | | |
|---|---|---|---|
| Wounds: | ☐ YES | ☒ NO | If yes, staff with RN |
| Recent Fractures: | ☐ YES | ☒ NO | If yes, staff with RN. What's the follow-up plan? Any upcoming appointments? |
| Infectious Disease: (MRSA, C-diff, etc) | ☐ YES | ☒ NO | If yes, staff with RN |
| Special Medication: (Lovenox, HIV meds, etc) | ☐ YES | ☒ NO | If yes, staff with RN and must bring 7 days' worth of these meds. If patient states they do not take their meds, they still need to come with them. |
| Tubing: (IV, PICC Line, foley, catheter, etc) | ☐ YES | ☒ NO | If yes, staff with RN |
| Continuous Oxygen | ☐ YES | ☒ NO | If yes, staff with RN |
| Developmental Disability | ☒ YES | ☐ NO | If yes, staff with RN |
| Pregnant | ☐ YES | ☒ NO | If yes, staff with RN |
| >350 pounds | ☐ YES | ☒ NO | If yes, staff with RN |
| Needs ADLs assistance | ☐ YES | ☒ NO | If yes, staff with RN  Prompting |
| Insulin Pump | ☐ YES | ☒ NO | If yes, must be removed and staffed with RN |
| Delirium, Confusion, Memory Loss | ☐ YES | ☒ NO | If yes, staff with RN |
| Any urgent upcoming appointments | ☐ YES | ☒ NO | If yes, staff with RN |
| Has there been any suicide attempts or violent behaviors since patient has been in your care | ☒ YES | ☐ NO | If yes, provide details and staff with RN  Kicking + biting (restraints out for 24 hrs) |
| Any abnormal or elevated labs | ☒ YES | ☐ NO | If yes, staff with RN  CK levels now 137 (norm |

### EXCLUSIONARY CRITERIA

| | | | |
|---|---|---|---|
| Current Opiate Usage/Dosage | ☐ YES | ☒ NO | If yes, staff with RN and list opiate and dosage |
| Request for Detox and Pregnant | ☐ YES | ☒ NO | If yes, not able to accommodate |
| Methadone: | ☐ YES | ☒ NO | If yes, patient must be taking 30mg or less for pain OR 60 mg or less for detox. We DO NOT provide methadone maintenance! |
| Under 13 years old | ☐ YES | ☒ NO | If yes, not able to accommodate |

### DISPOSITION

| | | | |
|---|---|---|---|
| Patient Accepted | ☐ YES | ☐ NO | If no, reason for denial: |

| NURSE-TO-NURSE ABH RN: | | | Referring Facility RN: |
|---|---|---|---|
| Is patient Alert/Oriented | ☐ YES | ☐ NO | |
| Vital Signs Stable | ☐ YES | ☐ NO | If no, any treatment provided |
| Any Medical Diagnosis | ☐ YES | ☐ NO | If yes, what/when: |
| Labs done | ☐ YES | ☐ NO | If yes, any abnormal results. If no, why not |

**NOT A PERMANENT PART OF MEDICAL RECORD**
**Return to Director of Nursing**

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002561**



# AURORA



(Affix Patient ID label or complete information below)

Patient Name: Brooke Scianna

D.O.B: 7/14/01

## INTERDEPARTMENTAL COMMUNICATION

**PATIENT SERVICES REP OR A&R (if walk-in):** Jennifer C Date: 4/30/18
**Guardianship/POA Info:** Mom - Christine Scianna 623-865-5571
**Significant Medical Concerns:** none
**Medication Concerns (including opiates):** none
**History of Violence or Pertinent Behavioral Concerns:** Kicking, biting
**Indicate if any suicide attempts in hospital ER** none
**Previous ABH Admissions:** SNU 1/19/18 - 3/2/18
**Other Important Info:** Spoke w/ Lisa e Banner RPPO to set up transportation

---

**A & R INTAKE COUNSELOR:** Date: _____
**Recent Suicide Attempt:** ☐ Yes ☐ No  If Yes, Important Info: _____
**DTO (Danger to Others):** ☐ Yes ☐ No  If Yes, DTW Info: _____
**History of Violence or Aggression:** ☐ Yes ☐ No  If Yes, Details: _____
**Other Significant Clinical Info:**

---

**NURSE-TO-NURSE REPORT**
**Triage RN:** Date: _____
**Unit RN:** Date: _____

| SITUATION | BACKGROUND |
|---|---|
| | |
| | |
| | |
| Complaint, diagnosis, treatment plan and patient's wants and needs | Vital signs, mental and code status, list of medications and lab results |
| **ASSESSMENT** | **RECOMMENDATIONS** |
| | |
| | |
| | |
| Current provider's assessment of the situation | Labs ordered, observation status, special recommendations |

**Allergies:** _____
**Pharmacy Database Red Flags:** _____
**Other Important Info:** _____

---

**NOT A PERMANENT PART OF MEDICAL RECORD**
**Return to Director of Nursing**

Aurora Behavioral Health System
Original: 04/05/2015, Rev. 06/18/2015, 03/29/2016

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002562

## Patient Information Form

**Hospital Name:** Banner Thunderbird Medical Center **Phone:** (602) 865-5555

**Hospital Address:** 5555 W THUNDERBIRD RD  GLENDALE, AZ 85306

| Patient Demographics | Admit and Length of Stay Information |
|---|---|

**Patient Demographics**

**Patient Name:** SCIANNA, BROOKE A.

**Medical Rec #:** 655128   **SSN:**

**Marital Status:** SINGLE   **Gender:** F

**Date of Birth:** 07-14-2001   **Age:** 16

**Religion:** CATHOLIC

**Episode ID:** 79815536

**Height:**

**Weight:**

**Admit and Length of Stay Information**

Unit: ILLC

**Admit Type:** Emergency   **Room:** C064

**Admission Date:** 04-23-2018   **Bed:** 01

**Est. Discharge Date:** 04-30-2018   **ALC Date:**

**Pt. Functional Status**
**Prior to Admission:** Bed Only

**PCP:**

**Attending Physician:** STEVENS

**Phone Number:**

**Diagnosis Information:**

**Rugs:**   **Primary:** Aphasia   **Secondary:** Other specific personality disorders

**Discharge Notes:**

**Notes:**

**Mode of Transportation:**   **Payer Source:**

**Will patient receive radiation or dialysis off-site?**   **Schedule of Treatments:**
☐ Yes  ☐ No

| Patient Address | Next of Kin | Emergency Contact: |
|---|---|---|
| **Living Arrangement:** Select One | **First Name/MI:** | **First Name/MI:** |
| **Facility Name:** | **Last Name:** SCIANNA | **Last Name:** |
| | **Street:** 13232 W DESERT LANE | **Street:** |
| **Street:** 15928 W CUSTER LN | **City:** SURPRISE | **City:** |
| **City:** SURPRISE | **State/Zip:** AZ 85374 | **State/Zip:** |
| **State/Zip:** AZ 85379 | **Home Phone:** (623)521-7187 | **Home Phone:** |
| **Home Phone:** (623)521-7457 ✗ | **Work Phone:** (602)789-1712 | **Work Phone:** |
| **Work Phone:** | **Relation:** FATHER | **Relation:** |
| *MOM:* Christine Scianna | ☐ Emerg. Contact   ☐ POA | ☐ Emerg. Contact   ☐ POA |

**Payer Information:**

**Primary Payer:** MERCYCARE PLAN   **Ins. Group ID#:** 2210   **Member ID#:** A50440829

**Contact person at Ins. Co. (First/MI/Last):**   **Phone:**

**Patient has met 3 consecutive, acute level of care days during this admission & may be eligible for the Medicare Extended Care Benefit.**   ☐ Yes   ☐ No   ☐ N/A   ☐ Unknown

**Secondary Payer:**   **Member ID#:**   **Phone #:**

**Other Payer:**   **Member ID#:**   **Phone #:**

**Income if known:**   ☐ Private Funds   ☐ SSA   ☐ SSI
☐ Pension   ☐ VA   ☐ Other

**Patient Medicaid Eligible?**   ☐ Yes   ☐ No   **If Yes, submitted by our financial office?**   ☐ Yes   ☐ No

**Contact person in financial office (First/MI/Last):**

**No Fault:** Must have claim number, name of insurance company, name of insured, telephone number, and policy number. This information is needed even if no fault is exhausted. No faults must have secondary insurance information.

**Case Contact**

**First/MI/Last:** Jeanette Moreno   **Phone**   **Date:** 04-30-2018

naviHealth Form 450 Rev 7/2012

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002563

 

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient Location:** LLC - Pediatrics
**Attending Physician:** STEVENS MD,JENNIFER MARIE

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001   **Sex:** Female          **Age:** 16 years
**MR#:** 655128
**FIN:** 79815536
**Admit Date:** 4/23/2018
**Arrival Time:** 10:27 MST
**Discharge Date:**
**Patient Type:** Inpatient

---

## History and Physicals

**Document Name:**                                       .History and Physical
**Result Status:**                                        Auth (Verified)
**Signed By:**                                            STEVENS MD,JENNIFER MARIE (4/23/2018 10:39 MST)

**History and Physical/Initial Consult*

Patient: SCIANNA, BROOKE A          MRN: 655128          FIN: 79815536
Age: 16 years   Sex: Female   DOB: 07/14/2001
Associated Diagnoses: None
Author: STEVENS MD, JENNIFER MARIE

**Admission Information**

DATE OF ADMISSION:
04/23/2018

PRIMARY CARE PHYSICIAN:
Robert Secaur, MD

ADMISSION DIAGNOSES:
Rhabdomyolysis
Aggression and combative behavior.

HISTORY OF PRESENT ILLNESS:
 The patient is a 16-year-old female with a history of autism
and combative behavior. I spoke with mother via phone. Mother states that
the patient had a normal delivery and had normal development up until the age
of 2, at which point the patient started to regress, became nonverbal and
combative. Mother states that at that time she did have genetic testing and
was negative for Fragile X. She has never had an MRI. Mother states she has
never seen a neurologist, but did have an EEG done at the age of 6 at Phoenix
Children's Hospital, which was negative. Mother states that she was
recommended to obtain a 24-hour video EEG, but that did not happen. Mother
states that over the past several months, the patient has been having more
combative and aggressive behavior. She feels that the patient is having
headaches because she punches her head regularly. Initially was once a week,
but now is occurring daily. The patient is also biting her skin and causing
lacerations. She was brought to the emergency department on 04/20/2018 due to
episodes of erratic behavior and the patient had bit her mother. In the
emergency department, she was afebrile and noted to be in moderate
distress. She was also noted to have bruising over her lower
extremities with swelling and tenderness. Imaging was obtained, which showed
no evidence of acute fracture or malalignment and no significant knee
effusion. Baseline labs were also obtained due to significant bruising.
Platelets were within normal limits at 226, white blood cell count was mildly
elevated at 13.4. She was found to be anemic with a hemoglobin of 10.9. CMP
was essentially normal. CK was mildly elevated at 305. TSH was normal. An

| L = Low | H = High | C = Critical | * = Abnormal | ^ = Interpretive Data | c = Corrected | f = Footnote |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002564

 

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:**  7/14/2001  **Sex:** Female          **Age:** 16 years
**MR#:**  655128
**Patient Location:**  22 LLC; C064; 01
**Attending Physician:**  STEVENS MD,JENNIFER MARIE

| *History and Physicals* |
| --- |

abdominal CT was also obtained due to complaints of abdominal pain which was
notable for moderate constipation and normal appendix.  She was medically
cleared from the ER and transferred to the behavioral health unit.  Since
arriving on the behavioral health unit, the patient has required restraints
intermittently for aggressive and combative behavior and self-inflicted
wounds.  Appetite has remained normal.  Mother is concerned that the patient
is having seizure activity because of these outbursts.  Mother states that
immediately prior to the outbursts, the patient's eyes will dilate and turn "black"
followed by combative behavior.

Patient was initially placed in the behaviorial health on 4/20 unit after being medically cleared in the ED. She has since required 4- 5
point restraints since that time. CK level obtained yesterday was elevated at 2000 and is now 6666. CMP now shows elevated LFTs, Cr
is normal. It was then determined that patient required inpatient admission for rhabdomyolysis. She has been eating well and taking
fluids per the staff. Vital signs stable.

**PAST MEDICAL HISTORY:**
See above.

**MEDICATIONS:**
Clonidine 0.1 mg p.o. at bedtime.
Clomipramine 25 mg p.o. at bedtime.
Zyprexa 10 mg daily.

**ALLERGIES TO MEDICATIONS:**
**RISPERDAL.**
GLUTEN.

**FAMILY MEDICAL HISTORY:**
Negative.

**SOCIAL HISTORY:**
The patient lives at home with mother, stepfather and 2 siblings.  She does
visit with her father intermittently.

**REVIEW OF SYSTEMS:**
A 14-point review of systems was reviewed and negative, pertinent positives as
per HPI.

**PHYSICAL EXAMINATION:**
**VITAL SIGNS:**  Temperature 36.6, heart rate is 109, respirations 18,
blood pressure 124/77, SpO2 97% on room air.
**GENERAL:**  She was in no acute distress.  She is in 4-point restraints.
**CARDIOVASCULAR:**  Regular rate and rhythm. No murmurs, rubs or gallops.
**RESPIRATORY:**  Clear to auscultation.
**ABDOMEN:**  Soft, nondistended.  Bowel sounds are active.
**MUSCULOSKELETAL:**  Lower extremities, specifically knees bilaterally, are bruised with several healing
scabbed lesions.  No appreciable swelling noted.  The patient also has
lacerations on bilateral upper extremities.

**L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote**
Printed:  4/30/2018 13:28 MST                              Page 2 of 31                              Report Request ID:  300847240

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021          AURORA(SCIANNA) 002565

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:**   7/14/2001  **Sex:** Female          **Age:** 16 years
**MR#:**   655128
**Patient Location:**  22 LLC; C064; 01
**Attending Physician:**  STEVENS MD,JENNIFER MARIE

---

| **Consultation Reports** |
| --- |

Aggression and combative behavior.

**HISTORY OF PRESENT ILLNESS:**
We were consulted by Dr. Colindres for assistance in medical management of
this patient. The patient is a 16-year-old female with a history of autism
and combative behavior. I spoke with mother via phone. Mother states that
the patient had a normal delivery and had normal development up until the age
of 2, at which point the patient started to regress, became nonverbal and
combative. Mother states that at that time she did have genetic testing and
was negative for Fragile X. She has never had an MRI. Mother states she has
never seen a neurologist, but did have an EEG done at the age of 6 at Phoenix
Children's Hospital, which was negative. Mother states that she was
recommended to obtain a 24-hour video EEG, but that did not happen. Mother
states that over the past several months, the patient has been having more
combative and aggressive behavior. She feels that the patient is having
headaches because she punches her head regularly. Initially was once a week,
but now is occurring daily. The patient is also biting her skin and causing
lacerations. She was brought to the emergency department on 04/20/2018 due to
episodes of erratic behavior and the patient had bit her mother. In the
emergency department, she was afebrile and noted to be in moderate
distress. She was also noted to have bruising over her lower
extremities with swelling and tenderness. Imaging was obtained, which showed
no evidence of acute fracture or malalignment and no significant knee
effusion. Baseline labs were also obtained due to significant bruising.
Platelets were within normal limits at 226, white blood cell count was mildly
elevated at 13.4. She was found to be anemic with a hemoglobin of 10.9. CMP
was essentially normal. CK was mildly elevated at 305. TSH was normal. An
abdominal CT was also obtained due to complaints of abdominal pain which was
notable for moderate constipation and normal appendix. She was medically
cleared from the ER and transferred to the behavioral health unit. Since
arriving on the behavioral health unit, the patient has required restraints
intermittently for aggressive and combative behavior and self-inflicted
wounds. Appetite has remained normal. Mother is concerned that the patient
is having seizure activity because of these outbursts. Mother states that
immediately prior to the outbursts, the patient's eyes will dilate and turn "black"
followed by combative behavior.

Of note she has been in good health recently. Mother denies fever, URI symptoms, vomiting or diarrhea.

**PAST MEDICAL HISTORY:**
See above.

**MEDICATIONS:**
Clonidine 0.1 mg p.o. at bedtime.
Clomipramine 25 mg p.o. at bedtime.
Zyprexa 10 mg daily.

**ALLERGIES TO MEDICATIONS:**

L = Low       H = High       C = Critical       * = Abnormal       ^ = Interpretive Data       c = Corrected       f = Footnote
Printed:   4/30/2018 13:28 MST                        Page 4 of 31                        Report Request ID:   300847240

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002566



**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:**  7/14/2001  **Sex:** Female          **Age:** 16 years
**MR#:**  655128
**Patient Location:**  22 LLC; C064; 01
**Attending Physician:**  STEVENS MD,JENNIFER MARIE

---

| *Consultation Reports* |
| --- |

RISPERDAL.
GLUTEN.

**FAMILY MEDICAL HISTORY:**
Negative.

**SOCIAL HISTORY:**
The patient lives at home with mother, stepfather and 2 siblings. She does
visit with her father intermittently.

**REVIEW OF SYSTEMS:**
A 14-point review of systems was reviewed and negative, pertinent positives as
per HPI.

**PHYSICAL EXAMINATION:**
VITAL SIGNS:  Temperature not documented, heart rate is 84, respirations 18,
blood pressure 123/74, SpO2 98% on room air. GENERAL:  She was in no acute
distress. She is in 4-point restraints. Just prior to entering the room, the
patient is trying to bite; however, during exam, the patient was calm, exam is
limited secondary to restraints. CARDIOVASCULAR:  Regular rate and rhythm.
No murmurs, rubs or gallops. RESPIRATORY:  Clear to auscultation. ABDOMEN:
Soft, nondistended. Bowel sounds are active. MUSCULOSKELETAL:  Lower
extremities:  Specifically, knees bilaterally are bruised with several healing
scabbed lesions. No appreciable swelling noted. The patient also has
lacerations on bilateral upper extremities. NEUROLOGIC:  Nonfocal exam.

**LABORATORY DATA:**
CBC: WBC 13.4, hemoglobin 10.9, hematocrit 31.6, MCV 91, platelets 226,
neutrophils 70, lymphocytes 19, monocytes 7, eosinophils 2. Glucose 73, BUN
9, creatinine 0.65, sodium 142, potassium 3.6, chloride 108, CO2 of 24. AST
16, ALT 14, alkaline phos 72. CK 305. TSH 0.71. HCG is negative.
Rheumatoid factor less than 10. UA: Hazy, otherwise negative. Mucous is
present.

**IMAGING:**
CT abdomen and pelvis: Moderate constipation. Appendix is normal. Knee:
Bilateral 1 or 2 views, no evidence of acute fracture or malalignment, no
significant knee effusion.

**ASSESSMENT AND PLAN:**
This is a 16-year-old female with autism and history of aggressive and
combative behavior, presenting with worsening episodes. In discussion with
mother, she is concerned that the patient may be having seizure activity,
which is leading to these aggressive behaviors. She does have an appointment
with neurology in 5 days. Given that the patient has been in restraints,
essentially since admission, I am concerned for rhabdomyolysis. We will
obtain a CK level. The patient may require IV fluids. We will also consult
neurology for possible EEG and sedated MRI. I discussed this plan with mother

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002567




**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001   **Sex:** Female        **Age:** 16 years
**MR#:** 655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

---

### Consultation Reports

---

over the phone. All questions answered.

Jennifer M. Stevens, MD.

JMS:NTS
D:04/22/2018 12:03 MST
T:04/22/2018 14:14 MST
t459701/10394044
Banner Thunderbird Medical Center

cc:   David P Ruby DO
     Robert E Secaur MD

---

**Document Name:**                               .Consultation Report
**Result Status:**                               Auth (Verified)
**Signed By:**                                   ZACH MD,TAMARA (4/23/2018 14:28 MST)

**Initial Consult - Pediatric Neurology***

Patient: SCIANNA, BROOKE A      MRN: 655128      FIN: 79815536
Age: 16 years   Sex: Female   DOB: 07/14/2001
Associated Diagnoses: None
Author: ZACH MD, TAMARA

**Admission Information**
   Consult requested by Dr. HAyes
   Chief complaint: abnormal involuntary movements
   Source of History: Mother.

**History of Present Illness**
   16yo F - with autism and Nonverbal.

   Full body self-inflicted bruising
   Bites self
   4 pt restraints -- only in 2 at this time (right upper and lower)
   Dc from aurora 2 wks ago
   Tried to get into autism program -- transfer once stable
   Mom thinks she's having more HA lately, no PCP so could not see a neurologist
   Mom Wants a  CT- banging head a lot
   Mom thinks patient is having seizures.
   At facility- can walk

---

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                    **AURORA(SCIANNA) 002568**

 

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:**   7/14/2001   **Sex:** Female       **Age: 16 years**
**MR#:**   655128
**Patient Location:**   22 LLC; C064; 01
**Attending Physician:**   STEVENS MD,JENNIFER MARIE

---

### *Consultation Reports*

Has been lethargic and sleepy for most of the day- since breakfast; slept 30 minutes last night
CK of 6000
Per Mom: Spoke to mom on the phone.

Behavioral issues began a few years ago. Has gotten progressively worse. Will be eating, stop, and will smack her lips with her eyes open. Stares straight ahead with arms shaking. Lasts a few seconds. Happens every day. Patient hits her head after these seizure-like episodes. Patient is not sleeping. She has been in Aurora recently, until about 2 weeks ago. Patient taking clonidine at night for sleep, and Tenex in the morning (2mg). Mom says she gave the other medications to the staff at the hospital. Patient hurts her knees and ankles. __ crisis. Behaviors have gotten worse in the last 2 weeks. No LOC with head banging- hits head on wall and desk c/o headaches. Had EEG when younger due to not walking well, which came back normal. No MRI. Developed normally until 2 years of age. Normal birth hx. Has had genetic testing for autism- negative for Fragile X. Testing when she was 6 years of age.  Patient lives with Mom and older sister at home. Sister does not have any medical hx. Mom gives Brooke ibuprofen TID for past 3 weeks. Patient goes to sleep at 2030 and wakes up at 6:30A – sometimes wakes up at night and can't sleep. Mom has tried giving melatonin to help her sleeping. She has been getting nightmares.

Elevated CK most likely not related to muscle issue- likely related to fighting against restraints.


**Review of Systems**
Review of Systems^:  14 Point Review Of Systems is negative except for above.

**Histories**
Past Medical History

Active
Autism (44DF4091-C283-460A-8F78-6DF2032D0558)
Development:
normal until 2y - then needed catch up shots and development regressed..
Birth History: normal.
**Procedure history**

None of the time (684031000124115)..
**Family History:**
History is unknown., No seizures, no delays
**Social History**
Lives with parent .

Social History
Tobacco Status - Never 01/20/10 14 20
Other Substance Use/Abuse Status - Never 04/20/18 14:20
Type of Advance Directive - N/A 04/20/18 14:20 .

Social History
Tobacco Status - Never 04/20/18 14 20
Other Substance Use/Abuse Status - Never 04/20/18 14:20
Type of Advance Directive - N/A 04/20/18 14:20 .

Social History
Tobacco Status - Never 04/20/18 14:20

---

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                         **AURORA(SCIANNA) 002569**

 

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001  **Sex:** Female          **Age:** 16 years
**MR#:** 655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

---

### *Consultation Reports*

---

Other Substance Use/Abuse Status - Never 04/20/18 14:20
Type of Advance Directive - N/A 04/20/18 14:20 .

Social History
Tobacco Status - Never 04/20/18 14:20
Other Substance Use/Abuse Status - Never 04/20/18 14 20
Type of Advance Directive - N/A 04/20/18 14:20 .

**Objective**

Allergies:
 RisperDAL
 Glutens

Medications: Medications

ACTIVE MEDS
Miscellaneous Medication (norethindrone acetate/Eth) 1 mg PO DAILY
Note (nursing and pharmacy to see if patient has own med) own med N/A BID
clomiPRAMINE 25 mg PO QHS
clonidine 0.1 mg PO QHS
diphenhydrAMINE 50 mg PO QHS
olanzapine (ZyPREXA) 10 mg IM 1XONLY
LORazepam (Ativan) 1 mg PO ONCALL PRN: Anxiety
olanzapine (ZyPREXA Zydis) 10 mg PO DAILY PRN: Agitation .
Vital Signs: Last vitals
VITALS
Temp C - 36.6 DegC 04/22/2018 18:59
Temp F - 97.9 Deg F 04/22/2018 18:59
Heart Rate - 109 bpm 04/23/2018 06:56
Respiratory Rate - 18 br/mi 04/23/2018 06:56
Systolic Blood Pressure - 124 mmHg 04/23/2018 06:56
Diastolic Blood Pressure - 77 mmHg 04/23/2018 06:56
SpO2 - 97 % 04/23/2018 06:56
Oxygen Therapy - Room air 04/23/2018 06:38

MAX TEMP 24HRS
Temp C - 36.6 DegC 04/22/2018 18:59
.
Intake and Output: Total Intake and Output


I / O TOTAL LAST 24HRS

I / O TOTAL LAST 48HRS

I / O TOTAL - ADMISSION .

Physical Examination
 General/Eye/HENT^:
   General: No acute distress, not verbal , bruises all over the arms, legs and knees .
   Eye: Fundi and posterior segment  - unable to assess due to age.
 Respiratory/Cardiovascular^:
   Respiratory: Lungs are clear to auscultation.
   Cardiovascular: Normal rate, Regular rhythm, Good pulses equal in all extremities.
 Gastrointestinal/Genitourinary/Lymph^:     Gastrointestinal: Soft, Non-tender.

---

L = Low     H = High     C = Critical     * = Abnormal     ^ = Interpretive Data     c = Corrected     f = Footnote

Printed:  4/30/2018 13:28 MST                          Page 8 of 31                          Report Request ID:   300847240

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002570





**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001 **Sex:** Female          **Age:** 16 years
**MR#:** 655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

---

## Consultation Reports

Patient needs psychiatric management of behaviors
Monitor CK - likely due to aggressive behaviors.
Seizure precautiosn and seizure first aid reviewed with parents
Discussed plan with parent and primary care team
Parent voiced understanding of plan


CC: Dr. Roberto HAyes .
E & M Coding Subsequent inpatient care.

---

## Physician Progress Notes

**Document Name:**                                    .Physician Progress Notes
**Result Status:**                                    Auth (Verified)
**Signed By:**                                        HAYES MD,ROBERTO REYES (4/28/2018 08:30 MST)

### Progress Note*

**Patient:** SCIANNA, BROOKE A     **MRN:** 655128        **FIN:** 79815536
**Age:** 16 years   **Sex:** Female   **DOB:** 07/14/2001
**Associated Diagnoses:** None
**Author:** HAYES MD, ROBERTO REYES

**Subjective**
   patient seen for rhabdomyolysis. sitters with patient. discussed with RN. no outbursts. no other symptoms. .

**Review of Systems**
   Constitutional: Negative.
   Respiratory: Negative.
   Cardiovascular: Negative.
   Gastrointestinal: Negative.
.

**Objective**

   **Allergies:**
   RisperDAL
   Glutens

   **Medications:** Medications


   **ACTIVE MEDS**
   Dextrose 5% with 0.9% NaCl 1,000 mL 120 mL/hr IV
   Patient's Own Medication (Norethindrone/Ethinyl Estradiol) 1 tab PO QAM
   clomiPRAMINE 25 mg PO QHS
   clonidine 0.1 mg PO QHS
   diphenhydrAMINE 50 mg PO QHS
   acetaminophen (Tylenol (Peds)) 660 mg PO Q4H PRN: Other (see comment)
   =ltantoin/camphor/phenol topical (Blistex) 1 app TOP PRN: Other (see comment)
   hydrocortisone topical (hydroCORTisone topical ointment (Peds)) 1 app TOP Q8H PRN: Rash
   olanzapine (ZyPREXA Zydis) 10 mg PO DAILY PRN: Agitation .
   **Vital Signs:** Last vitals
   **VITALS**
   Temp C - 37.1 DegC 04/28/2018 05:30
   Temp F - 98.8 Deg F 04/28/2018 05:30
   Heart Rate - 62 bpm 04/28/2018 05:30

---

**L = Low     H = High     C = Critical     * = Abnormal     ^ = Interpretive Data     c = Corrected     f = Footnote**

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002571**

 

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:**   7/14/2001  **Sex:** Female     **Age: 16 years**
**MR#:**   655128
**Patient Location:**  22 LLC; C064; 01
**Attending Physician:**  STEVENS MD,JENNIFER MARIE

---

### *Physician Progress Notes*

Respirations - Unlabored 04/28/2018 04:02
Systolic Blood Pressure - 114 mmHg 04/27/2018 23:07
Diastolic Blood Pressure - 71 mmHg 04/27/2018 23:07
Mean Arterial Pressure - 82 mmHg 04/24/2018 18:10
SpO2 - 98 % 04/28/2018 05:30
Oxygen Therapy - Room air 04/28/2018 05:30
Oxygen Flow Rate - 8 L/min 04/24/2018 17:39
Weight - 52.1 kg 04/27/2018 12:04

**MAX TEMP 24HRS**
Temp C - 37.4 DegC 04/27/2018 15:41
.

**Intake and Output:**  Total Intake and Output


**I / O TOTAL LAST 24HRS**
INPUT: 5420 mL
OUTPUT: 3329 mL
TOTAL I/O: 2091 mL


**I / O TOTAL LAST 48HRS**
INPUT: 11780 mL
OUTPUT: 9913 mL
TOTAL I/O: 1867 mL


**I / O TOTAL - ADMISSION**
INPUT: 23590 mL
OUTPUT: 15840 mL
TOTAL I/O: 7750 mL .

**Physical Examination**
   **General:**  No acute distress.
   **Eye:**  Normal conjunctiva.
   **HENT:**  Normocephalic.
   **Respiratory:**  Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal.
   **Cardiovascular:**  Normal rate, Regular rhythm, No murmur.
   **Gastrointestinal:**  Soft, Non-tender, Non-distended, Normal bowel sounds.
   **Integumentary:**  Warm.
   **Psychiatric:**  Cooperative.


   **Assessment**
      **Diagnosis**

         Nonverbal  (Aphasia, R47.01)
         Autism  (Autistic disorder F84.0)
         Self mutilating behavior  (Other problems related to lifestyle, Z72.89)
         Aggressive behavior of adolescent  (Other specific personality disorders, F60.89)
         Rhabdomyolysis  (Rhabdomyolysis  M62.82)
         Abnormal movements  (Unspecified abnormal involuntary movements, R25.9).
         Problem # 16yo female - Severe Autism, Aggression, Self-Mutilating Behaviour, Rhabdomyolysis. 4/25/18: appreciate neurology input. CK
            improving with IVF  will continue restraints as needed to injury to self and others.  will recheck CK in am. .
         4/26/18: discussed with RN and sitters. continue current care.  restraints as needed to protect patient and staff.  continue IVF and recheck CK in
            am.  Appreciate psychiatrist, Dr. Dannaram guidance. .
         4/27/18: will continue IVF and recheck CK in am.  once medically cleared then patient can be transferred to inpatient psychiatric facility.
         4/28/18: continue IVF.  continue 2:1 due to aggressive and self mutilation behaviours

---

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002572**

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001   **Sex:** Female          **Age:** 16 years
**MR#:** 655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

---

## Physician Progress Notes

**Document Name:**                                      .Physician Progress Notes
**Result Status:**                                       Auth (Verified)
**Signed By:**                                           HAYES MD,ROBERTO REYES (4/29/2018 08:50 MST)

**Progress Note***

Patient: SCIANNA, BROOKE A          MRN: 655128          FIN: 79815538
Age: 16 years   Sex: Female   DOB: 07/14/2001
Associated Diagnoses:  None
Author:  HAYES MD, ROBERTO REYES

**Subjective**
   patient seen for rhabdomyolysis.  sitters with patient.  no recent aggressive outbursts   patient showing stacking behaviours.  no new symptoms

**Review of Systems**
   Constitutional:  Negative.
   Respiratory:  Negative.
   Cardiovascular:  Negative.
   Gastrointestinal:  Negative.

**Objective**

   **Allergies:**
    RisperDAL
    Glutens

   **Medications:**  Medications

   **ACTIVE MEDS**
   Dextrose 5% with 0.9% NaCl 1,000 mL 120 mL/hr IV
   Patient's Own Medication (Norethindrone/Ethinyl Estradiol) 1 tab PO QAM
   clomiPRAMINE 25 mg PO QHS
   clonidine 0.1 mg PO QHS
   diphenhydrAMINE 50 mg PO QHS
   acetaminophen (Tylenol (Peds)) 650 mg PO Q4H PRN: Other (see comment)
   allantoin/camphor/phenol topical (Blistex) 1 app TOP PRN: Other (see comment)
   hydrocortisone topical (hydroCORTisone topical ointment (Peds)) 1 app TOP Q8H PRN: Rash
   olanzapine (ZyPREXA Zydis) 10 mg PO DAILY PRN: Agitation
   **Vital Signs:**  Last vitals
   **VITALS**
   Temp C - 36.6 DegC 04/29/2018 07:43
   Temp F - 97.9  Deg F 04/29/2018 07:43
   Heart Rate - 60 bpm 04/29/2018 07 43
   Respirations - Unlabored, Quiet 04/29/2018 05:07
   Systolic Blood Pressure - 101 mmHg 04/29/2018 07:43
   Diastolic Blood Pressure - 8   mmHg 04/29/2018 07:43
   Mean Arterial Pressure - 82 mmHg 04/24/2018 18:10
   SpO2 - 100 % 04/29/2018 07:43
   Oxygen Therapy - Room air 04/29/2018 07:43
   Oxygen Flow Rate - 8 L/min 04/24/2018 17:39
   Weight - 52.7 kg 04/28/2018 10:19

   **MAX TEMP 24HRS**
   Temp C - 36.8 DegC 04/28/2018 11.51

   **Intake and Output:**  Total Intake and Output

**L = Low          H = High          C = Critical          * = Abnormal          ^ = Interpretive Data          c = Corrected          f = Footnote**
**Printed:**  4/30/2018 13:28 MST                          Page 12 of 31                          **Report Request ID:**  300847240

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002573

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001   **Sex:** Female          **Age:** 16 years
**MR#:** 655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

---

### *Physician Progress Notes*

**I / O TOTAL LAST 24HRS**
INPUT: 4670 mL
OUTPUT: 4300 mL
TOTAL I/O: 370 mL

**I / O TOTAL LAST 48HRS**
INPUT: 10450 mL
OUTPUT: 8129 mL
TOTAL I/O: 2321 mL

**I / O TOTAL - ADMISSION**
INPUT: 28620 mL
OUTPUT: 20840 mL
TOTAL I/O: 7980 mL .

**Physical Examination**
General: No acute distress.
Eye: Normal conjunctiva.
HENT: Normocephalic.
Respiratory: Lungs are clear to auscultation, Respirations are non-labored, Breath sounds are equal.
Cardiovascular: Normal rate, Regular rhythm, No murmur.
Gastrointestinal: Soft, Non-tender, Non-distended, Normal bowel sounds.
Psychiatric: Cooperative.

**Results Review**
   **Lab Results**
      Recent Labs : LABORATORY
         04/29/2018 04:20 MST   CK, Total        235 IU/L  H

**Assessment**
   **Diagnosis**

      Nonverbal  (Aphasia, R47.01)
      Autism  (Autistic disorder, F84.0)
      Self mutilating behavior  (Other problems related to lifestyle, Z72.89)
      Aggressive behavior of adolescent  (Other specific personality disorders, F60 89)
      Rhabdomyolysis  (Rhabdomyolysis, M62.82)
      Abnormal movements  (Unspecified abnormal involuntary movements, R25.9).
      Problem #  16yo female - Severe Autism, Agggression, Self-Mutilating Behaviour, Rhabdomyolysis. 4/25/19- appreciate neurology input. CK
         improving with IVF. will continue restraints as needed to injury to self and others. will recheck CK in am. .
      4/28/18: discussed with RN and sitters. continue current care. restraints as needed to protect patient and staff. continue IVF and recheck CK in
         am. Appreciate psychiatrist, Dr. Dannaram guidance. .
      4/27/18: will continue IVF and recheck CK in am. once medically cleared then patient can be transferred to inpatient psych atric facility.
      4/28/18: continue IVF. continue 2:1 due to aggressive and self mutilation behaviours. .
      4/29/17: continue IVF. continue 2:1 sitters due to aggressive and self mutilation behaviours. once CK normal then patient will be medically
         cleared for transfer to inpatient psychiatric facility. .

---

**Document Name:**                           .Physician Progress Notes
**Result Status:**                            Auth (Verified)
**Signed By:**                                GUIDO MD,KELLY MICHELLE (4/30/2018 10:30 MST)

**Progress Note***

Patient: SCIANNA, BROOKE A       MRN: 655128       FIN: 79615538
**L = Low        H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote**
Printed:  4/30/2018 13:28 MST                    Page 13 of 31                   Report Request ID:  300847240

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002574**

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:**   7/14/2001   **Sex:** Female      **Age:** 16 years
**MR#:**   655128
**Patient Location:**  22 LLC; C064; 01
**Attending Physician:**  STEVENS MD,JENNIFER MARIE

---

### *Physician Progress Notes*

---

Age:  16 years   Sex: Female   DOB: 07/14/2001
Associated Diagnoses:  None
Author:  GUIDO MD, KELLY MICHELLE

**Subjective**
cc: rhabdomyolysis

no acute issues overnight
afebrile, vitals stable, RA
behavior has been controlled. out of restraints
tolerating PO well with good output.

**Histories**
   **Past Medical History**

                Active
                        Autism (440F4091-C263-460A-8F78-6DF2032D0558).
   **Procedure history**

                None of the time (664031000124115)..
   **Family History:**
        History is unknown.
   **Social History**

                **Social History**
                Tobacco Status - Cognitively impaired  04/25/18 10:50
                Other Substance Use/Abuse Status - Cognitively impaired  04/25/18 10:50
                Type of Advance Directive - N/A  04/25/18 10:50
                Usual Diet - Regular for age  04/24/18 08:42
                Activities of Daily Living/Prior to Adm - Totally dependent  04/25/18 10:50
                Is the Patient Alone? - No  04/25/18 10:50
                Pt Felt Afraid or Concerned About Safety - Cognitively unable to answer  04/25/18 10:50
                Suspected Abuse/Neglect Observation - No signs or symptoms observed  04/25/18 10:50 .

**Objective**

   **Allergies:**
     RisperDAL
     Glutens

   **Medications: Medications**

   **ACTIVE MEDS**
   Dextrose 5% with 0.9% NaCl 1,000 mL 120 mL/hr IV
   Patient's Own Medication (Norethindrone/Ethinyl Estradiol) 1 tab PO QAM
   clomiPRAMINE 25 mg PO QHS
   clonidine 0.1 mg PO QHS
   diphenhydrAMINE 50 mg PO QHS
   acetaminophen (Tylenol (Peds)) 650 mg PO Q4H PRN: Other (see comment)
   allantoin/camphor/phenol topical (Blistex) 1 app TOP PRN: Other (see comment)
   hydrocortisone topical (hydroCORTisone topical ointment (Peds)) 1 app TOP Q8H PRN: Rash
   olanzapine (ZyPREXA Zydis) 10 mg PO DAILY PRN: Agitation .
   **Home Medications (2) Active**
   Banophen 50 mg, PO, QHS
   clonidine 0.1 mg oral tablet 0.1 mg = 1 tab, PO, QHS

---

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002575

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:**   7/14/2001  **Sex:** Female        **Age:** 16 years
**MR#:**   655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

---

## *Case Management Documents*

Document Name:                     .Case Management Notes
Result Status:                     Auth (Verified)
Signed By:                         Shipman LMSW,Alicia L (4/29/2018 16:38 MST)

### CM Services Notes Entered On: 04/29/2018 16:41 MST
### Performed On: 04/29/2018 16:38 MST by Shipman LMSW, Alicia L

**CM Services Notes**
*Social Work Notes :*  LSSP notified that pt may be medically cleared this afternoon. Called Aurora and s/w Holly (480-345-5400). They are not holding a bed for pt and pt will have to have a new BH eval and new referral sent. LSSP contacted the BH consult line and requested a new evaluation. Once evaluation completed the Patient Transfer Services order can be placed so that a bed can be located.
*Smart Template Case Mgmt Summary :*
*Smart Template Social Worker Summary :*

Entered by: Thompson LMSW, Patricia - 04/25/2018 10:45
Rec a ref re: pt admitted from copper zone-see very extensive beh hlth notes currently in chart and from her last sev admits resulting in in-pt psych transfers. Current psych eval also of 4/23/2018 in the chart. See nursing progress notes: Aurora was to take pt for her in-pt stay, multiple providers involved to get in-pt psych bed, see names and phone numbers in the progress notes. Now that pt has been admitted to the peds unit this may need to go back through RPPO for the transfer as pt is currently not medically cleared. Unknown when pt will be medically cleared and therefore this may result in her loosing her bed at Aurora, RPPO will need to call them upon the clearance. Multiple entitites providing services and high level services for pt. Soc wkr will continue to follow.

Shipman LMSW, Alicia L - 04/29/2018 16:38 MST

---

Document Name:                     .Case Management Notes
Result Status:                     Auth (Verified)
Signed By:                         Ryan RN,Jessica D (4/29/2018 16:57 MST)

### CM Services Notes Entered On: 04/29/2018 16:58 MST
### Performed On: 04/29/2018 16:57 MST by Ryan RN, Jessica D

**CM Services Notes**
*Case Manager Notes :*  CK level still elevated. will follow up tomorrow after behavioral health consult
*Smart Template Case Mgmt Summary :*
*Smart Template Social Worker Summary :*

Entered by: Shipman LMSW, Alicia L - 04/29/2018 16:38
LSSP notified that pt may be medically cleared this afternoon. Called Aurora and s/w Holly (480-345-5400). They are not holding a bed for pt and pt will have to have a new BH eval and new referral sent. LSSP contacted the BH consult line and requested a new evaluation. Once evaluation completed the Patient Transfer Services order can be placed so that a bed can be located.

L = Low      H = High     C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
Printed:  4/30/2018 13:28 MST                Page 17 of 31                Report Request ID:  300847240

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002576

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

Patient: SCIANNA, BROOKE A
DOB:   7/14/2001   Sex: Female          Age: 16 years
MR#:   655128
Patient Location:  22 LLC; C064; 01
Attending Physician:  STEVENS MD,JENNIFER MARIE

---

### *Case Management Documents*

---

**Entered by: Thompson LMSW, Patricia  - 04/25/2018 10:45**
Rec a ref re: pt admitted from copper zone-see very extensive beh hlth notes currently in chart and from her last sev admitts resulting in in-pt psych transfers. Current psych eval also of 4/23/2018 in the chart. See nursing progress notes: Aurora was to take pt for her in-pt stay, multiple providers involved to get in-pt psych bed, see names and phone numbers in the progress notes. Now that pt has been admitted to the peds unit this may need to go back through RPPO for the transfer as pt is currently not medically cleared. Unknown when pt will be medically cleared and therefore this may result in her loosing her bed at Aurora, RPPO will need to call them upon the clearance. Multiple entitites providing services and high level services for pt. Soc wkr will continue to follow.

Ryan RN, Jessica D - 04/29/2018 16:57 MST

---

Document Name:                                    .Case Management Notes
Result Status:                                     Auth (Verified)
Signed By:                                          Wagner RN,Mary K (4/30/2018 08:29 MST)

CM Services Notes Entered On: 04/30/2018 08:30 MST
Performed On:  04/30/2018 08:29 MST by Wagner RN, Mary K

**CM Services Notes**
*Case Manager Notes :*  Left message on BH line to remind of request assessement prior to placement.
*Smart Template Case Mgmt Summary :*

- Entered by: Ryan RN, Jessica D - 04/29/2018 16:57
CK level still elevated. will follow up tomorrow after behavioral health consult

*Smart Template Social Worker Summary :*

Entered by: Shipman LMSW, Alicia L - 04/29/2018 16:38
LSSP notified that pt may be medically cleared this afternoon. Called Aurora and s/w Holly (480-345-5400). They are not holding a bed for pt and pt will have to have a new BH eval and new referral sent. LSSP contacted the BH consult line and requested a new evaluation. Once evaluation completed the Patient Transfer Services order can be placed so that a bed can be located.

Entered by: Thompson LMSW, Patricia  - 04/25/2018 10:45
Rec a ref re: pt admitted from copper zone-see very extensive beh hlth notes currently in chart and from her last sev admitts resulting in in-pt psych transfers. Current psych eval also of 4/23/2018 in the chart. See nursing progress notes: Aurora was to take pt for her in-pt stay, multiple providers involved to get in-pt psych bed, see names and phone numbers in the progress notes. Now that pt has been admitted to the peds unit this may need to go back through RPPO for the transfer as pt is currently not medically cleared. Unknown when pt will be medically cleared and therefore this may result in her loosing her bed at Aurora, RPPO will need to call them upon the clearance. Multiple entitites providing services and high level services for pt. Soc wkr will continue to follow.

Wagner RN, Mary K - 04/30/2018 08:29 MST

---

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002577

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001   **Sex:** Female          **Age:** 16 years
**MR#:**    655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

| *Depart Documents* |
| --- |

**Document Name:**
**Result Status:**
**Signed By:**

Inpatient Depart Document
Modified.
GUIDO MD,KELLY MICHELLE (4/30/2018 12:34 MST);
GUIDO MD,KELLY MICHELLE (4/30/2018 09:30 MST)

**Inpatient Depart Document**

PATIENT DISCHARGE INSTRUCTIONS
BANNER THUNDERBIRD MEDICAL CENTER
5555 W THUNDERBIRD RD, GLENDALE, AZ 85306
(602) 865-5555

Name: **SCIANNA, BROOKE A** MRN:655128 FIN:79815536 Nursing Unit:22 LLC
Primary Care Provider: **SECAUR MD, ROBERT E. (623) 561-5437**

These patient discharge instructions will help you care for yourself or family member at home after a
hospital stay. Your nurse or doctor may give you other information to meet your special needs. Keep
your follow-up appointments with your doctor.

**Call 911 if you have:**
1. Severe shortness of breath or trouble breathing.
2. Heart Attack warning signs: Chest pain; pain in one or both arms; pain in jaw, neck, or back.
3. Stroke warning signs: Sudden numbness or weakness, especially on one side of the body; sudden
   trouble walking; dizziness; loss of balance; sudden severe headache.

**Warning:** Smoking causes lung disease, heart disease, and other health problems. If you have smoked
in the last 12 months, we strongly advise you to quit. Talk to your healthcare provider if you need more
information about how to quit smoking.

**INFORMED DISCHARGE**
I, **SCIANNA, BROOKE A**, or Parent/Guardian/Legally Authorized Representative of patient,
1. Understand that the treatment given was during a hospital stay.
2. Understand that follow-up care is important in treating my medical condition.
3. Know when to follow-up with a physician.
4. Know why to follow-up with a physician.
5. Know when and why to return to the Emergency Department.
6. Have been given a copy of the specific discharge instructions and all related discharge
   instructions and I am able to carry them out.

---

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                          **AURORA(SCIANNA) 002578**

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:**  7/14/2001   **Sex:** Female          **Age: 16 years**
**MR#:**  655128
**Patient Location:**  22 LLC; C064; 01
**Attending Physician:**  STEVENS MD,JENNIFER MARIE

---

| *Depart Documents* |
|---|

Patient/Parent/Guardian/Legally Authorized Representative                     **Nurse Signature**

---

Print Name of Parent/Guardian/Legally Authorized Representative (Circle Correct Relationship)
Electronically Signed By:GUIDO MD, KELLY MICHELLE

### DISCHARGE DIAGNOSIS

Diagnosis: Rhabdomyolysis

### ALLERGY INFORMATION

RisperDAL; Glutens

### MY MEDICATION INSTRUCTIONS

Talk with your primary care doctor if you have any medication questions.

**TAKE these HOME medications that were CHANGED:**

**Non-printed (has supply at home or called to pharmacy or dispensed by provider or over-the-counter or samples given)**

Start taking: **clomiPRAMINE (clomiPRAMINE 25 mg oral capsule) 25 Milligram Oral Daily at bedtime.**
Ordering physician: GUIDO MD, KELLY MICHELLE
Last dose:_____Next dose:_____

**KEEP taking these HOME medications as before:**

**Non-printed (has supply at home or called to pharmacy or dispensed by provider or over-the-counter or samples given)**

**clonidine (clonidine 0.1 mg oral tablet) 1 tab(s) Oral Daily at bedtime., Return**

Time Period: Range of Dates Printed: 4/19/2018
Dates. 4/15/2018 - 6/02/2018

Name: Schwab, Mindy A   ID: 219022

Primary Account(s):
2/20/2018 - forever   PurpleRN
   102/5322/5322/1120100/00000000/9933/0000

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002579



**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:**   7/14/2001   **Sex:** Female          **Age:** 16 years
**MR#:**   655128
**Patient Location:**  22 LLC; C064; 01
**Attending Physician:**  STEVENS MD,JENNIFER MARIE

---

| *Depart Documents* |
| --- |

Standard Hours:
Daily: 0.0 Weekly: 36.0 Per Pay Period: 0.0

Day Date In Out Shift Label Shift Type Pay Code Amount Transfer Work Rule Shift Total
  Comments Transfer Account

Thu 4/19 6:00PM 6:30AM 6PM-630AM Regular    12.5
Fri 4/20 6:00PM 6:30AM 6PM-630AM Regular    12.5
Sat 4/21 6:00PM 6:30AM 6PM-630AM Regular    12.5
Mon 4/23 6:00PM 6:30AM 6PM-630AM Regular    12.5
Thu 4/26 6:00PM 6:30AM 6PM-630AM Regular    12.5
Fri 4/27 6:00PM 6:30AM 6PM-630AM Regular    12.5
Sun 4/29 6:00PM 6:30AM 6PM-630AM Regular    12.5
Tue 5/01 6:00PM 6:30AM 6PM-630AM Regular    12.5
Fri 5/04 6:00PM 6:30AM 6PM-630AM Regular    12.5
Mon 5/07 6:00PM 6:30AM 6PM-630AM Regular    12.5
Fri 5/11 6:00PM 6:30AM 6PM-630AM Regular    12.5
Sat 5/12 6:00PM 6:30AM 6PM-630AM Regular    12.5
Sun 5/13 6:00PM 6:30AM  Regular    12.5
Tue 5/15 6:00PM 6:30AM 6PM-630AM Regular    12.5
Fri 5/18 6:00PM 6:30AM 6PM-630AM Regular    12.5
Sun 5/20 6:00PM 6:30AM 6PM-630AM Regular    12.5
Mon 5/21 6:00PM 6:30AM 6PM-630AM Regular    12.5
Tue 5/22 6:00PM 6:30AM 6PM-630AM Regular    12.5
Tue 5/29 6:00PM 6:30AM 6PM-630AM Regular    12.5
Wed 5/30 6:00PM 6:30AM 6PM-630AM Regular    12.5
Fri 6/01 6:00PM 6:30AM 6PM-630AM Regular    12.5
Sat 6/02 6:00PM 6:30AM 6PM-630AM Regular    12.5

Totals:  0.0   275.0
Ordering physician:
Last dose:_____ Next dose:_____

**diphenhydrAMINE (Banophen) 50 Milligram Oral Daily at bedtime., Return**

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote
Printed:  4/30/2018 13:28 MST                          Page 21 of 31                          Report Request ID:  300847240

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                          **AURORA(SCIANNA) 002580**

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001   **Sex:** Female                **Age:** 16 years
**MR#:**   655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

---

### *Depart Documents*

---

Time Period: Range of Dates Printed: 4/19/2018
Dates: 4/15/2018 - 6/02/2018

Name: Schwab, Mindy A   ID: 219022

Primary Account(s):
2/20/2018 - forever   PurpleRN
   102/5322/5322/1120100/00000000/9933/0000

Standard Hours:
Daily: 0.0 Weekly: 36.0 Per Pay Period: 0.0

Day Date In Out Shift Label Shift Type Pay Code Amount Transfer Work Rule Shift Total
  Comments Transfer Account

Thu 4/19 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 4/20 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sat 4/21 6:00PM 6:30AM 6PM-630AM Regular   12.5
Mon 4/23 6:00PM 6:30AM 6PM-630AM Regular   12.5
Thu 4/26 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 4/27 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sun 4/29 6:00PM 6:30AM 6PM-630AM Regular   12.5
Tue 5/01 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 5/04 6:00PM 6:30AM 6PM-630AM Regular   12.5
Mon 5/07 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 5/11 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sat 5/12 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sun 5/13 6:00PM 6:30AM  Regular   12.5
Tue 5/15 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 5/18 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sun 5/20 6:00PM 6:30AM 6PM-630AM Regular   12.5

---

L = Low     H = High     C = Critical     * = Abnormal     ^ = Interpretive Data     c = Corrected     f = Footnote
**Printed:** 4/30/2018 13:28 MST                          Page 22 of 31                          Report Request ID:   300847240

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002581

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:**  7/14/2001   **Sex:** Female          **Age:** 16 years
**MR#:**   655128
**Patient Location:**  22 LLC; C064; 01
**Attending Physician:**  STEVENS MD,JENNIFER MARIE

### Depart Documents

Mon 5/21 6:00PM 6:30AM 6PM-630AM Regular   12.5
Tue 5/22 6:00PM 6:30AM 6PM-630AM Regular   12.5
Tue 5/29 6:00PM 6:30AM 6PM-630AM Regular   12.5
Wed 5/30 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 6/01 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sat 6/02 6:00PM 6:30AM 6PM-630AM Regular   12.5

Totals:  0.0   275.0
Ordering physician:
Last dose:_____Next dose:_____

Electronically Signed By:GUIDO MD, KELLY MICHELLE
**How to Manage Your Medication Information**
1. Keep a list of your current medications, including over-the-counter medications and herbal products.
2. Update your medication list when your dosage has changed, you have new medications or you stop taking a medication.
3. Carry your current medication list with you at all times in case of an emergency.
4. Share your current medication list with your primary care doctor and other healthcare providers.

Medication list for: **SCIANNA, BROOKE A**

**Non-printed (has supply at home or called to pharmacy or dispensed by provider or over-the-counter or samples given)**

**clomiPRAMINE (clomiPRAMINE 25 mg oral capsule)** 25 Milligram Oral Daily at bedtime.

**clonidine (clonidine 0.1 mg oral tablet)** 1 tab(s) Oral Daily at bedtime., Return

Time Period: Range of Dates Printed: 4/19/2018
Dates: 4/15/2018 - 6/02/2018

Name: Schwab Mindy A   ID: 219022

Primary Account(s):
2/20/2018 - forever   PurpleRN
    102/5322/5322/1120100/00000000/9933/0000

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                    AURORA(SCIANNA) 002582

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:**  7/14/2001   **Sex:** Female          **Age:** 16 years
**MR#:**   655128
**Patient Location:**  22 LLC; C064; 01
**Attending Physician:**  STEVENS MD,JENNIFER MARIE

| *Depart Documents* |
| --- |

Standard Hours:
Daily: 0.0 Weekly: 36.0 Per Pay Period: 0.0

·

Day Date In Out Shift Label Shift Type Pay Code Amount Transfer Work Rule Shift Total
  Comments Transfer Account

Thu 4/19 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 4/20 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sat 4/21 6:00PM 6:30AM 6PM-630AM Regular   12.5
Mon 4/23 6:00PM 6:30AM 6PM-630AM Regular   12.5
Thu 4/26 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 4/27 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sun 4/29 6:00PM 6:30AM 6PM-630AM Regular   12.5
Tue 5/01 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 5/04 6:00PM 6:30AM 6PM-630AM Regular   12.5
Mon 5/07 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 5/11 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sat 5/12 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sun 5/13 6:00PM 6:30AM  Regular   12.5
Tue 5/15 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 5/18 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sun 5/20 6:00PM 6:30AM 6PM-630AM Regular   12.5
Mon 5/21 6:00PM 6:30AM 6PM-630AM Regular   12.5
Tue 5/22 6:00PM 6:30AM 6PM-630AM Regular   12.5
Tue 5/29 6:00PM 6:30AM 6PM-630AM Regular   12.5
Wed 5/30 3:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 6/01 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sat 6/02 6:00PM 6:30AM 6PM-630AM Regular   12.5

Totals:  0.0   275.0

**diphenhydrAMINE (Banophen) 50 Milligram Oral Daily at bedtime., Return**

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002583



**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001   **Sex:** Female       **Age: 16 years**
**MR#:** 655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

| *Depart Documents* |
|---|

Time Period: Range of Dates Printed: 4/19/2018
Dates: 4/15/2018 – 6/02/2018

Name: Schwab, Mindy A    ID: 219022

Primary Account(s):
2/20/2018 - forever   PurpleRN
  102/5322/5322/1120100/00000000/9933/0000

Standard Hours:
Daily: 0.0 Weekly: 36.0 Per Pay Period: 0.0

Day Date In Out Shift Label Shift Type Pay Code Amount Transfer Work Rule Shift Total
  Comments Transfer Account

Thu 4/19 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 4/20 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sat 4/21 6:00PM 6:30AM 6PM-630AM Regular   12.5
Mon 4/23 6:00PM 6:30AM 6PM-630AM Regular   12.5
Thu 4/26 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 4/27 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sun 4/29 6:00PM 6:30AM 6PM-630AM Regular   12.5
Tue 5/01 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 5/04 6:00PM 6:30AM 6PM-630AM Regular   12.5
Mon 5/07 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 5/11 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sat 5/12 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sun 5/13 6:00PM 6:30AM  Regular   12.5
Tue 5/15 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 5/18 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sun 5/20 6:00PM 6:30AM 6PM-630AM Regular   12.5
Mon 5/21 6:00PM 6:30AM 6PM-630AM Regular   12.5
Tue 5/22 6:00PM 6:30AM 6PM-630AM Regular   12.5

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002584

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001   **Sex:** Female        **Age:** 16 years
**MR#:** 655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

| Depart Documents |
| --- |

Tue 5/29 6:00PM 6:30AM 6PM-630AM Regular   12.5
Wed 5/30 6:00PM 6:30AM 6PM-630AM Regular   12.5
Fri 6/01 6:00PM 6:30AM 6PM-630AM Regular   12.5
Sat 6/02 6:00PM 6:30AM 6PM-630AM Regular   12.5

Totals:  0.0   275.0

## FOLLOWUP CARE INFORMATION

Not yet scheduled. Patient must call to schedule appointments

**With:**
ROBERT SECAUR

**Address:**
18700 N 64th Dr Ste 301
Glendale, AZ  85308
(623) 561-5437 Business (1)

**When:**
Within 3 - 4 days

## Scheduled Future Appointments

**Future Appointments**
   No Future Appointments Scheduled

## PENDING TESTS

No pending tests at discharge

Electronically Signed By:GUIDO MD, KELLY MICHELLE

## CONTINUING CARE

These are your continuing care instructions after you leave the hospital.

   Durable Medical Equipment/Non Medication Orders:
   No Available Information
Electronically Signed By:GUIDO MD, KELLY MICHELLE

## EMERGENCY DEPARTMENT EXAMS/TESTS/PROCEDURES

If you were cared for in this hospital Emergency Department, you will see these exams, tests, and procedures listed on this page.

   No Available Information

L = Low    H = High    C = Critical    * = Abnormal    ^ = Interpretive Data    c = Corrected    f = Footnote
Printed: 4/30/2018 13:28 MST                    Page 26 of 31                    Report Request ID: 300847240

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002585

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001  **Sex:** Female        **Age:** 16 years
**MR#:** 655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

| *Depart Documents* |
|---|

**Laboratory**

ABSOLUTES-Discern, AUTOBILL, CBC (WITH Differential), CBC-Add'L Parameters - discern, Comprehensive Metabolic Panel (Includes, Creatine Kinase, DIFF (Differential Cell Count)-Discern, ORD - Discern, Rheumatoid, Factor, Thyroid Stimulating Hormone, UABILL, UR HCG Qual, Urinalysis, microscopic if indicated, Urinalysis, with mandatory microscopic, Verified Patient Identification.

**Medical Imaging**

CT Abd/Pelvis W/Contrast, CT Abd/Pelvis W/O Contrast, Knee Each 1 Or 2 View Bilateral,

**Patient Care**

Ambulance Arrival, Blood Collect, Columbia SSRS Recent Screen, ED Assessment, ED Intake, ED Quick Look, Education Restraint, Follow up Notification, Nurse Communication, Precautions - Suicide/Danger to self/Dan, Restraint Behavioral Assessment, Restraint Continue Violent, Restraint Face to Face Evaluation, Restraint Initiation, Restraint Renewal, Restraint Violent, Restraint Violent Assessment, Restraints Behavioral, Screening Assessment - Pneumococcal, Skin/Wound Assessment - ED, Urine Collect, Vaccine NOT Indicated - Influenza, Weight,

## PATIENT EDUCATION INFORMATION

This document and other clinical information will be sent to your MyBanner portal account. If you do not have a portal account, please self-enroll today at **https://mybanner.iqhealth.com/self-enroll/**

No Available Information
Additional Comments for verbalizing understanding of instructions Comment:

Electronically Signed By:GUIDO MD, KELLY MICHELLE

| *MAR* |
|---|

| *Medications* |
|---|

**Admin Date/Time: 4/28/2018 09:12 MST**
**Medication Name: Patient's Own Medication (Norethindrone/Ethinyl Estradiol)**
**Charted Date/Time: 4/28/2018 09:12 MST**
**Ingredients: PTMED1 1 tab**
**Admin Details: (Auth) PO**
**Action Details: VERIFY: Holloway,RN,Erin L 4/28/2018 09:11 MST; Perform: Holloway,RN,Erin L 4/28/2018 09:11 MST**

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021                AURORA(SCIANNA) 002586

 

**Banner Health**
**BANNER THUNDERBIRD MEDICAL CENTER**
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001   **Sex:** Female        **Age:** 16 years
**MR#:**   655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

| *MAR* |
| --- |

| *Medications* |
| --- |

**Admin Date/Time:** 4/28/2018 21:35 MST
**Medication Name:** diphenhydrAMINE
**Charted Date/Time:** 4/28/2018 21:35 MST
**Ingredients:** DIPH25C 50 mg
**Admin Details:** (Auth) PO
**Action Details:** VERIFY: Goodwin RN,Leilani A 4/28/2018 20:59 MST; Perform: Goodwin RN,Leilani A 4/28/2018 20:59 MST

**Admin Date/Time:** 4/28/2018 21:35 MST
**Medication Name:** clonidine
**Charted Date/Time:** 4/28/2018 21:35 MST
**Ingredients:** CLONI0.1T 0.1 mg
**Admin Details:** (Auth) PO
**Action Details:** VERIFY: Goodwin RN,Leilani A 4/28/2018 20:59 MST; Perform: Goodwin RN,Leilani A 4/28/2018 20:59 MST

**Admin Date/Time:** 4/28/2018 22:21 MST
**Medication Name:** clomiPRAMINE
**Charted Date/Time:** 4/28/2018 22:21 MST
**Ingredients:** CLOM25C 25 mg
**Admin Details:** (Auth) PO
**Action Details:** VERIFY: Goodwin RN,Leilani A 4/28/2018 22:21 MST; Perform: Goodwin RN,Leilani A 4/28/2018 22:21 MST
**Early/Late Reason:** Goodwin RN,Leilani A 4/28/2018 22:21 MST
Adjust to Standard Admin Times

**Admin Date/Time:** 4/29/2018 09:26 MST
**Medication Name:** Patient's Own Medication (Norethindrone/Ethinyl Estradiol)
**Charted Date/Time:** 4/29/2018 09:26 MST
**Ingredients:** PTMED1 1 tab
**Admin Details:** (Auth) PO
**Action Details:** VERIFY: Holloway,RN,Erin L 4/29/2018 09:25 MST; Perform: Holloway,RN,Erin L 4/29/2018 09:25 MST

**Admin Date/Time:** 4/29/2018 20:39 MST
**Medication Name:** diphenhydrAMINE
**Charted Date/Time:** 4/29/2018 20:39 MST
**Ingredients:** DIPH25C 50 mg
**Admin Details:** (Auth) PO
**Action Details:** VERIFY: Hosmer RN,Andria D 4/29/2018 20:38 MST; Perform: Hosmer RN,Andria D 4/29/2018 20:38 MST

L = Low        H = High        C = Critical        * = Abnormal        ^ = Interpretive Data        c = Corrected        f = Footnote
**Printed:** 4/30/2018 13:28 MST                                          Page 28 of 31                                          **Report Request ID:** 300847240

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002587

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001   **Sex:** Female          **Age:** 16 years
**MR#:**   655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:**   STEVENS MD,JENNIFER MARIE

---

## MAR

### Medications

**Admin Date/Time:** 4/29/2018 20:39 MST
**Medication Name:** clonidine
**Charted Date/Time:** 4/29/2018 20:39 MST
**Ingredients:** CLONI0.1T 0.1 mg
**Admin Details:** (Auth) PO
**Action Details:** VERIFY: Hosmer RN,Andria D 4/29/2018 20:39 MST; Perform: Hosmer RN,Andria D 4/29/2018 20:39 MST

**Admin Date/Time:** 4/29/2018 20:59 MST
**Medication Name:** clomiPRAMINE
**Charted Date/Time:** 4/29/2018 20:59 MST
**Ingredients:** CLOM25C 25 mg
**Admin Details:** (Auth) PO
**Action Details:** VERIFY: Hosmer RN,Andria D 4/29/2018 20:59 MST; Perform: Hosmer RN,Andria D 4/29/2018 20:59 MST

**Admin Date/Time:** 4/30/2018 08:43 MST
**Medication Name:** Patient's Own Medication (Norethindrone/Ethinyl Estradiol)
**Charted Date/Time:** 4/30/2018 08:43 MST
**Ingredients:** PTMED1 1 tab
**Admin Details:** (Auth) PO
**Action Details:** VERIFY: Allesh,RN,Jolly 4/30/2018 08:39 MST; Perform: Allesh,RN,Jolly 4/30/2018 08:39 MST

### Continuous Infusions

**Admin Date/Time:** 4/28/2018 03:35 MST
**Medication Name:** Dextrose 5% with 0.9% NaCl 1,000 mL
**Charted Date/Time:** 4/28/2018 03:35 MST
**Ingredients:** D5NS1000LVP 1000 mL
**Admin Details:** (Begin Bag) (Auth) 1000 mL, 120 mL/hr, Antecubital Foss, Left, 52.1 kg
**Action Details:** Order: GUIDO MD,KELLY MICHELLE 4/27/2018 19:12 MST; Perform: Cotofana RN,Allison L 4/28/2018 03:35 MST; VERIFY: Cotofana RN,Allison L 4/28/2018 03:35 MST

**Admin Date/Time:** 4/28/2018 14:52 MST
**Medication Name:** Dextrose 5% with 0.9% NaCl 1,000 mL
**Charted Date/Time:** 4/28/2018 14:52 MST
**Ingredients:** D5NS1000LVP 1000 mL
**Admin Details:** (Begin Bag) (Auth) 1000 mL, 120 mL/hr, Antecubital Foss, Left, 52.7 kg
**Action Details:** Order: GUIDO MD,KELLY MICHELLE 4/27/2018 19:12 MST; Perform: Schell RN,Charmaine 4/28/2018 14:52 MST; VERIFY: Schell RN,Charmaine 4/28/2018 14:52 MST

---

L = Low      H = High      C = Critical      * = Abnormal      ^ = Interpretive Data      c = Corrected      f = Footnote

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002588

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001  **Sex:** Female       **Age:** 16 years
**MR#:** 655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

## MAR

### Continuous Infusions

**Admin Date/Time:** 4/29/2018 00:11 MST
**Medication Name:** Dextrose 5% with 0.9% NaCl 1,000 mL
**Charted Date/Time:** 4/29/2018 00:11 MST
**Ingredients:** D5NS1000LVP 1000 mL
**Admin Details:** (Begin Bag) (Auth) 1000 mL, 120 mL/hr, Antecubital Foss, Left, 52.7 kg
**Action Details:** Order: GUIDO MD,KELLY MICHELLE 4/27/2018 19:12 MST; Perform: Goodwin RN,Leilani A 4/29/2018
00:11 MST; VERIFY: Goodwin RN,Leilani A 4/29/2018 00:11 MST

**Admin Date/Time:** 4/29/2018 10:21 MST
**Medication Name:** Dextrose 5% with 0.9% NaCl 1,000 mL
**Charted Date/Time:** 4/29/2018 10:21 MST
**Ingredients:** D5NS1000LVP 1000 mL
**Admin Details:** (Begin Bag) (Auth) 1000 mL, 120 mL/hr, Antecubital Foss, Left, 52.7 kg
**Action Details:** Order: GUIDO MD,KELLY MICHELLE 4/27/2018 19:12 MST; Perform: Holloway,RN,Erin L 4/29/2018 10:21
MST; VERIFY: Holloway,RN,Erin L 4/29/2018 10:21 MST

**Admin Date/Time:** 4/29/2018 20:39 MST
**Medication Name:** Dextrose 5% with 0.9% NaCl 1,000 mL
**Charted Date/Time:** 4/29/2018 20:39 MST
**Ingredients:** D5NS1000LVP 1000 mL
**Admin Details:** (Begin Bag) (Auth) 1000 mL, 120 mL/hr, Antecubital Foss, Left, 53.1 kg
**Action Details:** Order: GUIDO MD,KELLY MICHELLE 4/27/2018 19:12 MST; Perform: Hosmer RN,Andria D 4/29/2018
20:39 MST; VERIFY: Hosmer RN,Andria D 4/29/2018 20:39 MST

**Admin Date/Time:** 4/30/2018 05:18 MST
**Medication Name:** Dextrose 5% with 0.9% NaCl 1,000 mL
**Charted Date/Time:** 4/30/2018 05:18 MST
**Ingredients:** D5NS1000LVP 1000 mL
**Admin Details:** (Begin Bag) (Auth) 1000 mL, 120 mL/hr, Antecubital Foss, Left, 53.1 kg
**Action Details:** Order: GUIDO MD,KELLY MICHELLE 4/27/2018 19:12 MST; Perform: Hosmer RN,Andria D 4/30/2018
05:18 MST; VERIFY: Hosmer RN,Andria D 4/30/2018 05:18 MST

## ALLERGY LIST

**Subsance: Glutens**
**Recorded Date/Time**

| | |
|---|---|
| 3/16/2016 16.53 MST | **Allergy Type:** Allergy; **Reaction Symptom:** Lactose free (Canceled); **Recorded On Behalf Of:** Nerone RN,Jennifer; **Reaction Status:** Active; **Reviewed Date/Time:** 4/24/2018 06:41 MST; **Reviewed By:** Clarke RN,Jonica H; **Category** Food; **Reaction Severity:** Mild |
| 3/16/2016 16:52 MST | **Allergy Type:** Allergy; **Reaction Symptom:** Lactose free (Canceled), Lactose free (Active); **Recorded On Behalf Of:** Nerone RN,Jennifer; **Reaction Status:** Active; **Reviewed Date/Time:** 3/16/2016 16:52 MST; **Reviewed By:** Nerone RN,Jennifer; **Category** Food; **Reaction Severity:** Mild |

L = Low       H = High       C = Critical       * = Abnormal       ^ = Interpretive Data       c = Corrected       f = Footnote
**Printed:** 4/30/2018 13:28 MST                     Page 30 of 31                     **Report Request ID:** 30084724C

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002589

**Banner Health**
BANNER THUNDERBIRD MEDICAL CENTER
5555 W. Thunderbird Road
Glendale, AZ 85306-4622

**Patient:** SCIANNA, BROOKE A
**DOB:** 7/14/2001   **Sex:** Female         **Age:** 16 years
**MR#:** 655128
**Patient Location:** 22 LLC; C064; 01
**Attending Physician:** STEVENS MD,JENNIFER MARIE

## *ALLERGY LIST*

**Substance: Glutens**
**Recorded Date/Time**
3/16/2016 16:52 MST
      **Allergy Type:** Allergy; **Recorded On Behalf Of:** Nerone RN,Jennifer; **Reaction Status:** Active; **Reviewed Date/Time:** 3/16/2016 16:52 MST; **Reviewed By:** Nerone RN,Jennifer; **Category** Food; **Reaction Severity:** Mild

**Substance: No known allergies**
**Recorded Date/Time**
3/16/2016 16:51 MST
      **Allergy Type:** Allergy; **Recorded On Behalf Of:** Lawson RN,Jessica A; **Reaction Status:** Canceled; **Reviewed Date/Time:** 10/20/2017 14:15 MST; **Reviewed By:** MCCABE MD, CHRISTOPHER JAMES; **Category** Drug;

3/9/2016 18:21 MST
      **Allergy Type:** Allergy; **Recorded On Behalf Of:** Lawson RN,Jessica A; **Reaction Status:** Active; **Reviewed Date/Time:** 3/16/2016 15:28 MST; **Reviewed By:** SCHNEIDER DO, WILLIAM VINCENT; **Category** Drug;

**Substance: RisperDAL**
**Recorded Date/Time**
3/16/2016 16:52 MST
      **Allergy Type:** Allergy; **Reaction Symptom:** Agression (Active); **Recorded On Behalf Of:** Nerone RN,Jennifer; **Reaction Status:** Active; **Reviewed Date/Time:** 4/24/2018 08:41 MST; **Reviewed By:** Clarke RN,Jonica H; **Category** Drug; **Reaction Severity:** Moderate

---

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002590

 **naviHealth**
A Cardinal Health Company

# Referral Contents

| Document | | Last Updated |
|---|---|---|
| Case Management - Behavioral Health | New | 04-30-18 16:26 |
| Patient Information Form (rev 7/2013) | | 04-21-18 08:19 |

Want an easier way to receive this information?
Join the 10,300+ providers using nH Intake
**www.navihealth.com** | Call 1.800.446.2534

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021



## Patient Referral Update From:
# Banner Thunderbird Medical Center

| | |
|---|---|
| To see this referral and respond:<br><br>1. Go to **www.curaspan.com/quickcase**<br>   Or Google "naviHealth QuickCase" and click on the first link<br><br>2. Enter:<br><br>   Referral Code: **5739549462**<br><br>   **PIN: 253 415**<br><br>This naviHealth QuickCase referral is a free service provided by naviHealth. | **Patient Summary:**<br><br>Gender:<br>Female<br><br>Age:<br>16<br><br>Payer:<br>MERCYCARE PLAN<br><br>Services:<br><br>Level of Care:<br>Psychiatric Hospital or Unit |

You can also have the referral packet faxed to you by using our automated telephone line at 1 855 798 2269.
You will be asked for your fax number where this was received and the Referral Code shown above.

Patient Health Information Legal Disclosure: This facsimile transmission contains confidential information, some or all of which may be protected health information as defined by HIPAA (the federal Health Insurance Portability & Accountability Act) or personal information protected by state data privacy or security laws. This transmission is intended for the exclusive use of the individual or entity to whom it is addressed and may contain information that is proprietary, privileged, confidential and/or exempt from disclosure under applicable law. If you are not the intended recipient (or an employee or agent responsible for delivering this facsimile transmission to the intended recipient), you are hereby notified that any disclosure, dissemination, distribution or copying of this information is strictly prohibited and may be subject to legal restriction or sanction. If you received this in error, please notify naviHealth to arrange the return or destruction of this information and all copies.

This information has been disclosed to you from records protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by the written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at §§ 2.12(c)(5) and 2.65.



CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021



Name: Scianna, Brooke
Adnum: 1806024 DOB: 07/14/01   Age: 16
MedRec#: 0119188 Sex: F DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:      Ghafoor, T.

## PATIENT VALUABLES/CONTRABAND

**TAG #/DATE/INITIALS**

| # | Date | Init. | # | Date | Init. | # | Date | Int. |
|---|---|---|---|---|---|---|---|---|

**PATIENT WAS WANDED?**
☒ YES   ☐ NO

Staff Initials

**ITEMS IN SAFE**

| DATE IN | SPECIFICALLY DESCRIBE AND ITEMIZE ALL VALUABLES | Location: S=Safe P=Patient | Staff Initials | Patient/ Guardian Initials | DATE OUT | Staff Initials | Patient/ Guardian Initials |
|---|---|---|---|---|---|---|---|
|  | NO PATIENT VALUABLES UPON ADMISSION | N/A | ✓ | ✓ | 5/30/14 | ✓ | ✓ |
|  | CURRENCY: BILLS: _____ TOTAL  —0— _____ $1.00 _____ $5.00 _____ $10.00 _____ $20.00 _____ $50.00 _____ $100.00 COINS: _____ TOTAL |  |  |  |  |  |  |
|  | VALUABLES: Cell phones, computers, jewelry, keys, cards (Driver's License, Credit, Food Stamp, SS Card , Gift, etc.), etc. |  |  |  |  |  |  |
| 4/30 | X - Per clothe oand locas sent home w/ family. | N/A | ✓ | ✓ | ✓ | ✓ | ✓ |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002593



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:   Ghafoor, T.

## PATIENT VALUABLES/CONTRABAND

| DATE IN | SPECIFICALLY DESCRIBE AND ITEMIZE ALL NON-VALUABLES | Location: X=Storage P=Patient | Staff Initials | Patient/ Guardian Initials | DATE OUT | Staff Initials | Patient/ Guardian Initials |
|---|---|---|---|---|---|---|---|
| | CLOTHING: Belts, shoe laces, shirts, pants, etc. | | | | | | |
| 4/30 | 2 sports bras | X | JA | JS | 5/1/18 | JA | JS |
| | 13 pairs socks | | | | | JA | |
| | 8 pairs leggings | | | | | JA | |
| | 10 shirts | | | | | JA | |
| | 5 pairs underwear | | | | | JA | |
| | 1 sm Play-doh | | | | | JA | |
| | 2 med Play-doh | | | | | JA | JS |
| | 1-Lion King Puzzle | X | JA | JS | | JA | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

**INITIAL SIGN-OFF: Name, Signature, Title, Stamp**

| A & R Staff | Sagé Randall, BHT | A & R Staff | |
|---|---|---|---|

| Staff Initials | Name, Signature, Title, Stamp | Staff Initials | Name, Signature, Title, Stamp |
|---|---|---|---|
| JA | Joseph Agresti, RN | | |
| | | | |
| | | | |

Above is a correct listing of my personal effects that are being kept by the hospital.  I relieve the hospital staff for any loss or damage to my belongings where reasonable safety precautions have been taken.  I take full responsibility for articles kept by me, and any article brought to me at a later date.  I understand that it is my responsibility to request that items kept by the hospital be returned to me upon discharge.  Any items that I do not claim, or that are not returned within 30 days of my discharge may be disposed of by the hospital or its staff.

| | | | |
|---|---|---|---|
| Patient/Guardian Signature | | 4-30-18 Date | B56 Time |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002594



Name: Scianna, Brooke
Adnum: 1808024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:    Ghafoor, T.

P

## PATIENT VALUABLES/BELONGINGS POST ADMISSION

**TAG #/DATE/INITIALS**

| # | Date | Int. | # | Date | Int. | # | Date | Int. | # | Date | Int. |
|---|------|------|---|------|------|---|------|------|---|------|------|
|   |      |      |   |      |      |   |      |      |   |      |      |

Instruction: Attach this form to existing Patient Valuables/Contraband form

| DATE IN | ITEM-DESCRIPTION (BE SPECIFIC) | Location: U=Unit S=Storage P=Patient | Staff Initials | Person Dropping Items Off | DATE OUT | Staff Initials | Patient/ Guardian Initials |
|---------|-------------------------------|--------------------------------------|----------------|---------------------------|----------|----------------|----------------------------|
|         | T-Shirt                       |                                      |                |                           | 5/30/18  | MA             |                            |
|         | Casual Shirt                  |                                      |                |                           |          | MA             |                            |
|         | Jacket                        |                                      |                |                           |          | MA             |                            |
|         | Christine Scianna             |                                      |                |                           |          | MA             |                            |
|         |                               |                                      |                |                           |          |                |                            |

**INITIAL SIGN-OFF: Name (Legible), Signature, Title**

| A & R Staff |  | Unit Staff |  |
|-------------|--|------------|--|
|             |  |            |  |

| Staff Initials | Name (Legible), Signature, Title | Staff Initials | Name (Legible), Signature, Title |
|----------------|----------------------------------|----------------|----------------------------------|
| MA             | Joseph Agresti, RN               |                |                                  |
|                |                                  |                |                                  |

Above is a correct listing of my personal effects that are being kept by the hospital.  I relieve the hospital staff for any loss or damage to my belongings where reasonable safety precautions have been taken. I take full responsibility for articles kept by me, and any article brought to me at a later date.  I understand that it is my responsibility to request that items kept by the hospital be returned to me upon discharge.  Any items that I do not claim, or that are not returned within 60 days of my discharge may be disposed of by any means by the hospital or its staff.

Patient Receiving Belongings _Christine Scianna_

Date 5-4-8

Aurora Behavioral Health System
Original: 1/10, Rev: 11/23/10, 5/4/12, 07/17/2015

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002595

# Coding Summary Form

ATP - AURORA BEHAVIORAL HEALTHCARE-TEMPE

| | | | |
|---|---|---|---|
| Patient Name: | **Scianna, Brooke** | Medical Record Number: | **119188** |
| Account Number: | **1806024** | Discharge Date: | **5/30/2018** |
| Admission Date: | **4/30/2018** | Sex: | **F - Female** |
| LOS / Override LOS: | **30 / -** | Encounter Type: | **IP - Inpatient** |
| BirthDate/Age: | **07/14/2001 - 16 y** | Record Status: | **I - Incomplete** |
| Financial Class: | | Condition Codes: | |
| Attending Physician: | **72 - Ghafoor, Tariq - Psychiatrist** | Value Codes/Amount: | |
| | | Origin for Admission: | **4 - Transfer from a Hospital (Different Facility)** |
| Patient Status: | **01 - Discharged to home or self care (routine discharge)** | | |

## ICD-10-CM Admit Diagnosis

| Code | Description |
|---|---|
| F34.89 | Other specified persistent mood disorders |

## ICD-10-CM Diagnosis codes

| GF | Code | Description | POA |
|---|---|---|---|
| | F84.0 | Autistic disorder | Y |
| | F34.81 | Disruptive mood dysregulation disorder | Y |
| | F43.10 | Post-traumatic stress disorder, unspecified | Y |
| | F42.9 | Obsessive-compulsive disorder, unspecified | Y |
| | Z91.5 | Personal history of self-harm | |
| | R51 | Headache | Y |
| | G47.00 | Insomnia, unspecified | Y |
| | K59.00 | Constipation, unspecified | Y |
| | R63.6 | Underweight | Y |
| | Z68.51 | Body mass index (BMI) pediatric, less than 5th percentile for age | |
| | Z87.39 | Personal history of other diseases of the musculoskeletal system and connective tissue | |

**DRG: 884 Organic disturbances & intellectual disability**

MDC: **19 Mental Diseases and Disorders**

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002596**

**Psychiatric Discharge Note/Summary**

Name:  Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01   Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:  Ghafoor, T.

Patient Name:  Brooke S.                                          MRN:  119188

Date of Admission:  04/30/2018                    Date of Discharge:  05/30/2018

**Admitting Diagnosis:**

| Psychiatric Diagnosis: |
| --- |
| Disruptive Mood Dysregulation Disorder<br>Autism Spectrum Disorder<br>OCD, by history<br>PTSD, by history |
| **Medical Diagnosis:** |
| Recent history of Rhabdomyolysis<br>Constipation |

**Psychosocial Stressors:**

☐ Health Problems          ☐ Lack of Healthy Supports          ☐ Financial Problems          ☐ Housing Issues

☑ Other:  Lack of Adequate/Optimal Coping Skills; Relational Issues

Functional Impairment: Severe

Identification:  16 YO Caucasian Female

Reason/Justification for Hospital Admission: Aggression with DTS/DTO behaviors; Autism Spectrum Disorder

**Chief Complaint and HPI:**

Patient is a 16 year old Caucasian female who was admitted to Aurora Behavioral Health- East (Special Needs Unit) from Banner Thunderbird for aggression/DTO behaviors along with self harm behaviors in the form of biting her arms/hands and head banging. Patient has had required multiple physical holds at her school leading to ER presentation, and 4 point restraints while in the ER; subsequently developed rhabdomyolisis, and required admission to medical floor for 7 days for IV fluids and serial CK levels. Per collateral records, mother reported patient has had increase in aggression/irritability if unable to complete an activity she wants to do or is told "no." Patient had been displaying significant increase in OCD behaviors of cleaning and organizing things; if interrupted, she would self harm by biting and banging head, as well as hit and bite others. Patient's sexual behaviors involved repeatedly touching breasts and genitals. She also has been difficulty with sleep. Mother related that patient begins to shake and her "eyes go black" before she strikes out at others or self harms; mother does not believe patient is experiencing symptoms of psychosis such as AVH or paranoia.

**Physical Examination findings:**

The History & Physical Examination Report by the Internal Medicine physician noted the diagnostic impressions as follows:

**Laboratory and diagnostic studies:**

CBC/CMP: Reported in the ED; WNL
CK, total: Reported in the ED; 127
TSH: WNL          Lipids: Triglycerides (131 H)
hCG: Negative          UDS: Positive for Benzodiazepines
CK (drawn on May 7, 2018)-50 WNL          ESR (drawn on 5/7/18 WNL at18 mm/hr;
CK drawn 5/21: WNL at 36 IU/L          ESR (drawn 5/21/18)  WNL at 5 mm/hr;

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002597

**Psychiatric Discharge No**

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:  Ghafoor, T.

**Hospital Course:**

The patient adjusted well to the hospital and unit milieu not posing any major behavioral problems or compliance related issues. Upon admission, the patient was continued on her home medications in the form of Anafranil 25 mg/day; Clonidine 0.1 mg/day and Benadryl 50 mg/day; all 3 at HS. She was also continued on Vitamin d 5000 IU/day and Loestrin Fe one tab daily. She tolerated the prescribed medications well without any side effects and the dosages were adjusted/titrated as clinically indicated. The patient benefited from the prescribed medications in regards to her psychiatric symptoms and related behavioral problems. Patient also participated in various therapeutic activities focused on enhancing coping skills and ameliorating maladaptive behaviors and benefited from the same as well. The patient experienced a gradual and significant resolution of her presenting psychiatric symptoms/behavioral problems. The patient did not have any acute or significant medical problems during hospital stay at Aurora Behavioral East Valley.

Please see Discharge Behavioral Summary on Page 4..........

**Condition/Mental Status at time Discharge:**

The patient was discharged in a much improved and stable clinical condition. At the time of her discharge, the patient was free of any acute or clinically significant physical or psychiatric symptoms and was deemed clinically appropriate, ready and stable for transition to lower level of care. The patient was free of any side effects from the prescribed medications. Prior to and at the time of discharge from the hospital, the patient was free of any danger-to-self or danger-to-others type behaviors.

**Mental Status Exam:** (Check all that apply)

| Appearance: | Behavior: | Speech: | Orientation: |
|---|---|---|---|
| ☐ clean/well groomed | ☑ appropriate | ☐ normal rate/tone/volume | ☐ person/place/time |
| ☐ unkempt/disheveled | ☐ hypervigilant | ☐ slow | ☐ disoriented |
| ☐ disheveled | ☐ hostile | ☐ soft | ☐ confused |
| ☑ fair grooming | ☐ demanding | ☐ loud | ☐ impaired attention |
| | ☐ argumentative | ☐ verbose | ☐ impaired concentration |
| | ☐ suspicious | ☐ rapid/pressured | ☐ impaired memory |
| | ☐ bizarre | NA: Patient is nonverbal | UTA formally; appears to be globally oriented |

| Mood: | Affect: | Thought Process: | |
|---|---|---|---|
| ☑ euthymic | ☐ appropriate | ☐ linear/goal-directed | auditory hallucinations: ☐Yes ☐No |
| ☐ depressed | ☐ inappropriate | ☐ tangential/circumstantial | No evidence of internal stimuli |
| ☐ anxious | ☐ restricted/blunted | ☐ blocking | visual hallucinations: ☐Yes ☐No |
| ☐ elevated/euphoric | ☐ flat | ☐ concrete | No evidence of internal stimuli |
| ☐ dysphoric/irritable | ☐ labile | ☐ flight of ideas | delusions: ☐Yes ☑No |
| ☐ labile | ☐ anxious | ☐ perseveration | |
| Improved; Less Anxious | Improved | UTA formally due to being nonverbal | ☐ other |

| Gait/Station: | ☑ Normal | ☐ Injured | ☐ Other | |
|---|---|---|---|---|
| Memory: | ☑ Intact | ☐ Partial | ☐ Impaired | How Tested: UTA formally; Clinical Observations & Staff Reports |
| Insight: | ☐ Intact | ☑ Partial | ☐ Impaired | Impulse Control: ☐ Intact  ☑ Fair  ☐ Poor |
| Judgment: | ☐ Intact | ☑ Partial | ☐ Impaired | Comment: |
| Suicidal ideation: | ☐ Denies | ☐ Passive | ☐ Active | Comment: Free of DTS behaviors |
| Homicidal ideation: | ☐ Denies | ☐ Passive | ☐ Active | Comment: Free of DTO behaviors |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002598

**Psychiatric Discharge Note/Summary**

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:      Ghafoor, T.

**Aftercare Plan:**

Psychiatric Follow-up Appointment: *Az Children's Association - Dr Haines ; Date: 06/18/18 ; Time: 2p*

Counseling Appointment: *TBD*

See the Aftercare Plan by Social Worker for further details of patient's discharge plan.

**Final Diagnosis:**

**Discharge Diagnosis:**

Disruptive Mood Dysregulation Disorder
Autism Spectrum Disorder
OCD, by history
PTSD, by history

**Medical Diagnosis:**

Recent history of Rhabdomyolysis
Chronic Constipation

**Psychosocial Stressors:**

Developmental disabilities with pronounced communication, intellectual, coping skills and social/relational deficits

**Risk Factors:**

As noted above, at the time of discharge from the hospital, the patient was stable and deemed to be free of any acute, imminent, or foreseeable risk of engaging in any intentional danger-to-self or danger-to-others type behaviors.

**Functional Impairment:** Severe/Baseline

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002599

**Psychiatric Discharge Note**

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:        Ghafoor, T.

**Discharge Medications:**

The medications at the time of discharge were as follows:

- Anafranil 75mg/day

- Clonidine 0.1mg/HS

- Benadryl 50mg/HS

- Loestrin 1 tab daily

- Vitamin D 5000 IU/Day

- Colace 100mg BID

**Additional Notes:**

DISCHARGE BEHAVIORAL SUMMARY:        By Kattia Luevano, Therapist, Aurora Behavioral Health

"Brooke is a 16 year old Caucasian female transferred to Aurora Behavioral Health Tempe from Banner Thunderbird for aggression, danger to self and danger to others. Per mom, Brooke was biting herself and others, banging her head on the wall, and striking at others when agitated. Mom reported that she required multiple physical holds at school which led to admitting her to Banner Thunderbird where she had 4 point restraints. Due to the holds and restraints, Brooke developed Rhabdomyolisis and was admitted to the hospital for 7 days for IV fluids and check of CK levels. Once her CK levels were normal, she was transferred to Aurora Tempe on 4/30/18. Mom explained that Brooke was "good for a week" after being discharged on 3/2/18 from Aurora East (Special Needs Unit). Mom stated that Brooke's aggression increased over time, especially when she was told "no." Mom reported that she gave Brooke medical marijuana on two different occasions during "emergencies." Mom explained that "it was that or call 911." Mom relayed that Brooke's OCD behaviors had increased as she cleaned and organized things, but would self-harm and/or hurt others if she was interrupted.  Mom reported that Brooke's sexualized behaviors also increased after discharged from the SNU in March 2017 as she repeatedly continued to touch her breasts and genitals.

Brooke is in 11th grade at ACCEL in the Dysart Unified School District. Brooke lives with her mother. Brooke visits biological father every other weekend (visits started in July 2017). Mom and dad struggle communicating and have differences of opinions. Biological father is diagnosed with cancer and is going through treatment.

When Brooke was admitted she was on a 1:1 for support, but on 5/11/18 the clinical team agreed to take off her 1:1 and assigned her to support staff since she was not a danger to herself and others. Brooke did well and needed minimal prompting. On her own, Brooke started to engage with others and would go to the nurse's station if she needed anything. Brooke is very good at letting you know what she wants. For example, if she wants a snack she signs food or grabs your hand and walks you to the room that has snacks. When staff does not know what Brooke wants, staff will ask questions and Brooke will say "yes" or "no."

During this hospitalization, Brooke chewed on a straw for sensory needs and colored often. Brooke takes 1-3 showers daily, which has significantly reduced from 20 showers from her hospitalization earlier this year. Brooke continues to put on scented lotion to avoid from her putting her hands down her pants.

Brooke did not display any signs of aggression during this hospitalization, except for two instances. The first instance, was when night staff ate strawberries in her room while she laid down. Brooke saw the strawberries and went to grab some, but staff grabbed her hand to stop her; therefore, she bit staff. The second time was when staff wanted Brooke to use the PECS book to communicate, but she said, "no." Per collateral records, Brooke was pushed to use the PECS book after she said "no" and she became upset. Brooke began to bang her head against the wall and bit both hands due to frustration. No holds were required on both instances.

Throughout Brooke's stay, she has implemented learned self-regulation skills, such as coloring, puzzles, going outside, music, watch movies, use scented lotion, paint her nails, and eat a snack. Even though Brooke is limited verbally, she is able to use her words and tell you her needs.

Brooke receives services through Arizona Children's Association and DDD. Brooke will be receiving wrap around services. Mom has agreed not to use medical marijuana for "emergencies" and instead call the outpatient provider for guidance. A Functional Behavioral Assessment has been created and information will be sent to CRN on how to handle such instances of negative behavior."

Physician Name/ Signature:

Tariq Ghafoor, M.D.

Date:
05/30/2018

Time:
1015

Page 4 of 4

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002600



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:  Ghafoor, T.

### DISCHARGE AFTERCARE PLAN
OUTPATIENT PROVIDER INFORMATION  *routine discharge* 5/3

| Detailed Reason for Hospitalization: | DTS/DTO – Biting, hitting, Non-verbal- Autism |
|---|---|
| Primary Principle Diagnosis: | F 34.81 Disruptive Mood Dysregulation Disorder, Autism spectrum OCD by history, PTSO by history |

| 1. PCP Provider: Jessica Holmes | Office Number: 602-344-2520 |
| | Office Fax: 602-344-2521 |

Address: (Directions, if available)
10550 W. Mariposa St Su#1  Phoenix AZ 85037

Post D/C Appointment: Date: 6/4/18  Time: 3pm
☐ First Available Appt.  ☐ Addictions Treatment Referral

| 2. Psychiatrist Provider: AZ Childrens  Dr. Haines | Office Number: 623-583-2523 |
| | Office Fax: 623-583-2671 |

Address: (Directions, if available)
11321 W. Bell Rd #401 Surprise AZ 85378

Post D/C Appointment: Date: 6/18/18  Time: 2pm
☐ First Available Appt.  ☐ Addictions Treatment Referral

| 3. Counselor/Therapist Provider: | Office Number: |
| | Office Fax: |

Address: (Directions, if available)

Post D/C Appointment:  Date:  Time:
☐ First Available Appt.  ☐ Addictions Treatment Referral

| 4. Aurora Provider: | EAST - ☐ IOP  ☐ PHP | Office Number: |
| | WEST - ☐ IOP  ☐ PHP | Office Fax: |
| | ☐ Other IOP/PHP | |

Address: (Directions, if available)

Post D/C Appointment:  Date:  Time:  ☐ Addictions Treatment Referral

| 5. Other Referral(s): | Office Number: |
| | Office Fax: |

Address: (Directions, if available)

Post D/C Appointment:  Date:  Time:
☐ First Available Appt.  ☐ Addictions Treatment Referral

Additional Discharge Information - Complete at the time of discharge by Social Services:
*you timely*
Brooke will be discharged on 5/30/18 at 5pm back to moms home;
15928 W. Custer Ln.  Surprise AZ 85379. Mom will pick up Brooke
on 5/30/18 at 5pm.  High Needs Case Manager is Cassandra Tisdale

FOR EMERGENCIES RELATED TO YOUR INPATIENT STAY, PLEASE CONTACT THE HOUSE SUPERVISOR AT Tempe - 480 345-5420 or Glendale - 623-243-5908

I have reviewed and received my discharge plan with my treatment team and understand and agree to comply with the appointments as written.

X _Katina Scianna_
Patient/Guardian Signature    Date: 5/30/18   Time: 17:12

_Katia Lm mc Katia Luevano mc_
Staff Name, Signature, Credentials, Title    Date: 5/30/18   Time: 82 W am

Aurora Behavioral Health System Original: 9/23/10, Rev: 02/03/13, 7/18/14, 9/3/14, 11/24/2014, 09/21/2015, 01/21/2016, 02/18/2016, 10/25/16, 01/01/17, 11/24/17

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002601



Name: Scianna, Brooke
Adnum: 1806024 DOB: 07/14/01  Age: 16
MedRec#: 0119188 Sex: F DOA: 04/30/18
Unit: Coyote / #104 / A
Ductor:   Ghafoor, T.

## DISCHARGE AFTERCARE PLAN
### DISPOSITION AND MEDICATIONS

**Discharge Date:** 8/30/18

**Discharge Type:** ☑ Routine  ☐ AMA  ☐ Transfer

If Transfer, reason for transfer: _____

Name of Facility: _____

**Transportation Plan:** ☑ Self  ☐ Bus  ☐ Taxi
☐ Ambulance  ☐ Other: _____
Picked Up By:  Mother

**Disposition/Next Level of Care:**
☑ Home  ☐ Family/Friend's Home  ☐ Shelter  ☐ Outpatient Services  ☐ Residential Treatment
☐ Supportive Housing  ☐ PHP/IOP  ☐ PCP  ☐ Other: _____

**Discharge Address:** 15928 W. Cluster LN
**City:** Surprise  **State:** AZ  **Zip:** 85379  **Discharge Phone:** 623-521-7487

See attached Discharge Medication Summary for list of prescribed medications

**Allergies:** Risperdal

**Influenza Vaccine** Indicated on Admission and Accepted by Patient: ☐ Yes  ☐ No  ☑ N/A

If yes, Vaccine Given:
☐ Yes Manufacturer: Seqirus. Lot#: _____  Exp. Date: _____; VIS 8/7/15 given
☐ No If No, Reason: _____

**Tobacco Cessation** Medications Requested at Discharge: ☐ Yes  ☑ No
If yes, Tobacco Cessation Medication Prescription Given at Discharge: ☐ Yes  ☐ No  ☑ N/A (Patient Refused)

**Long Acting Injection Given:** ☐ Yes  ☑ N/A  Medication: _____  **Dose:** _____
**Date/Time Given:** _____  **Long Acting Injection Next Due:** _____

**Personal Medications Returned:** ☑ Yes  ☐ No  ☐ N/A  **Narcotics:** ☐ Yes  ☐ No  ☑ N/A

**Managing Pain Information given:** ☐ Yes  ☐ No  ☑ N/A  **Opioid Information packet given:** ☐ Yes  ☐ No  ☑ N/A

### Patient Instructions

**Relapse Prevention Plan Given To Patient:** ☐ Yes  ☑ No

**Diet Instructions:** Gluten Free

**Patient Belongings Returned:** ☑ Yes  ☐ No  ☐ N/A

**Major Procedures/Tests Performed & Summary of Results Given to patient:** ☐ Yes  ☐ No  ☑ N/A

**Pending Lab Tests (labs, x-rays, etc) at Discharge:**
☑ No  ☐ Yes – List: _____
Please call Medical Records for results after discharge: Glendale (623) 344-4400 or Tempe (480) 345-5400

**Additional Discharge Information - Complete at the time of discharge by Nursing:**

I have reviewed and received my discharge plan and list of medications with my treatment team and understand and agree to comply with the instructions as written.

_Pauline Scianna_
Patient/Guardian Signature

_Quiele Olin RN_
Discharge Nurse Name, Signature

**Date:** 5/30/18
**Time:** 1600

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002602



**Name:** Scianna, Brooke
**Adnum:** 1806024  **DOB:** 07/14/01  **Age:** 16
**MedRec#:** 0119188  **Sex:** F  **DOA:** 04/30/18
**Unit:** Coyote  / #104 / A
**Doctor:** Ghafoor, I.

### DISCHARGE AFTERCARE PLAN
#### DISPOSITION AND MEDICATIONS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Discharge Medication Reconciliation (Continued)** | | | | | | | |
| Medication(s): | Dose(s): | Route: | Time(s): | Reason: | Last Dose Given: | Rx Given: | Day Supply: |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |



_____
Patient/Guardian Signature

_____ Joseph Agresti, RN
Discharge Nurse Name, Signature

**Date:** 5/30/18  **Time:** 17:12

**Date:** 5/30/18  **Time:** 17:15

Aurora Behavioral Health System
Original: 3/22/11, Rev: 5/31/13, 9/3/14, 10/17/14, 11/24/2014, 07/27/2015, 09/24/2015, 01/01/2016, 1/21/2016, 2/18/2016, 10/26/16, 01/01/17, 07/06/17

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002603

## DISCHARGE MEDICATION RECONCILIATION
## FINAL - MEDICAL RECORDS

Patient Name: Scianna, Brooke     DOB: 07/14/2001  Room-Bed: 104A     Admit Date/Time: 4/30/18  12:00 am

Ht: 172.72cm     Wt: 49.90kg     BMI: 16.70  BSA: 1.59     Regular Pharmacy: FRYS PHARMACY #660680

Allergies:

### Continue these Medications

| Medication | Dose | Route | Frequency | Updated By | Prescribed By | eSigned By |
|---|---|---|---|---|---|---|
| cholecalciferol 5,000 units TAB (Vitamin D3)<br>Indication: supplementation | 5,000 units | Oral | ONCE A DAY | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |
| clomiPRAMINE 75 mg CAP (Anafranil)<br><br>Indication: Anxiety/OCD | 75 mg | Oral | AT BEDTIME | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |
| cloNIDIne 0.1 mg TAB (Catapres)<br><br>Indication: Anxiety (Mild) | 0.1 mg | Oral | AT BEDTIME | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |
| diphenhydrAMINE 50 mg CAP (Benadryl)<br><br>Indication: sleeplessness | 50 mg | Oral | AT BEDTIME | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |
| docusate sodium 100 mg CAP (Colace)<br><br>Indication: Constipation | 100 mg | Oral | TWICE A DAY | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |
| ethinyl estradiol-norethindrone 20 mcg-1 mg TAB (Loestrin Fe 1/20)<br>Indication: birth control | 1 tab | Oral | ONCE A DAY | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |

### Do Not Continue these Medications

| Medication | Dose | Route | Frequency | Updated By | Prescribed By | eSigned By |
|---|---|---|---|---|---|---|
| bacitracin topical zinc 500 units/g OINT ()<br>Indication: infection | 1 app | Topical | TWICE A DAY | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |
| clomiPRAMINE 25 mg CAP (Anafranil)<br><br>Indication: Anxiety | 25 mg | Oral | AT BEDTIME | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |
| emollients, topical  STK (Blistex Lip Balm)<br><br>Indication: split and dry lips | 1 g | Topical | TWICE A DAY | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |
| emollients, topical  STK (Blistex Lip Balm)<br><br>Indication: split and dry lips | 4 g | Topical | TWICE A DAY | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |
| hydrocortisone topical 0.5% CREA (Cortaid with Aloe)<br><br>Indication: rash | 1 Application | Topical | THREE TIMES A DAY | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |
| ibuprofen 400 mg TAB (Motrin)<br><br>Indication: Pain | 400 mg | Oral | EVERY 6 HOURS AS NEEDED | Fetzer, Bethany | Fetzer, Bethany | Fetzer, Bethany on 5/30/18  8:15 |

Place on Chart

ACCT #: 1806024
MR #: 119188
Admit Date: 04/30/2018
Physician: Ghafoor, Dr. Tariq, MD
DOB: 07/14/2001     AGE: 16 years     SEX: F

Printed CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

Scianna, Brooke                    AURORA(SCIANNA) 002604

## DISCHARGE MEDICATION RECONCILIATION
### FINAL - MEDICAL RECORDS

atient Name: Scianna, Brooke

ace on Chart

| |
|---|
| ACCT #: 1806024 |
| MR #: 119188 |
| Admit Date: 04/30/2018 |
| Physician: Ghafoor, Dr. Tariq MD |
| DOB: 07/14/2001    AGE: 16 years    SEX: F |

ed 5/31/18 9:02 am CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021     Scianna, Brooke

AURORA(SCIANNA) 002605

Page 2 of 2



Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote  / #104 / A
Doctor:      Ghafoor, T.

Aurora Behavioral Health System (ABHS) – Specialized Needs Unit - Tempe, AZ

**Functional Behavioral Assessment**

Patient: Scianna, Brooke          Dates of inpatient stay: 4/30/2018 to 5/30/2018

Brooke is a 16-year-old female diagnosed with Autism Spectrum Disorder, Disruptive Mood Dysregulation Disorder, OCD by history, and PTSD by history. She presented to ABHS with increased aggression toward family, group home staff, and school personnel (hitting, kicking, biting) and self-injurious behavioral displays to appear as head banging, biting self, kicking foot into sharp objects causing injury.

Brooke has been raised in her mother's home and visit's father's home every other weekend. This is Brooke's second admittance to the Specialized Needs Unit (SNU) at ABHS.  Brooke came to ABHS due to aggressive and self-injurious behavioral displays that had increasingly progressed during the two weeks prior in the school setting.  During that time, she was involved in multiple holds for extended periods of time that did have a medical effect for her, whereby she was admitted to Banner Thunderbird for treatment.  After approximately a week's time Brooke was determined medically stable to transfer to ABHS for follow up behavioral health treatment.

Brooke entered ABHS contentedly while smiling and walked immediately to her formerly assigned room on the SNU.  While here she exhibited two instances of negative behavior in the form of physical aggression toward others (biting) and the other was a self-injurious display of biting and banging head.  The two documented instances were determined to be one of hunger and the other of protest to a non-preferred task demand.

==Throughout Brooke's treatment she has learned and implemented self-regulation skills such as coloring, puzzles, going outside, music, watching movies, using scented lotion, painting her nails, and eating snacks.==  She has reduced her shower taking from an average of 18 to 20 per day from her first stay to 1 to 3 per day and exhibited zero instances of negative sexualized behaviors.  Brooke also exhibited minimal reaction of biting hand in protest on three occasions when OCD type behaviors were interrupted while inpatient.

Brooke is a highly intelligent and funny young lady with a great sense of humor.  She faces challenges with her verbal behavior as it is limited, but she does possess the capacity to verbally communicate her wants/needs when prompted through questions.  Brooke has superior receptive skills and understands with follow through when a task demand is placed.  She does however struggle with the various language items used across settings to aid with her communication.  Augmentive communication devices, PEC's, sign language, and verbal language are used in varying manners across settings and Brooke demonstrates her preferences

1

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002606

# Aurora Behavioral Health Care - Tempe

## *DISCHARGE* MEDICATION SUMMARY FOR PATIENT

Patient Name: Scianna, Brooke          DOB: 07/14/2001  Room-Bed: 104A          Admit Date/Time: 4/30/18  00:00

Ht: 172.72cm     Wt: 49.90kg     BMI: 16.70  BSA: 1.59   Regular Pharmacy: FRYS PHARMACY #660680

Allergies: risperiDONE

| Medications to take after Discharge | | | | | | | |
|---|---|---|---|---|---|---|---|
| Medication | Dose | Route | Freq | Morning | Noon | Evening | Bedtime |
| **CARDIOVASCULAR AGENTS** | | | | | | | |
| cloNIDine 0.1 mg TAB (Catapres) | 0.1 mg | Oral | AT BEDTIME | | | | ✔ |
| Last dose given: 5/29/18  8:40 pm | | | | | | | |
| Indication: Anxiety (Mild) | | | | | | | |
| **GASTROINTESTINAL AGENTS** | | | | | | | |
| docusate sodium 100 mg CAP (Colace) | 100 mg | Oral | TWICE A DAY | ✔ | | | ✔ |
| dose given: 5/30/18  8:10 am | | | | | | | |
| Indication: Constipation | | | | | | | |
| **NUTRITIONAL PRODUCTS** | | | | | | | |
| cholecalciferol 5,000 units TAB (Vitamin D3) | 5,000 units | Oral | ONCE A DAY | ✔ | | | |
| Last dose given: 5/30/18  8:10 am | | | | | | | |
| Indication: supplementation | | | | | | | |
| **PYCHOTHERAPEUTIC AGENTS** | | | | | | | |
| clomiPRAMINE 75 mg CAP (Anafranil) | 75 mg | Oral | AT BEDTIME | | | | ✔ |
| Last dose given: 5/29/18  8:40 pm | | | | | | | |
| Indication: Anxiety/OCD | | | | | | | |
| **UNKNOWN** | | | | | | | |
| diphenhydrAMINE 50 mg CAP (Benadryl) | 50 mg | Oral | AT BEDTIME | | | | ✔ |

X _Christine Scianna_                          _Joseph Agresti, RN_  5/30/18
Patient Signature Date/Time                Nurse Signature Date/Time           17:30

Do NOT Scan to Pharmacy

ACCT #: 1806024
MR #: 119188
Admit Date: 4/30/18  00:00
Physician: Ghafoor, Dr. Tariq, MD
DOB: 07/14/2001     AGE: 16 years     SEX: F

Scianna, Brooke                                                           Page 1 of 4

pr  5/30/18 14:44

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002607

# Aurora Behavioral Health Care - Tempe

## _DISCHARGE_ MEDICATION SUMMARY FOR PATIENT

Patient Name: Scianna, Brooke

| Medication | Dose | Route | Freq | Morning | Noon | Evening | Bedtime |
|---|---|---|---|---|---|---|---|
| Last dose given: 5/29/18  8:40 pm | | | | | | | |
| Indication: sleeplessness | | | | | | | |
| ethinyl estradiol-norethindrone 20 mcg-1 mg TAB (Loestrin Fe 1/20) | 1 tab | Oral | ONCE A DAY | ✔ | | | |
| Last dose given: 5/30/18  8:10 am | | | | | | | |
| Indication: birth control | | | | | | | |

Keep a list of your Medications and update with any changes including non prescription products. Tell all of your physicians about changes at each visit and carry a copy with you at all times in case of an emergency situations. Always take medications according to your physicians instructions. Discard Medications that have expired.

_(signature)_
Patient Signature Date/Time

Joseph Agresti, RN _(signature)_ 5/30/18 1730
Nurse Signature Date/Time

Do NOT Scan to Pharmacy

**ACCT #: 1806024**
MR #: 119188
Admit Date: 4/30/18  00:00
Physician: Ghafoor, Dr. Tariq, MD
**DOB: 07/14/2001     AGE: 16 years   SEX: F**

**Scianna, Brooke**

Printed 5/30/18 14:44

Page 2 of 

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002608

# Aurora Behavioral Health Care - Tempe

## *DISCHARGE* MEDICATION SUMMARY FOR PATIENT

Patient Name: Scianna, Brooke

### DO NOT CONTINUE THESE MEDICATIONS AT HOME

| Medication | Dose | Route | Frequency |
|---|---|---|---|
| hydrocortisone topical 0.5% CREA<br>Cortaid with Aloe | 1 Application | Topical | THREE TIMES A DAY |
| emollients, topical  STK<br>Blistex Lip Balm | 1 g | Topical | TWICE A DAY |

DO NOT CONTINUE

X _____
Patient Signature Date/Time

Joseph Agresti, RN
_____ RN 5/30/18
17:30
Nurse Signature Date/Time

Do NOT Scan to Pharmacy

**ACCT #: 1806024**
**MR #: 119188**
Admit Date: 4/30/18  00:00
Physician: Ghafoor, Dr. Tariq, MD
**DOB: 07/14/2001     AGE: 16 years     SEX: F**

**Scianna, Brooke**                                         Page 3 of 4

p____ 5/30/18 14:44

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 002609**

## Aurora Behavioral Health Care - Tempe

### _DISCHARGE_ MEDICATION SUMMARY FOR PATIENT

Patient Name: Scianna, Brooke

**THESE DISCHARGE PRESCRIPTIONS e-PRESCRIBED TO:**
FRYS PHARMACY #660680
15215 N. COTTON LN
SURPRISE, AZ 85388
Phone Number: 6234557902
05/30/2018 2:44 pm

Take this form to your pharmacy to pick up your medications.

All these medications are listed on the front sheet under Medications to take after Discharge.

| Medication | Dose | Route | Frequency | Quantity | Refills |
|---|---|---|---|---|---|
| cholecalciferol<br>Vitamin D3 | 5,000 units | Oral | ONCE A DAY | 15 | 1 |
| diphenhydrAMINE<br>Benadryl | 50 mg | Oral | AT BEDTIME | 15 | 1 |
| cloNIDine<br>Catapres | 0.1 mg | Oral | AT BEDTIME | 15 | 1 |
| ethinyl estradiol-norethindrone 20 mcg-1 m1 tab<br>oestrin Fe 1/20 | | Oral | ONCE A DAY | 28 | 0 |
| clomiPRAMINE<br>anafranil | 75 mg | Oral | AT BEDTIME | 15 | 1 |
| docusate sodium<br>Colace | 100 mg | Oral | TWICE A DAY | 30 | 1 |

_Patient Signature Date/Time_

Joseph Agresti, RN
Nurse Signature Date/Time   5/30/18 1730

Do NOT Scan to Pharmacy

**ACCT #:** 1806024
**MR #:** 119188
Admit Date: 4/30/18  00:00
Physician: Ghafoor, Dr. Tariq, MD
**DOB: 07/14/2001     AGE: 16 years   SEX: F**

**Scianna, Brooke**

Printed 5/30/18 14 44

Page 4 of

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002610



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adm: 006024  DOB: 07/14/01  Age: 16
MedRect: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:  Ghafoor, T.

## PATIENT STORED MEDICA[T]

### MEDICATION SUBSTANCES

| | MEDICATION NAME | Strength of Medication | Dosage | Route | Frequency | Quantity | RNs Initials (2 RN Initials needed for narcotics) | Return Medications at Discharge [YES or NO] |
|---|---|---|---|---|---|---|---|---|
| 1. | Birth control | 1tab | 1tab | PO | AS | 15 | 3F / | ☑Yes ☐No |
| 2. | Blastex | OTC | | TOP | B10 | 1tobe | 3F / | ☑Yes ☐No |
| 3. | | | | | | | / | ☐Yes ☐No |
| 4. | | | | | | | / | ☐Yes ☐No |
| 5. | | | | | | | / | ☐Yes ☐No |
| 6. | | | | | | | / | ☐Yes ☐No |
| 7. | | | | | | | / | ☐Yes ☐No |
| 8. | | | | | | | / | ☐Yes ☐No |
| 9. | | | | | | | / | ☐Yes ☐No |
| 10. | | | | | | | / | ☐Yes ☐No |

**UPON ADMISSION:**  Controlled Substances placed in safe: ☐Yes ☐No ☐N/A    Medications stored in locked cabinet: ☐Yes ☐No ☐N/A

Security bag sealed in front of the patient: ☐Yes – Security bag number:_____    ☐No – Reason why controlled substance was not sealed in front of patient:_____

I,_____ agree to allow Aurora Behavioral Health System (ABHS) to store my medication(s). I release ABHS from any responsibility should my medication(s) become lost or damaged while I am receiving services here. I also acknowledge that a physician may order that my medication(s) not be returned to me upon discharge. In the event certain specialty medication(s) are not available from the hospital pharmacy, I recognize that I will be given the opportunity to use home medications.

Patient Name, Signature: [signature]    Date: APR 30 2018    Time: 1700

RN Name, Signature, Stamp: ...Taylor RN   [signature]    Date: APR 3 0 2018    Time: 1700

2nd RN Name, Signature, Stamp:_____    Date:_____    Time:_____

(Required for controlled substances)

**UPON DISCHARGE:**  Medications from locked medication cabinet returned to patient: ☐Yes ☐No ☑N/A

I received Controlled Substance in the security bag intact: ☐Yes – Security bag number:_____    ☐No ☑N/A

Patient Name, Signature: X [signature]    Date: 5-30-18    Time: 1730

RN Name, Signature, Stamp: [signature] RN    Date: 5-30-18    Time: 1730

Physician Signature, Stamp:  Joseph Agresti, M [signature]    Date: 5/31/18    Time:_____

Aurora Behavioral Health System

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002611

*Brooke is not able to complete individual wellness and recovery plan as she is nonverbal.*

*Katha Weveromme*
*Kenine 5/2/18*
*@ 8am.*

## AURORA
### BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1806024 DOB: 07/14/01 Age: 16
MedRec#: 0119188 Sex: F DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor: Ghafoor, T.

## DISCHARGE AFTERCARE PLAN
## INDIVIDUAL WELLNESS and RECOVERY PLAN

**The Individual Wellness and Recovery Plan is completed throughout your stay with clinical staff assistance.**
**The goal is to develop your recovery plan using a problem-solving approach to help you gain control over your emotions and behaviors (emotional regulation). This plan is individualized to you and your needs.**

**TRIGGERS:** It is important to know your triggers. Triggers are people, places, events, and thoughts that make you return to old behaviors or ways of dealing with things that puts you at risk for relapse. There are different types of triggers: internal, external and sensory triggers. Examples of triggers are: loss of a loved one, separation or divorce, conflicts with family and friends, abusing substances, emotional events, and unhealthy thoughts. **WHAT ARE YOUR TRIGGERS?**

_____
_____
_____

**WARNING SIGNS:** Warning signs are emotional and physical responses to triggers. Examples of warning signs include anxiety, sadness, muscle tension, anger, and thoughts of self-harm and social isolation. **WHAT ARE YOUR WARNING SIGNS?**

_____
_____
_____

**PAYING ATTENTION/SKILLS AND TOOLS:** Knowing what to do when experiencing triggers and warning signs are the key to avoiding a crisis and staying safe. Examples of ways to manage those signs include: relaxation and deep breathing exercises, physical activity, distraction tools (i.e. coffee shops, healthy social environments, church activities), changing your thinking, and contacting support. **WHAT WILL YOU DO TO CALM YOUR EMOTIONS AND MANAGE YOUR FEELINGS?**

_____
_____
_____

**SUPPORT SYSTEM:** It is important to know the names and phone numbers of people and places you can call for help. These people and places can provide comfort and assistance when you recognize your warning signs. **THE PEOPLE AND PLACES I WILL CALL FOR HELP ARE:**

_____
_____
_____

**CRISIS RESPONSE PLAN:** Identify things you can do by yourself and things involving your support system.
1. **RECOGNIZE TRIGGERS AND WARNING SIGNS**
2. **BEGIN USING YOUR CALMING EMOTIONAL REGULATION TECHNIQUES TO REDUCE CRISIS**
3. **CONTACT SUPPORT SYSTEM TO ASSIST IN DISTRACTING YOU FROM SELF HARM THOUGHTS AND/OR DISCUSS THOUGHTS TO HELP RESOLVE YOUR CRISIS**
4. **CONTACT HEALTH PROFESSIONALS, AGENCIES OR IMMEDIATELY SEEK MEDICAL ATTENTION THROUGH THE HOSPITAL**
5. **REDUCING OR REMOVING OBJECTS THAT CAN BE USED TO HARM YOURSELF (WEAPONS, UNNECESSARY MEDICATIONS, ETC).**
6. **TAKE MEDICATIONS DAILY AS ORDERED BY THE DOCTOR AND IF YOU EXPERIENCE SIDE EFFECTS NOTIFY YOUR DOCTOR.**
7. **ATTEND ALL APPOINTMENTS AND COMMITMENTS**

### TURN PAGE OVER

Aurora Behavioral Health System
Crisis Response Plan Rev: 7/2/13, 9/3/14
Wellness Recovery Plan Orig: 07/30/2015 Rev: 01/7/2016, 1/28/16, 05/18/17

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002612



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:    Ghafoor, T.

**I have discussed my advance directives with my treatment team and my preferences are as follows:**

**Health Care Advance Directive:** (choose all that apply)
☐ I have chosen **NOT** to have a Health Care Advance Directive or surrogate decision maker at this time.
☐ I have an executed Health Care Advance Directive.
  ☐ This document can be found: _____
☑ I have a legal surrogate decision maker who is: _legal guardian is Christine Scanna._

**Mental Health Advance Directive:** (choose all that apply)
☐ I have chosen **NOT** to have a Mental Health Advance Directive or surrogate decision maker at this time.
☐ I have an executed Mental Health Advance Directive.
  ☐ This document can be found: _____
☑ I have a legal surrogate decision maker who is: _legal guardian is Christine Scanna._

**COMMUNITY SUPPORT TELEPHONE NUMBERS**

| | |
|---|---|
| ☐ **MARICOPA CRISIS LINE:** (800) 631-1214 OR (602)222-9444 | ☐ **PIMA CRISIS LINE:** (800) 796-6762 OR (520)622-6000 |
| ☐ **Gila River & Ak-Chin Indian Communities:** (800) 259-3449 | ☐ **Yuma, LaPaz, Pinal & Gila Counties:** (866) 495-6735 |
| ☐ **Graham, Greenlee, Cochise & Santa Cruz Counties:** (866) 495-6735 | ☐ **Mohave, Coconino, Apache, Navajo & Yavapai Counties:** (877) 756-4090 |
| ☐ **EMPACT CRISIS LINE:** (480) 784-1500 | ☐ **NATIONAL SUICIDE PREVENTION LIFELINE:** (800) 273-TALK(8255) |
| ☐ **URGENT PSYCHIATRIC CARE CENTER** (602)416-7600 Adults Only | ☐ **TEEN LIFELINE:** (800) 248-8336 – Adolescents Only |
| ☐ **AURORA BEHAVIORAL HEALTH SYSTEMS:** (480)345-5420 | ☐ **911** |
| ☐ **OTHER:** | ☐ **OTHER:** |

PATIENT SIGNATURE: _____  DATE: _____  TIME: _____

PARENT/GUARDIAN SIGNATURE: _____  DATE: _____  TIME: _____

STAFF SIGNATURE: _Katha Evans_  DATE: _5/30/18_  TIME: _815am_
_Katha Evans MC_

Aurora Behavioral Health System
Crisis Response Plan Rev: 7/2/13, 9/3/14
Wellness Recovery Plan Orig: 07/30/2015 Rev: 01/7/2016, 1/28/16, 05/18/17

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002613


**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1806024  DOB: 07/14/01  Age: 16
MedRec#: 0119188  Sex: F  DOA: 04/30/18
Unit: Coyote / #104 / A
Doctor:     Ghafoor, T.

## DISCHARGE PLAN

| Date mm/dd/yy | Time | Discharge Plan note should include what the current plan is of where the patient will discharge to, status of discharge, barriers, and what still needs to happen in order for patient to discharge. |
|---|---|---|
| | | **Intake Department Initial Discharge Plan:** |
| | | Pt to D/C to mother. F/up OP tx with |
| | | Az Childrens Assoc |
| 4-30-18 | | _J. Adair, LPC_ |
| | | **Social Services Ongoing Discharge Plan: (to be updated every 48 hours)** |
| 5-2-18 | 8AM | Patient will discharge to mother's home at this time. Social worker will follow up regarding placement. |
| 5-6-18 | 8AM | Plan for discharge still the same - mother's home unless she decides to put patient in group home. |
| 5-8-18 | 5:00pm | patient to discharge back home / with wrap services through DDD and AZ Childrens Association. Katha Wevano MC KEnMC |
| 5-10-18 | 830am | Same as above  Kattia Wevano mc KEnmc |
| 5-11-18 | 12pm | same as above  Kattia Wevano mc KEnmc |
| 5-14-18 | 215pm | same as above  Kattia Wevano mc KEnmc |
| 5-16-18 | | Same as above  Kattia Wevano MC KEnMC. |
| 5-19-18 | 2pm | Same as above  kattia Wevano MC KEnMC |
| 5-21-18 | 4pm | same as above  Kattia Wevano MC KEn MC |
| 5-23-18 | 10:25am | discharge set for 5/25/18 at 5pm back to moms home with wrap around services from AZ Childrens, FACT Team from CFSS, and DDD. |
| 5-25-18 | 3pm | same as above  Kattia Wevano MC KEnMC |
| 5-28-18 | 2:50pm | same as above  Kattia Wevano MC KEnMC. |
| | | |
| | | |
| | | |
| | | |

Aurora Behavioral Health System
Original: 09/21/17

Page 1 of 1

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 002614