# EXHIBIT D

1  Thomas A. Connelly (AZ Bar #019430)
   Robert T. Mills (AZ Bar #018853)
2  Sean A. Woods (AZ Bar #028930)
   **MILLS + WOODS LAW PLLC**
3  5055 North 12th Street, Suite 101
   Phoenix, Arizona 85014
4  Telephone 480.999.4556
   docket@millsandwoods.com
5

6  DeeAn Gillespie Strub (AZ Bar #009987)
   Jenny D. Jansch (AZ Bar #024431)
7  **GILLESPIE, SHIELDS & TAYLOR**
   7319 North 16th Street
8  Phoenix, Arizona 85020
   Telephone: (602) 870-9700
9  Fax: (602) 870-9783
   mailroom@gillaw.com
10 *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, *et al.*,<br><br>Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**DECLARATION OF THOMAS A. CONNELLY** |

I, Thomas A. Connelly, state and declares as follows:

1. I am one of the attorneys of record for the Plaintiffs in this matter.

2. I have reviewed the medical records from Aurora Behavioral Healthcare relating to Brooke Scianna's hospitalization of August 25, 2018, through November 21, 2018, Bates Nos. AURORA(SCIANNA) 000001 through AURORA(SCIANNA) 001577.

3. In these documents, I did not see any indication that Aurora or Dr. Mlak made any effort to contact Brooke's attorney, Angela Ramos, or her mother, Christine, to obtain consent for the major administration of Haldol.

4. Defendant Krzysztof Mlak, M.D., through counsel, noticed and took the depositions of Christine Scianna, John Scianna, Daniel Quigley, and Dr. Andrew Clark.

5. Dr. Mlak, through counsel, also appeared at and participated in the following depositions noticed by Plaintiffs through their counsel: Stephanie Johnson, Matthew Callanta, Tina Canale, LaPortia Huff, Shawnine Huff, and Melissa Courtright.

6. Dr. Mlak appeared for and defended (through counsel) his own deposition.

7. Dr. Mlak, through counsel, propounded and responded to written discovery under Rules 33, 34 and 36.

8. Dr. Mlak, through counsel, served an initial disclosure statement and two supplemental disclosure statements.

Further affiant sayeth naught.

I affirm under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of August 2024.

                                             */s/ Thomas A. Connelly*
                                             Thomas A. Connelly

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556