# EXHIBIT E

☐ **C2C**

# SUPERIOR COURT OF ARIZONA
## IN MARICOPA COUNTY

FILED
7/27/2018 10:51am
CHRIS DEROSE, Clerk
By: A. Villaseno
Deputy

FOR CLERK'S USE ONLY

PETITIONER: ☒ DCS   ☐ GAL   ☐ Other

In the Matter of:

| Name | Date of Birth |
|---|---|
| Brooke Angelina Scianna | 7/14/01 |
| | |
| | |
| | |

Person(s) under 18 years of age

Case No. **JD36034**

**PRELIMINARY PROTECTIVE ORDER AND ORDER SETTING COURT HEARINGS**

Commissioner Hoskins
Judge/Commissioner

## APPEARANCES
Per the attached sign in sheet

## ORDERS
The Court has considered the stipulation of the parties and/or evidence presented and ORDERS AS FOLLOWS:

**A.    ICWA** The Court finds, based upon the assertions of the parties, that the Indian Child Welfare Act (ICWA)
        ☐ DOES apply   ☒ DOES NOT apply   ☐ MAY apply, though it has yet to be determined

**B.    APPOINTMENT OF COUNSEL**

| Party | Party Name | Attorney Name | Appointed |
|---|---|---|---|
| MOTHER | Christine Marie Webster | DeAnn Gillespie, Atty | ☒ Yes ☐ No |
| | | , GAL | ☐ Yes ☐ No |
| FATHER | John Ralph Scianna | Sara Smith (OPDS), Atty | ☒ Yes ☐ No |
| | | , GAL | ☐ Yes ☐ No |
| FATHER | | , Atty | ☐ Yes ☐ No |
| | | , GAL | ☐ Yes ☐ No |
| FATHER | | , Atty | ☐ Yes ☐ No |
| | | , GAL | ☐ Yes ☐ No |
| CHILD(REN) | Brooke Angelina Scianna | Thomas Stubbs (OLA), GAL | ☒ Yes ☐ No |
| CHILD(REN) | | , GAL | ☐ Yes ☐ No |
| CHILD(REN) | | , | ☐ Yes ☐ No |
| OTHER | | , | ☐ Yes ☐ No |
| OTHER | | , | ☐ Yes ☐ No |

The appointment of counsel is subject to reimbursement and dependent on the submission of a financial affidavit.

**C.   SERVICE OF PROCESS**

|        | Name | Accepts | Waives | Not Complete |
|--------|------|---------|--------|--------------|
| MOTHER | Christine Marie Webster | ☒ | ☒ | ☐ |
| FATHER | John Ralph Scianna | ☒ | ☒ | ☐ |
| FATHER | | ☐ | ☐ | ☐ |
| FATHER | | ☐ | ☐ | ☐ |
| OTHER  | | ☐ | ☐ | ☐ |
| OTHER  | | ☐ | ☐ | ☐ |

**D.   PATERNITY**

| Father's Name: John Ralph Scianna | Relevant Child(ren) Brooke Angelina Scianna | |
|---|---|---|
| Paternity has been Established  ☒ Yes  ☐ No | Is willing to sign an Affidavit of Paternity  ☐ Yes  ☐ No | Is Ordered to Submit to Testing  ☐ Yes  ☐ No |
| **Father's Name:** | **Relevant Child(ren)** | |
| Paternity has been Established  ☐ Yes  ☐ No | Is willing to sign an Affidavit of Paternity  ☐ Yes  ☐ No | Is Ordered to Submit to Testing  ☐ Yes  ☐ No |
| **Father's Name:** | **Relevant Child(ren)** | |
| Paternity has been Established  ☐ Yes  ☐ No | Is willing to sign an Affidavit of Paternity  ☐ Yes  ☐ No | Is Ordered to Submit to Testing  ☐ Yes  ☐ No |

**E.   CONTESTED ISSUES**

|  | ☒ Yes   ☐ No | Temporary Custody | Parenting Time | Services | Other |
|---|---|---|---|---|---|
| Mother | Christine Marie Webster | Yes | Yes | Yes | Yes |
| Father | John Ralph Scianna | No | Yes | Yes | Yes |
| Father | | | | | |
| Father | | | | | |
| Other | | | | | |
| Other | | | | | |

Contested issue(s) is / are as follows:

Mother requests a temporary custody hearing.

Father contests supervised visitation. Mother and Father contest services.

Mother and Father request full disclosure from DCS.

Mother and Father contest the dependency and request a pre-trial conference.

F. **TEMPORARY CUSTODY FINDINGS**

☒ The Court has received and reviewed the following documents:
☒ Dependency Petition   ☒ DCS Report dated **6/28/18** including attachments
☐ Other _____

☐ The Court determines that DCS has identified a proposed case plan for services pursuant to ARS §8-824

Continued Temporary Custody (*choose only one*)
☒ **Is clearly necessary** to prevent abuse or neglect pursuant to ARS §8-825.
☐ **Is NOT clearly necessary** to prevent abuse or neglect and the child(ren) should be returned to _____

☐ Other: _____

☒ **THE COURT FINDS THAT** the Department of Child Safety has made reasonable efforts to prevent removal of the child(ren) from the home or that it was reasonable to make no efforts to maintain the child(ren) in the home.

☒ **THE COURT FINDS THAT** it is contrary to the welfare of the child(ren) to be returned to or placed in the custody of the parent/guardian for the following reasons:
*allegations in the verified petition filed 6/27/18 and court report dated 6/28/18*

☐ The Court finds DCS has made active efforts in accordance with ICWA standards.

☐ The Court has heard qualified expert testimony and finds by clear and convincing evidence that active efforts have been made to provide remedial services and rehabilitative programs designed to prevent the breakup of the Indian family and that these efforts were unsuccessful; and that continued custody of the child(ren) by the parents, guardian or Indian Custodian is likely to result in serious emotional or physical damage to the child(ren) (23 USC §1912).

☐ Pursuant to ARS §8-829(A)(2), the Court finds that DCS has made attempts to identify and assess placement with the child(ren)'s grandparent or another member of the child(ren)'s extended family including a person who has a significant relationship with the child(ren).

☐ Pursuant to ARS §8-824(G), the Court finds that DCS has made reasonable efforts to place a child with siblings and if that is not possible, to maintain frequent visitation or other ongoing contact between all siblings.

G. **PHYSICAL CUSTODY**
☐ **IT IS ORDERED** that the child(ren) remain(s) a ward of the court in the legal care, custody and control of the Department of Child Safety. It is further ordered that the child(ren) is/are placed:
☐ as set forth in the Petition and Temporary Custody Order   ☐ as set forth below:

| Brooke Angelina Scianna | Care and Dinity, Group home |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |

☐ IT IS FURTHER ORDERED that the child(ren) shall remain in the physical custody of the person(s) or entity named above until otherwise ordered by the Court; and that DCS shall not move the child(ren to a different placement without prior court approval except in the case of emergency, in which event DCS shall inform the Court and seek Court approval within 10 days after moving the child(ren).

** Pursuant to ARS §8-514.05(C), the placement is authorized to consent to routine medical treatments, dental procedures, social and educational activities, and psychological / psychiatric evaluations and therapy for the child(ren).

**Pursuant to ARS §8-513(A)(2), Department of Child Safety is authorized to consent to travel within the U.S. for a period not to exceed 30 days.

**H. PARENTING TIME**

☒ IT IS ORDERED that parenting time shall be at the discretion of DCS

☒ IT IS ORDERED that parenting time shall be as follows:
Mother requests a temporary custody hearing.
Father: Parenting time at a minimum of two hours twice per week. Parenting time is currently supervised.

☐ IT IS ORDERED that _____
Neither allow or facilitate any contact of any kind, including but not limited to personal contact, contact by telephone, or contact by letter or message between____
and the child(ren), pending order of this court.

☐ IT IS FURTHER ORDERED that parents shall attend all of the child(ren)'(s) medical appointments.

**I. SERVICES TO BE PROVIDED**

MOTHER   Christine Marie Webster                                          ☐ C2C

| | Services Requested / Offered | Agreed Upon |
|---|---|---|
| ☒ | Parent Aide Services | ☐ Yes ☒ No |
| ☐ | Parenting Classes through the community | ☐ Yes ☐ No |
| ☐ | Psychological Evaluation and Reasonable Recommendations of Evaluation/Assessment | ☐ Yes ☐ No |
| ☐ | Psychiatric Evaluation and Reasonable Recommendations of Evaluation/Assessment | ☐ Yes ☐ No |
| ☐ | Counseling: | ☐ Yes ☐ No |
| ☐ | Substance Abuse Assessment/Treatment | ☐ Yes ☐ No |
| ☐ | Substance Abuse Testing | ☐ Yes ☐ No |
| ☒ | Transportation as needed and as requested | ☒ Yes ☐ No |
| ☐ | RBHA Referral (Regional Behavioral Health Authority) | ☐ Yes ☐ No |
| ☐ | Interstate Compact on Placement of Child(ren) referral | ☐ Yes ☐ No |
| ☐ | Referral for Domestic Violence Services | ☐ Yes ☐ No |
| ☒ | Other: Autism education classes | ☐ Yes ☒ No |
| ☐ | Other: | ☐ Yes ☐ No |
| **C2C** | | |
| ☐ | Referral for Dependency Treatment Court | ☐ Yes ☐ No |
| ☐ | Referral for C2C Clinical Intake | ☐ Yes ☐ No |

Case No JD **36034**

| FATHER | John Ralph Scianna | ☐ C2C |
|---|---|---|
| | **Services Requested / Offered** | **Agreed Upon** |
| ☐ | Paternity Testing | ☐ Yes ☐ No |
| ☒ | Parent Aide Services | ☐ Yes ☒ No |
| ☐ | Parenting Classes through the community | ☐ Yes ☐ No |
| ☐ | Psychological Evaluation and Reasonable Recommendations of Evaluation/Assessment | ☐ Yes ☐ No |
| ☐ | Psychiatric Evaluation and Reasonable Recommendations of Evaluation/Assessment | ☐ Yes ☐ No |
| ☐ | Counseling: | ☐ Yes ☐ No |
| ☐ | Substance Abuse Assessment/Treatment | ☐ Yes ☐ No |
| ☐ | Substance Abuse Testing | ☐ Yes ☐ No |
| ☒ | Transportation *as needed and as requested* | ☒ Yes ☐ No |
| ☐ | RBHA Referral (Regional Behavioral Health Authority) | ☐ Yes ☐ No |
| ☐ | Interstate Compact on Placement of Child(ren) referral | ☐ Yes ☐ No |
| ☐ | Referral for Domestic Violence Services | ☐ Yes ☐ No |
| ☒ | Other: *Autism education classes* | ☐ Yes ☒ No |
| ☐ | Other: | ☐ Yes ☐ No |
| | **C2C** | |
| ☐ | Referral for Dependency Treatment Court | ☐ Yes ☐ No |
| ☐ | Referral for C2C Clinical Intake | ☐ Yes ☐ No |

| CHILD(REN) | Brooke Angelina Scianna | ☒ C2C |
|---|---|---|
| | **Services Requested / Offered** | **Agreed Upon** |
| ☐ | Rapid Response with reasonable recommendations | ☐ Yes ☐ No |
| ☐ | **Birth to 5 Assessment** | ☐ Yes ☐ No |
| ☒ | RBHA Referral (Regional Behavioral Health Authority) *AZCA* | ☒ Yes ☐ No |
| ☐ | Comprehensive Medical and Dental Plan | ☐ Yes ☐ No |
| ☐ | Referral to Arizona Early Intervention Program | ☐ Yes ☐ No |
| ☒ | Clothing Allowance and Standard Allowances | ☒ Yes ☐ No |
| ☐ | Child Care | ☐ Yes ☐ No |
| ☐ | Independent Living | ☐ Yes ☐ No |
| ☒ | Other: *DDD services. High Needs CM. Behavioral coach team.* | ☒ Yes ☐ No |

J. **SERVICES ORDERED**

☐ The court orders the parties to participate in the services agreed upon in section I above.

☐ The Court orders the following (additional) services:

_____
_____
_____

K.  **DEPENDENCY ADJUDICATION & DISPOSITION FINDINGS**

*PLEA:*

☒ The dependency is contested by _Christine Marie Webster, John Ralph Scianna_ and the parties request that a ☐ mediation ☒ pre-trial conference be set.

☐ _____ Stipulates to the dependency based upon: _____

☐ _____ Denies the allegations and submits the issues of dependency to the Court based upon: _____

☐ _____ is / are not contesting the dependency.

*ADJUDICATION FINDINGS:*

☐ The Court confirms that _Christine Marie Webster, John Ralph Scianna_ has met with Counsel and has been advised regarding trial rights pursuant to ARS §8-843(A).

Mother _Christine Marie Webster_ has entered an ☐ admission ☐ denial and submission ☐ no contest plea.
The Father _John Ralph Scianna_ has entered an ☐ admission ☐ denial and submission ☐ no contest plea.
The Father _____ has entered an ☐ admission ☐ denial and submission ☐ no contest plea.
The Father _____ has entered an ☐ admission ☐ denial and submission ☐ no contest plea.
_____ has entered an ☐ admission ☐ denial and submission ☐ no contest plea.

☐ The Court determines that the plea of the parent(s) was / were made knowingly, intelligently and voluntarily.

☐ The Court having considered the verified ☒ petition, ☐ amended petition, ☒ DCS reports dated _6/28/18,_ ☐ _____ and all information presented and finds by a preponderance of the evidence that:

☒ The Court has exclusive jurisdiction over the subject matter pursuant to ARS §8-802 and venue is appropriate in Maricopa County pursuant to ARS §8-206.

☒ The Petitioner is authorized to initiate this dependency proceeding pursuant to Title 8 ARS §8-201 et seq, ARS §8-501 et seq, and ARS §8-802 et seq

☐ The child(ren) ☐ is / are ☐ is not / are not dependency as defined in ARS §8-201 as to
☐ Mother, _Christine Marie Webster_
☐ Father, _John Ralph Scianna_
☐ Father,
☐ Father,
☐ Other,

Case No JD **36034**

**DISPOSITION:**

☐ This order serves as a proposed disposition. The **CASE PLAN is** _____.
Services to be provided include those listed in sections I and J and _____.

☐ The Court orders the following child(ren) _____ be made ward(s) of the Court as a dependent child(ren) as to ☐ Mother ☐ Father, _____ and placed in accordance with this Order.

☐ The Court finds after consideration of the health and safety of the child(ren), the goal of placement and the services offered to the family and the child(ren), that the goal of the case plan is appropriate at this time.

☐ If the child(ren) is / are an Indian child(ren), the Court finds the child(ren) was placed pursuant to the standards of ICWA, 25 USC §1915.

L. **DISCLOSURE PURSUANT TO R.P.J.C 44(A),(B)(1)**

☒ The parties agree to conduct mutual disclosure pursuant to Rules of Procedure for the Juvenile Court.

☐ The parties agree to conduct mutual disclosure as follows: _____

M. **ADDITIONAL COURT ORDERS**

☐ **DCS** agrees to substitute in as petitioner.

☐ **DCS** agrees to act as co-petitioner.

☐ **FORM 1 – Notice to Parent in Dependency Action** was read to _____ in open Court on this date. She / He indicates that she / he understands her / his rights and a copy of the Form 1 was provided through her / his counsel.

☒ **IT IS ORDERED** filing the original verification..
☐ **IT IS ORDERED** .
☐ **IT IS ORDERED** .

### N. FUTURE HEARINGS

| Type of Hearing | Date | Time | Before Judge / Commissioner |
|---|---|---|---|
| Initial | | | Commissioner Hoskins |
| Publication | | | |
| Temporary Custody | 7/12/18 | ~~1:30~~ 2:00 | Hoskins |
| Adjudication | 9/14/18 | 1:30 | Hoskins |
| Disposition | | | |
| Mediation | | | |
| Pre-Trial Conference | 8/16/18 | 10:00 | Commissioner Hoskins |
| Final Pre-Trial Conference | | | |
| Permanency Planning 0-2 | | | |
| Permanency Planning 3-17 | 5/22/19 | 9:30 AM | Commissioner Hoskins |
| Report & Review | | | |
| IHI Report & Review | | | |
| IHI Final Review | | | |

### O. HEARINGS TO BE VACATED

| Type of Hearing | Date | Time | Before Judge / Commissioner |
|---|---|---|---|
| Initial | 7/2/18 | 10:15 AM | Commissioner Hoskins |
| | | | |
| | | | |
| | | | |

Date July 2, 2018

_(signature)_
Commissioner Hoskins
of the Superior Court

---

*WARNING: YOUR FAILURE TO APPEAR AT THESE HEARINGS AND TO ACTIVELY PARTICIPATE IN THESE COURT PROCEEDINGS AND IN THE CASE PLAN MAY RESULT IN THE CHILD(REN) BEING ADJUDICATED DEPENDENT WITH CONTINUED COMMITMENT TO THE CARE, CUSTODY AND CONTROL OF THE DEPARTMENT OF CHILD SAFETY AND COULD RESULT IN FURTHER PROCEEDINGS FOR PERMANENT GUARDIANSHIP PURSUANT TO A.R.S §8-871 ET SEQ OR TERMINATION OF YOUR PARENTAL RIGHTS PURSUANT TO §8/533 ET SEQ.*

Superior Court of Arizona in Maricopa County, Juvenile Court

## Preliminary Protective Hearing Conference:

### Interested Parties Attendance Sheet

DATE: **Monday July 2, 2018**

RE: **Scianna**

JD# **36034**

| Print Full Name | Relationship To Case | Phone Number | Email Address |
|---|---|---|---|
| Carol Parker | Facilitator | | |
| Monica Malhotra | AAG | | |
| Tina Canale | DCS Caseworker | 602-397-7592 | tina.canale@azdcs.gov |
| Tom Stobbs | GAL for Child | | |
| David Goldfarb Shan Hayes | Counsel for Child | 602.870.9700 | dgoldfarb@gillaw.com shayes@gillaw.com |
| Sarah Richel for Sara Smith | Attorney for father | | |
| Christine Scianna | Attorney for mother | 623-521-7457 | cmwebster3753@gmail.com |
| John Scianna | Father | 623-521-7187 | JoJo.Scianna@mac.com |
| | Father | | |
| | Father | | |
| Christi Johnson | Father | | |
| Christi Johnson | DCS Supervisor | 602.771.0213 | christi.johnson@azdcs.gov |
| | | | |