ALPHABETICAL TABLE OF EXHIBITS

Plaintiffs' Response to Defendant Aurora Behavioral Healthcare-Tempe's Motion for Summary Judgment (Doc. 152)

*Scianna v. State of Arizona, et al.*, No. 21-cv-01444-DJH

| Exhibit No. | Description | Date |
|---|---|---|
| A | Deposition Transcript Excerpts – Dr. Mlak | 06/08/2023 |
| B | Aurora Behavioral Healthcare Medical Records (excerpt) | 8-11/2018 |
| C | Dr. Andrew B. Clark, M.D. Expert Report | 12/09/2023 |
| D | Deposition Transcript Excerpts – Melissa Courtright | 01/22/2024 |
| E | Aurora Behavioral Healthcare Consent Form | 09/07/2018 |
| F | Declaration of Christine Scianna | 08/09/2024 |