# EXHIBIT B

# Coding Summary Form

## ATP - AURORA BEHAVIORAL HEALTHCARE-TEMPE

| | | | |
|---|---|---|---|
| Patient Name: | Scianna, Brooke | Medical Record Number: | 119188 |
| Account Number: | 1812439 | Discharge Date: | 11/21/2018 |
| Admission Date: | 8/25/2018 | Sex: | F - Female |
| LOS / Override LOS: | 88 / - | Encounter Type: | IP - Inpatient |
| BirthDate/Age: | 07/14/2001 - 17 y | Record Status: | I - Incomplete |
| Financial Class: | | Condition Codes: | |
| Attending Physician: | 108 - Mlak, Krzysztof - Psychiatrist | Value Codes/Amount: | |
| | | Origin for Admission: | 4 - Transfer from a Hospital (Different Facility) |
| Patient Status: | 01 - Discharged to home or self care (routine discharge) | | |

### ICD-10-CM Admit Diagnosis

| Code | Description |
|---|---|
| F34.81 | Disruptive mood dysregulation disorder |

### ICD-10-CM Diagnosis codes

| GF | Code | Description | POA |
|---|---|---|---|
| | F84.0 | Autistic disorder | Y |
| | F39 | Unspecified mood [affective] disorder | Y |
| | F43.10 | Post-traumatic stress disorder, unspecified | Y |
| | F42.9 | Obsessive-compulsive disorder, unspecified | Y |
| | Z62.21 | Child in welfare custody | Y |
| | E78.5 | Hyperlipidemia, unspecified | Y |
| | K59.00 | Constipation, unspecified | Y |
| | R00.0 | Tachycardia, unspecified | Y |
| | Z91.5 | Personal history of self-harm | |
| | Z65.3 | Problems related to other legal circumstances | |
| | S00.81XD | Abrasion of other part of head, subsequent encounter | |
| | Z87.39 | Personal history of other diseases of the musculoskeletal system and connective tissue | |

DRG: **884 Organic disturbances & intellectual disability**
MDC: **19 Mental Diseases and Disorders**

Memo: coded w/o dictated ds

Printed on: 11/26/2018 5:18 AM        Page 1 of 1        Primary Coder: ruby.dadia

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000003



| | Patient Name: | Scianna, Brooke |
|---|---|---|
| | MR No.: | 119188 |

## DISCHARGE SUMMARY

**PATIENT NAME:** Brooke Scianna

Date: 11/21/2018 at 10:37 AM

**I. Admitting Diagnosis (Primary)**

**II. Discharge Diagnosis**

| | |
|---|---|
| Primary: | UNSPECIFIED MOOD AFFECTIVE DISORDER. |
| | AUTISTIC DISORDER, SEVERE, WITH LANGUAGE IMPAIRMENT. |
| | HISTORY OF OBSESSIVE-COMPULSIVE BEHAVIOR. |
| | HISTORY OF POSTTRAUMATIC STRESS DISORDER. |
| Medical: | HYPERLIPIDEMIA. |
| | NORMALIZED AST/ALT. |
| | HISTORY OF RHABDOMYOLYSIS IN APRIL 2018. |
| Psychosocial Stressors: | TEMPORARY WARD OF DCS. |

**III. Reason for Admission and Chief Complaint:** Mood instability, aggression, and self-injury.

**IV. Course of Treatment:** The patient is a 17-year-old female with established autism with language impairment, who presented for hospitalization after she had been severely aggressive in the DDD group home. She presented to the ER with abrasions on her face after having been restrained. DCS was involved due to allegations of abuse and neglect at the DDD group home.

Upon admission, her previously prescribed medications were continued, including Thorazine 25 mg three times a day which was started in the ER and clonidine 0.1 mg twice a day but discontinued Benadryl and clomipramine due to unclear benefit. The patient exhibited emotional dysregulation. She was frequently aggressive towards staff and peers. She required as-needed medication and exhibited stereotyped and repetitive behaviors, including pacing, opening and closing doors repeatedly, and bathing. She had also been defecating in the shower. Throughout the course of hospitalization, the patient continued to exhibit emotional dysregulation and was exhibiting mood lability as her demeanor changed from irritable, crying, and angry to periods of mood elevation, laughing suddenly, and at times appearing fearful and was exhibiting self-injury as a way of self-regulating. She frequently placed her teeth next to her wrist to stimulate sensation. She would engage in self-injury by hitting her head repeatedly or biting herself in addition to hitting staff. She was continued on her birth control which was periodically not given due to not having the home supply. She was also provided Colace, omega-3 fatty acids, and vitamin D. The patient continued on her home medication while behavioral data was collected. She remained on a one-to-one level of observation due to severity of aggression and self-injury. She often times exhibited poor frustration tolerance and could not tolerate delay in response such as when she would hit staff if not immediately comply with her request to open the door or when interrupted from stereotyped behavior. After approximately two weeks of hospitalization, Thorazine was discontinued and Haldol was recommended targeting mood instability, irritability, and explosive aggressive and self-injurious behavior which were not effectively addressed with Thorazine or other atypical antipsychotics or mood stabilizer or combinations of both. DCS who had legal custody provided consent for the medication. The patient began to experience signs of EPS, including stiffness and rigidity and a tremor which resolved with administration of Cogentin. Additionally, Benadryl was started to help regulate sleep. The patient began to gradually exhibit reduced irritability and fewer aggressive and self-injurious behaviors. Her sleep was more consistently regulated but had periodic disruption. The patient's mother who did not have legal rights opposed to use of Haldol and any antipsychotics despite several discussions with author about the risks and cons of use of an antipsychotics. Mother expressed concerns about previous rhabdomyolysis, which occurred in April 2018 but did not exhibit any clinical signs during this hospitalization. Haldol continued to be utilized to complete a therapeutic trial as the patient had demonstrated moderate improvement. ==A consultation with the medical director occurred due to mother's strong opposition to the use of that medication. Trileptal was added with a plan to taper Haldol due to lack of consistent benefit and strong parental objection which was recommended following consultation with the medical director. Trileptal was titrated and Haldol was discontinued.== Cogentin was discontinued, but Benadryl was maintained for sleep. The patient tolerated

Page 1 of 4

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000004



| | Patient Name: | Scianna, Brooke |
|---|---|---|
| | MR No.: | 119188 |

## DISCHARGE SUMMARY

medication changes without any apparent side effects. She continued to exhibit periodic episodes of agitation, self-injury, and aggressive behavior; but the frequency remained relatively low compared to the level seen upon admission. By mid-October, the patient had showed consistent and sustained improvement in emotional dysregulation with reduced aggressive behaviors. Her discharge, however, was delayed due to lack of disposition as mother opposed DCS recommendations and author's recommendations for group home placement, and emergency court hearing was held which then proceeded to the trial in which the patient's disposition was ruled to remain under the legal custody of DCS but to return home to mother's home. At the time of discharge, the patient continued to exhibit emotional dysregulation, irritability, low frustration tolerance, and periodic self-injury. She will continue to need continuous monitoring in home support and respite services for the family.

The following is a discharge summary by Kattla Luevano, SNU therapist: The patient was admitted on 08/25/2018 and was hospitalized at Aurora Behavioral East Specialized Needs Unit for 88 days. Throughout her stay, the patient had many emotional and behavioral cycles. The patient came in dysregulated on her first and took 26 showers to self-regulate. The patient did not engage in any activities and appeared labile, restless, and agitated. Within one week, the patient reduced her showers and baths to less than five a day and replaced her showers with going to the swing. The patient was observed going to the swing for less than five minutes, requested to return to the unit, and then requested to return to the swing again. The patient targeted preferred staff to meet her needs. The patient became very agitated that staff did not fulfill her request immediately as she attempted to hit others, bite herself, and bang her head against the wall. Throughout her stay, the BCBA worked with the patient on tolerance training, increased ability to request, and ignore low-intensity hits and bites, use visual schedules, and use PECS strip to increase communication.

The patient responded well to the interventions implemented by the BCBA but then regressed at the end of October and started demonstrating repetitive behaviors. The patient started to close the patient's rooms, turn off bathroom lights, and remove everything that was on the nurse station's counter. In the beginning of November, the patient began to take all the trash bags on the unit and put them in her room. When the repetitive behaviors started, her number of request for baths increased and her tolerance for waiting for a preferred item decreased.

During her stay, she was in one hold, 09/09/2018 for danger to others and self. There were 13 CFT meetings and four training sessions. CFTs held in September and October were tense as the mother did not agree with medication regimen that Dr. Mlak was providing even though DCS was supporting him. Several times, mother yelled at the DCS case manager and writer to demonstrate that she was upset that Anafranil was discontinued and Haldol was started. Mother claimed that the patient had negative reactions to antipsychotics. DCS case manager and writer welcomed any documentation she had to support her concern. Mother and support team from Arizona Childen's scanned several hospital record and doctor's notes but none indicated that the patient had any negative reactions to antipsychotics. On 09/21/2018, mother filed a complaint against Aurora, stating, "I'm very disappointed in her medical treatment at Aurora at this time." This is when visits from family members and outpatient teams increased which would dysregulate the patient. Aurora suspended visits for three days with the support of DCS and then requested a 24-hour notice for anyone who wanted to visit the patient. This helped staff collect effective data for the FBA. Throughout the CFTs, DCS reminded mother that she could not make any medication changes as DCS continued to be the legal guardian. During this period, writer had to redirect mother and reminder her that everyone is working together for the best of the patient.

Trainings were offered in September and October, but 11/05/2018 was the first training that mother attended. Mother and her boyfriend and two staff members of CFSS attended the two-hour training on FBA with the BCBA on 11/05/2018. Mother and one staff from CFSS attended another two-hour training on the unit with the BCBA on 11/12/2018. Also, six staff members of CFSS attended a two-hour training on FBA with the BCBA on 11/20/2018 and 11/21/2018. All of the trainings with mother and CFSS went well according to Aurora's BCBA.

The patient's discharge had to be postponed three different times due to no placement. Finally, a trial was scheduled on 11/15/2018. The patient's original discharge date was on 10/23/2018 and was rescheduled to 10/31/2018 and since court was scheduled for 10/30/2018 to discuss placement. On 10/30/2018, the judge requested more clarification from the physician's involved regarding the recommendation on where the patient should be discharged. A trial was

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000005



| | |
|---|---|
| Patient Name: | Scianna, Brooke |
| MR No.: | 119188 |

## DISCHARGE SUMMARY

scheduled for 11/15/2018 to determine placement. Dr. Mlak and Aurora's BCBA were _testified_. As a result, the judge ordered the patient to return home with wraparound services. However, DCS will continue to be the legal guardian.

A dependency hearing is scheduled in February 2019. DCS approved mother to switch behavioral health agency from Aurora Children's Association to Child and Family Support Services.

Mother had an intake with CFSS on 11/21/2018 at 09:00 a.m. and a medication management appointment with CFSS on 11/21/2018 at 03:00 p.m. CFSS is providing the patient wraparound services.

**V. Laboratory and Imaging:** Throughout the hospitalization, the patient's AST was elevated in addition to total cholesterol. AST peaked at 78 but trended and returned to normal limits. Total cholesterol was 187. A medical consultant was involved in the patient's medical decision-making.

**VI. Mental Status Examination**

**Appearance:** Limited self-care. Attitude was calm.
**Behavior:** Calm.
**Eye Contact:**
**Speech:** Characterized by vocalization.
**Orientation:** She was alert.
**Attention:** Attention span was sustained as observed by the patient's ability to sustain attention during tasks.
**Motor:** No disturbance
**Thought Process:** Unable to be assessed due to lack of language.
**Thought Content:** Unable to be assessed due to lack of language.
**Perception:** No hallucinations.
**Mood:** Euthymic but easily frustrated.
**Affect:** Shallow in depth.
**Insight:** Poor per her behavior.
**Judgment:** Poor per her behavior.
**Recent Memory:** Not able to be formally assed due to lack of language.
**Remote Memory:** Not able to be formally assed due to lack of language.
**Abstract Reasoning:** Not able to be formally assed due to lack of language.
**Intelligence:** Below average.

**Check one of the following:**
\_\_\_\_\_ Two or more antipsychotic medications prescribed at discharge.
*If selected, please indicate justification for the patient being discharged on two or more antipsychotic medications.*
\_\_\_\_\_ History of at least three failed multiple trials of monotherapy.
\_\_\_\_\_ Plan to taper to monotherapy due to previous use of multiple antipsychotic medication or cross-taper in progress at time of discharge.
\_\_\_\_\_ Augmentation of Clozapine.

Others:

Discharge Risk Factors: Severity of developmental disability, aggression, and impulsivity.

**VII. Functional Status** Clinically stable for discharge
**Physical Functioning:** The patient will need continuous observation and support to maintain safety and ADLs.
**Social Functioning:** Requires continuous monitoring
**VIII. Condition at Time of Discharge**

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000006

Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote  / #106 / A
Doctor:           Mlak, K.



# PSYCHIATRIC EVALUATION

**Patient Name:** Scianna, Brooke
**Author:** Krzystof Mlak, M.D.

**Medical Record Number#:** 119188
**Attending:** Krzystof Mlak, M.D.

**Date of Evaluation:** 08/26/2018 at 01:01 PM

**Chief Complaint:** The patient is a 17-year-old female (the patient is functionally nonverbal).

**History of Present Illness:** The patient presents with established autistic disorder, disruptive mood dysregulation disorder, and past history of OCD and PTSD.

She presents for this hospitalization after a recent removal from biological mother and placement into a group home called Care and Dignity Group Home, which has resulted in multiple explosive aggressive outbursts and multiple referrals to the emergency department as well as police intervention. She was referred here by Arrowhead Abrazo Hospital System.

The patient presents as functionally nonverbal. Staff reports that she is able to occasionally say single word and mostly uses gesture and PECS as a mode of communication.

For the purpose of this evaluation, the patient was observed. Collateral information was obtained from staff, chart review, and attempts to contact her mother, Ms. Christine Scianna, and left messages.

The patient presents with severe developmental disability complicated by poor impulse control and emotional dysregulation with frequent self-injury and explosive aggressive outburst. She engages in stereotype behaviors such as hitting her head and biting her hand. She becomes destructive and aggressive at times when interrupted from cleaning rituals. In the group home, she has been having multiple explosive outbursts and there are concerns over inappropriate management which at least on one occasion resulted in the patient experiencing abrasions on her face from being restrained.

Furthermore, she has tried to run away from that group home repeatedly.

The patient has established mood disorder with low frustration tolerance and emotional reactivity. She previously engaged in repetitive behaviors such as showering up to 20 times a day as well as sexually inappropriate behaviors such as touching her breasts and genital.

She has an extensive history of aggressive behavior resulting in a significant injury towards her grandparents. Her sleep has been dysregulated and she has variable energy levels and has been described as restless as well as sleeping throughout the day.

She is described to have OCD and PTSD although these diagnoses were achieved as unclear past review of documentation. She does engage in repetitive behaviors in the past and engage in cleaning cycles.

**Past Psychiatric History:** Prior Admission to Aurora SNV, 4/2018, 1/2018 And inpte Community hospitals. Prior Medication multiple Antipsych

**Drug and Alcohol History:** No known history of substance abuse although the patient was being administered medical marijuana in the form of gummies throughout her life by her mother who has a medical marijuana license.

Page 1

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000026

```
Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:           Mlak, K.
```

**PSYCHIATRIC EVALUATION**
Patient Name: Scianna, Brooke                          Medical Record Number: 119188

Trauma and Abuse History: Unspecified. The patient has a diagnosis of PTSD. Notably, she had been inappropriately physically managed at home and was observed to be in chokehold by family members which led in part to her removal in June 2018.

**Medical History:** She currently has no active medical problem. Her physical examination was completed yesterday in the afternoon and was otherwise unremarkable. Tachycardia was noted as well as dietary restrictions.

Notably, surrounding most recent hospitalization to SNU at Aurora Behavioral, the patient experienced rhabdomyolysis attributed to excessive physical restraint and required medical management for approximately seven days prior to transfer to Aurora Behavioral Health. There were no significant sequelae that had persisted.

Upon workup at Abrazo Arrowhead Campus, the patient received CT neuroimaging which was unremarkable. Her laboratory workup was remarkable for moderate level of blood in her urinalysis, glucose level of 123, AST of 54 units per liter, and pulse rate elevation of 105 beats per minute. Notably, she received multiple medications for agitation including Haldol and Ativan throughout her stay in the ER.

Developmental History: The patient had social and language delays consistent with severe autism. She had previously received special education services in school, which were unspecified.

**Social History:** She was raised by her mother. Her parents live in a separate household and both were involved in her care. She is currently a temporary ward in a foster care system and her DCS worker is Ms. Melissa Courtright.

Family Relationships: She is currently living in a group home. She was previously living with her mother and periodically with her father.

Significant Family Medical and Psychiatric History: There are chronic health problems in paternal family history and no known significant family history psychiatrically.

**Allergies and Reactions:** DESCRIBED TO RISPERIDONE BUT ARE UNSPECIFIED.

**Current Medications:** Benadryl 25 mg twice a day, clomipramine 50 mg at bedtime, and clonidine 0.1 mg twice a day.

**Review of Systems:** As conducted by the medical consultant was essentially negative across all systems.

Gait and Station: No deficits are noted.

Abnormal Movements: None present.

Physical Complaints: None observed or reported.

**Examination:**
Vital Signs: Pulse: 136. Respirations: 16. Blood Pressure: 134/87. Height: 5 feet 7 inches. Weight: 113 pounds.

**Mental Status Examination:**
- General Appearance: Disheveled. She has abrasions on the right aspect of her face. Attitude is calm and pacing repeatedly throughout the hallway. She is observed to take her staff's hand and lead her down the hallway to indicate that she wants to go for a walk around the unit. During this

Page 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000027

**PSYCHIATRIC EVALUATION**
Patient Name: Scianna, Brooke

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Medical R  Doctor:  Mlak, K.

period of observation, the patient began to suddenly lash out at staff by striking with an open hand and fist. After a brief scuffle lasting 5 seconds, the patient was redirected to walk down the hallway and had appeared calm again.
- Mood and Affect: Affect is shallow in depth and constricted. Her mood is labile.
- Speech: Nonverbal.
- Thought Process: Not able to assess due to nonverbal state.
- Associations:
- Thought Content: Not able to assess due to nonverbal state.
  - Suicidal:
  - Homicidal:
  - Abnormal Perceptions: Not able to clearly assess during nonverbal state; however, she is not observed to be responding to internal stimuli.
- Delusion:
  - Hallucinations.
- Orientation: She is alert.
- Attention Span and Concentration: Unable to be assessed due to the patient's nonverbal state.
- Recent and Remote Memory: Unable to be assessed due to the patient's nonverbal state.
- Abstract Reasoning: Unable to be assessed due to the patient's nonverbal state.
- Language:
- Fund of Knowledge/Estimate of Intelligence: Intelligence is not able to be formally assessed. She appears to understand directions and understand choices.
- Judgment and Insight: Judgment is poor as evident in her behavior. Insight is unable to be assessed due to her nonverbal state.
- Gait and Station or Muscle Strength and Tone:

Suicidal Ideation: Not able to be assessed due to nonverbal state although exhibits unpredictable behavior.
Homicidal Ideation: Not able to be assessed due to nonverbal state although exhibits unpredictable behavior.

**Risk Assessment:** At imminent risk of danger to self and others

**Patient's Strengths:** Assets: Good health and functional but nonverbal communication skills.

**Patient's Limitations:** Liabilities and Special Needs: She is nonverbal, incapable of independent living, unstable family and limited support system, and current foster care placement and temporary ward of DCS.

PLAN OF CARE:
Problems to be Addressed: Aggressive and violent behavior and dangerousness to self and others.
Medical Problems: Not applicable.
Short-Term Goals: To decrease and minimize aggression and violent behavior as well as agitation, stabilize on medication, and coordinate with DCS.
Level of Observation: One-to-one level of observation due to aggression and mood instability as well as sexualized behavior.
Precautions: Aggression and assault precautions, elopement precautions, self-harm precautions, and sexually acting out precautions.

Prognosis: Guarded due to severity and chronicity of developmental condition.

Page 3

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000028

**PSYCHIATRIC EVALUATION**
Patient Name: Scianna, Brooke

Name: Scianna, Brooke
Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Mlak, K.

**DIAGNOSIS:**

**PRIMARY DIAGNOSES:** DISRUPTIVE MOOD DYSREGULATION DISORDER.
AUTISTIC DISORDER.
HISTORY OF POSTTRAUMATIC STRESS DISORDER.
HISTORY OF OBSESSIVE-COMPULSIVE DISORDER.

**MEDICAL DIAGNOSIS:** HISTORY OF RHABDOMYOLYSIS BUT NONE CURRENTLY.

**PSYCHOSOCIAL STRESSORS:** LEGAL ISSUES, TEMPORARY COURT ORDER, DCS.

**Initial Treatment Plan:** Initial pharmacological approach includes taper and discontinuation of clonidine, clomipramine, and Benadryl due to unclear benefit given the patient's difficulties. We will pursue a trial of Thorazine 25 mg three times a day targeting mood instability and explosive aggressive behavior which may coincidentally benefit from previous repetitive/stereotype behaviors attributed to OCD. Otherwise, involve all aspects of unit programming including group, OT, speech, and school activities. Psychiatric rounds to manage medication and coordination with DCS regarding placement.

**Estimated Length of Stay:** 30 to 45 days.

**Coordination of Care:** With outpatient providers and DCS, Ms. Courtright.

**Initial Discharge Plan:** Return to group home per DCS instruction.

PHYSICIAN Signature: _____ Date and Time Signed: 9/3/18 11²⁵
Krzystof Mlak, M.D.

DR: KM:jac
DD: 08/27/2018
DT: 08/28/2018
Job #: 49970000005

Page 4

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000029

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):
staff/treatment team

Misc:
-discontinued benadryl and clomipramine due to unclear benefit
-mother has not responded to author attempts to establish contact
-Court hearing will be held again on emergent basis prior to d/c to determine placement.

**Assessment:**
Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression. This represent significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
|---|
| DMDD, ASD severe h/o OCD h/o PTSD |
| **Medical Diagnosis** |
| none currently but h/o of rhabdomyolysis in 4/2018. |
| **Psychosocial and Environmental Stressors** |
| ☐ Health Problems    ☐ Lack of Healthy Supports    ☐ Financial Problems    ☐ Housing Issues |
| ☑ Other: temporary ward of DCS |

**Estimated Length of Stay:** 25-30 days

**Circumstances that support continued inpatient hospitalization:** (Check all that apply)

- ☐ Change in diagnosis/ Treatment Plan: _____
- ☑ Medication adjustment in inpatient setting needed: _____
- ☑ Continued use of "PRN" medications to regulate mood, thought or behavior
- ☑ No less restrictive setting appropriate and/or available at this time
- ☑ Condition can be more efficiently or more rapidly treated as an inpatient
- ☑ Significant regression anticipated without continuity of care
- ☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care
- ☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation
- ☑ Danger to Self/ other.
- ☐ Other: _____

**Plan:**

1. Discontinue thorazine due to lack of benefit
2. ==Recommend haldol 1mg TID for mood instability not responding to 1st and 2nd line tx==
3. Recommend trial of lithium for mood instability not responding to 1st and 2nd line tx
4. Continue clonidine 0.1m BID for hyperactivity
5. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
6. maintain 1:1 observation for safety but limit to daytime 6am-10pm
7. continue behavioral modification
8. coordinate care with DCS

Name/Signature: Krzysztof Mlak, M.D.    Date: 9/7/2018    Time: 1433

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Page 2 of 2    Patient Label

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000217

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

Staff/treatment team described pts response to behavioral intervention and behavior deterioration without consistent reinforcement and lack of structure/ clear expectations
-pt did not obtain labs draw this morning

**Assessment:**

Brooke demonstrates ealry progress toward treatment goals regarding mood lability, with prominent irritability, aggressive and compulsive behavior. She experienced EPS after starting haldol which resoled with cogentin and is sleeping better since taking benadryl. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
|---|
| DMDD, ASD severe, h/o OCD, h/o PTSD |
| **Medical Diagnosis** |
| Repeat labs 8/26 reveal AST 78 and Tchol 187 and recent h/o elevated AST 55 none currently but h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems   ☐ Lack of Healthy Supports   ☐ Financial Problems   ☐ Housing Issues
☑ Other: temporary ward of DCS

**Estimated Length of Stay:** 25-30 days

**Circumstances that support continued inpatient hospitalization:** (Check all that apply)

☐ Change in diagnosis/ Treatment Plan: _____
☑ Medication adjustment in inpatient setting needed: _____
☑ Continued use of "PRN" medications to regulate mood, thought or behavior
☑ No less restrictive setting appropriate and/or available at this time
☑ Condition can be more efficiently or more rapidly treated as an inpatient
☑ Significant regression anticipated without continuity of care
☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care
☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation
☑ Danger to Self/ other.
☑ Other: remains on 1:1 for sfaety

**Plan:**

1. Continue haldol 2.5mg qAM and 7.5mg qHS for mood instability (monitor for EPS)
2. Continue cogentin 1mg BID for EPS prophylaxis
3. Continue benadryl 50mg qHS for sleep
4. Continue clonidine 0.0.05mg BID but plan to dc due to unclear benefit
5. Also taking leostrin, colace, omega 3FAs, vitamin D
6. Maintain 1:1 observation for safety (increase to around the clock) and continue behavioral modification
7. Monitor I/O' s to monitor for constipation and pending abdominal x-ray and repeat AST/ALT
8. Consider restarting TCA once mood stabilization is achieved-maintain strick gluten free diet
9. Requested consultation with medical director for treatment recommendations.
10. Recommend early identification and consultation with DDD group home with training staff and if not possible, will recommend secure RTC

Name/Signature: Krzysztof Mlak, M.D.   Date: 9/25/2018   Time: 1:59

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Page 2 of 2   Patient Label

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000253



**AURORA BEHAVIORAL HEALTH SYSTEM**

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Mlak, K.

# PROGRESS NOTE

| Date (mm/dd/yy) | Time | ☐ Family Session  ☐ Staffing  ☐ COC  ☒ Other: CFT |
|---|---|---|
| 10/30/18 | 2:00pm-3pm | Present: Mom, Melissa Courtright (DCS CM), Cassandra Tisdale (HNCM lead AZ Children's), Debbie T (DDD), Adriana (WIT team supervisor CFSS), Monique (Social Worker for GAL Tom), Patirce (Family Support Partner AZ Children's), Brian K. (Aurora BCBA), and writer.<br><br>Reviewed the following.<br>Medications: Writer reviewed Brooke's current medications. Writer reported that Brooke continues to be on Trileptal, Benedryl, Colace, Loestrin, Vitamin D, and Omega 3.<br><br>Update: Writer reported that Brooke is doing well overall. She continues to be off her 1:1. Brian, BCBA, reported that today she had an incident as she got upset when another patient came into her room. She bit her hand and attempted to hit nurse and BCBA. Brian explained that the episode was less intense than her behaviors a month ago.<br><br>DCS reported that there has been no ruling for placement. Court gave 24hr to obtain a letter from Aurora's medical director on his recommendation for placement. Writer explained that Dr. Ghafoor (medical director) will be writing a letter designating Dr. Mlak to be his designee. Dr. Mlak will provide a letter on his recommendation for placement.<br><br>DCS reported that DDD has found 8 potential vendors, but none identified as of yet. Mom reported that the court ordered for Brooke to complete a psychological evaluation at Phoenix Children's Hospital. Writer expressed barriers to transporting Brooke and attending that appointment while she is hospitalized. Writer will email DCS the barriers so she can present it to court.<br><br>BCBA reported that he will have a doc-to-doc with Dr. Mlak and Dr. Web later this week. Adriana (CFSS) provided a support proposal if Brooke comes home to mom's house.<br><br>Next CFT – 11/6/18 4:30 pm.<br><br>Kattia Luevano MC 10/30/18 3:12 pm  _(signature)_ |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000615

```
Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor:        Mlak, K.
```



# AURORA BEHAVIORAL HEALTHCARE TEMPE
## 6350 S. Maple Avenue
## Tempe, Arizona  85283

I, Tariq Ghafoor, MD, as the Medical Director of Aurora Behavioral Health, Tempe, assign Krzysztof Mlak, MD, as my designee for matters related to patients being treated on the hospital's Special Needs (Coyote) Unit.

_____
Name, Signature, Title of Staff Member

1-31-18
Date

Aurora Behavioral Healthcare Tempe
Original: 5/1/10

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000621

| | |
|---|---|
| **Complaint - Kattia Luevano** | Page 1 of 1 |

Name: Scianna, Brooke
Adnum: 1812448  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA:
Unit:
Doctor:    N/A

# Complaint

**Christine Webster <cmwebster3753@gmail.com>**

Fri 9/21/2018 11:29 AM

To: Kattia Luevano <kattia.luevano@aurorabehavioral.com>;

Cc: Anne Ronan <aronan@aclpi.org>; DeeAn Gillespie <DGillespie@gillaw.com>; Stacy Hayes <SHayes@gillaw.com>; susan@arizonasunrays.com <susan@arizonasunrays.com>;

I'm going to file a complaint. I'd like the name of the director of Aurora. The doctor is completely ignoring me and refuses to take her off the Haldol. Her one on one told me she's not the same Brooke and that she's voiced her opinion and has been ignored, as well. When I have patients at that hospital telling me Brooke's attacking staff and hitting her head twice in one day, that doesn't show the medication side effects being resolved as the doctor put it. Staff told me as well and Brooke doesn't show any signs of cough or runny nose or illness and yet, even though it's associated with her condition, he still is ignoring me as a parent with proof.

My daughter has been in almost a month and will end up with a longer tone in patient than any other stay, because the doctor chose to change all her meds after being abused and neglected in a home and wasn't even getting taken to appointments and neglected to bring her to a emergency medical appointment at Arizona Children's Association, as well. ACA has it notated she has bad reactions to antipsychotics, but this doctor still refuses to listen to anything I say. The doctor she had last April was so much better and she didn't show these behaviors at Aurora on that doctor's regimen.

I'm very disappointed in her medical treatment at Aurora this time.

Respectfully,

Christine

--
null

CONFIDENTIAL DOCUMENT - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

https://west.exch083.serverdata.net/owa

AURORA(SCIANNA) 000664
9/21/2018