# EXHIBIT E



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Pa   Adnum: 1812439 DOB: 07/14/01  Age: 17
     MedRec#: 0119188 Sex: F DOA: 08/25/18
D.   Unit: Coyote / #106 / A
     Doctor:   Mlak, K.

## INFORMED CONSENT FOR ADOLESCENT MEDICATION

The following information has been reviewed with me by a qualified medical professional for each medication listed below:
- The diagnosis and target symptoms for the medication recommended;
- The possible benefits/intended outcome of treatment, and as applicable, all available procedures involved in the proposed treatment;
- The possible risks and side effects, including risks of medication to pregnant women and women who are breast feeding;
- The possible results of not taking the recommended medication;
- The possibility that the medication dose may need to be adjusted over time, in consultation with the behavioral health medical practitioner;
- The right to actively participate in the treatment by discussing medication concerns or questions with the behavioral health medical practitioner;
- The right to withdraw voluntary consent for medication at any time (unless the use of medications in my treatment is required in a Court Order or in a Special Treatment Plan); and
- For persons under 18 years of age, the FDA status of the medication and the level of evidence supporting the recommended medication.

*I understand the medication information that has been provided to me.*
*By signing or providing verbal consent below I agree to the use of each medication.*

| Medication: Haldol Dose: mg | How Discussed: | Parent/Guardian Initials** Kaloni DCS | Behavioral Health Professional/s |
|---|---|---|---|
| Route: PO  Frequency: TID 5mg | ☐ In-person  ☑ Telephone (2 RN verification) | | |
| New medication? ☑ Yes ☐ No | | Date / Time 9/7/18 | Date / Time 9/7/18 |
| Change in dose and/or frequency? ☐ Yes ☐ No | | | |
| Target Symptoms to be addressed* Mood | | | |

| Medication: Ativan Dose: 1 mg | How Discussed: | Parent/Guardian Initials** | Behavioral Health Professional/s |
|---|---|---|---|
| Route: PO  Frequency: | ☐ In-person  ☑ Telephone (2 RN verification) | | |
| New medication? ☑ Yes ☐ No | | Date / Time | Date / Time 9/8/18 |
| Change in dose and/or frequency? ☐ Yes ☐ No | | | |
| Target Symptoms to be addressed* Mood | | | |

| Medication: Guanfine Dose: 1-4 mg | How Discussed: | Parent/Guardian Initials** DC  MC | Behavioral Health Professional/s |
|---|---|---|---|
| Route: PO  Frequency: | ☐ In-person  ☑ Telephone (2 RN verification) | | |
| New medication? ☑ Yes ☐ No | | Date / Time 9/14/18  1300 | Date / Time 9/14/18  1300 |
| Change in dose and/or frequency? ☐ Yes ☑ No | | | |
| Target Symptoms to be addressed* GPS | | | |

| Medication: Benadryl Dose: | How Discussed: | Parent/Guardian Initials** DC  MC melissa | Behavioral Health Professional/s |
|---|---|---|---|
| Route: PO  Frequency: | ☐ In-person  ☐ Telephone (2 RN verification) | | |
| New medication? ☑ Yes ☐ No | | Date / Time 9/14/18  1300 | Date / Time 9/14/18  1300 |
| Change in dose and/or frequency? ☐ Yes ☑ No | | | |
| Target Symptoms to be addressed* Mood | | | |

**Ensure informed consent form with original parent/guardian signature is located in the patient's medical record.**
**If consent obtained by telephone individual may initial and date at next face-to-face visit.**

| Parent/Guardian Printed Name | Kaloni   DCS | Signature | | Initials | |
|---|---|---|---|---|---|
| Clinician Obtaining Consent – Printed Name | Tracy Frank RN | Signature | | Initials | |
| Clinician Obtaining Consent – Printed Name | T Hall  RN | Signature | | Initials | TH |
| Clinician Obtaining Consent – Printed Name | Josh Agnes | Signature | | Initials | |
| Clinician Obtaining Consent – Printed Name | Hilary Pagano Graussen | Signature | | Initials | HPC |

RN- Adolescent Medication Informed Consent – Original 3/2/2018

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

**AURORA(SCIANNA) 000150**


**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
Pat  MedRec#: 0119188  Sex: F  DOA: 08/25/18
D.( Unit: Coyote  / #108 / A
Doctor:   Miak, K.

## INFORMED CONSENT FOR ADOLESCENT MEDICATION

The following information has been reviewed with me by a qualified medical professional for each medication listed below:
- The diagnosis and target symptoms for the medication recommended;
- The possible benefits/intended outcome of treatment, and as applicable, all available procedures involved in the proposed treatment;
- The possible risks and side effects, including risks of medication to pregnant women and women who are breast feeding;
- The possible results of not taking the recommended medication;
- The possibility that the medication dose may need to be adjusted over time, in consultation with the behavioral health medical practitioner;
  The right to actively participate in the treatment by discussing medication concerns or questions with the behavioral health medical practitioner;
  The right to withdraw voluntary consent for medication at any time (unless the use of medications in my treatment is required in a Court Order or in a Special Treatment Plan); and
- For persons under 18 years of age, the FDA status of the medication and the level of evidence supporting the recommended medication.
  *I understand the medication information that has been provided to me.*
  *By signing or providing verbal consent below I agree to the use of each medication.*

| Medication/Route/Frequency | How Discussed | Parent/Guardian Initials** | Behavioral Health Professional/s |
|---|---|---|---|
| Medication: TRILEPTAL  Dose: 150  Route: PO  Frequency: 2×DAY 600 mg  New medication? ☑ Yes ☐ No  Change in dose and/or frequency? ☐ Yes ☐ No  Target Symptoms to be addressed* MOOD | ☐ In-person  ☑ Telephone  (2 RN verification) MELISSA DCS | DCS Melissa  Date/Time 9/28/18 | PC  Date/Time 9/28/18 |
| Medication: Trileptal  Dose: 300 mg  Route: PO  Frequency: BID  New medication? ☐ Yes ☑ No  Change in dose and/or frequency? ☐ Yes ☑ No  Target Symptoms to be addressed* mood | ☐ In-person  ☑ Telephone  (2 RN verification) Tanner ACM-DCS | DCS 10/2/18 @2334 | no  Date/Time 10/2/18  2338 |
| Medication: TRILEPTAL  Dose: 300 mg  Route: PO  Frequency: BID  New medication? ☐ Yes ☐ No  Change in dose and/or frequency? ☐ Yes ☐ No  Target Symptoms to be addressed* Mood | ☐ In-person  ☑ Telephone  (2 RN verification) | DCS  Date/Time 10/9/18 1800 | Date/Time 10/9/18 1800 |
| Medication: TRILEPTAL  Dose: 150  Route: PO  Frequency: BID  New medication? ☐ Yes ☑ No  Change in dose and/or frequency? ☑ Yes ☐ No  Target Symptoms to be addressed* MOOD | ☐ In-person  ☐ Telephone  (2 RN verification) | DCS  Date/Time 10/9/18 1800 | Date/Time 10/9/18 1800 |

**Ensure informed consent form with original parent/guardian signature is located in the patient's medical record.**
**If consent obtained by telephone individual may initial and date at next face-to-face visit.**

| Parent/Guardian Printed Name | | Signature | | Initials |
|---|---|---|---|---|
| Clinician Obtaining Consent – Printed Name | Robin Greeny RN | Signature | RN | PC |
| Clinician Obtaining Consent – Printed Name | Ntakule Obong LPN | Signature | N | NO |
| Clinician Obtaining Consent – Printed Name | Joseph Agresti | Signature | Agresti RN | JA |
| Clinician Obtaining Consent – Printed Name | | Signature | Beverly M Lewis, RN,BSN,M.Sp.Ed. | W |

RN- Adolescent Medication Informed Consent – Original: 3/2/2018

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000151



Name: Scianna, Brooke
Adnum: 1812433  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Mlak, K.

## INFORMED CONSENT FOR ADOLESCENT MEDICATION

The following information has been reviewed with me by a qualified medical professional for each medication listed below:
- The diagnosis and target symptoms for the medication recommended;
- The possible benefits/intended outcome of treatment, and as applicable, all available procedures involved in the proposed treatment;
- The possible risks and side effects, including risks of medication to pregnant women and women who are breast feeding;
- The possible results of not taking the recommended medication;
- The possibility that the medication dose may need to be adjusted over time, in consultation with the behavioral health medical practitioner;
- The right to actively participate in the treatment by discussing medication concerns or questions with the behavioral health medical practitioner;
- The right to withdraw voluntary consent for medication at any time (unless the use of medications in my treatment is required in a Court Order or in a Special Treatment Plan); and
- For persons under 18 years of age, the FDA status of the medication and the level of evidence supporting the recommended medication.

*I understand the medication information that has been provided to me.*
*By signing or providing verbal consent below I agree to the use of each medication.*

| Medication: Trileptal  Dose: 600mg  Route: PO  Frequency: BID  New medication? ☐ Yes ☑ No  Change in dose and/or frequency? ☑ Yes ☐ No | How Discussed: ☐ In-person ☑ Telephone (2 RN verification) With Who (name & relationship) Evelyn Barkman  Date / Time 11/9/18  2115 | Parent/ Guardian Initials** via Phone | Behavioral Health Professional/s VMB  LD  Date / Time → 11/9/18 2115 |
|---|---|---|---|
| Target Symptoms to be addressed* Mood | | | |

| Medication: Keflex  Dose: 500mg  Route: PO  Frequency: TID  New medication? ☑ Yes ☐ No  Change in dose and/or frequency? ☐ Yes ☑ No | How Discussed: ☐ In-person ☐ Telephone (2 RN verification) With Who (name & relationship) Evelyn Barkuwalz  Date / Time 11/9/18  2115 | Parent/ Guardian Initials** via Phone | Behavioral Health Professional/s VMB  ND  Date / Time → 11/9/18 2115 |
|---|---|---|---|
| Target Symptoms to be addressed* infection | | | |

| Medication:  Dose:  Route:  Frequency:  New medication? ☐ Yes ☐ No  Change in dose and/or frequency? ☐ Yes ☐ No | How Discussed: ☐ In-person ☐ Telephone (2 RN verification) With Who (name & relationship)  Date / Time | Parent/ Guardian Initials** | Behavioral Health Professional/s  Date / Time |
|---|---|---|---|
| Target Symptoms to be addressed* | | | |

| Medication:  Dose:  Route:  Frequency:  New medication? ☐ Yes ☐ No  Change in dose and/or frequency? ☐ Yes ☐ No | How Discussed: ☐ In-person ☐ Telephone (2 RN verification) With Who (name & relationship)  Date / Time | Parent/ Guardian Initials** | Behavioral Health Professional/s  Date / Time |
|---|---|---|---|
| Target Symptoms to be addressed* | | | |

**Ensure informed consent form with original parent/guardian signature is located in the patient's medical record.**
If consent obtained by telephone individual may initial and date at next face-to-face visit.

| | Signature | Initials |
|---|---|---|
| Parent/Guardian Printed Name | | |
| Clinician Obtaining Consent – Printed Name  Vasi M., RN | Signature ___ RN | Initials VMB |
| Clinician Obtaining Consent – Printed Name  N Dberg RN | Signature N. Dberg RN | Initials ND |
| Clinician Obtaining Consent – Printed Name | Signature | Initials |
| Clinician Obtaining Consent – Printed Name | Signature | Initials |

RN- Adolescent Medication Informed Consent – Original: 3/2/2018; Revised: 3/21/18

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000152