# EXHIBIT F

Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELD & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna, | Case No.: 2:21-cv-01444-DJH |
| Plaintiffs, | **DECLARATION OF CHRISTINE SCIANNA** |
| v. | |
| State of Arizona, *et al.*, | |
| Defendants. | |

I, Christine Scianna, state and declare as follows:

1. I was the legal decision maker for my daughter Brooke Scianna when the Department of Child Custody assumed custody of her.

2. I have cared for Brooke her entire life and, despite her being non-verbal, I understand her non-verbal cues and moods.

3. I have also spent countless hours of my life seeking to fully understand my daughter's diagnoses, treatments, and related issues. I have spent numerous hours reading professional publications on both autism and Brooke's related diagnoses, as well as

1 professional articles on any treatments (including medications) that providers have given to her.

4. While Brooke was on Haldol at Aurora Behavioral Healthcare-Tempe during September and October of 2018, I could see the direct impact of that medication on her. She was noticeably in extreme pain. Her face would go from stoic to distress, and she shuffled her feet when she walked.

5. The worst part is she would take my hand to the doors to leave and then, when she was not permitted to leave, she would cry, scream, and meltdown, because she was desperate to leave.

6. I tried for several weeks to have her taken off the Haldol by reaching out to everyone and anyone, including the Aurora's CEO.

7. Brooke suffered into the second or third week in October on Haldol until she was finally taken off of it.

8. It would take another month before she was stable enough to be discharged from Aurora around Thanksgiving, but there was a significant difference in how she was doing almost immediately after being taken off the drug.

9. While on Haldol, I observed her being confused, and experiencing spasms, loss of bladder control, muscle stiffness, blank or upset facial expressions, swelling, and noticeable shuffling.

10. Meanwhile, Brooke was abused while on Haldol at Aurora. She was the only girl in her unit, and the other residents would verbally and physically abuse her.

11. She had her hand slammed in a closing door, among other things.

12. I observed her hand after the slamming incident. I could see that it was infected, and the wound had turned black.

13. The Department of Child Safety would not authorize her to be treated for the injured hand, claiming that she would not cooperate with the x-ray process and because the agency would have to seek a new authorization for her return to Aurora.

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

14. She took 25-30 showers or baths a day to cope with being locked up and being the only girl on the unit around very aggressive boys.

15. Even after discharge, I could see the impact of her being placed on a psychotropic medication, Haldol.

16. Several times during Brooke's life various providers have administered Haldol to Brooke, and I have been able to witness Brooke's reaction firsthand. This includes times when both St. Luke's Behavioral and Banner Health administered Haldol to Brooke.

17. I witnessed changes to Brooke while she was on Haldol at Aurora that are consistent with my prior observations of her when on antipsychotic medications, including Haldol. Unfortunately, this time these issues have remained.

18. Brooke now has a very noticeable tremor in her hands, which has continued from the time Dr. Mlak administered Haldol to the present. In addition, Brooke also has involuntary movements such as grimacing and closing one eye.

19. These symptoms are indicative of both Tardive Dyskinesia and Rhabdomyosis, side effects of these medications.

20. Brooke's doctor indicated in a visit earlier this month that there is nothing that could be done about Brooke's tremors.

21. Brooke now also has problems with her balance at times, and sometimes loses her footing just walking.

22. Haldol caused urinary issues while at Aurora, and they have continued. Brooke now has accidents at night and must wear adult diapers at night.

23. Since being released from Aurora, Brooke is no longer treated with any type of antipsychotic medications. And for over a year now, without any of this type of invasive medication, she has not had a single meltdown or violent episode.

///

///

///

MILLS + WOODS LAW, PLLC
5055 North 12th Street, Suite 101
Phoenix, AZ 85014
480.999.4556

3

I affirm under penalty of perjury that the foregoing is true and correct.

DATED this 8th day of August 2024.

*Christine Webster (Aug 9, 2024 12:26 PDT)*
Christine Scianna

4

# 240809 - Declaration of Christine Scianna vers. 3

Final Audit Report                                                                 2024-08-09

| | |
|---|---|
| Created: | 2024-08-09 |
| By: | Thomas Connelly (tconnelly@millsandwoods.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAPNA7ioKDh7dvMudA1Sh7WNjYZHx7qb4u |

## "240809 - Declaration of Christine Scianna vers. 3" History

- Document created by Thomas Connelly (tconnelly@millsandwoods.com)
  2024-08-09 - 5:57:07 PM GMT

- Document emailed to Christine Webster (cmwebster3753@gmail.com) for signature
  2024-08-09 - 5:57:37 PM GMT

- Email viewed by Christine Webster (cmwebster3753@gmail.com)
  2024-08-09 - 7:26:04 PM GMT

- Document e-signed by Christine Webster (cmwebster3753@gmail.com)
  Signature Date: 2024-08-09 - 7:26:28 PM GMT - Time Source: server

- Agreement completed.
  2024-08-09 - 7:26:28 PM GMT

Adobe Acrobat Sign