# Exhibit 11

 **GLENDALE POLICE DEPARTMENT**

REPORT NO. I18120639

## Incident (Public Disclosure)

**PRIMARY OFFENSE:** CHILD/VUL ADULT ABUSE-RECKLESS

**Reporting Officer:** MARTINEZ, FRANCISCO #17707 **Approving Officer:** SINGER, ELAINE #10643

**Location:** [redacted] GLENDALE, AZ 85308 **Grid:** DJ13

**Date/Time Occurred From:** 08/22/2018 1522 **To:** 08/22/2018 1523

**Associated Internal Report(s):**

**Associated External Report(s):**

**Total Property Taken:** **Recovered:** **Damaged:**

**Prints Attempted:** **Prints Obtained:** **CST:** N

**Incident Status:** INACTIVE

**VICTIM 1 INFORMATION**

[redacted]

**SUSPECT 1 INFORMATION**

UNKNKOWN, I18120639

**INVESTIGATIVE LEAD 1 INFORMATION** ***Added via I18120639-0001***

JOHNSON, STEPHANIE

**INVESTIGATIVE LEAD 2 INFORMATION** ***Added via I18120639-0001***

COLBERT, DOMONIQUE

**INVESTIGATIVE LEAD 3 INFORMATION** ***Added via I18120639-0001***

HUFF, LAPORCHA

**PERSON REPORTING 1 INFORMATION**

UKNOWN, [redacted]

**INVOLVED VEHICLES**

**OFFENSE 1 INFORMATION**

CHILD/VUL ADULT ABUSE-RECKLESS **Code:** 13-3623B2

**Severity:** F5 **Modifier:** COMPLETED **Victim:** V1 **Suspect:** S1

**Location:** RESIDENCE: HOME **DV:** N **Home Invasion:** N

**Bias 1:** UNKNOWN (OFFENDER'S MOTIVATION NOT KNOWN) **Suspected Use 1:** UNKNOWN **Criminal Activity 1:** GANG: NONE/UNKNOWN **Group Activity 1:** UNKNOWN

**Weapon 1:** UNKNOWN

| Victim | Relationship with Suspect | Suspect |
|---|---|---|
| V1 | RELATIONSHIP UNKNOWN | S1 |

**INITIAL NARRATIVE**

I18120639 **Created By:** FMARTINEZ1 **Created On:** 09/03/2018 20:50

8/24/18 AT APPROXIMATELY 1911 HOURS, I RESPONDED TO [redacted] AT [redacted] IN

**GLENDALE POLICE DEPARTMENT**                    **Incident (Public Disclosure)**

REPORT NO. I18120639

REGARDS TO A ASSAULT CALL FOR SERVICE. UPON MY ARRIVAL I WAS CONTACTED BY NURSES WHO WERE ADVISING ME TO BE CAUTIOUS WITH V1, ▓VICTIM/JUVENILE▓ DUE TO HE BEING ▓MEDICAL▓ AND HIGHLY COMBATIVE. THEY ADVISED ME ▓VICTIM▓ IS A BITER AND WILL TRY TO HIT OR SCRATCH. THE NURSES ALSO ADVISED ME THE MOTHER WHO CALLED IS PR, ▓▓▓VR▓▓ AND SHE DOES NOT HAVE CUSTODY OF THE CHILD AND THE CHILD IN IN CUSTODY OF CHILD PROTECTIVE SERVICES.

I THEN WENT TO WERE ▓VICTIM/J.▓ WAS AND CONTACTED THE PR, ▓▓▓VR▓▓ WHO BEGAN TO ADVISE , ME SHE WAS ▓VICTIM/JUV.▓ MOTHER AND THAT THE GROUP HOME ▓VICTIM/J.▓ STAYS AT IS ABUSING HER DAUGHTER. ▓VICTIM▓ STAYS AT ▓▓▓ ADDRESS ▓▓▓ , AND ▓▓ VR▓▓ ADVISED ME THAT CRISIS INTERVENTION REPORTED TO HER THAT THE GROUP HOME STAFF PUT HER DAUGHTER IN A HEADLOCK, PUSHED HER, AND HELD HER DOWN WHILE RUBBING HER FACE ON THE CARPET. ▓VICTIM/J.▓ DID HAVE WHAT APPEARED TO BE ABRASIONS ON HER FACE THAT HAD FORMED SCABS. ▓▓▓ VR ▓▓ STATED THIS NEVER HAPPENED WHILE ▓VICTIM/J.▓ WAS IN HER CUSTODY AND THE GROUP HOME IS TRYING TO SAY THAT ▓VICTIM/J.▓ SELF INFLICTED INJURY TO HERSELF AS WELL AS WAS EATING HER OWN FECES.

I ASKED HER WHO SHE SPOKE WITH AT CRISIS WHO STATED THE GROUP HOME IS ABUSING HER DAUGHTER TO WHICH SHE STATED HER NAME IS MELISSA. MELISSA WAS NOT ABLE TO BE CONTACTED FOR THIS INCIDENT, BUT CRISIS DID LEAVE A REPORT AT THE HOSPITAL WITH ALL OF THE INFORMATION THAT OCCURRED ON 8/22/18 WHERE ▓▓▓ VR▓▓ IS STATING ▓VICTIM/J.▓ WAS ABUSED. CRISIS LEFT IN THERE REPORT THAT ▓VICTIM/J.▓ WAS HIGHLY COMBATIVE AND CAUSING SELF INJURY BY BITING HERSELF, PEELING HER SCABS, SCRATCHING HERSELF, AS WELL AS PUNCHING AND BITING GROUP HOME STAFF AND OTHER RESIDENTS OF THE GROUP HOME. THE REPORT ALSO STATED THAT ▓VICTIM/J.▓ HAS A LONG HISTORY OF SELF INFLICTING INJURY AND HAS BEEN IN AND OUT OF THE HOSPITAL. ▓VICTIM/J.▓ HAD TO BE PLACED IN FOUR POINT RESTRAINTS AND CHEMICALLY SEDATED ON 8/22/18 BEFORE BEING BROUGHT TO THE HOSPITAL. THE REPORT ALSO STATED THAT ▓VICTIM▓ WAS NO LONGER IN ▓▓ VR ▓▓ CARE DUE TO ▓▓ VR ▓▓ GIVING ▓VICTIM/J.▓ MARIJUANA AS SELF MEDICATION.

I THEN HAD RADIO CHECK ON WHAT HAPPENED ON 8/22/18 WHEN OFFICERS WERE AT ▓▓ ADDRESS ▓▓ FOR ▓VICTIM/J.▓ PER INCIDENT NUMBER 18-119487. IN THE CALL NOTES IT WAS ADVISED BY OFFICER ROCHIN THAT ▓VICTIM/J.▓ HAD SELF INFLICTED HER INJURIES AND WAS COMBATIVE AS WELL.

NURSES WERE ABLE TO ALSO PROVIDE ME WITH THE CASE WORKER INFORMATION FOR CPS FOR ▓VICTIM/J.▓

CASE MANAGER - LISA COFFMAN (▓▓PHONE #▓▓)

DCS - MELISSA COURTWRIGHT (▓▓PHONE #▓▓)

I THEN ADVISED ▓▓▓VR▓▓ OF WHAT I HAD FOUND OUT AND ADVISED THERE WAS NO CRIMINAL ASPECT OF THIS INCIDENT FOR ME TO FOLLOW UP WITH AT THIS TIME. ▓▓▓VR▓▓ ADVISED SHE WOULD TAKE THIS INCIDENT TO CHANNEL 12 NEWS.

THIS CONCLUDED MY INVOLVEMENT WITH THIS INCIDENT AT THIS TIME. PLEASE REVIEW THE VIDEO FROM MY BODY WORN AXON CAMERA FOR EXACT STATEMENTS FOR THIS IS A SUMMARY TO THE BEST OF MY KNOWLEDGE.

DCS003336

**GLENDALE POLICE DEPARTMENT**
REPORT NO. I18120639

**Incident (Public Disclosure)**

END OF REPORT.

**PUBLIC**

I18120639                    Created By: FMARTINEZ1                    Created On: 09/03/2018 20:50

ON 8/24/18, RP STATED THAT V1 WAS BEING ABUSED BY HER GROUP HOME AT ▓▓▓ADDRESS▓▓▓. NO FACTS
SUPPORTING THIS STATEMENT ARE AVAILABLE AT THIS TIME.

**SUPPLEMENTAL NARRATIVE**

I18120639-0001                    Created By: NMAGLEY                    Created On: 12/03/2018 14:06

18-120639

VULNERABLE ADULT ABUSE

SUPPLEMENT REPORT

DETECTIVE N. MAGLEY #14246

ON 9/4/2018 I WAS ASSIGNED THIS CASE AS THE CASE AGENT. AFTER REVIEWING THE ORIGINAL REPORT AUTHORED
BY OFFICER MARTINEZ #17707, I HAVE LEARNED THE FOLLOWING. THE VICTIM WAS TRANSPORTED TO ▓▓MEDICAL▓▓
▓▓▓▓▓ FOR INJURIES. IT WAS UNCLEAR IF THE INJURIES WERE SUSTAINED BY HOUSE STAFF OR SELF INFLICTED.
THE VICTIM HAS BEEN KNOWN TO SELF INJURE IN THE PAST.

OFFICERS TOOK PHOTOGRAPHS OF THE INJURIES THAT VICTIM/JU... HAD AT THE TIME. VICTIM/JU... MOTHER BELIEVES
THAT THE INJURIES WERE SUSTAINED BECAUSE GROUP HOME STAFF IS ABUSING HER. VICTIM/JUV... MOTHER,
▓▓VR▓▓ DOES NOT HAVE CUSTODY OF VICTIM/J... AND THE DEPARTMENT OF DEVELOPMENTAL DISABILITIES HAS
CUSTODY OF VICTIM/J...

I WAS CONTACTED BY THE O.C.W.I CASEWORKER MATT CALLANTA. HE ADVISED THAT HE WAS ASSIGNED THE CASE.
HE PROVIDED ME WITH THE HOUSE MANAGER'S NAME AND PHONE NUMBER. I ATTEMPTED TO CONTACT THE HOUSE
MANAGER SHAWNIE SEVERAL TIMES BY TELEPHONE BUT WAS UNABLE. ON 10/29/2018, MATT AND I ATTEMPTED
CONTACT AT THE RESIDENCE AND ATTEMPTED TO CONTACT SHAWNIE. WE DID NOT RECEIVE AN ANSWER AT THE
DOOR BUT LEFT A BUSINESS CARD CONTAINING MY CONTACT INFORMATION AND A NOTE ASKING HER TO RETURN
MY CALL REGRADING THE CASE.

I RESEARCHED ▓▓VICTIM/JUVENILE▓▓ IN SEVERAL POLICE DATABASES AND I WAS UNABLE TO LOCATE ANY PRIOR
REPORTS NAMING VICTIM/JUV... A VICTIM.

DCS003337

Exhibit 12

PATIENT CARE REPORT

Incident Number: 10311030
Date of Service: 08/22/2010 10:06:23
Incident address: 6800 W PONTIAC
DR HOUSE
City: Glendale
Patient #:
Unit: E150
Ticket Shift:
CAD Roster: ER6000 MJ6000 GP6000
NM2080
Crew: R. Adam Ellis
Paul Gill
Mark Norton
John McGee

Chief Complaint 1: ALOC
Secondary Complaint :
Type of Service Requested: EMS
Level of Service: ALS

| Call Received | Dispatched | En Route | At Scene | At Patient | Depart Scene | Arrive Hospital | Back In Service |
|---|---|---|---|---|---|---|---|
| 08/22/2010 10:54:21 | 08/22/2010 10:55:20 | 08/22/2010 10:55:26 | 08/22/2010 10:02:42 | 08/22/2010 10:02:42 | 08/22/2010 10:24:08 | 08/22/2010 10:29:14 | 08/22/2010 10:40:11 |

CALL TIMES BY UNIT

Unit # 1 : E150

| Call Received: | Dispatched: | En Route: | At Scene: | At Patient: | Depart Scene: | Arrive Hospital: | Transfer Care: |
|---|---|---|---|---|---|---|---|
| 08/22/2010 10:54:21 | 08/22/2010 10:55:20 | 08/22/2010 10:55:26 | 08/22/2010 10:02:42 | 08/22/2010 10:02:42 | 08/22/2010 10:24:08 | 08/22/2010 10:29:14 | 08/22/2010 10:40:11 |

Back In Service: 08/22/2010 10:40:11

Complete

PATIENT INFORMATION

Last Name: SCIANNA
First Name: BROOKE

Date of Birth: 07/14/2001
Age: 17
Age Units: Years
Sex: Female
Weight: 114.0 pounds

CLOSEST RELATIVE/GUARDIAN
Phone Number:
Relationship:

HISTORY

Hist. Obtained: Health Care Personnel
Barriers to Patient Care: None Noted
Medical Hx: Autistic
Advance Directives:
Presence of Emergency Information Form:
Alcohol/Drug Use Indicators: None

MRN:000806775 Acct:303356030
SCIANNA, BROOKE
17Y DOB:07/14/2001 Female 65 3
Dr.LAWRENCE BRANDON
Adm:08-22-2010 Abrazo Arrowhead Campus

MEDICATION

Medication: Clomipramine Hcl ; Clonidine ; See List
Pt Meds: Yes

SCANNED

Pt Meds

AAC-SDT-000240

ALLERGIES

Allergies: Resperidol

PATIENT PHYSICIAN/PRACTITIONER

Last Name: DNO
First Name:

WOMENS HEALTH / PREGNANCY

Pregnant?: No
Due Date:
Last Menstrual Period:
Gravidity :
Parity :
Last Fetal Movement:
Prenatal Care:
Complications:

COMPLAINTS

Injury/Illness: Illness (Medical)
Chief Complaint 1: ALOC
Secondary Complaint :
Home Conditions:
Patients Activity at Onset:
Provocation:
Quality:
Radiation:
Severity:
Time:
Work Related?:
Patients Occupational Industry:

MR:000806776 Acct:303355830
SCIANNA, BROOKE
17Y DOB:07/14/2001 Female 05 3
Dr.LAWRENCE BRANDON
Adm:09-22-2018 Abrazo Arrowhead Campus

MOI

AAC-SDT-000241

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

## NARRATIVE

Status Enroute: Pt calm

Response to Treatment: Improved. Pt more calm after versed and being placed in restraints

HPI/MOI: Pt is severely autistic pt in group home. Per staff pt will have unknown triggers that cause her to become combative and vilont with other patients and staff. Today pt started hitting, biting and kicking herself and staff. Staff is trying to get her relocated to another facility

## PATIENT ASSESSMENT

Ser # 1

Time Taken: 10:12:59
Mental Status: Alert & Oriented X 4: Yes

GCS: E=4 V=5 M=6 Total=15
Motor: Obeys commands/Normal, Spontaneous (6)
Verbal: Oriented/Coos, Babbles (5)
Eye: Spontaneous-open with blinking at baseline (4)

Neurological: Normal Baseline for Patient: Yes
Head: No Complaints/No Observed Injury: Yes; No Observed Abnormalities: Yes; Normal: Yes
Face: Abrasion: Yes (Face-General)
Neck: No Complaints/No Observed Injury: Yes; No Observed Abnormalities: Yes; Normal: Yes; Trachea Midline: Yes

Chest/Lungs: Adequate Tidal Volume: Yes; Clear & Equal Bilat: Yes; Equal Rise & Fall: Yes; No Complaints/No Observed Injury: Yes; No Observed Abnormalities: Yes; Normal: Yes
Abdomen: No Complaints/No Observed Injury: Yes; No Observed Abnormalities: Yes; Normal: Yes; Soft: Yes
Pelvis/GU: No Complaints/No Observed Injury: Yes; No Observed Abnormalities: Yes; Normal: Yes

Extremities: Contusion: Yes (All 4 extremities)
Back and Spine: No Complaints/No Observed Injury: Yes; No Observed Abnormalities: Yes; Normal: Yes

FAST Score: Facial Droop: None
Arm Drift: None
Speech: Normal
Time: 08/22/2018 10:16:58

## VITAL SIGNS

Ser # 1

Time Taken: 08/22/2018 10:09:34
Pulse Oximetry: 98 (RA)
Skin: Warm/Dry/Pink: Yes
Eye: PERRL: Yes
Cap Refill: Cap Refill less than 2 secs

BP: 120 (Laying)/0
ECG: Sinus Tachycardia
Resp Rate (BPM): 24 (NON-Labored)

ECG Type: 4 Lead

Heart Rate (BPM): 128 (Strong/Regular/Radial)
Method of ECG Interpretation: Manual Interpretation

Ser # 2

Time Taken: 08/22/2018 10:30:11
Pulse Oximetry: 98 (RA)
Skin: Warm/Dry/Pink: Yes
Eye: PERRL: Yes
Cap Refill: Cap Refill less than 2 secs

BP: 91/40
ECG: Sinus Tachycardia
Resp Rate (BPM): 24 (NON-Labored)

ECG Type: 4 Lead
Blood Glucose Level: 74.0

Heart Rate (BPM): 122
Method of ECG Interpretation: Manual Interpretation

## MONITOR IMAGES

Vitals_summary1_page1

MR:000806775 Acct:303355630
SCIANNA, BROOKE
17Y DOB:07/14/2001 Female 65 3
Dr.LAWRENCE BRANDON
Adm:08-22-2018 Abrazo Arrowhead Campus

AAC-SDT-000242

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

MR:000800776 Acct:303355030
SCIANNA, BROOKE
17Y DOB:07/14/2001 Female 65 3
Dr.LAWRENCE BRANDON
Adm:08-22-2018 Abrazo Arrowhead Campus

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

MR:000806775 Acct:303355630
SCIANNA, BROOKE
17Y DOB:07/14/2001 Female
Dr.LAWRENCE BRANDON
Adm:08-22-2018 Abrazo Arrowhead Campus

Tx/PROCEDURE

| Time | Performed By | Treatment | Details |
| --- | --- | --- | --- |
| 10:08:51 | R. Adam Ellis | Drug | Prior to BMB Gorei fales |

AAC-SDT-000244

Drug Name: Versed (Midazolam)
Dose: 5
Units: MG
Route: IM R Deltoid
Response: Improved
Reason: Patient Combative
Complications: None
Authorization: Protocol (Standing Order)

**OUTCOME**

**Transfer Care:** 08/22/2018 16:40:11

**Incident/Patient Disposition:** ALS Ride In
**EMS Transport Method:** Ground-Ambulance
**Transport Unit:** W-131
**Transport Mode from Scene:** Code 2
**Position of Patient During Transport:**
**Pt Condition Upon Transfer:** Alert

**CN/Patch Given:** Yes Cn/Spoke with RN
**Time of Pre-Arrival Alert or Activation:** 08/22/2018 16:29:50
**DR/RN Name:** JULIE
**Destination Team Pre-Arrival Alert or Activation:** No
**Patch Orders Received:**
**Reason for Choosing Destination:** Closest Most Appropriate Facility
**Destination Name:** Abrazo Arrowhead Campus (AH) 623561380
**Disposition Instructions Provided:**

**SIGNATURES**

RN Accepting

CORRIN
RN Accepting
08/22/2018 16:51:58

CEP/EMT Author

John McGee
As a crew member for the Glendale Fire Department, I attest that the foregoing is true and correct.
08/22/2018 16:41:57

MR:000806775 Acct:303335030
SCIANNA, BROOKE
17Y DOB:07/14/2001 Female 65 3
Dr.LAWRENCE BRANDON
Adm:08-22-2018 Abrazo Arrowhead Campus

**NARCOTICS USAGE/WASTAGE**

| Drug | Amt Used | Amt Wasted | Administered By | Wastage Witness | Drug Box Number |
|---|---|---|---|---|---|
| Versed | 5 mg | 0 mg | John McGee: undefined | R. Adam Ellis: 84109 | 1700470 |

AAC-SDT-000245

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

(Midazolam)

Generated by Zoi - All rights reserved 2000-2010 Date/Time Created: 8/22/2018 10:56

MR:000806776 Acct:303356030
SCIANNA, BROOKE
17Y DOB:07/14/2001 Female 65 3
Dr.LAWRENCE BRANDON
Adm:08-22-2018 Abrazo Arrowhead Campus

AAC-SDT-000246

Patient: SCIANNA, BROOKE MRN: 000806776 Page 7 of 11

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

08/22/2010 6:19 PM AMR → Abrazo Arrowhead Hospital 002

# AMERICAN MEDICAL RESPONSE MARICOPA PRE-HOSPITAL CARE REPORT

SCANNED

Case #: 10719311 Unit ID: A131 Date: 8/22/2010

## SERVICE

FROM:
6666 W PONTIAC DR
GLENDALE, AZ 85308
(HOME/RESIDENCE)

TO: ABRAZO ARROWHEAD HOSPITAL
18701 N 67TH AVE
GLENDALE, AZ 85308
(HOSPITAL - ED)
ROOM/DEPT: HOSPITAL-EMERGENCY DEPARTMENT
DESTINATION DECISION: CLOSEST/MOST APPROPRIATE

## DISPATCH INFORMATION

CALLER: FIRE DEPARTMENT
RESPONSE MODE: LIGHTS AND SIREN
TRANSPORT MODE: NO LIGHTS AND SIREN
ALS ASSESSMENT: FIRE PARAMEDIC
DISPOSITION: TRANSPORTED - TO HOSPITAL ER/ED

## TIMES

CALL RECEIVED: 16:02:52
DISPATCHED: 16:03:20
ENROUTE: 16:04:32
AT SCENE: 16:14:11
AT PT SIDE: 16:16:00
TRANSPORT: 16:22:57
ARRIVAL: 16:29:37
CARE TRANS'D: 8/22/2010 4:50:00 PM
AVAILABLE: 17:10:00

DEST MILES: 2
TOTAL MILES: 2

## PATIENT DEMOGRAPHICS

NAME: SCIANNA, BROOKE
ADDRESS: 6666 W PONTIAC DR
CITY, STATE ZIP: GLENDALE, AZ 85308
PHONE:
CELL PHONE:
SSN:
INSURANCE: DEPT OF ECONOMIC SECURITY CMPD
POLICY: A50440829
GROUP:
RESPONSIBLE PARTY: COURT, WARD OF THE
PHONE:
HOSPITAL MRN:
HOSPITAL FIN:

DOB: 7/14/2001
AGE: 17
GENDER: FEMALE
ETHNICITY: CAUCASIAN

NAME OF EMPLOYER:
EMPLOYER PHONE:

## MEDICAL HISTORY

HISTORY OBTAINED FROM: HEALTH CARE PERSONNEL
MEDICAL HISTORY: OTHER, AUTISM
ALLERGIES: DAIRY, MEDICATION, RISPERDAL
ALLERGY DESCRIPTION:
MEDICATIONS: NONE STATED

MR:000806775 Acct:303355630
SCIANNA, BROOKE
17Y DOB:07/14/2001 Female 65 3
Dr.LAWRENCE BRANDON
Adm:08-22-2010 Abrazo Arrowhead Campus

## HISTORY OF PRESENT ILLNESS:

CHIEF COMPLAINTS
CHIEF COMPLAINT CATEGORY: ALTERED LEVEL OF CONSCIOUSNESS, RECURRENCE: YES

08/22/2018 6:19 PM AMR Abrazo Arrowhead Hospital 13 3

## PHYSICAL FINDINGS

WEIGHT: 114 LBS; 51 KG

PHYSICAL ASSESSMENT

HEAD: SYMMETRICAL

NEGATIVE: ABRASION

REMARKS: ABRASION TO LEFT CHEEK AND CHIN

NECK: NO JVD

POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED

CHEST: SYMMETRIC WITH BILATERAL CHEST RISE

POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED

ABDOMEN: SOFT, NON-TENDER

POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED

PELVIS: STABLE

POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED

BACK: SYMMETRIC

POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED

EXTREMITIES: FULLY INTACT, PURPOSEFUL MOVEMENT

POSITIVE: UNREMARKABLE UNLESS OTHERWISE NOTED

MR:000806775 Acct:303355630
SCIANNA, BROOKE
17Y DOB:07/14/2001 Female 65 3
Dr.LAWRENCE BRANDON
Adm:08-22-2018 Abrazo Arrowhead Campus

## IMPRESSION

PRIMARY IMPRESSION: BEHAVIORAL / PSYCHIATRIC - THREATENING/HOMICIDAL

SECONDARY IMPRESSION: OTHER - NO SECONDARY IMPRESSION

Other Impression

## VITAL SIGNS

| TIME | BLOOD PRESSURE | PULSE | RESP | GLASCOW COMA SCALE E | V | M | TOTAL | EKG | SPO2 | BLOOD GLUCOSE | PAIN SCALE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 16:20 | | | | | | | | | | 74 | |

## TREATMENTS

| PTA | TIME | CAREGIVER | PROCEDURE |
|---|---|---|---|
| X | | GLENDALE FIRE DEPT. | PULSE OXIMETRY 98%; ON ROOM AIR |
| X | | GLENDALE FIRE DEPT. | PULSE OXIMETRY 98%; ON ROOM AIR |
| X | | GLENDALE FIRE DEPT. | MEDICATION ADMINISTRATION MIDAZOLAM HCL 5MG/ML VIAL (2ML); 5; MG; INTRAMUSCULAR; RESULT AFTER: IMPROVED |
| X | | GLENDALE FIRE DEPT. | VITAL SIGNS - GLASGOW COMA SCALE GCS NOT TAKEN |
| X | | | VITALS BP: 120BLOOD PRESSURE PALPED?; PULSE: 120; PULSE REGULARITY: REGULAR; PULSE STRENGTH; NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 24; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL |
| X | | GLENDALE FIRE DEPT. | VITAL SIGNS - GLASGOW COMA SCALE GCS NOT TAKEN |
| X | | | VITALS BP: 91/49; PULSE: 122; PULSE REGULARITY: REGULAR; PULSE STRENGTH: NORMAL; PULSE TAKEN AT: CARDIAC MONITOR; RESPIRATORY RATE: 24; RESPIRATORY DEPTH: NORMAL; RESPIRATORY EFFORT: NORMAL |
| | 16:16 | GLENDALE FIRE DEPT. | RESTRAINTS INDICATION: COMBATIVE PATIENT; TYPE: 4 POINT SOFT; PATIENT POSITION: SITTING; CSM INTACT: RIGHT ARM, LEFT ARM, LEFT LEG, RIGHT LEG |
| | 16:20 | BURT, TIMOTHY,AMR | BLOOD GLUCOSE BLOOD GLUCOSE READING/LEVEL: 74 |

Case #: 10710311
PCR: 2018082216116421895
Device: SCAZMED9176

Date of Service: 08/22/2018
Patient: Brooke Scianna

AAC-SDT-000248

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

08/22/2018 6:19 PM AMR -> Abrazo Arrowhead Hospital 4

**NARRATIVE**

W-131 RESPONDED CODE 3 AND WAS DELAYED FOR DISTANCE, PER E156 PT IS SEVERLY AUTISTIC AND LIVES IN THE GROUP HOME. PER THE STAFF, THE PT HAS UNKNOWN TRIGGERS THAT CAUSES THEM TO BECOME COMBATIVE AND VIOLENT TOWARDS STAFF AND OTHERS. TODAY, THE PT STARTED HITTING, BITING AND KICKING HERSELF AND STAFF. PT WAS PICKED UP AND CARRIED TO GURNEY BY E156. PT WAS THEN HAD ALL 4 LIMBS RESTRAINED TO GURNEY FOR THEIR SAFTEY AND OTHERS. PT WAS THEN SECURRED WITH SEAT BELTS AND PUT INTO AMBO. PT WAS TRANSPORTED ALS TO ABRAZO AROOWHEAD VIA W-131. IN ROUTE PT WAS CALM AND STABLE WITH NO CHANGES ENROUTE. PT CARE WAS THEN TRANSFERRED TO ER RN.

**RUN COMPLETION**

**OTHER CAREGIVERS**

CAREGIVER NAME:

CERTIFICATION:

AGENCY: Glendale Fire Dept.

ROLE:

PRIVACY PRACTICED: THE NOTICE OF PRIVACY PRACTICES WAS UNABLE TO BE PROVIDED

MR:000806775 Acct:303365630
SCIANNA, BROOKE
17Y DOB:07/14/2001 Female 65 3
Dr.LAWRENCE BRANIXON
Adm:08-22-2018, Abrazo Arrowhead Campus

Case #: 18710311
PCR: 2018082210115421695
Device: SCAZMED9178

Date of Service: 08/22/2018
Patient: Brooke Scianno

Page: 3 of 3
Printed : 8/22/2018

AAC-SDT-000249

Patient: SCIANNA, BROOKE MRN: 000806775 Page 10 of 11

OneContent: Generated By tenethealth.net\HOLIHAN, AMALIA

08/22/2018 6:19 PM AMR -> Abrazo Arrowhead Hospital

# AMERICAN MEDICAL RESPONSE MARICOPA
# PRE-HOSPITAL CARE REPORT SIGNATURES
## MARICOPA SWA

Case #: 18719311 Unit ID: A131 Date: 8/22/2018

## CREW MEMBERS

CREW 1
NAME: BURT, TIMOTHY,AMR
NUMBER: E00000708
CERTIFICATION: EMT

CREW 2
NAME: JOJOLA, RAYMOND,AMR
NUMBER: 70064
CERTIFICATION: EMT

## OTHER CAREGIVERS

NAME: ||
AGENCY: Glendale Fire Dept.
CERTIFICATION: ||
REASON FOR OTHER CAREGIVER:

## DESTINATION

TURNED OVER TO: LISA R.

MR:000806775 Acct:303355630
SCIANNA, BROOKE
17Y DOB:07/14/2001 Female 65 3
Dr.LAWRENCE BRANDON Abrazo Arrowhead Campus
Adm:08-22-2018

Case #: 18719311
PCR: 2018082210115421805

Date of Service: 08/22/2018
Patient: Brooke Scianna

Page: 1 of 1
Printed: 8/22/2018

AAC-SDT-000250

Patient: SCIANNA, BROOKE MRN: 000806775 Page 11 of 11

# Exhibit 13

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | Admission Date: | 8/22/2018 |
| Account #: | 303355630 | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Lab Medical Director(s): | Cynthia L. Koehler, M.D. |

## Emergency/Urgent Care

| | |
|---|---|
| Document Type: | ED Note-Physician |
| Document Subject: | Psychiatric Problem *ED |
| Document Date/Time: | 8/22/2018 16:54 MST |
| Document Status: | Auth (Verified) |
| Performed By: | LAWRENCE MD,BRANDON (8/22/2018 16:59 MST) |
| Authenticated By: | LAWRENCE MD,BRANDON (8/22/2018 21:25 MST); LAWRENCE MD,BRANDON (8/22/2018 21:25 MST) |

### Psychiatric Problem *ED

Patient: SCIANNA, BROOKE MRN: 806775 FIN: 303355630
Age: 17 years Sex: Female DOB: 07/14/2001
Associated Diagnoses: Agitation
Author: LAWRENCE MD, BRANDON

History of Present Illness
Brooke is a 17-year-old female with severe autism presenting the emergency department with aggressive behavior. She apparently at her care facility is now unable to be cared for there she has been very aggressive with staff and has been performing a lot of self abuse. She has a history of this behavior in the past. She apparently is also the ward of the state after she was removed from her mother's home several months ago..

Review of Systems
Additional review of systems information: Unable to obtain due to: Mentally impaired.

Health Status
Allergies:
Allergic Reactions (Selected)
Severity Not Documented
RisperDAL- No reactions were documented..

Past Medical/ Family/ Social History
Surgical history:
No active procedure history items have been selected or recorded..
Family history:
No family history items have been selected or recorded..
Social history: Alcohol use: Denies, Tobacco use: Denies, Drug use: Denies.
Problem list: Per nurse's notes.

Physical Examination

Vital Signs
Oxygen saturation.
General: Alert, no acute distress.
Skin: Warm, intact, Bruising of various stages of healing throughout body.
Head: Abrasions bilateral forehead.
Neck: Supple, no JVD.
Eye: Pupils are equal, round and reactive to light, extraocular movements are intact, normal conjunctiva.
Cardiovascular: Regular rate and rhythm, No murmur, Normal peripheral perfusion.
Respiratory: Lungs are clear to auscultation, respirations are non-labored.
Gastrointestinal: Soft, Nontender, Non distended.
Musculoskeletal: Normal ROM, normal strength, no tenderness.
Neurological: No focal neurological deficit observed.
Lymphatics: No lymphadenopathy.

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | Admission Date: | 8/22/2018 |
| Account #: | 303355630 | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

*Emergency/Urgent Care*

Psychiatric: Cooperative.

Medical Decision Making

Notes: Brooke required sedation as well as physical restraints. She began running around the ER trying to escape and becoming combative. She was given 5 mg of Haldol 2 of Ativan and 50 of Benadryl was placed in restraints. This however was not enough and required further sedation approximately half an hour later ketamine was administered..

Impression and Plan

Diagnosis

Agitation : ICD10-CM R45.1, Discharge, Emergency medicine, Medical

Plan

Disposition: Medically cleared, Patient care transitioned to: HALL DO, SHANTALL V.

*Electronically Signed On 08/22/18 21:25 MST*

*LAWRENCE MD, BRANDON*

| | |
|---|---|
| Document Type: | Ambulance Record |
| Document Subject: | EMS DOCUMENTATION |
| Document Date/Time: | 8/23/2018 11:17 MST |
| Document Status: | Modified |
| Performed By: | |
| Authenticated By: | |

**EMS DOCUMENTATION**
hpfredirect.etenet.com?facility=AHD&duid=1.2.840.113782.1.3.123.69521.1462.20180823.58411844 HNAM URL

| | |
|---|---|
| Document Type: | Ambulance Record |
| Document Subject: | EMS DOCUMENTATION |
| Document Date/Time: | 8/23/2018 01:02 MST |
| Document Status: | Auth (Verified) |
| Performed By: | |
| Authenticated By: | |

**EMS DOCUMENTATION**
hpfredirect.etenet.com?facility=AHD&duid=1.2.840.113782.1.3.123.69494.6361.20180823.21773778 HNAM URL

| | |
|---|---|
| Document Type: | Ambulance Record |
| Document Subject: | EMS DOCUMENTATION |
| Document Date/Time: | 8/23/2018 01:02 MST |
| Document Status: | Auth (Verified) |
| Performed By: | |
| Authenticated By: | |

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | Admission Date: | 8/22/2018 |
| Account #: | 303355630 | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

*Orders*

| | | |
|---|---|---|
| Order: **haloperidol (Haldol)** | | |
| Order Start Date/Time: 8/22/2018 19:40 MST | | |
| Order Date/Time: 8/22/2018 19:40 MST | | |
| Order Status: Completed | Department Status: Completed | Activity Type: Pharmacy |
| End Date/Time: 8/22/2018 19:46 MST | End Reason: | |
| Ordering Physician: LAWRENCE MD,BRANDON | | |
| Entered and Electronically Signed By: LAWRENCE MD,BRANDON on 8/22/2018 19:40 MST | | |
| Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 8/22/18 9:40:00 PM CDT, stop date 8/22/18 9:46:11 PM CDT | | |
| Order Comment: | | |
| Action Type: Complete | Action Date/Time: 8/22/2018 19:46 MST | Action Personnel: Shonlo RN,Terri |
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: |
| Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:40:00 MST, stop date 08/22/18 19:40:00 MST | | |
| Authentication/Order Review:<br>Doctor Cosign: Not Required | | |
| Order Comment: | | |
| Action Type: Order | Action Date/Time: 8/22/2018 19:40 MST | Action Personnel: LAWRENCE MD, BRANDON |
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: Written |
| Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:40:00 MST, stop date 08/22/18 19:40:00 MST | | |
| Authentication/Order Review:<br>Nurse Review: No Longer Needing Review, SYSTEM,SYSTEM on 10/6/2018 22:05 CDT<br>Pharmacist Verify: Electronically Signed, Waggoner RX,Donald on 8/22/2018 19:44 MST<br>Doctor Cosign: Not Required | | |
| Order Comment: | | |

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | Admission Date: | 8/22/2018 |
| Account #: | 303365630 | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

## Orders

Order: **haloperidol (Haldol)**
Order Start Date/Time: 8/22/2018 19:40 MST
Order Date/Time: 8/22/2018 19:40 MST

| | | |
|---|---|---|
| Order Status: Completed | Department Status: Completed | Activity Type: Pharmacy |
| End Date/Time: 8/22/2018 19:46 MST | End Reason: | |

Ordering Physician: LAWRENCE MD,BRANDON
Entered and Electronically Signed By: LAWRENCE MD,BRANDON on 8/22/2018 19:40 MST
Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 8/22/18 9:40:00 PM CDT, stop date 8/22/18 9:46:11 PM CDT
Order Comment:

| | | |
|---|---|---|
| Action Type: Complete | Action Date/Time: 8/22/2018 19:46 MST | Action Personnel: Shonio RN,Terri |
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: |

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:40:00 MST, stop date 08/22/18 19:40:00 MST
Authentication/Order Review:
Doctor Cosign: Not Required
Order Comment:

| | | |
|---|---|---|
| Action Type: Order | Action Date/Time: 8/22/2018 19:40 MST | Action Personnel: LAWRENCE MD, BRANDON |
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: Written |

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:40:00 MST, stop date 08/22/18 19:40:00 MST
Authentication/Order Review:
Nurse Review: No Longer Needing Review, SYSTEM,SYSTEM on 10/6/2018 22:05 CDT
Pharmacist Verify: Electronically Signed, Waggoner RX,Donald on 8/22/2018 19:44 MST
Doctor Cosign: Not Required
Order Comment:

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | Admission Date: | 8/22/2018 |
| Account #: | 303355630 | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

## *Orders*

**Order: haloperidol (Haldol)**

Order Start Date/Time: 8/22/2018 19:37 MST

Order Date/Time: 8/22/2018 19:37 MST

| | | |
|---|---|---|
| Order Status: Completed | Department Status: Completed | Activity Type: Pharmacy |
| End Date/Time: 8/22/2018 19:39 MST | End Reason: | |

Ordering Physician: LAWRENCE MD,BRANDON

Entered and Electronically Signed By: Shonio RN,Terri on 8/22/2018 19:37 MST

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 8/22/18 9:37:00 PM CDT, stop date 8/22/18 9:39:46 PM CDT

Order Comment:

| | | |
|---|---|---|
| Action Type: Complete | Action Date/Time: 8/22/2018 19:39 MST | Action Personnel: Shonio RN,Terri |
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: |

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:37:00 MST, stop date 08/22/18 19:37:00 MST

Authentication/Order Review:
Pharmacist Verify: Electronically Signed, Waggoner RX,Donald on 8/22/2018 19:43 MST
Doctor Cosign: Not Required

Order Comment:

| | | |
|---|---|---|
| Action Type: Order | Action Date/Time: 8/22/2018 19:38 MST | Action Personnel: Shonio RN,Terri |
| Responsible Provider: LAWRENCE MD, BRANDON | Supervising Provider: | Communication Type: Verbal Read Back-Authentication Required |

Order Details: 5 mg = 1 mL, Injection, IntraMuscular, Once Scheduled, STAT, Start date 08/22/18 19:37:00 MST, stop date 08/22/18 19:37:00 MST

Authentication/Order Review:
Doctor Cosign: Electronically Signed, LAWRENCE MD,BRANDON on 8/27/2018 22:52 MST
Pharmacist Verify: Reviewed, Waggoner RX,Donald on 8/22/2018 19:43 MST

Order Comment:

# Exhibit 14

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | Admission Date: | 8/22/2018 |
| Account #: | 303355630 | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

*Emergency/Urgent Care*

Vital Signs
Height : 167.5 cm(Converted to: 5 ft 6 in, 65.94 in)
Weight : 50 kg(Converted to: 110 lb 4 ounce)

SCHIEFELBEIN RN, MICHELLE - 08/25/2018 19:10 MST

AHD Disposition
ED Disposition : Transfer
ED Mode of Discharge : Stretcher
Mode of Transportation : Ambulance
Transfer to : Psychiatric Facility
ED Condition : Good, Stable, Improved
Accompanied By, Discharge : EMT/paramedics

SCHIEFELBEIN RN, MICHELLE - 08/25/2018 19:10 MST

| | |
|---|---|
| Document Type: | Depart Summary |
| Document Subject: | Depart Summary |
| Document Date/Time: | 8/25/2018 19:14 MST |
| Document Status: | Modified |
| Performed By: | SCHIEFELBEIN RN,MICHELLE (8/25/2018 19:14 MST) |
| Authenticated By: | SCHIEFELBEIN RN,MICHELLE (8/25/2018 19:14 MST) |

Depart Summary

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100
Phone: 6235611000

**DEPART SUMMARY**
**PERSON INFORMATION**

**Name:** SCIANNA, BROOKE

**Address:** 6868 W PONTIAC DR GLENDALE AZ 85308-9481 **Phone:**(060)050-0966

**DOB:** 07/14/2001 **MRN:** 806775 **Acct#:** 303355630

**Visit Reason:** Agitation or violent behavior*; ALOC AMBO

**Arrival Time:** 08/22/2018 16:32:00 **Discharge Time:** 08/25/2018 19:14:08

**VISIT INFORMATION**

**Chief Complaint:** VIOLENT BEHAVIOR AT GROUP HOME/ KICKING/ BITING/ HITING ROOM SIGNS AND RUBBING FACE ON CARPET/ PT HAS AUTIEM AND DEVELOPMENTAL DELAY/ NON VERBAL

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | Admission Date: | 8/22/2018 |
| Account #: | 303355630 | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

## Emergency/Urgent Care

**Patient Diagnosis:** Agitation; Agitation

**Primary Care Provider:** PHYSICIAN, UNKNOWN

**Primary Physician:** and MCKINNON MD, KRISTEN

**Discharge Location:**

**Allergy Info:** RisperDAL; Milk Products; Glutens

**Medications Given:**

| Medication | Dose | Route | Ordering Physician | Performed By |
|---|---|---|---|---|
| clomIPRAMINE 25 mg cap | 50 mg | Oral | KIEBORZ DO, TIMOTHY J | SCHIEFELBEIN RN, MICHELLE |
| diphenhydrAMINE 25 mg cap | 50 mg | Oral | HICKMAN DO, MICHAEL W | Siggins ED RN, Stephanie |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 50 mg | IntraMuscular | LAWRENCE MD, BRANDON | Shonio RN, Terri |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 50 mg | IntraMuscular | FAGERLIE MD, SETH A | Ortiz RN, Jamie |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 25 mg | IntraMuscular | HICKMAN DO, MICHAEL W | Ortiz RN, Jamie |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 50 mg | IV Push | FAGERLIE MD, SETH A | Jones ED RN, Elizabeth |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 25 mg | IntraMuscular | KIEBORZ DO, TIMOTHY J | SCHIEFELBEIN RN, MICHELLE |
| diphenhydrAMINE 50 mg/mL injection; 1 mL | 25 mg | IntraMuscular | MCKINNON MD, KRISTEN | SCHIEFELBEIN RN, MICHELLE |
| ethinyl estradiol-norgestrel 30 mcg-0.3 mg tab | 1 tab | Oral | KIEBORZ DO, TIMOTHY J | SCHIEFELBEIN RN, MICHELLE |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | LAWRENCE MD, BRANDON | Shonio RN, Terri |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | LAWRENCE MD, BRANDON | Shonio RN, Terri |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | FAGERLIE MD, SETH A | Ortiz RN, Jamie |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | HICKMAN DO, MICHAEL W | Ortiz RN, Jamie |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IV | FAGERLIE MD, SETH A | Jones ED RN, Elizabeth |

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | Admission Date: | 8/22/2018 |
| Account #: | 303355630 | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Lab Medical Director(s): | Cyonthia L. Koehler, M.D. |

## *Emergency/Urgent Care*

| | | | | |
|---|---|---|---|---|
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | FAGERLIE MD, SETH A | Jones ED RN, Elizabeth |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | BRONNENKANT MD, TYLER N | Jones ED RN, Elizabeth |
| haloperidol lactate 5 mg/mL injection; 1 mL | 5 mg | IntraMuscular | KIEBORZ DO, TIMOTHY J | SCHIEFELBEIN RN, MICHELLE |
| ibuprofen 600 mg tab | 600 mg | Oral | HICKMAN DO, MICHAEL W | Siggins ED RN, Stephanie |
| ketamine 50 mg/mL injection; 10 mL | 100 mg | IntraMuscular | LAWRENCE MD, BRANDON | Shonio RN, Terri |
| LORazepam 2 mg/mL injection; 1 mL | 2 mg | IntraMuscular | LAWRENCE MD, BRANDON | Shonio RN, Terri |
| LORazepam 2 mg/mL injection; 1 mL | 2 mg | IntraMuscular | HICKMAN DO, MICHAEL W | Ortiz RN, Jamie |
| LORazepam 2 mg/mL injection; 1 mL | 2 mg | IntraMuscular | FAGERLIE MD, SETH A | Jones ED RN, Elizabeth |
| LORazepam 2 mg/mL injection; 1 mL | 2 mg | IntraMuscular | BRONNENKANT MD, TYLER N | Jones ED RN, Elizabeth |

## PRESCRIPTIONS:

| Home Meds | Display |
|---|---|
| cholecalciferol (Vitamin D3 (cholecalciferol) 5000 intl units oral capsule) | 5,000 int_units = 1 cap, Oral, Daily, # 30 cap, 0 Refill(s) |
| clomiPRAMINE (Anafranil 50 mg oral capsule) | Q Bedtime, 0 Refill(s) |
| clomiPRAMINE (clomiPRAMINE 50 mg oral capsule) | 50 mg = 1 cap, Oral, Q Bedtime, 0 Refill(s) |
| cloNIDine (cloNIDine 0.2 mg oral tablet) | 0.1, Oral, BID, # 180 tab, 0 Refill(s) |
| diphenhydrAMINE (Benadryl 25 mg oral capsule) | 25 mg, Oral, BID, 0 Refill(s) |
| docusate (Phillips Stool Softener 100 mg oral capsule) | 200 mg = 2 cap, Oral, BID, 0 Refill(s) |

# Exhibit 15

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | Admission Date: | 8/22/2018 |
| Account #: | 303355630 | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

## *Medication Administration*

### *Medications*

**Admin Date/Time:** 8/25/2018 08:43 MST | **Charted Date/Time:** 8/25/2018 10:43 CDT
Medication Name: **haloperidol (Haldol)**
**Ingredients:** halo5l 5 mg 1 mL
**Admin Details: (Auth)** IntraMuscular, Dorsogluteal Left
**Action Details:** Order: KIEBORZ DO,TIMOTHY J 8/25/2018 08:04 MST; Perform: SCHIEFELBEIN RN,MICHELLE 8/25/2018 08:43 MST; VERIFY: SCHIEFELBEIN RN,MICHELLE 8/25/2018 08:43 MST

**Admin Date/Time:** 8/24/2018 16:09 MST | **Charted Date/Time:** 8/24/2018 18:09 CDT
Medication Name: **haloperidol (Haldol)**
**Ingredients:** halo5l 5 mg 1 mL
**Admin Details: (Auth)** IntraMuscular, Vastus Lateral Left
**Action Details:** Order: BRONNENKANT MD,TYLER N 8/24/2018 16:01 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 16:09 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 16:09 MST

**Admin Date/Time:** 8/24/2018 16:09 MST | **Charted Date/Time:** 8/24/2018 18:09 CDT
Medication Name: **LORazepam (Ativan)**
**Ingredients:** lora2l 2 mg 1 mL
**Admin Details: (Auth)** IntraMuscular, Deltoid Left
**Action Details:** Order: BRONNENKANT MD,TYLER N 8/24/2018 16:01 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 16:09 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 16:09 MST

**Admin Date/Time:** 8/24/2018 11:51 MST | **Charted Date/Time:** 8/24/2018 13:51 CDT
Medication Name: **haloperidol (Haldol)**
**Admin Details: (Not Given)** Duplicate
**Action Details:** Order: FAGERLIE MD,SETH A 8/24/2018 11:48 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 11:51 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 11:51 MST

**Admin Date/Time:** 8/24/2018 11:50 MST | **Charted Date/Time:** 8/24/2018 13:50 CDT
Medication Name: **LORazepam (Ativan)**
**Ingredients:** lora2l 2 mg 1 mL
**Admin Details: (Auth)** IntraMuscular, Deltoid Left
**Action Details:** Order: FAGERLIE MD,SETH A 8/24/2018 11:48 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 11:50 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 11:50 MST

**Admin Date/Time:** 8/24/2018 11:50 MST | **Charted Date/Time:** 8/24/2018 13:50 CDT
Medication Name: **LORazepam (Ativan)**
**Admin Details: (Not Given)** Discontinued
**Action Details:** Order: FAGERLIE MD,SETH A 8/24/2018 11:37 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 11:50 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 11:50 MST

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | |
|---|---|---|---|
| Patient: | SCIANNA, BROOKE | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | Admission Date: | 8/22/2018 |
| Account #: | 303355630 | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

## *Medication Administration*

### *Medications*

**Admin Date/Time:** 8/24/2018 11:48 MST | **Charted Date/Time:** 8/24/2018 13:48 CDT
Medication Name: **haloperidol (Haldol)**
**Ingredients:** halo5i 5 mg 1 mL
**Admin Details:** (Auth) IntraMuscular, Vastus Lateral Right
**Action Details:** Order: FAGERLIE MD,SETH A 8/24/2018 11:39 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 11:45 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 11:45 MST

**Admin Date/Time:** 8/24/2018 08:13 MST | **Charted Date/Time:** 8/24/2018 10:13 CDT
Medication Name: **diphenhydrAMINE (Benadryl)**
**Ingredients:** diph50i 50 mg 1 mL
**Admin Details:** (Auth) IV Push, Vastus Lateral Left
**Action Details:** Order: FAGERLIE MD,SETH A 8/24/2018 08:04 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 08:12 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 08:12 MST

**Admin Date/Time:** 8/24/2018 08:13 MST | **Charted Date/Time:** 8/24/2018 10:13 CDT
Medication Name: **haloperidol (Haldol)**
**Ingredients:** halo5i 5 mg 1 mL
**Admin Details:** (Auth) IV, Deltoid Left
**Action Details:** Order: FAGERLIE MD,SETH A 8/24/2018 08:04 MST; Perform: Jones ED RN,Elizabeth 8/24/2018 08:13 MST; VERIFY: Jones ED RN,Elizabeth 8/24/2018 08:13 MST

**Admin Date/Time:** 8/23/2018 20:15 MST | **Charted Date/Time:** 8/23/2018 22:15 CDT
Medication Name: **diphenhydrAMINE (Benadryl)**
**Ingredients:** diph25 50 mg 2 cap
**Admin Details:** (Auth) Oral
**Action Details:** Order: HICKMAN DO,MICHAEL W 8/23/2018 20:10 MST; Perform: Siggins ED RN,Stephanie 8/23/2018 20:15 MST; VERIFY: Siggins ED RN,Stephanie 8/23/2018 20:15 MST

**Admin Date/Time:** 8/23/2018 20:15 MST | **Charted Date/Time:** 8/23/2018 22:15 CDT
Medication Name: **ibuprofen**
**Ingredients:** ibup600 600 mg 1 tab
**Admin Details:** (Auth) Oral
**Action Details:** Order: HICKMAN DO,MICHAEL W 8/23/2018 20:10 MST; Perform: Siggins ED RN,Stephanie 8/23/2018 20:15 MST; VERIFY: Siggins ED RN,Stephanie 8/23/2018 20:15 MST

**Admin Date/Time:** 8/23/2018 15:45 MST | **Charted Date/Time:** 8/23/2018 17:45 CDT
Medication Name: **diphenhydrAMINE (Benadryl)**
**Ingredients:** diph50i 25 mg 0.5 mL
**Admin Details:** (Auth) IntraMuscular, Vastus Lateral Right
**Action Details:** Order: HICKMAN DO,MICHAEL W 8/23/2018 15:34 MST; Perform: Ortiz RN,Jamie 8/23/2018 15:45 MST; VERIFY: Ortiz RN,Jamie 8/23/2018 15:45 MST

Abrazo Arrowhead Campus
18701 N. 67th Ave.
Glendale, AZ 85308-7100

| | | | | |
|---|---|---|---|---|
| Patient: | SCIANNA, BROOKE | | Attending Provider: | MCKINNON MD,KRISTEN |
| MRN #: | 806775 | | Admission Date: | 8/22/2018 |
| Account #: | 303355630 | | Discharge Date: | 8/25/2018 |
| DOB/Age/Sex: | 7/14/2001 / 20 years | / Female | Lab Medical Director(s): | Cyenthia L. Koehler, M.D. |

## Medication Administration

### Medications

| | |
|---|---|
| **Admin Date/Time:** 8/23/2018 15:45 MST | **Charted Date/Time:** 8/23/2018 17:45 CDT |
| Medication Name: **haloperidol (Haldol)** | |
| **Ingredients:** halo5l 5 mg 1 mL | |
| **Admin Details: (Auth)** IntraMuscular, Vastus Lateral Right | |
| **Action Details:** Order: HICKMAN DO,MICHAEL W 8/23/2018 15:34 MST; Perform: Ortiz RN,Jamie 8/23/2018 15:45 MST; VERIFY: Ortiz RN,Jamie 8/23/2018 15:45 MST | |

| | |
|---|---|
| **Admin Date/Time:** 8/23/2018 14:47 MST | **Charted Date/Time:** 8/23/2018 16:47 CDT |
| Medication Name: **LORazepam (Ativan)** | |
| **Ingredients:** lora2l 2 mg 1 mL | |
| **Admin Details: (Auth)** IntraMuscular, Arm Right | |
| **Action Details:** Order: HICKMAN DO,MICHAEL W 8/23/2018 14:31 MST; Perform: Ortiz RN,Jamie 8/23/2018 14:46 MST; VERIFY: Ortiz RN,Jamie 8/23/2018 14:46 MST | |

| | |
|---|---|
| **Admin Date/Time:** 8/23/2018 10:05 MST | **Charted Date/Time:** 8/23/2018 12:05 CDT |
| Medication Name: **diphenhydrAMINE (Benadryl)** | |
| **Ingredients:** diph50l 50 mg 1 mL | |
| **Admin Details: (Auth)** IntraMuscular, Arm Left | |
| **Action Details:** Order: FAGERLIE MD,SETH A 8/23/2018 09:44 MST; Perform: Ortiz RN,Jamie 8/23/2018 10:05 MST; VERIFY: Ortiz RN,Jamie 8/23/2018 10:05 MST | |

| | |
|---|---|
| **Admin Date/Time:** 8/23/2018 10:05 MST | **Charted Date/Time:** 8/23/2018 12:05 CDT |
| Medication Name: **haloperidol (Haldol)** | |
| **Ingredients:** halo5l 5 mg 1 mL | |
| **Admin Details: (Auth)** IntraMuscular, Arm Left | |
| **Action Details:** Order: FAGERLIE MD,SETH A 8/23/2018 09:44 MST; Perform: Ortiz RN,Jamie 8/23/2018 10:05 MST; VERIFY: Ortiz RN,Jamie 8/23/2018 10:05 MST | |

| | |
|---|---|
| **Admin Date/Time:** 8/22/2018 20:24 MST | **Charted Date/Time:** 8/23/2018 06:15 CDT |
| Medication Name: **ketamine** | |
| **Ingredients:** keta500l 100 mg 2 mL | |
| **Admin Details: (Modified)** IntraMuscular, Ventragluteal Right | |
| **Action Details:** Order: LAWRENCE MD,BRANDON 8/22/2018 20:03 MST; Perform: Shonlo RN,Terri 8/22/2018 20:24 MST; Modify: Shonlo RN,Terri 8/23/2018 04:15 MST; Witness: NUNN RN,AMBER 8/23/2018 04:15 MST; VERIFY: Shonlo RN,Terri 8/23/2018 04:15 MST | |

# Exhibit 16

08/22/2018 21:11 FAX
8/22/2018 NextStep

Name: Scianna, Brooke
Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/1
Unit: Coyote / #106 / A
Doctor: Miak, K.

# CRISIS- Crisis Evaluation/Intervention

**Crisis Preparation and Recovery Inc.**
**1400 E Southern Ave**
**Suite 735**
**Phone 480.804.0326**

**Name:** SCIANNA, BROOKE A
**Date of Birth:** 7/14/2001

***Date of Service***
8/22/2018

## FACILITY INFORMATION

***Hospital***
Abrazo Arrowhead Hospital

***: MD / PA / NP***

Reviewed
R.C. Mlak MD
8/26/2018

***: Location:***
ER (23)

***: Electronic Chart Reviewed:***
Yes

***: Telehealth service***
No

## HISTORY OF PRESENTING ILLNESS

*

Patient is non-verbal and unable to report a chief complaint.

Patient is a 17yo, Caucasian non-verbal autistic female presenting to ER via EMS for c/o violent outburst in her group home. Patient was soft restrained pre-arrival and received Versed in the ER.
CPR intervention requested for assistance with safe discharge plan and resources. Writer met with group home staff, Cheryl Minor, provided purpose of intervention and rights/limitations to confidentiality. They agree to proceed. Staff reports patient is having daily outbursts since being in the group home the past month. Today patient attempted to leave and then attacked staff when they redirected her back into the home. Patient suffered rug burn on her face from being restrained and fighting staff. She is now picking it and has large red abrasions on her face.
Group home calls PD when patient becomes especially violent and patient has been transferred to Banner Thunderbird 3 times this month, most recently 2 days ago- patient was kept over night, in their behavioral holding area, required physical restraints overnight and was d/c in the morning with no medication changes-
Patient is on a 2:1 at the group home and becomes 3 or 4:1 when needing to be restrained. Cheryl reports patient will punch staff in the head, punch the two other residents, bangs her head, bites herself and everyone else. Staff is quitting because of patient's behavior. Last week patient ripped a towel hanger off the wall and attempted to attack staff with it. She additionally punched another resident with seizure disorder in the head and induced a seizure.
Group home staff deny patient as seeming depressed, displaying psychotic or manic sx. Patient does not appear suicidal/homicidal, but is a danger to others/self based on her level of violence and impulsivity. Group home deny patient as having any issues with appetite. Sleep is sporadic, sometimes not sleeping at all at night.

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021



Per CPR records, patient was off psychiatric medications for a few years and did well on medical marijuana gummies. Patient was removed from mother's custody 6/22/18 and is no longer on medical marijuana. Group home staff does not know when patient last had a medication change, but do not think it was recently.
DDD CM put in for a new placement, but that could take up to one year.

Patient attempted to elope from the ER and has received chemical and physical sedation. She hit a RN and pulled her hair prior to restraints. She is also attempting to bite herself and others while in 4-point restraints.

Writer spoke with Care and Dignity group home mgr- Shawnee Huff 602-561-6635, staff on scene Cheryl Minor
Writer left a message for DCS guardian Melissa Courtright 602-771-0206
Writer left a message for DDD CM Elicia Hart- 480-253-1228
Writer left a message for AzCA- Danielle Santoro or psychiatrist Dr. Garber in general voice mailbox- 623-583-2523.

## *SOCIAL HISTORY*

*

Patient was removed from her mother's custody 6/22/18 due to mother not being able to appropriately restrain patient and using choke holds. Patient is in the custody of DCS, guardian Melissa Courtright and residing in Care and Dignity Group home 6868 W Pontiac Dr., Glendale 85308. Patient's parents divorced in 2011. Patient has a DDD CM. She had her first day of the school year today at ACES, a special education school. Group home staff reports patient did "fine," but left early because she started her period.

****Is this patient a veteran?***
No

***: Is the patient service eligible OR enrolled in Arizona?***
N/A

***: If yes, did the patient provide verbal consent to coordinate care with the VA?***
N/A

## *PSYCHIATRIC HISTORY*

*

Patient is dx with autism around age 2 or 3 following immunizations (per record), PTSD from the autism (per records), and OCD. Patient has no known suicide attempts, but has violent outbursts making her a danger to self/others. She has hx of breaking grandfather's hip and foot during outbursts. She was off psych medications for a couple years and solely on medical marijuana gummies, which reportedly improved her mood. Patient is no longer on THC, per group home. Patient receives psychiatric services through Arizona's Children Association in Surprise, Dr. Garber, with no next appt yet, per group home. She does not have a high needs CM at this time, but is waiting for one. Patient went inpatient to SLBH 12/2017 and was transferred to ABH 1/2018. She was also at ABH in 3/2018 and 4/2018 for violent behaviors.

****Has the patient been inpatient in a behavioral health facility in the last 30 days?***
No
Patient has not been to a behavioral health facility, but has been to Banner Thunderbird 3x this month and was kept overnight on 8/20/18.

****Family History of Mental Illness?***
No

***: If yes, explain***
None known.

## *MEDICAL HISTORY*

*

Chronic migraines, autism

Name: Scianna, Brooke
Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Miak, K.

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

*: (include both medical and psychiatric medications currently prescribed)*

Clonidine .2mg
Omega 3
Clomipramine
Blisovi Fe
Stool Softener
Vitamin D3

## *SUBSTANCE ABUSE HISTORY*

** Substance Use and Functional Impairment in the past 12 months*

Patient does not have prior hx of substance use or tx other than taking medical marijuana gummies for a few years, presumably until about 6 weeks ago.

**Remote History of Problematic Use and Functional Impairment?*

No

*: If yes, explain:*

N/A

*Current Withdrawal Symptoms*

none

*: Indicate any past withdrawal symptoms from the list above. What substances were being used?*

N/A

## *LAB RESULTS*

*

Not drawn

## *INDIRECT COLLATERAL INFORMATION OBTAINED:*

Medical Records: Writer reviewed available medical records., Hospital Staff: RN Terri, Dr. Lawrence, CPR Records/Outcomes: Patient has 8 past CPR evaluations for similar circumstances. Dispositions vary between inpatient and d/c., AHCCCS Verification/Outcome: LTC, GMH Children's services, MMIC Verification/Outcome: GMH, Children's services., Cenpatico Verification/Outcome: Not enrolled, RBHA Coordination of Care Completed with: Writer left message for AzCA Surprise location., Other: Writer left messages for DCS guardian, DDD CM, spoke with group home staff (see end of HPI), and staffed with CPR Valerie.

## *MENTAL STATUS EXAM*

*: Hygiene/Appearance*

Adequate

*: Eye Contact*

Other- See below

*: Behavior*

Combative

*: Motor*

Other- See below

*: Attitude*

Other- See below

*: Mood*

Other- See below

*: Affect*

Blunted

Name: Scianna, Brooke
Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Miak, K.

CONFIDENTIAL DOCUMENTS SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

*: Thought Processes*
Other- See below

*: Thought Content*
Other- See below

*: Perceptual Distortions*
Other- See below

*: Orientation*
Other- See below

*: Attention- Able to perform the following:*
Other- See below

*: Memory Impairment*
Other- See below

*: Judgment*
Poor

*: Insight*
Poor

*: Speech*
Other- See below

*Mental Status Comments*
Patient is non-verbal, autistic and not responsive to writer. She attempts to run out of ER and requires physical and chemical restraints. She is observed attempting to bite herself and staff.

## *RISK ASSESSMENT*

*: Was there a suicide attempt involved in the presenting issue(s)?*
None Selected

*: If there was a suicide attempt, was there a self-rescue?*
N/A

*: Current Suicidal Ideation*
Other Patient unable to respond.

*: History of Suicidal Ideation*
Denies any in lifetime

*: History of Suicide Attempts and Date of Last Occurrence*
Denies any in lifetime No hx of suicide attempts.

*: History of Self Harming Behaviors and Date of Last Occurrence*
Other Patient has significant hx of biting herself and head banging

*: Homicidal Ideation and Date of Last Occurance*
Other Patient unable to respond.

** Duty to Warn:*
No

*: If duty to warn completed, describe steps taken and persons notified (e.g. victim, police, etc)*
N/A

*: History of Violence and Date of Last Occurrence*
Explain: Patient has a long hx of behavioral issues, including violence towards others and self.

*: Protective Factors*
Easy access to treatment

## *INTEGRATED SUMMARY/ RATIONALE FOR DISPOSITION*

Name: Scianna, Brooke
Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Miak, K.

CONFIDENTIAL SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

*

Intervention completed for evaluation of aggressive outbursts and violent behavior. Patient was dx with autism as a toddler. She is non-verbal, has frequent behavioral disturbances, leading to danger to self and others, typically hitting, kicking, biting self and others. Patient's mother was her primary care giver and administering medical marijuana throughout her life until 6/22/18 when patient was removed from the home and placed in a group home. This was likely a huge adjustment for patient and she is now having daily violent outbursts. Today she punched staff in the face and refused to stay in the group home. She has been assaulting the other two residents as well. Group home staff do not feel they can keep patient, staff and other residents safe at this point. Patient is currently in 4-point restraints and chemically restrained. It is unknown when patient's next psychiatric appt is. Group home says guardian has to tell them. It is unknown when patient last had a medication change. It is also unknown when patient will be moved to a more appropriate group home. Writer recommends inpatient psychiatric hospitalization for mood/medication stabilization and safety. RN Terri, Dr. Lawrence, CPR Valerie in agreement with plan. Writer left messages for guardian and DDD CM. Follow up resources provided.

Developed Care Linkages, Discussed Risk and Protective Factors

*Crisis Therapy Interventions*
Writer completed coordination of care with all involved in patient's op care. Writer will notify CPR RBHA liaison to assist with placement and coordination with AzCA during business hours.

## *Diagnosis (DSM-V)*

| | |
|---|---|
| Diagnosis: | F84.0 - Autism spectrum disorder |
| Specifier: | With accompanying language impairment |
| Effective Date: | 8/22/2018 |
| Type: | Primary |
| Added By: | Marissa Mascorro, LPC |
| Diagnosis: | F43.24 - Adjustment disorder, With disturbance of conduct |
| Specifier: | |
| Effective Date: | 8/22/2018 |
| Type: | Secondary |
| Added By: | Marissa Mascorro, LPC |
| Diagnosis: | F42.2 - Obsessive-compulsive disorder |
| Specifier: | Per hx |
| Effective Date: | 8/22/2018 |
| Type: | Secondary |
| Added By: | Marissa Mascorro, LPC |

## *LEVEL OF CARE RECOMMENDATION*

Voluntary Inpatient Psychiatric, Other: Guardian will consent to voluntary treatment. DCS CM Melissa Courtright. Group home has authority to consent also- 602-561-6635

## *SUPPORTING REASONS FOR IP PSYCHIATRIC OR IP DUAL LOC (IF APPLICABLE)*

*: Acute Dangerousness*
High self-harm risk, Mania, irritability, poor impulse control, Aggressive, assaultive, or homicidal behavior

*: Functional Impairment*
None Selected

*: Mental status changes or co-occurring conditions*

Name: Scianna, Brooke
Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Mlak, K.

CONFIDENTIAL - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

# Exhibit 17

# AMERICAN MEDICAL RESPONSE MARICOPA
# PRE-HOSPITAL CARE REPORT

119188

**Case #:** 18722285 **Unit ID:** AP17 **Date:** 8/25/2018

| SERVICE | DISPATCH INFORMATION | TIMES | |
|---|---|---|---|
| **FROM:** 18701 NORTH 67TH AVENUE, GLENDALE, AZ 85308 (MEDICAL - HOSPITAL) | **CALLER:** HOSPITAL | **CALL RECEIVED:** | 17:44:22 |
| | **RESPONSE MODE:** NO LIGHTS AND SIREN | **DISPATCHED:** | 18:47:02 |
| | **TRANSPORT MODE:** NO LIGHTS AND SIREN | **ENROUTE:** | 18:47:20 |
| | | **AT SCENE:** | 18:58:52 |
| **TO:** AURORA BEHAVIORAL HEALTH SYSTEM - TEMPE, 6350 S MAPLE AVE, TEMPE, AZ 85283 (MEDICAL - PSYCH FACILITY) | **DISPOSITION:** TRANSPORTED - PSYCHIATRIC TRANSPORT - TO OR FROM | **AT PT SIDE:** | 19:06:00 |
| | | **TRANSPORT:** | 19:16:12 |
| | | **ARRIVAL:** | 19:55:57 |
| | | **CARE TRANS'D:** | 8/25/2018 8:07:00 PM |
| | | **AVAILABLE:** | 20:22:52 |
| **ROOM/DEPT:** | | | |
| **DESTINATION DECISION:** PSYCHIATRIC SERVICES ARE NOT AVAILABLE | | **DEST MILES:** | 42 |
| | | **TOTAL MILES:** | 42 |

## PATIENT DEMOGRAPHICS

**NAME:** SCIANNA, BROOKE
**ADDRESS:** 6868 WEST PONTIAC DRIVE
**CITY, STATE ZIP:** Glendale, AZ 85308
**PHONE:**
**CELL PHONE:**
**SSN:**

**DOB:** 7/14/2001
**AGE:** 17
**GENDER:** FEMALE
**ETHNICITY:** CAUCASIAN

| INSURANCE | POLICY | GROUP |
|---|---|---|
| DEPARTMENT OF ECONOMIC SECURITY | | |

**RESPONSIBLE PARTY:** HUFF, SHAWNINE
**PHONE:**
**NAME OF EMPLOYER:**
**EMPLOYER PHONE:**
**HOSPITAL MRN:**
**HOSPITAL FIN:**

## MEDICAL HISTORY

**HISTORY OBTAINED FROM:** HEALTH CARE PERSONNEL
**MEDICAL HISTORY:** OTHER, NON-VERBAL AUTISM
**ALLERGIES:** NONE,
**ALLERGY DESCRIPTION:**
**MEDICATIONS:** NONE STATED

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

# Exhibit 18

**(EMTALA TRANSFER FORM)**

**1 PATIENT CONDITION** OR

☐ **Unstable** (material deterioration of patient's medical condition, including death, may result from or occur during transfer, but the benefits of transfer outweigh these risks)

☒ **Stable for transfer to another facility or another level of care** (no material deterioration of patient's medical condition, within reasonable medical probability, is likely to result from or occur during transfer).

**2** Select as indicated, use back or additional page if needed.

**BENEFITS OF TRANSFER/ DISCHARGE**

☐ Availability of higher specialized level of ______ care
☐ Capacity (e.g., beds, equipment, staff) available at the receiving facility not available at this facility.
☐ Continuity of care/Managed Care Plan/Patient Request/Patient preference
☒ Other, specify (none if not checked): Psychiatric care

**3** Select as indicated, use back or additional page if needed.

**RISKS OF TRANSFER/ DISCHARGE**

☒ Medical condition could worsen or progress during transport: ↑ agitation
☒ Patient will not obtain recommended follow-up care or may not comply with discharge instructions.
☒ Transportation risks.
☐ Other, specify (none if not checked):

**4** ALL PREFERRED, BUT MUST COMPLETE A and B OR C.

**RECEIVING FACILITY DATA**

**A. FACILITY NAME:** Aurora Behavioral Ctr. **has accepted the transfer of this patient.**

B. Facility Representative: Ashley Euthey Time: 1711
(Receiving facility staff person confirming available space & qualified personnel for treatment, accepting personnel if authorized)

C. Accepting Physician: Dr Tariq Ghafoor Time: 1711
(Physician at the receiving facility accepting the patient in transfer, if available)

D. Nursing Report call to: Ashley Euthey Time: 1711

**5 PHYSICIAN CERTIFICATION OF TRANSFER**

Must be completed by Physician or Qualified Medical Practitioner if the patient has an unresolved Emergency Medical Condition at the time of Transfer/Discharge.

I confirm the patient's condition and the benefit/risk of transfer/discharge as stated above. Based on the information available at this time, I have determined that the medical care at the receiving facility outweigh any potential risk to the patient, and, in the case of labor, to the unborn child. The medical risks and benefits upon which my decision was based are summarized in sections 3 and 4 of this form and may be reflected in the medical record.

Certifying Physician Signature [signature] Date 8/25/18 Time 1725

If the certifying physician is not physically present at the time of transfer, I have discussed the transfer with the physician who certified the transfer and I concur with the certification. *The certifying physician must later countersign this transfer form.*

DO/MD or QMP Signature ______ Date ______ Time ______

**6 TRANSPORT** Select one (1).

☒ BLS Ambulance ☐ ALS Ambulance ☐ Air Ambulance ☐ Other (Laidback, taxi) specify:
☐ POV accompanied by:
☐ Ambulance offered and refused.
I have been informed and understand the risks of refusing ambulance transport.
Patient or Patient's Surrogate Signature ______ Date ______ Time ______

**7** Must make a selection from A and/or B.

**DOCUMENTATION**

A DOCUMENTATION SENT AT TIME OF TRANSFER: (none if not checked)
☒ Medical Record ☒ Lab ☐ X-rays
☐ Other, specify (none if not checked)

B DOCUMENTATION FORWARDED TO RECEIVING FACILITY: (none if not checked)
☐ Medical Record ☐ Lab ☐ X-rays
☐ Other, specify (none if not checked)

**8 PATIENT REQUEST/CONSENT**

I request/consent to be transferred to the receiving facility indicated for the above stated reason(s). I have reviewed the information provided and request/consent to be transferred/discharged to the receiving facility. I have been informed of the risks, benefits and reasons for transfer/discharge. I have been informed that if I have an emergency medical condition, the transferring hospital is required to stabilize my emergency medical condition unless I request to be transferred/discharged to another facility or unless the physician certifies that the medical benefits reasonably expected at the receiving facility outweigh the risks of transfer.

Signature of Patient or Patient's Surrogate (representative) Phone Consent Katy Brosseau Director/Case Aid DCDS Date ______ Time 1722

Relationship if not patient ______

Witness Signature [signature] Date 8/25/18 Time 1711

EDEMF2704 Rev. 07/2013

Abrazo Community Health Network

EMTALA TRANSFERFORM

1TR

MR #: 000806775 Act: 303355630
SCIANNA, BROOKE
17Y DOB: 07/14/2001 Female 65 3
Dr.LAWRENCE BRANDON
Adm: 08/22/2018 Abrazo Arrowhead Campus

EDEMF2704 PRT2243 - 10.97.52.11 08/25/2018 16:35 Sandra.Broberg

Exhibit 19



AURORA
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum. 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Miak, K.

## INFORMED CONSENT FOR ADOLESCENT MEDICATION

The following information has been reviewed with me by a qualified medical professional for each medication listed below:

- The diagnosis and target symptoms for the medication recommended;
- The possible benefits/intended outcome of treatment, and as applicable, all available procedures involved in the proposed treatment;
- The possible risks and side effects, including risks of medication to pregnant women and women who are breast feeding;
- The possible results of not taking the recommended medication;
- The possibility that the medication dose may need to be adjusted over time, in consultation with the behavioral health medical practitioner;
- The right to actively participate in the treatment by discussing medication concerns or questions with the behavioral health medical practitioner;
- The right to withdraw voluntary consent for medication at any time (unless the use of medications in my treatment is required in a Court Order or in a Special Treatment Plan); and
- For persons under 18 years of age, the FDA status of the medication and the level of evidence supporting the recommended medication.

*I understand the medication information that has been provided to me.*
*By signing or providing verbal consent below I agree to the use of each medication.*

| Medication | How Discussed | Parent/Guardian Initials** | Date / Time | Behavioral Health Professional/s | Date / Time |
|---|---|---|---|---|---|
| Medication: Clonidine Dose: .1 mg Route: PO Frequency: 2x Day New medication? ☐ Yes ☒ No Change in dose and/or frequency? ☐ Yes ☒ No | ☐ In-person ☒ Telephone (2 RN verification) With Who (name & relationship): Linda F. RN | K. B. | AUG 25 2018 2100 | HD LFP | AUG 25 2018 2100 |
| Target Symptoms to be addressed*: Anxiety | | | | | |
| Medication: Omega 3 Fish Oil Dose: 1,000 mg Route: PO Frequency: QHS New medication? ☐ Yes ☒ No Change in dose and/or frequency? ☐ Yes ☒ No | ☐ In-person ☒ Telephone (2 RN verification) With Who (name & relationship): Linda F. RN | K. B. | AUG 25 2018 2100 | HD LFP | AUG 25 2018 2100 |
| Target Symptoms to be addressed*: Supplement | | | | | |
| Medication: Clomipramine Dose: 50 mg Route: PO Frequency: QHS New medication? ☐ Yes ☒ No Change in dose and/or frequency? ☐ Yes ☒ No | ☐ In-person ☒ Telephone (2 RN verification) With Who (name & relationship): Linda F. RN | K. B. | AUG 25 2018 2100 | HD LFP | AUG 25 2018 2100 |
| Target Symptoms to be addressed*: Anxiety / OCD | | | | | |
| Medication: Aloprazolam Dose: 20 mg Route: PO Frequency: Daily New medication? ☐ Yes ☒ No Change in dose and/or frequency? ☐ Yes ☒ No | ☐ In-person ☒ Telephone (2 RN verification) With Who (name & relationship): Linda F. RN | K. B. | AUG 25 2018 2100 | HD LFP | AUG 25 2018 2100 |
| Target Symptoms to be addressed*: Birth Control | | | | | |

**Ensure informed consent form with original parent/guardian signature is located in the patient's medical record.**
**If consent obtained by telephone individual may initial and date at next face-to-face visit.**

| | | | | | |
|---|---|---|---|---|---|
| Parent/Guardian Printed Name | Katy B. (case manager) | Signature | | Initials | |
| Clinician Obtaining Consent – Printed Name | H... Dominguez RN | Signature | H Dominguez RN | Initials | HD |
| Clinician Obtaining Consent – Printed Name | L Pickens, RN | Signature | L Pickens, RN | Initials | LFP |
| Clinician Obtaining Consent – Printed Name | | Signature | | Initials | |
| Clinician Obtaining Consent – Printed Name | | Signature | | Initials | |

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

# Exhibit 20

Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Mlak, K.

# PSYCHIATRIC EVALUATION

**Patient Name: Scianna, Brooke**
**Author: Krzystof Mlak, M.D.**
**Medical Record Number#: 119188**
**Attending: Krzystof Mlak, M.D.**

**Date of Evaluation:** 08/26/2018 at 01:01 PM

**Chief Complaint:** The patient is a 17-year-old female (the patient is functionally nonverbal).

**History of Present Illness:** The patient presents with established autistic disorder, disruptive mood dysregulation disorder, and past history of OCD and PTSD.

She presents for this hospitalization after a recent removal from biological mother and placement into a group home called Care and Dignity Group Home, which has resulted in multiple explosive aggressive outbursts and multiple referrals to the emergency department as well as police intervention. She was referred here by Arrowhead Abrazo Hospital System.

The patient presents as functionally nonverbal. Staff reports that she is able to occasionally say single word and mostly uses gesture and PECS as a mode of communication.

For the purpose of this evaluation, the patient was observed. Collateral information was obtained from staff, chart review, and attempts to contact her mother, Ms. Christine Scianna, and left messages.

The patient presents with severe developmental disability complicated by poor impulse control and emotional dysregulation with frequent self-injury and explosive aggressive outburst. She engages in stereotype behaviors such as hitting her head and biting her hand. She becomes destructive and aggressive at times when interrupted from cleaning rituals. In the group home, she has been having multiple explosive outbursts and there are concerns over inappropriate management which at least on one occasion resulted in the patient experiencing abrasions on her face from being restrained.

Furthermore, she has tried to run away from that group home repeatedly.

The patient has established mood disorder with low frustration tolerance and emotional reactivity. She previously engaged in repetitive behaviors such as showering up to 20 times a day as well as sexually inappropriate behaviors such as touching her breasts and genital.

She has an extensive history of aggressive behavior resulting in a significant injury towards her grandparents. Her sleep has been dysregulated and she has variable energy levels and has been described as restless as well as sleeping throughout the day.

She is described to have OCD and PTSD although these diagnoses were achieved as unclear past review of documentation. She does engage in repetitive behaviors in the past and engage in cleaning cycles.

**Past Psychiatric History:** Prior Admission to Aurora SNU, 4/2018, 1/2018 And inpt @ Community hospitals. Prior Medication multiple Antipsychotic

**Drug and Alcohol History:** No known history of substance abuse although the patient was being administered medical marijuana in the form of gummies throughout her life by her mother who has a medical marijuana license.

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021



Name: Scianna, Brooke
Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Miak, K.

**PSYCHIATRIC EVALUATION**
**Patient Name: Scianna, Brooke** **Medical Record Number: 119188**

Trauma and Abuse History: Unspecified. The patient has a diagnosis of PTSD. Notably, she had been inappropriately physically managed at home and was observed to be in chokehold by family members which led in part to her removal in June 2018.

**Medical History:** She currently has no active medical problem. Her physical examination was completed yesterday in the afternoon and was otherwise unremarkable. Tachycardia was noted as well as dietary restrictions.

Notably, surrounding most recent hospitalization to SNU at Aurora Behavioral, the patient experienced rhabdomyolysis attributed to excessive physical restraint and required medical management for approximately seven days prior to transfer to Aurora Behavioral Health. There were no significant sequelae that had persisted.

Upon workup at Abrazo Arrowhead Campus, the patient received CT neuroimaging which was unremarkable. Her laboratory workup was remarkable for moderate level of blood in her urinalysis, glucose level of 123, AST of 54 units per liter, and pulse rate elevation of 105 beats per minute. Notably, she received multiple medications for agitation including Haldol and Ativan throughout her stay in the ER.

Developmental History: The patient had social and language delays consistent with severe autism. She had previously received special education services in school, which were unspecified.

**Social History:** She was raised by her mother. Her parents live in a separate household and both were involved in her care. She is currently a temporary ward in a foster care system and her DCS worker is Ms. Melissa Courtright.

Family Relationships: She is currently living in a group home. She was previously living with her mother and periodically with her father.

Significant Family Medical and Psychiatric History: There are chronic health problems in paternal family history and no known significant family history psychiatrically.

**Allergies and Reactions:** DESCRIBED TO RISPERIDONE BUT ARE UNSPECIFIED.

**Current Medications:** Benadryl 25 mg twice a day, clomipramine 50 mg at bedtime, and clonidine 0.1 mg twice a day.

**Review of Systems:** As conducted by the medical consultant was essentially negative across all systems.

Gait and Station: No deficits are noted.

Abnormal Movements: None present.

Physical Complaints: None observed or reported.

**Examination:**
Vital Signs: Pulse: 136. Respirations: 16. Blood Pressure: 134/87. Height: 5 feet 7 inches. Weight: 113 pounds.

**Mental Status Examination:**

- General Appearance: Disheveled. She has abrasions on the right aspect of her face. Attitude is calm and pacing repeatedly throughout the hallway. She is observed to take her staff's hand and lead her down the hallway to indicate that she wants to go for a walk around the unit. During this

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

Name: Scianna, Brooke
Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Miak, K.

**PSYCHIATRIC EVALUATION** **Medical R**
**Patient Name: Scianna, Brooke**

period of observation, the patient began to suddenly lash out at staff by striking with an open hand and fist. After a brief scuffle lasting 5 seconds, the patient was redirected to walk down the hallway and had appeared calm again.

- Mood and Affect: Affect is shallow in depth and constricted. Her mood is labile.
- Speech: Nonverbal.
- Thought Process: Not able to assess due to nonverbal state.
- Associations:
- Thought Content: Not able to assess due to nonverbal state.
  - Suicidal:
  - Homicidal:
  - Abnormal Perceptions: Not able to clearly assess during nonverbal state; however, she is not observed to be responding to internal stimuli.
- Delusion:
  - Hallucinations.
- Orientation: She is alert.
- Attention Span and Concentration: Unable to be assessed due to the patient's nonverbal state.
- Recent and Remote Memory: Unable to be assessed due to the patient's nonverbal state.
- Abstract Reasoning: Unable to be assessed due to the patient's nonverbal state.
- Language:
- Fund of Knowledge/Estimate of Intelligence: Intelligence is not able to be formally assessed. She appears to understand directions and understand choices.
- Judgment and Insight: Judgment is poor as evident in her behavior. Insight is unable to be assessed due to her nonverbal state.
- Gait and Station or Muscle Strength and Tone:

Suicidal Ideation: Not able to be assessed due to nonverbal state although exhibits unpredictable behavior.
Homicidal Ideation: Not able to be assessed due to nonverbal state although exhibits unpredictable behavior.

**Risk Assessment:** At imminent Risk of danger to self and others

**Patient's Strengths:** Assets: Good health and functional but nonverbal communication skills.

**Patient's Limitations:** Liabilities and Special Needs: She is nonverbal, incapable of independent living, unstable family and limited support system, and current foster care placement and temporary ward of DCS.

PLAN OF CARE:
Problems to be Addressed: Aggressive and violent behavior and dangerousness to self and others.
Medical Problems: Not applicable.
Short-Term Goals: To decrease and minimize aggression and violent behavior as well as agitation, stabilize on medication, and coordinate with DCS.
Level of Observation: One-to-one level of observation due to aggression and mood instability as well as sexualized behavior.
Precautions: Aggression and assault precautions, elopement precautions, self-harm precautions, and sexually acting out precautions.

Prognosis: Guarded due to severity and chronicity of developmental condition.

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

Name: Sclanna, Brooke
Adnum: 1812439 DOB: 07/14/01 Age: 17
MedRec#: 0119188 Sex: F DOA: 08/25/18
Unit: Coyote / #106 / A
Doctor: Mlak, K.

**PSYCHIATRIC EVALUATION**
**Patient Name: Scianna, Brooke** **Medic**

**DIAGNOSIS:**

**PRIMARY DIAGNOSES:** DISRUPTIVE MOOD DYSREGULATION DISORDER. AUTISTIC DISORDER. HISTORY OF POSTTRAUMATIC STRESS DISORDER. HISTORY OF OBSESSIVE-COMPULSIVE DISORDER.

**MEDICAL DIAGNOSIS:** HISTORY OF RHABDOMYOLYSIS BUT NONE CURRENTLY.

**PSYCHOSOCIAL STRESSORS:** LEGAL ISSUES, TEMPORARY COURT ORDER, DCS.

**Initial Treatment Plan:** Initial pharmacological approach includes taper and discontinuation of clonidine, clomipramine, and Benadryl due to unclear benefit given the patient's difficulties. We will pursue a trial of Thorazine 25 mg three times a day targeting mood instability and explosive aggressive behavior which may coincidentally benefit from previous repetitive/stereotype behaviors attributed to OCD. Otherwise, involve all aspects of unit programming including group, OT, speech, and school activities. Psychiatric rounds to manage medication and coordination with DCS regarding placement.

**Estimated Length of Stay:** 30 to 45 days.

**Coordination of Care:** With outpatient providers and DCS, Ms. Courtright.

**Initial Discharge Plan:** Return to group home per DCS instruction.

**PHYSICIAN Signature:** ____________ **Date and Time Signed:** 9/3/18 1120
Krzystof Mlak, M.D.

DR: KM:jac
DD: 08/27/2018
DT: 08/28/2018
Job #: 49970000005

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021