Exhibit 21

Date and Time: 8/27/2018 @ 12:36

Reason for Hospitalization: Aggression , mood sx

CC: Follow up

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0110188  Sex: F  DOA: 08/25/18
Unit: Coyote  / #106 / A
Doctor:     Miak, K.

**Interim History:**

Brooke was observed, chart reviewed, staff provided input and case discussed during treatment team meeting.

Brooke is observed throughout the afternoon in various settings. She tends to ignore author but interacts non-verbally with select staff. She became aggressive towards staff yesterday and nearly bit a peers face. She required a PRN (thorazine). She prefer to walk frequently and to use the swing and other sensory behaviors. She disrobed suddenly yesterday tends to take multiple showers during the day. Se has regressed significant since last admission ans is again defecating in the shower and engaged in rectal digging and smelling the fecal matter repeatedly. Staff described multiple past successful sensory interventions.

Author left 2 messages for mother to obtain collateral information. Treatment team is planning for CFT with outpt team and DCS worker.

Any medication side effects: ☐ Yes   ☐ No   Comments: per staff increasing irritability

Vital signs stable:   ☑ Yes   ☐ No   Comments: refused

| ADL's: | Sleep: | Appetite: | LABS: |
|---|---|---|---|
| ☐ Good | ☐ Good | ☐ Good | Pending review |
| ☐ Fair | ☑ Fair | ☑ Fair | |
| ☑ Poor | ☐ Poor | ☐ Poor | |

Physical SXS/Pain:   ☐ Yes   ☑ No   Comments: none observed or reproted

**Mental Status Exam: (Check all that apply)**

**Appearance:**
☐ clean/well groomed
☐ unkempt/disheveled
☑ fair grooming

hair slightly unkept

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

ignores author

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non verbal

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but
nonverbal
towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☐ elevated/euphoric
☐ dysphoric/irritable
☑ labile

**Affect:**
☐ appropriate
☐ inappropriate
☑ restricted/blunted
☐ flat
☐ labile
☐ anxious

shallow depth

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -does not talk
with author

auditory hallucinations: ☐ Yes ☑ No
no signs observed

visual hallucinations: ☐ Yes ☑ No
no signs observed

delusions: ☐ Yes ☑ No
no signs observed

☐ other:

| | | | | | |
|---|---|---|---|---|---|
| **Gait/Station:** | ☑ Normal | ☐ Injured | ☐ Other | How Tested: grossly intact per staff report | |
| **Memory:** | ☑ Intact | ☐ Partial | ☐ Impaired | | |
| **Insight:** | ☐ Intact | ☐ Partial | ☑ Impaired | **Impulse Control:** ☐ Intact ☑ Fair ☐ Poor | |
| | | | | Comment: per her behavior | |
| **Judgment:** | ☐ Intact | ☐ Partial | ☑ Impaired | Comment: none evident in her behavior | |
| **Suicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | Comment: none evident in her behavior | |
| **Homicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | | |

Name: Brooke Scianna
MR#:
UNIT: coyote

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000194

Contact with collateral sources (doctor-to doctor, family, case management, etc.):

staff/treatment team

Assessment:
Brooke demonstrates worsening of emotional regulation ie irritability/aggression after her discharge at end of 5/2018 and has subsequently been removed from others care. She remains and danger to self and others

Diagnosis:

| Psychiatric Diagnosis |
|---|
| DMDD, ASD, h/o OCD h/o PTSD |

| Medical Diagnosis |
|---|
| none currently but h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems          ☐ Lack of Healthy Supports          ☐ Financial Problems          ☐ Housing Issues

☑ Other   temporary ward of DCS

Estimated Length of Stay:  31-45 days

Circumstances that support continued inpatient hospitalization: (Check all that apply)

☐ Change in diagnosis/ Treatment Plan: _____

☑ Medication adjustment in inpatient setting needed: _____

☐ Continued use of "PRN" medications to regulate mood, thought or behavior

☑ No less restrictive setting appropriate and/or available at this time

☑ Condition can be more efficiently or more rapidly treated as an inpatient

☑ Significant regression anticipated without continuity of care

☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care

☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation

☑ Danger to Self/ other.

☐ Other: _____

Plan:
1. Continue  Thorazine 25mg TID for mood instability
2. continue clonidine 0.1m BID for hyperactivity
3. discontinued benadryl and clomipramine due to unclear benefit
4. maintain 1:1 observation for safety
5. continue behavioral modification
6. Clarify current  maternal rights and DCS disposition regarding placement

Name/Signature:  _____   Date:   8/27/2018

Krzysztof Mlak, M.D.

Time:  17:00

Name:  Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119186  Sex: F  DOA: 08/25/18
Unit: Coyote  / #106 / A
Doctor:     Mlak, K.

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000195

Exhibit 22

CHRIS·DEROSE, CLERK
BY _____ DEP
G. OVIEDO, FILED

18 AUG 30  PH 12: 13

1   MARK BRNOVICH
    Attorney General
2

3   MONICA MALHOTRA
    Assistant Attorney General
4   State Bar No. 032784
    CFP/PSS
5   2005 North Central Avenue-C051AG
    Phoenix, Arizona 85004
6   Telephone: (602) 774-9000
7   PSSDurango@azag.gov
8   Attorneys for the Department of Child Safety

9        IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

10           IN AND FOR THE COUNTY OF MARICOPA

11

12  In the Matter of:                    No. JD36034

13  BROOKE ANGELINA SCIANNA          **DCS'S EMERGENCY MOTION**
        d.o.b. 07/14/2001             **FOR APPROVAL OF SEVENTY-**
14                                     **TWO HOUR ADMISSION FOR**
                                       **INPATIENT ASSESSMENT AND**
15                                     **MOTION FOR APPOINTMENT OF**
                                       **COUNSEL FOR CHILD**
16

17  Person under 18 years of age.      (Honorable Nicolas B. Hoskins)

18        The Department of Child Safety (DCS or the Department), by and through

19  undersigned counsel, hereby moves the Court, pursuant to A.R.S. § 8-272(A), for an order
20

21  approving the admission of BROOKE ANGELINA SCIANNA for an inpatient

22  assessment.

23        The child is a ward of the juvenile court as a dependent child in the care, custody
24
    and control of DCS.
25

26        The Department asserts there is reasonable cause to believe BROOKE ANGELINA

27  SCIANNA meets the standard for inpatient assessment as set forth in A.R.S. § 8-272(A),

28

AZDCS004296

which requires that a child exhibit behavior indicating the child may suffer from a mental disorder or is a danger to self or others.

Pursuant to A.R.S. § 8-272(D), the following information is provided:

1.     BROOKE ANGELINA SCIANNA was admitted to Aurora Behavioral Health located at 6350 South Maple, Tempe, Arizona 85283, on August 22, 2018.

2.     BROOKE ANGELINA SCIANNA will most likely be assessed by Dr. Mlak.

3.     BROOKE ANGELINA SCIANNA needs an inpatient assessment because Brooke was admitted to Aurora following a diagnosis of disruptive mood dysregulation disorder, Autism Spectrum Disorder, history of PTSD and OCD.

The Department requests that the Court approve the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral Health for inpatient assessment.

Under Arizona Rules of Procedure for the Juvenile Court, 46(A), all counsel have been notified of this Motion.

The Department further requests that the Court, as required pursuant to A.R.S. § 8-272(G), appoint an attorney for the child.

The Department further requests that the Court immediately transmit this Order via facsimile to Admissions at Aurora Behavioral Health, at Fax Number (480) – 345-5473. The Department further requests that the Court immediately transmit this Order via facsimile to the Attorney General's Office, at 602-774-9099.

RESPECTFULLY SUBMITTED this ____ day of August, 2018.

MARK BRNOVICH
Attorney General

MONICA MALHOTRA
Assistant Attorney General

2

AZDCS004297

1   Original of the foregoing filed
2   this ___30___ day of August, 2018 with:

3   Clerk of the Court
    Maricopa County Superior Court
4   Juvenile Division/Durango Facility
5   3131 West Durango
    Phoenix, AZ 85009-6292
6
7   Copy of the foregoing hand-delivered this
    ___30___ day of August, 2018, to:
8
9   Honorable Nicolas B. Hoskins
    Maricopa County Superior Court
10  Juvenile Division/Durango Facility
    3131 West Durango
11  Phoenix, AZ 85009-6292

12  Copies of the foregoing electronically delivered this
13  ___30___ day of August, 2018, to:

14  Thomas Stubbs, Esq.
    Stubbst@mail.maricopa.gov
15  Guardian ad Litem for the Child

16  DeeAn Gillespie, Esq.
17  dgillespie@gillaw.com
    Attorney for the Mother
18
19  Sara J. Smith, Esq.
    sara@smithlaw.mygbiz.com
20  Attorney for the Father
21
    Melissa Courtright
22  MELISSA.COURTRIGHT@AZDCS.GOV
23  Case Manager

24
25  _____
    MC/JD36034/HDM#7278040
26

27

28

                    3

AZDCS004298

Exhibit 23

CHRIS DEROSE, CLERK
BY _____ DEP
G. OVIEDO, FILED

18 AUG 30 PM 12: 13

1  MARK BRNOVICH
   Attorney General
2
3  MONICA MALHOTRA
   Assistant Attorney General
4  State Bar No. 032784
   CFP/PSS
5  2005 North Central Avenue-C051AG ·
6  Phoenix, Arizona 85004
   Telephone: (602) 774-9000
7  PSSDurango@azag.gov
8
   Attorneys for the Department of Child Safety
9
                 IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
10
                     IN AND FOR THE COUNTY OF MARICOPA
11
12 | In the Matter of:                     | No. JD36034
13 | BROOKE ANGELINA SCIANNA               | DCS'S MOTION FOR APPROVAL
                                            | OF INPATIENT PSYCHIATRIC
14 | d.o.b. 07/14/2001                     | ACUTE CARE SERVICES
                                            | AND MOTION FOR
15 |                                       | APPOINTMENT OF COUNSEL
                                            | FOR CHILD
16 |
17 | Person under 18 years of age.         | (Honorable Nicolas B. Hoskins)
18
19        The Department of Child Safety (DCS or the Department), by and through
20 undersigned counsel, hereby moves the Court, pursuant to A.R.S. § 8-272(F), for an order
21 approving the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral
22 Health for inpatient psychiatric acute care services.
23        Dr. Mlak assessed BROOKE ANGELINA SCIANNA on August 22, 2018 and
24 determined that she is suffering from a mental disorder or is a danger to self or others and
25 is in need of inpatient psychiatric acute care services, of which is attached hereto and
26
27
28

AZDCS004317

incorporated by reference as Exhibit 1.   Pursuant to A.R.S. § 8-272(F)(1), Exhibit 1 includes:

1.    The reason why inpatient psychiatric acute care services are in the child's best interests;

2.    The reason why inpatient psychiatric acute care services are the least restrictive available treatment;

3.    A diagnosis of the child's condition that requires inpatient psychiatric acute care services; and

4.    The estimated length of time that the child will require inpatient psychiatric acute care services.

This motion is also supported by the written statement of the medical director or the medical director's designee of Aurora Behavioral Health stating that the facility's services are appropriate to meet the child's mental health needs, of which is attached hereto as Exhibit 2 and incorporated by reference.

The Department requests this Court find, upon clear and convincing evidence that:

1.    The child is suffering from a mental disorder or is a danger to self or others and requires inpatient psychiatric acute care services; and

2.    Available alternatives to inpatient psychiatric acute care services were considered, but inpatient psychiatric acute care services are the least restrictive available alternative.

The Department requests a hearing on this motion pursuant to A.R.S. § 8-272(H).

The Department further requests that the Court, assigned pursuant to A.R.S. § 8-272(G), appoint an attorney for the child.

2

AZDCS004318

1       The Department further requests that the Court immediately transmit this Order via

2   facsimile to Admissions at Aurora Behavioral Health at Fax Number: (480) – 345-5473.

3   The Department further requests that the Court immediately transmit this Order via

4   facsimile to the Attorney General's Office, at 602-774-9099.

5       Under Arizona Rules of Procedure for the Juvenile Court, 46(A), all counsel have

6   been notified of this Motion.

7       RESPECTFULLY SUBMITTED this 20 day of August, 2018.

8

9                       MARK BRNOVICH

10                      Attorney General

11

12                      MONICA MALHOTRA

13                      Assistant Attorney General

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

AZDCS004319

Original of the foregoing filed
this 30 day of August, 2018 with:

Clerk of the Superior Court
Maricopa County Superior Court
Juvenile Division/Durango Facility
3131 West Durango
Phoenix, AZ 85009-6292

Copies of the foregoing hand-delivered this
30 day of August, 2018 to:

Honorable Nicolas B. Hoskins
Maricopa County Superior Court
Juvenile Division/Durango Facility
3131 West Durango
Phoenix, AZ 85009-6292

Copies of the foregoing electronically delivered this
30 day of August, 2018, to:

Thomas Stubbs, Esq.
Stubbst@mail.maricopa.gov
Guardian ad Litem for the Child

DeeAn Gillespie, Esq.
dgillespie@gillaw.com
Attorney for the Mother

Sara J. Smith, Esq.
sara@smithlaw.mygbiz.com
Attorney for the Father

Melissa Courtright
MELISSA.COURTRIGHT@AZDCS.GOV
Case Manager


MC/JD36034/HDM#7278040

AZDCS004320

Exhibit 24



**AURORA**
BEHAVIORAL HEALTH SYSTEM

6350 S. Maple Avenue
Tempe, Arizona 85283
480-345-5400

## RATIONALE FOR HOSPITALIZATION NOTE

To whom it may concern,

This letter is to report that Brooke Scianna was admitted to Aurora Behavioral Health, an inpatient behavioral health hospital, on 8/24/18. Brooke was admitted with the following diagnosis: Disruptive Mood Dysregulation Disorder, Autism Spectrum Disorder, history of PTSD and OCD. There is not an available lower intensity of services suitable to the behavioral health needs of this patient at this time. Significant regression of his condition is anticipated without continued inpatient care. The discharge plan is being formulated and adjusted to delineate discharge criteria.

If more information is needed please request records from our medical records department.

_____
Provider Signature-Medical Director Designee

8/29/18
_____
Date

Exhibit 25

CHRIS DEROSE, CLERK
BY _____ DEP
R. VENEGAS, FILED
18 AUG 31 PM 1: 58

1  MARK BRNOVICH
   Attorney General
2

3  MONICA MALHOTRA
   Assistant Attorney General
4  State Bar No. 032784
   CFP/PSS
5  2005 North Central Avenue-C051AG
6  Phoenix, Arizona 85004
   Telephone: (602) 774-9000
7  PSSDurango@azag.gov

8  Attorneys for the Department of Child Safety

9
                IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
10
                IN AND FOR THE COUNTY OF MARICOPA
11

12  In the Matter of:                    No. JD36034

13  BROOKE ANGELINA SCIANNA              **ORDER APPROVING SEVENTY-
                                         TWO HOUR ADMISSION FOR
14  d.o.b. 07/14/2001                    INPATIENT ASSESSMENT
                                         AND ORDER APPOINTING
15                                       COUNSEL FOR CHILD**

16  Person under 18 years of age.        (Honorable Nicolas B. Hoskins)

17        Having read and considered the Motion for Approval of Admission for Inpatient

18  Assessment and any attachments thereto, incorporated by reference, the Court finds,

19
    pursuant to A.R.S. § 8-272(A) that:
20

21        1.     BROOKE ANGELINA SCIANNA is a dependent child in the care

22  custody and control of the Department of Child Safety; and

23        2.     There is a reasonable cause to believe the child meets the standard for

24  inpatient assessment.
25

26

27

28

AZDCS004339

IT IS ORDERED approving the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral Health for an inpatient assessment. The inpatient assessment shall be completed within seventy-two hours from the time of admission, excluding weekends and holidays.

IT IS FURTHER ORDERED that, if, after completion of the inpatient assessment, the psychologist, psychiatrist or physician recommends that the child receive inpatient psychiatric acute care services, a Motion for Inpatient Psychiatric Acute Care Services shall be filed within twenty-four hours after the completion of the assessment, excluding weekends and holidays. The child may then remain in the facility up to seventy-two hours from the filing of the Motion for Inpatient Psychiatric Acute Care Services pending court approval of the Motion.

IT IS FURTHER ORDERED, pursuant to A.R.S. § 8-272(G), that _Angela Ramos_, Attorney at Law, is appointed to represent BROOKE ANGELINA SCIANNA as attorney for the child in all future proceedings in this matter.

IT IS FURTHER ORDERED that a copy of this Order shall be transmitted via facsimile by this Court to Admissions at Aurora Behavioral Health, at Fax Number (480) – 345-5473. The Department further requests that the Court immediately transmit this Order via facsimile to the Attorney General's Office, at 602-774-9099.

DATED: _____8/31_____, 2018.

JUDGE OF THE SUPERIOR COURT
Commissioner Nicolas B. Hoskin

2

AZDCS004340

Exhibit 26

CHRIS DEROSE, CLERK
BY
DEP
R. VENEGAS, FILED
18 AUG 31 PM 1: 58

1   MARK BRNOVICH
    Attorney General
2

3   MONICA MALHOTRA
    Assistant Attorney General
4   State Bar No. 032784
    CFP/PSS
5   2005 North Central Avenue-C051AG
6   Phoenix, Arizona 85004
    Telephone: (602) 774-9000
7   PSSDurango@azag.gov

8
    Attorneys for the Department of Child Safety
9

10          IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11              IN AND FOR THE COUNTY OF MARICOPA

12  | In the Matter of:                          | No. JD36034                          |
13  |                                            |                                      |
    | BROOKE ANGELINA SCIANNA                    | **ORDER SETTING SEVENTY-TWO**        |
14  |     d.o.b. 07/14/2001                      | **HOUR HEARING FOR APPROVAL**        |
15  |                                            | **OF INPATIENT PSYCHIATRIC**         |
    |                                            | **ACUTE CARE SERVICES**              |
16  |                                            | **AND ORDER APPOINTING**             |
    |                                            | **COUNSEL FOR CHILD**                |
17  |                                            |                                      |
18  | Person under 18 years of age.              | (Honorable Nicolas B. Hoskins)       |

19          IT IS ORDERED setting a hearing in this matter, within seventy-two hours of the
20
    filing of the Motion for Inpatient Psychiatric Acute Care Services pursuant to A.R.S. § 8-
21
22  272(H), for the 4th day of September            , 2018 at the hour of 10:30 a.m.

23          IT IS FURTHER ORDERED, pursuant to A.R.S. § 8-272(G), that

24      Angela Ramos       , Attorney at Law, is appointed to represent BROOKE
25
    ANGELINA SCIANNA as attorney for the child in all future proceedings in this matter.
26
27          IT IS FURTHER ORDERED, that a copy of this Order shall be transmitted via

28  facsimile by this Court to Admissions at Aurora Behavioral Health at (480) – 345-5473.

The Department further requests that the Court immediately transmit this Order via facsimile to the Attorney General's Office, at 602-774-9099.

DATED: _____ 8/31 ___, 2018.

_____
JUDGE OF THE SUPERIOR COURT

Commissioner Nicolas B. Hoskins

Exhibit 27

FILED
9/4/2018 10:47an
CHRIS DEROSE, Clerk
By_____
Deputy

1   MARK BRNOVICH
    Attorney General
2
3   MONICA MALHOTRA
    Assistant Attorney General
4   State Bar No. 032784
    CFP/PSS
5   2005 North Central Avenue-C051AG
6   Phoenix, Arizona 85004
    Telephone: (602) 774-9000
7   PSSDurango@azag.gov
8
    Attorneys for the Department of Child Safety
9
10  IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
11  IN AND FOR THE COUNTY OF MARICOPA

12  In the Matter of:                  No. JD36034
13                                     ORDER APPROVING
    BROOKE ANGELINA SCIANNA            INPATIENT PSYCHIATRIC
14       d.o.b. 07/14/2001             ACUTE CARE SERVICES
15
16  Person under 18 years of age.      (Honorable Nicolas B. Hoskins)

17
18          Having read and considered the Motion for Approval of Inpatient Psychiatric

19  Acute Care Services, and having received evidence in support thereof, including the

20  written assessment recommending inpatient psychiatric acute care services and the

21  written statement of the medical director or medical director's designee of the receiving

22  facility, this Court finds, based upon clear and convincing evidence, that:

23
24          1.      BROOKE ANGELINA SCIANNA is suffering from a mental disorder or is

25  a danger to self or others, and requires inpatient psychiatric acute care services; and

26
27
28

2.    Available alternatives to inpatient psychiatric acute care services were considered, but inpatient psychiatric acute care services are the least restrictive available alternative.

IT IS ORDERED approving the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral Health for inpatient psychiatric acute care services.

IT IS FURTHER ORDERED setting this matter for review of the continuing need for inpatient psychiatric acute care services on the _30__ day of __October___, 2018 at _9:00_ a.m., before the Honorable Nicolas B. Hoskins.

IT IS FURTHER ORDERED that the inpatient psychiatric acute care facility shall submit to the Court a written progress report in accordance with A.R.S. § 8-272(K) and provide copies to all parties, including the child's attorney and Guardian ad litem, by _____ 2018, [at least five days prior to the review hearing.]

IT IS FURTHER ORDERED that DCS shall file a Notice of Discharge within twenty days after the child's discharge from this inpatient psychiatric acute care services facility in accordance with A.R.S. § 8-272(N).

///

///

///

///

///

2

AZDCS004344

1       IT IS FURTHER ORDERED, that this Order shall be transmitted via facsimile

2   by this Court to Admissions at Aurora Behavioral Health at (480) – 345-5473.   The

3   Department further requests that the Court immediately transmit this Order via facsimile

4   to the Attorney General's Office, at 602-774-9099.

5

6       DATED: _____ 9/4 _____, 2018.

7

8                     JUDGE OF THE SUPERIOR COURT

9                     Commissioner Nicolas B. Hoskins

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

AZDCS004345

Exhibit 28



Patient Name:  Scianna, Brooke
MR No.:        119188

# DISCHARGE SUMMARY

PATIENT NAME:   Brooke Scianna

Date: 11/21/2018 at 10:37 AM

## I. Admitting Diagnosis (Primary)

## II. Discharge Diagnosis

| | |
|---|---|
| Primary: | UNSPECIFIED MOOD AFFECTIVE DISORDER.<br>AUTISTIC DISORDER, SEVERE, WITH LANGUAGE IMPAIRMENT.<br>HISTORY OF OBSESSIVE-COMPULSIVE BEHAVIOR.<br>HISTORY OF POSTTRAUMATIC STRESS DISORDER. |
| Medical: | HYPERLIPIDEMIA.<br>NORMALIZED AST/ALT.<br>HISTORY OF RHABDOMYOLYSIS IN APRIL 2018. |
| Psychosocial Stressors: | TEMPORARY WARD OF DCS. |

## III. Reason for Admission and Chief Complaint: Mood instability, aggression, and self-injury.

## IV. Course of Treatment: The patient is a 17-year-old female with established autism with language impairment, who presented for hospitalization after she had been severely aggressive in the DDD group home. She presented to the ER with abrasions on her face after having been restrained. DCS was involved due to allegations of abuse and neglect at the DDD group home.

Upon admission, her previously prescribed medications were continued, including Thorazine 25 mg three times a day which was started in the ER and clonidine 0.1 mg twice a day but discontinued Benadryl and clomipramine due to unclear benefit. The patient exhibited emotional dysregulation. She was frequently aggressive towards staff and peers. She required as-needed medication and exhibited stereotyped and repetitive behaviors, including pacing, opening and closing doors repeatedly, and bathing. She had also been defecating in the shower. Throughout the course of hospitalization, the patient continued to exhibit emotional dysregulation and was exhibiting mood lability as her demeanor changed from irritable, crying, and angry to periods of mood elevation, laughing suddenly, and at times appearing fearful and was exhibiting self-injury as a way of self-regulating. She frequently placed her teeth next to her wrist to stimulate sensation. She would engage in self-injury by hitting her head repeatedly or biting herself in addition to hitting staff. She was continued on her birth control which was periodically not given due to not having the home supply. She was also provided Colace, omega-3 fatty acids, and vitamin D. The patient continued on her home medication while behavioral data was collected. She remained on a one-to-one level of observation due to severity of aggression and self-injury. She often times exhibited poor frustration tolerance and could not tolerate delay in response such as when she would hit staff if not immediately comply with her request to open the door or when interrupted from stereotyped behavior. After approximately two weeks of hospitalization, Thorazine was discontinued and Haldol was recommended targeting mood instability, irritability, and explosive aggressive and self-injurious behavior which were not effectively addressed with Thorazine or other atypical antipsychotics or mood stabilizer or combinations of both. DCS who had legal custody provided consent for the medication. The patient began to experience signs of EPS, including stiffness and rigidity and a tremor which resolved with administration of Cogentin. Additionally, Benadryl was started to help regulate sleep. The patient began to gradually exhibit reduced irritability and fewer aggressive and self-injurious behaviors. Her sleep was more consistently regulated but had periodic disruption. The patient's mother who did not have legal rights opposed to use of Haldol and any antipsychotics despite several discussions with author about the risks and cons of use of an antipsychotics. Mother expressed concerns about previous rhabdomyolysis, which occurred in April 2018 but did not exhibit any clinical signs during this hospitalization. Haldol continued to be utilized to complete a therapeutic trial as the patient had demonstrated moderate improvement. A consultation with the medical director occurred due to mother's strong opposition to the use of that medication. Trileptal was added with a plan to taper Haldol due to lack of consistent benefit and strong parental objection which was recommended following consultation with the medical director. Trileptal was titrated and Haldol was discontinued. Cogentin was discontinued, but Benadryl was maintained for sleep. The patient tolerated

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000004



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Patient Name:   Scianna, Brooke
MR No.:   119188

# DISCHARGE SUMMARY

medication changes without any apparent side effects.  She continued to exhibit periodic episodes of agitation, self-injury, and aggressive behavior; but the frequency remained relatively low compared to the level seen upon admission.  By mid-October, the patient had showed consistent and sustained improvement in emotional dysregulation with reduced aggressive behaviors.  Her discharge, however, was delayed due to lack of disposition as mother opposed DCS recommendations and author's recommendations for group home placement, and emergency court hearing was held which then proceeded to the trial in which the patient's disposition was ruled to remain under the legal custody of DCS but to return home to mother's home.  At the time of discharge, the patient continued to exhibit emotional dysregulation, irritability, low frustration tolerance, and periodic self-injury.  She will continue to need continuous monitoring in home support and respite services for the family.

The following is a discharge summary by Kattia Luevano, SNU therapist:  The patient was admitted on 08/25/2018 and was hospitalized at Aurora Behavioral East Specialized Needs Unit for 88 days.  Throughout her stay, the patient had many emotional and behavioral cycles.  The patient came in dysregulated on her first and took 26 showers to self-regulate.  The patient did not engage in any activities and appeared labile, restless, and agitated.  Within one week, the patient reduced her showers and baths to less than five a day and replaced her showers with going to the swing.  The patient was observed going to the swing for less than five minutes, requested to return to the unit, and then requested to return to the swing again.  The patient targeted preferred staff to meet her needs.  The patient became very agitated that staff did not fulfill her request immediately as she attempted to hit others, bite herself, and bang her head against the wall.  Throughout her stay, the BCBA worked with the patient on tolerance training, increased ability to request, and ignore low-intensity hits and bites, use visual schedules, and use PECS strip to increase communication.

The patient responded well to the interventions implemented by the BCBA but then regressed at the end of October and started demonstrating repetitive behaviors.  The patient started to close the patient's rooms, turn off bathroom lights, and remove everything that was on the nurse station's counter.  In the beginning of November, the patient began to take all the trash bags on the unit and put them in her room.  When the repetitive behaviors started, her number of request for baths increased and her tolerance for waiting for a preferred item decreased.

During her stay, she was in one hold, 09/09/2018 for danger to others and self.  There were 13 CFT meetings and four training sessions.  CFTs held in September and October were tense as the mother did not agree with medication regimen that Dr. Mlak was providing even though DCS was supporting him.  Several times, mother yelled at the DCS case manager and writer to demonstrate that she was upset that Anafranil was discontinued and Haldol was started.  Mother claimed that the patient had negative reactions to antipsychotics.  DCS case manager and writer welcomed any documentation she had to support her concern.  Mother and support team from Arizona Childen's scanned several hospital record and doctor's notes but none indicated that the patient had any negative reactions to antipsychotics.  On 09/21/2018, mother filed a complaint against Aurora, stating, "I'm very disappointed in her medical treatment at Aurora at this time."  This is when visits from family members and outpatient teams increased which would dysregulate the patient.  Aurora suspended visits for three days with the support of DCS and then requested a 24-hour notice for anyone who wanted to visit the patient.  This helped staff collect effective data for the FBA.  Throughout the CFTs, DCS reminded mother that she could not make any medication changes as DCS continued to be the legal guardian.  During this period, writer had to redirect mother and reminder her that everyone is working together for the best of the patient.

Trainings were offered in September and October, but 11/05/2018 was the first training that mother attended.  Mother and her boyfriend and two staff members of CFSS attended the two-hour training on FBA with the BCBA on 11/05/2018.  Mother and one staff from CFSS attended another two-hour training on the unit with the BCBA on 11/12/2018.  Also, six staff members of CFSS attended a two-hour training on FBA with the BCBA on 11/20/2018 and 11/21/2018.  All of the trainings with mother and CFSS went well according to Aurora's BCBA.

The patient's discharge had to be postponed three different times due to no placement.  Finally, a trial was scheduled on 11/15/2018.  The patient's original discharge date was on 10/23/2018 and was rescheduled to 10/31/2018 and since court was scheduled for 10/30/2018 to discuss placement.  On 10/30/2018, the judge requested more clarification from the physician's involved regarding the recommendation on where the patient should be discharged.  A trial was

Page 2 of 4

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000005



**DISCHARGE SUMMARY**

Patient Name:   Scianna, Brooke
MR No.:         119188

scheduled for 11/15/2018 to determine placement. Dr. Mlak and Aurora's BCBA were ~~testified~~ *testified*. As a result, the judge ordered the patient to return home with wraparound services. However, DCS will continue to be the legal guardian.

A dependency hearing is scheduled in February 2019. DCS approved mother to switch behavioral health agency from Aurora Children's Association to Child and Family Support Services.

Mother had an intake with CFSS on 11/21/2018 at 09:00 a.m. and a medication management appointment with CFSS on 11/21/2018 at 03:00 p.m. CFSS is providing the patient wraparound services.

**V. Laboratory and Imaging:** Throughout the hospitalization, the patient's AST was elevated in addition to total cholesterol. AST peaked at 78 but trended and returned to normal limits. Total cholesterol was 187. A medical consultant was involved in the patient's medical decision-making.

**VI. Mental Status Examination**

**Appearance:** Limited self-care. Attitude was calm.
**Behavior:** Calm.
**Eye Contact:**
**Speech:** Characterized by vocalization.
**Orientation:** She was alert.
**Attention:** Attention span was sustained as observed by the patient's ability to sustain attention during tasks.
**Motor:** No disturbance
**Thought Process:** Unable to be assessed due to lack of language.
**Thought Content:** Unable to be assessed due to lack of language.
**Perception:** No hallucinations.
**Mood:** Euthymic but easily frustrated.
**Affect:** Shallow in depth.
**Insight:** Poor per her behavior.
**Judgment:** Poor per her behavior.
**Recent Memory:** Not able to be formally assed due to lack of language.
**Remote Memory:** Not able to be formally assed due to lack of language.
**Abstract Reasoning:** Not able to be formally assed due to lack of language.
**Intelligence:** Below average.

**Check one of the following:**
____ Two or more antipsychotic medications prescribed at discharge.
       *If selected, please indicate justification for the patient being discharged on two or more antipsychotic medications.*
____ History of at least three failed multiple trials of monotherapy.
____ Plan to taper to monotherapy due to previous use of multiple antipsychotic medication or cross-taper in progress at time of discharge.
____ Augmentation of Clozapine.

Others:

**Discharge Risk Factors:** Severity of developmental disability, aggression, and impulsivity.

**VII. Functional Status** Clinically Stable for Discharge

**Physical Functioning:** The patient will need continuous observation and support to maintain safety and ADLs.
**Social Functioning:** Requires continuous monitoring

**VIII. Condition at Time of Discharge**

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000006



**Patient Name:** Scianna, Brooke
**MR No.:** 119188

# DISCHARGE SUMMARY

**Status on day of discharge:** Psychiatrically, the patient continued to exhibit symptoms of irritability and impulsivity but had significantly improved throughout hospitalization. Physical: She had significant restrictions and was medically stable. She had sustained an injury to her fingers after grabbing the door resulting in cuts to her fingers but no significant injury occurred. **Anticipated Problems after discharge and suggested means for intervention:** The patient will continue to need intensive in-home behavioral services and family support but no anticipated problems with the appropriate services in place.

### IX. Aftercare Plans

Please refer to social work assessment and discharge appointments.

**Discharge Medications:** Trileptal 600 mg twice a day, Benadryl 50 mg at bedtime, Loestrin, Colace, omega-3 fatty acids, and vitamin D.

**Completed by**
Printed Name/Stamp & Signature: _____   12/14/2018   /400
                                    Krzysztof Mlak, M.D.        Date        Time

Dictated by: Krzysztof Mlak, M.D.

DR:        KM:avt/mai
DD:        11/29/2018 05:26
DT:        11/29/2018 21:53
Job #:     49970000047

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000007

Exhibit 29

# Psychiatric Progress Note

Date and Time: 9/6/2018 @ 11:11

Reason for Hospitalization: Aggression , mood sx

CC: Follow up

Interim History:

Brooke was observed, chart reviewed, staff provided input and case was discussed during treatment team meeting.

Brooke remains increasingly agitation over last coupe of days She struck staff when she could not immediately open the door. She ran own the hallway toward the cafeteria. She was apparently hungry. Staff observe increased appetite. Pt exhibits poor frustration tolerance. and ha been aggressive behaviors. She engages in mild self injury mains sensory driven biting of her hand.  She continues to make her needs known nonverbally and verbal when asked for verbal response.

Staff report recurring sexualized behaviors and aggression. Her sleep onset has been delayed but fell asleep around 11pm, .Court hearing will be held again on emergent basis prior to d/c to determine placement.

Any medication side effects: ☐ Yes  ☑ No    Comments: none reported by staff or observed

Vital signs stable:  ☑ Yes  ☐ No    Comments: T97.8 P105 R1 BP122/76

| ADL's: | Sleep: | Appetite: | LABS: |
|---|---|---|---|
| ☐ Good | ☐ Good | ☐ Good | elevated AST 55 otherwise WNL |
| ☑ Fair | ☐ Fair | ☑ Fair | |
| ☐ Poor | ☑ Poor | ☐ Poor | |

Physical SXS/Pain:  ☐ Yes  ☑ No    Comments: none observed or reported but sleep onset is delayed

Mental Status Exam: (Check all that apply)

**Appearance:**
- ☐ clean/well groomed
- ☐ unkempt/d sheveled
- ☑ fair grooming

**Behavior:**
- ☐ appropriate
- ☑ semi/uncooperative
- ☐ demanding/argumentative
- ☐ suspicious/bizarre

ignores author

**Speech:**
- ☐ normal rate/tone/volume
- ☐ slow/soft
- ☐ loud/verbose
- ☐ rapid/pressured

non-verbal with author

**Orientation:**
- ☐ person/place/time
- ☐ disoriented/confusion
- ☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
- ☐ euthymic
- ☐ depressed
- ☐ anxious
- ☐ elevated/euphoric
- ☐ dysphoric/irritable
- ☑ labile

**Affect:**
- ☐ appropriate
- ☐ inappropriate
- ☑ restricted/blunted
- ☐ flat
- ☐ labile
- ☐ anxious

demeanor/ expression changes suddely

**Thought Process:**
- ☐ linear/goal-directed
- ☐ tangential/circumstantial
- ☐ blocking
- ☐ concrete
- ☐ flight of ideas
- ☐ perseveration

n/a -does not talk with author

auditory hallucinations: ☐ Yes ☑ No
no signs observed

visual hallucinations: ☐ Yes ☑ No
no signs observed

delusions: ☐ Yes ☑ No
no signs observed

☐ other

| | | | | |
|---|---|---|---|---|
| **Gait/Station:** | ☑ Normal | ☐ Injured | ☐ Other | How Tested grossly intact per staff report |
| **Memory:** | ☑ Intact | ☐ Partial | ☐ Impaired | |
| **Insight:** | ☐ Intact | ☐ Partial | ☑ Impaired | **Impulse Control:** ☐ Intact  ☐ Fair  ☑ Poor |
| **Judgment:** | ☐ Intact | ☐ Partial | ☑ Impaired | Comment per her behavior |
| **Suicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | Comment none evident in her behavior |
| **Homicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | Comment none evident in her behavior |

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000214

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

staff/treatment team

**Misc:**
-discontinued benadryl and clomipramine due to unclear benefit
-mother has not responded to author attempts to establish contact

**Assessment:**
Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression. This represent  significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
| --- |
| DMDD, <br> ASD severe <br> h/o OCD <br> h/o PTSD |

| Medical Diagnosis |
| --- |
| none currently but h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems  ☐ Lack of Healthy Supports  ☐ Financial Problems  ☐ Housing Issues
☑ Other: temporary ward of DCS

---

**Estimated Length of Stay:** 25-30 days

**Circumstances that support continued inpatient hospitalization:** (Check all that apply)

☐ Change in diagnosis/ Treatment Plan _____
☑ Medication adjustment in inpatient setting needed: _____
☐ Continued use of "PRN" medications to regulate mood, thought or behavior
☑ No less restrictive setting appropriate and/or available at this time
☑ Condition can be more efficiently or more rapidly treated as an inpatient
☑ Significant regression anticipated without continuity of care
☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care
☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation
☑ Danger to Self/ other.
☐ Other _____

**Plan:**
1. Continue thorazine 25mg TID for mood instability
2. Continue clonidine 0.1m BID for hyperactivity
3. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
4. maintain 1:1 observation for safety but limit to daytime 6am-10pm
5. continue behavioral modification
6. coordinate care with DCS

**Name/Signature:** Krzysztof Mlak, M.D.     **Date:** 9/6/2018     **Time:** 1433

**Name:** Brooke Scianna
MR#: 119188
UNIT: coyote
Patient Label

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000215

Exhibit 30

## Psychiatric Progress Note

Date and Time: 9/7/2018 @ 12:54

Reason for Hospitalization: Aggression , mood sx

cc: Follow up

**Interim History:**

Brooke was observed, chart reviewed, staff provided input and case was discussed during treatment team meeting.

Brooke remains labile and often times agitated. This morning she has repeatedly attacked her staff. He is restless and pacing from the unit to the swing over 20 times so far today. She engages repetitive behavior (closing door and placing cups upside down and stacking them) . She becomes highly distressed if interrupted. Pt exhibits poor frustration tolerance. She engages in self injury by head banging and hand biting. Her preferred sensory interventions are not helping her calm herself. She received a PRN mediation (Thorazine ) this morning due to aggression.

Staff continue to monito for sexualized behaviors. Her sleep onset has been more consistent but wakes up in mid-cycle .

| | | | | |
|---|---|---|---|---|
| Any medication side effects: | ☐ Yes | ☑ No | Comments: increased appetite reported by staff | |
| Vital signs stable: | ☑ Yes | ☐ No | Comments: T98.2 P88 R16 BP101/74 | |

**ADL's:**
☐ Good
☑ Fair
☐ Poor

**Sleep:**
☐ Good
☐ Fair
☑ Poor

**Appetite:**
☐ Good
☑ Fair
☐ Poor

**LABS:**
elevated AST 55 otherwise WNL

Physical SXS/Pain: ☐ Yes ☑ No

Comments: none observed or reported

**Mental Status Exam:** (Check all that apply)

**Appearance:**
☐ clean/well groomed
☐ unkempt/disheveled
☑ fair grooming

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

pacing in hallways

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non-verbal with author

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☑ elevated/euphoric
☑ dysphoric/irritable
☑ labile

**Affect:**
☐ appropriate
☐ inappropriate
☐ restricted/blunted
☐ flat
☑ labile
☐ anxious

demeanor/ expression changes rapidly

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -does not talk with author

auditory hallucinations ☐ Yes ☑ No
no signs observed

visual hallucinations: ☐ Yes ☑ No
no signs observed

delusions: ☐ Yes ☑ No
no signs observed

☐ other:

| | | | | | | |
|---|---|---|---|---|---|---|
| **Gait/Station:** | ☑ Normal | ☐ Injured | ☐ Other | How Tested: grossly intact per staff report | | |
| **Memory:** | ☑ Intact | ☐ Partial | ☐ Impaired | | | |
| **Insight:** | ☐ Intact | ☐ Partial | ☑ Impaired | **Impulse Control:** ☐ Intact ☐ Fair ☑ Poor | | |
| **Judgment:** | ☐ Intact | ☐ Partial | ☑ Impaired | Comment per her behavior | | |
| **Suicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | Comment none evident in her behavior | | |
| **Homicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | Comment but unpredictable behavior | | |

Name: Brooke Scianna
MR#: 119168
UNIT: coyote

Page 1 of 2

Patient Label

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000216

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

staff/treatment team

Misc:
-discontinued benadryl and clomipramine due to unclear benefit
-mother has not responded to author attempts to establish contact
-Court hearing will be held again on emergent basis prior to d/c to determine placement.

**Assessment:**

Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression. This represent significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
|---|
| DMDD, ASD severe h/o OCD h/o PTSD |

| Medical Diagnosis |
|---|
| none currently but h/o of rhabdomyolysis in 4/2018. |

| Psychosocial and Environmental Stressors | | | |
|---|---|---|---|
| ☐ Health Problems | ☐ Lack of Healthy Supports | ☐ Financial Problems | ☐ Housing Issues |
| ☑ Other: temporary ward of DCS | | | |

**Estimated Length of Stay:** 25-30 days

**Circumstances that support continued Inpatient hospitalization:** (Check all that apply)

- ☐ Change in diagnosis/ Treatment Plan: _____
- ☑ Medication adjustment in inpatient setting needed: _____
- ☑ Continued use of 'PRN' medications to regulate mood, thought or behavior
- ☑ No less restrictive setting appropriate and/or available at this time
- ☑ Condition can be more efficiently or more rapidly treated as an inpatient
- ☑ Significant regression anticipated without continuity of care
- ☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care
- ☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation
- ☑ Danger to Self/ other.
- ☐ Other _____

**Plan:**

1. Discontinue thorazine due to lack of benefit
2. Recommend haldol 1mg TID for mood instability not responding to 1st and 2nd line tx
3. Recommend trial of lithium for mood instability not responding to 1st and 2nd line tx
4. Continue clonidine 0.1m BID for hyperactivity
5. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
6. maintain 1:1 observation for safety but limit to daytime 6am-10pm
7. continue behavioral modification
8. coordinate care with DCS

Name/Signature: _____      Date: 9/7/2018      Time: 1453

Krzysztof Mlak, M.D.

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000217

Exhibit 31



**AURORA**
BEHAVIORAL HEALTH SYSTEM

Name: Scianna, Brooke
Adnum: 1812439  DOB: 07/14/01  Age: 17
MedRec#: 0119188  Sex: F  DOA: 08/25/16
Unit: Coyote / #108 / A
Doctor:    Miak, K.

## INFORMED CONSENT FOR ADOLESCENT MEDICATION

The following information has been reviewed with me by a qualified medical professional for each medication listed below:
- The <u>diagnosis</u> and <u>target symptoms</u> for the medication recommended;
- The possible <u>benefits/intended outcome</u> of treatment, and as applicable, all available procedures involved in the proposed treatment;
- The possible <u>risks and side effects</u>, including risks of medication to pregnant women and women who are breast feeding;
- The possible <u>results of not taking the recommended medication;</u>
- The possibility that the medication <u>dose may need to be adjusted</u> over time, in consultation with the behavioral health medical practitioner;
- The right to <u>actively participate in the treatment</u> by discussing medication concerns or questions with the behavioral health medical practitioner;
- The right to <u>withdraw voluntary consent</u> for medication at any time (unless the use of medications in my treatment is required in a Court Order or in a Special Treatment Plan); and
- For persons under 18 years of age, the FDA status of the medication and the level of evidence supporting the recommended medication.

*I understand the medication information that has been provided to me.
By signing or providing verbal consent below I agree to the use of each medication.*

| Medication: Haldol Dose: 1 mg 5 mg | How Discussed: ☐ In-person ☑ Telephone (2 RN verification) | Parent/Guardian Initials** Kaloni DCS | Behavioral Health Professional/s JFH |
|---|---|---|---|
| Route: PO  Frequency: TID | | | |
| New medication? ☑ Yes ☐ No | | Date / Time 9/7/18 | Date / Time 9/7/18 |
| Change in dose and/or frequency? ☐ Yes ☐ No | | | |
| Target Symptoms to be addressed* Mood | | | |

| Medication: Ativan Dose: 1 mg | How Discussed: ☐ In-person ☑ Telephone (2 RN verification) | Parent/Guardian Initials** | Behavioral Health Professional/s TH |
|---|---|---|---|
| Route: PO  Frequency: | | Date / Time | |
| New medication? ☑ Yes ☐ No | | | Date / Time 9/8/18 |
| Change in dose and/or frequency? ☐ Yes ☐ No | | | |
| Target Symptoms to be addressed* Mood | | | |

| Medication: Cogentin Dose: 1-4 mg | How Discussed: ☐ In-person ☑ Telephone (2 RN verification) | Parent/Guardian Initials** DC MC | Behavioral Health Professional/s JA AC |
|---|---|---|---|
| Route: PO  Frequency: daily | | Date / Time 9/16/18 1300 | Date / Time 9/16/18 1300 |
| New medication? ☑ Yes ☐ No | | | |
| Change in dose and/or frequency? ☐ Yes ☑ No | | | |
| Target Symptoms to be addressed* EPS | | | |

| Medication: Benadryl Dose: 2-50 | How Discussed: ☐ In-person ☑ Telephone (2 RN verification) | Parent/Guardian Initials** DC MC Melissa | Behavioral Health Professional/s JA AC |
|---|---|---|---|
| Route: PO  Frequency: daily | | Date / Time 9/16/18 1300 | Date / Time 9/16/18 1300 |
| New medication? ☑ Yes ☐ No | | | |
| Change in dose and/or frequency? ☐ Yes ☑ No | | | |
| Target Symptoms to be addressed* Mood | | | |

**Ensure informed consent form with original parent/guardian signature is located in the patient's medical record.
If consent obtained by telephone individual may initial and date at next face-to-face visit.**

| Parent/Guardian Printed Name | Kaloni DCS | Signature | | Initials |
|---|---|---|---|---|
| Clinician Obtaining Consent – Printed Name | Tracy Franken | Signature | T Franken CRN | Initials SF |
| Clinician Obtaining Consent – Printed Name | Ty Hall  RN | Signature | T Hall | Initials TH |
| Clinician Obtaining Consent – Printed Name | Josh Agnesi | Signature | Josh Agnesi RN | Initials JA |
| Clinician Obtaining Consent – Printed Name | Hilary Pagano Graussen | Signature | Hilary Pagano RN | Initials HG |

RN- Adolescent Medication Informed Consent – Original 3/2/2018

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000150

Exhibit 32

## Psychiatric Progress Note

**Date and Time:** 9/10/2018 @ 13:39

**Reason for Hospitalization:** Aggression , mood sx

**CC:** Follow up

**Interim History:**
Brooke was observed, with staff present who provided input, chart reviewed in addition to covering attending's progress note and case was discussed during treatment team meeting

Brooke has been severely agitated through out the weekend and escalated to a physical hold yesterday night. She has been aggressive and reacts quickly to minor trigger such as someone using the sensory swing and being asked to wait her turn. She struck author in the head when she could not leave the unit. She has been hitting peers and well as 1:1 staff. Pt exhibits poor frustration tolerance and has limitation in making her needs known. She became highly agitated when offered a PECs to facilitate communication. Se continues to engages in mild self injury mains sensory driven biting of her hand. She has received PRN over the weekend on several instances. Compulsive behavior has been increased and is forcibly taking items away from staff and peers , and is stacking cups and lining up chairs while in gym and closing doors through out the unit. This lead to agitation if she is interrupted
Staff are monitoring for sexualized behaviors. Sleep has been improving

| | | |
|---|---|---|
| **Any medication side effects:** ☐ Yes ☑ No | **Comments:** none reported by staff or observed | |
| **Vital signs stable:** ☑ Yes ☐ No | **Comments:** T99.4 P94 R18 BP 97/68 O2sat 98% | |

| **ADL's:** | **Sleep:** | **Appetite:** |
|---|---|---|
| ☐ Good | ☐ Good | ☐ Good |
| ☑ Fair | ☑ Fair | ☑ Fair |
| ☐ Poor | ☑ Poor | ☐ Poor |

**LABS:**
-repeat labs 8/26 reveal AST 78 and Tchol 187 and recent h/o elevated AST 55

**Physical SXS/Pain:** ☐ Yes ☑ No    **Comments:** none observed or reported b

**Mental Status Exam:** (Check all that apply)

**Appearance:**
☐ clean/well groomed
☐ unkempt/disheveled
☑ fair grooming

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

hits author

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non-verbal with author

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☐ elevated/euphoric
☑ dysphoric/irritable
☑ labile

**Affect:**
☐ appropriate
☐ inappropriate
☑ restricted/blunted
☐ flat
☑ labile
☐ anxious

demeanor/ expression changes suddenly

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -does not talk with author

**auditory hallucinations:** ☐ Yes ☑ No
no signs observed

**visual hallucinations:** ☐ Yes ☑ No
no signs observed

**delusions:** ☐ Yes ☑ No
no signs observed

☐ other:

| | | | | |
|---|---|---|---|---|
| **Gait/Station:** | ☑ Normal | ☐ Injured | ☐ Other | |
| **Memory:** | ☑ Intact | ☐ Partial | ☐ Impaired | **How Tested** grossly intact per staff report |
| **Insight:** | ☐ Intact | ☐ Partial | ☑ Impaired | **Impulse Control:** ☐ Intact ☐ Fair ☑ Poor |
| **Judgment:** | ☐ Intact | ☐ Partial | ☑ Impaired | **Comment** per her behavior |
| **Suicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | **Comment** none evident in her behavior |
| **Homicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | **Comment** exhibits unpredictable behavior |

Page 1 of 2

Name: Brooke Scianna
MRA #: 119188
UNIT: coyote

Patient Label

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000222

**Psychiatric Progress Note**

Contact with collateral sources (doctor-to doctor, family, case management, etc.):
staff/treatment team

Misc:
-Court hearing to be held again on emergent basis prior to d/c to determine placement.
-discontinued benadryl and clomipramine due to unclear benefit
-mother has not responded to author attempts to establish contact

Assessment:

Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression and compulsive behavior. This represent  significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

Diagnosis:

| Psychiatric Diagnosis |
|---|
| DMDD,<br>ASD severe<br>h/o OCD<br>h/o PTSD |

| Medical Diagnosis |
|---|
| Repeat labs 8/26 reveal AST 78 and Tchol 187  and recent h/o elevated AST 55 none currently but h.o of rhabdomyolysis in 4/2018. |

| Psychosocial and Environmental Stressors |
|---|
| ☐ Health Problems      ☐ Lack of Healthy Supports      ☐ Financial Problems      ☐ Housing Issues |
| ☑ Other:  temporary ward of DCS |

Estimated Length of Stay:  25-30 days

Circumstances that support continued inpatient hospitalization: (Check all that apply)

☐ Change in diagnosis/ Treatment Plan
☑ Medication adjustment in inpatient setting needed
☑ Continued use of "PRN" medications to regulate mood, thought or behavior
☑ No less restrictive setting appropriate and/or available at this time
☑ Condition can be more efficiently or more rapidly treated as an inpatient
☑ Significant regression anticipated without continuity of care
☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care
☑ Continued disturbance in  mood, thought, behavior rendering patient incapable of self care self regulation
☑ Danger to Self/ other.
☑ Other:  remain on 1:1 for sfaety

Plan:

1. increase haldol 2mg TID for mood instability
2. Discontinue thorazine due to lack of benefity
3. Continue clonidine 0.1m BID for hyperactivity but consider taper
4. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
5. maintain 1:1 observation for safety
6. continue behavioral modification
7. coordinate care with DCS
8. consult Internal Medicine for increasing AST and elevated cholesterol

Name/Signature:                    Date:                    Time:                    Name: Brooke Scianna
Krzysztof Mlak, M.D.               9/10/2018                                        MR#: 119188
                                                                                    UNIT: coyote

                                                                                    Patient Label

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000223

Exhibit 33

## Psychiatric Progress Note

Date and Time: 9/11/2018 @ 14:23

Reason for Hospitalization: Aggression , mood sx

CC: Follow up

Interim History:

Brooke was observed, with staff present, chart reviewed, staff provided input and case was discussed during treatment team meeting

Brooke has not had aggressive throughout the day today but had severe agitation yesterday and could not sleep last night. She was awake and paced much of this night. She continues to engage in mild self injury. Compulsive behavior remains prominent and often lead to aggression if she is interrupted

Staff are monitoring for sexualized behaviors.

Any medication side effects: ☑ Yes ☐ No   Comments: tremor/muscle rigidity

Vital signs stable: ☑ Yes ☐ No   Comments: T97.8

| ADL's: | Sleep: | Appetite: | LABS: |
|---|---|---|---|
| ☐ Good | ☐ Good | ☐ Good | -repeat labs 8/26 reveal AST 78 and Tchol 187 |
| ☑ Fair | ☑ Fair | ☑ Fair | and recent h/o elevated AST 55 |
| ☐ Poor | ☐ Poor | ☐ Poor | |

Physical SXS/Pain: ☐ Yes ☑ No   Comments: none observed or reported

Mental Status Exam: (Check all that apply)

**Appearance:**
- ☐ clean/well groomed
- ☑ unkempt/disheveled
- ☐ fair grooming

**Behavior:**
- ☐ appropriate
- ☑ semi/uncooperative
- ☐ demanding/argumentative
- ☐ suspicious/bizarre

tremulous

**Speech:**
- ☐ normal rate/tone/volume
- ☐ slow/soft
- ☐ loud/verbose
- ☐ rapid/pressured

non-verbal with author

**Orientation:**
- ☐ person/place/time
- ☐ disoriented/confusion
- ☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
- ☐ euthymic
- ☐ depressed
- ☐ anxious
- ☐ elevated/euphoric
- ☑ dysphoric/irritable
- ☑ labile

**Affect:**
- ☐ appropriate
- ☐ inappropriate
- ☑ restricted/blunted
- ☐ flat
- ☑ labile
- ☐ anxious

demeanor/ expression changes suddely

**Thought Process:**
- ☐ linear/goal-directed
- ☐ tangential/circumstantial
- ☐ blocking
- ☐ concrete
- ☐ flight of ideas
- ☐ perseveration

n/a -does not talk with author

auditory hallucinations: ☐ Yes ☑ No
no signs observed

visual hallucinations: ☐ Yes ☑ No
no signs observed

delusions ☐ Yes ☑ No
no signs observed

☐ other

cogwheel rigidity

| | | | | |
|---|---|---|---|---|
| Gait/Station: | ☑ Normal | ☐ Injured | ☐ Other | grossly intact per staff report |
| Memory: | ☑ Intact | ☐ Partial | ☐ Impaired | How Tested: |
| Insight: | ☐ Intact | ☐ Partial | ☑ Impaired | Impulse Control: ☐ Intact ☐ Fair ☑ Poor |
| Judgment: | ☐ Intact | ☐ Partial | ☑ Impaired | Comment: per her behavior |
| Suicidal Ideation: | ☑ Denies | ☐ Passive | ☐ Active | Comment: none evident in her behavior |
| Homicidal Ideation: | ☑ Denies | ☐ Passive | ☐ Active | Comment: exhibits unpredictable behavior |

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Page 1 of 2

Patient Label

AURORA(SCIANNA) 000224

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

staff/treatment team

Misc:
-Court hearing will be held again on emergent basis prior to d/c to determine placement
-discontinued thorazine , benadryl and clomipramine due to unclear benefit
-mother has not responded to author attempts to establish contact

**Assessment:**

Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression and compulsive behavior. This represent  significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
| --- |
| DMDD, <br> ASD severe <br> h/o OCD <br> h/o PTSD |

| Medical Diagnosis |
| --- |
| Repeat labs 8/26 reveal AST 78 and Tchol 187  and recent h/o elevated AST 55 <br> none currently but h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems   ☐ Lack of Healthy Supports   ☐ Financial Problems   ☐ Housing Issues

☑ Other.  temporary ward of DCS

**Estimated Length of Stay:** 25-30 days

**Circumstances that support continued inpatient hospitalization:** (Check all that apply)

☐ Change in diagnosis/ Treatment Plan _____

☑ Medication adjustment in inpatient setting needed _____

☑ Continued use of "PRN" medications to regulate mood, thought or behavior

☑ No less restrictive setting appropriate and/or available at this time

☑ Condition can be more efficiently or more rapidly treated as an inpatient

☑ Significant regression anticipated without continuity of care

☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care

☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation

☑ Danger to Self/ other.

☑ Other:  remains on 1:1 for sfaety _____

**Plan:**

1. Continue haldol 2mg TID for mood instability
2. Recommedn cogentin 2mg ow for EPS and 0.5mg TID for prophylaxis
3. Continue clonidine 0.1m BID for hyperactivity but consider taper
4. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
5. maintain 1:1 observation for safety
6. continue behavioral modification
7. coordinate care with DCS
8. consult Internal Medicine for increasing AST and elevated cholesterol

Name/Signature:  _____   Date:  9/11/2018   Time:  1531   Name: Brooke Scianna
Krzysztof Mlak, M.D.   MR#: 119188
UNIT: coyote

Patient Label

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000225

Exhibit 34

# Psychiatric Progress Note

Date and Time: 9/12/2018 @ 14:08

Reason for Hospitalization: Aggression , mood sx

CC: Follow up

**Interim History:**

Brooke was observed, with staff present, chart reviewed, staff provided input and case was discussed during treatment team meeting

Brooke remain sdysregulated emotionally (labile)  and is not sleeping well at night. However she has not exhibited aggressive throughout the day today but had severe agitation yesterday and could not sleep last night. She continues to pace much of the night. She continues to engage in mild self injury. Compulsive behavior remains prominant and often lead to aggression if she is interrupted

She ignores author but is able to attend activities off unit and 2  were switched to prevent her from running into the cafeteria after gym.

Any medication side effects: ☑ Yes   ☐ No    Comments: resolvin tremor/muscle rigidity

Vital signs stable:   ☑ Yes   ☐ No    Comments: WNL per RN

| ADL's: | Sleep: | Appetite: | LABS: |
|---|---|---|---|
| ☐ Good | ☐ Good | ☐ Good | -repeat labs 8/26 reveal AST 78 and Tchol 187 |
| ☑ Fair | ☐ Fair | ☑ Fair | and recent h/o elevated AST 55 |
| ☐ Poor | ☑ Poor | ☐ Poor | |

Physical SX6/Pain:   ☐ Yes  ☑ No    Comments: none observed or reported

**Mental Status Exam: (Check all that apply)**

| Appearance: | Behavior: | Speech: | Orientation: |
|---|---|---|---|
| ☐ clean/well groomed | ☐ appropriate | ☐ normal rate/tone/volume | ☐ person/place/time |
| ☑ unkempt/disheveled | ☑ semi/uncooperative | ☐ slow/soft | ☐ disoriented/confusion |
| ☐ fair grooming | ☐ demanding/argumentative | ☐ loud/verbose | ☐ impaired attention/concentration |
| | ☐ suspicious/bizarre | ☐ rapid/pressured | |

tremulous but less apparent

non-verbal with author

alert but nonverbal towards author

| Mood: | Affect: | Thought Process: | |
|---|---|---|---|
| ☐ euthymic | ☐ appropriate | ☐ linear/goal-directed | auditory hallucinations: ☐ Yes ☑ No |
| ☐ depressed | ☐ inappropriate | ☐ tangential/circumstantial | no signs observed |
| ☐ anxious | ☑ restricted/blunted | ☐ blocking | visual hallucinations: ☐ Yes ☑ No |
| ☐ elevated/euphoric | ☐ flat | ☐ concrete | no signs observed |
| ☑ dysphoric/irritable | ☑ labile | ☐ flight of ideas | delusions: ☐ Yes ☑ No |
| ☑ labile | ☐ anxious | ☐ perseveration | no signs observed |
| | | | ☐ other: |

demeanor/ expression changes suddenly

n/a -does not talk with author

cogwheel rigidity

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Gait/Station: | ☑ Normal | ☐ Injured | ☐ Other | | | | |
| Memory: | ☑ Intact | ☐ Partial | ☐ Impaired | How Tested: grossly intact per staff report | | | |
| Insight: | ☐ Intact | ☐ Partial | ☑ Impaired | Impulse Control: | ☐ Intact | ☐ Fair | ☑ Poor |
| Judgment: | ☐ Intact | ☐ Partial | ☑ Impaired | Comment: per her behavior | | | |
| Suicidal Ideation: | ☑ Denies | ☐ Passive | ☐ Active | Comment: none evident in her behavior | | | |
| Homicidal Ideation: | ☑ Denies | ☐ Passive | ☐ Active | Comment: exhibits unpredictable behavior | | | |

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000226

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

staff/treatment team - report poor sleep and  are monitoring for sexualized behaviors.
mother -author spoke with mother to discuss her questions and concerns: she is concern about lack of benefit from haldol and past rial which also caused tremor and "masked facial expression" as well as regression to point to eating her fecal matter- mother feMTCA helped with OCD sx -tx plan reviewed and mother expressed understanding
Misc:
-Court hearing to be held again on emergent basis prior to d/c to determine placement.
-discontinued thorazine , benadryl and clomipramine due to unclear benefit

**Assessment:**

Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression and compulsive behavior. This represent  significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
| --- |
| DMOD,<br>ASD severe<br>r/o OCD<br>h/o PTSD |

| Medical Diagnosis |
| --- |
| Repeat labs 8/26 reveal AST 78 and Tchol 187  and recent h/o elevated AST 55<br>none currently but h.o of rhabdomyolysis in 4/2018. |

| Psychosocial and Environmental Stressors |
| --- |
| ☐ Health Problems   ☐ Lack of Healthy Supports   ☐ Financial Problems   ☐ Housing Issues<br>☑ Other:  temporary ward of DCS |

**Estimated Length of Stay:**  25-30 days

**Circumstances that support continued inpatient hospitalization:** (Check all that apply)

☐ Change in diagnosis/ Treatment Plan: _____

☑ Medication adjustment in inpatient setting needed:

☑ Continued use of "PRN" medications to regulate mood, thought or behavior

☑ No less restrictive setting appropriate and/or available at this time

☑ Condition can be more efficiently or more rapidly treated as an inpatient

☑ Significant regression anticipated without continuity of care

☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care

☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation

☑ Danger to Self/ other.

☑ Other:  remains on 1:1 for sfaety

**Plan:**

1. Continue haldol 2mg TID for mood instability
2. Coninue cogentin 0.5mg TID for EPS prophylaxis
3. Continue clonidine 0.1m BID for hyperactivity but consider taper
4. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
5. maintain 1:1 observation for safety
6. continue behavioral modification
7. coordinate care with DCS
8. consult Internal Medicine for increasing AST and elevated cholesterol
9. consider restart TCA in 5-10 days once EPS resolves
10. Recommend secure RTC as primary consideration however DDD group have may be an option if consultation/ training occurs with group home staff

| Name/Signature:<br>Krzysztof Mlak, M.D. | Date:<br>9/12/2018 | Time: /6 o/ | Name: Brooke Scianna<br>MR#: 119188<br>UNIT: coyote<br>Patient Label |

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000227

Exhibit 35

# Psychiatric Progress Note

Date and Time: 9/13/2018 @ 14:23

Reason for Hospitalization: Aggression , mood sx

cc: Follow up

Interim History:
Brooke was observed, with staff present, chart reviewed, staff provided input and case was discussed during treatment team meeting

Brooke continue to have poor sleep and appears tired and not engaging in activities. She remains dysregulated emotionally but (labile)  and is is engaging in  compulsive/repetitive behavior which if interrupted often lead to aggression and mild self injury. She is attending fewer activities due to sleeping most of the morning. She required continuous supervision to maintain ADLs and support/assistance.

Any medication side effects: ☑ Yes    ☐ No     Comments: resolving tremor/muscle rigidity

Vital signs stable:    ☑ Yes    ☐ No     Comments: T98.7 P118 R18 BP 109/56

| ADL's: | Sleep: | Appetite: |
|---|---|---|
| ☐ Good | ☐ Good | ☐ Good |
| ☐ Fair | ☐ Fair | ☑ Fair |
| ☑ Poor | ☑ Poor | ☐ Poor |

LABS:
-repeat labs 8/26 reveal AST 78 and Tchol 187 and recent h/o elevated AST 55

Physical SXS/Pain:    ☐ Yes    ☑ No     Comments: none observed or reported

Mental Status Exam: (Check all that apply)

**Appearance:**
☐ clean/well groomed
☑ unkempt/disheveled
☐ fair grooming

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

tremulous but
less apparent

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non-verbal with
author

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but
nonverbal
towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☐ elevated/euphoric
☑ dysphoric/irritable
☐ labile

**Affect:**
☐ appropriate
☐ inappropriate
☑ restricted/blunted
☐ flat
☐ labile
☐ anxious

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -does not talk
with author

auditory hallucinations: ☐ Yes ☑ No
no signs observed

visual hallucinations: ☐ Yes ☑ No
no signs observed

delusions ☐ Yes ☑ No
no signs observed

☐ other

cogwheel rigidity

| Gait/Station: | ☑ Normal | ☐ Injured | ☐ Other | |
|---|---|---|---|---|
| Memory: | ☑ Intact | ☐ Partial | ☐ Impaired | How Tested: grossly intact per staff report |
| Insight: | ☐ Intact | ☐ Partial | ☑ Impaired | Impulse Control: ☐ Intact ☐ Fair ☑ Poor |
| Judgment: | ☐ Intact | ☐ Partial | ☑ Impaired | Comment: per her behavior |
| Suicidal Ideation: | ☑ Denies | ☐ Passive | ☐ Active | Comment: none evident in her behavior |
| Homicidal Ideation: | ☑ Denies | ☐ Passive | ☐ Active | Comment: exhibits unpredictable behavior |

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000228

**Psychiatric Progress Note**

**Contact with collateral sources (doctor-to-doctor, family, case management, etc.):**

staff/treatment team - continue to note pt lack of sleep at night and sleeping in AM  and verbalize concern over worsened 'OCD' even compared to last admission, RN reports improving tremor and appetite.
Misc:
-Court hearing will be held again on emergent basis prior to d/c to determine placement
-discontinued thorazine , benadryl and clomipramine due to unclear benefit

**Assessment:**

Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression and compulsive behavior. This represent  significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
|---|
| DMDD,<br>ASD severe<br>h/o OCD<br>h/o PTSD |
| **Medical Diagnosis** |
| Repeat labs 8/26 reveal AST 78 and Tchol 187  and recent h/o elevated AST 55<br>none currently but h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems    ☐ Lack of Healthy Supports    ☐ Financial Problems    ☐ Housing Issues
☑ Other   temporary ward of DCS

**Estimated Length of Stay:**  25-30 days

**Circumstances that support continued inpatient hospitalization: (Check all that apply)**

☐ Change in diagnosis/ Treatment Plan
☑ Medication adjustment in inpatient setting needed
☐ Continued use of "PRN" medications to regulate mood, thought or behavior
☑ No less restrictive setting appropriate and/or available at this time
☑ Condition can be more efficiently or more rapidly treated as an inpatient
☑ Significant regression anticipated without continuity of care
☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care
☑ Continued disturbance in. mood, thought, behavior rendering patient incapable of self care self regulation
☑ Danger to Self/ other.
☑ Other   remains on 1:1 for sfaety

**Plan:**

1. Descrease haldol 2.5mg qAM and 5mg qHS for mood instability (monitor for resolving EPS
2. Increase cogentinue 1mg BID for EPS prophylaxis
3. Start benadryl 25mg qHS for sleep
4. Continue clonidine 0.1m BID for hyperactivity but consider taper
5. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
6. maintain 1:1 observation for safety and  continue behavioral modification
7. coordinate care with DCS
8. consult Internal Medicine for increasing AST and elevated cholesterol
9. consider restartng TCA in 5-10 days once EPS resolves
10. Recommend secure RTC as primary consideration however DDD group have may be an option if consultation/ training occurs with group home staff

Name/Signature: _____  Date: 9/13/2018    Time: 1305    Name: Brooke Scianna
Krzysztof Mlak, M.D.                                                          MR#: 119188
                                                                                UNIT: coyote

                                                                        Patient Label

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000229

Exhibit 36

# Psychiatric Progress Note

Date and Time: 9/14/2018 @ 13:13

Reason for Hospitalization: Aggression , mood sx

cc: Follow up

Interim History:

Brooke was observed, with staff present, chart reviewed, staff provided input and case was discussed during treatment team meeting

Brooke was reported to have fallen asleep without difficulty. She woke up ar 3am and ate cereal and fell asleep at 4am. He appears bright and upbeat this morning and is observed to be smiling. Staff descried fewer repetitive compulsive behavior so far this morning. She has not appears ans easilt frustrated and not exhibited aggressive behavior. She is not pacing the unit as often. She is attending fewer activities due to sleeping most of the morning. She requires continuous supervision to maintain ADLs and support/assistance.

Any medication side effects: ☑ Yes   ☐ No    Comments: resolved tremor/muscle rigidity

Vital signs stable:   ☑ Yes   ☐ No    Comments: BP140/84 P110 R16 T98.2

| ADL's: | Sleep: | Appetite: | LABS: |
|---|---|---|---|
| ☐ Good | ☐ Good | ☐ Good | -repeat labs 8/26 reveal AST 78 and Tchol 187 |
| ☑ Fair | ☐ Fair | ☑ Fair | and recent h/o elevated AST 55 |
| ☐ Poor | ☑ Poor | ☐ Poor | |

Physical SXS/Pain:   ☐ Yes   ☑ No    Comments: none observed or reported

Mental Status Exam: (Check all that apply)

**Appearance:**
☐ clean/well groomed
☐ unkempt/disheveled
☑ fair grooming

follows directive well and readily provied her arm to allow tendon /arm rigidity checked

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non-verbal with author

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
☑ euthymic
☐ depressed
☐ anxious
☐ elevated/euphoric
☐ dysphoric/irritable
☐ labile

**Affect:**
☑ appropriate
☐ inappropriate
☐ restricted/blunted
☐ flat
☐ labile
☐ anxious

shallow depth

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -does not talk with author

auditory hallucinations ☐ Yes ☑ No

no signs observed

visual hallucinations: ☐ Yes ☑ No

no signs observed

delusions: ☐ Yes ☑ No

no signs observed

☑ other:

mild stiffness present in upper extermities

| | | | |
|---|---|---|---|
| **Gait/Station:** | ☑ Normal | ☐ Injured | ☐ Partial ☐ Other |
| **Memory:** | ☑ Intact | ☐ Partial | ☐ Impaired |
| **Insight:** | ☐ Intact | ☐ Partial | ☑ Impaired |
| **Judgment:** | ☐ Intact | ☐ Partial | ☑ Impaired |
| **Suicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active |
| **Homicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active |

How Tested: grossly intact per staff report

**Impulse Control:** ☐ Intact ☐ Fair ☑ Poor

Comment: per her behavior

Comment: none evident in her behavior

Comment: exhibits unpredictable behavior

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 1 of 2

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):
-attempted to contact mother and left message to report resolution of side effect and improving sleep.
-author did not receive call for peer review as scheduled for today
Misc:
-Court hearing will be held again on emergent basis prior to d/c to determine placement.
-discontinued thorozine , benadryl and clomipramine due to unclear benefit

**Assessment:**
Brooke demonstrates poor progress toward her treatment goals due to mood lability, with prominent irritability and subsequent aggression and compulsive behavior. This represent significant regression after her discharged 5/2018 and has subsequently been removed from mothers care. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
| --- |
| DMDD, <br> ASD severe <br> h/o OCD <br> h/o PTSD |

| Medical Diagnosis |
| --- |
| Repeat labs 8/26 reveal AST 78 and Tchol 187 and recent h/o elevated AST 55 none currently but h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

| ☐ Health Problems | ☐ Lack of Healthy Supports | ☐ Financial Problems | ☐ Housing Issues |
| --- | --- | --- | --- |
| ☑ Other: temporary ward of DCS | | | |

**Estimated Length of Stay:** 25-30 days

**Circumstances that support continued inpatient hospitalization:** (Check all that apply)

☐ Change in diagnosis/ Treatment Plan: ____
☑ Medication adjustment in inpatient setting needed: ____
☐ Continued use of "PRN" medications to regulate mood, thought or behavior
☑ No less restrictive setting appropriate and/or available at this time
☑ Condition can be more efficiently or more rapidly treated as an inpatient
☑ Significant regression anticipated without continuity of care
☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care
☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation
☑ Danger to Self/ other.
☑ Other: remains on 1:1 for sfaety

**Plan:**
1. Continue haldol 2.5mg qAM and 5mg qHS for mood instability (monitor for resolving EPS
2. Continue cogentin 1mg BID for EPS prophylaxis
3. continue benadryl 25mg qHS for sleep
4. Continue clonidine 0.1m BID for hyperactivity but consider taper
5. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
6. maintain 1:1 observation for safety and continue behavioral modification
7. coordinate care with DCS
8. consult Internal Medicine for increasing AST and elevated cholesterol
9. consider restartng TCA in 5-10 days once EPS resolves
10. Recommend secure RTC as primary consideration however DDD group have may be an option if consultation/ training occurs with group home staff

Name/Signature: Krzysztof Mlak, M.D.    Date: 9/14/2018    Time: 1300    Name: Brooke Scianna
MR#: 119188
UNIT: coyote
Patient Label

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000231

Exhibit 37

## Psychiatric Progress Note

Date and Time: 9/21/2018 @ 10:58

Reason for Hospitalization: Aggression , mood sx

CC: Follow up

**Interim History:**

Brooke was observed with staff present, chart reviewed, staff provided input and case was discussed during treatment team meeting

Brooke continued to display emotional dysregulation and become aggressive yesterday afternoon and required a PRN (zuprexa) after hitting her head repeatedly and hitting staff. Sleep maintenance was intact last night. She engages in self injury when her needs/demands are not quickly met. She continues engaging in repetitive/compulsive behaviors particularly pacing the unit. She requires continuous supervision to maintain ADLs and support/assistance.

Any medication side effects: ☐ Yes ☑ No   Comments: none apparent but low appetite of constipation reported

Vital signs stable: ☑ Yes ☐ No   Comments: T97.3 P98 R16 BP 102/68

| ADL's: | Sleep: | Appetite: |
|---|---|---|
| ☐ Good | ☐ Good | ☐ Good |
| ☑ Fair | ☑ Fair | ☑ Fair |
| ☐ Poor | ☐ Poor | ☐ Poor |

**LABS:**
-repeat labs 8/26 reveal AST 78 and Tchol 187 and recent h/o elevated AST 55

Physical SXS/Pain: ☐ Yes ☑ No   Comments: none observed or reported

**Mental Status Exam:** (Check all that apply)

**Appearance:**
☐ clean/well groomed
☐ unkempt/disheveled
☑ fair grooming

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

ignores author

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non-verbal with author

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☑ elevated/euphoric
☑ dysphoric/irritable
☑ labile

**Affect:**
☐ appropriate
☐ inappropriate
☑ restricted/blunted
☐ flat
☑ labile
☐ anxious

shallow depth

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -does not talk with author

auditory hallucinations ☐ Yes ☑ No
no signs observed

visual hallucinations: ☐ Yes ☑ No
no signs observed

delusions: ☐ Yes ☑ No
no signs observed

☐ other:

| Gait/Station: | ☑ Normal | ☐ Injured | ☐ Other | |
|---|---|---|---|---|
| Memory: | ☑ Intact | ☐ Partial | ☐ Impaired | How Tested grossly intact per staff report |
| Insight: | ☐ Intact | ☐ Partial | ☑ Impaired | Impulse Control: ☐ Intact ☐ Fair ☑ Poor |
| Judgment: | ☐ Intact | ☐ Partial | ☑ Impaired | Comment per her behavior |
| Suicidal Ideation: | ☑ Denies | ☐ Passive | ☐ Active | Comment: exhibits unpredictable behavior |
| Homicidal Ideation: | ☑ Denies | ☐ Passive | ☐ Active | Comment exhibits unpredictable behavior |

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000244

## Psychiatric Progress Note

**Contact with collateral sources (doctor-to doctor, family, case management, etc.):**

Mother: Spoke with mother today and attempted to discuss medication plan but mother insisted that pt is having side effect of haldol and demands for the medication to be discontinued. Attempts top address her concern about "muscle breakdown " as pt experienced rhabdomyolysis in 4/2018, and to discussed that pt has no sings of this condition in current time frame. mother indicated that she will file a complaint and hung up the phone. Reviewed records from past hospitalization from 2016-2018

**Assessment:**

Brooke demonstrates limited progress toward her treatment goals due to recurrent mood lability, with prominent irritability, aggression and compulsive behavior. She experienced EPS after starting haldol which resolved with cogentin and is sleeping better since taking benadryl. There is lack of clear benefit from current medication strategy. She remains and danger to self and others due to mood sx, and severity of aggression

**Diagnosis:**

| Psychiatric Diagnosis |
| --- |
| DMDD, ASD severe h/o OCD h/o PTSD |
| **Medical Diagnosis** |
| Repeat labs 8/26 reveal AST 78 and Tchol 187 and recent h/o elevated AST 55 none currently but h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems     ☐ Lack of Healthy Supports     ☐ Financial Problems     ☐ Housing Issues

☑ Other:  temporary ward of DCS

**Estimated Length of Stay:**  25-30 days

**Circumstances that support continued inpatient hospitalization: (Check all that apply)**

☐ Change in diagnosis/ Treatment Plan: _____

☑ Medication adjustment in inpatient setting needed. _____

☑ Continued use of "PRN" medications to regulate mood, thought or behavior

☑ No less restrictive setting appropriate and/or available at this time

☑ Condition can be more efficiently or more rapidly treated as an inpatient

☑ Significant regression anticipated without continuity of care

☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care

☑ Continued disturbance in mood, thought, behavior rendering patient incapable of self care self regulation

☑ Danger to Self/ other.

☑ Other  remains on 1:1 for sfaety

**Plan:**

1. Continue haldol 2.5mg qAM and 5mg qHS to complete therapeutic trial for mood instability (monitoring for recurring EPS). Plan for-trial with zyprexa or seroquel
2. Continue cogentin 1mg BID for EPS prophylaxis
3. Continue benadryl 50mg qHS for sleep
4. Continue clonidine 0.0.05mg BID due to unclear benefit
5. Monitor other medication including leostrin, colace, omega 3FAs, vitamin D
6. Maintain 1:1 observation for safety (increase to around the clock) and continue behavioral modification
7. Consider restarting TCA once mood stabilization/irritability is achieved
8. Recommend secure RTC as primary consideration however DDD group have may be an option if consultation/ training occurs with group home staff

**Name/Signature:** _(signature)_    **Date:** 9/21/2018     **Time:** /3 ~

Krzysztof Mlak, M.D.

**Name:** Brooke Scianna
**MR#:** 119188
**UNIT:** coyote

Patient Label

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000245

Exhibit 38

## Psychiatric Progress Note

Date and Time: 9/28/2018 @ 10:37

Reason for Hospitalization: Aggression , mood sx

CC: Follow up

Interim History:

Brook was observed with staff present, chart reviewed, staff provided input  and case was discussed during treatment team meeting

Brooke is maintaining  variable improvement in mood lability and aggression today but has been having an (+) day today and most of yesterday. She engaged in functional communication with staff to make her needs known and exhibits  improving tolerance (delay in provided desired response) . Sleep maintenance was intact last night. There are ongoing repetitive/compulsive behaviors to higher degree during  lack of structured activity.  She requires continuous support/assistance to maintain ADLs.

Any medication side effects: ☐ Yes   ☑ No     Comments: none observed or reported

Vital signs stable:   ☑ Yes   ☐ No     Comments: WNL per RN

| ADL's: | Sleep: | Appetite: | LABS: |
|---|---|---|---|
| ☐ Good | ☐ Good | ☐ Good | -current AST/ALT normalized |
| ☑ Fair | ☑ Fair | ☑ Fair | |
| ☐ Poor | ☐ Poor | ☐ Poor | |

Physical SXS/Pain:   ☐ Yes   ☑ No   Comments: none observed or reported

Mental Status Exam: (Check all that apply)

**Appearance:**
☐ clean/well groomed
☐ unkempt/disheveled
☑ fair grooming

appears upbeat at times

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

follow prompts by staff

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non-verbal with author

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☐ elevated/euphoric
☐ dysphoric/irritable
☑ labile

**Affect:**
☐ appropriate
☐ inappropriate
☑ restricted/blunted
☐ flat
☐ labile
☐ anxious

shallow depth

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -nonverbal

auditory hallucinations: ☐ Yes ☑ No
no signs observed

visual hallucinations: ☐ Yes ☑ No
no signs observed

delusions: ☐ Yes ☑ No
no signs observed

☐ other:

| Gait/Station: | ☑ Normal | ☐ Injured | ☐ Other | |
|---|---|---|---|---|

How Tested: grossly intact per behavioral change to BIP

| Memory: | ☑ Intact | ☐ Partial | ☐ Impaired |
|---|---|---|---|
| Insight: | ☐ Intact | ☐ Partial | ☑ Impaired |
| Judgment: | ☐ Intact | ☐ Partial | ☑ Impaired |

Impulse Control: ☐ Intact ☐ Fair ☑ Poor

Comment: per her behavior

| Suicidal Ideation: | ☑ Denies | ☐ Passive | ☐ Active |
|---|---|---|---|
| Homicidal Ideation: | ☑ Denies | ☐ Passive | ☐ Active |

Comment: none evident in her behavior

Comment: exhibits unpredictable behavior

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000258

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

Staff/treatment team (+) response to BIP
-reviewed consultation from Medical Director
-contacted mother to discussed treat recommendation and plan. Mother verbalized agreement with Trileptal but does not want any pt taking antipsychotic citing "she has the same bad side effect on all of them". Discussed that an antipsychotic will be considered and that pt has had not current side effects of haldol with cogentin and risk of side affects in general vary from among medications and numerous clinical factors. Due to interpreted phone reception conversation was discontinued. Author notified mother that further update will follow next week if antipsychotic will be initiated.

**Assessment:**

Brooke demonstrates variable  progress toward treatment goals regarding  mood lability, with prominent irritability,  aggressive and compulsive/repetitive behavior. EPS resolved and  sleep has improved  better since taking benadryl. She remains and danger to self and others due to mood lability and barriers in communication /adaptive function. Since starting haldol , pt demonstrated a partial response and on a therapeutic dose. Following consultation with Medical Director, will purse anther medication strategy to address pts mood sx.

**Diagnosis:**

| Psychiatric Diagnosis |
| --- |
| DMDD,<br>ASD severe<br>h/o OCD<br>h/o PTSD |
| **Medical Diagnosis** |
| Normalized  AST/ALT<br>Total Chol 187<br>h.o of rhabdomyolysis in 4/2018. |

| Psychosocial and Environmental Stressors | | | |
| --- | --- | --- | --- |
| ☐ Health Problems | ☐ Lack of Healthy Supports | ☐ Financial Problems | ☐ Housing Issues |
| ☑ Other:  temporary ward of DCS | | | |

**Estimated Length of Stay:** _25-30 days_

**Circumstances that support continued Inpatient hospitalization:** (Check all that apply)

- ☐ Change in diagnosis/ Treatment Plan: _____
- ☑ Medication adjustment in Inpatient setting needed: _____
- ☑ Continued use of "PRN" medications to regulate mood, thought or behavior
- ☑ No less restrictive setting appropriate and/or available at this time
- ☑ Condition can be more efficiently or more rapidly treated as an Inpatient
- ☑ Significant regression anticipated without continuity of care
- ☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care
- ☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation
- ☑ Danger to Self/ other.
- ☑ Other:  remains on 1:1 for sfaety

**Plan:**

1. Decrease haldol 7.5 mg qHS -taper  due to suboptimal response and parental objection
2. Begin trileptal 150mg BID for mood sx
3. Consider latuda if clinically appropriate
4. Continue cogentin 1mg BID for EPS prophylaxis (and will taper with haldol)
5. Continue benadryl 50mg qHS for sleep
6. Discontinue clonidine due to unclear benefit
7. Also taking leostrin(missed several days due to expired home med) , colace, omega 3FAs, vitamin D
8. Maintain 1:1 observation for safety and continue behavioral modification
9. Monitor I/O' s to monitor for constipation and pending repeat AST/ALT
10. Consider restarting TCA once mood stabilization is achieved
11. Maintain strict gluten/dairy free diet
12. Recommend early identification and consultation with DDD group home with training staff

Name/Signature: _____  Date:  Time: /~~~

Krzysztof Mlak, M.D.   9/28/2018

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 2 of 2

AURORA(SCIANNA) 000259

Exhibit 39

# Psychiatric Progress Note

**Date and Time:** 10/3/2018 @11:02

**Reason for Hospitalization:** Aggression , mood sx

**CC:** Follow up

**Interim History:**

Brook was observed with staff present, chart reviewed, staff provided input and case was discussed during treatment team meeting

Brooke had another period of agitation occurring during visit by mother. She engaged in head banging but was de-escalated after mother head left. She did not require a PRN medication. During the day she has demonstrated redirectable behavior and appears calm. She requires continuous support/assistance to maintain ADLs and structured / consistent behavior planning to minimize degree of repetitive behaviors

**Any medication side effects:** ☐ Yes  ☑ No    Comments: none observed or reported

**Vital signs stable:** ☑ Yes  ☐ No    Comments: T99.9 P109 R16 BP119/78

| ADL's: | Sleep: | Appetite: |
|---|---|---|
| ☐ Good | ☐ Good | ☐ Good |
| ☑ Fair | ☑ Fair | ☑ Fair |
| ☐ Poor | ☐ Poor | ☐ Poor |

**LABS:**
-current AST/ALT normalized

**Physical SXS/Pain:** ☐ Yes  ☑ No    Comments: none observed or reported

**Mental Status Exam: (Check all that apply)**

**Appearance:**
☐ clean/well groomed
☐ unkempt/disheveled
☑ fair grooming

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non-verbal with author

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☐ elevated/euphoric
☐ dysphoric/irritable
☑ labile

**Affect:**
☐ appropriate
☐ inappropriate
☐ restricted/blunted
☐ flat
☐ labile
☐ anxious

shallow depth

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -nonverbal

**auditory hallucinations:** ☐ Yes ☑ No
no signs observed

**visual hallucinations** ☐ Yes ☑ No
no signs observed

**delusions:** ☐ Yes ☑ No
no signs observed

☐ other:

**Gait/Station:** ☑ Normal  ☐ Injured  ☐ Other

**How Tested:** grossly intact per behavioral change to BIP

**Memory:** ☑ Intact  ☐ Partial  ☐ Impaired

**Impulse Control:** ☐ Intact  ☐ Fair  ☑ Poor

**Insight:** ☐ Intact  ☐ Partial  ☑ Impaired    Comment: per her behavior

**Judgment:** ☐ Intact  ☐ Partial  ☑ Impaired    Comment: none evident in her behavior

**Suicidal Ideation:** ☑ Denies  ☐ Passive  ☐ Active    Comment: exhibits unpredictable behavior

**Homicidal Ideation:** ☑ Denies  ☐ Passive  ☐ Active

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000268

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

Staff/treatment team discussed CFT and mother continue to request that CPK level be drawn despite no clinical indication. Pt had another explosive aggressive outburst in parallel to mothers visit. Discussed the need to initiate behavioral training with mother due to her inadvertent perpetuation of pts negative behavioral displays

**Assessment:**

Brooke demonstrates variable progress toward treatment goals regarding mood lability, with prominent irritability, aggressive and compulsive/repetive behavior. EPS resolved and sleep has improved better since taking benadryl. She remains and danger to self and others due to mood lability and barriers in communication /adaptive function. Since starting haldol , pt demonstrated a partial response and on a therapeutic dose. Following consultation with Medical Director, will purse anther medication strategy to address pts mood sx.

**Diagnosis:**

| Psychiatric Diagnosis |
|---|
| DMDD,<br>ASD severe<br>h/o OCD<br>h/o PTSD |
| **Medical Diagnosis** |
| Normalized AST/ALT<br>Total Chol 187<br>h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems   ☐ Lack of Healthy Supports   ☐ Financial Problems   ☐ Housing Issues

☑ Other:   temporary ward of DCS

**Estimated Length of Stay:** 20-25 days

**Circumstances that support continued Inpatient hospitalization:** (Check all that apply)

☐ Change in diagnosis/ Treatment Plan _____

☑ Medication adjustment in inpatient setting needed: _____

☑ Continued use of "PRN" medications to regulate mood, thought or behavior

☑ No less restrictive setting appropriate and/or available at this time

☑ Condition can be more efficiently or more rapidly treated as an inpatient

☑ Significant regression anticipated without continuity of care

☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care

☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation

☑ Danger to Self/ other.

☑ Other   remains on 1:1 for sfaety

**Plan:**

1. Continue haldol 2 mg qHS -taper due to suboptimal response and parental objection
2. Continue trileptal 300mg BID for mood sx
3. Continue benadryl 50mg qHS for sleep
4. Continue cogentin 0.5mg qHS for EPS prophylaxis ( taper with haldol)
5. Consider latuda for mood sx if clinically appropriate
6. Consider restarting TCA once mood stabilization is achieved
7. Also taking leostrin(missed several days due to expired home med) , colace, omega 3FAs, vitamin D
8. Maintain 1:1 observation for safety and continue behavioral modification
9. Maintain strict gluten/dairy free diet
10. Recommend early identification and consultation with DDD group home with training staff
11. Consult to IM regarding need to repeat CPK

**Name/Signature:** Krzysztof Mlak, M.D.          **Date:** 10/3/2018          **Time:** 1 ___

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 2 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000269

Exhibit 40

# Psychiatric Progress Note

Date and Time: 10/5/2018 @ 10:42
Reason for Hospitalization: Aggression , mood sx
cc: Follow up

**Interim History:**
Brook was observed with staff present, chart reviewed, staff provided input  and case was discussed during treatment team meeting

Brooke had another period of agitation occurring during visit by mother. She engaged in head banging and did require a PRN medication. She de-escalated quicker over a 20 minute period .During the day she appeared calm in various settings and during different observational periods but demonstrated marginal frustration tolerance in context of interactions with mother.  She requires continuous support/assistance to maintain ADLs and structured / consistent behavior planning to minimize degree of repetitive behaviors

Any medication side effects: ☐ Yes  ☑ No   Comments: none observed or reported

Vital signs stable:  ☑ Yes  ☐ No   Comments _____

**ADL's:**  **Sleep:**  **Appetite:**   LABS:
☐ Good  ☐ Good  ☐ Good    -current AST/ALT normalized
☑ Fair  ☑ Fair  ☑ Fair
☐ Poor  ☐ Poor  ☐ Poor

Physical SXS/Pain:  ☐ Yes  ☑ No   Comments  none observed or reported

**Mental Status Exam: (Check all that apply)**

**Appearance:**
☐ clean/well groomed
☐ unkempt/disheveled
☑ fair grooming

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured
non-verbal with author

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration
alert but nonverbal towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☐ elevated/euphoric
☐ dysphoric/irritable
☑ labile

**Affect:**
☐ appropriate
☐ inappropriate
☐ restricted/blunted
☐ flat
☐ labile
☐ anxious
shallow depth

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration
n/a -nonverbal

auditory hallucinations: ☐Yes ☑No
no signs observed
visual hallucinations: ☐Yes ☑No
no signs observed
delusions: ☐Yes ☑No
no signs observed
☐other

Gait/Station: ☑ Normal ☐ Injured ☐ Other
Memory: ☑ Intact ☐ Partial ☐ Impaired  How Tested grossly intact per behavioral change to BIP
Insight: ☐ Intact ☐ Partial ☑ Impaired  Impulse Control: ☐ Intact ☐ Fair ☑ Poor
Judgment: ☐ Intact ☐ Partial ☑ Impaired  Comment per her behavior
Suicidal Ideation: ☑ Denies ☐ Passive ☐ Active  Comment none evident in her behavior
Homicidal Ideation: ☑ Denies ☐ Passive ☐ Active  Comment exhibits unpredictable behavior

Name: Brooke Scianna
MR#: 119188
UNIT: coyote
Patient Label

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021     AURORA(SCIANNA) 000272

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

Treatment team discussed needed training with mother to address coercive behavior cycles.

**Assessment:**

Brooke demonstrates variable progress toward treatment goals regarding mood lability, with prominent irritability, aggressive and compulsive/repetitive behavior. EPS resolved and sleep has improved better since taking benadryl. She remains and danger to self and others due to mood lability and barriers in communication /adaptive function. Since starting haldol , pt demonstrated a partial response and on a therapeutic dose. Following consultation with Medical Director, will purse anther medication strategy to address pts mood sx.

**Diagnosis:**

| Psychiatric Diagnosis |
| --- |
| DMDD, ASD severe h/o OCD h/o PTSD |
| **Medical Diagnosis** |
| Normalized AST/ALT Total Chol 187 h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems          ☐ Lack of Healthy Supports          ☐ Financial Problems          ☐ Housing Issues

☑ Other:  temporary ward of DCS

**Estimated Length of Stay:**  20-25 days

**Circumstances that support continued inpatient hospitalization:** (Check all that apply)

☐ Change in diagnosis/ Treatment Plan

☑ Medication adjustment in inpatient setting needed: _____

☑ Continued use of "PRN" medications to regulate mood, thought or behavior

☑ No less restrictive setting appropriate and/or available at this time

☑ Condition can be more efficiently or more rapidly treated as an inpatient

☑ Significant regression anticipated without continuity of care

☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care

☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation

☑ Danger to Self/ other.

☑ Other:  remains on 1:1 for sfaety

**Plan:**

1. Discontinued haldol  due to suboptimal/partial response and parental objection
2. Continue trileptal 300mg BID for mood sx
3. Continue benadryl 50mg qHS for sleep
4. Continued cogentin( taper with haldol)
5. Consider latuda for mood sx if clinically appropriate
6. Consider restarting TCA once mood stabilization is achieved
7. Also taking leostrin(missed several days due to expired home med) , colace, omega 3FAs, vitamin D
8. Maintain 1:1 observation for safety and continue behavioral modification
9. Maintain strict gluten/dalry free diet
10. Recommend early identification and consultation with DDD group home with training staff
11. Reviewed  consultation with IM regarding lack of clinical indication to obtain CPK level

**Name/Signature:**  ~~Date:~~          **Date:**          **Time:** /2/2

Krzysztof Mlak, M.D.          10/5/2018

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000273

Exhibit 41

# Psychiatric Progress Note

**Date and Time:** 10/8/2018 @ 9:45

**Reason for Hospitalization:** Aggression , mood sx

**CC:** Follow up

**Interim History:**

Brook was observed with staff present, chart reviewed, staff provided input , reviewed covering attending's progress note and case was discussed during treatment team meeting

Brooke had another period of agitation occurring during visit by mother. over the weekend  She did not require a PRN medication  and de-escalated quicker. During the day she appeared calm in various settings and during different observational periods but demonstrated marginal frustration tolerance in context of interactions with mother.  She requires continuous support/assistance to maintain ADLs and structured / consistent behavior planning to minimize degree of repetitive behaviors

**Any medication side effects:** ☐ Yes  ☑ No   Comments  none observed or reported

**Vital signs stable:** ☑ Yes  ☐ No   Comments  T99.8 P110 R18 BP131/90 O2sat 100%

| ADL's: | Sleep: | Appetite: | LABS: |
|---|---|---|---|
| ☐ Good | ☐ Good | ☐ Good | -current AST/ALT normalized |
| ☑ Fair | ☑ Fair | ☑ Fair | -other labs WNL |
| ☐ Poor | ☐ Poor | ☐ Poor | |

**Physical SX8/Pain:** ☐ Yes  ☑ No   Comments  none observed or reported

**Mental Status Exam:** (Check all that apply)

**Appearance:**
☐ clean/well groomed
☐ unkempt/disheveled
☑ fair grooming

demeanor can change quickly

**Behavior:**
☐ appropriate
☑ semi/uncooperative
☐ demanding/argumentative
☐ suspicious/bizarre

**Speech:**
☐ normal rate/tone/volume
☐ slow/soft
☐ loud/verbose
☐ rapid/pressured

non-verbal with author

**Orientation:**
☐ person/place/time
☐ disoriented/confusion
☐ impaired attention/concentration

alert but nonverbal towards author

**Mood:**
☐ euthymic
☐ depressed
☐ anxious
☐ elevated/euphoric
☐ dysphoric/irritable
☑ labile

**Affect:**
☐ appropriate
☐ inappropriate
☐ restricted/blunted
☐ flat
☐ labile
☐ anxious

shallow depth

**Thought Process:**
☐ linear/goal-directed
☐ tangential/circumstantial
☐ blocking
☐ concrete
☐ flight of ideas
☐ perseveration

n/a -nonverbal

**auditory hallucinations:** ☐ Yes ☑ No
no signs observed

**visual hallucinations:** ☐ Yes ☑ No
no signs observed

**delusions:** ☐ Yes ☑ No
no signs observed

☐ other

| | | | | | | |
|---|---|---|---|---|---|---|
| **Gait/Station:** | ☑ Normal | ☐ Injured | ☐ Other | | | |
| **Memory:** | ☑ Intact | ☐ Partial | ☐ Impaired | How Tested: grossly intact per behavioral change to BIP | | |
| **Insight:** | ☐ Intact | ☐ Partial | ☑ Impaired | **Impulse Control:** ☐ Intact ☐ Fair ☑ Poor | | |
| **Judgment:** | ☐ Intact | ☐ Partial | ☑ Impaired | Comment: per her behavior | | |
| **Suicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | Comment: none evident in her behavior | | |
| **Homicidal Ideation:** | ☑ Denies | ☐ Passive | ☐ Active | Comment: exhibits unpredictable behavior | | |

Name: Brooke Scianna
MR#: 119188
UNIT: coyote

Patient Label

Page 1 of 2

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT
AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000278

## Psychiatric Progress Note

**Contact with collateral sources** (doctor-to doctor, family, case management, etc.):

Treatment team discussed review of progress over the last 2 weeks and emphasized the need to begin training with mother to address coercive behavior cycles.

MISC-consultation with IM revealed lack of clinical indication to obtain CPK level

**Assessment:**

Brooke demonstrates early progress toward treatment goals regarding mood lability, with prominent irritability,  aggressive and compulsive/repetitive behavior. Pt demonstrated most problematic behavior in context of visisit with mother. She remains labile with no functional ability to de-escalated himself without staff support and clear consistent  environmental structure and clear expectations, without which she presents a danger to self and others. There is currently no clear indication for TCA as pts repetitive behavior respond to behavioral intervention and are in of on themselves not functionally impairing.

**Diagnosis:**

| Psychiatric Diagnosis |
|---|
| DMDD, <br> ASD severe with language impairment <br> h/o OCD <br> h/o PTSD |
| **Medical Diagnosis** |
| Normalized  AST/ALT <br> Total Chol 187 <br> h.o of rhabdomyolysis in 4/2018. |

**Psychosocial and Environmental Stressors**

☐ Health Problems   ☐ Lack of Healthy Supports   ☐ Financial Problems   ☐ Housing Issues

☑ Other   temporary ward of DCS

**Estimated Length of Stay:** 14-21 days

**Circumstances that support continued inpatient hospitalization:** (Check all that apply)

☐ Change in diagnosis/ Treatment Plan: _____

☑ Medication adjustment in inpatient setting needed _____

☑ Continued use of "PRN" medications to regulate mood, thought or behavor

☑ No less restrictive setting appropriate and/or available at this time

☑ Condition can be more efficiently or more rapidly treated as an inpatient

☑ Significant regression anticipated without continuity of care

☑ Severe, multiple psychosocial stressors which would undermine treatment at a lower level of care

☑ Continued disturbance in: mood, thought, behavior rendering patient incapable of self care self regulation

☑ Danger to Self/ other.

☑ Other  remains on 1:1 for sfaety

**Plan:**

1. Continue trileptal 300mg BID for mood sx
2. Continue benadryl 50mg qHS for sleep
3. Also taking leostrin(missed several days due to expired home med) , colace, omega 3-FAs, vitamin D
4 Maintain 1:1 observation for safety and continue behavioral modification
5. Maintain strict gluten/dairy free diet
6. Recommend early identification of DDD group home with training staff

**Name/Signature:** ⟋⟍   **Date:** 10/8/2018   **Time:** 1045
Krzysztof Mlak, M.D.

Name: Brooke Scianna
MR#: 119188
UNIT: coyote
Patient Label

CONFIDENTIAL DOCUMENTS - SUBJECT TO CONFIDENTIALITY AGREEMENT AND PROTECTIVE ORDER DATED DECEMBER 16, 2021

AURORA(SCIANNA) 000279

Exhibit 42

CHRIS DEROSE, CLERK
BY *C. Camacho* DEP
C. CAMACHO, FILED

18   OCT 17   PM 4: 41

1    DeeAn Gillespie Strub, Bar No. 009987
     **GILLESPIE, SHIELDS, DURRANT & GOLDFARB**
2    7319 North 16th Street
3    Phoenix, AZ  85020
     Telephone: (602) 870-9700
4    Fax:  (602) 870-9783
5    *Attorneys for Mother, Christine Scianna*

6    *Send All Court Documents to:*
7    mailroom@gillaw.com

8              **IN THE SUPERIOR COURT OF THE STATE OF ARIZONA**

9              **COUNTY OF MARICOPA, JUVENILE DIVISION**
10

11
     In re the Matter of:                    Case No.: JD36034
12
13   BROOKE ANGELINA SCIANNA              **REQUEST FOR EMERGENCY**
                                          **HEARING**
14         d.o.b. 7/14/2001
15                                        (Assigned to the Honorable Nicolas
16   Person(s) under 18 years of age      Hoskins)

17
18          Mother, through undersigned counsel, requests an Emergency Hearing be held

19   to address the minor child's emergent medical needs as well as her upcoming release
20
21   from Aurora Hospital.

22          Brooke has been hospitalized in Aurora for (52) fifty-two days, since August
23
24   25, 2018.  This is the longest hospitalization Brooke has ever endured.  The reason

25   for Brooke's admittance into Aurora was in an attempt to stabilize her behaviors
26
     which were a direct result of the abuse, neglect and resulting physical and emotional
27
28   trauma that she suffered in the DCS group home.

*(left margin, vertical)* GILLESPIE, SHIELDS, DURRANT & GOLDFARB  7319 North 16th Street  Phoenix, Arizona 85020  Telephone: (602) 870-9700  Fax: (602) 870-9783

GILLESPIE, SHIELDS, DURRANT & GOLDFARB
7319 North 16ᵗʰ Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783

Brooke has a vast complex medical history, including but not limited to behavior, medication management, muscle disorder and contributing factors to Brooke's underlying muscle disorder. It is challenging for providers who have never treated Brooke to understand Brooke's complex history. Brooke, who is profoundly autistic, is verbally non-communicative. Mother is a walking library and the historian of medical information for her daughter. The simple fact that the treating providers at Aurora gleaned their information about Brooke from the Department instead of Mother has been detrimental to Brooke and prolonged her hospitalization. Mother's lifelong history regarding her daughter's condition and medical needs is invaluable to providers as it relates to Brooke's treatment.

Because of DCS involvement, all of the providers at Aurora refuse to listen to Mother as it relates to helping manage Brooke's treatment and her medication in their efforts to stabilize her. Mother has made tireless efforts to relay what does and does not work for her daughter, to no avail. Brooke's prolonged hospitalization is based mostly in part on administering medication to Brooke which historically has proven to be completely ineffective and contraindicative in managing Brooke's behaviors.

Aurora providers put Brooke on Haldol, a medication that has been documented in other hospital records as being ineffective and damaging to Brooke. Mother plead with the providers to recognize this was not a proper medication for Brooke and would not work. Shortly after Brooke was placed on this medication, she started showing signs of muscle stiffness, which the providers then had to place her

on another medication to counteract the stiffness and prevent a permanent muscle disorder. Haldol caused Brooke to be expressionless, as though she had a medical lobotomy. Brooke would not do her regular activities that she enjoys, such as puzzles and drawing. She became lethargic. In response, the treating providers continued to raise Brooke's Haldol levels, worsening her condition.

After weeks of watching her daughter suffer, Mother finally contacted Bruce Waldo, CEO of Aurora and requested a new doctor be assigned to Brooke's case. Mr. Waldo consulted with Dr. Ghafoor, and advised Mother they would taper Brooke off of the Haldol. Brooke has been completely off Haldol for approximately a little over a week and a half. She is beginning to smile, laugh and using chalk on the board. It is the first time in over a month Mother has seen Brooke laugh. This tragedy for Brooke could and should have avoided had the Department instruct the treating providers to listen to Mother. Mother could have discussed Brooke's complex medical history with the providers, and critical knowledge and medical history of which the Department does not possess.

The Department has not been candid with the Court. At the Tuesday, August 21, 2018 hearing, the Department failed to disclose to the Court that Brooke had been hospitalized the day before Court, on Monday, August 20, 2018. Mother was finally allowed to visit Brooke on Wednesday, August 22, 2018. Upon Mother's arrival for her regularly scheduled visit, she was advised by the DCS employee at the home that

GILLESPIE, SHIELDS, DURRANT & GOLDFARB
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783

AZDCS004362

Brooke was not there, that she was being taken to the hospital. Mother was not informed of the hospitalization on August 20, 2018.

The Department wrongly removed Brooke from her Mother's care under the notion that the group home was a better environment. It was a disastrous decision for Brooke. She was severely neglected and physically and abhorrently abused. Her long hair was matted at the scalp and there was gum throughout her hair, she had significant scabs covering her face from rug burns and bruises all over her body, down to her feet, much of it in places where she has no history of self-infliction. See Exhibits attached hereto. The Department has still provided no explanation for the neglect and physical and emotional trauma Brooke has suffered under their care.

Further, Brooke has attended (1) one day of school since being taken into the Department's care. Had the Department and/or Brooke's treating providers had discussions with Mother, this lengthy hospitalization could have been avoided and Brooke could be attending school pursuant to her IEP.

The Department has failed to recognize their error with regard to Brooke's treatment. The Department continues to fail Brooke.

It is possible that Brooke will be released following the next CFT. Brooke should be released to Mother's care based on the Department's failure to treat Brooke and recognize the constant errors in their judgment with the treatment of Brooke.

CFSS, one of Brooke's care providers, has noted that they will provide (24) twenty-four hour care for Brooke pending her discharge home. Despite the Court's

GILLESPIE, SHIELDS, DURRANT & GOLDFARB
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783

AZDCS004363

GILLESPIE, SHIELDS, DURRANT & GOLDFARB
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783

admonition that Brooke would not go to another home without a Court Order, the Department has continued to disregard Mother and their clear intent to put her in another group home upon her release.

During the previous hearing, almost exactly two months ago, the court ordered DCS to produce medical proof from a PhD level therapist or medical doctor that Brooke being stripped from her Mother's care was best for Brooke. Not only has DCS had more than enough time to produce the requested evidence, evidence has shown the polar opposite. In fact, every action DCS has taken has been grossly detrimental to Brooke's physical health and emotional and behavioral wellbeing.

DCS has failed to arrange the anticipated comprehensive medical evaluation arranged by Jim Adams with a doctor at Phoenix Children's Hospital. The Department has in essence ignored this valuable opportunity to help Brooke.

Undersigned has requested positions from counsel for the Department and the Guardian Ad litem, who are each opposed to this request. Counsel for Father has not provided a position as of the time of filing.

WHEREFORE, it is requested that the Court Order for the Department to immediately give written instructions to all of Brooke's providers that they are to communicate with Mother and consider her input, as well as upon Brooke's release, she be immediately returned to her Mother and have CFSS provide 24 hour care.

AZDCS004364

**DATED** this ⎿7 day of October 2018.

                        GILLESPIE, SHIELDS, DURRANT & GOLDFARB

                        DeeAn Gillespie Strub
                        Attorneys for Mother

**ORIGINAL** of the foregoing filed/lodged* this
⎿7 day of October, 2018, with:

Clerk of the Court
Maricopa County Superior Court
Juvenile Division/Durango

*The Honorable Nicolas Hoskins
Maricopa County Superior Court – Juvenile Division
botzj@superiorcourt.maricopa.gov

**COPY** of the foregoing e-mailed this
⎿7 day of October, 2018, to:

Monica Malhotra
Monica.malhotra@azag.gov
Attorney for the Department

Cynthia Ceasar
ceasarc@mail.maricopa.gov
Counsel for Mom

Sara Smith
sarasmithlaw@gmail.com
Counsel for Father

Thomas Stubbs
stubbst@mail.maricopa.gov
Guardian Ad Litem for Child

GILLESPIE, SHIELDS, DURRANT & GOLDFARB
7319 North 16ᵗʰ Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax (602) 870-9783

Exhibit 43

Chris DeRose, Clerk of Court
*** Filed ***
8:00 AM
10·18·18

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                          10/17/2018

JUDGE PRO TEM NICOLAS B. HOSKINS          CLERK OF THE COURT
                                          A. Burd
                                          Deputy

IN THE MATTER OF:

BROOKE ANGELINA SCIANNA               DIANA .THEOS
  F1138995
  DOB: 7/14/2001

                                      MONICA  MALHOTRA

                                      THOMAS F STUBBS

                                      DEEAN  GILLESPIE STRUB

                                      SARA J. SMITH

                                      FOSTER CARE REVIEW BOARD
                                      DCS SPECIALIST - SOUTHWEST
                                      REGION


                            MINUTE ENTRY

        The Court has received a "Request for Emergency Hearing" from Mother, filed October
17, 2018 (the "Request"). The Request contains two separate requests for relief, in addition to
asking for an emergency hearing. The first is to compel the Department to provide written notice
to the Child's providers that they are required to communicate with Mother concerning the
Child's medical care and to consider her input. The second is essentially a Rule 59 Motion
asking for an Order that the Child be returned to Mother upon her discharge from Aurora
Behavioral Health.

        The Court believes there is a benefit to Mother being able to provide input to the Child's
medical providers. Should the Court be incorrect, and Mother's input proves deleterious to the
child's care, the Court anticipates that fact will provide the Court with additional information
useful in the resolution of the factual disputes in the case.


Docket Code ORDENTERED          Form XPJDBlankME                          Page 1

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                  10/17/2018

The Court has previously ordered that the Child may not be discharged from Aurora without further order of the Court.

There already is a Review of Placement set for October 30, 2018, at 9:00 a.m.

Based on the foregoing,

IT IS ORDERED denying the Request to the extent it seeks an emergency hearing. The October 30, 2018, hearing is sufficient.

IT IS ORDERED denying the Request to the extent that it purports to be a Rule 59 Motion, without prejudice to Mother filing a properly styled Rule 59 Motion.

IT IS ORDERED reiterating the Court's prior Order that the child shall not be discharged or otherwise removed from Aurora without prior Order of this Court. The Court has yet to determine whether the child will be returned to congregate care, Mother, or some other placement.

IT IS FURTHER ORDERED that the Department shall promptly give the Child's treatment providers the instruction that they shall make reasonable efforts to obtain information from Mother concerning the Child's medical history, and to consult with Mother concerning the Child's ongoing medical care. Mother's input should be considered, but shall not be considered determinative of the appropriate course of treatment.

_____10 / 17 / 18_____                  _____
DATE                                        JUDGE PRO TEM NICOLAS B. HOSKINS

Docket Code ORDERENTERED          Form XPJDBlankME                    Page 2

AZDCS004376

Exhibit 44

1  MARK BRNOVICH
   Attorney General
2

3  MONICA MALHOTRA
   Assistant Attorney General
4  State Bar No. 032784
   CFP/PSS
5  2005 N. Central Ave. C051AG
   Phoenix, Arizona 85004
6  Telephone: (602) 774-9000
   PSSDurango@azag.gov
7

8

9  Attorneys for the Department of Child Safety

10           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11              IN AND FOR THE COUNTY OF MARICOPA

12  In the Matter of:                    No.  JD36034

13  BROOKE ANGELINA SCIANNA              **DCS'S MOTION TO DISMISS**
14     d.o.b. 07/14/2001

15                                       **(UNCONTESTED)**

16  Person under 18 years of age.        (Honorable Nicolas B. Hoskins)

17

18      The Department of Child Safety (DCS or the Department), by and through

19  undersigned counsel, hereby requests an order dismissing the dependency petition filed in

20  this matter, releasing the child, BROOKE ANGELINA SCIANNA, from court wardship

21  and relieving DCS, Foster Care Review Board, and all court appointed attorneys and

22  guardians ad litem from further responsibility in this case.

23

24      The reasons for this motion are REUNIFICATION and as set forth in the attached

25  report to the Court, dated February 5, 2019.    The Department further requests the Court

26  to vacate all future hearings scheduled in this matter, now set for February 14, 2019 at 1:30

27

28

1

ϾHRIS DEROSE, CLERK
BY
J. CHAIDEZ, FILED

**19 FEB 11  PM 4: 54**

1   p.m., March 12, 2019 at 1:30 p.m., March 13, 2019 at 1:30 p.m., and May 22, 2019 at 9:30

2   a.m.

3
        Under Arizona Rules of Procedure for the Juvenile Court, 46(A), all counsel have
4
5   been notified of this Motion.   Thomas Stubbs, Esq., Guardian ad Litem for the Child,

6   Diana Theos, Esq., Attorney for the Child, DeeAn Gillespie Strub, Esq., Attorney for

7   Mother, and Sara J. Smith, Esq., Attorney for Father,  have no objection to this Motion.

8       RESPECTFULLY SUBMITTED this ____ day of February, 2019.

9
10                              MARK BRNOVICH
                                Attorney General
11

12

13                              MONICA MALHOTRA
                                Assistant Attorney General
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

AZDCS004488

Exhibit 45

CHRIS DEROSE, CLERK
BY
DEP
A. PROVENCIO, FILED

19 FEB 12 PM 12: 11

1   MARK BRNOVICH
2   Attorney General

3   MONICA MALHOTRA
    Assistant Attorney General
4   State Bar No. 032784
5   CFP/PSS
    2005 N. Central Ave. C051AG
6   Phoenix, Arizona 85004
    Telephone: (602) 774-9000
7   PSSDurango@azag.gov

8
    Attorneys for the Department of Child Safety
9

10              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11                 IN AND FOR THE COUNTY OF MARICOPA

12   In the Matter of:                    │  No. JD36034
13                                        │  **ORDER TO DISMISS**
     BROOKE ANGELINA SCIANNA              │
14       d.o.b. 07/14/2001                │  **(UNCONTESTED)**
15                                        │
16   Person under 18 years of age.        │  (Honorable Nicolas B. Hoskins)

17          Upon motion of the Department of Child Safety (DCS or the Department), and good
18   cause appearing,
19
20          IT IS ORDERED dismissing the dependency petition filed in this matter, releasing
21   the child, BROOKE ANGELINA SCIANNA, from the wardship of the Court, and
22   relieving DCS of further responsibility of the child for the reason of REUNIFICATION.
23          IT IS FURTHER ORDERED relieving the Foster Care Review Board and all court
24   appointed attorneys and guardians ad litem of further responsibility in this case.
25          THIS COURT HEREBY NOTIFIES the child that, pursuant to A.R.S. § 8-543, you
26   are authorized to participate in the sibling information exchange program to facilitate
27
28   contact between former dependent children and any siblings.  You can obtain more

AZDCS004494

1  information on this program by contacting the Arizona Supreme Court at

2  www.supreme.state.az.us/CIP/.

3       IT IS FURTHER ORDERED relieving all parents from the obligation to pay a

4

5  parental assessment from the date of the order forward.

6       IT IS FURTHER ORDERED vacating the Dependency Adjudication set for

7  February 14, 2019, March 12, 2019, and March 13, 2019 before Commissioner Hoskins.

8       IT IS FURTHER ORDERED vacating the Permanency Planning Hearing set for

9

10  May 22, 2019 at 9:30 a.m.

11       DATED: _____ 2/11 _____, 2019.

12

13

14                          JUDGE OF THE SUPERIOR COURT

15

16                          Commissioner Nicolas B. Hoskins

17

18

19

20

21

22

23

24

25

26

27

28

AZDCS004495

Exhibit 46

```
1                                    VOLUME - 1

2                                  PAGES - 1-131

3                                  EXHIBITS 1-10

4          IN THE UNITED STATES DISTRICT COURT

5              FOR THE DISTRICT OF ARIZONA

6    ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

7    CHRISTINE SCIANNA, an individual;

8    BROOKE SCIANNA, an individual,

9    by and through her legal

10   guardian, Christine Scianna,

11          Plaintiffs,

12   v.                    C.A. NO.:  2:21-cv-01444-DJH

13   STATE OF ARIZONA, a government

14   entity, ET AL.,

15          Defendants.

16   ~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

17          DEPOSITION OF ANDREW CLARK, M.D.

18              Magna Legal Services

19              68 Commercial Wharf

20          Boston, Massachusetts 02110

21              February 19, 2024

22          9:04 a.m. - 12:26 p.m.

23

24      JENNIFER M. VAILLANCOURT, RPR, CSR #154422
```

**CERTIFIED TRANSCRIPT**



CHRISTINE SCIANNA, et al. v. STATE OF ARIZONA
ANDREW CLARK, M.D. - February 19, 2024                           Pages 70–73

Page 70

1  sleeping more.
2      A.  Yes.
3      Q.  Okay.
4      A.  Well, actually, just to clarify, she was
5  sleeping poorly at night and then sleeping more during
6  the day.  I don't know whether her overall 24 sleep was
7  increased.  I would think it likely that it would be.
8      Q.  And it's your belief that the Haldol was
9  causing her unusual sleep patterns.
10     A.  I think that's the likely explanation, yes.
11     Q.  The cognitive impairment, the basis for that
12  is the fact that she was sleeping more.
13     A.  The fact that typically and predictably Haldol
14  will cause cognitive impairment, especially --
15  specifically -- especially at these doses, and that the
16  mother reported her to be -- to have a vacant stare and
17  just not being as engaged and responsive as she normally
18  was.
19     Q.  Did you find any evidence of cognitive
20  impairment for Brooke in the records from Aurora?
21     A.  Aside from what I referred to about Brooke
22  being -- sleeping -- very sleepy during the day, the
23  answer is no.
24     Q.  Did Brooke experience any permanent injuries

Page 71

1  or harm once she was taken off the Haldol?
2          MR. CONNELLY:  Form and foundation.
3      A.  The only harm that she may have experienced --
4  I'm not -- and that I'm not able to say that she didn't
5  was an increased risk of tardive dyskinesia, which is a
6  disabling side effect, permanent, that is the risk --
7  the risk of which is increased according to the exposure
8  to medications, to antipsychotic medications in
9  particular.
10          So Brooke being exposed to a high dose of
11  Haldol for several weeks puts her at a somewhat
12  increased risk down the road of developing tardive
13  dyskinesia, but at this point in time, as I understand
14  it, she's not manifesting any symptoms of such.
15     Q.  (BY MR. CHRISTNER) To a reasonable degree of
16  medical certainty, the Haldol that was prescribed to
17  Brooke while she was at Aurora did not cause any
18  permanent injury or harm to her.
19          MR. CONNELLY:  Form and foundation.
20     A.  With the proviso as to what I just testified
21  to, the answer is correct, did not cause any permanent
22  harm or injury.
23     Q.  (BY MR. CHRISTNER) Right.
24          I understand that you believe that there was

Page 72

1  an increased risk of harm or injury to Brooke from
2  taking the Haldol, but to a reasonable degree of medical
3  certainty, you cannot say that there was any harm or
4  injury to Brooke from her being prescribed Haldol while
5  at Aurora; is that fair?
6          MR. CONNELLY:  Form and foundation.
7  Misconstrues or misstates his testimony.
8          Go ahead.
9      A.  I think it is, yes.
10     Q.  (BY MR. CHRISTNER) Am I misstating your
11  testimony in any way that you can tell me?
12     A.  I don't --
13          MR. CONNELLY:  I'll tell you what I --
14          MR. CHRISTNER:  I don't care what you think,
15  and I don't want you to instruct the witness on what you
16  think.
17          MR. CONNELLY:  I'm not instructing him on what
18  I think.
19          MR. CHRISTNER:  So your objection is form or
20  on foundation and then stop talking.
21          MR. CONNELLY:  Well --
22          MR. HUNTER:  I think the question's actually
23  for the doctor, not you, unless I misunderstood.
24          MR. CHRISTNER:  Right.

Page 73

1      A.  I don't -- I do not believe you are misstating
2  my testimony.
3      Q.  (BY MR. CHRISTNER) Thank you.
4          To a reasonable degree of medical certainty,
5  did you develop a treatment plan for Brooke that you
6  believe would have met the standard of care that did not
7  include her being prescribed Haldol?
8      A.  No.
9      Q.  Medication -- all medications have a range of
10  side effects and potential risk from their use; is that
11  fair?
12     A.  Yes.
13     Q.  And those potential side effects and those
14  risks can vary from patient to patient.
15     A.  Yes.
16     Q.  And you cannot tell me to a reasonable degree
17  of medical certainty if a different medication from
18  Haldol would have been used on Brooke while she was at
19  Aurora that her hospitalization would have been
20  shortened.
21          MR. CONNELLY:  Form and foundation.
22     A.  I think that's correct.
23     Q.  (BY MR. CHRISTNER) It was your opinion that
24  Brooke was better off after her residency at Aurora with

CHRISTINE SCIANNA, et al. v. STATE OF ARIZONA
ANDREW CLARK, M.D. - February 19, 2024

Pages 130–131

Page 130

```
1                C E R T I F I C A T E
2          I, ANDREW CLARK, M.D., hereby certify under
3   the pains and penalties of perjury that I have read the
4   foregoing transcript of my testimony and further certify
5   that said transcript is a true and accurate record of my
6   testimony (with the exceptions of the corrections noted
7   below.)
8   PAGE   LINE           CORRECTIONS
9   ____   ____   _____
10  ____   ____   _____
11  ____   ____   _____
12  ____   ____   _____
13  ____   ____   _____
14  ____   ____   _____
15  ____   ____   _____
16  ____   ____   _____
17  ____   ____   _____
18  ____   ____   _____
19  ____   ____   _____
20  ____   ____   _____
21          Signed under the pains and penalties of
22  perjury this ____ day of _____ 20__.
23
24          _____
25                  ANDREW CLARK, M.D.
```

Page 131

```
1                CERTIFICATION
2
3          I, Jennifer M. Vaillancourt, a Certified
4   Shorthand Reporter, Registered Professional Reporter,
5   and Notary Public, within and for the State of
6   Massachusetts, do hereby certify:
7          That, ANDREW CLARK, M.D., the deponent whose
8   examination is hereinbefore set forth, was first duly
9   sworn by me and that this transcript of said testimony
10  is a true record of the testimony given by said
11  deponent.
12          I further certify that I am not related to any
13  of the parties to this action by blood or marriage, and
14  that I am in no way interested in the outcome of this
15  matter.
16
17          IN WITNESS WHEREOF, I have hereunto set my
18  hand this 29th day of February, 2024.
19
20          _____
21
22          Jennifer M. Vaillancourt, Notary Public in
23          and for the Commonwealth of Massachusetts.
24          My Commission Expires June 14, 2030.
```

