

1 | Jeffrey S. Hunter, Esq.
  | Arizona Bar No. 024426
2 | jhunter@wwhgd.com
  | docketing-PHX@wwhgd.com
3 | WEINBERG, WHEELER, HUDGINS,
  |    GUNN & DIAL, LLC
4 | 1 North Central Avenue, Suite 900
  | Phoenix, Arizona 85004
5 | Telephone: (602) 256-3015
  | Facsimile:  (602) 307-5853

*Counsel for Defendant Aurora Behavioral Healthcare-Tempe, LLC*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>                    Plaintiffs,<br><br> v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Christie Johnson aka Christi Mehl, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Krzysztof | Case No.: 2:21-cv-01444-DJH<br><br>**STIPULATION TO EXTEND THE DEADLINE FOR DEFENDANT AURORA BEHAVIORAL HEALTHCARE – TEMPE, LLC'S REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>**[DKT 152]** |

Mlak, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Luevano, her spouse; Helen Nagle, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Nagle, her spouse; Care and Dignity Services, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety John and Jane Does 2-6; and Black Entities 1-5,

Defendants.

The Parties, by and through their respective counsel undersigned, hereby stipulate and agree to extend the deadline to file its Reply to Plaintiff's Response to Aurora Behavioral Healthcare-Tempe LLC ("Aurora") Motion for Summary Judgment [Dkt. 152] to Thursday, August 29, 2024.

This request to extend the deadline file the Reply is not intended to delay the litigation of this matter. Rather, completion of the Reply has been affected by attorneys' vacation, trial schedules, and volume of the Plaintiff's Response. As a result, Defendant Aurora requires a brief extension to file its Reply.

Counsel for the Plaintiff does not object to this brief extension.

For the foregoing reasons stated above, the parties respectfully request that this Court grant the stipulation and extend the Reply deadline to Thursday, August 29, 2024.

DATED this *26th* day of August, 2024.

        WEINBERG, WHEELER, HUDGINS,
         GUNN & DIAL, LLC

        By */s/ Jeffrey S. Hunter*
         Jeffrey S. Hunter, Esq.
         1 North Central Avenue, Suite 900
         Phoenix, Arizona 85004
         *Counsel for Defendant Aurora Behavioral Healthcare-Tempe, LLC*

|   |   |
|---|---|
| 1 | MILLS + WOODS LAW PLLC. |
| 2 | By */s/ Thomas A. Connelly* |
| 3 | Thomas A. Connelly |
|   | Robert T. Mills |
| 4 | Sean A. Woods |
|   | 5055 North 12th Street, Suite 101 |
| 5 | Phoenix, Arizona 85014 |
| 6 | *Counsel for Plaintiffs* |

# CERTIFICATE OF SERVICE

I hereby certify that on this *26th* day of August, 2024, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmitted a Notice of Electronic Filing to the following CM/ECF participants:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com

-and-

DeeAn Gillespie Strub
Jenny DeAnn Jansch
GILLESPIE, SHIELDS & TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Georgia A, Staton, Esq.
Ravi V. Patel, Esq.
JONES, SKELTON & HOCHULI P.L.C,
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
*Attorneys for Defendants State of Arizona,*
*Arizona Department of Child Safety,*
*Tina Canale, Christie Johnson (Christi Mehl),*
*Melissa Courtright, Barry Courtright*
*Nicholas Long, and Gregory McKay*

Cody M. Hall
BROENING OBERG WOODS & WILSON, P.C.
2800 N. Central Ave., 16th Fl.
Phoenix, Arizona 85004
cmh@bowwlaw.com
cjg@bowwlaw.com
*Attorneys for Defendant Care & Dignity Services, LLC*

Dustin A. Christner
Vincent J. Montell
Quintairos, Prieto, Wood & Boyer, P.A.
8800 East Raintree Drive, Suite 100, Scottsdale, Arizona 85260
*Attorneys for Defendant Krzystztof Mlak*

By:  /s/ *meb*