IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Christie Johnson aka Christi Mehl, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Krzysztof Mlak, individually as an employee with | Case No.: 2:21-cv-01444-DJH<br><br>**ORDER EXTENDING THE DEADLINE FOR DEFENDANT AURORA BEHAVIORAL HEALTHCARE – TEMPE, LLC'S REPLY TO MOTION FOR SUMMARY JUDGMENT**<br><br>**[DKT 152]** |

Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Luevano, her spouse; Helen Nagle, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Nagle, her spouse; Care and Dignity Services, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety John and Jane Does 2-6; and Black Entities 1-5,

        Defendants.

Pursuant to the Stipulation of the Parties, and good cause appearing,

IT IS ORDERED, extending Aurora Behavioral Healthcare-Tempe's deadline to file its Reply to Plaintiff's Response to Aurora Behavioral Healthcare-Tempe LLC ("Aurora") Motion for Summary Judgment [Dkt. 152] to Thursday, August 29, 2024.

Dated this ___ day of _____, 2024.

_____
Diane J Humetewa
United States District Judge