LAW OFFICES
BROENING OBERG WOODS & WILSON
PROFESSIONAL CORPORATION
2800 NORTH CENTRAL AVENUE, 16TH FLOOR
PHOENIX, ARIZONA 85004
(602) 271-7700

Cody M. Hall/Bar No. 013245
Email: cmh@bowwlaw.com
Notices to: cjg@bowwlaw.com

*Attorneys for Defendant Care & Dignity Services LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna an individual, by and through her legal guardian, Christine Scianna,<br><br>Plaintiff,<br><br>vs.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Canale, her spouse; Christine Johnson, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Johnson, her spouse; Melissa Courtright, individually and as an, employee with the State of Arizona Department of Child Safety, and John Doe Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Long, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona Corporation, | Case No.: CV-21-01444-PHX-DJH<br><br>**STIPULATION TO DISMISS DEFENDANT CARE AND DIGNITY SERVICES, LLC WITH PREJUDUCE**<br><br>**(Assigned to the Honorable Diana J. Humetewa)** |

individually and as a services provider for the State of Arizona Department of Child Safety; Krzystztof Mlak, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Lnu, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe 1, her spouse; Herman Lnu, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe 1, his spouse; Care and Dignity Services, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety John and Jane Does 2-6; and Black Entities 1-5,

Defendants.

The parties, through their respective counsel, stipulate to the dismissal with prejudice of all claims against Defendant Care and Dignity Services, LLC with each party to bear its own costs and fees. This Stipulation is submitted pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED this 29th day of August, 2024.

BROENING OBERG WOODS & WILSON, P.C.

By _/s/Cody M. Hall_
Cody M. Hall
*Attorneys for Defendants*

MILLS + WOODS LAW PLLC

By _/s/Thomas A. Connelly (with permission)_
Thomas A. Connelly
Robert T. Mills
Sean A. Woods

GILLESPIE, SHIELDS & TAYLOR
DeeAn Gillespie Strub 7319 North 16th Street
Phoenix, AZ 85020
*Attorneys for Plaintiffs*

JONES, SKELTON & HOCHULI, P.L.C.

By /s/Georgia A. Staton (with permission)
Georgia A. Staton
Ravi V. Patel
*Attorneys for Defendants State of Arizona, Tina Canale, Christie Johnson, Melissa and Barry Courtright, Nicholas Long, Gregory McKay and Michael Faust*

WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC

By /s/Jeffrey S. Hunter (with permission)
Jeffrey S. Hunter
*Attorneys for Defendant Aurora Behavioral Healthcare-Tempe, LLC*

QUINTAIROS PRIETO WOOD & BOYER, P.A.

By /s/Dustin Christner (with permission)
Vincent J Montell
Dustin Christner
*Attorneys for Defendant Krzystztof Mlak, MD*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system, as follows:

Thomas A. Connelly
Robert T. Mills
Sean A. Woods
MILLS + WOODS LAW PLLC
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
docket@millsandwoods.com

DeeAn Gillespie Strub
Kristina Reeves
GILLESPIE, SHIELDS, GOLDFARB
& TAYLOR
7319 North 16th Street
Phoenix, Arizona 85020
mailroom@gillaw.com
*Attorneys for Plaintiffs*

Jeffrey S. Hunter
Weinberg, Wheeler, Hudges, Gunn & Dial, LLC
One North Central Avenue, St. 900
Phoenix, Arizona 85004-4417
jhunter@wwhgd.com
*Attorneys for Aurora Behavioral Healthcare-Tempe, LLC, Kattia Luevano and Helen Nagle*

Vincent J. Montell
Sydney Goodhand
QUINTAIROS, PRIETO, WOOD
& BOYER, P.A.
8800 E. Raintree Dr., Suite 100
Scottsdale, Arizona 85260
vmontell@qpwblaw.com
sydney.goodhand@qpwblaw.com
*Attorneys for Defendant Krzysztof Mlak, MD*

Georgia A. Staton
Ravi V. Patel
JONES, SKELTON & HOCHULI, P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, AZ 85004
*Attorneys for Defendants State of Arizona, Tina Canale, Christie Johnson, Melissa and Barry Courtright, Nicholas Long, Gregory McKay and Michael Faust*

By */s/Gina M. Barrera*