1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

Christine Scianna, an individual; Brooke Scianna an individual, by and through her legal guardian, Christine Scianna,

Plaintiff,

vs.

State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Canale, her spouse; Christine Johnson, individually and as an employee with the State of Arizona Department of Child Safety and John Doe Johnson, her spouse; Melissa Courtright, individually and as an, employee with the State of Arizona Department of Child Safety, and John Doe Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety, and Jane Doe Long, his spouse; Gregory Mckay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Krzystztof Mlak, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Lnu, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and

Case No.: CV-21-01444-PHX-DJH

**[PROPOSED]
ORDER FOR DISMISSAL WITH
PREJUDICE**

**(Assigned to the Honorable
Diana J. Humetewa)**

1
2
3
4
5
6

John Doe 1, her spouse; Herman Lnu, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe 1, his spouse; Care and Dignity Services, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety John and Jane Does 2-6; and Black Entities 1-5,

Defendants.

7
8
9

The court having reviewed the parties Stipulation to Dismiss (Doc.      ) filed on ___

_____, 2024,

10
11
12
13

**IT IS ORDERED** approving the Stipulation (Doc.      ) and dismissing this action as to **Defendant Care and Dignity Services, LLC only,** with prejudice and with each party to bear its own costs and fees.

14
15
16
17

DATED this      day of _____, 2024.

_____
Honorable Diana J. Humetewa

18
19
20
21
22
23
24
25
26

2