Thomas A. Connelly (AZ Bar #019430)
Robert T. Mills (AZ Bar #018853)
Sean A. Woods (AZ Bar #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ Bar #009987)
Jenny D. Jansch (AZ Bar #024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, *et al.*,<br><br>          Plaintiffs,<br><br>v.<br><br>State of Arizona, et *al.*,<br><br>          Defendants. | Case No.: 2:21-cv-01444-DJH<br><br>**MOTION FOR EXTENSION OF TIME FOR PLAINTIFFS TO FILE REPLY IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT [DOC. 154]**<br><br>EXPEDITED CONSIDERATION REQUESTED<br><br>(Hon. Diana J. Humetewa) |

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and LRCiv 7.3(a), Plaintiffs hereby make this expedited request for an enlargement of time for Plaintiffs to file and serve their reply in support of their *Motion for Partial Summary Judgment* [Doc. 154]. Plaintiffs make this request in good faith and not for purposes of delay.

Plaintiffs filed their motion on 12 July 2024 [Doc. 154]. The motion seeks summary judgment against Defendant Krzystztof Mlak, M.D., primarily due to his administration of a major antipsychotic medication, Haldol, to Plaintiff Brooke Scianna, who was a minor at the time, without informed consent from Brooke's mother and legal guardian, Plaintiff Christine Scianna, and against Christine's express instructions.

On 16 August 2024, Defendant Mlak filed his response [Doc. 163]; *however*, in the electronic court filing process Defendant Mlak selected the filing event of "REPLY to Response to Motion" as seen on **Exhibit 1**. Because the notification email's subject line labeled the filing as "REPLY to Response to Motion," staff at Plaintiffs' counsel's firm did not calendar any date; specifically, the deadline for Plaintiffs to file their reply in support of their motion was not placed on the calendar.

On 29 August 2024, Plaintiffs' counsel examined the docket to see if a response had been filed by Defendant Mlak. It was then that the erroneous event selection problem was recognized; further, counsel realized the reply date had not been put on the calendar and that since the mislabeled response was filed on 16 August 2024, the reply was due the next day, 30 August 2024. Counsel immediately reached out to defense counsel to seek a stipulation on an extension, but defense counsel have not responded to any of his inquires as of the time of this filing.

Due to those foregoing events and scheduling issues presented by upcoming briefing deadlines and depositions scheduled in other matters, and because the attorney who drafted the motion and is best prepared to draft the reply is currently on a humanitarian mission on the African continent, returning to the U.S.A. on 4 September 2024, Plaintiffs respectfully request an extension until 17 September 2024 to file their reply.  Alternatively, Plaintiffs respectfully request until 13 September 2024, i.e., 14-days from 29 August 2024, the date the erroneous event selection by Defendant Mlak was recognized, to file their reply. The alternative date is less desirable due to a brief being due in another matter that day and a deposition occurring in a third matter.

As noted above, Plaintiff has attempted to confer with Defendant Mlak about his position on this requested extension, but Plaintiffs' inquiries have not been answered as of the time of this filing.

A proposed Order is also submitted for the Court's consideration.

**RESPECTFULLY SUBMITTED** this 30th day of August 2024.

**MILLS + WOODS LAW PLLC**

By   */s/ Thomas A. Connelly*
Thomas A. Connelly
Robert T. Mills
Sean A. Woods
5055 North 12th Street, Suite 101
Phoenix, AZ 85014

**GILLESPIE, SHIELDS & TAYLOR**
DeeAn Gillespie Strub
Jenny D. Jansch
7319 North 16th Street
Phoenix, AZ 85020

*Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

I hereby certify that on August 30, 2024, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system.

   */s/ Thomas A. Connelly*

3