# EXHIBIT 1



Thomas Connelly <tconnelly@millsandwoods.com>

## Activity in Case 2:21-cv-01444-DJH Scianna et al v. Arizona, State of et al Reply to Response to Motion

**azddb_responses@azd.uscourts.gov** <azddb_responses@azd.uscourts.gov>  Fri, Aug 16, 2024 at 1:36 PM
To: azddb_nefs@azd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

**DISTRICT OF ARIZONA**

### Notice of Electronic Filing

The following transaction was entered by Montell, Vincent on 8/16/2024 at 1:36 PM MST and filed on 8/16/2024
**Case Name:**       Scianna et al v. Arizona, State of et al
**Case Number:**     2:21-cv-01444-DJH
**Filer:**           Krzystztof Mlak
**Document Number:** 163

**Docket Text:**
**REPLY to Response to Motion re: [154] MOTION for Partial Summary Judgment filed by Krzystztof Mlak. (Attachments: # (1) Exhibit 1, # (2) Exhibit 2-10, # (3) Exhibit 11-21, # (4) Exhibit 22-46)(Montell, Vincent)**

**2:21-cv-01444-DJH Notice has been electronically mailed to:**

Cody M Hall &nbsp &nbsp cmh@bowwlaw.com, gmb@bowwlaw.com, slw@bowwlaw.com

Deean Gillespie Strub &nbsp &nbsp accounting@gillaw.com, mailroom@gillaw.com, mfeltes@gillaw.com

Dustin Allan Christner &nbsp &nbsp dustin.christner@qpwblaw.com, tina.cummings@qpwblaw.com

Georgia A Staton &nbsp &nbsp gstaton@jshfirm.com, afarnan@jshfirm.com, CBenson@JSHFIRM.COM

Jeffrey Stephen Hunter &nbsp &nbsp jhunter@wwhgd.com, docketing-PHX@wwhgd.com, mbango@wwhgd.com

Jenny DeAnn Jansch &nbsp &nbsp jjansch@gillaw.com, mailroom@gillaw.com

Ravi Vasishta Patel &nbsp &nbsp rpatel@jshfirm.com, CBenson@JSHFIRM.COM, efiling@jshfirm.com

Robert T Mills &nbsp &nbsp rmills@millsandwoods.com, docket@millsandwoods.com

Sean Anthony Woods &nbsp &nbsp swoods@millsandwoods.com, docket@millsandwoods.com, millsandwoods@recap.email

Sydney Darci Goodhand &nbsp &nbsp sydney.goodhand@qpwblaw.com, bmckinley@qpwblaw.com

Thomas A Connelly &nbsp &nbsp tconnelly@millsandwoods.com, cmartins@gillaw.com, docket@millsandwoods.com

Vincent Montell &nbsp &nbsp vmontell@qpwblaw.com, julie.funk@qpwblaw.com, minuteentries-phx@qpwblaw.com

**2:21-cv-01444-DJH Notice will be sent by other means to those listed below if they are affected by this filing:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=8/16/2024] [FileNumber=26315244-0] [49687ff3ed4179de9224d8c871ed806d12250d54ddcac3e9ff992e27037cdeaa526051823e54052af9b513d03dc0217d77a37f44d98188f541257e4dae5a108e]]
**Document description:**Exhibit 1
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=8/16/2024] [FileNumber=26315244-1] [764622e6fdce5bcd357ffcc3f2baba7e3a3d5144aed4e403cc4822c6a8b83d84ebc227437c61f550280c29d600a31fdb5fdc36830acb5d4e04c94463386738d2]]
**Document description:**Exhibit 2-10
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=8/16/2024] [FileNumber=26315244-2] [86e5d86b46de4b01030ce70eeea6cd08f361f7c2c92dfab8f82c76ff4261243d7de3bca1c447487c0022f02aeb2aac1856dc043df6f39706d875f6bc67a3a971]]
**Document description:**Exhibit 11-21
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=8/16/2024] [FileNumber=26315244-3] [3255a6ade45c953ecef43ba5e1178bd7d395f2bd8eecc59eaf6fa975aab1ff33c5fe2cf361bba24a2e7be5b03ba9c9c750a296e3a9ab64ee14f2db4eed3375c0]]
**Document description:**Exhibit 22-46
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1096393563 [Date=8/16/2024] [FileNumber=26315244-4] [3b8327b040dafbc753ff723e32df73b4516f8f290e92ab573deefc7d76142e8cb7fc432dc5bb08f306dba6b9f01fb797403c1a7c1106a653b2cf85a24ada55eb]]