# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, *et al.*, <br> Plaintiffs, <br> v. <br> State of Arizona, *et al.*, <br> Defendants. | Case No.: 2:21-cv-01444-DJH <br><br> **[PROPOSED] ORDER** <br><br> (Hon. Diana J. Humetewa) |

The Court, having received [Doc. 169] Plaintiffs' Motion for Extension of Time for Plaintiffs to File Reply in Support of Motion for Partial Summary Judgment [Doc. 154], and good cause appearing,

**IT IS HEREBY ORDERED** granting the motion [Doc. 169] and extending the deadline for Plaintiffs to file their Reply up to and including 17 September 2024.

DATED this _____ day of _____ 2024.