Georgia A. Staton, Bar #004863
Ravi V. Patel, Bar #030184
JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
Phoenix, Arizona 85004
Telephone: (602) 263-1752
Fax: (602) 200-7854
gstaton@jshfirm.com
rpatel@jshfirm.com
minuteentries@jshfirm.com

Attorneys for Defendants State of Arizona,
Tina Canale, Christie Johnson, Melissa
Courtright, Barry Courtright, Nicholas Long
and Gregory McKay

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>Plaintiffs,<br><br>v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Krzysztof Mlak, individually and as an employee with Aurora | NO. 2:21-cv-01444-DJH<br><br>**Stipulation to Dismiss Defendants State of Arizona, Arizona Department of Child Safety, Tina Canale and John Doe Canale, Christine Johnson, John Doe Johnson, Melissa Courtright, Barry Courtright, Nicholas Long and Jane Doe Long and Gregory Mckay**<br><br>(Assigned to the Honorable Diana J. Humetewa) |

117456639.1

Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Luevano, her spouse; Helen Nagle, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Nagle, her spouse; Care and Dignity Services, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; John and Jane Does 2-6; and Black Entities 1-5,

        Defendants.

The parties, through their respective counsel, stipulate to the dismissal with prejudice of all claims against Defendants State of Arizona, Arizona Department of Child Safety, Tina Canale and John Doe Canale, Christine Johnson, John Doe Johnson, Melissa Courtright, Barry Courtright, Nicholas Long and Jane Doe Long and Gregory Mckay, with each party to bear its own costs and fees. This Stipulation is submitted pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

DATED this 30th day of August, 2024.

        JONES, SKELTON & HOCHULI P.L.C.

        By /s/ Georgia A. Staton
          Georgia A. Staton
          Ravi V. Patel
          40 N. Central Avenue, Suite 2700
          Phoenix, Arizona 85004
          *Attorneys for Defendants State of Arizona, Tina Canale, Christie Johnson, Melissa Courtright, Barry Courtright, Nicholas Long and Gregory McKay*

2

117456639.1

**BROENING OBERG WOODS & WILSON, P.C.**

By /s/ Cody M. Hall w/permission
   Cody M. Hall
   *Attorneys for Defendant Care & Dignity Services LLC*

**MILLS + WOODS LAW PLLC**

By /s/ Thomas A. Connelly w/permission
   Thomas A. Connelly
   Robert T. Mills
   Sean A. Woods

**GILLESPIE, SHIELDS & TAYLOR**
   DeeAn Gillespie Strub 7319 North 16th Street Phoenix, AZ 85020

   *Attorneys for Plaintiffs*

**WEINBERG, WHEELER, HUDGINS, GUNN & DIAL, LLC**

By /s/ Jeffrey S. Hunter w/permission
   Jeffrey S. Hunter
   *Attorneys for Defendant Aurora Behavioral Healthcare-Tempe, LLC*

**QUINTAIROS, PRIETO, WOOD & BOYER, P.A.**

By /s/ Dustin A. Christner w/permission
   Vincent J. Montell
   Dustin A. Christner
   *Attorneys for Defendant Krzysztof Mlak, MD*

117456639.1

# CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of August, 2024, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

/s/ Lisa Drapeau

117456639.1