**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Christine Scianna, an individual; Brooke Scianna, an individual, by and through her legal guardian, Christine Scianna,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>State of Arizona, a government entity; Arizona Department of Child Safety, a governmental entity; Tina Canale, individually and as an employee with the State of Arizona Department of Child Safety; Melissa Courtright, individually and as an employee with the State of Arizona Department of Child Safety, and Barry Courtright, her spouse; Nicholas Long, individually and as an employee with the State of Arizona Department of Child Safety; Gregory McKay, as former Director, Arizona Department of Child Safety; Michael Faust, as Director, Arizona Department of Child Safety; Aurora Behavioral Healthcare-Tempe, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; Krzystztof Mlak, individually and as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and Jane Doe Mlak, his spouse; Kattia Luevano, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC, and John Doe Luevano, her spouse; Helen Nagle, individually as an employee with Aurora | NO. 2:21-cv-01444-DJH<br><br>**[Proposed] Order for Dismissal With Prejudice**<br><br>(Assigned to the Honorable Diana J. Humetewa) |

117456650.1

Behavioral Healthcare-Tempe, LLC, and John Doe Nagle, her spouse; Care and Dignity Services, LLC, an Arizona corporation, individually and as a services provider for the State of Arizona Department of Child Safety; John and Jane Does 2-6; and Black Entities 1-5,

                      Defendants.

The Court having reviewed the parties' Stipulation to Dismiss Defendants State of Arizona, Arizona Department of Child Safety, Tina Canale and John Doe Canale, Christine Johnson, John Doe Johnson, Melissa Courtright, Barry Courtright, Nicholas Long and Jane Doe Long and Gregory Mckay (Doc. ___) filed on August 30, 2024,

**IT IS ORDERED** approving the Stipulation and dismissing this action as to Defendants State of Arizona, Arizona Department of Child Safety, Tina Canale and John Doe Canale, Christine Johnson, John Doe Johnson, Melissa Courtright, Barry Courtright, Nicholas Long and Jane Doe Long and Gregory Mckay only, with prejudice and with each party to bear its own costs and fees.

117456650.1