# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, et al., | No. CV-21-01444-PHX-DJH |
| Plaintiffs, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Defendants. | |

The Court having reviewed the Stipulations of Dismissal (Docs. 168, 170),

**IT IS ORDERED** approving the Stipulations (Docs. 168, 170) and dismissing this action as to Defendants Care & Dignity Services, LLC, State of Arizona, Arizona Department of Child Safety, Tina Canale, Christine Johnson, Melissa Courtright, Barry Courtright, Nicholas Long, and Gregory Mckay, only, with prejudice, each party to bear its own attorneys' fees and costs.

**IT IS FURTHER ORDERED** directing the Clerk of Court to terminate Defendants Care & Dignity Services, LLC, State of Arizona, Arizona Department of Child Safety, Tina Canale, Christine Johnson, Melissa Courtright, Barry Courtright, Nicholas Long, and Gregory Mckay.

Dated this 5th day of September, 2024.

Honorable Diane J. Humetewa
United States District Judge