## NUMERICAL TABLE OF EXHIBITS

**Plaintiffs' Reply in Support of Motion for Partial Summary Judgment
re: Claims Against Dr. Mlak**

*Scianna v. State of Arizona, et al.*, **No. 21-cv-01444-DJH**

| Exhibit No. | Description | Date |
|---|---|---|
| 26 | Minute Entry setting dependency hearing | 07/13/2018 |
| 27 | Temporary Custody Hearing | 09/05/2018 |
| 28 | Order approving inpatient admission to Aurora | 09/04/2018 |
| 29 | Order approving 72-hour admission to Aurora | 08/31/2018 |
| 30 | Minute Entry re inpatient treatment | 09/17/2018 |
| 31 | Order dismissing dependency | 02/12/2019 |
| 32 | Christine Scianna Deposition Transcript (excerpt) | 05/16/2023 |
| 33 | Minute Entry re: Emergency Hearing | 10/18/2018 |