# EXHIBIT 26

Chris DeRose, Clerk of Court
\*\*\* Electronically Filed \*\*\*
7/13/2018 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                          7/2/2018

|  |  |
|---|---|
| JUDGE PRO TEM NICOLAS B. HOSKINS | CLERK OF THE COURT<br>A. Villasenor<br>Deputy |

IN THE MATTER OF:

| | |
|---|---|
| BROOKE ANGELINA SCIANNA<br>  F1138995<br>  DOB: 7/14/2001 | THOMAS F STUBBS |
| | MONICA  MALHOTRA |
| | DEEAN  GILLESPIE STRUB |
| | CHRISTINE MARIE WEBSTER<br>15928 W CUSTER LANE<br>SURPRISE AZ 85379 |
| | SARA J. SMITH |
| | JOHN RALPH SCIANNA<br>10407 W BOLIVAR<br>SUN CITY AZ 85351 |
| | FOSTER CARE REVIEW BOARD<br>JUVENILE OFFICE OF PUBLIC DEFENSE SERVICES<br>DCS SPECIALIST - SOUTHWEST REGION<br>LEGAL ADVOCATE-JUVENILE |

PRELIMINARY PROTECTIVE HEARING
DEPENDENCY CONTESTED

10:26 a.m.  This matter is digitally recorded in Courtroom 11.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                                                7/2/2018

This is the time set for Preliminary Protective Hearing on a Dependency Petition filed 6/27/2018.

Present:  Assistant Attorney General Monica Malhotra, counsel for the Department; DCS Child Safety Specialist Tina Canale; Deputy Legal Advocate Thomas Stubbs, guardian ad litem for the child; Sarah Michael, appearing for Sara Smith, counsel for the father; John Scianna, the father; David Goldfarb, appearing for Deean Gillespie, counsel for the mother; and Christine Webster, the mother.

The Court is advised of the results of the Preliminary Protective Conference.

After review of the financial affidavit,

THE COURT FINDS that father is indigent.

IT IS ORDERED appointing Office of Public Defense Services (Sara Smith) as counsel to represent the father in all further proceedings in this matter.

IT IS ORDERED affirming the appointment of the Office of the Legal Advocate (Thomas Stubbs) as guardian ad litem for the child in all further proceedings in this matter.

The Court has reviewed the original verification and the DCS Court Report dated 6/28/2018.

The Indian Child Welfare Act (ICWA) does not apply in this matter.

Service is accepted and defects are waived by mother and father.

THE COURT FINDS that service is complete as to mother and father.

Paternity has been established in this matter.

Form I, Notice to Parent in Dependency Action, is read and provided to both parents. Both parents indicate an understanding of the same.

Discussion is held.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                                              7/2/2018

LET THE RECORD REFLECT that both mother and father are refusing to participate in the services being offered by the Department.

The mother and father wish to contest the allegations of the petition.

IT IS ORDERED entering a denial to the petition on behalf of the mother and father.

The father may have visits with the child in the group home however the group home does not support mother having visits with the child at their facility.

The Department does not object to the mother having supervised visits with the child by a case aide or specialized parent aide.

IT IS ORDERED permitting the mother to have visits with the child through approved safety monitors.

10:42 a.m.  Alisa, hospital stabilization representative through CFSS announces for the record and indicates that she is able to supervise visits for mother and child in the community or the group home.

Discussion is held.

The Department does not object to the group home supervising mother's visits and does not believe a support partner is necessary.

Discussion continues.

Over the Department's objection,

IT IS ORDERED permitting mother to have supervised visits with the child by the hospital stabilization representative through CFSS throughout the community or in the group home, if allowed.

The parties are provided with the CFSS recommendations.

IT IS ORDERED admonishing the parties not to discuss this dependency matter in a public forum.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                                         7/2/2018

IT IS ORDERED continuing the child as a temporary ward of the Court, committed to the care, custody and control of the Department of Child Safety.

THE COURT FINDS that the Department of Child Safety has made reasonable efforts to prevent the removal of the child from the home and that continuation in the home would be contrary to the welfare of the child, or that it was reasonable to make no efforts to maintain the child in the home.

IT IS ORDERED vacating the Initial Dependency Hearing

  on  7/2/2018
  at  10:15 AM
  before  Honorable Nicolas Hoskins

IT IS ORDERED setting this matter for Dependency - Temp Custody 5 Day Hrg as to mother only

  on  7/12/2018
  at  2:00 PM
  before  Honorable Nicolas Hoskins
  at the Maricopa County Juvenile Court Center
  Durango Facility, 3131 W. Durango St., Phoenix, AZ 85009

IT IS ORDERED setting this matter for Conference - Pretrial - Contested Dependency

  on  8/16/2018
  at  10:00 AM
  before  Honorable Nicolas Hoskins
  at the Maricopa County Juvenile Court Center
  Durango Facility, 3131 W. Durango St., Phoenix, AZ 85009

IT IS ORDERED setting this matter for Dependency - Adjudication

  on  9/14/2018
  at  1:30 PM – 5:00 PM
  before  Honorable Nicolas Hoskins
  at the Maricopa County Juvenile Court Center
  Durango Facility, 3131 W. Durango St., Phoenix, AZ 85009

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                                       7/2/2018

     This Courtroom utilizes an electronic recording system for the Court's record.  If a court reporter is needed, a written request must be filed with the Clerk of the Court and a copy provided to the assigned judicial officer at least 72 hours before the commencement of the proceeding.

     To order a copy of the audio record on compact disc (CD), please call Juvenile Court Administration (Durango facility - 602-506-4533/Southeast facility - 602-506-2544).  There will be a fee of $30 for each copy of the Superior Court proceedings.  All copies will be provided using Court-supplied media.

     IT IS ORDERED settling and approving the Preliminary Protective Order and Order Setting Court Hearings signed by the Court this date.

     IT IS ORDERED that services, placement of the child and visitation shall occur as indicated in the Preliminary Protective Order signed by the Court this date.

     10:56 a.m.  Court adjourns.

Filed:

     Preliminary Protective Order and Order Setting Court Hearings
     Verification
     Parents' Financial Affidavit to Determine Eligibility for a Court-Appointed Attorney
     Form I, Notice to Parent in Dependency Action

NOTICE

     If a party fails to appear for the Pretrial Conference, the failure to appear may be deemed as an admission to all the facts in the petition and the Court may proceed to an adjudication of the ultimate issues.

     If the petitioner fails to appear, the failure to appear may be deemed as a failure to prosecute and this matter may be dismissed.

     If a party or a party's attorney fails to obey a pretrial order, or fails to appear at a Pretrial Conference, or is substantially unprepared to participate in the Conference or if a party or party's attorney fails to participate in good faith, the Court, upon motion or on its own initiative, may make such orders with regard to such conduct as are just, including among others, any of the orders provided in Rule 44 of the Rules of Procedure for the Juvenile Court.

Docket Code PPHDENYALL                          Form JDPPHAll                                Page 5

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                                                          7/2/2018

WARNING

    As a parent, it is your responsibility to cooperate with all services offered, and work toward return of your child.  A failure to do so, within a reasonable period of time, may mean losing your child forever through termination of your rights and adoption.