# EXHIBIT 27

Chris DeRose, Clerk of Court
\*\*\* Filed \*\*\*
8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

SEP 0 5 2018

JD36034                                                                 8/21/2018

JUDGE PRO TEM NICOLAS B. HOSKINS

CLERK OF THE COURT
A. Villasenor
Deputy

IN THE MATTER OF:

BROOKE ANGELINA SCIANNA          THOMAS F STUBBS
F1138995
DOB: 7/14/2001

MONICA MALHOTRA

DEEAN GILLESPIE STRUB

SARA J. SMITH

FOSTER CARE REVIEW BOARD
DCS SPECIALIST - SOUTHWEST
REGION

REVIEW OF TEMPORARY CUSTODY HEARING

Prior to the hearing commencing, Mother's Exhibits 1-21 and Department's Exhibits 22-25 are marked for identification.

2:02 p.m. This matter is digitally recorded in Courtroom 11.

This is the time set for Review of Temporary Custody regarding Brooke Scianna.

Present: Assistant Attorney General Monica Malhotra, counsel for the Department; DCS Child Safety Specialist Melissa Courtright; Deputy Legal Advocate Thomas Stubbs, guardian ad litem for the child; Deean Gillespie Strub, counsel for the mother; and Christine Webster, the mother.

The Rule of Exclusion of Witnesses remains in effect.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                8/21/2018


2:04 p.m. Marie Quigley and Casandra Tisdale are excused and exit the courtroom.

Mother's Exhibit 7 and the Department's Exhibits 22, 23, and 24 were previously admitted at the hearing on 7/12/2018.

MOTHER'S CASE:

Dr. James Adams is sworn and testifies.

Mother's counsel moves to admit Exhibit 25.

There being no objection,

Mother's Exhibit 25 is admitted into evidence.

2:24 p.m. Dr. Adams is excused and exits the courtroom.

2:25 p.m. Casandra Tisdale enters the courtroom and is sworn and testifies.

The witness is excused and exits the courtroom.

3:02 p.m. Court adjourns.

3:08 p.m. Court reconvenes. This matter is digitally recorded.

The parties previously present remain present.

3:08 p.m. Daniel Quigley enters the courtroom, and is sworn and testifies.

The witness is excused.

3:16 p.m. Marie Quigley enters the courtroom, and is sworn and testifies.

The witness is excused.

3:23 p.m. Ashley Montoya appears telephonic, and is sworn and testifies.

3:31 p.m. Ms. Montoya is excused and no longer appears telephonically.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                 8/21/2018

3:31 p.m. Court adjourns.

3:35 p.m. Court reconvenes. This matter is digitally recorded.

All parties previously present remain present.

Christine Webster is sworn and testifies.

Mother moves to admit Exhibits 13, 5, 6, 13, 12, 20, 21, 2, 14, and 15.

There being no objection,

Mother's Exhibits 13, 5, 6, 13, 12, 20, 21, 2, 14, and 15 are admitted into evidence.

The mother is excused.

The parties rest.

The parties present closing arguments.

Based upon the evidence presented,

THE COURT FINDS that temporary custody of the child is clearly necessary to prevent abuse pending the hearing on the dependency petition.

IT IS ORDERED continuing the child as a temporary ward of the Court, committed to the care, custody and control of the Department of Child Safety.

IT IS ORDERED affirming all contrary to welfare findings.

The Court notes that there is a comprehensive medical team evaluating the child's needs.

IT IS ORDERED directing the Department to make arrangements to facilitate a comprehensive medical evaluation for the child with Dr. Richard Frye at Phoenix Children's Hospital and include mother's input.

IT IS ORDERED that the Department shall reach out to the child's providers and obtain a determination on the issue of the child visiting the mother on the weekends.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                                           8/21/2018

    The Department will amend the dependency petition to include an allegations of neglect and based on the child's behaviors as to mother.

    IT IS ORDERED affirming the Dependency - Adjudication regarding the mother and father

        on    11/15/2018 and 11/20/2018
        at    1:30 PM – 5:00 PM
        before  Honorable Nicolas Hoskins
        at the Maricopa County Juvenile Court Center
        Durango Facility, 3131 W. Durango St., Phoenix, AZ 85009

    This Courtroom utilizes an electronic recording system for the Court's record. If a court reporter is needed, a written request must be filed with the Clerk of the Court and a copy provided to the assigned judicial officer at least 72 hours before the commencement of the proceeding.

    To order a copy of the audio record on compact disc (CD), please call Juvenile Court Administration (Durango facility - 602-506-4533/Southeast facility - 602-506-2544). There will be a fee of $30 for each copy of the Superior Court proceedings. All copies will be provided using Court-supplied media.

    4:38 p.m. Court adjourns.

    IT IS ORDERED, pursuant to Arizona Revised Statutes, that any and all schools, school districts and personnel thereof shall fully cooperate with juvenile probation officers, DCS child safety specialists, and attorneys or guardian ad litem or Court appointed special advocates representing a child in a dependency or delinquency action by allowing access by them to all educational records of the child, including but not limited to records pertaining to school, attendance, behavior, academic progress, and psychological evaluations, and shall discuss the contents and meaning thereof with them to assist them in the preparation, implementation, and completion of a rehabilitation and treatment plan for the child.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                8/21/2018

WARNING

As a parent, it is your responsibility to cooperate with all services offered, and work toward return of your child. A failure to do so, within a reasonable period of time, may mean losing your child forever through termination of your rights and adoption.

___8/30/18___                    _____
DATE                              JUDGE PRO TEM NICOLAS B. HOSKINS