EXHIBIT 29

BY CHRIS DEROSE, CLERK
 /s/ DEP
R. VENEGAS
R. VENEGAS, FILED
18 AUG 31 PM 1:58

MARK BRNOVICH
Attorney General

MONICA MALHOTRA
Assistant Attorney General
State Bar No. 032784
CFP/PSS
2005 North Central Avenue-C051AG
Phoenix, Arizona 85004
Telephone: (602) 774-9000
PSSDurango@azag.gov

Attorneys for the Department of Child Safety

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| In the Matter of:<br><br>BROOKE ANGELINA SCIANNA<br>d.o.b. 07/14/2001<br><br>Person under 18 years of age. | No. JD36034<br><br>**ORDER APPROVING SEVENTY-TWO HOUR ADMISSION FOR INPATIENT ASSESSMENT AND ORDER APPOINTING COUNSEL FOR CHILD**<br><br>(Honorable Nicolas B. Hoskins) |
|---|---|

Having read and considered the Motion for Approval of Admission for Inpatient Assessment and any attachments thereto, incorporated by reference, the Court finds, pursuant to A.R.S. § 8-272(A) that:

1.   BROOKE ANGELINA SCIANNA is a dependent child in the care custody and control of the Department of Child Safety; and

2.   There is a reasonable cause to believe the child meets the standard for inpatient assessment.

==IT IS ORDERED approving the admission of BROOKE ANGELINA SCIANNA to Aurora Behavioral Health for an inpatient assessment. The inpatient assessment shall be completed within seventy-two hours from the time of admission, excluding weekends and holidays.==

IT IS FURTHER ORDERED that, if, after completion of the inpatient assessment, the psychologist, psychiatrist or physician recommends that the child receive inpatient psychiatric acute care services, a Motion for Inpatient Psychiatric Acute Care Services shall be filed within twenty-four hours after the completion of the assessment, excluding weekends and holidays. The child may then remain in the facility up to seventy-two hours from the filing of the Motion for Inpatient Psychiatric Acute Care Services pending court approval of the Motion.

IT IS FURTHER ORDERED, pursuant to A.R.S. § 8-272(G), that ___Angela Ramos___, Attorney at Law, is appointed to represent BROOKE ANGELINA SCIANNA as attorney for the child in all future proceedings in this matter.

IT IS FURTHER ORDERED that a copy of this Order shall be transmitted via facsimile by this Court to Admissions at Aurora Behavioral Health, at Fax Number (480) – 345-5473. The Department further requests that the Court immediately transmit this Order via facsimile to the Attorney General's Office, at 602-774-9099.

DATED: _____8/31_____, 2018.

_____
JUDGE OF THE SUPERIOR COURT
Commissioner Nicolas B. Hoskins