# EXHIBIT 30

Chris DeRose, Clerk of Court
*** Filed ***
8:00 AM
9/17/2018

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034  9/4/2018

JUDGE PRO TEM NICOLAS B. HOSKINS

CLERK OF THE COURT
A. Villasenor
Deputy

IN THE MATTER OF:

BROOKE ANGELINA SCIANNA
F1138995
DOB: 7/14/2001

DIANA THEOS

MONICA MALHOTRA

THOMAS F STUBBS

DEEAN GILLESPIE STRUB

SARA J. SMITH

ANGELA RENE RAMOS

FOSTER CARE REVIEW BOARD
DCS SPECIALIST - SOUTHWEST REGION
JUVENILE OFFICE OF PUBLIC DEFENSE SERVICES
PUBLIC ADVOCATE-JUVENILE-DEPENDENCY

HEARING RE INPATIENT PSYCHIATRIC ACUTE CARE SERVICES

10:32 a.m.  This matter is digitally recorded in Courtroom 11.

This is the time set for hearing to determine the need for inpatient psychiatric acute care services.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                 9/4/2018

Present: Assistant Attorney General Monica Malhotra, counsel for the Department; Deputy Legal Advocate Thomas Stubbs, guardian ad litem for the child; Sara Smith, counsel for the father; John Scianna, the father; Deean Gillespie Strub, counsel for the mother; Christine Webster, the mother; and Diana Theos, newly appointed counsel for the child.

10:33 a.m. DCS Child Safety Supervisor Nicolas Long now appears telephonically.

The child was admitted to Aurora Behavioral Health for Inpatient Acute Care Assessment prior to this hearing.

The Court has read and reviewed the Motion for Approval of Inpatient Psychiatric Acute Care Services and Motion for Appointment of Counsel for the child.

The Court notes that due to a conflict, Diana Theos is now assigned as the child's counsel and Angela Ramos was relieved.

A discussion is held with the parties.

Pursuant to the written order signed by the Court this date, and there being no objection,

IT IS ORDERED approving the admission of the child to Aurora Behavioral Health for inpatient psychiatric acute care services.

Discussion is held.

The Court encourages the Department to make best efforts to ensure that the DDD specialist is present for all CFTs and hearings regarding the child.

Counsel for the mother expresses concerns with the recent group home where the child was placed.

Discussion is held.

Counsel for mother will file a motion for reconsideration to place the child in mother's care due to the concerns expressed.

IT IS ORDERED that the child shall not be moved to a new placement absent a Court Order.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                                     9/4/2018

Discussion is held.

IT IS ORDERED setting this matter for Review - Placement - Non-Delinquency w/ Hearing

>   on      10/30/2018
>   at      9:00 AM
>   before  Honorable Nicolas Hoskins
>   at the Maricopa County Juvenile Court Center
>   Durango Facility, 3131 W. Durango St., Phoenix, AZ 85009

IT IS ORDERED affirming the Dependency - Adjudication regarding the mother anf father

>   on      11/15/2018, 11/20/2018
>   at      1:30 PM – 5:00 PM
>   before  Honorable Nicolas Hoskins
>   at the Maricopa County Juvenile Court Center
>   Durango Facility, 3131 W. Durango St., Phoenix, AZ 85009

This Courtroom utilizes an electronic recording system for the Court's record. If a court reporter is needed, a written request must be filed with the Clerk of the Court and a copy provided to the assigned judicial officer at least 72 hours before the commencement of the proceeding.

To order a copy of the audio record on compact disc (CD), please call Juvenile Court Administration (Durango facility - 602-506-4533/Southeast facility - 602-506-2544). There will be a fee of $30 for each copy of the Superior Court proceedings. All copies will be provided using Court-supplied media.

10:47 a.m. Court adjourns.

FILED: Order Approving Inpatient Psychiatric Acute Care Services

IT IS ORDERED that the agency having the care, custody and control of the juvenile for mental health treatment purposes shall prepare and file with the Court a written progress report pursuant to Arizona Revised Statutes no later than five (5) days before the Review hearing.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                       9/4/2018

    The original of said report shall be sent to the Court and a copy shall be sent to the probation officer and/or child safety specialist and the attorneys representing the parties in this matter. The progress report shall address the current mental health status of the juvenile/child; the appropriateness, necessity, and proposed length of continued inpatient care and treatment, the expected benefits of such treatment, and whether such care and treatment can be successfully accomplished in a less restrictive setting.

    IT IS ORDERED that in the event it is determined that the child will no longer benefit from the evaluation, care and treatment available, the medical director of the agency having the care, custody and control of the juvenile for mental health treatment purposes shall notify the Court and the child's custodian in writing and within five (5) days of receiving notification, the custodian shall remove the child from the mental health agency in accordance with Arizona Revised Statutes.

_____9/13/18_____                                 _____
DATE                                                            JUDGE PRO TEM NICOLAS B. HOSKINS