# EXHIBIT 31

CHRIS DEPOSE, CLERK
BY _____ DEP
A. PROVENCIO, FILED

19 FEB 12 PM 12: 11

1  MARK BRNOVICH
2  Attorney General

3  MONICA MALHOTRA
   Assistant Attorney General
4  State Bar No. 032784
5  CFP/PSS
   2005 N. Central Ave. C051AG
6  Phoenix, Arizona 85004
7  Telephone: (602) 774-9000
   PSSDurango@azag.gov
8
9  Attorneys for the Department of Child Safety

10           IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

11                  IN AND FOR THE COUNTY OF MARICOPA

| In the Matter of: | No. JD36034 |
|---|---|
| BROOKE ANGELINA SCIANNA<br>d.o.b. 07/14/2001 | **ORDER TO DISMISS**<br><br>**(UNCONTESTED)** |
| Person under 18 years of age. | (Honorable Nicolas B. Hoskins) |

Upon motion of the Department of Child Safety (DCS or the Department), and good cause appearing,

IT IS ORDERED dismissing the dependency petition filed in this matter, releasing the child, BROOKE ANGELINA SCIANNA, from the wardship of the Court, and relieving DCS of further responsibility of the child for the reason of REUNIFICATION.

IT IS FURTHER ORDERED relieving the Foster Care Review Board and all court appointed attorneys and guardians ad litem of further responsibility in this case.

THIS COURT HEREBY NOTIFIES the child that, pursuant to A.R.S. § 8-543, you are authorized to participate in the sibling information exchange program to facilitate contact between former dependent children and any siblings. You can obtain more

information on this program by contacting the Arizona Supreme Court at www.supreme.state.az.us/CIP/.

IT IS FURTHER ORDERED relieving all parents from the obligation to pay a parental assessment from the date of the order forward.

IT IS FURTHER ORDERED vacating the Dependency Adjudication set for February 14, 2019, March 12, 2019, and March 13, 2019 before Commissioner Hoskins.

IT IS FURTHER ORDERED vacating the Permanency Planning Hearing set for May 22, 2019 at 9:30 a.m.

DATED: _____ 2/11 _____, 2019.

_____
JUDGE OF THE SUPERIOR COURT

Commissioner Nicolas B. Hoskins