# EXHIBIT 32

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| CHRISTINE SCIANNA, an individual; BROOKE SCIANNA, an individual, by and through her legal guardian, Christine Scianna,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>STATE OF ARIZONA, a government entity; et al.,<br><br>　　　　Defendants. | No. 2:21-cv-01444-DJH |

**CERTIFIED TRANSCRIPT**

DEPOSITION OF CHRISTINE MARIE SCIANNA

Scottsdale, Arizona

Tuesday, May 16, 2023; 10:09 a.m.

Reported by Laureen Badar, CSR, RMR

Arizona Certified Reporter No. 50771



1                   Scottsdale, Arizona
2            Tuesday, May 16, 2023; 10:09 a.m.
3
4                 CHRISTINE MARIE SCIANNA,
5    called as a witness herein, and having been first duly
6    sworn by the certified reporter, was examined and
7    testified as follows:
8           THE WITNESS:  I do.
9
10                      EXAMINATION
11   BY MR. CHRISTNER:
12       Q.   Could you please state your full name for the
13   record?
14       A.   Yeah.  It's Christine Marie Scianna.
15   Technically it's Webster, dash, Scianna.  But legally
16   it's still Christine Scianna.
17       Q.   Webster is your maiden name?
18       A.   Yes.
19       Q.   Are you still married?
20       A.   No.  I'm divorced.
21       Q.   Have you ever been deposed before?
22       A.   No.
23       Q.   Have you ever been involved in any formal
24   litigation?
25       A.   Like suing?



1   DCS had temporary custody, that she would probably not be
2   able to have the same kind of communication with me that
3   she had had with her two previous hospitalizations.
4   BY MR. CHRISTNER:
5       Q.   Okay.  And why is that?
6       A.   Because of DCS.
7       Q.   Okay.  Did you ever contact Brooke's attorney
8   and indicate to her that Brooke should not be getting any
9   medication or treatment that hadn't been consented to
10  you -- consented by you?
11      A.   I know I emailed her attorney.  And I got in
12  trouble for that because I'm not supposed to email the
13  attorneys.
14      Q.   Okay.
15      A.   But I don't remember exactly what I said in that
16  email.  I believe it was having to do with the
17  medication, though, because I was contacting anybody and
18  everybody I could.
19      Q.   And the medication you were referring to that
20  you had a problem with was the Haldol?
21           MR. CONNELLY:  Form.
22           THE WITNESS:  I was upset about the Haldol,
23  correct.  But I was upset about the fact I didn't ever
24  meet the doctor, Dr. Mlak, not one time.  And I was upset
25  that I was being kept out of anything and everything that

```
 1   was occurring at Aurora.
 2   BY MR. CHRISTNER:
 3        Q.   Okay.  Aurora had weekly CFTs, correct?
 4        A.   Correct.
 5        Q.   Dr. Mlak's records indicate that on August 26th
 6   of 2018 Aurora attempted to contact you.  Were you
 7   contacted by Aurora on August 26th?
 8        A.   Kattia contacted me, and I spoke with her.  And
 9   that's when she stated she wouldn't be able to talk to
10   me.
11        Q.   Okay.  On August 27th, two messages were left
12   for you from Aurora, attempting to talk to you about
13   Brooke's medications and treatment.
14        A.   Incorrect.
15        Q.   Okay.  You didn't get any messages?
16        A.   No, I did not.
17        Q.   Did you receive any messages from Aurora after
18   August 27th?
19             MR. CONNELLY:  Form and foundation.
20             THE WITNESS:  The only time I spoke with anybody
21   from Aurora on the phone was the day after she went in
22   the hospital, which would have been Sunday, the 26th.
23   And after that -- because Kattia said, due to DCS being
24   involved, like I just said, they couldn't have contact
25   with me.
```



```
 1   BY MR. CHRISTNER:
 2       Q.   Okay.  So if Dr. Mlak's records indicate that he
 3   attempted to contact you on 8/26, 8/27, and multiple
 4   times after 8/27, that would be incorrect?
 5       A.   Incorrect.
 6       Q.   Okay.  Did you make any calls to Aurora
 7   attempting to talk to Dr. Mlak?
 8       A.   I was told I wasn't able to do that.
 9       Q.   And who told you you weren't able to do that?
10       A.   Kattia.
11       Q.   Okay.
12       A.   I did speak with the office for visitation, to
13   clarify that, because in her first two hospitalizations I
14   could see her whenever, at any time I wanted because of
15   her high-needs status.  That changed when DCS got
16   involved.
17       Q.   Was there a time that you finally spoke to
18   Dr. Mlak?
19       A.   Yeah.  After I had emailed the CEO, Bruce.
20       Q.   Okay.  And tell me about that conversation.
21       A.   He was very dismissive.  I told him how I felt
22   about the Haldol, and he didn't listen to me at all.
23       Q.   Okay.  What did you tell him about the Haldol?
24       A.   About her previous reactions to it.
25       Q.   Okay.  You told Dr. Mlak, when you spoke to him
```

```
 1   on the phone, that Brooke had previous reactions to
 2   Haldol?
 3        A.   Yeah.  I talked about St. Luke's Hospital.
 4        Q.   Previous reactions to Haldol at St. Luke's
 5   Hospital?
 6        A.   Yes.  And I did mention several other
 7   antipsychotics she had a problem with, too.
 8        Q.   Okay.
 9        A.   But I don't remember specifics.
10        Q.   Okay.  You told Dr. Mlak that Brooke previously
11   had reactions to Haldol at St. Luke's Hospital?
12        A.   Yes.
13        Q.   Did you explain to him what the reaction was?
14        A.   Yes.
15        Q.   What did you explain to him?
16        A.   I told him that when I had seen her in the
17   hospital, she was shaking.  She couldn't even feed
18   herself.  She would do this weird little shuffle, and she
19   became very -- her behavior became very erratic.
20             They couldn't control her.  And the doctor
21   determined that even using -- I believe it was called
22   Cogentin, but I don't know exactly.  They had to use
23   medications to try to counteract the effects.
24             And I told them that we had had a CFT and said
25   that she had adverse reactions to other ones, like
```



1                    CERTIFICATE OF REPORTER

2           I HEREBY CERTIFY that the foregoing deposition

3    of CHRISTINE MARIE SCIANNA was taken before me on

4    Tuesday, May 16, 2023, and that I was at that time a

5    certified reporter in the state of Arizona and thereby

6    authorized to administer the oath to the witness;

7           That the testimony and proceedings were reported

8    stenographically by me and later transcribed under my

9    direction; and that the foregoing pages contain a full,

10   true, and accurate transcript of all testimony and

11   proceedings taken at that time, all done to the best of

12   my skill and ability;

13          That transcript review and signature of the

14   witness was reserved;

15          That Alliance Reporting Solutions, Registered

16   Firm R1015, is designated to produce, distribute, and

17   invoice the transcript.

18          I FURTHER CERTIFY that I am in no way related to

19   nor employed by any of the parties hereto, nor am I in

20   any way interested in the outcome hereof.

21          DATED:  June 2, 2023.

22

23                         _____
                           Laureen Badar, CSR, RMR
24                         Arizona CR Number 50771

25

