Case 2:21-cv-01444-DJH   Document 173-9   Filed 09/17/24   Page 1 of 3

# EXHIBIT 33

Chris DeRose, Clerk of Court
\*\*\* Filed \*\*\*
8:00 AM

10-18-18

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                  10/17/2018

                                                      CLERK OF THE COURT
JUDGE PRO TEM NICOLAS B. HOSKINS                       A. Burd
                                                       Deputy

IN THE MATTER OF:

BROOKE ANGELINA SCIANNA           DIANA THEOS
F1138995
DOB: 7/14/2001

                                  MONICA MALHOTRA

                                  THOMAS F STUBBS

                                  DEEAN GILLESPIE STRUB

                                  SARA J. SMITH

                                  FOSTER CARE REVIEW BOARD
                                  DCS SPECIALIST - SOUTHWEST
                                  REGION

MINUTE ENTRY

The Court has received a "Request for Emergency Hearing" from Mother, filed October 17, 2018 (the "Request"). The Request contains two separate requests for relief, in addition to asking for an emergency hearing. The first is to compel the Department to provide written notice to the Child's providers that they are required to communicate with Mother concerning the Child's medical care and to consider her input. The second is essentially a Rule 59 Motion asking for an Order that the Child be returned to Mother upon her discharge from Aurora Behavioral Health.

The Court believes there is a benefit to Mother being able to provide input to the Child's medical providers. Should the Court be incorrect, and Mother's input proves deleterious to the child's care, the Court anticipates that fact will provide the Court with additional information useful in the resolution of the factual disputes in the case.

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

JD36034                                                                                           10/17/2018

The Court has previously ordered that the Child may not be discharged from Aurora without further order of the Court.

There already is a Review of Placement set for October 30, 2018, at 9:00 a.m.

Based on the foregoing,

IT IS ORDERED denying the Request to the extent it seeks an emergency hearing. The October 30, 2018, hearing is sufficient.

IT IS ORDERED denying the Request to the extent that it purports to be a Rule 59 Motion, without prejudice to Mother filing a properly styled Rule 59 Motion.

IT IS ORDERED reiterating the Court's prior Order that the child shall not be discharged or otherwise removed from Aurora without prior Order of this Court. The Court has yet to determine whether the child will be returned to congregate care, Mother, or some other placement.

==IT IS FURTHER ORDERED that the Department shall promptly give the Child's treatment providers the instruction that they shall make reasonable efforts to obtain information from Mother concerning the Child's medical history, and to consult with Mother concerning the Child's ongoing medical care. Mother's input should be considered,== but shall not be considered determinative of the appropriate course of treatment.

___10/17/18___                        _/s/ Nicolas B. Hoskins_
DATE                                JUDGE PRO TEM NICOLAS B. HOSKINS