

**DEBRA D. LUCAS**
District Court Executive/Clerk of Court
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**
**OFFICE OF THE CLERK**

**LENORE BENOIT**
Chief Deputy Clerk
Evo A. Deconcini U.S. Courthouse
405 W. Congress, Suite 1500
Tucson, Arizona 85701-5010

**MAGS EVERETTE**
Chief Deputy Clerk
Sandra Day O'Connor U. S. Courthouse
Suite 130
401 West Washington Street, SPC 1
Phoenix, Arizona 85003-2118

March 31, 2025

Clerk's Office
Maricopa County Superior Court
201 W Jefferson St
Phoenix, AZ 85003

**ATTN:**   **Civil File Counter**

**RE:**   **REMAND TO MARICOPA COUNTY SUPERIOR COURT**

   **District Court Case Number:  CV-21-01444-PHX-DJH**

   **Superior Court Case Number: CV2021-011143**

Dear Clerk of Court:

Enclosed is a certified copy of the Order entered in this Court on <u>March 31, 2025,</u> remanding the above case to Maricopa County Superior Court in the State of Arizona.

   Sincerely,

   Debra D. Lucas, DCE/Clerk of Court

   s/ K. James
   Deputy Clerk

cc: All Counsel of Record

**PLEASE ACKNOWLEDGE RECEIPT OF THIS DOCUMENT AND RETURN IN THE ENVELOPE PROVIDED**

Received By: _____   Dated: _____