# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, et al.,<br><br>            Plaintiffs,<br><br>v.<br><br>State of Arizona, et al.,<br><br>            Defendants. | **NO. CV-21-01444-PHX-DJH**<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed March 31, 2025, which granted Defendant Mlak's Motion for Summary Judgment, judgment is entered in favor of Defendant Mlak and against plaintiff. The complaint and action are dismissed as to Defendant Mlak and the remainder of this matter shall be remanded to the Maricopa County Superior Court of Arizona.

Debra D. Lucas
District Court Executive/Clerk of Court

March 31, 2025

By   s/ K. James
     Deputy Clerk
