Thomas A. Connelly (AZ #019430)
Robert T. Mills (AZ #018853)
Sean A. Woods (AZ #028930)
**MILLS + WOODS LAW PLLC**
5055 North 12th Street, Suite 101
Phoenix, Arizona 85014
Telephone 480.999.4556
docket@millsandwoods.com

DeeAn Gillespie Strub (AZ #009987)
Jenny D. Jansch (AZ 024431)
**GILLESPIE, SHIELDS & TAYLOR**
7319 North 16th Street
Phoenix, Arizona 85020
Telephone: (602) 870-9700
Fax: (602) 870-9783
mailroom@gillaw.com

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Christine Scianna, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> State of Arizona, et *al.*, <br><br> Defendants. | Case No.: 2:21-cv-01444-DJH <br><br> **NOTICE OF APPEAL** <br><br> (Hon. Diana J. Humetewa) |

Pursuant to Federal Rule of Appellate Procedure 4, Plaintiffs hereby give notice of their appeal to the United States Court of Appeals for the Ninth Circuit from the entry of Judgment and the order granting summary judgment in favor of Defendant Krzystztof Mlak, M.D. (Docs. 174, 175) as to Defendant's motion for summary judgment (Docs. 151) on Plaintiffs' Claim XV for conspiracy to violate Plaintiffs' due process rights in violation of 42 U.S.C. § 1983 entered on March 31, 2025. Plaintiffs also appeal from the district court's order (Doc. 174) denying without prejudice Plaintiffs' motion for partial summary judgment (Doc. 154) and Defendant Aurora Behavioral Healthcare-Tempe's motion for summary judgment (Doc. 152), also entered on March

31, 2025. Plaintiffs also appeal from any pertinent, pre-judgment, non-final orders or rulings subsumed into the final judgment.

**RESPECTFULLY SUBMITTED** this 30th day of April 2025.

        **MILLS + WOODS LAW PLLC**
        Thomas A. Connelly
        Robert T. Mills
        Sean A. Woods
        5055 North 12th Street, Suite 101
        Phoenix, AZ 85014

        By   */s/ Thomas A. Connelly*

        **GILLESPIE, SHIELDS & TAYLOR**
        DeeAn Gillespie Strub
        Jenny D. Jansch
        7319 North 16th Street
        Phoenix, AZ 85020

        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2025, I electronically transmitted the foregoing document to be filed electronically with the Clerk's Office through the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to be served on all counsel of record via the Court's CM/ECF system:

   */s/ Thomas A. Connelly*