UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAY 27 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| CHRISTINE SCIANNA, an individual and BROOKE SCIANNA, an individual, by and through her legal guardian, Christine Scianna,<br><br>        Plaintiffs - Appellants,<br><br>  v.<br><br>AURORA BEHAVIORAL HEALTHCARE-TEMPE, LLC, an Arizona Corporation, individually and as a services provider for the State of Arizona Department of Child Safety and KRZYSTZTOF MLAK, individually as an employee with Aurora Behavioral Healthcare-Tempe, LLC,<br><br>        Defendants - Appellees,<br><br>and<br><br>STATE OF ARIZONA; et al.,<br><br>        Defendants. | No. 25-2989<br><br>D.C. No. 2:21-cv-01444-DJH<br><br>District of Arizona, Phoenix<br><br>MANDATE |

The judgment of this Court, entered May 05, 2026, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to

Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT